UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BETTERHELP, INC.,<br><br>　　　　Defendant. | Case No. 23-cv-01033-RS |
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BETTERHELP, INC.,<br><br>　　　　Defendant. | Case No. 23-cv-01096-RS |
| L.M.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BETTERHELP, INC.,<br><br>　　　　Defendant. | Case No. 23-cv-01033-RS<br><br>**ORDER DENYING MOTIONS TO CONSOLIDATE AND APPOINT INTERIM COUNSEL, WITHOUT PREJUDICE** |

An order relating these three actions has recently been filed. Plaintiff in the *C.M.* action, joined by plaintiff in the *Doe* action, have filed motions to consolidate the three actions, with an

1  amended consolidated complaint to be filed, and to appoint interim lead and liaison counsel under
2  a proposed "leadership structure." While there is a representation that plaintiff in the more recently
3  filed *L.M.* action does not oppose the cases being related (and the time for such opposition has
4  expired in any event), L.M. has not joined in the consolidation motion or the motion to appoint
5  interim lead and liaison counsel. Accordingly, those motions are denied without prejudice, to
6  permit counsel the opportunity to negotiate how the *L.M.* action will be incorporated in the
7  consolidation.

**IT IS SO ORDERED**.

Dated: April 11, 2023

_____
RICHARD SEEBORG
Chief United States District Judge