UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C.M.,

        Plaintiff,

    v.

BETTERHELP, INC.,

        Defendant.

Case No. 23-cv-01033-RS

**ORDER GRANTING MOTION TO CONSOLIDATE**

Pursuant to Civil Local Rule 7-1(b), Plaintiffs' Amended Joint Motion To Consolidate Related Actions And File Consolidated Amended Complaint is suitable for disposition without oral argument, and the hearing set for June 1, 2023, is vacated. Prior motions to consolidate this action with *Doe v. BetterHelp, Inc.*, No. 23-1096, and *L.M. v. BetterHelp, Inc.*, No. 23-1382 and to appoint lead counsel were denied without prejudice to permit counsel to negotiate how the then-recently-filed *L.M.* case would be incorporated in the litigation.

By renewed motion, plaintiffs in all of the following actions have now stipulated to consolidation.

    *C.M. v. BetterHelp, Inc.*, No. 23-1033

    *Doe v. BetterHelp, Inc.*, No. 23-1096

    *L.M. v. BetterHelp, Inc.*, No. 23-1382

    *V.K. v. BetterHelp, Inc.*, No. 23-1653

    *R.S v. BetterHelp, Inc.*, No. 23-1839

Additionally, while they have not formally joined in the motion, plaintiffs in *Doe I v. BetterHelp, Inc.*, No. 23-2193, have indicated in a stipulation to extend defendants' response time in that action that they anticipate being part of the consolidated complaint.

Good cause appearing, the motion to consolidate these six actions is granted. The additional procedural provisions set out in the proposed order submitted with the motion to consolidate are generally acceptable. Plaintiffs shall promptly file a revised proposed order, however, that (1) expressly includes *Doe I v. BetterHelp, Inc.*, No. 23-2193; (2) corrects the references to the Southern District of California and its local rules appearing in paragraphs 1 and 4; (3) corrects the references in paragraph 1 to cases "failed," and; (4) corrects the reference in paragraph 2 to state that papers shall be filed under Case No. 3:23-cv-01033-RS.

**IT IS SO ORDERED**.

Dated: May 22, 2023

_____
RICHARD SEEBORG
Chief United States District Judge