QUYEN L. TA (SBN 229956)
*qta@kslaw.com*
**KING & SPALDING LLP**
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: +1 (415) 318-1200
Facsimile: +1 (415) 318-1300

LIVIA KISER (SBN 285411)
*lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
jhammer@kslaw.com
JAMES A. UNGER (SBN 325115)
junger@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: +1 (213) 443-4355
Facsimile: +1 (213) 443-4310

Attorneys for Defendant
BETTERHELP, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**IN RE BETTERHELP, INC.
DATA DISCLOSURE CASES,**

This Document Relates To:
All Actions

**Master File No. 3:23-cv-01033-RS**

**ORDER DENYING
REQUEST TO APPEAR BY ZOOM FOR LAW AND MOTION HEARING**

Hearing Date: July 2[illegible], 2023
Judge: Hon. Richard Seeborg
Courtroom: 3



Pursuant to Hon. Richard Seeborg's Standing Order on Appearances and Continued Use of Zoom, Livia Kiser and Quyen Ta, counsel for Defendant BetterHelp, Inc., respectfully request permission to appear by Zoom for the Law and Motion Hearing relating to Plaintiff's Motion to Appoint Lead Plaintiff and Lead Counsel, scheduled to take place on July 21, 2023 at 2:00 p.m.

Respectfully Submitted,

Dated: July 18, 2023

KING & SPALDING LLP

*/s/ Quyen L. Ta*
QUYEN L. TA
LIVIA KISER

Attorneys for Defendant
BETTERHELP, INC.