United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE BETTERHELP, INC. DATA
DISCLOSURE CASES

Case No. 23-cv-01033-RS

**ORDER APPOINTING LEAD COUNSEL AND PLAINTIFFS**

Competing motions for appointment of interim lead counsel and interim lead plaintiffs have been submitted. As discussed at the hearing, the parties are commended for making presentations focused on their own strengths without disparaging their competitors. The challenge lies in finding an equitable structure that can best represent the interests of the putative class efficiently and effectively. Good cause appearing, Maureen Brady, Christina Tusan, Gary M. Klinger, and their respective clients are hereby appointed as co-leads. Alan M. Mansfield is appointed as Liaison Counsel.[1]

The court recognizes some challenges may arise with three co-leads, but is confident counsel will be able to work together well, and will assign work to other attorneys at their firms and Mansfield's firm, and if appropriate, to other attorneys that have been involved in these

---

[1] Thus, the appointment motions (Dkt. Nos. 50, 51, and 53) are each granted in part and denied in part. The administrative motion to strike (Dkt. 55) is denied. The administrative motion for leave to reformat (Dkt. No. 58) is granted.

actions, in a manner that avoids duplication of effort and best makes use of the particular areas of expertise and experience each may offer. Appointment of an "Executive Committee" would add a an unnecessary and potentially inefficient layer.

**IT IS SO ORDERED**.

Dated: July 24, 2023

_____
RICHARD SEEBORG
Chief United States District Judge