| | |
|---|---|
| Gary. M. Klinger (pro hac vice) | Maureen M. Brady (pro hac vice) |
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC | MCSHANE AND BRADY LLC |
| 227 W. Monroe Street, Suite 2100 | 1656 Washington, Suite 140 |
| Chicago, Illinois 60606 | Kansas City, MO 64108 |
| Telephone: 866.252.0878 | 816-888-8010 |
| Email: gklinger@milberg.com | Email: mbrady@mcshanebradylaw.com |
| gabramson@milberg.com | |
| ahoneycutt@milberg.com | *Plaintiffs' Co-Lead Interim Class Counsel* |
| jnelson@milberg.com | |

*Plaintiffs' Co-Lead Interim Class Counsel*

| | |
|---|---|
| Julian Hammond (SBN 268849) | Alan M. Mansfield (SBN: 125998) |
| jhammond@hammondlawpc.com | amansfield@whatleykallas.com |
| Christina Tusan (SBN 192203) | WHATLEY KALLAS LLP |
| ctusan@hammondlawpc.com | 1 Sansome Street, 35th Floor |
| Polina Brandler (SBN 269086) | PMB #131 |
| pbrandler@hammondlawpc.com | San Francisco, CA 94104 / |
| Adrian Barnes (SBN 253131) | 16870 West Bernardo Drive, Ste 400, San Diego, CA 92127 |
| abarnes@hammondlawpc.com | Phone: (619) 308-5034 |
| Ari Cherniak (SBN 290071) | Fax: (888) 341-5048 |
| acherniak@hammondlawpc.com | |
| HAMMONDLAW, P.C. | *Plaintiffs' Liaison Counsel* |
| 1201 Pacific Ave, Suite 600 | |
| Tacoma, WA 98402 | |
| [Tel:] (310) 601-6766 | |
| [Fax] (310) 295-2385 | |

*Plaintiffs' Co-Lead Interim Class Counsel*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES** | Master File No. 3:23-cv-01033-RS |
| | Hon. Richard Seeborg |
| This Document Relates To: All Actions | **STIPULATION PURSUANT TO L.R. 6.2 TO EXTEND DEADLINE TO FILE CONSOLIDATED COMPLAINT AND RESPONSE THERETO AND ORDER THEREON** |
| | **Current Deadline**<br>**Complaint Due August 22, 2023**<br>**Response Due September 21, 2023** |
| | **Proposed Deadline**<br>**Complaint Due September 6, 2023**<br>**Response Due October 23, 2023** |

1   WHEREAS, on May 23, 2023 (Dkt. 48) the Court entered an order providing that Plaintiffs would have until 30 days after the Court issued an order appointing interim class counsel to file a Consolidated Amended Complaint, and Defendant would have 30 days thereafter to file a response thereto, which would be on August 23, 2023 and September 22, 2023, respectively;

WHEREAS, during the parties' Fed. R. Civ. Proc. Rule 16 meeting of counsel, they agreed to a stipulation providing Plaintiffs an additional 14 days to file the Consolidated Amended Complaint, and Defendant an additional 17 days to file a response thereto;

WHEREAS, based on that agreement, Plaintiffs' Consolidated Amended Complaint would be due on September 6, 2023, and Defendant's response thereto would be due on October 23, 2023;

WHEREAS, as set forth in the accompanying Declaration of Alan M. Mansfield, good cause exists for approving this Stipulation and there have been no previous requests for continuances to file the Consolidated Amended Complaint or the response thereto; and

WHEREAS, the parties are in the process of determining if they can schedule a mediation in this action for some time in November 2023, depending on the availability of the parties and their counsel;

THE PARTIES HEREBY STIPULATE to the entry of an Order modifying the current deadlines to file the Consolidated Amended Complaint and any response thereto as follows:

1.   Plaintiffs shall have until September 6, 2023 to file the Consolidated Amended Complaint;

2.   Defendant shall have until October 23, 2023 to file a response to the Consolidated Amended Complaint; and

3.   The parties shall meet and confer to determine if an additional extension may be warranted depending on the scheduling of a mediation.

Dated: August 16, 2023

*/s/ Gary M. Klinger*
Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100

1
STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE CONSOLIDATED
COMPLAINT AND RESPONSE
Master File No. 3:23-cv-01033-RS

```
                                        Chicago, Illinois 60606
                                        Telephone: 866.252.0878
                                        Email: gklinger@milberg.com
                                        gabramson@milberg.com
                                        ahoneycutt@milberg.com
                                        jnelson@milberg.com

                                        *Plaintiffs' Co-Lead Interim Class Counsel*


Dated: August 16, 2023                  */s/ Christina Tusan*
                                        Christina Tusan (SBN 192203)
                                        ctusan@hammondlawpc.com
                                        HAMMONDLAW, P.C.
                                        1201 Pacific Ave, Suite 600
                                        Tacoma, WA 98402
                                        [Tel:] (310) 601-6766
                                        [Fax] (310) 295-2385

                                        *Plaintiffs' Co-Lead Interim Class Counsel*


Dated: August 16, 2023                  */s/ Maureen M. Brady*
                                        Maureen M. Brady
                                        McShane & Brady LLC
                                        1656 Washington
                                        Suite 140
                                        Kansas City, MO 64108
                                        816-888-8010
                                        Email: mbrady@mcshanebradylaw.com

                                        *Plaintiffs' Co-Lead Interim Class Counsel*


Dated: August 16, 2023                  */s/ Alan M. Mansfield*
                                        Alan M. Mansfield (SBN: 125998)
                                        amansfield@whatleykallas.com
                                        WHATLEY KALLAS LLP
                                        1 Sansome Street, 35th Floor
                                        PMB #131
                                        San Francisco, CA 94104 /
                                        16870 West Bernardo Drive, Ste 400, San
                                        Diego, CA 92127
                                        Phone: (619) 308-5034
                                        Fax: (888) 341-5048

                                        *Plaintiffs' Liaison Counsel*


Dated: August 16, 2023                  */s/ Jeffrey Hammer*
                                        Jeffrey Hammer (SBN 264232)
                                        jhammer@kslaw.com
                                        James A. Unger (SBN 325115)
                                        junger@kslaw.com
                                        KING & SPALDING LLP
```

```
                                    633 West Fifth Street
                                    Suite 1600
                                    Los Angeles, CA 90071
                                    Telephone: (213) 443-4355
                                    Facsimile: (213) 443-4310

                                    Quyen L. Ta (SBN 229956)
                                    qta@kslaw.com
                                    Livia Kiser (admitted pro hac vice)
                                    lkiser@kslaw.com
                                    KING & SPALDING LLP
                                    50 California Street
                                    Suite 3300
                                    San Francisco, CA 94111
                                    Telephone: (415) 318-1200
                                    Facsimile: (415) 318-1300
```

*Attorneys for Defendant*
*BETTERHELP, INC.*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/17/2023

**HON. RICHARD SEEBORG**
**UNITED STATES DISTRICT JUDGE**