QUYEN L. TA (SBN 229956
qta@kslaw.com
**KING & SPALDING LLP**
50 California Street
Suite 3300
San Francisco, CA  94111
Telephone:     +1 (415) 318-1200
Facsimile:      +1 (415) 318-1300

JEFFREY HAMMER (SBN 264232)
jhammer@kslaw.com
JAMES A. UNGER (SBN 325115)
junger@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone:     +1 (213) 443-4355
Facsimile:      +1 (213) 443-4310

Attorneys for Defendant
BETTERHELP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates to: All Actions | Case No. 3:23-cv-01033-RS<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RESPONSIVE PLEADING DEADLINE AND ORDER**<br><br>**Complaint Filed:**  March 7, 2023<br>**Current Case Management Hearing Date:** November 9, 2023<br>**New Case Management Hearing Date:** January 18, 2024<br><br>**Current Responsive Pleading Deadline:** October 23, 2023<br>**New Responsive Pleading Deadline:** February 9, 2024 |

1    Pursuant to Civil Local Rule 6-1(a), Plaintiffs and Defendant BetterHelp, Inc.
2  ("Defendant") (collectively, the "Parties"), hereby stipulate to continue the Case Management
3  Conference and the responsive pleading deadline.  In support thereof, the Parties state as follows:
4    WHEREAS, on March 7, 2023, Plaintiff C.M. filed the Complaint (ECF No. 1) and five
5  related actions were thereafter filed (the "Consolidated Actions");
6    WHEREAS, on May 22, 2023, this Court granted Plaintiffs' Motion to Consolidate the six
7  related actions (ECF No. 44);
8    WHEREAS, on May 23, 2023, this Court entered an order providing that Plaintiffs would
9  have until 30 days after the Court issued an order appointing interim class counsel to file a
10 Consolidated Class Action Complaint, and Defendant would have 30 days thereafter to file a
11 response thereto (ECF No. 48);
12   WHEREAS, on July 24, 2023, the Court appointed lead counsel for Plaintiffs (ECF No.
13 66);
14   WHEREAS, on August 17, 2023, the Court granted the Parties' request to continue
15 Plaintiffs' deadline to file the Consolidated Class Action Complaint to September 6, 2023, and
16 Defendant's deadline to file a responsive pleading to October 23, 2023 (ECF No. 74);
17   WHEREAS, on August 21, 2023, the Court continued the Initial Case Management
18 Conference from August 31, 2023, to November 9, 2023 (ECF No. 75);
19   WHEREAS, on September 6, 2023, Plaintiffs filed the Consolidated Class Action
20 Complaint (ECF No. 76);
21   WHEREAS, the Parties have worked cooperatively and have scheduled a mediation to take
22 place on December 5, 2023 before Bruce Friedman, Esq. of JAMS and agree that the Case
23 Management Conference should be continued to a date shortly after that date so that the parties can
24 report to the Court on the status of the mediation and set appropriate dates accordingly;
25   WHEREAS, the requested enlargement of time will allow the Parties to devote their time
26 and resources to discuss a potential resolution of the Consolidated Actions;
27   WHEREAS, the requested time modifications should have no effect on the schedule for
28 the case as the Court has not set any pretrial deadlines and the Parties would incorporate this

1  enlargement of time in any proposed pretrial schedule presented to the Court;

2      NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through

3  their respective counsel, that the Initial Case Management Conference is continued until January 18,

4  2024, that the Parties will file a Joint Case Management Conference Statement by no later than

5  January 11, 2024 and that the date by which Defendant shall answer or otherwise respond to the

6  Complaint is continued until February 9, 2024.

Dated: October 12, 2023

*/s/ Jeffrey Hammer*
Quyen L. Ta (SBN 229956)
qta@kslaw.com
Livia Kiser (admitted pro hac vice)
lkiser@kslaw.com
KING & SPALDING LLP
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Jeffrey Hammer (SBN 264232)
jhammer@kslaw.com
James A. Unger (SBN 325115)
junger@kslaw.com
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

*Attorneys for Defendant*
*BETTERHELP, INC.*

Dated: October 12, 2023

*/s/ Gary M. Klinger*
Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com
gabramson@milberg.com
ahoneycutt@milberg.com
jnelson@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  October 12, 2023 | /s/ Christina Tusan |
| | | Christina Tusan (SBN 192203) |
| 3 | | ctusan@hammondlawpc.com |
| | | HAMMONDLAW, P.C. |
| 4 | | 1201 Pacific Ave, Suite 600 |
| | | Tacoma, WA 98402 |
| 5 | | Telephone: (310) 601-6766 |
| | | Facsimile: (310) 295-2385 |
| 6 | | *Plaintiffs' Co-Lead Interim Class Counsel* |
| 7 | Dated:  October 12, 2023 | /s/ Maureen M. Brady |
| | | Maureen M. Brady |
| 8 | | McShane & Brady LLC |
| | | 1656 Washington |
| 9 | | Suite 140 |
| | | Kansas City, MO 64108 |
| 10 | | Telephone: 816-888-8010 |
| | | Email: mbrady@mcshanebradylaw.com |
| 11 | | |
| 12 | | *Plaintiffs' Co-Lead Interim Class Counsel* |
| 13 | Dated:  October 12, 2023 | /s/ Alan M. Mansfield |
| | | Alan M. Mansfield (SBN: 125998) |
| 14 | | amansfield@whatleykallas.com |
| | | WHATLEY KALLAS LLP |
| 15 | | 1 Sansome Street, 35th Floor |
| | | PMB #131 |
| 16 | | San Francisco, CA 94104 / |
| | | 16870 West Bernardo Drive, Ste 400, San |
| 17 | | Diego, CA 92127 |
| | | Telephone: (619) 308-5034 |
| 18 | | Facsimile: (888) 341-5048 |
| 19 | | *Plaintiffs' Liaison Counsel* |

3

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND RESPONSIVE PLEADING DEADLINE

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 12, 2023

_____
**HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE**