UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE BETTERHELP, INC. DATA DISCLOSURE CASES | Case No. 23-cv-01033-RS |
|---|---|
| This Document Relates To: All Cases | **ORDER MODIFYING BRIEFING SCHEDULE** |

On March 11, 2024, Defendant BetterHelp, Inc. filed a motion to dismiss the operative Consolidated Complaint (Dkt. No. 89) and a motion to stay these proceedings entirely, pending completion of an ongoing process to distribute "redress" funds to customers under a consent decree obtained by the Federal Trade Commission against BetterHelp, involving the same alleged wrongdoing. (Dkt. No. 90). The motions are set for hearing on May 9, 2024, and the parties have stipulated to a somewhat extended briefing schedule for both motions.

The motion to dismiss asserts that if the stay motion is granted, judicial and party resources will be conserved by not reaching the arguments for dismissal at this juncture. Without having made any assessment of the likelihood that a stay will be granted, but in the interest of potentially conserving resources, further briefing on the motion to dismiss is hereby suspended and the hearing date for both motions is vacated. Opposition to the stay motion shall be due March 28, 2024, with reply due one week later. That motion will then be submitted without oral argument. A briefing schedule and new hearing date for the motion to dismiss will be set in any order that may

issue denying the motion to stay. If a stay is instead granted, BetterHelp may renotice the motion to dismiss, or file a revised motion, as may appear appropriate once the stay has been lifted.

**IT IS SO ORDERED**.

Dated: March 13, 2024

_____
Richard Seeborg
Chief United States District Judge