Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Maureen M. Brady (pro hac vice)
MCSHANE AND BRADY LLC
1656 Washington
Suite 120
Kansas City, MO 64108
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Christina Tusan (SBN 192203)
ctusan@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
[Tel:] (310) 601-6766
[Fax] (310) 295-2385

*Plaintiffs' Co-Lead Interim Class Counsel*

Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400
San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**

This Document Relates To:

All Cases/

Case No.: 3:23-cv-01033-RS

<u>CLASS ACTION</u>

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| | |
|---|---|
| Hearing Date: | N/A |
| Time: | N/A |
| Courtroom: | 3 |
| Judge: | Hon. Richard Seeborg |
| Complaint Filed: | March 7, 2023 |

WHEREAS, the Parties participated in an initial Case Management Conference on February 29, 2024, during which the Court requested the parties meet and confer and propose a stipulated schedule with regard to Plaintiffs' Motion for Class Certification;

WHEREAS, the parties have agreed to a briefing schedule regarding Plaintiffs' Motion for Class Certification modifying the schedule set forth pursuant to Local Rule 6-2, as follows:

| **Event** | **Date** |
|---|---|
| Deadline for Plaintiffs to File Motion for Class Certification | April 3, 2025 |
| Deadline for Defendant to file opposition to Plaintiffs' Motion for Class Certification | May 29, 2025 |
| Deadline for Plaintiffs to file reply in support of Plaintiffs' Motion for Class Certification | June 26, 2025 |
| In Person Hearing on Plaintiffs' Motion for Class Certification | July 24, 2025 |

The parties hereto stipulate to the Court entering an order approving the above schedule, with the understanding that the parties reserve the right to respectfully seek a modification of the above schedule as necessary during the discovery process prior to the above deadlines.

IT IS SO STIPULATED.

Dated: March 14, 2024

Respectfully submitted,

*<u>/s/ Gary M. Klinger</u>*
Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com
gabramson@milberg.com
ahoneycutt@milberg.com
rnelson@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Dated: March 14, 2024

/s/ Christina Tusan
Christina Tusan (SBN 192203)
ctusan@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
[Tel:] (310) 601-6766
[Fax] (310) 295-2385

*Plaintiffs' Co-Lead Interim Class Counsel*

Dated: March 14, 2024

/s/ Maureen M. Brady
Maureen M. Brady
McShane AND Brady LLC
1656 Washington
Suite 140
Kansas City, MO 64108
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Dated: March 14, 2024

/s/ Alan M. Mansfield
Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400, San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*

Dated: March 14, 2024

/s/ Jeffrey Hammer
Quyen L. Ta (SBN 229956)
qta@kslaw.com
KING & SPALDING LLP
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Livia Kiser (SBN 285411)
lkiser@kslaw.com
Jeffrey Hammer (SBN 264232)
jhammer@kslaw.com
James A. Unger (SBN 325115)

junger@kslaw.com
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

*Attorneys for Defendant*
*BETTERHELP, INC.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ________________________

________________________________
HON. RICHARD SEEBORG
United States District Court Judge