Christina Tusan (SBN 192203)
ctusan@hammondlawpc.com
Julian Hammond (SBN 268849)
jhammond@hammondlawpc.com

HAMMONDLAW, P.C.
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
[Tel:] (310) 601-6766
[Fax] (310) 295-2385

Attorneys for Plaintiff Jane Doe II

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates to: Plaintiff, Jane Doe II | Case No. 3:23-cv-01033-RS<br><br>**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT**<br><br>**HON. RICHARD SEEBORG** |

| | |
|---|---|
| 1 | NOTICE IS GIVEN that Plaintiff Jane Doe II[1] hereby accepts Defendant BetterHelp, |
| 2 | Inc.'s Offer of Judgment pursuant to, and subject to the conditions of, Rule 68 of the Federal |
| 3 | Rules of Civil Procedure.  See **Exhibit A**. |

Respectfully submitted,

**HAMMONDLAW, P.C.**

Dated:  April 25, 2024

By:  s/ Christina Tusan
Christina Tusan
*Attorneys for Plaintiff Jane Doe II*

---

[1] Plaintiff Jane Doe II wishes not to disclose their identity on the public docket but has confidentially disclosed their identity to Defendant as part of their acceptance of the Rule 68 Offer of Judgment.