1  STEPHEN R. BASSER
   SAMUEL M. WARD
2  **BARRACK, RODOS & BACINE**
   600 West Broadway, Suite 900
3  San Diego, CA 92101
   sbasser@barrack.com
4  sward@barrack.com
   Telephone: (619) 230-0800
5  Facsimile: (619) 230-1874

6  Andrew J. Heo
   **BARRACK, RODOS & BACINE**
7  2001 Market Street, Ste. 3300
   Philadelphia, PA 19103
8  Telephone.: (215) 963-0600
   Facsimile: (215) 963-0838
9  aheo@barrack.com

10 Attorneys for Plaintiff J.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BETTERHELP, INC. DATA DISCLOSURE CASES<br><br>This Document Relates to: Plaintiff, J.S. | Case No. 3:23-cv-01033-RS<br><br>**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT**<br><br>HON. RICHARD SEEBORG |

| | |
|---|---|
| 1 | NOTICE IS GIVEN that Plaintiff J.S.[1] hereby accepts Defendant BetterHelp, Inc.'s Offer of Judgment pursuant to, and subject to the conditions of, Rule 68 of the Federal Rules of Civil Procedure. *See* **Exhibit A**. |

Respectfully submitted,

Dated: April 22, 2024

**Emerson Firm, PLLC**

By: _____
John G. Emerson
Attorneys for Plaintiff J.S.

---

[1] Plaintiff J.S. wishes not to disclose their identity on the public docket but has confidentially disclosed their identity to Defendant as part of their acceptance of the Rule 68 Offer of Judgment.