# EXHIBIT A

| | |
|---|---|
| 1 | QUYEN L. TA (SBN 229956) |
|   | qta@kslaw.com |
| 2 | **KING & SPALDING LLP** |
|   | 50 California Street |
| 3 | Suite 3300 |
|   | San Francisco, CA  94111 |
| 4 | Telephone:     +1 (415) 318-1200 |
|   | Facsimile:      +1 (415) 318-1300 |
| 5 | |
|   | JEFFREY HAMMER (SBN 264232) |
| 6 | jhammer@kslaw.com |
|   | JAMES A. UNGER (SBN 325115) |
| 7 | junger@kslaw.com |
|   | **KING & SPALDING LLP** |
| 8 | 633 West Fifth Street |
|   | Suite 1600 |
| 9 | Los Angeles, CA 90071 |
|   | Telephone:     +1 (213) 443-4355 |
| 10 | Facsimile:      +1 (213) 443-4310 |
| 11 | Attorneys for Defendant |
|   | BETTERHELP, INC. |
| 12 | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES** | Case No. 3:23-cv-01033-RS |
| This Document Relates to: Plaintiff, J.S. | **RULE 68 OFFER OF JUDGMENT** |

**TO PLAINTIFF J.S. AND ATTORNEYS OF RECORD:**

Defendant BetterHelp, Inc. ("BetterHelp") hereby offers to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

1. Judgment in favor of Plaintiff J.S. against BetterHelp: (a) in the sum of ten thousand dollars ($10,000), which sum is inclusive of all monetary relief Plaintiff J.S. could recover and any other costs of suit and expenses, including attorneys' fees, otherwise recoverable and accrued to date in this action by Plaintiff J.S.; and (b) providing for

RULE 68 OFFER OF JUDGMENT

injunctive relief in the form specified in the Consent Order entered into between BetterHelp and the Federal Trade Commission which is attached hereto as **Exhibit 1**.

2. If Plaintiff J.S. does not accept this offer, they may become obligated to pay BetterHelp's costs incurred after the making of this offer if they do not recover a judgment that is more favorable than this Rule 68 offer of judgment.

3. This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68 and shall not be construed as, and is in fact not, either an admission that BetterHelp is liable for any of the claims asserted by Plaintiff J.S. or that Plaintiff J.S. is entitled to the relief requested in this action.

4. This offer of judgment is intended to resolve all of Plaintiff J.S.'s claims and requests for relief, without limitation.

5. This offer will remain open for fourteen (14) days after service. If Plaintiff J.S. does not accept within fourteen (14) days after service, this offer of judgment will be deemed withdrawn.

Dated: February 19, 2024

**KING & SPALDING LLP**

By: *[signature]*
QUYEN L. TA
JEFFREY HAMMER
JAMES A. UNGER

Attorneys for Defendant BetterHelp, Inc.