| | |
|---|---|
| Gary. M. Klinger (pro hac vice) | Maureen M. Brady (pro hac vice) |
| MILBERG COLEMAN BRYSON | MCSHANE AND BRADY LLC |
| PHILLIPS GROSSMAN, PLLC | 1656 Washington |
| 227 W. Monroe Street, Suite 2100 | Suite 120 |
| Chicago, Illinois 60606 | Kansas City, MO 64108 |
| Telephone: 866.252.0878 | 816-888-8010 |
| Email: gklinger@milberg.com | Email: mbrady@mcshanebradylaw.com |
| *Plaintiffs' Co-Lead Interim Class Counsel* | *Plaintiffs' Co-Lead Interim Class Counsel* |
| Christina Tusan (SBN 192203) | Alan M. Mansfield (SBN: 125998) |
| ctusan@hammondlawpc.com | amansfield@whatleykallas.com |
| HAMMONDLAW, P.C. | WHATLEY KALLAS LLP |
| 1201 Pacific Ave, Suite 600 | 1 Sansome Street, 35th Floor |
| Tacoma, WA 98402 | PMB #131 |
| [Tel:] (310) 601-6766 | San Francisco, CA 94104 / |
| [Fax] (310) 295-2385 | 16870 West Bernardo Drive, Ste 400, San Diego, CA 92127 |
| *Plaintiffs' Co-Lead Interim Class Counsel* | Phone: (619) 308-5034 |
| | Fax: (888) 341-5048 |
| | *Plaintiffs' Liaison Counsel* |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BETTERHELP, INC. DATA DISCLOSURE CASES | Master File No. 3:23-cv-01033-RS |
| | Hon. Richard Seeborg |
| This Document Relates To: All Actions | **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs submit a copy of the recent decision in *R.C. v. Walgreen Co.*, Case No. EDCV 23-1933, 2024 WL 2263395 (C.D. Cal), attached as Exhibit A hereto, in support of their Opposition to Defendant's Motion to Dismiss (Dkt. 102).

Dated: June 6, 2024

/s/ Gary M. Klinger
Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com
gabramson@milberg.com
ahoneycutt@milberg.com
rnelson@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

/s/ Christina Tusan
Christina Tusan (SBN 192203)
ctusan@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
[Tel:] (310) 601-6766
[Fax] (310) 295-2385

*Plaintiffs' Co-Lead Interim Class Counsel*

Maureen M. Brady
Maureen M. Brady
McShane AND Brady LLC
1656 Washington
Suite 140
Kansas City, MO 64108
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

/s/ Alan M. Mansfield
Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400,
San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*

1
PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY    Master File No. 3:23-cv-01033-RS