1  STEPHEN R. BASSER (121590)
   sbasser@barrack.com
2  SAMUEL M. WARD (216562)
   sward@barrack.com
3  **BARRACK, RODOS & BACINE**
   600 West Broadway, Suite 900
4  San Diego, CA 92101
   Telephone: (619) 230-0800
5
   *Attorneys for Plaintiff J.S.*
6
   QUYEN L. TA (SBN 229956)
7  qta@kslaw.com
   **KING & SPALDING LLP**
8  50 California Street, Suite 3300
   San Francisco, CA 94111
9  Telephone:  (415) 318-1200
   Facsimile:   (415) 318-1300
10
   LIVIA M. KISER (SBN 285411)
11 lkiser@kslaw.com
   JEFFREY HAMMER (SBN 264232)
12 jhammer@kslaw.com
   JAMES A. UNGER (SBN 325115)
13 junger@kslaw.com
   **KING & SPALDING LLP**
14 633 West Fifth Street Suite 1600
   Los Angeles, CA 90071
15 Telephone:  (213) 443-4355
   Facsimile: (213) 443-4310
16
   *Attorneys for Defendant BETTERHELP,*
17 *INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates to: Plaintiff, J.S. | Case No. 3:23-cv-01033-RS<br><br>**JOINT STIPULATION REGARDING ENTRY OF JUDGMENT; [PROPOSED] ORDER AND JUDGMENT**<br><br>**HON. RICHARD SEEBORG** |

1  **TO THE HONORABLE COURT AND ALL ATTORNEYS OF RECORD:**

2  Plaintiff J.S.[1] and Defendant BetterHelp, Inc. by and through their undersigned counsel,

3  hereby stipulate and agree as follows:

4  WHEREAS, Plaintiff J.S. accepted Defendant BetterHelp, Inc.'s Offer of Judgment

5  pursuant to Federal Rule of Civil Procedure 68, which has been filed with the Court (Dkt. No.

6  103), Plaintiff and Defendant hereby apply for the entry of judgment.

7  Accordingly, the Parties request the Court enter JUDGMENT in favor of Plaintiff J.S.

8  according to the terms set forth in the Offer of Judgment.

9  **IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  June 19, 2024           **BARRACK, RODOS & BACINE**

By: */s/ Samuel M. Ward*

Stephen R. Basser
Samuel M. Ward
600 West Broadway, Suite 900
San Diego, CA  92101
Telephone:  (619) 230-0800
Facsimile:   (619) 230-1874
sbasser@barrack.com
sward@barrack.com

*Attorneys for Plaintiff J.S.*

Dated:  June 19, 2024           **KING & SPALDING LLP**

By: */s/ Jeffrey Hammer*

Jeffrey Hammer
**KING & SPALDING LLP**
633 West Fifth Street Suite 1600
Los Angeles, CA 90071
Telephone:  (213) 218-4004
jhammer@kslaw.com

*Attorneys for Defendant BetterHelp, Inc.*

---

[1] Plaintiff J.S. wishes not to disclose their identity on the public docket but has confidentially disclosed their identity to Defendant as part of their acceptance of the Rule 68 Offer of Judgment.

# [PROPOSED] ORDER AND JUDGMENT

Upon consideration of the Joint Stipulation of Plaintiff J.S. and Defendant BetterHelp, Inc., regarding Entry of Judgment:

**IT IS ORDERED** that:

1. The Joint Stipulation is GRANTED; and

2. The Court enters JUDGMENT in favor of Plaintiff J.S. pursuant to the terms of the Offer of Judgment accepted by Plaintiff and filed with the Court (Dkt. No. 103).

**IT IS SO ORDERED.**

Dated: June ___, 2024

_____
Hon. Richard Seeborg
United States District Judge

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I Samuel M. Ward, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: June 19, 2024                                By:  */s/ Samuel M. Ward*
                                                                    Samuel M. Ward