HAMMONDLAW, P.C.
Christina Tusan
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
Telephone: (310) 601-6766
Email: ctusan@hammondlawpc.com
*Co-Lead Attorney for Plaintiffs*

KING & SPALDING LLP
Jeffrey Hammer
633 West Fifth Street Suite 1600
Los Angeles, CA 90071
Telephone: (213) 218-4004
jhammer@kslaw.com
*Attorneys for Defendant BetterHelp, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To: All Actions | Case No. 3:23-cv-01033-RS<br><br>**JOINT STIPULATION REGARDING ENTRY OF JUDGMENT; [PROPOSED] ORDER AND JUDGMENT** |

Plaintiff Jane Doe II and Defendant BetterHelp, Inc. by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff Jane Doe II accepted Defendant BetterHelp, Inc.'s Offer of Judgment pursuant to Federal Rule of Civil Procedure 68, which was filed with the Court on May 1, 2024 (Dkt. No. 101), and is attached hereto as **Exhibit A.**

WHEREAS, Plaintiff and Defendant hereby apply for the entry of judgment.

THEREFORE, the Parties request the Court enter judgment in favor of Plaintiff Jane Doe II according to the terms set forth in the Offer of Judgment attached hereto as **Exhibit A.**

**IT IS SO STIPULATED.**

Dated: June 26, 2024

HAMMONDLAW, P.C.

By:   s/ Christina Tusan
Christina Tusan (SBN 192203)
ctusan@hammondlawpc.com
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
Tel: (310) 601-6766
Fax: (310) 295-2385
ctusan@hammondlawpc.com
Attorneys for Plaintiff Jane Doe II

KING & SPALDING LLP

By:   s/ Jeffrey Hammer
Jeffrey Hammer
633 West Fifth Street Suite 1600
Los Angeles, CA 90071
Telephone: (213) 218-4004
jhammer@kslaw.com
Attorneys for Defendant BetterHelp, Inc.

# [PROPOSED] ORDER AND JUDGMENT

Upon consideration of the Joint Stipulation regarding Entry of Judgment, IT IS ORDERED that the Joint Stipulation is GRANTED. The Court enters judgment in favor of Plaintiff Jane Doe II pursuant to the terms of the Offer of Judgment, attached hereto as **Exhibit A.**

**IT IS SO ORDERED AND ADJUDGED.**

Dated: _____, 2024

_____
Hon. Richard Seeborg
United States District Judge