Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com
gabramson@milberg.com
jnelson@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Maureen M. Brady (pro hac vice)
MCSHANE AND BRADY LLC
1656 Washington
Suite 120
Kansas City, MO 64108
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Christina Tusan (SBN 192203)
HAMMONDLAW, P.C.
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
[Tel:] (310) 601-6766
[Fax] (310) 295-2385

*Plaintiffs' Co-Lead Interim Class Counsel*

Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400, San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**

This Document Relates To: All Actions

**Master File No. 3:23-cv-01033-RS**

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT BETTERHELP, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT (F.R.C.P. 12(b)(1) & 12(b)(6))**

| | |
|---|---|
| Hearing Date: | October 17, 2024 |
| Time: | 1:30 p.m. |
| Courtroom: | 3 |
| Judge: | Hon. Richard Seeborg |

Pursuant to Fed. R. Ev. 201(c)(2), Plaintiffs request the Court take judicial notice of a portion of the legislative history of S.B. 1903, which amended the CMIA to include Section 56.10(d) discussed in Section IV.C of Plaintiffs' Memorandum of Points and Authorities in Opposition to BetterHelp's Motion to Dismiss. A true and correct copy of the Senate Third Reading Report for S.B. 1903 dated August 29, 2000 is attached hereto as Ex. 1.

The Court "may take judicial notice of 'matters of public record' without converting a motion to dismiss into a motion for summary judgment." *Lee v. City of L.A.*, 250 F.3d 668, 689 (9th Cir.2001). The matters of which a court may take judicial notice should be "generally known" or "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed.R.Evid. 201(f); *U.S. v. Camp*, 723 F.2d 741, 744 (9th Cir.1984).

When ruling on a motion to dismiss, proper subjects of judicial notice include legislative history reports. *See Anderson v. Holder*, 673 F.3d 1089, 1094 n. 1 (9th Cir.2012); *Cf.*, *Zephyr v. Saxon Mortg. Servs., Inc.*, 873 F. Supp. 2d 1223, 1226 (E.D. Cal. 2012) (granting request to consider legislative history of relevant statute (there, the CIPA) in considering motion to dismiss, as the documents "are readily available public documents" that relate to the matter at issue in terms of the meaning of a particular statute).

If either party requests judicial notice and "supplie[s] the necessary information," judicial notice "must" be taken of such materials pursuant to Fed. R. Evid. 201(c)(2). *Bos. Ret. Sys. v. Uber Techs., Inc.*, No. 19-CV-06361-RS, 2020 WL 4569846, at *2 (N.D. Cal. Aug. 7, 2020). Here, BetterHelp has asserted that the legislative history of Section 56.10(d) of the CMIA supports the conclusion the CMIA does not cover entities such as BetterHelp. The attached portion of the legislative history of the relevant section of the CMIA in question establishes this is not the case, and supports Plaintiffs' interpretation of this statute. As BetterHelp cannot dispute the authenticity of this public document, it is the proper subject of judicial notice.

Dated: September 17, 2024

*<u>/s/ Gary M. Klinger</u>*
Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878

Email: gklinger@milberg.com
gabramson@milberg.com
jnelson@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

*/s/ Christina Tusan*
Christina Tusan (SBN 192203)
ctusan@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
[Tel:] (310) 601-6766
[Fax] (310) 295-2385

*Plaintiffs' Co-Lead Interim Class Counsel*

/s/*Maureen M. Brady*
Maureen M. Brady
McShane AND Brady LLC
1656 Washington
Suite 140
Kansas City, MO 64108
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

*/s/ Alan M. Mansfield*
Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400, San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*