# Exhibit 1

SENATE THIRD READING
SB 1903 (Speier)
As Amended August 29, 2000
Majority vote

SENATE VOTE :37-1

| JUDICIARY | 14-0 | APPROPRIATIONS | 20-0 |
|---|---|---|---|
| Ayes: | Kuehl, Aroner, Bates, Bock, Corbett, House, Jackson, Knox, Longville, McClintock, Robert Pacheco, Shelley, Steinberg, Wayne | Ayes: | Migden, Campbell, Ackerman, Alquist, Aroner, Ashburn, Brewer, Cedillo, Corbett, Davis, Kuehl, Papan, Romero, Runner, Shelley, Thomson, Wesson, Wiggins, Wright, Zettel |
| | | | |

SUMMARY : Requires corporations and their subsidiaries and affiliates to adhere to the same confidentiality laws that apply to health care providers and their contractors, gives individuals the ability to obtain a copy of their medical summary or profile upon request and at no cost from certain companies, and allows patients to submit correcting statements to their medical records. Specifically, this bill :

1)Makes the provisions in the Confidentiality of Medical Information Act (CMIA) which prohibit providers and contractors from sharing or selling a patient's medical information for any purpose other than providing health care to the patient applicable to corporations and their subsidiaries and affiliates.

2)Requires corporations and entities that maintain medical profiles, summaries or other patient-specific information, upon the patient's request, to provide the patient with a copy of such information at no cost. Exempts from this requirement HMOs, disability insurers, and medical information compiled or maintained by a fire and casualty insurer or its retained counsel in the regular course of investigating or litigating a claim under a policy of insurance that it has written.



3)Clarifies that any person or entity that wishes to obtain a patient's confidential medical information that does not fall within one of the recognized exceptions under the CMIA must obtain a valid authorization for the release of this information.

4)Allows adult patients to submit to their health care provider a written addendum with respect to any item or statement in their medical records that the patient believes is incomplete or incorrect. The addendum must be limited to 250 words per alleged incomplete or incorrect item, and must clearly indicate that the patient wishes the addendum to be made a part of his or her record. It also requires the health care provider to attach the addendum to the patient's records and include the addendum whenever the provider makes a disclosure of the allegedly incomplete or incorrect portion of the patient's records to any third party. It further provides that the receipt of information in a patient's addendum which contains defamatory or otherwise unlawful language, and the inclusion of this information in the patient's records, shall not, in and of itself, subject the health care provider to liability in any civil, criminal, administrative, or other proceeding.

FISCAL EFFECT : Potential minor non-reimbursable costs to local governments for investigation and prosecution, offset to some extent by civil penalty and fine revenues.

COMMENTS : In support of the bill, the author states that "[p]rotecting a patient's medical record has become increasingly important due to the explosion of new technologies including genetic testing and the computerization of medical records. The recently passed Federal Financial Services Modernization law that allows insurance companies, banks and brokerages to

affiliate and to share private information among themselves without the customer's consent further threatens patient privacy. The only effective way to protect the privacy of all sensitive health information is with strong, comprehensive legislation that empowers patients, as 'gatekeepers' of their information, to control how it is used.'"

Privacy issues are very high on the public policy agenda. Recent polls, which have received widespread attention in the media, reveal that the public is increasingly concerned about the loss of their privacy. For example, a 1998 Lou Harris Poll



found that 90% of respondents said they are concerned about threats to their privacy; 85% of the respondents felt they had lost control over the ways in which companies use their personal information; and 75% said they have refused to give information to a business for privacy reasons.

The National Committee for Quality Assurance, an accreditation organization, issued a report in 1998 that recommended, among other things, that managed care organizations "should inform their members of their rights to review and comment about their personal health information and to review transaction logs that record access and/or changes to their personally identifiable health information." (National Committee for Quality Assurance, Protecting Personal Health Information: A Framework for Meeting the Challenges in a Managed Care Environment (1998).) This is consistent with the bill's provisions that allow patients to submit an addendum to their records in order to correct any medical information they believe to be incomplete or inaccurate.

As noted above, the bill also includes a provision which requires certain corporations and entities that maintain medical profiles, summaries or other patient-specific information, upon the patient's request, to provide the patient with a copy of such information at no cost. According to background materials provided by the author, this provision appears to be focused on corporations like the Medical Information Bureau (MIB), and other entities that maintain medical summaries and patient profiles. MIB is a voluntary membership association of life insurance companies in the United States and Canada, which maintains a central database of certain medical information on individuals who have applied for insurance in order to detect and deter fraud. MIB reports are compiled on those individuals with serious medical conditions or other factors that might affect longevity, such as affinity for a dangerous sport. According to the Privacy Rights Clearinghouse, "[a]pproximately 15 million Americans and Canadians are on file in the MIB's computers. Over 750 insurance firms use the services of the MIB primarily to obtain information about life insurance and individual health insurance policy applicants." (Privacy Rights Clearinghouse, Fact Sheet # 8: How Private Is My Medical Information? available online at http://www.privacyrights.org/FS/fs8-med.htm.)

The most recent amendments add language to avoid chaptering out



problems with AB 2414 and SB 2094.

Analysis Prepared by : Daniel Pone / JUD. / (916) 319-2334

FN: 0006687