Quyen L. Ta (SBN 229956)
qta@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:   (415) 318-1200
Facsimile:   (415) 318-1300

Attorney for Defendant
BetterHelp, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M., on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BETTERHELP, INC.,<br><br>    Defendant. | Case No. 3:23-cv-01033-RS<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL - QUYEN L. TA**<br><br>Hon. Richard Seeborg |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Quyen L. Ta of King & Spalding LLP hereby withdraws in these actions as counsel of record for defendant BetterHelp, Inc. ("Defendant").

Defendant will continue to be represented in these actions by Livia M. Kiser, Jeffrey Hammer, and James A. Unger of the King & Spalding LLP law firm.

Dated: September 20, 2024                      **KING & SPALDING LLP**

By: */s/ Quyen L. Ta*
    Quyen L. Ta

Attorney for Defendant
BetterHelp, Inc.