UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BETTERHELP, INC. DATA DISCLOSURE CASES | Case No. 23-cv-01033-RS<br><br>**DISCOVERY REFERRAL** |

Pursuant to Civil Local Rule 72-1, plaintiffs' motion to compel (Dkt. No. 127) and any further discovery disputes are referred to a randomly assigned magistrate judge for disposition.

**IT IS SO ORDERED**.

Dated: October 4, 2024

RICHARD SEEBORG
Chief United States District Judge