# Exhibit 1

**EXHIBIT 1 – DISPUTED INTERROGATORIES AND RESPONSES**

**INTERROGATORY NO. 4**

IDENTIFY all of the information from and RELATING TO CLASS MEMBERS that each THIRD PARTY ANALYTICS TOOL[1] that was installed, in use, in effect, or otherwise present on YOUR WEBSITES OR APPS collected, disclosed, shared, or reported to any third party at any time during the CLASS PERIOD, including any type of PERSONAL INFORMATION.

**RESPONSE NO. 4**

BetterHelp incorporates the foregoing General Objections as if fully stated herein. BetterHelp objects to the term "THIRD PARTY ANALYTICS TOOLS" as vague and overbroad and shall interpret the term to refer to any third-party tools utilized by third parties or BetterHelp to evaluate activity on BetterHelp's websites for the purpose of optimizing advertising and attributing outcomes, where the third party utilizes this data for advertising attribution through actions that consumers elect to make with respect to various online platforms that consumers join and/or use. BetterHelp also objects to the request that BetterHelp identify "all of the information from and RELATING TO CLASS MEMBERS" as vague, ambiguous, overbroad, and unduly burdensome. BetterHelp further objects to the phrase "installed, in use, in effect, or otherwise" as vague and ambiguous, and shall interpret the phrase to mean third-party tools actively utilized to evaluate activity on BetterHelp's websites for the purpose of optimizing advertising and attributing outcomes, where the third party utilizes this anonymized data for advertising attribution through

---

[1] The term "THIRD PARTY ANALYTICS TOOLS" means any and all third party analytics tools, including but not limited to the Meta Pixel, Snapchat tracking tools or pixels, Criteo tracking tools or pixels, Pinterest tracking tools or pixels, trackers used on Defendant's mobile apps including in Defendant's SDKs, and any other tracking pixels or tools, that collected, disclosed, shared, reported, or intercepted customer data from YOUR websites or apps with any unauthorized third party.

actions that consumers elect to make with respect to various online platforms that consumers join and/or use. BetterHelp further objects to the term "PERSONAL OR MEDICAL INFORMATION" on the grounds that it is vague and overbroad, and on the ground that BetterHelp is not subject to HIPAA because it does not handle personal health information (PHI) on behalf of covered entities. BetterHelp further objects to the phrase "collected, disclosed, shared, or reported" as vague, ambiguous, overbroad, and unduly burdensome. BetterHelp also objects to this Interrogatory on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only respond with information that pertains to the period between August 1, 2017 and July 1, 2021.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Third-party tools were integrated into BetterHelp's websites using platforms such as Google Tag Manager and direct coding changes into the website source code. The data collected by these third-party tools, including any third-party IDs, varied based on several factors, including but not limited to: a user's browser and privacy settings; the user's browsing activities; the use of plug-in technologies; the default settings and configuration of each third-party tool; the parameters, if any, set by BetterHelp; a third-party's use of persistent cookies; whether a third-party tool is blocked; if the user signed in through a third party; a particular action that triggers the tool; the user's online conduct, including the various online platforms the user elects to join and/or use; among many other factors. Transmissions from these third-party tools alone do not allow for the identification of specific individuals and the data is anonymous. Based on a review of the website code and Google Tag Manager, the data that third-party tools collected generally included information regarding website usage, user interaction with the websites, page loads, sign ups, and

payments. Pursuant to the FTC Consent Order, third parties were required to delete all information that the third parties may have collected.

**INTERROGATORY NO. 5**

To the extent the information from and RELATING to CLASS MEMBERS that was collected, disclosed, shared, or reported to any third party by a THIRD PARTY ANALYTICS TOOL varied during the CLASS PERIOD, describe any changes in the information collected, disclosed, shared, or reported to any third party by that THIRD PARTY ANALYTICS TOOL and the dates any such changes went into effect.

**RESPONSE NO. 5**

BetterHelp incorporates the foregoing General Objections as if fully stated herein. BetterHelp objects to the term "THIRD PARTY ANALYTICS TOOLS" as vague and overbroad and shall interpret the term to refer to any third-party tools utilized by third parties or BetterHelp to evaluate activity on BetterHelp's website for the purpose of optimizing advertising and attributing outcomes, where the third party utilizes this data for advertising attribution through actions that consumers elect to make with respect to various online platforms that consumers join and/or use. BetterHelp further objects to the term "PERSONAL OR MEDICAL INFORMATION" on the grounds that it is vague and overbroad and on the ground that BetterHelp is not subject to HIPAA because it does not handle PHI on behalf of covered entities. BetterHelp also objects to this Interrogatory on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp also objects to the request that BetterHelp "describe any changes in the information collected, disclosed, shared, or reported to any third party" and "the dates any such changes went into effect" as vague, ambiguous, unintelligible, overbroad, and unduly burdensome.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Data collected by third-party tools are constantly changing based on a variety of non-static factors, many of which are not subject to BetterHelp's knowledge or control, including but not limited to: a user's browser settings; the default settings and configuration of each third-party tool; the parameters, if any, set by BetterHelp; a third-party's use of persistent cookies; whether a third-party tool is blocked; if the user signed in through a third party; a particular action that triggers the tool; and a user's conduct; among many other factors, such that BetterHelp cannot "describe any changes in the information collected, disclosed, shared, or reported to any third party" and "the dates any such changes went into effect." BetterHelp affirmatively states the third-party tools benefit consumers.

**INTERROGATORY NO. 8**

IDENTIFY all DOCUMENTS or COMMUNICATIONS CONCERNING any and all benefits and consideration YOU expected to receive or did receive from the use of THIRD PARTY ANALYTICS TOOLS on YOUR WEBSITES OR APPS at any time during the CLASS PERIOD.

**RESPONSE NO. 8**

BetterHelp incorporates the foregoing General Objections as if fully stated herein. BetterHelp also objects to the terms "benefits" and "consideration" as vague and ambiguous. BetterHelp objects to the term "THIRD PARTY ANALYTICS TOOLS" as vague and overbroad and shall interpret the term to refer to any third-party tools utilized by third parties or BetterHelp to evaluate activity on BetterHelp's websites for the purpose of optimizing advertising and attributing outcomes, where the third party utilizes this data for advertising attribution through actions that consumers elect to make with respect to various online platforms that consumers join and/or use. BetterHelp also objects to the term "YOUR WEBSITES OR APPS" as vague and

overbroad and shall interpret the term to mean all websites owned by Defendant and used to sign up for Defendant's services. BetterHelp further objects to the phrase "installed, in use, in effect, or otherwise" as vague and ambiguous, and shall interpret the phrase to mean third-party tools actively utilized to evaluate activity on BetterHelp's website for the purpose of optimizing advertising and attributing outcomes, where the third party utilizes this data for advertising attribution through actions that consumers elect to make with respect to various online platforms that consumers join and/or use. BetterHelp also objects to this Interrogatory as premature, as BetterHelp's review of documents in response to Plaintiff's document requests is ongoing. BetterHelp also objects to this Interrogatory to the extent it seeks the identification of documents that will be produced in discovery and thus will be equally available to Plaintiff. BetterHelp also objects to this Interrogatory on the ground that it is overbroad and unduly burdensome in that it would potentially require the identification of a significant volume of documents over a period of many years. BetterHelp also objects to this Interrogatory on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time.