# Exhibit 2

**EXHIBIT 2 – DISPUTED REQUESTS FOR PRODUCTION AND RESPONSES**

**REQUEST FOR PRODUCTION NO. 5**

DOCUMENTS sufficient to IDENTIFY all individuals who provided any formal or informal testimony to the FTC RELATING TO the FTC INVESTIGATION.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request on the ground that transcripts of testimony provided in connection with the FTC investigation are protected from discovery. BetterHelp further objects to the defined term "IDENTIFY," which purports to impose obligations not authorized by the Federal Rules of Civil Procedure or applicable law. Based on the foregoing objections, BetterHelp will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 7:**

All DOCUMENTS RELATING TO YOUR use of THIRD PARTY ANALYTICS TOOLS on YOUR websites and mobile applications, including but not limited to DOCUMENTS that would identify the following information: when YOU first installed each such THIRD PARTY ANALYTICS TOOLS; where each THIRD PARTY ANALYTICS TOOL was deployed on YOUR websites or applications; what data the THIRD PARTY ANALYTICS TOOL was installed to collect and the types of data it helped to collect; the reason(s) the THIRD PARTY ANALYTICS

TOOL was installed; any changes in how the tool was configured or deployed; and the types of data it helped to collect.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

BetterHelp objects to this Request to the extent it seeks information that is not in BetterHelp's possession, custody, or control. BetterHelp further objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps. BetterHelp further objects to the phrase "where each THIRD PARTY ANALYTICS TOOL was deployed on YOUR websites or applications" as vague and ambiguous.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 8:**

DOCUMENTS sufficient to show all the ways in which YOU shared, disclosed, collected, and/or allowed third parties access to PERSONAL OR MEDICAL INFORMATION concerning

PUTATIVE CLASS MEMBERS, including but not limited to THIRD PARTY ANALYTICS TOOLS and the creation, use, or sharing of custom dimension data based on the data that was collected, and/or the uploading of data that was collected into a data layer.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

BetterHelp objects to this Request to the extent it seeks information that is not in BetterHelp's possession, custody, or control. BetterHelp further objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the phrases "sufficient to show all the ways", "custom dimension data", and "data layer" as vague and ambiguous. BetterHelp further objects to the term "PERSONAL OR MEDICAL INFORMATION" as overbroad to the extent it is not limited to individually identifying information. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 9:**

DOCUMENTS sufficient to identify all of the types of data YOU collected, shared, or otherwise disclosed to third parties RELATING TO PUTATIVE CLASS MEMBERS, including the types of data YOU shared or allowed any third-party access to by means of THIRD PARTY ANALYTICS TOOLS or through any other means during the CLASS PERIOD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the phrase "sufficient to identify all of the types of data" as vague and ambiguous. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows: Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 30**

All DOCUMENTS in YOUR possession concerning PLAINTIFFS during the CLASS PERIOD, including but not limited to DOCUMENTS RELATING TO any information PLAINTIFFS entered on YOUR websites or mobile applications when they signed up for one of your services; any DOCUMENTS YOU collected or obtained from PLAINTIFFS; DOCUMENTS constituting, RELATING TO or concerning YOUR disclosure or sharing of PLAINTIFFS' data with any third party including Meta, Criteo, Snapchat, and Pinterest; DOCUMENTS RELATING TO YOUR use of all data collected by YOU from and regarding PLAINTIFFS; any advertisements you sent to PLAINTIFFS after they signed up for one of your services; and DOCUMENTS RELATING TO any custom dimensions YOU created or obtained that contained or were based on PLAINTIFFS' data that was submitted to or collected by YOU through one of YOUR websites or mobile applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 30**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it calls for documents that are protected by third parties' rights of confidentiality and/or privacy, as provided by contract or other agreement, the California and United States Constitutions and/or any other statute or legal authority. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound.

BetterHelp further objects to the term "custom dimensions" as vague and ambiguous. Based on the foregoing objections, BetterHelp will not produce documents in response to this Request.