# Exhibit 3

| | | | | In re BetterHelp, Inc. Data Disclosure Cases
Case No.: 3:23-CV-01033-RS (N.D. Cal.)

September 30, 2024 Privilege Log of BetterHelp, Inc.
CONFIDENTIAL | | | | |
|---|---|---|---|---|---|---|---|---|
| **PRIV ID** | **FAMILY PRIV ID** | **DATE** | **DOCUMENT TYPE** | **DESCRIPTION** | **AUTHOR/SENDER** | **RECIPIENT(S)** | **ADDRESSES/INDIVIDUALS COPIED** | **PRIVILEGE CLAIM** |

| PRIV ID | FAMILY PRIV ID | DATE | DOCUMENT TYPE | DESCRIPTION | AUTHOR/SENDER | RECIPIENT(S) | ADDRESSES/INDIVIDUALS COPIED | PRIVILEGE CLAIM |
|---|---|---|---|---|---|---|---|---|
| BH-PRIV-00001 | BH-PRIV-00001 | 11/28/2018 | Email | Privileged communication regarding data utilization | James Imrie <james@betterhelp.com> | Jeannette Frey^ <jfrey@teladochealth.com> | John Albright^ <jalbright@teladochealth.com>; Danny Bragonier <danny@betterhelp.com>; Nicholas Caughel <ncaughel@teladochealth.com>; Marc Adelson^ <madelson@teladochealth.com>; Alon Matas <alon@betterhelp.com> | Attorney-Client Privilege |
| BH-PRIV-00002 | BH-PRIV-00002 | 11/28/2018 | Email | Privileged communication regarding data utilization | John Albright^ <jalbright@teladochealth.com> | Danny Bragonier <danny@betterhelp.com>; James Imrie <james@betterhelp.com> | Jeannette Frey^ <jfrey@teladochealth.com>; Nicholas Caughel <ncaughel@teladochealth.com>; Marc Adelson^ <madelson@teladochealth.com>; Alon Matas <alon@betterhelp.com> | Attorney-Client Privilege |
| BH-PRIV-00003 | BH-PRIV-00003 | 11/28/2018 | Email | Privileged communication regarding data utilization | Jeannette Frey^ <jfrey@teladochealth.com> | James Imrie <james@betterhelp.com>; John Albright^ <jalbright@teladochealth.com> | Danny Bragonier <danny@betterhelp.com>; Nicholas Caughel <ncaughel@teladochealth.com>; Marc Adelson^ <madelson@teladochealth.com>; Alon Matas <alon@betterhelp.com> | Attorney-Client Privilege |
| BH-PRIV-00004 | BH-PRIV-00004 | 11/28/2018 | Email | Privileged communication regarding data utilization | Jeannette Frey^ <jfrey@teladochealth.com> | James Imrie <james@betterhelp.com> | John Albright^ <jalbright@teladochealth.com>; Danny Bragonier <danny@betterhelp.com>; Nicholas Caughel <ncaughel@teladochealth.com>; Marc Adelson^ <madelson@teladochealth.com>; Alon Matas <alon@betterhelp.com> | Attorney-Client Privilege |
| BH-PRIV-00005 | BH-PRIV-00005 | 11/30/2018 | Email | Privileged communication regarding data utilization | James Imrie <james@betterhelp.com> | Jeannette Frey^ <jfrey@teladochealth.com> | Danny Bragonier <danny@betterhelp.com>; John Albright^ <jalbright@teladochealth.com>; Nicholas Caughel <ncaughel@teladochealth.com>; Marc Adelson^ <madelson@teladochealth.com>; Alon Matas <alon@betterhelp.com> | Attorney-Client Privilege |
| BH-PRIV-00006 | BH-PRIV-00006 | 12/4/2018 | Email | Privileged communication regarding data utilization | Alon Matas <alon@betterhelp.com> | James Imrie <james@betterhelp.com> | Jeannette Frey^ <jfrey@teladochealth.com>; Danny Bragonier <danny@betterhelp.com>; John Albright^ <jalbright@teladochealth.com>; Nicholas Caughel <ncaughel@teladochealth.com>; Marc Adelson^ <madelson@teladochealth.com> | Attorney-Client Privilege |
