# Exhibit A

**From:** Ronni Solomon
**To:** Alan Mansfield; Christina Tusan
**Cc:** James Unger; Jeffrey Hammer; Craig Bessenger
**Subject:** Search term hits
**Date:** Sunday, June 2, 2024 12:14:11 PM
**Attachments:** image001.png
BetterHelp Searches Comparison_06.2.2024.xlsx

---

Hi Alan and Christina, attached are the search term hits for your revised searches showing the comparison with the previous search terms and hit counts.

Also below are some examples of the inconsistent search terms.

Best regards,
Ronni

Pixel
Search 1, 2, 5-8, 11, 19, 20, 23, 24: Pixel
Search 3: *Pixel*
Search 4: Pixel*

SDK
Search 1, 7: *SDK*
Search 4, 6, 8, 14, 19: SDK

FB
Search 1: *FB*
Search 4, 16: "fb.com"
Search 12: FB

Facebook
Search 1, 4, 12, 16, 18: facebook
Search 19: *facebook*

GTM
Search 2: GTM
Search 3, 4, 7, 8: GTM OR "G*T*M*"
Search 5, 19: *GTM* OR "G_T_M"
Search 11: "G_T_M" OR "G*T*M"

Tag Manager
Search 1-8, 20, 23, 24: "Tag Manager"
Search 11, 19: "*Tag Manager*"

**Ronni D. Solomon**
*Partner*

T: +1 404 572 3547 | E: rsolomon@kslaw.com | Bio | vCard

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
King & Spalding

kslaw.com

| Search No. | Search Syntax | Total Hits | Total Hits with Family |
|---|---|---|---|
| 1 | ((Install* or Configure* or Launch* or Implent* or Integrate* or Utilize*) w/20 (Pixel OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie or "google analytics" or "analytics tools")) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN) AND (MasterDate between 1/1/2017 and 6/1/2021 or is not set) | 439 | 3,580 |
| 2 | ((Benefit* or Feature* or Insight* or Impressions* or Conversion* or Increase* or Payment* or "match rates") w/20 (Pixel OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie or "google analytics" or "analytics tools")) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN) AND (MasterDate between 1/1/2017 and 6/1/2021 or is not set) | 1,005 | 2,358 |
| 3 | ".gov" AND (Pixel OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie or "google analytics" or "analytics tools") AND ((Extension any of these: msg; eml) OR (RelativityID contains RSMF)) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN) AND (MasterDate between 1/1/2017 and 6/1/2021 or is not set) | 62 | 426 |
| 4 | ((Meta or facebook or "fb.com" or Snapchat or Pinterest or Google or Criteo) w/10 (Pixel OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie or "google analytics" or "analytics tools")) AND ((Extension any of these: msg; eml) OR (RelativityID contains RSMF)) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN) AND (MasterDate between 1/1/2017 and 6/1/2021 or is not set) | 1,439 | 10,984 |
| 5 | ((Pixel OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie or "google analytics" or "analytics tools") w/20 (Investigation or Risk or Liability or Report or Consult*)) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN) AND (MasterDate between 1/1/2017 and 6/1/2021 or is not set) | 506 | 1,014 |
| 6 | ((Pixel OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie or "google analytics" or "analytics tools") w/20 (Remove* or Replace* or Alter* or Reconfigure* or Modify* or Stop* or Cancel* or "Shut down" or "Turn off" or Remediate or Rehabilitate)) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN) AND (MasterDate between 1/1/2017 and 6/1/2021 or is not set) | 720 | 12,067 |
| 7 | (Teladoc w/20 (Pixel OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie or "google analytics" or "analytics tools")) AND ((Extension any of these: msg; eml) OR (RelativityID contains RSMF)) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN) AND (MasterDate between 1/1/2017 and 6/1/2021 or is not set) | 48 | 85 |
| 8 | ((Marketing or Campaign or "Custom Audience" or "Advanced Matching" or "Match Rate" or "Conversion Rates" or "Lift Study") w/20 (Pixel OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie or "google analytics" or "analytics tools")) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN) AND (MasterDate between 1/1/2017 and 6/1/2021 or is not set) | 463 | 1,199 |
| 9 | ((Refund* or Discontinue* or Cancel* or Concern* or Gizmodo or Jezebel or complain* or dissatisf* or critici* or critiq* or object* or grievance or protest* or gripe or xyz) w/10 (HIPAA or "personal health information" or phi or "personal information" or "health information" or "private information" or privacy)) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN) AND (MasterDate between 1/1/2017 and 6/1/2021 or is not set) | 991 | 4,535 |
| 10 | ((Train* or Comply* or Protocol* or Module* or Instruct* or supervis* or manag* or direct*) w/10 (HIPAA or "personal health information" or PHI or "personal information" or "health information" or "private information" or Privacy)) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN) AND (MasterDate between 1/1/2017 and 6/1/2021 or is not set) | 6,901 | 17,710 |
| 11 | (("Intake Questionnaire" or Email or Enroll or Pay) w/20 (Retarget* Or Target* or Optimize* or Audience or Match* or Compare* or Custom*) w/20 (Pixel OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie or "google analytics" or "analytics tools")) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN) AND (MasterDate between 1/1/2017 and 6/1/2021 or is not set) | 25 | 30 |
| | NO CORRESPONDING SEARCH | | |
| | NO CORRESPONDING SEARCH | | |

