**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To:<br><br>All Cases/ | Case No. 3:23-cv-01033-RS<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Richard J. Seeborg<br><br>Chief Magistrate Judge: Donna M. Ryu |

Plaintiffs filed an administrative motion under Local Rule 6.3 and Federal Rule of Civil Procedure 16(b)(4) to extend the deadline to file for class certification in the above captioned case. Defendant BetterHelp, Inc. opposed the motion.

The Court, having considered all materials filed in support of and in opposition to the motion and the arguments of the parties and of counsel, hereby **DENIES** the motion to extend the deadline to file for class certification. Plaintiffs fail to establish good cause to extend the deadline under Local Rule 6.3 and Federal Rule of Civil Procedure 16(b)(4).

**IT IS SO ORDERED**.

Dated:

______________________________
Richard J. Seeborg
United States District Judge