UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BETTERHELP, INC. DATA DISCLOSURE CASES | Case No. 23-cv-01033-RS<br><br>**ORDER EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING DATE** |

Good cause appearing, the briefing deadlines for plaintiffs' motion for class certification and the hearing date are all continued by five weeks.

**IT IS SO ORDERED**.

Dated: March 18, 2025

_____
RICHARD SEEBORG
Chief United States District Judge