Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Maureen M. Brady (pro hac vice)
MCSHANE AND BRADY LLC
4006 Central Street
Kansas City, MO 64111
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Christina Tusan (SBN 192203)
TUSAN LAW, PC
ctusan@ctusanlaw.com
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Phone: 626-418-8203
Fax: 626-619-8253

*Plaintiffs' Co-Lead Interim Class Counsel*

Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400, San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**

This Document Relates To: All Actions

**Master File No. 3:23-cv-01033-RS**

Hon. Richard Seeborg

**DECLARATION OF CHRISTINA TUSAN IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO COMPEL DEFENDANT TO PROVIDE SOURCE CODE IN RESPONSE TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS**

| | |
|---|---|
| Hearing Date: | April 24, 2025 |
| Time: | 1:00 p.m. |
| Courtroom: | 4, 3rd Floor |
| Judge: | Hon. Donna M. Ryu |

I, Christina Tusan, hereby declare as follows:

1. I am a member in good standing of the bar of this Court, an active member of the State Bar of California, the founder of Tusan Law, PC, and one of the Court-appointed Co-Lead counsel of record for the plaintiffs in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, would testify competently thereto.

2. I make this declaration in support of Plaintiffs' Notice Of Motion And Memorandum of Points and Authorities in Support of Their Motion to Compel Defendant to Provide Source Code.

3. Plaintiffs served their First Set of Requests for Production of Documents on Defendant pursuant to Fed. R. Civ. P. 34, via electronic mail on or about September 12, 2023. On November 27, 2023, Defendant served its initial responses to Plaintiffs' First Request for Production. A true and correct copy of that response is attached hereto as Exhibit 1. As part of the meet and confer process, Plaintiffs requested that BH produce the Google Tag Manager ("GTM") change log data, the Meta Events Manager ("MEM") developer tool information, and the source code for the BH websites and apps, which collectively could be used to identify the specific information these tracking tools were configured to transmit to third parties. Plaintiffs' counsel have exchanged numerous emails and telephonic meetings with BH counsel regarding the deficiencies of BH's responses. Over the intervening 11 months the parties exhausted their meet and confer efforts and are at an impasse, as reflected in the March 11, 2025 joint discovery letter. The meet and confer process concluded when Defendant indicated that it was unwilling to produce the source code requested or the MEM developer tool information

4. Although Plaintiffs had agreed to limit what they were initially seeking for a short period of time to explore the possibility of settlement, many of the key documents that have been requested should be easy to locate as they are either readily identifiable or have been previously produced, making their production both relevant and proportional to the needs of this case.

5. Both myself and my co-counsel Alan M. Mansfield have sent repeated emails and letters about the issues raised in this Motion, including responding to Defendant's counsel's written responsive communications. We have also participated in numerous meet and confer

telephone calls where we have discussed these issues. In addition to the Requests for Production clearly calling for this information, we asked for the source code on many occasions, including in a February 12, 2025 email where it proposed a final compromise to certain outstanding issues A true and correct copy of a meet and confer email dated February 12, 2025, proposing a compromise to address Defendant's insufficient responses that included a compromise that they produce their source code, is attached hereto as Exhibit 2.

6. On February 24, 2025 Defendant's counsel responded indicating that it was unwilling to produce the source code by stating, "**Website Source Code:** We do not believe this information is responsive to any discovery request and is also overbroad, burdensome, and invasive. . . " A true and correct copy of that email is attached hereto as Exhibit 3. We also confirmed in follow-up communications with counsel that Defendant was unwilling to produce the source code information. The parties filed the joint letter on March 11, 2025 after reaching an impasse on this issue.

7. BH admitted in response to Interrogatory Nos. 4 and 5 that "Third-party tools were integrated into BH's websites using platforms such as Google Tag Manager and direct coding changes into the website source code." A true and correct copy of that Interrogatory Response is attached hereto as Exhibit 4.

8. BH's counsel has also argued they will defend this case by arguing any tracking tools collecting particular types of information were only located on these websites and apps for short periods of time and on limited pages.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on April 10, 2025, in Los Angeles, California.

/s/ *Christina Tusan*
Christina Tusan