# Exhibit 1

QUYEN L. TA (SBN 229956)
qta@kslaw.com
**KING & SPALDING LLP**
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: +1 (415) 318-1200
Facsimile: +1 (415) 318-1300

LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
JEFFREY HAMMER (SBN 264232)
jhammer@kslaw.com
JAMES A. UNGER (SBN 325115)
junger@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: +1 (213) 443-4355
Facsimile: +1 (213) 443-4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To: All Actions | **Master File No. 3:23-cv-01033-RS**<br><br>Hon. Richard Seeborg<br><br>**RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

**PROPOUNDING PARTY:** PLAINTIFFS

**RESPONDING PARTY:** BETTERHELP, INC.

**SET NUMBER:** ONE

By and through its undersigned counsel, Defendant BetterHelp, Inc. ("BetterHelp") hereby responds to the Plaintiffs' First Set of Requests for Production as follows:

The following responses and objections ("Responses") to the Requests are made based on information that is presently known and available to BetterHelp and its attorneys. BetterHelp's discovery and investigation are not yet complete and are continuing as of the date of these Responses. BetterHelp expressly reserves the right to continue its discovery and investigation for facts, witnesses, and supplemental data that may reveal information which, if presently within its knowledge, would have been included in these Responses. BetterHelp specifically reserves its right to present additional information and legal arguments in motion practice and at any hearing or trial as may be disclosed through its continuing discovery and investigation.

By making these Responses, BetterHelp does not concede that the information sought by any of the Requests is relevant or proportional.

BetterHelp objects to the Requests, including their Instructions and Definitions, to the extent that they purport to impose any requirement or discovery obligation greater than or different from those permitted by the parties' agreements, applicable statutory law, case law, or the applicable Rules of Civil Procedure, Local Rules, and Orders of the Court. BetterHelp will interpret each Request and respond pursuant to, and in light of, the requirements of the applicable authorities, agreements, and circumstances.

BetterHelp' investigation and development of all facts and circumstances relating to this action are ongoing. BetterHelp objects and responds to the Requests based on facts and circumstances as they are presently known. These Responses are made without prejudice to, and are not a waiver of, BetterHelp's right to rely on other facts or documents in motion practice and at any subsequent hearing or trial.

By making these Responses, BetterHelp does not waive, and hereby expressly reserves, its right to assert any and all objections as to the admissibility of such responses into evidence in

this action, or in any other proceedings, on any and all grounds including, but not limited to, competency, relevancy, materiality, and privilege. BetterHelp makes these Responses without implying that it considers the Requests or Responses to be relevant or material to the subject matter of this action.

Subject to and without waiving the foregoing, BetterHelp sets forth its objections and responses below.

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 1:**

All DOCUMENTS and written responses YOU produced to the United States Federal Trade Commission ("FTC") in response to any formal civil investigative demand or informal verbal or written requests for documents or other information YOU received RELATING TO YOUR use or disclosure of customer including any information YOU provided RELATED to the FTC investigation that resulted in the FTC Decision and Order (Docket No. c-4796) issued on or about July 7, 2023 ("FTC INVESTIGATION").

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the phrase "YOUR use or disclosure of customer" as vague, ambiguous, and unintelligible. BetterHelp further objects to this Request on the ground that BetterHelp's communications with the FTC in connection with the FTC investigation are protected from discovery.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

BetterHelp has produced responsive and non-privileged documents in BetterHelp's possession, custody, or control.

**REQUEST FOR PRODUCTION NO. 2:**

All DOCUMENTS RELATING TO YOUR reasons for installing or launching each THIRD PARTY ANALYTICS TOOL on YOUR websites and mobile applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

BetterHelp objects to this Request to the extent it seeks information that is not in BetterHelp's possession, custody, or control. BetterHelp further objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product doctrine, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to the term "launching" as vague and ambiguous.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 3:**

All DOCUMENTS RELATING TO the benefits YOU anticipated receiving from installing or launching each such THIRD PARTY ANALYTICS TOOL on YOUR websites and/or mobile applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

BetterHelp objects to this Request to the extent it seeks information that is not in BetterHelp's possession, custody, or control. BetterHelp further objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product

protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to the terms "launching" and "benefits" as vague and ambiguous. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 4:**

All transcripts of any testimony RELATING TO the FTC INVESTIGATION, including any testimony you provided directly to the FTC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request on the ground that transcripts of testimony provided in connection with the FTC investigation are protected from discovery.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 5:**

DOCUMENTS sufficient to IDENTIFY all individuals who provided any formal or informal testimony to the FTC RELATING TO the FTC INVESTIGATION.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request on the ground that transcripts of testimony provided in connection with the FTC investigation are protected from discovery. BetterHelp further objects to the defined term "IDENTIFY," which purports to impose obligations not authorized by the Federal Rules of Civil Procedure or applicable law.

