# Exhibit 2

**From:** Christina Tusan <ctusan@ctusanlaw.com>
**Date:** Wednesday, February 12, 2025 at 11:39 AM
**To:** James Unger <junger@kslaw.com>, lkiser@kslaw.com <LKiser@KSLAW.com>
**Cc:** Alan Mansfield <alan@clgca.com>
**Subject:** Meet and Confer Follow-up Email regarding BetterHelp

Liv and James,

Thank you for the call on Monday. As you know, we have been working with your team for many months to try and resolve the outstanding ESI issues and to get depositions of BetterHelp representatives on calendar. We hope that we can finally resolve the outstanding issues at this time.

As discussed, we had understood that you would be providing us with productions of previously agreed-to sets of search terms on a rolling basis, but now, based on our call, we understand that you are not providing us with productions until we reach a larger agreement. We understand that you are now proposing that we agree to forego some of our previously discussed requests in exchange for the production of information from other sets of search terms as set forth in your most recent letter to us. While we will need to reserve our rights to raise issues if we believe we have not received key responsive documents after we receive the production, we are willing to agree to these terms if we can ensure that we have received a complete set of information from the Meta Events Tools, Google Tag Manager (GTM), Google Analytics, and the website source code (as discussed more fully below) all of which we understand are in your possession and can be downloaded and produced with a very limited time commitment.

As we have discussed, we believe complete information from the GTM and the Meta Events Tools are critical documents that go to the heart of this matter as they directly establish when and where pixels were placed on the websites and apps at issue in this case. While we understand that you have produced some information from the Google Tag Manager and a more limited amount of information from the Meta Events manager, our expert has confirmed that we do not appear to have complete information from those containers. For example, while we did receive the spreadsheet you provided with some summary data from the Google Tag Manager, we do not have the .json files that Google Tag Manager provides that contain detailed configuration information. Google explains how to export this information from the Google Tag Manager, in the following links: Google Tag Manager export: https://support.google.com/tagmanager/answer/6106997?hl=en

Similarly, while we appear to have some data from the Meta Events manager about certain specific advertising campaigns, we don't have the detailed information we would expect to see from the Meta Events Manager related to the configuration history of all of the meta pixels that were installed on the relevant websites during the entire period. Please provide us with the complete Meta Configuration history for all of different Meta Pixels used on the websites throughout the time period. We have been unable to identify these documents in your production, and none of the documents you have identified constitute these documents.

We also know that Google Analytics ("GA") was installed during the relevant time period on the BetterHelp website. We know that GA allows you to download detailed website reports which shows the number of users who visited specific URLS which will confirm how many users had their information shared with Google. You can easily provide that information to us by following Google's specific instructions on how to download these reports (and it is common that companies will already have downloaded this information previously and have that in their possession). Google Analytics export: https://support.google.com/analytics/answer/9317657?hl=en If you are having any issues following this process, you can also easily export this information using a third party tool such as the following:

https://ga3-exporter.com

We also understand that some pixels were placed directly on the BetterHelp website that are not included in the Google Tag Manager. As a result, providing us with the source code information will verify where and how those pixels were used. For example, many companies use Git Hub, Git Lab, or similar programs to track the evolution of website source code on a website. Please produce that repository to us. Our expert estimates that producing such information can be easily produced in a single click download and should take virtually no time at all. Here is a link on how to conduct those downloads from GitHub itself: https://docs.github.com/en/get-started/start-your-journey/downloading-files-from-github

We need to resolve these matters as quickly as possible, and we believe this is a more than fair compromise. The downloading of the information at issue should only take a few hours and we are giving up on a significant number of documents that we believe we are entitled to receive. Given the ease of downloading this information and its clear and direct relevance to the core issues in this case, if you are unwilling to produce the complete GTM, Meta Events information, source code data, and Google Analytics Information discussed above, we will need to immediately renew our Motion to Compel with the court and look at other possible relief because of the delay this will cause.

You also indicated that if we reached an agreement, you would provide prompt productions of the documents at issue as well as deposition dates. Given the fact that you have been unwilling to give deposition dates until after you make these productions, any additional delay will continue to prejudice our ability to prepare our Motion for Class Certification and will be an issue we will likely need to raise with the court in seeking additional time regarding the Motion for Class Certification. Depending on the timing of the productions and depositions and given the fact that we still don't have deposition dates, and you want to also fit in depositions of all of the plaintiffs, we anticipate that we will likely need to seek additional time from the Court to file our Motion for Class Certification.

We hope to receive a timeline for when we can anticipate getting productions (with prioritization of the Meta, Google an website information which should be something that can easily be handled in less than a day), and specific deposition dates for the individuals we have identified- which we have been requesting for many months. We will also be providing you with a list of topics for a 30b6 deponent in the very near future.

Best,

Christina Tusan