Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com
gabramson@milberg.com
hlopez@milberg.com
jnelson@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Christina Tusan (SBN 192203)
ctusan@tusanlaw.com
TUSAN LAW, P.C.
680 E. Colorado Blvd.
Pasadena, CA 91101
[Tel:] (626) 418-8203

*Plaintiffs' Co-Lead Interim Class Counsel*

Maureen M. Brady (pro hac vice)
McShane AND Brady LLC
1656 Washington
Suite 140
Kansas City, MO 64108
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400, San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BETTERHELP, INC. DATA DISCLOSURE CASES<br><br>This Document Relates To: All Actions | Master File No. 3:23-cv-01033-RS<br><br>**DECLARATION OF ZUBAIR SHAFIQ IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF SOURCE CODE**<br><br>Judge: Hon. Donna Ryu<br>Date:   April __, 2025<br>Time:  1:00 p.m.<br>Courtroom: 4 |

I, Zubair Shafiq, hereby declare as follows:

1. I am an Associate Professor of Computer Science at the University of California-Davis, where I run a research lab focused on online privacy, security, and safety.

2. My lab's research aims to uncover personal data collection, sharing, and usage in the online advertising ecosystem.

3. In addition to my research, I regularly teach undergraduate and graduate courses on computer networks and computer security, including special topics courses covering emerging trends in online advertising and tracking.

4. I have received various awards and distinctions for my research. I am a recipient of the Caspar Bowden Award - Runner-up for Outstanding Research in Privacy Enhancing Technologies (2024), Chancellor's Fellowship (2022-2023), Dean's Scholar Award (2020), National Science Foundation CAREER Award (2018), and Fitch-Beach Outstanding Graduate Research Award (2013).

5. I have co-authored more than 100 peer-reviewed research papers. I received the Distinguished Artifact Award at the 2024 ACM Conference on Computer and Communication Security for my research on detecting advertising and tracking JavaScript. I also received the Best Paper Award at the 2023 ACM Internet Measurement Conference for my research on studying tracking, profiling, and ad targeting in the Amazon Alexa ecosystem. I also received the 2018 Andreas Pfitzmann Award at the Privacy Enhancing Technologies Symposium for my research on detecting advertising and tracking data flows in mobile apps. I also received the Best Paper Award at the 2017 ACM Internet Measurement Conference for my research on identifying and investigating the abuse of a security vulnerability in Facebook Graph API's implementation of third-party apps. I also received the Best Paper Award at the 2012 IEEE International Conference on Network Protocols for my research on reverse-engineering proprietary network protocols through network traffic analysis.

6. I am the editor-in-chief of the Proceedings on Privacy Enhancing Technologies (PoPETs). I am on the steering committee of the Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb). In the past, I have served as the general chair of the Workshop

1  on Technology and Consumer Protection (ConPro 2024), and the program chair for the
2  Workshop on Technology and Consumer Protection (ConPro 2022 and 2023) and the Workshop
3  on Measurements, Attacks, and Defenses for the Web (MADWeb 2022 and 2023).

4      7.    I make this declaration in support of Plaintiffs' Motion to Compel Production of
5  Source Code.

6      8.    To understand when and what information was shared with third parties due to the
7  installation of tracking tags on a website, there are two main pieces of the puzzle: (1) configuration
8  of tracking tags and (2) configuration of the website. Without one of these puzzle pieces, it is not
9  possible to precisely determine what information was shared, when, and with whom.

10      9.    I understand that Plaintiffs have requested the production of the following relevant
11  information to understand when and what information was shared with third parties such as Google
12  and Meta due to the installation of tracking tags on its websites:

13      a.    Tracking tag configuration
14          i.    Google Tag Manager (GTM) configuration JSON files
15          ii.    Meta Events Manager ("MEM") historical configuration information
16      b.    Website configuration
17          i.    Website source code

18      10.    **Google Tag Manager:** GTM configuration information can be downloaded in
19  native JSON files.[1] I understand that BetterHelp has produced GTM configuration JSON files
20  (BH0013384 -- BH0019741).

21      11.    **MEM:** I understand that BetterHelp has not produced MEM historical
22  configuration information for the Meta Pixels installed on its website. This information is
23  necessary to understand how BetterHelp configured Meta Pixel to share information with Meta.

24      12.    I am familiar with how Meta makes MEM historical configuration data available
25  to its users. I can confirm based on my experience that MEM historical configuration information
26  is not something that disappears within 28 days from a user like BetterHelp's possession.

27  ---
28  [1] https://support.google.com/tagmanager/answer/6106997?hl=en

According to Meta's documentation, "The Meta Pixel history table shows changes made to your Meta Pixel" and that "the activity type Pixel sharing updated became available on November 15, 2019 so you'll see pixel sharing history for changes made on or after November 15."[2,3] Therefore, BetterHelp should be able to produce this information starting from November 15, 2019 to today.

13. **Website Source Code:** I understand that BetterHelp has not produced the historical website source code. The website source code is relevant to show where and when BetterHelp installed third-party trackers on its websites and apps to collect and share information about putative Class members. This information is not contained in any other information provided to date by BetterHelp.

14. I also understand BetterHelp has stated that all the relevant information Plaintiffs need regarding the information collected by its pixels can be obtained by looking at source code through an archive service known as the "Wayback Machine." The information provided by the Wayback Machine does not provide the same information contained in BetterHelp's website source code, as it is a much more limited subset of information than BetterHelp's historical website source code would provide.

15. Although the Wayback Machine archives the HTML and other source code of BetterHelp's websites for specific webpages on specific dates, it is not designed to archive, and it has not archived, all relevant webpages of BetterHelp's website for the entirety of the relevant time period. For example, the Wayback Machine does not archive authenticated webpages that are shown to a user after they login to their account on BetterHelp. The Wayback Machine also has not archived all versions of a particular given relevant webpage for the entirety of the relevant time period. For example, most webpages on BetterHelp's website such as the webpage for a specific therapist[4] have been only sporadically archived by the Wayback Machine.

---

[2] https://www.facebook.com/business/help/534903343753014
[3] https://www.facebook.com/business/help/520336535363864
[4] https://web.archive.org/web/20250000000000*/https://www.betterhelp.com/jennifer-fritz (archived 2 times)

16. This website source code provides relevant information needed to determine what information was shared over time about visitors and users of the BetterHelp websites and apps that is not contained in the information available through other sources provided by BetterHelp such as GTM or MEM. BetterHelp's website source code thus provides unique information not available from these other sources.

17. BetterHelp's website source code is easy to produce based on my experience in this area and thus it should not be difficult to identify, locate, and produce this source code.

18. Companies typically preserve their website and app source code and its historical iterations for reference by programmers in a source code repository at GitHub or similar source code repositories.[5] BetterHelp should have the source code in its possession on its source code repository that it maintains in its regular course of business.

19. Based on my experience, BetterHelp should be able to be efficiently retrieve website source code from its source code repository. I would estimate that it likely would only take a few minutes to complete the steps needed to begin the download and only a short time longer for the download to complete. It is a standard and straightforward process to download source code from source code repositories.[6]

---

[5] https://docs.github.com/en/repositories/creating-and-managing-repositories/about-repositories

[6] https://docs.github.com/en/get-started/start-your-journey/downloading-files-from-github; https://docs.github.com/en/repositories/working-with-files/using-files/downloading-source-code-archives

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 10, 2025, in Davis, California.

_Zubair_

Zubair Shafiq