UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To: All Actions | **Master File No. 3:23-cv-01033-RS**<br><br>Hon. Richard Seeborg<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO COMPEL DEFENDANT TO PROVIDE SOURCE CODE IN RESPONSE TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Hearing Date: April 24, 2025<br>Time: 1:00 p.m.<br>Courtroom: 4, 3rd Floor<br>Judge: Hon. Donna M. Ryu |

Presently before the Court is Plaintiffs' Motion to Compel Defendant to Provide to Provide Source Code In Response to Plaintiffs' Requests for Production of Documents (the "Motion") in the above entitled case.

Based on the evidence and arguments submitted by the parties and good cause appearing therefor:

**THE COURT HEREBY ORDERS** Defendant BetterHelp Inc. to produce to Plaintiffs the historical source code for BetterHelp's websites and apps for the period between Janaury 1, 2017 and March 7, 2023 within seven (7) days of the Court's Order.

**IT IS SO ORDERED.**

Dated: ___________________

___________________________________
**HON. DONNA M. RYU**
**UNITED STATES MAGISTRATE JUDGE**