LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
*jhammer@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
*cbessenger@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: +1 (213) 443-4355
Facsimile: +1 (213) 443-4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**

This Document Relates To:

All Cases/

Case No. 3:23-cv-01033-RS

**DECLARATION OF CRAIG H. BESSENGER IN SUPPORT OF BETTERHELP'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

Date: TBD
Time: TBD
Courtroom: 4
Judge: Hon. Donna M. Ryu

I, Craig H. Bessenger, declare that:

1. I am an attorney admitted to practice in the State of California. I am a Partner at King & Spalding LLP, counsel of record for Defendant BetterHelp, Inc. ("BetterHelp"), and am admitted to practice in the Northern District of California. I submit this declaration in support of BetterHelp's Opposition to Plaintiffs' Motion to Compel Production of Source Code. I have personal knowledge of the facts stated herein.

2. On April 4, 2025, the Court issued an order (Dkt. 153) in response to Plaintiffs' and BetterHelp, Inc.'s ("BetterHelp" and, collectively with Plaintiffs, the "Parties") joint discovery letter (Dkt. 145) regarding the Parties' dispute over production of BetterHelp's source code and granted Plaintiffs leave to file a motion to compel. Since that time, Plaintiffs filed their motion and the Parties continued to meet and confer in an effort to resolve their dispute informally without the need to consume further judicial resources.

3. Specifically, BetterHelp offered to produce to Plaintiffs the 135 versions of the one BetterHelp source code file that is dedicated to pixel tracking technologies, which are the versions created during Plaintiffs' requested time period of January 1, 2017 through March 7, 2023. As BetterHelp explained to Plaintiffs in conjunction with this offer, production of the entirety of BetterHelp's source code would be extremely burdensome, and the 135 versions of the .tpl file BetterHelp was offering to produce, combined with information already provided in discovery (including Google tag manager files) and that is publicly available (e.g., through the Wayback Machine), is more than sufficient to understand the pixel tracking methods at issue. Plaintiffs rejected BetterHelp's offer of compromise and elected to pursue their motion to compel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of April, 2025, in Los Angeles, California.

[signature]

CRAIG H. BESSENGER