LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
*jhammer@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
*cbessenger@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: +1 (213) 443-4355
Facsimile: +1 (213) 443-4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To:<br><br>All Cases/ | Case No. 3:23-cv-01033-RS<br><br>**DECLARATION OF NIKLAS VAUGHAN IN SUPPORT OF BETTERHELP'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF SOURCE CODE**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 4<br>Judge: Hon. Donna M. Ryu |

I, Niklas Vaughan, declare that:

1. I am a Senior Technical Program Manager at BetterHelp, Inc. ("BetterHelp"). I submit this declaration in support of BetterHelp's Opposition to Plaintiffs' Motion to Compel production of BetterHelp's source code. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. I have been asked to assess the burden to BetterHelp of producing BetterHelp's historic, proprietary source code in use from January 1, 2017 to March 7, 2023.

3. The internal source code that currently underlies BetterHelp's website contains nearly 17,000 files, which are made up of over 1.8 million lines of code.

4. BetterHelp engineers edited each file hundreds of times between January 1, 2017 to March 7, 2023. For some files, BetterHelp deploys new code every day, resulting in daily changes to the source code. Thus, Plaintiffs' request would require BetterHelp to pull each version of each file that was created over a six-year time period. All of this code is proprietary and developed in house, and it constitutes trade secrets of BetterHelp.

5. Using the current source code as a baseline, I estimate that, on average, each of the nearly current 17,000 files has *at least* 100 versions. To comply with Plaintiffs' request, I estimate that BetterHelp would therefore need to export over 1.7 million files containing over 180 million lines of code in total.

6. The source code repository that BetterHelp uses lacks functionality that would allow BetterHelp to export all of the source code files at once. As a consequence, in order to comply with the request to produce BetterHelp's proprietary source code, BetterHelp engineers would need to select and manually export each version of each file, which again totals approximately 1.7 million files and would take a team of engineers hundreds of hours of time.

7. At the request of counsel, I exported the full version history of just one file for the requested time period. It took *one hour* to manually select and export all 135 versions of that one file (of the 1.7 million versions of all files at issue) that BetterHelp created over the requested six-year period. I estimate that it would take approximately 17,000 employee-hours (or approximately

2,125, 8-hour workdays) to export the full history of the entire BetterHelp source code in use for the requested time period.

8. In addition to the significant burden on BetterHelp to produce the requested source code, the source code itself would be of no benefit to Plaintiffs as produced. Only one of the 17,000 source code files is dedicated to pixel tracking (there are more than 100 versions of this single file over the requested time period), and the source code is not functional standing alone. The source code contains placeholders for a given pixel, for example, and cannot connect to the necessary databases it references, so Plaintiffs would not be able to run applications to test how a website running on the source code responds to user actions.

9. BetterHelp's source code also contains proprietary information, such as background processes and algorithms, which are trade secrets of the company, having been developed by engineers who work at BetterHelp. The source code is not relevant to the tracking technologies at issue here. Internal (company facing) source code operates the business of BetterHelp and is highly confidential, bespoke, and proprietary.

10. By contrast, the details of how tracking technologies were implemented appear fully and clearly in the consumer-side code that is delivered to the browser. This browser-facing code is publicly available and can also be accessed via the Wayback Machine. Unlike the server-side source code that Plaintiffs seek, the Wayback Machine allows Plaintiffs to view and interact with the code as it appears in the browser, providing insight into how BetterHelp's website functioned from a user's perspective.

11. For instance, the Wayback Machine would show the script that loads the actual pixel and the HTML and other code that reveal which webpages on BetterHelp's website included tracking technologies and how those technologies were configured. Additionally, while both Google Tag Manager (GTM) and Zaraz were used to manage these tracking tools, Zaraz—unlike GTM—did not maintain a version history. As a result, changes to how Zaraz was configured over time would not be recorded in the same way as with GTM.

12. Although recreating the consumer-facing website as it existed at the time would be necessary to determine how specific public-facing HTML and JavaScript code operated in the

environment at that time, that could be done through publicly available information on the Wayback Machine website. Importantly, it *cannot* be done from the internal (company facing) source code that Plaintiffs are demanding that BetterHelp produce.

13. I have reviewed the .tpl files provided to Dr. Ben Zhao by counsel for BetterHelp, which are from BetterHelp's code repository. I can confirm these files are typical and explicitly illustrate and confirm the simplicity and directness of pixel insertion into HTML templates. They clearly show there is no hidden or additional complex backend logic in the source code beyond what is presented in the publicly visible HTML.

14. Embedding tracking pixels directly within PHP (i.e., Hypertext Preprocessor scripting) source code, as opposed to separating them into .tpl (template) files, is generally considered a bad practice. That approach reduces modularity, complicates code maintenance, and increases the risk of inadvertently exposing sensitive logic or tracking mechanisms in server-side (i.e., public facing) scripts.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 15th day of April, 2025, in San Francisco, California.

NIKLAS VAUGHAN