LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
*jhammer@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
*cbessenger@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: +1 (213) 443-4355
Facsimile: +1 (213) 443-4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**

This Document Relates To:

All Cases/

Case No. 3:23-cv-01033-RS

**DECLARATION OF BEN ZHAO IN SUPPORT OF BETTERHELP'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF SOURCE CODE**

Date: TBD
Time: TBD
Courtroom: 4
Judge: Hon. Donna M. Ryu

I, Dr. Ben Zhao, declare as follows:

1. I am the Neubauer Professor of Computer Science at the University of Chicago and serve as Director of Graduate Studies. I have published extensively on topics such as peer-to-peer networks, online social networks, graph mining, and user behavior analysis. Since 2016, my primary focus has been on security and privacy in machine learning and wearable systems, and since 2022, on adversarial machine learning and mitigating harms from generative AI models. My work has appeared in leading academic conferences, including CCS, Oakland, USENIX Security, NeurIPS, CVPR, IMC, WWW, CHI, CSCW, SIGCOMM, NSDI, and MobiCom.

2. Modern web applications often use server-side scripts (for example, PHP) to process backend logic. These scripts generate HTML pages using template files—often with a ".tpl" extension—that control the layout and design shown to end-users.

3. Tracking pixels run in a user's web browser, not on the server. Once a page is generated and delivered to the user, the pixel's code (HTML, JavaScript) is fully visible and operates independently of any confidential backend logic.

4. The Wayback Machine (https://web.archive.org/) archives the exact HTML and JavaScript code users saw at different points in time. This includes information about any tracking pixels used: how they were loaded, what data they collected, and how they operated. Recreating the consumer-facing website as it was in the past can be done using these public archives and does not require private backend source code.

5. Google Tag Manager (GTM) holds detailed configuration data on how tracking pixels function, when they activate, and what data they send to third parties. This GTM data alone provides a complete view of how pixels were implemented.

6. I reviewed a sample of BetterHelp's template (".tpl") files. They show that tracking pixels are inserted directly into these public-facing templates, with no hidden or additional backend logic. The presence of GTM and other tracking integrations in these template files matches common best practices, which emphasize keeping tracking code in the public-facing layers rather than buried in backend logic.

7. Because tracking pixels and their data collection are fully documented by (1) the

Wayback Machine archives, and (2) GTM configuration data reviewing backend PHP code is unnecessary. All relevant pixel tracking behavior can be seen through the existing public documentation and archives.

8. Based on my professional experience in web technologies, security, and privacy, the combination of Wayback Machine archives, GTM configuration data, and the templated source files is sufficient to understand BetterHelp's pixel tracking methods. Plaintiffs already possess or can publicly access all necessary information about how these pixels operated. No further backend source code would clarify or change what is already evident from these public-facing materials.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 15th day of April, 2025, in Chicago, Illinois.

BEN ZHAO