Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Christina Tusan (SBN 192203)
TUSAN LAW, PC
ctusan@ctusanlaw.com
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Phone: 626-418-8203
Fax: 626-619-8253

*Plaintiffs' Co-Lead Interim Class Counsel*

Maureen M. Brady (pro hac vice)
MCSHANE AND BRADY LLC
4006 Central Street
Kansas City, MO 64111
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400, San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To: All Actions | Master File No. 3:23-cv-01033-RS<br><br>Hon. Richard Seeborg<br><br>**SUPPLEMENTAL DECLARATION OF ZUBAIR SHAFIQ IN SUPPORT OF REPLY IN SUPPORT OF THEIR MOTION TO COMPEL DEFENDANT TO PROVIDE SOURCE CODE IN RESPONSE TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Hearing Date:   April 24, 2025 (taken under submission, hearing date vacated)<br>Courtroom:   4, 3rd Floor<br>Judge:   Hon. Donna M. Ryu |

I, Zubair Shafiq, hereby declare as follows:

1. I am an Associate Professor of Computer Science at the University of California-Davis, where I run a research lab focused on online privacy, security, and safety.

2. I make this supplemental declaration in support of Plaintiffs' Reply in Support of Their Motion to Compel Production of Source Code. I incorporate my prior statements, and I reviewed the Declarations submitted by BetterHelp employees in support of its Opposition to this Motion.

3. To address the burden claimed by Better Help, the company can download the entire source code repository in bulk rather than selecting and exporting individual files manually. Based on my experience, even if the repository contains millions of files, this process should take only a few hours.[1]

4. Source code files are typically managed in Git repositories, which allow efficient querying by file path and commit date. I previously explained how relevant files can be identified and downloaded with minimal effort. By searching for the relevant filenames or keywords (e.g., intake questionnaire), a programmer can determine which files pertain to particular pages. Once identified, the relevant files and all their historical versions can be automatically extracted.

5. It is my understanding that only a subset—not all—of Better Help's website source code is relevant. Therefore, even assuming Better Help employee's claim that it took one hour to download 135 versions of a source code file one at a time, this suggests that downloading all versions of the relevant source code files would be feasible within a couple of days, not 17,000 hours. Nevertheless, this manual process described by Better Help's employee is far less efficient than standard industry practice. Programmers typically use Git's automation and search capabilities—such as scripting, keyword matching, and tree traversal—which allow the identification and extraction of relevant files and their histories at scale in significantly less time. It is not typical for a competent programmer to download source files manually one at a time.

---

[1] https://docs.github.com/en/repositories/working-with-files/using-files/downloading-source-code-archives#source-code-archive-urls

6. The Wayback Machine and Google Tag Manager (GTM) are not substitutes for the actual source code related to third-party tracking technologies used by Better Help. For example, user-facing pages that appear *after* login or signup—such as those for therapist selection, session scheduling, or payments—are not archived by the Wayback Machine. In some cases, even publicly available pages may not be archived for months at a time.

7. In addition, content embedded directly by Better Help developers on their website would not appear in GTM export materials.

8. I reviewed the source code file Better Help offered to produce on April 15, 2025. That file alone omits other critical source code necessary to determine how the tracking technologies on Better Help's website actually functioned. To fully understand how these technologies operated, one must review both the source code of the tracking technologies themselves and the source code of the website pages where they were deployed. The former reveals what was installed and how, but not what data was collected or shared with third parties as a result of how the site was programmed. The missing source code—which Better Help has not yet agreed to produce—is necessary to provide this second piece of the puzzle.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on April 21, 2025, in Davis, California.

/s/ *Zubair*
Zubair Shafiq