UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BETTERHELP, INC. DATA DISCLOSURE CASES | Case No. 23-cv-01033-RS<br><br>**ORDER EXTENDING PAGE LIMITS** |

Plaintiffs seek a 15-page extension of the limit on the opening brief in support of their upcoming motion. Plaintiffs report defendant does not oppose the request, provided plaintiffs will not object to a similar extension for the opposition brief. To avoid the inefficiencies of what could prove to be three separate motions for page limit extensions, parties should always strive to submit a single stipulated request specifying the proposed limits for the moving, opposition, and reply briefs. Because a page limit is always a maximum, not a minimum, parties need not worry that it may turn out they do not need all the pages requested for the opposition or reply.

Although briefs longer than the default limits imposed by the local rules can be appropriate in many circumstances, counsel should keep in mind that less is often more—a concise argument will be more persuasive than one that includes repetition or too many tangential points.

The page limit for plaintiffs' opening brief and defendant's opposition is extended by 12 pages. The limit on the reply brief is extended by 4 pages.

**IT IS SO ORDERED**.

Dated: May 2, 2025

_____
RICHARD SEEBORG
Chief United States District Judge