LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
*jhammer@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
*cbessenger@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: +1 213 443 4355
Facsimile: +1 213 443 4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To:<br><br>All Cases/ | Case No. 3:23-cv-01033-RS<br><br>**DECLARATION OF JAMES A. UNGER IN SUPPORT OF BETTERHELP, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date: June 26, 2025<br>Time: 1:30 p.m.<br>Courtroom: 3 – 17th Floor<br>Judge: Hon. Richard J. Seeborg |

# DECLARATION OF JAMES A. UNGER

I, James A. Unger, declare:

1. I am an attorney duly admitted to practice before this Court. I am a Partner with King & Spalding LLP, counsel for Defendant BetterHelp, Inc. ("BetterHelp") in this matter. I have personal knowledge of the facts as stated herein.

2. I submit this declaration in support of BetterHelp's Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint ("FAC") filed concurrently herewith.

3. In March 2024, following negotiations between counsel, Plaintiffs disclosed their true names and other identifying information to BetterHelp so that it could conduct discovery. This information was designated as "Highly Confidential" under the Stipulated Protective Order.

4. On March 5, 2025, in light of the upcoming deadline for Plaintiffs to file a motion for class certification, undersigned counsel met and conferred in writing with Plaintiffs' counsel and requested that Plaintiffs amend their FAC to identify themselves in compliance with Rule 10. In response, Plaintiffs' counsel refused to amend the FAC, claiming that, "The association of the Plaintiffs' names with BetterHelp gives away the diagnosis and private nature of the information. That is why mental health information falls under 42 C.F.R. 2 as 'ultra-sensitive' information requiring extreme vigilance to privacy." A true and correct copy of this correspondence between counsel is attached hereto as **Exhibit A** and filed provisionally under seal in compliance with the protective order in this case and while this motion is pending.

5. In these and other communications between counsel, Plaintiffs' counsel has not claimed a fear of retaliation of any kind in support of remaining anonymous.

6. Each of the named Plaintiffs were deposed in late March and early April 2025.

7. Each of the Plaintiffs confirmed in their sworn deposition testimony that they were willing to testify publicly using their real names should this litigation proceed to trial. Five of the six remaining Plaintiffs further admitted that they were willing to testify publicly concerning sensitive personal information.

8. True and correct copies of relevant portions of the Plaintiffs' deposition transcripts are filed under seal in compliance with the protective order in this case and while this motion is pending, as follows:

- **Plaintiff T.R. – Exhibit B**
- **Plaintiffs R.S. – Exhibit C**
- **Plaintiff Jane Doe III – Exhibit D**
- **Plaintiff L.M. – Exhibit E**
- **Plaintiff S.C. – Exhibit F**
- **Plaintiff Jane Doe I – Exhibit G**

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of May, 2025, in Los Angeles, California.

James A. Unger