# Exhibit A

# EXHIBIT FILED UNDER SEAL