# Exhibit B

# EXHIBIT FILED
# UNDER SEAL