# Exhibit C

# EXHIBIT FILED UNDER SEAL