# Exhibit D

# EXHIBIT FILED
# UNDER SEAL