# Exhibit E

# EXHIBIT FILED
# UNDER SEAL