# Exhibit F

# EXHIBIT FILED
# UNDER SEAL