# Exhibit G

# EXHIBIT FILED UNDER SEAL