LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
*jhammer@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
*cbessenger@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: +1 213 443 4355
Facsimile: +1 213 443 4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**

This Document Relates To:

All Cases/

Case No. 3:23-cv-01033-RS

**[PROPOSED] ORDER GRANTING BETTERHELP, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Date: June 26, 2025
Time: 1:30 p.m.
Courtroom: 3 – 17th Floor
Judge: Hon. Richard J. Seeborg

Defendant BetterHelp, Inc. ("BetterHelp") filed a Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint ("FAC") under Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3). The Motion came on for hearing on June 26, 2025, at 1:30 p.m. in the above-captioned case.

The Court, having considered all materials filed in support of and in opposition to the Motion to Dismiss and the arguments of the parties and of counsel, hereby **GRANTS** the Motion to Dismiss.

The Court lacks subject matter jurisdiction to hear Plaintiffs' FAC based on Plaintiffs' refusal to identify themselves in violation of Federal Rule of Civil Procedure 10. The FAC is hereby **DISMISSED WITHOUT PREJUDICE** as stated in the accompanying decision.

**IT IS SO ORDERED.**

Dated: ____________________

______________________________
THE HONORABLE RICHARD J. SEEBORG
UNITED STATES DISTRICT JUDGE