Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Maureen M. Brady (pro hac vice)
MCSHANE AND BRADY LLC
4006 Central Street
Kansas City, MO 64111
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Christina Tusan (SBN 192203)
TUSAN LAW, PC
ctusan@ctusanlaw.com
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Phone: 626-418-8203
Fax: 626-619-8253

*Plaintiffs' Co-Lead Interim Class Counsel*

Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400, San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**

This Document Relates To: All Actions

**Master File No. 3:23-cv-01033-RS**

Hon. Richard Seeborg

**DECLARATION OF MAUREEN M. BRADY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Hearing Date: August 28, 2025
Time: 1:30 p.m.
Courtroom: 3
Judge: Hon. Richard Seeborg

Pursuant to 28 U.S.C. § 1746, I, Maureen M. Brady, declare as follows:

1. I am an individual over the age of twenty-one (21) and I submit this Declaration based upon my own personal knowledge of the facts stated in this declaration and review of public records and other documentation.

2. I am one of the partners at McSHANE & BRADY LLC ("McShane and Brady"), where I am also the founder, and one of the attorneys serving as co-lead counsel for Plaintiffs in the above captioned matter. I have been involved in this litigation since from the pre-litigation process through its inception in 2023 to the present.

3. I was appointed as one of the interim co-lead counsel for the putative class by ordered dated July 24, 2023 (ECF 66).

4. Pursuant to Fed. R. Civ. Proc. Rule 23(g), "In appointing class counsel, the court: (A) must consider: (i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class", as well as (B) "any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class".

5. Both before and after that appointment, I have worked as counsel for Plaintiffs in this litigation with attorneys at Milberg Coleman, Tusan Law, PC, and Whatley Kallas, LLP in diligently and effectively representing the Plaintiffs. In terms of the work counsel has done in identifying or investigating potential claims in this action as co-counsel for Plaintiffs in this litigation, my firm has diligently represented the Plaintiffs and the proposed class in both our extensive pre-filing work identifying and investigating potential claims in this action as well as the work we have done in the over three years this action has been pending. In so doing we have demonstrated our knowledge of the applicable law, overseeing all aspects of this litigation, including:

- investigating, preparing and filing one of the first class action complaints filed in this matter, which was filed in the United States District Court for the Northern District of California in 5:23-cv-01382-NC;

- litigating multiple rounds of pleadings and largely defeating Defendants' motions to dismiss the operative and amended Complaints;
- drafting multiple discovery requests that were served on Defendants and participating in a substantial number of meet and confers with opposing counsel regarding discovery disputes in order to obtain records;
- collecting and producing documents from Plaintiffs;
- engaging in extensive discovery disputes and meet and confer discussions, resulting in our firm (along with co-counsel) obtaining and reviewing approximately 80,906 pages of documents and extensive complaint databases produced by Defendant, as well as documents produced from numerous third parties;
- preparing for and attending hearings including the hearing on Defendant's Motion to Dismiss;
- preparing for and taking the depositions of former BetterHelp president Alon Matas, BetterHelp's 30(b)(6) corporate representative, Nik Vaughn, and current BetterHelp employees Daniel Bragonier, Sharon Cohen, and Jessica Hornbarger;
- defending the depositions of numerous Plaintiffs in this action;
- preparing for and producing Plaintiffs for their depositions;
- drafting subpoenas and communicating with third parties to take the depositions of non-party witnesses including employees of Teladoc Health, Inc., BetterHelp's parent company;
- working with consultants as well as experts in connection with the reports filed contemporaneously with Plaintiffs' motion for class certification;
- assisting in drafting and preparing Plaintiffs' motion for class certification; and
- engaging in a mediation before Bruce Friedman of JAMS on December 5, 2023.

