Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Maureen M. Brady (pro hac vice)
MCSHANE AND BRADY LLC
4006 Central Street
Kansas City, MO 64111
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Christina Tusan (SBN 192203)
TUSAN LAW, PC
ctusan@ctusanlaw.com
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Phone: 626-418-8203
Fax: 626-619-8253

*Plaintiffs' Co-Lead Interim Class Counsel*

Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400, San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**

Tmy Document Relates To: All Actions

**Master File No. 3:23-cv-01033-RS**

Hon. Richard Seeborg

**DECLARATION OF T.R. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Hearing Date: August 28, 2025
Time: 1:30 p.m.
Courtroom: 3
Judge: Hon. Richard Seeborg

I, T.R., declare as follows:

1. I am an individual over the age of twenty-one (21) and I submit my Declaration based upon my own personal knowledge of the facts stated herein.

2. I am one of the Plaintiffs in the above captioned matter.

3. I am a resident of the State of California.

4. I created my BetterHelp account in approximately 2019 or 2020 for mental health counseling.

5. Before creating my account, I was required to fill out the Intake Questionnaire in effect at that time and provided my private information as requested by BetterHelp. Upon completing the Intake Questionnaire, I created and account for the Service by entering my name, email address, phone number, and emergency contact information. I also entered my credit card information.

6. In the course of filling out that questionnaire I read and relied on BetterHelp's representations concerning its commitment to keep the information I provided confidential.

7. Ultimately, I signed up for BetterHelp's services and paid $80 a month for four months of the Service.

8. I reasonably expected that my communications with BetterHelp were solely between myself and BetterHelp and that any information I provided to BetterHelp would be maintained as confidential. Had I known that Defendant would not keep my information confidential, I would not have completed the questionnaire and would not have paid for their service.

9. Shortly after creating my BetterHelp account, I received targeted ads for BetterHelp multiple times a day that I believe resulted from my use of the Service.

10. I first learned that BetterHelp had shared my Private Information without my consent or knowledge after I read a Facebook post in or about March of 2023.

11. I have communicated and engaged with my counsel on an ongoing basis and will continue to do so until the case is resolved. I am familiar with the facts alleged in the complaint and understand the nature of the claims. I have reviewed and gathered documents in order to

respond to discovery. I participated in a deposition on March 26, 2025 of this year, and had to take time off from work to travel to and from Los Angeles, California to do so.

12. I understand my role and responsibilities as a class representative of others who were similarly targeted by BetterHelp's conduct. I am committed to the vigorous prosecution of this suit and view my interests and claims as typical of those of absent class members.

13. I have not been promised any consideration in exchange of acting as a class representative. I intend to appear at trial if called.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Diego, California, as of May 6, 2025.

*/s/ T.R.*
T.R.