**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To: All Actions | **Master File No. 3:23-cv-01033-RS**<br><br>Hon. Richard Seeborg<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: August 28, 2025<br>Time: 1:30 p.m.<br>Courtroom: 3<br>Judge: Hon. Richard Seeborg |

**[PROPOSED] ORDER**

Plaintiffs have filed a Motion for Class Certification in the above-entitled action. Based on the respective motion and papers submitted in support and in response, all pleadings in the action, the arguments of the parties, the applicable law, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Class Certification pursuant to Fed. R. Civ. Proc. 23(b)(3) is GRANTED.

1. The Court certifies the following classes:

**Nationwide Class:**

All individuals residing in the United States who, during the period beginning January 1, 2017, and continuing through March 7, 2023 (the "Class Period"), completed the BetterHelp Intake Questionnaire and provided BetterHelp with their email address.

**Nationwide User Subclass:**

All individuals residing in the United States who, during the Class Period, completed the BetterHelp Intake Questionnaire, provided BetterHelp with their email address, and paid BetterHelp for services.

**California Subclass:**

All individuals residing in California who, during the Class Period, completed the BetterHelp Intake Questionnaire and provided BetterHelp with their email address.

2. Plaintiffs Jane Doe I, Jane Doe III, C.M., L.M., R.S., S.C., and T.R. are appointed by the Court to serve as representatives of the Class.

3. Counsel for plaintiffs previously appointed by the Court as interim co-lead counsel (Gary Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC; Christina Tusan of Tusan Law; and Maureen Brady of McShane and Brady LLC) and liaison counsel (Alan M. Mansfield of Whatley Kallas, LLP) (ECF 66) are confirmed to act as counsel for the Class.

4. The parties are to meet and confer over a proposed notice plan to the Class, and are to file their respective views and a proposed notice plan by no later than _____, 2025.

Dated: __________, 2025.

________________________________
**HON. RICHARD SEEBORG**
**UNITED STATES DISTRICT JUDGE**