Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Maureen M. Brady (pro hac vice)
MCSHANE AND BRADY LLC
4006 Central Street
Kansas City, MO 64111
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Christina Tusan (SBN 192203)
TUSAN LAW, PC
ctusan@ctusanlaw.com
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Phone: 626-418-8203
Fax: 626-619-8253

*Plaintiffs' Co-Lead Interim Class Counsel*

Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400, San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**

This Document Relates To: All Actions

**Master File No. 3:23-cv-01033-RS**

Hon. Richard Seeborg

**PLAINTIFFS' RESPONSE TO BETTERHELP, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH BETTER HELP'S MOTION TO DISMISS (DKT NOS. 164 AND 165)**

| | |
|---|---|
| Hearing Date: | N/A |
| Time: | N/A |
| Courtroom: | 3 |
| Judge: | Hon. Richard Seeborg |

On May 5, 2025, Defendant filed an Administrative Motion to Consider Whether Another Party's Material Should be Sealed (Dkt. No. 165) ("Motion to Seal") in connection with a Motion to Dismiss it filed on that same date (Dkt No. 164). The Motion to Seal sought permission to file under seal documents and information designated "Confidential" or "Highly Confidential -- Attorneys' Eyes Only" under the Stipulated Protective Order (Dkt. No. 82) on behalf of Plaintiffs JANE DOE ONE, JANE DOE III, L.M., T.R., R.S., C.M., and S.C. ("Plaintiffs"), and cited in Defendant's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint which quoted from those documents. Specifically, it sought to file under seal unredacted versions of correspondence from counsel (Exhibit A to the Unger Declaration) as well as the depositions of the Plaintiffs marked as Exhibits B-G to the Unger Declaration. Plaintiffs received the documents that were submitted for filing under seal on May 9, 2025 (see Declaration of Alan M. Mansfield, submitted herewith).

Pursuant to Local Rule 79-5(f), Plaintiffs hereby submit the Declaration of Alan M. Mansfield in support of the Motion to Seal. In the Declaration, Mr. Mansfield explains why the unredacted versions of Defendant's Motion to Dismiss as well as Exhibits A-G to Defendant's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint should remain sealed and not be made available on the public docket as containing protected personally identifiable information as well as Protected Health Information. Because those exhibits are confidential, Defendant has filed on the public docket, appropriately, only a redacted version of their Motion to Dismiss. Plaintiffs agree that only a redacted version of those documents should be available for public review.

Dated: May 12, 2025

*/s/ Gary M. Klinger*
Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Dated: May 12, 2025

*/s/ Christina Tusan*

Christina Tusan (SBN 192203)
TUSAN LAW, PC
ctusan@ctusanlaw.com
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Phone: 626-418-8203
Fax: 626-619-8253

*Plaintiffs' Co-Lead Interim Class Counsel*

Dated: May 12, 2025

*Maureen M. Brady*

Maureen M. Brady
McShane AND Brady LLC
4006 Central Street
Kansas City, MO 64111
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Dated: May 12, 2025

*/s/ Alan M. Mansfield*

Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400, San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*