| BH-PRIV-00007 | BH-PRIV-00007 | 12/7/2018 | Email | Privileged communication regarding data utilization | Alon Matas <alon@betterhelp.com> | Jeannette Frey^ <jfrey@teladochealth.com> | James Imrie <james@betterhelp.com>; Alon Matas <amatas@teladochealth.com>; Marc Adelson^ <madelson@teladochealth.com>; Danny Bragoiner <danny@betterhelp.com> | Attorney-Client Privilege |
| BH-PRIV-00008 | BH-PRIV-00008 | 12/7/2018 | Email | Privileged communication regarding data utilization | James Imrie <james@betterhelp.com> | Marc Adelson^ <madelson@teladochealth.com>; Jeannette Frey^ <jfrey@teladochealth.com> | Danny Bragonier <danny@betterhelp.com> | Attorney-Client Privilege |
| BH-PRIV-00009 | BH-PRIV-00009 | 12/14/2018 | Email | Privileged communication regarding data utilization | James Imrie <james.imrie@betterhelp.com> | Jeannette Frey^ <jfrey@teladochealth.com> | John Albright^ <jalbright@teladochealth.com>; Alon Matas <alon@betterhelp.com>; Danny Bragonier <danny@betterhelp.com> | Attorney-Client Privilege |
| BH-PRIV-00010 | BH-PRIV-00010 | 12/18/2018 | Email | Privileged communication regarding data utilization | James Imrie <james.imrie@betterhelp.com> | Jeannette Frey^ <jfrey@teladochealth.com> | John Albright^ <jalbright@teladochealth.com>; Alon Matas <alon@betterhelp.com>; Danny Bragonier <danny@betterhelp.com> | Attorney-Client Privilege |
| BH-PRIV-00011 | BH-PRIV-00011 | 12/19/2018 | Email | Privileged communication regarding data utilization | James <james.imrie@betterhelp.com> | Jeannette Frey^ <jfrey@teladochealth.com> | John Albright <jalbright@teladochealth.com>; Alon Matas <alon@betterhelp.com>; Danny Bragonier <danny@betterhelp.com> | Attorney-Client Privilege |
| BH-PRIV-00012 | BH-PRIV-00012 | 12/19/2018 | Email | Privileged communication regarding data utilization | Jeannette Frey^ <jfrey@teladochealth.com> | James Imrie <james@betterhelp.com> | John Albright^ <jalbright@teladochealth.com>; Alon Matas <alon@betterhelp.com>; Danny Bragonier <danny@betterhelp.com> | Attorney-Client Privilege |
| BH-PRIV-00013 | BH-PRIV-00012 | 12/19/2018 | Attachment | Draft agreement with third party | Jeannette Frey^ <jfrey@teladochealth.com> | James Imrie <james@betterhelp.com> | John Albright^ <jalbright@teladochealth.com>; Alon Matas <alon@betterhelp.com>; Danny Bragonier <danny@betterhelp.com> | Attorney-Client Privilege |
| BH-PRIV-00014 | BH-PRIV-00017 | 1/30/2021 | Email | Privileged communication, prepared in anticipation of litigation, regarding legal projects | Alon Matas <alon@betterhelp.com> | Kathryn Berry^ <kathryn.berry@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00015 | BH-PRIV-00017 | 1/30/2021 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding legal projects | Alon Matas <alon@betterhelp.com> | Kathryn Berry^ <kathryn.berry@betterhelp.com> | | Attorney-Client Privilege; Work Product |