| Search No. | Search Syntax | Total Hits | Total Hits with Family |
|---|---|---|---|
| 1 | (*Install* OR *Configure* OR *Launch* OR *Implement* OR *Integrat* OR *Add* OR *Utilize* OR plac* OR convert OR sweep OR modify OR "change log" OR chang* OR "conversion linker" OR "betterhelp container" OR microdata OR maintain OR "version history" OR page OR locat*) AND (Pixel OR *API* OR *SDK* OR *Script* OR "G*T*M" OR GTM OR Sweeps OR "Google*Tag*Manager*" OR *FB* OR *GIF* OR JAVASCRIPT* OR Code OR FBQ OR *HTML5* OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie OR google OR "analytics tools" OR "facebook products" OR (*Meta* w/5 Tag*) OR Facebook OR Yahoo OR "*crazy egg*" OR *crazyegg* OR *snap* OR "*Trade Desk*" OR *reactful* OR "*metadata.io*" OR *mixpanel* OR *steelehouse* OR *MNTN* OR brandbastion OR "session replay" OR "*Yair Dovrat*" OR "yair@sweeps.ai" OR Moshe OR "yoav@sweeps.ai" OR "Danny Bragonier" OR "danny@betterhelp.com") AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 948,634 | 1,297,496 |
| 2 | (Benefit* OR Feature* OR Insight* OR Impressions* OR Conversion* OR Increase* OR Payment* OR "match rates") AND (Pixel OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie OR "google analytics" OR "analytics tools" OR "session replay" OR market* OR analy* OR GTM) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 213,345 | 345,984 |
| 3 | (".gov" OR *Pixel* OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Code OR Cookie OR Scripts OR "google analytics" OR SDK OR "analytics tools" OR GTM OR "G*T*M*") AND ((Extension any of these: msg; eml, .json) OR (RelativityID contains RSMF)) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 212,171 | 388,586 |
| 4 | (Meta OR facebook OR "fb.com" OR Snapchat OR Pinterest OR Google OR Criteo OR *crazyegg* OR *snap* OR "*Trade Desk*" OR *reactful* OR "*metadata.io*" OR *mixpanel* OR *steelehouse* OR brandbastion OR *MNTN OR "session replay" OR "*Yair Dovrat*" OR "yair@sweeps.ai" OR Moshe OR "yoav@sweeps.ai" OR "Danny Bragonier" OR "danny@betterhelp.com") AND (Pixel* OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon*" OR Cookie OR Scripts OR "google analytics" OR "analytics tools" OR "session replay" OR SDK OR GTM OR "G*T*M*") AND ((Extension any of these: msg; eml) OR (RelativityID contains RSMF)) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 58,163 | 122,344 |
| 5 | (Pixel OR "Tag Manager" OR *GTM* OR "G_T_M" OR "Tracking Tools" OR "Web Beacon" OR Cookie OR Scripts OR "google analytics" OR "analytics tools" OR SDK) AND (Investigat* OR Risk OR Liability OR Report* OR Consult*) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 29,146 | 96,089 |
| 6 | (Pixel OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie OR Scripts OR "google analytics" OR "analytics tools" OR SDK) AND (Remove* OR Replace* OR Alter* OR Reconfigure* OR Modify* OR Stop* OR Cancel* OR "Shut down" OR "Turn off" OR Remediate OR Rehabilitate OR access) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 26,464 | 101,041 |