Based on the foregoing objections, BetterHelp will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 6:**

All COMMUNICATIONS between YOU and representatives of any local, state or federal regulatory or law enforcement agency (e.g., any states' Attorneys General, the United States Department of Health and Human Services, any District or City Attorney, or any other local, state or federal law enforcement agency) RELATING TO YOUR use of THIRD PARTY ANALYTICS TOOLS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps.

BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 7:**

All DOCUMENTS RELATING TO YOUR use of THIRD PARTY ANALYTICS TOOLS on YOUR websites and mobile applications, including but not limited to DOCUMENTS that would identify the following information: when YOU first installed each such THIRD PARTY ANALYTICS TOOLS; where each THIRD PARTY ANALYTICS TOOL was deployed on YOUR websites or applications; what data the THIRD PARTY ANALYTICS TOOL was installed to collect and the types of data it helped to collect; the reason(s) the THIRD PARTY ANALYTICS TOOL was installed; any changes in how the tool was configured or deployed; and the types of data it helped to collect.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

BetterHelp objects to this Request to the extent it seeks information that is not in BetterHelp's possession, custody, or control. BetterHelp further objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or

apps. BetterHelp further objects to the phrase "where each THIRD PARTY ANALYTICS TOOL was deployed on YOUR websites or applications" as vague and ambiguous.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 8:**

DOCUMENTS sufficient to show all the ways in which YOU shared, disclosed, collected, and/or allowed third parties access to PERSONAL OR MEDICAL INFORMATION concerning PUTATIVE CLASS MEMBERS, including but not limited to THIRD PARTY ANALYTICS TOOLS and the creation, use, or sharing of custom dimension data based on the data that was collected, and/or the uploading of data that was collected into a data layer.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

BetterHelp objects to this Request to the extent it seeks information that is not in BetterHelp's possession, custody, or control. BetterHelp further objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the phrases "sufficient to show all the ways", "custom dimension data", and "data layer" as vague and ambiguous. BetterHelp further objects to the term "PERSONAL OR MEDICAL INFORMATION" as overbroad to the extent it is not limited to individually identifying information. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 9:**

DOCUMENTS sufficient to identify all of the types of data YOU collected, shared, or otherwise disclosed to third parties RELATING TO PUTATIVE CLASS MEMBERS, including the types of data YOU shared or allowed any third-party access to by means of THIRD PARTY ANALYTICS TOOLS or through any other means during the CLASS PERIOD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the phrase "sufficient to identify all of the types of data" as vague and ambiguous. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

/ / /

/ / /

**REQUEST FOR PRODUCTION NO. 10:**

DOCUMENTS sufficient to show the formats in which PUTATIVE CLASS MEMBERS' data was disclosed to, shared with, or intercepted by, companies whose THIRD PARTY ANALYTICS TOOLS were deployed on YOUR websites and mobile applications, including the format used, if any, to either permit or prevent linking data that was disclosed, shared, or intercepted to specific PUTATIVE CLASS MEMBERS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the term "formats" as vague and ambiguous. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 11:**

All DOCUMENTS CONCERNING YOUR initial installation and all modifications of each THIRD PARTY ANALYTICS TOOL on YOUR websites and mobile applications, including a description of the data that was being collected and provided to third parties in connection with the installation and use of each such THIRD PARTY ANALYTICS TOOL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

BetterHelp objects to this Request to the extent it seeks information that is not in BetterHelp's possession, custody, or control. BetterHelp further objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the portion of this Request that begins with "including a description," which seeks information that is not subject to discovery under Federal Rule of Civil Procedure 34. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 12:**