6. In terms of the resources we have committed to representing the class, to date McShane and Brady attorneys and staff as well as my co-counsel Sharon Zinns have collectively spent over 2500 hours working on this case for what will be over three years by the time this motion is considered, and incurred significant out-of-pocket expenses totaling at this point close

to $100,000.00. We have thus demonstrated our commitment to expending the skill, time and resources needed to pursue this case to a successful resolution. We have endeavored to conduct this litigation to the highest professional standards to this point, and will continue to do so following the decision of this Court to certify the case as a class action.

7. In terms of counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action, as indicated in my firm's litigation resume, attached hereto as **Exhibit 1**, the attorneys at my firm have a long history of representation of consumers and have a strong national reputation in data breach and healthcare data breach litigation and class action litigation generally.

8. Examples of major cases in which I have been appointed to a leadership position involving data breach and unauthorized access litigation include: *T-Mobile Customer Data Security Breach Litigation*, 4:21-md-03019; *Mednax Services, Inc. Customer Data Security Breach Litigation*, 21-md-02994; *Fortra File Transfer Software Data Security Breach Litigation*, 24-md-03090; *Cabezas v. Mr. Cooper Group, Inc.*, 3:23-cv-02453; *MGM International Data Breach Litigation*, 2:23-cv-01480; and, *BW v. Atlanta Women's Health Group*, 24ev001838.

9. Based on these and other cases, McShane & Brady has extensive experience representing plaintiffs in class actions, demonstrating counsel's ability to fairly and adequately represent the interests of the class.

10. To the best of my knowledge, neither McShane & Brady nor the other Plaintiffs' counsel have a conflict of interest in representing the proposed class in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 8th day of May, 2025 at Kansas City, Missouri.

Maureen M. Brady

Maureen M. Brady

# Exhibit 1

# McShane & Brady
## Champions for the Injured

Firm Resume

# Firm Overview

Founded in 2013 by Maureen Brady & Lucy McShane, The Law Firm of McShane & Brady, LLC, based in Kansas City, Missouri represents individuals in all aspects of personal injury and HIPAA privacy law. Many of the cases employing our representation involve Missouri and Kansas residents. However, McShane & Brady has garnered the reputation nationwide of being a leader in the practice of healthcare data breach and privacy law and has been sought to consult on cases from coast to coast.

McShane & Brady utilizes a team approach to each case. At least two attorneys are assigned to each case. In addition, McShane & Brady handles cases in co-counsel agreements with other firms all over the country. Working with other firms has proven to be an effective method to achieving solutions in complex cases by ensuring a multilayered approach to accountability.

McShane & Brady is and will continue to be active within the legal community in Kansas City and well as the States of Missouri and Kansas. Currently, our attorneys sit on boards such as the Missouri Association of Trial Attorneys, The Association of Women Lawyers and the Solo and Small Firm Committee of the Missouri Bar Association. Maureen Brady is the current chairwoman of the Solo and Small Firm Committee.

In addition to our commitment within the legal profession, we are active within the non-legal community as well. American Heart Association's Go Red for Women, Infant Toddler Services of Johnson County, United We, and Empowering Parents KC highlight the commitment McShane & Brady have for the community it proudly calls home. The following pages offer details about the recent class cases our firm has successfully litigated, cases we are actively litigating, and information about the attorneys at McShane & Brady.

4006 Central
Kansas City, MO 64111
816-888-8010




# Maureen M. Brady

**4006 Central St., Kansas City, MO 64111 • o: (816) 888-8010 • f: (816) 332-6295**


## Professional Experience:

*Managing Member/Owner*, **McShane & Brady, LLC**, Kansas City, MO – April 2013 to present
*Associate*, **Sanders Warren & Russell, LP,** Overland Park, KS - October 2008 to April 2013
*Law Clerk,* **Hon. Michael W. Manners,** Independence, MO - October 2005 to October 2008

## Multi District Litigation/Class Case Appointments:

**T-Mobile Customer Data Security Breach Litigation:** Western District of Missouri – MDL No. 3019 – Master Case No. 4:21-md-03019-BCW. Member of Executive Committee. Data breach case involving millions of customers personally identifiable information ($500 million settlement)

**T-Mobile Customer Data Security Breach Litigation:** Western District of Missouri- MDL No. 2027 – Master Case No. 4:23-MD-03073-BCW. Appointed Liaison Counsel. Personal information was accessed by unauthorized individuals resulting in information being available on the dark web.