**In re BetterHelp, Inc. Data Disclosure Cases**
Case No.: 3:23-CV-01033-RS (N.D. Cal.)

September 30, 2024 Privilege Log of BetterHelp, Inc.
CONFIDENTIAL

| PRIV ID | FAMILY PRIV ID | DATE | DOCUMENT TYPE | DESCRIPTION | AUTHOR/SENDER | RECIPIENT(S) | ADDRESSES/INDIVIDUALS COPIED | PRIVILEGE CLAIM |
|---|---|---|---|---|---|---|---|---|
| BH-PRIV-00016 | BH-PRIV-00019 | 1/31/2021 | Email | Privileged communication, prepared in anticipation of litigation, regarding legal projects | Kathryn Berry^ <kathryn.berry@betterhelp.com> | Alon Matas <alon@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00017 | BH-PRIV-00019 | 1/31/2021 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding legal projects | Kathryn Berry^ <kathryn.berry@betterhelp.com> | Alon Matas <alon@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00018 | BH-PRIV-00018 | 9/23/2021 | Email | Privileged communication regarding data utilization | Mike Takahashi <mike@betterhelp.com> | Danny Bragonier <danny@betterhelp.com>; | Kathryn Berry^ <kathryn.berry@betterhelp.com>; James Imrie <james.imrie@betterhelp.com>; | Attorney-Client Privilege |
| BH-PRIV-00019 | BH-PRIV-00019 | 9/23/2021 | Email | Privileged communication regarding data utilization | Mike Takahashi <mike@betterhelp.com> | Danny Bragonier <danny@betterhelp.com>; | Kathryn Berry^ <kathryn.berry@betterhelp.com>; James Imrie <james.imrie@betterhelp.com>; | Attorney-Client Privilege |
| BH-PRIV-00020 | BH-PRIV-00020 | 9/23/2021 | Email | Privileged communication regarding data utilization | Kathryn Berry^ <kathryn.berry@betterhelp.com> | Mike Takahashi <mike@betterhelp.com>; | Danny Bragonier <danny@betterhelp.com>; James Imrie <james.imrie@betterhelp.com>; | Attorney-Client Privilege |
| BH-PRIV-00021 | BH-PRIV-00021 | 9/24/2021 | Email | Privileged communication regarding data utilization | Mike Takahashi <mike@betterhelp.com> | Kathryn Berry^ <kathryn.berry@betterhelp.com> | Danny Bragonier <danny@betterhelp.com>; James Imrie <james.imrie@betterhelp.com>; | Attorney-Client Privilege |
| BH-PRIV-00022 | BH-PRIV-00022 | 9/24/2021 | Email | Privileged communication regarding data utilization | Danny Bragonier <danny@betterhelp.com> | Kathryn Berry^ <kathryn.berry@betterhelp.com> | Mike Takahashi <mike@betterhelp.com>; James Imrie <james.imrie@betterhelp.com>; | Attorney-Client Privilege |
| BH-PRIV-00023 | BH-PRIV-00023 | 9/24/2021 | Email | Privileged communication regarding data utilization | Kathryn Berry^ <kathryn.berry@betterhelp.com> | Alon Matas <alon@betterhelp.com>; | | Attorney-Client Privilege |
| BH-PRIV-00024 | BH-PRIV-00024 | 11/16/2021 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Mike Takahashi <mike@betterhelp.com> | Danny Bragonier <danny@betterhelp.com>; | Kathryn Berry^ <kathryn.berry@betterhelp.com> | Attorney-Client Privilege; Work Product |
| BH-PRIV-00025 | BH-PRIV-00025 | 11/16/2021 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | James <james.imrie@betterhelp.com> | Kathryn Berry^ <kathryn.berry@betterhelp.com> | Mike Takahashi <mike@betterhelp.com>; Danny Bragonier <danny@betterhelp.com>; | Attorney-Client Privilege; Work Product |
| BH-PRIV-00026 | BH-PRIV-00026 | 11/16/2021 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Kathryn Berry^ <kathryn.berry@betterhelp.com> | Danny Bragonier <danny@betterhelp.com>; Mike Takahashi <mike@betterhelp.com>; | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00027 | BH-PRIV-00027 | 11/16/2021 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Kathryn Berry^ <kathryn.berry@betterhelp.com> | James <james.imrie@betterhelp.com>; | Mike Takahashi <mike@betterhelp.com>; Danny Bragonier <danny@betterhelp.com>; | Attorney-Client Privilege; Work Product |
| BH-PRIV-00028 | BH-PRIV-00028 | 11/18/2021 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Johnathan Brooks <johnathan.brooks@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00029 | BH-PRIV-00028 | 11/18/2021 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Johnathan Brooks <johnathan.brooks@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00030 | BH-PRIV-00030 | 11/20/2021 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Alain Adler <alain@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00031 | BH-PRIV-00030 | 11/20/2021 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Alain Adler <alain@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00032 | BH-PRIV-00032 | 12/20/2021 | Email | Privileged communication regarding data utilization | Steven Erickson <steven.erickson@betterhelp.com> | Kathryn Berry^ <kathryn.berry@betterhelp.com> | Alon Matas <alon@betterhelp.com>; Danny Bragonier <danny@betterhelp.com>; Emily Gunner^ <emily.gunner@betterhelp.com>; Sam Broer <sam@betterhelp.com>; | Attorney-Client Privilege |
| BH-PRIV-00033 | BH-PRIV-00033 | 12/21/2021 | Email | Privileged communication regarding data utilization | Steven Erickson <steven.erickson@betterhelp.com> | Kathryn Berry^ <kathryn.berry@betterhelp.com> | Alon Matas <alon@betterhelp.com>; Danny Bragonier <danny@betterhelp.com>; Emily Gunner^ <emily.gunner@betterhelp.com>; Sam Broer <sam@betterhelp.com>; | Attorney-Client Privilege |
| BH-PRIV-00034 | BH-PRIV-00033 | 12/21/2021 | Attachment | BetterHelp agreement with third party digital advertising company | Steven Erickson <steven.erickson@betterhelp.com> | Kathryn Berry^ <kathryn.berry@betterhelp.com> | Alon Matas <alon@betterhelp.com>; Danny Bragonier <danny@betterhelp.com>; Emily Gunner^ <emily.gunner@betterhelp.com>; Sam Broer <sam@betterhelp.com>; | Attorney-Client Privilege |
| BH-PRIV-00035 | BH-PRIV-00035 | 8/16/2022 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Alain Adler <alain@betterhelp.com> | | Attorney-Client Privilege; Work Product |