| 7 | (*Teladoc* OR "healthiest you" OR Healthiestyou) AND (Pixel OR *API* OR *SDK* OR *Script* OR "G*T*M" OR GTM OR Sweeps OR Scripts OR "Google*Tag*Manager*" OR *FB* OR *GIF* OR JAVASCRIPT* OR Code OR *HTML5* OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie OR google OR "analytics tools" OR "facebook products" OR "Tag Manager" OR "Tracking Tools" OR "google analytics" OR GTM OR "G*T*M*") AND ((Extension any of these: msg; eml) OR (RelativityID contains RSMF)) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 98,518 | 146,016 |
| 8 | ((Market* OR Campaign* OR "Custom Audience" OR "Advanced Matching" OR "Match Rate" OR "Conversion Rate*" OR "Lift Study" OR "conversion linker" OR "cross domain") w/20 (Pixel OR SDK OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie OR Scripts OR "google analytics" OR "analytics tools" OR GTM OR "G*T*M*")) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 12,652 | 47,403 |
| 9 | (Refund* OR Discontinu* OR Cancel* OR Concern* OR Gizmodo OR Jezebel OR *UHC* OR *UHCSR* OR complain* OR dissatisf* OR critici* OR critiq* OR object* OR grievance OR protest* OR grip* OR unhappy OR outrage* OR "rip off" OR violation OR anger* OR worry) AND (HIPAA OR "personal health information" OR phi OR "personal information" OR HHS OR "health information" OR "mental health" OR "private information" OR *privacy* OR EPHI) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 122,508 | 233,246 |
| 10 | ((Train* OR Compl* OR Protocol* OR proced* OR Module* OR Instruct* OR supervis* OR manag* OR direct* OR advise OR "AB test") w/10 (HIPAA OR "Health Insurance Portability and Accountability Act" OR "protected health information" OR PHI OR "personal information" OR "health information" OR "private information" OR Priva*)) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 77,162 | 151,808 |
| 11 | (Questionnaire OR Email OR Enroll OR Pay OR "*sign*up*" OR *Submit*) AND (Retarget* OR Target* OR Optimiz* OR Audience OR Match* OR Compare* OR Custom*) AND (Pixel OR SDK OR "G_T_M" OR "G*T*M" OR "*Tag Manager*" OR "Tracking Tools" OR Scripts OR "Web Beacon" OR Cookie OR "google analytics" OR "analytics tools") AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 29,469 | 94,517 |
| 12 | (Audience w/5 Report*) AND (Facebook OR FB OR Yahoo OR "*crazy egg*" OR *crazyegg* OR *snap* OR "*Trade Desk*" OR *reactful* OR "*metadata.io*" OR *mixpanel* OR *steelehouse* OR *MNTN* OR brandbastion OR "session replay") AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 103 | 188 |
| 13 | (Audit* OR "Risk Assessment" OR "Risk analysis" OR gallagher OR "third party" OR teledoc OR contractor OR vendor OR insurance OR "risk management" OR test* OR transmit*) AND (Privacy OR Facebook OR Yahoo OR "*crazy egg*" OR *crazyegg* OR *snap* OR "*Trade Desk*" OR *reactful* OR "*metadata.io*" OR *mixpanel* OR *steelehouse* OR *MNTN* OR brandbastion OR HIPAA OR data* OR OCR OR "office of civil rights" OR track* OR compl* OR FTC OR "Federal Trade Commission" OR AG OR "Attorney* General*" OR "Health Insurance Portability and Accountability Act*" OR Privacy* OR Confidentiality* OR compliance*) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 249,525 | 450,098 |