Any policies RELATING TO YOUR disclosures to PUTATIVE CLASS MEMBERS concerning the use and disclosure of PUTATIVE CLASS MEMBERS' data to third parties, including all DOCUMENTS YOU contend were sent or provided to PUTATIVE CLASS MEMBERS concerning the collection, use, and disclosure of their PERSONAL AND MEDICAL INFORMATION that was being shared with a third party or third parties during the CLASS PERIOD. To the extent any of these policies changed during the relevant time period, provide DOCUMENTS sufficient to IDENTIFY the period during which each version of the policy was in effect.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it does not specify the "relevant time period." BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the term "PERSONAL AND MEDICAL INFORMATION" as overbroad to the extent it is not limited to individually identifying information. BetterHelp further objects to the defined term "IDENTIFY," which purports to impose obligations not authorized by the Federal Rules of Civil Procedure or applicable law.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 13:**

Any reports or analyses, including all appendices and exhibits, RELATING TO the collection, transmission, or disclosure of PUTATIVE CLASS MEMBERS' PERSONAL AND MEDICAL INFORMATION to Meta Platforms, Inc. d/b/a Meta ("Meta"), Snapchat, Pinterest, Criteo and other third parties via the THIRD PARTY ANALYTICS TOOLS installed on YOUR websites or mobile applications, including any internal risk management analyses RELATING TO such practices.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

BetterHelp objects to this Request to the extent it seeks information that is not in BetterHelp's possession, custody, or control. BetterHelp further objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product

protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to this Request as compound. BetterHelp further objects to the term "PERSONAL AND MEDICAL INFORMATION" as overbroad to the extent it is not limited to individually identifying information. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 14:**

All DOCUMENTS RELATING TO any investigation or report conducted or prepared by any BETTER HELP employees or any third party, contractor, vendor, or insurance or risk management representative RELATING TO the collection, transmission, or disclosure of CLASS MEMBERS' PERSONAL AND MEDICAL INFORMATION to Meta and other third parties via THIRD PARTY ANALYTICS TOOLS installed on YOUR websites or mobile applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

BetterHelp objects to this Request to the extent it seeks information that is not in BetterHelp's possession, custody, or control. BetterHelp further objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1,

2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to this Request as compound. BetterHelp further objects to the term "PERSONAL AND MEDICAL INFORMATION" as overbroad to the extent it is not limited to individually identifying information. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 15:**

All DOCUMENTS describing the scope of work with any internal or external web development or marketing teams RELATING TO the use, placement or removal of THIRD PARTY ANALYTICS TOOLS on YOUR websites or mobile applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

BetterHelp objects to this Request to the extent it seeks information that is not in BetterHelp's possession, custody, or control. BetterHelp further objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the phrase "scope of work with any internal or external web development or marketing teams" as vague and ambiguous. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as

vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 16:**

All Facebook Audience Reports RELATING TO YOUR websites or mobile applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp will produce Facebook Audience Reports related to user behavior.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 17:**

All Google Tag Manager or Google Analytics Report DOCUMENTS RELATED to YOUR website or mobile applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege.

BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request to the extent it is duplicative of Request No. 50 and, as to documents relating to Google Tag Manager, will produce documents in accordance with BetterHelp's response to Request No. 50. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp will produce Google Analytics Report documents related to user behavior.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 18:**

All COMMUNICATIONS with any of YOUR parents, subsidiaries, and/or affiliates RELATING TO YOUR use of THIRD PARTY ANALYTICS TOOLS on YOUR websites or mobile applications, including any risk management assessments of the use of such THIRD PARTY ANALYTICS TOOLS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

BetterHelp objects to this Request to the extent it seeks information that is not in BetterHelp's possession, custody, or control. BetterHelp further objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps. BetterHelp further objects to this Request on the

ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 19:**

DOCUMENTS sufficient to show the Pixel ID number(s) contained on YOUR websites and mobile applications, the name of each webpage on YOUR websites that contained a Pixel ID and when those Pixel IDs were placed on those pages during the CLASS PERIOD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 20:**

DOCUMENTS sufficient to show each and every _FBP Cookie Values associated with the Meta Pixel contained on YOUR websites or equivalent cookie values used on any trackers on YOUR mobile applications during the CLASS PERIOD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to the terms "_FBP Cookie Values" and "equivalent cookies values" as vague and ambiguous.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 21:**

All DOCUMENTS YOU provided or made available to PUTATIVE CLASS MEMBERS that contained representations about how YOU would treat or share information that customers provided to YOU when utilizing YOUR websites or mobile applications. To the extent any of these DOCUMENTS changed over time, provide DOCUMENTS sufficient to identify the period during which each DOCUMENT was provided or made available to PUTATIVE CLASS MEMBERS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this

Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 22:**

Any agreements YOU contend were in place with PUTATIVE CLASS MEMBERS RELATING TO YOUR use and disclosure of data RELATING TO PUTATIVE CLASS MEMBERS. To the extent any of these agreements changed over time, provide DOCUMENTS sufficient to identify the period during which each agreement was in effect.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 23:**

DOCUMENTS sufficient to show any compliance programs, processes, and controls YOU had in place to comply with state and federal data privacy laws, including DOCUMENTS

sufficient to show any changes YOU made to such compliance program(s), processes, and controls and the dates these changes were implemented.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 24:**

All DOCUMENTS CONCERNING each modification YOU have made RELATING to YOUR privacy and data-collection policies, practices, and disclosures RELATING TO YOUR use of THIRD PARTY ANALYTICS TOOLS and when such modification was made.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or

apps. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 25:**

DOCUMENTS sufficient to show any notifications YOU sent to CLASS MEMBERS indicating that their PERSONAL OR MEDICAL INFORMATION was shared without their authorization.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to the term "PERSONAL OR MEDICAL INFORMATION" as overbroad to the extent it is not limited to individually identifying information.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 26:**

DOCUMENTS sufficient to show any remedial measures YOU took or implemented in order to address YOUR use or disclosure of customer data, the associated costs of each remedial measure, and YOUR reason or reasons for taking such remedial measures.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 27:**

DOCUMENTS sufficient to show YOUR policies and practice(s) CONCERNING the retention, destruction, or disposal of PUTATIVE CLASS MEMBERS' PERSONAL AND MEDICAL INFORMATION that was entered by PUTATIVE CLASS MEMBERS on YOUR websites or mobile applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this

Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the term "PERSONAL AND MEDICAL INFORMATION" as overbroad to the extent it is not limited to individually identifying information.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 28:**

All DOCUMENTS RELATING TO any marketing plan or strategy that discussed, considered, recommended, or otherwise addressed YOUR use of any THIRD PARTY ANALYTICS TOOL, including any marketing plans or strategies that required or used PERSONAL AND MEDICAL INFORMATION entered by PUTATIVE CLASS MEMBERS that was collected, disclosed, shared, or intercepted by any THIRD PARTY ANALYTICS TOOL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

BetterHelp objects to this Request to the extent it seeks information that is not in BetterHelp's possession, custody, or control. BetterHelp further objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound.

BetterHelp further objects to the term "PERSONAL AND MEDICAL INFORMATION" as overbroad to the extent it is not limited to individually identifying information. BetterHelp further objects to this Request as compound.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 29:**

All COMMUNICATIONS between YOU and any representative from Meta, Criteo, Snapchat, Pinterest, Google, or any other third party RELATING TO YOUR use of THIRD PARTY ANALYTICS TOOLS on YOUR websites or mobile applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 30:**

All DOCUMENTS that provide information on the monthly, quarterly and annual revenues or other benefits, including benefits regarding the retention of users or additional subscribers, that

you received from Meta, Facebook, Pinterest, Criteo or any other third party company as a result of YOUR use of THIRD PARTY ANALYTICS TOOLS on YOUR websites or mobile applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the phrase "other benefits, including benefits regarding the retention of users or additional subscribers" as vague and ambiguous.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 30 [*sic*]:**

All DOCUMENTS in YOUR possession concerning PLAINTIFFS during the CLASS PERIOD, including but not limited to DOCUMENTS RELATING TO any information PLAINTIFFS entered on YOUR websites or mobile applications when they signed up for one of your services; any DOCUMENTS YOU collected or obtained from PLAINTIFFS; DOCUMENTS constituting, RELATING TO or concerning YOUR disclosure or sharing of PLAINTIFFS' data with any third party including Meta, Criteo, Snapchat, and Pinterest; DOCUMENTS RELATING TO YOUR use of all data collected by YOU from and regarding PLAINTIFFS; any advertisements

you sent to PLAINTIFFS after they signed up for one of your services; and DOCUMENTS RELATING TO any custom dimensions YOU created or obtained that contained or were based on PLAINTIFFS' data that was submitted to or collected by YOU through one of YOUR websites or mobile applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 30 [*sic*]:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it calls for documents that are protected by third parties' rights of confidentiality and/or privacy, as provided by contract or other agreement, the California and United States Constitutions and/or any other statute or legal authority. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the term "custom dimensions" as vague and ambiguous.