**Mednax Services, Inc. Customer Data Security Breach Litigation:** Southern District of Florida – 21-MD-02994-RAR. Appointed Co-Lead Counsel. Multidistrict Litigation (MDL) case of privacy/breach of fiduciary duty wherein thousands of patient medical records were released ($6 million settlement)

**Skurauskis v. NationsBenefits**: Southern District of Florida – 0:23-cv-60830-RAR. Member of the Executive Committee. Healthcare Data Breach involving millions of patient records and Protected Health Information. (ongoing litigation)

**C.M. v. BetterHelp, Inc.**: Northern District of California – 3:23-cv-01033-RS. Appointed Co-Lead Counsel. Healthcare Data Breach involving the disclosure of millions of mental health records and Protected Health Information. (ongoing litigation)

**Johnson & Kirk v. Cornerstone National Insurance Co:.** Western District of Missouri – 22:CV-04135-WJE. Appointed Liaison Counsel. Data breach by an unauthorized third party to run unauthorized searches of subscription databases. ($500,000 settlement)

**Fortra File Transfer Software Data Security Breach Litigation:** Southern District of Florida- 24-MD-03090-RAR. Appointed Lead Counsel for Track 3. Unauthorized third party accessed and downloaded personal identifiable information and protected health information. (ongoing litigation)

**Cabezas v. Mr. Cooper Group, Inc.:** Northern District of Texas, Dallas Division 3:23-cv-02453-N. Appointed Executive Committee. Unauthorized third party accessed and downloaded personal identifiable information. (ongoing litigation)

**Owens v. MGM Resorts International:** District of Nevada 2:23-cv-01480-JAD-VCF. Appointed Executive Committee. Unauthorized third party accessed and downloaded personal identifiable information. (ongoing litigation)

**Garland v. Dollar Tree:** Middle District of Florida- 2:23-cv-0128. Appointed to Executive Committee. Data Breach involving disclosure of personal identifiable information (ongoing litigation)

**23ANDME Customer Data Security Breach:** Northern District of California- 24-md-03098-EMC. Data breach involving unauthorized third party access to personally identifiable information and personal health information. (ongoing litigation)

## Representative Class Cases:

**T.D. v. Mercy Hospital**: Circuit Court of St. Louis, Missouri- 20-SL-CC05974. Co-Lead Counsel. Employee at Hospital accessed medical record information on patients that was not needed for patient care purposes. ($1.8 million settlement)

**Barron v. Clay County Public Health Center:** Clay County Missouri Circuit Court- 21CY-CV07781. Lead Counsel. Defendant disclosed on their website personal identifiable information and personal health information of individuals without authorization. (ongoing litigation)

**Marks v. Reproductive Associates**: State Court of Gwinnett County, Georgia: 21-c-06178-S3. Lead Counsel. Unauthorized party gained access to defendant's servers containing personal identifiable information. ($1 million settlement)

**D.H vs. Med-Data**: Jackson County, MO – 2116-CV09146
Lead Counsel. Class action breach of fiduciary duty resulting from data containing private information was uploaded to a public facing website. The parties were able to resolve the case on a class-wide basis at mediation. ($7 million settlement)

**T.P.H. v. Blue Springs Family Care:** Jackson County Circuit Court – 1916-CV07105. Lead counsel. Class case involving disclosure of medical records through phishing scam ($2.2 million settlement)

**T.L. v. Truman Medical Center**: Jackson County Circuit Court – 1916-CV34029 Co-Lead Counsel for class case involving disclosure of medical records on a stolen laptop ($3.1 million settlement with healthcare provider)