| | | | | **In re BetterHelp, Inc. Data Disclosure Cases** | | | | |
| | | | | Case No.: 3:23-CV-01033-RS (N.D. Cal.) | | | | |
| | | | | September 30, 2024 Privilege Log of BetterHelp, Inc. | | | | |
| | | | | CONFIDENTIAL | | | | |
| PRIV ID | FAMILY PRIV ID | DATE | DOCUMENT TYPE | DESCRIPTION | AUTHOR/SENDER | RECIPIENT(S) | ADDRESSES/INDIVIDUALS COPIED | PRIVILEGE CLAIM |
|---|---|---|---|---|---|---|---|---|
| BH-PRIV-00036 | BH-PRIV-00035 | 8/16/2022 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Alain Adler <alain@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00037 | BH-PRIV-00037 | 8/18/2022 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Jessica Honbarger <jessica@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00038 | BH-PRIV-00037 | 8/18/2022 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Jessica Honbarger <jessica@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00039 | BH-PRIV-00039 | 8/25/2022 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Alain Adler <alain@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00040 | BH-PRIV-00039 | 8/25/2022 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Alain Adler <alain@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00041 | BH-PRIV-00041 | 8/25/2022 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Maria Farley <maria.farley@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00042 | BH-PRIV-00041 | 8/25/2022 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Maria Farley <maria.farley@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00043 | BH-PRIV-00043 | 9/13/2022 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Alain Adler <alain@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00044 | BH-PRIV-00043 | 9/13/2022 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Alain Adler <alain@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00045 | BH-PRIV-00045 | 9/13/2022 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Johnathan Brooks <johnathan.brooks@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00046 | BH-PRIV-00045 | 9/13/2022 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Johnathan Brooks <johnathan.brooks@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00047 | BH-PRIV-00047 | 9/13/2022 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Johnathan Brooks <johnathan.brooks@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00048 | BH-PRIV-00047 | 9/13/2022 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Johnathan Brooks <johnathan.brooks@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00049 | BH-PRIV-00049 | 9/26/2022 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Johnathan Brooks <johnathan.brooks@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00050 | BH-PRIV-00049 | 9/26/2022 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Johnathan Brooks <johnathan.brooks@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00051 | BH-PRIV-00051 | 9/26/2022 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Rushabh Gandhi <rushabh@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00052 | BH-PRIV-00051 | 9/26/2022 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Rushabh Gandhi <rushabh@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00053 | BH-PRIV-00053 | 9/27/2022 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Alexander Gershon <alexander.gershon@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00054 | BH-PRIV-00053 | 9/27/2022 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Alexander Gershon <alexander.gershon@betterhelp.com> | | Attorney-Client Privilege; Work Product |