| Search No. | Search Syntax | Total Hits | Total Hits with Family |
|---|---|---|---|
| | NO CORRESPONDING SEARCH | | |
| | NO CORRESPONDING SEARCH | | |
| | NO CORRESPONDING SEARCH | | |
| | NO CORRESPONDING SEARCH | | |
| | NO CORRESPONDING SEARCH | | |
| 12 | ((Meta or facebook or "fb.com" or Snapchat or Pinterest or Google or Criteo) w/20 ((Pixel OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie or "google analytics" or "analytics tools") w/20 (Visitor or User or Engagement or Conversion or Tool or Partnership or Relationship or Service or Campaign or Performance or Track* or "Next Steps" or Advertisment or Ad))) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN) AND (MasterDate between 1/1/2017 and 6/1/2021 or is not set) | 823 | 3,710 |
| | NO CORRESPONDING SEARCH | | |
| | NO CORRESPONDING SEARCH | | |
| | NO CORRESPONDING SEARCH | | |
| | NO CORRESPONDING SEARCH | | |
| | NO CORRESPONDING SEARCH | | |
| | NO CORRESPONDING SEARCH | | |
| | NO CORRESPONDING SEARCH | | |
| | TOTAL | 10,311 | 30,403 |

| Search No. | Search Syntax | Total Hits | Total Hits with Family |
|---|---|---|---|
| 14 | ("Pixel ID*" OR "Pixel Identif*" OR "*FBP cookie" OR (SDK w/20 id*)) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 1,360 | 34,555 |
| 15 | (Number OR amount OR quantity OR 2016 OR 2017 OR 2018 OR 2019 OR 2020 OR 2021 OR 2022 OR 2023) AND (customer* OR subscriber* OR consumer* OR "class member*" OR enrollee OR client*) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 1,189,535 | 1,452,899 |
| 16 | (privacy OR ("data* collection" w/15 (polic* OR practic* OR disclosures)) OR agreements OR indemnif* OR Breach OR Complinace) AND (consumers OR Customers OR Meta OR facebook OR "fb.com" OR Snapchat OR Pinterest OR Google OR Criteo OR *crazyegg* OR *snap* OR "*Trade Desk*" OR *reactful* OR "*metadata.io*" OR *mixpanel* OR *steelehouse* OR brandbastion OR *MNTN OR teledoc*) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 130,522 | 194,959 |
| 17 | (digital w/20 (marketing OR advertising OR ad*)) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 36,481 | 91,286 |
| 18 | (use OR benefit OR provid* OR share) AND (medical OR health OR personal OR info*) AND (Facebook OR Yahoo OR "*crazy egg*" OR *crazyegg* OR *snap* OR "*Trade Desk*" OR *reactful* OR "*metadata.io*" OR *mixpanel* OR *steelehouse* OR *MNTN* OR brandbastion OR Meta) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 107,316 | 192,675 |
| 19 | (*Meta* OR *facebook* OR "*fb.com" OR *Snapchat* OR *Pinterest* OR *Google* OR *Criteo* OR *Yahoo* OR *crazyegg* OR *twitter* OR reactful OR "metadata.io" OR "Trade Desk" OR mixpanel OR steelehouse OR brandbastion) AND (Pixel OR sdk OR *GTM* OR "G_T_M" OR "*Tag Manager*" OR "*Tracking Tools*" OR "*Web Beacon*" OR *Cookie* OR "google analytics" OR "analytics tools" OR convert OR sweep OR modify OR "change log" OR (custom w/5 dimension*) OR change* OR "conversion linker" OR "betterhelp container") AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 282,853 | 483,891 |
| 20 | (("Intake Questionnaire" or Email or Enroll or Pay) w/20 (Retarget* Or Target* or Optimize* or Audience or Match* or Compare* or Custom*) w/20 (Pixel OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie or "google analytics" or "analytics tools")) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 556 | 1,155 |
| 21 | ("Financial statement*" OR "insurance coverage") AND (betterhelp OR Teledoc) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 5,596 | 13,525 |
| 22 | ("Conversion Linker" OR Sweeps OR "betterhelp* container" OR "version history" OR microdata) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 1,589 | 10,260 |
| 23 | ((Jezabel OR Article OR Email OR Inquir*) w/20 (Respon* OR Answer* OR Handl* OR Action*) w/20 (Pixel OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie OR "google analytics" OR "analytics tools")) AND (HIPAA OR priva* OR confident* OR disclos*) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 391 | 558 |
| 24 | (("Covered Entity*" OR CE* OR "Business Associate*" OR BA* OR BAA* OR OCR* OR "Office of Civil Rights*" OR HHS OR "Health and Human Services" OR disclosure* OR breach*) w/20 (Pixel OR "Tag Manager" OR "Tracking Tools" OR "Web Beacon" OR Cookie OR "google analytics" OR "analytics tools")) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 11,217 | 64,370 |
| 25 | (FTC OR "Federal Trade Commission" OR Commission OR "Attorney* General*" OR "District Attorney" OR "city attorney" OR "California privacy protection agency" OR OCR OR "office of civil rights" OR "consumer protection agency" OR HHS OR "Health and Human Services" OR DOJ OR "Department of Justice") AND (CID OR "Civil Investigative Demand" OR subpoena OR interrogatory OR response* OR inquiry OR answer* OR interrogatories OR liability OR testimony OR statement*) AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 19,912 | 65,642 |
| 26 | ((Juliana w/2 Cizek) OR "cizekj@mail.gvsu.edu" OR (Stephanie w/2 Crain) OR "stephcrain@gmail.com" OR ((Elizabeth or Liz) w/2 Eldridge) OR "liz.eldridge@gmail.com" OR (Ariel w/2 Hopkins) OR "arielhopehopkins@gmail.com" OR (Jennifer w/2 (Jones or Schroeder)) OR "jjgogoes@gmail.com" OR (Vanessa w/2 Kimball) OR "Vkimball0@gmail.com" OR (Lauren w/2 Manaker) OR "lmh52780@gmail.com" OR (Christina w/2 McClellan) OR "mcclellan.christina@gmail.com" OR (Tracy w/2 Reed) OR "Treed-facebook@ultraviolet.org" OR (Raffi w/2 Sofoian) OR "raffisofoian@yahoo.com") AND (AllCustodians/Custodian any of these: Alain ADLER; Jonathan BROOKS; Sharon COHEN; Maria FARLEY; Rushabh GANDHI; Alexander GERSHON; Niklas VAUGHAN; Jaimie HARDEN; Jessica HONBARGER; Alon MATAS) AND (MasterDate between 1/1/2016 and 12/1/2023 OR is not set) | 283 | 22,427 |
| | TOTAL | 2,016,569 | 2,426,339 |