Based on the foregoing objections, BetterHelp will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 31:**

DOCUMENTS sufficient to IDENTIFY YOUR employees or any person or persons who were responsible for installing, modifying, and maintaining each THIRD PARTY ANALYTICS TOOL that was installed on YOUR websites or mobile applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to the term

"THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to the defined term "IDENTIFY," which purports to impose obligations not authorized by the Federal Rules of Civil Procedure or applicable law.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 32:**

DOCUMENTS sufficient to IDENTIFY the persons responsible for YOUR digital marketing programs, including those persons responsible for deciding whether to install THIRD PARTY ANALYTICS TOOLS on YOUR websites or mobile applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to the defined term "IDENTIFY," which purports to impose obligations not authorized by the Federal Rules of Civil Procedure or applicable law.

/ / /

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 33:**

All COMMUNICATIONS shared between YOUR employees who were responsible for YOUR digital marketing programs, both internally and with third parties, RELATING TO the configuration of THIRD PARTY ANALYTICS TOOLS placed on YOUR websites or mobile applications, including, but not limited to, COMMUNICATIONS RELATING TO the information collected, accessed, shared, disclosed, and intercepted by such TOOLS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

/ / /

/ / /

**REQUEST FOR PRODUCTION NO. 34:**

All DOCUMENTS RELATING TO any complaints, expressions of dissatisfaction, or concerns expressed by any of YOUR customers, therapist, contractors or employees, any government agency or representative, or any other third party RELATING TO the use of THIRD PARTY ANALYTICS TOOLS on YOUR websites or mobile applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 35:**

All agreements YOU entered into with any PERSON, including Meta, Criteo, Snapchat, or Pinterest, regarding the use of THIRD PARTY ANALYTICS TOOLS installed on YOUR websites or mobile applications, including any contractual limitations on how such third parties could use PERSONAL AND MEDICAL INFORMATION entered by PUTATIVE CLASS MEMBERS beyond generalized contractual terms.

/ / /

/ / /

**RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the term "PERSONAL AND MEDICAL INFORMATION" as overbroad to the extent it is not limited to individually identifying information. BetterHelp further objects to this Request as compound.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 36:**

All DOCUMENTS RELATING to the existence and contents of any agreement under which any insurance carrier may be liable to satisfy in whole or in part a judgment that may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment, including the identity of the carrier and the nature and limits of the coverage, and whether that insurance carrier is disputing the agreement's coverage of the claim involved in this action and a copy of the full policy (including the Declarations Page) of any primary and excess Errors and Omissions, Data Breach, Cybersecurity, Commercial General Liability or other insurance agreements that potentially provide coverage for the clams at issue in this action, whether or not any claim arising out of this action has been tendered, rejected, accepted or accepted with a

reservation of rights, including all COMMUNICATIONS with any insurance carrier RELATED to the claims asserted in the operative Complaint in this action.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound.

Based on the foregoing objections, BetterHelp will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 37:**

All DOCUMENTS RELATING TO any indemnification arrangements with any affiliates or third parties RELATED to the use of THIRD PARTY ANALYTICS TOOLS on YOUR websites or mobile applications, such as any companies responsible for providing cyber security protection, filtering or redundancy.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case.

/ / /

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**<u>REQUEST FOR PRODUCTION NO. 38:</u>**

DOCUMENTS sufficient to IDENTIFY the number of PUTATIVE CLASS MEMBERS and the information YOU possess RELATING to their contact information, including email addresses, physical address information, and telephone phone numbers.

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 38:</u>**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it calls for documents that are protected by third parties' rights of confidentiality and/or privacy, as provided by contract or other agreement, the California and United States Constitutions and/or any other statute or legal authority. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to the defined term "IDENTIFY," which purports to impose obligations not authorized by the Federal Rules of Civil Procedure or applicable law. BetterHelp further objects to this Request as compound.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are sufficient to show the number of putative class members between August 1, 2017 and April 1, 2021.

/ / /

**REQUEST FOR PRODUCTION NO. 39:**

DOCUMENTS sufficient to IDENTIFY, for each PUTATIVE CLASS MEMBER, the date or dates on which they signed up to use one or more of YOUR services or the date on which they utilized one of YOUR websites or mobile applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the defined term "IDENTIFY," which purports to impose obligations not authorized by the Federal Rules of Civil Procedure or applicable law.