**K.A., et al. v. Children's Mercy Hospital**: Circuit Court Jackson County, MO– 1816-CV13521 Co-Lead Counsel. Class case involving disclosure of medical records from vehicle owned by employee of hospital ($3.5 million settlement)

## Community and Volunteer Service:

American Heart Association Go Red for Women Executive Leadership Team- 2019-present
Empowering Parents Kansas City-Board Member, 2020-Present
Association of Women Lawyers-Kansas City-Executive Board Member, 2015-Present
Missouri Assn of Trial Attorneys (MATA) – Member, 2013-Present
MATA Member Board of Governors – 2015-Present
Braden's Hope – Advisory Board Member, 2015-2017
Missouri Bar Leadership Academy – 2013-2014
Missouri Bar Solo and Small Firm Chairperson- 2021-2023
Missouri Bar Solo and Small Firm Conference Planning Committee - 2014-Present
Vice-Chairperson Missouri Bar 2015 - 2021 Solo and Small Firm Conference
Board of Creighton University Alumni Association - 2008-Present

## Publications and Presentations:

"Taxable Court Costs" – CLE – Missouri Bar 2013
"HIPAA Privacy Laws – Pitfalls" – CLE – KCMBA Bench Bar and Boardroom Conference 2015
"HIPAA Damages" – CLE – MATA Annual Convention 2015
"Protecting Attorneys against Fiduciary Breaches" – CLE – Missouri Bar Family Law Conference 2015, 2023
"Protecting Your Privacy : HIPAA" UMKC School of Law, *Res Ipsa*, Alumni Magazine, Fall 2014
"What is Privacy Worth?" – MATA Quarterly Newsletter Publication, Spring 2015
"Health Insurance Portability and Accountability Act, Procedures and Covered Entities"- Missouri Bar Family Law Conference- Summer 2020
"Health Insurance Portability and Accountability Act, Procedures and Covered Entities"- DWI Law and Science Seminar- Fall 2020
"Growing Your Law Practice"- Missouri Bar Solo and Small Firm Conference- Spring 2021
"Privacy Class Actions"- Western Alliance Bank's Class Action Law Forum- Spring 2024

## Bar Admission and Professional Affiliations:

- Admitted to U.S. Supreme Court, 2011
- Admitted to Missouri Bar, 2005
- Admitted to Kansas Bar, 2006
- Admitted to the 9th Circuit Court of Appeals, 2015
- Member, Kansas City Metropolitan Bar Association
- Member, Association for Women Lawyers of Greater KC
- Admitted to Western District of Missouri, 2008
- Admitted to Kansas District Court, 2008

- Admitted to 10th Circuit Court of Appeals, 2010
- Member, Missouri Assn of Trial Attorneys
- Admitted to Eastern District of Missouri, 2015
- Member, American Association of Justice

**Honors, Awards & Recognition:**

2025-Missouri Lawyers Weekly Law Firm Leader

2024- Top Plaintiffs' Settlements in 2023, T-Mobile, Missouri Lawyers Media
2020-2024-The Power List, Top 30 Commercial & Consumer Litigators in Missouri, Missouri Lawyers Media
2020- Litigation Practitioner Award in Missouri, Missouri Lawyers Media
2018 – Innovator's Award - Missouri Lawyer's Weekly
2014-2021 – Top 100 Trial Lawyers
2013, 2014, 2016 – KC Business Journal - *Best of the Bar*, Plaintiff's Personal Injury
2014 - 2023 – Super Lawyers of Missouri and Kansas – *Top 50 Women; Top 50 Kansas City Lawyers; Top 100 Lawyers in Missouri/Kansas*
2011-2017 – Super Lawyers of Missouri and Kansas – *Rising Star* and *Super Lawyers*
2014-2018 – AV rating by Martindale Hubbell
2016, 2019 – Association of Women Lawyers President's Award
2017 – St. Teresa's Academy Dream Team