**In re BetterHelp, Inc. Data Disclosure Cases**
Case No.: 3:23-CV-01033-RS (N.D. Cal.)

September 30, 2024 Privilege Log of BetterHelp, Inc.
CONFIDENTIAL

| PRIV ID | FAMILY PRIV ID | DATE | DOCUMENT TYPE | DESCRIPTION | AUTHOR/SENDER | RECIPIENT(S) | ADDRESSES/INDIVIDUALS COPIED | PRIVILEGE CLAIM |
|---|---|---|---|---|---|---|---|---|
| BH-PRIV-00055 | BH-PRIV-00055 | 9/27/2022 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Abbey Silverman^ <abbey.silverman@betterhelp.com>; Ciara Kelly <ciara.kelly@betterhelp.com> | Rushabh Gandhi <rushabh@betterhelp.com> | Attorney-Client Privilege; Work Product |
| BH-PRIV-00056 | BH-PRIV-00055 | 9/27/2022 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Abbey Silverman^ <abbey.silverman@betterhelp.com>; Ciara Kelly <ciara.kelly@betterhelp.com> | Rushabh Gandhi <rushabh@betterhelp.com> | Attorney-Client Privilege; Work Product |
| BH-PRIV-00057 | BH-PRIV-00057 | 10/3/2022 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Niklas Vaughan <niklas.vaughan@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00058 | BH-PRIV-00057 | 10/3/2022 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Niklas Vaughan <niklas.vaughan@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00059 | BH-PRIV-00059 | 10/4/2022 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Johnathan Brooks <johnathan.brooks@betterhelp.com> | Tommy Ferdon^ <tferdon@scalefirm.com> | Emily Gunner^ <emily.gunner@betterhelp.com>; Kathryn Berry^ <kathryn.berry@betterhelp.com>; Abbey Silverman^ <abbey.silverman@betterhelp.com>; Nora Wong^ <nwong@scalefirm.com> | Attorney-Client Privilege; Work Product |
| BH-PRIV-00060 | BH-PRIV-00059 | 10/4/2022 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Johnathan Brooks <johnathan.brooks@betterhelp.com> | Tommy Ferdon^ <tferdon@scalefirm.com> | Emily Gunner^ <emily.gunner@betterhelp.com>; Kathryn Berry^ <kathryn.berry@betterhelp.com>; Abbey Silverman^ <abbey.silverman@betterhelp.com>; Nora Wong^ <nwong@scalefirm.com> | Attorney-Client Privilege; Work Product |
| BH-PRIV-00061 | BH-PRIV-00061 | 10/5/2022 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Tommy Ferdon^ <tferdon@scalefirm.com> | Johnathan Brooks <johnathan.brooks@betterhelp.com> | Emily Gunner^ <emily.gunner@betterhelp.com>; Kathryn Berry^ <kathryn.berry@betterhelp.com>; Abbey Silverman^ <abbey.silverman@betterhelp.com>; Nora Wong^ <nwong@scalefirm.com> | Attorney-Client Privilege; Work Product |
| BH-PRIV-00062 | BH-PRIV-00061 | 10/5/2022 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Tommy Ferdon^ <tferdon@scalefirm.com> | Johnathan Brooks <johnathan.brooks@betterhelp.com> | Emily Gunner^ <emily.gunner@betterhelp.com>; Kathryn Berry^ <kathryn.berry@betterhelp.com>; Abbey Silverman^ <abbey.silverman@betterhelp.com>; Nora Wong^ <nwong@scalefirm.com> | Attorney-Client Privilege; Work Product |
| BH-PRIV-00063 | BH-PRIV-00063 | 2/10/2023 | Email | Privileged communication regarding data utilization | Matt McManus <matt.mcmanus@betterhelp.com> | Alain Adler <alain@betterhelp.com>; Alexander Gershon <alexander.gershon@betterhelp.com>; Andre Samokysh <andre.samokysh@betterhelp.com>; Carter Dack <carter.dack@betterhelp.com>; Emily Gunner^ <emily.gunner@betterhelp.com>; Jeff Hosler <jeff.hosler@betterhelp.com>; Johnathan Brooks <johnathan.brooks@betterhelp.com>; Kathryn Berry^ <kathryn.berry@betterhelp.com>; Niklas Vaughan <niklas.vaughan@betterhelp.com> Rushabh Gandi <rushabh.gandhi@betterhelp.com>; Matt McManus <matt.mcmanus@betterhelp.com>: | | Attorney-Client Privilege |

In re BetterHelp, Inc. Data Disclosure Cases
Case No.: 3:23-CV-01033-RS (N.D. Cal.)