Based on the foregoing objections, BetterHelp will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 40:**

All DOCUMENTS relating to the training of your employees REGARDING to how to protect PERSONAL AND MEDICAL INFORMATION entered by PUTATIVE CLASS MEMBERS when using such information in connection with sharing it with third parties for advertising purposes.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as

compound. BetterHelp further objects to the term "PERSONAL AND MEDICAL INFORMATION" as overbroad to the extent it is not limited to individually identifying information.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 41:**

All DOCUMENTS relating to the supervision of YOUR staff in the use of PERSONAL AND MEDICAL INFORMATION entered by PUTATIVE CLASS MEMBERS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the term "PERSONAL AND MEDICAL INFORMATION" as overbroad to the extent it is not limited to individually identifying information.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 42:**

All DOCUMENTS relating to YOUR use of PUTATIVE CLASS MEMBERS' email addresses, IP addresses, enrollment information, and Intake Questionnaire responses for various

advertising purposes, including: (1) re-targeting individuals with advertisements for YOUR services; (2) using their health information to find and target potential new users of YOUR service with advertisements because they shared traits with current Users; and (3) optimizing YOUR advertisements, which involved targeting advertisements at individuals with attributes similar to those that had previously responded to YOUR advertisements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the phrase "various advertising purposes" as vague and ambiguous.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 43:**

DOCUMENTS sufficient to show how THIRD PARTY ANALYTICS TOOLS were configured on DEFENDANT'S websites and databases.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to the term

"THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps. BetterHelp further objects to the term "databases" as used in this Request as vague and ambiguous. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 44:**

DOCUMENTS sufficient to show DEFENDANT'S Google Tag Manager configuration for its THIRD PARTY ANALYTICS TOOLS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to the term "THIRD PARTY ANALYTICS TOOL" as vague and overbroad and shall interpret the term to refer to any third party tools used to analyze or track user behavior on BetterHelp's websites or apps. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, that are located pursuant to a reasonable and diligent search.

**REQUEST FOR PRODUCTION NO. 45:**

DOCUMENTS sufficient to show, by year during the RELEVANT TIME PERIOD, DEFENDANT'S net and gross income.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to the term "RELEVANT TIME PERIOD," which is not defined. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, sufficient to show, revenue, expenses, profit and loss from FY 2015- FY 2022.

**REQUEST FOR PRODUCTION NO. 46:**

All DOCUMENTS RELATING TO the use of any PERSONAL AND MEDICAL INFORMATION of PUTATIVE CLASS MEMBERS provided by YOU to Criteo, including but not limited to email addresses and/or IP addresses, to target PUTATIVE CLASS MEMBERS with advertisements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the term "PERSONAL AND MEDICAL

INFORMATION" as overbroad to the extent it is not limited to individually identifying information.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 47:**

All DOCUMENTS RELATING TO the use of any PERSONAL AND MEDICAL INFORMATION of PUTATIVE CLASS MEMBERS provided by YOU to Snapchat, including but not limited to email addresses and/or IP addresses, to target PUTATIVE CLASS MEMBERS with advertisements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the term "PERSONAL AND MEDICAL INFORMATION" as overbroad to the extent it is not limited to individually identifying information.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

/ / /

/ / /

**REQUEST FOR PRODUCTION NO. 48:**

All DOCUMENTS RELATING TO the use of any PERSONAL AND MEDICAL INFORMATION of PUTATIVE CLASS MEMBERS provided by YOU to Pinterest, including but not limited to email addresses and/or IP addresses, to target PUTATIVE CLASS MEMBERS with advertisements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the term "PERSONAL AND MEDICAL INFORMATION" as overbroad to the extent it is not limited to individually identifying information.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 49:**

All DOCUMENTS RELATING TO the use of any PERSONAL AND MEDICAL INFORMATION of PUTATIVE CLASS MEMBERS provided by YOU to Meta, including but not limited to email addresses and/or IP addresses, to target PUTATIVE CLASS MEMBERS with advertisements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege.

BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp will only produce documents created on or after August 1, 2017 and before July 1, 2021. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case. BetterHelp further objects to this Request as compound. BetterHelp further objects to the term "PERSONAL AND MEDICAL INFORMATION" as overbroad to the extent it is not limited to individually identifying information.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive, non-privileged documents identified after applying agreed-upon search terms to agreed-upon custodial sources.

**REQUEST FOR PRODUCTION NO. 50:**

ALL financial statements for BETTERHELP, provided on a quarterly and annual basis during the relevant time period, including income statements and balance sheets.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome as to the time period. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

Once a stipulated protective order regarding sensitive and confidential information is entered by the Court, BetterHelp will produce responsive and non-privileged documents in BetterHelp's possession, custody, or control, if any, sufficient to show, revenue, expenses, profit and loss from FY 2015- FY 2022.