September 30, 2024 Privilege Log of BetterHelp, Inc.
CONFIDENTIAL

| PRIV ID | FAMILY PRIV ID | DATE | DOCUMENT TYPE | DESCRIPTION | AUTHOR/SENDER | RECIPIENT(S) | ADDRESSES/INDIVIDUALS COPIED | PRIVILEGE CLAIM |
|---|---|---|---|---|---|---|---|---|
| BH-PRIV-00064 | BH-PRIV-00063 | 2/10/2023 | Attachment | Privileged draft policy regarding data utilization | Matt McManus <matt.mcmanus@betterhelp.com> | Alain Adler <alain@betterhelp.com>; Alexander Gershon <alexander.gershon@betterhelp.com>; Andre Samokysh <andre.samokysh@betterhelp.com>; Carter Dack <carter.dack@betterhelp.com>; Emily Gunner^ <emily.gunner@betterhelp.com>; Jeff Hosler <jeff.hosler@betterhelp.com>; Johnathan Brooks <johnathan.brooks@betterhelp.com>; Kathryn Berry^ <kathryn.berry@betterhelp.com>; Niklas Vaughan <niklas.vaughan@betterhelp.com> Rushabh Gandi <rushabh.gandi@betterhelp.com>; Matt McManus <matt.mcmanus@betterhelp.com>: | | Attorney-Client Privilege |
| BH-PRIV-00065 | BH-PRIV-00065 | 2/27/2023 | Email | Privileged communication regarding data utilization | Matt McManus <matt.mcmanus@betterhelp.com> | Alain Adler <alain@betterhelp.com>; Alexander Gershon <alexander.gershon@betterhelp.com>; Andre Samokysh <andre.samokysh@betterhelp.com>; Carter Dack <carter.dack@betterhelp.com>; Emily Gunner^ <emily.gunner@betterhelp.com>; Jeff Hosler <jeff.hosler@betterhelp.com>; Johnathan Brooks <johnathan.brooks@betterhelp.com>; Kathryn Berry^ <kathryn.berry@betterhelp.com>; Niklas Vaughan <niklas.vaughan@betterhelp.com> Rushabh Gandi <rushabh.gandi@betterhelp.com>; Matt McManus <matt.mcmanus@betterhelp.com>: | | Attorney-Client Privilege |
| BH-PRIV-00066 | BH-PRIV-00065 | 2/27/2023 | Attachment | Privileged draft policy regarding data utilization | Matt McManus <matt.mcmanus@betterhelp.com> | Alain Adler <alain@betterhelp.com>; Alexander Gershon <alexander.gershon@betterhelp.com>; Andre Samokysh <andre.samokysh@betterhelp.com>; Carter Dack <carter.dack@betterhelp.com>; Emily Gunner^ <emily.gunner@betterhelp.com>; Jeff Hosler <jeff.hosler@betterhelp.com>; Johnathan Brooks <johnathan.brooks@betterhelp.com>; Kathryn Berry^ <kathryn.berry@betterhelp.com>; Niklas Vaughan <niklas.vaughan@betterhelp.com> Rushabh Gandi <rushabh.gandi@betterhelp.com>; Matt McManus <matt.mcmanus@betterhelp.com>: | | Attorney-Client Privilege |

**In re BetterHelp, Inc. Data Disclosure Cases**
Case No.: 3:23-CV-01033-RS (N.D. Cal.)

September 30, 2024 Privilege Log of BetterHelp, Inc.
CONFIDENTIAL

| PRIV ID | FAMILY PRIV ID | DATE | DOCUMENT TYPE | DESCRIPTION | AUTHOR/SENDER | RECIPIENT(S) | ADDRESSES/INDIVIDUALS COPIED | PRIVILEGE CLAIM |
|---|---|---|---|---|---|---|---|---|
| BH-PRIV-00067 | BH-PRIV-00067 | 3/13/2023 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Alain Adler <alain@betterhelp.com>; Dave Patrick <dave@betterhelp.com>; Mike Takahashi <michael.takahashi@betterhelp.com>; Oaggin Park <oaggin@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00068 | BH-PRIV-00067 | 3/13/2023 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Alain Adler <alain@betterhelp.com>; Dave Patrick <dave@betterhelp.com>; Mike Takahashi <michael.takahashi@betterhelp.com>; Oaggin Park <oaggin@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00069 | BH-PRIV-00069 | 3/15/2023 | Email | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Alain Adler <alain@betterhelp.com>; Dave Patrick <dave@betterhelp.com>; Mike Takahashi <michael.takahashi@betterhelp.com>; Oaggin Park <oaggin@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00070 | BH-PRIV-00069 | 3/15/2023 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Alain Adler <alain@betterhelp.com>; Dave Patrick <dave@betterhelp.com>; Mike Takahashi <michael.takahashi@betterhelp.com>; Oaggin Park <oaggin@betterhelp.com> | | Attorney-Client Privilege; Work Product |
| BH-PRIV-00071 | BH-PRIV-00069 | 3/15/2023 | Attachment | Privileged communication, prepared in anticipation of litigation, regarding data utilization | Emily Gunner^ <emily.gunner@betterhelp.com> | Alain Adler <alain@betterhelp.com>; Dave Patrick <dave@betterhelp.com>; Mike Takahashi <michael.takahashi@betterhelp.com>; Oaggin Park <oaggin@betterhelp.com> | | Attorney-Client Privilege; Work Product |