/ / /

**REQUEST FOR PRODUCTION NO. 51:**

All DOCUMENTS constituting liability or insurance policies that potentially provide YOU with coverage for the claims in Plaintiffs' Consolidated Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

BetterHelp objects to this Request to the extent it seeks information that is protected by the attorney-client privilege, work product protection, settlement privilege, or any other privilege. BetterHelp further objects to this Request on the ground that it is overbroad and unduly burdensome to the extent it is unlimited as to time. BetterHelp further objects to this Request on the ground that it seeks information that is neither relevant to any party's claims or defenses nor proportional to the needs of the case.

Subject to and without waiving the foregoing objections, BetterHelp responds as follows:

BetterHelp has no non-privileged and responsive documents in its possession, custody, and control.

Dated: November 27, 2023

KING & SPALDING LLP

Quyen L. Ta (SBN 229956)
qta@kslaw.com
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Livia M. Kiser (SBN 285411)
lkiser@kslaw.com
Jeffrey Hammer (SBN 264232)
jhammer@kslaw.com
James A. Unger (SBN 325115)
junger@kslaw.com
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

*Attorneys for Defendant*
*BETTERHELP, INC.*

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and resident of the State of California. I am employed in the county of Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction this service was made. I am over the age of eighteen years and not a party to the within action.

I served the foregoing document described as: **RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY ELECTRONIC SERVICE**: By electronically mailing a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below.

Executed on **November 27, 2023**, within Los Angeles County, California.

☒ **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Sara Rodriguez

**SERVICE LIST**

Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Tel: 866.252.0878
Email: gklinger@milberg.com
gabramson@milberg.com
ahoneycutt@milberg.com
rnelson@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Maureen M. Brady (pro hac vice)
MCSHANE AND BRADY LLC 1656 Washington Suite 140
Kansas City, MO 64108
Tel: 816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Christina Tusan
ctusan@hammondlawpc.com
Adrian Johns Barnes
abarnes@hammondlawpc.com
Ari Nathan Cherniak
acherniak@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
Tel: (310) 601-6766
Fax: (310) 295-2385

*Plaintiffs' Co-Lead Interim Class Counsel*

Alan M. Mansfield
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400,
San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*

Glen L Abramson
Milberg Coleman Bryson Phillips Grossman PLLC
800 S. Gay Street
Ste 1100
Knoxville, TN 37929
866-252-0878
gabramson@milberg.com

Stephen R. Basser
Samuel M. Ward
Barrack, Rodos & Bacine
One America Plaza
600 West Broadway
Suite 900
San Diego, CA 92101
619-230-0800
619-230-1874 (fax)
sbasser@barrack.com
sward@barrack.com

Polina Brandler
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
718-414-7094
pbrandler@hammondlawpc.com

Christopher W. Cantrell
Doyle APC
550 West B Street, Fourth Floor
San Diego, CA 92101
(619) 736-0000
chris@doyleapc.com

Nickolas J. Hagman
Cafferty Clobes Meriwether & Sprengel LLP
135 S. LaSalle Street.
Suite 3210
Chicago, IL 60603
Tel: 312-276-3404
nhagman@caffertyclobes.com

Julian Ari Hammond
HammondLaw, P.C.
11780 W Sample Road, Suite 103
Coral Springs, FL 33065
(310) 601-6766
(310) 295-2385 (fax)
JHammond@hammondlawpc.com

Daniel Jerome Muller
Ventura Hersey & Muller, LLP
1506 Hamilton Avenue
San Jose, CA 95125
(408) 512-3022
(408) 512-3023 (fax)
dmuller@venturahersey.com

John J. Nelson
Milberg Coleman Bryson Phillips Grossman PLLC
402 W. Broadway
Suite 1760
San Diego, CA 92101
858-209-6941
865-522-0049 (fax)
jnelson@milberg.com

April Marni Strauss
2500 Hospital Drive
Bldg. 3
Mountain View, CA 94040
650-281-7081
astrauss@calprivacy.com

Sharon Jessica Zinns
Zinns Law, LLC
Zinns Law, LLC
4243 Dunwoody Club Drive
Suite 104
Atlanta, GA 30350
404-882-9002
Sharon@zinnslaw.com