# Exhibit A

# Exhibit 7

Hi everyone, I'm double booked tomorrow at 11. Can we do today at 4PM pst?

Thanks,
Danny

Danny Bragonier | Co-Founder, *BetterHelp.com*
danny@betterhelp.com | www.betterhelp.com
440 N. Wolfe Rd., Sunnyvale, CA 94085

On Sun, May 3, 2020 at 6:33 AM Yair Dovrat <yair@sweeps.ai> wrote:

Hi everyone! Let's do Tuesday at 11 AM PST. Sending an invite now

On Sun, 3 May 2020 at 01:21, Alain Adler <alain@betterhelp.com> wrote:

Can you do Monday after 4pm, Or Tuesday at 11am or Wednesday after 2pm?

Adding Danny because it's all his pixels that we are talking about.

On May 2, 2020, at 00:41, Yair Dovrat <yair@sweeps.ai> wrote:

Great, thanks Alon!

Alain - it's a pleasure to meet you. Sweeps can make Betterhelp's website faster by loading its third-party tools in a smarter way. Faster user experience boosts online conversions and ranking on Google. We make it possible to use all analytics, widgets, marketing, or advertising tools without slowing down your pages.

I was running a small test on your homepage and the results are astonishing:

- It loads 18 different analytics and marketing tools that heavily slow down the page
- We can make it load 55% faster!
- We can cut 6.6 sec of "Time to Interactive"!

I would love to hop on a call and tell you more!

Thanks a lot,

Yair Dovrat
(415) 993-4543
Sweeps

On Fri, 1 May 2020 at 21:21, Alon Matas <alon@alonmatas.com> wrote:

# Exhibit 15

**From:** Kfir Eyal <kfir@betterhelp.com>
**Sent:** Wednesday, September 30, 2020 3:19 PM
**To:** Sharon Cohen; Alon Matas; Anj Ahearn
**Subject:** Fwd: Urgent question - Privacy concern from client

**Redacted for Privilege**

---------- Forwarded message ---------
From: **Dikshya Adhikari** <Dikshya_Adhikari@concernhealth.com>
Date: Wed, Sep 30, 2020 at 2:32 PM
Subject: RE: Urgent question - Privacy concern from client
To: Katie Hoopes <katie@betterhelp.com>
Cc: Kfir Eyal <kfir@betterhelp.com>, Humberto Chacon <Humberto_Chacon@concernhealth.com>, Theresa Mulvihill <Theresa_Mulvihill@concernhealth.com>, Dikshya Adhikari <Dikshya_Adhikari@concernhealth.com>

Hi Katie and Kfir,

We passed on the information you provided below to our client on this concern and they are still not satisfied as looks like a second employee reported their concerns.

Please read the information below and respond soonest you can, hopefully in 24 hours.

They have now escalated this issue to their Privacy team and also want to meet with your Privacy/Security officer. So please let me know who that is and we need to schedule a time with them to meet.

Thanks!

9/30/2020

Message from our client

To Concern:

This potential issue about privacy has resurfaced. Here is the information our employee provided:

The link I provided indeed the survey I'm talking about.

You may want to have a developer help you with this step.

Click "Inspect Element" on that page and look for ad trackers. In the code on the URL I provided, there are Facebook and Pinterest trackers, amongst others.

These trackers collect the very fact that you're using mental health services, and they use it for advertising.

We had a similar issue with another vendor last year. I'm not a technical person, but as described to me, the vendor had to disable the pixels intended to measure the effectiveness of their marketing campaigns. The pixels being active resulted in information passing to Facebook. The issue became quite complicated, with our privacy and data security group getting involved.

Please return to your technical team for another evaluation of what data may be getting sent to Facebook. Our employees, by nature of their job, are adept and seeing how data is used on the backend, so there may very well be an issue. I will alert our privacy team as a precaution, and I am sure they will want to meet with your privacy/data security team. It would be a good idea for you to go ahead and determine who from your team should participate.

I will be in touch as soon as I hear back from our team.

--End of message from our client--

Thanks,

Dikshya

**From:** Katie Hoopes [mailto:katie@betterhelp.com]
**Sent:** Thursday, September 24, 2020 1:55 PM
**To:** Dikshya Adhikari
**Cc:** Kfir Eyal; Humberto Chacon; Alyssa Cuevas; Theresa Mulvihill
**Subject:** Re: Urgent question

**WARNING:** This email originated outside of the El Camino Hospital email system!
**DO NOT CLICK** links if the sender is unknown, and never provide your User ID or Password.

---

Hi Dikshya,

The answer below was provided by our Head of Information Security - CISO:

__________

Regarding the concern about our redirecting to our online form at Regain.us, this is a normal process and the online form is used to better serve our clients. Use of our 3rd party tools is tightly controlled and the information is safeguarded based on HIPAA requirements and high encryption. We do not share PHI. We disclose to our clients how and what we collect in our Privacy Policy. Refer to: Privacy Policy | BetterHelp

[redacted]

**Privacy Policy | BetterHelp**

BetterHelp offers private, affordable online counseling when you need it from licensed, board-accredited therapi...

Regarding your concern about the online form, you will notice that we use SSL encryption. Also, the information that you refer to regarding Google Ad Services, etc. is specific to better improving your experience using our site. This is common and an industry standard across typical websites you visit. Through the use of our website, BetterHelp uses this information for only analytics and for continuously improving your experience. No PHI is shared with Facebook, Pinterest, Google Ad Services, or any other 3rd party service.

I want to emphasize that we do not share PHI data. BetterHelp strictly complies with HIPAA requirements and our security has been developed to safeguard your data with the utmost importance and security standards. I urge you to read our Privacy Policy which describes in more detail how we achieve this and how we take your information seriously.

If there are any additional questions or concerns, feel free to reach out.

Sincerely,

Katie

The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

Katie Hoopes | Success Manager, Clients and Partners

Email: katie@betterhelp.com

990 Villa St., Mountain View, CA 94041

The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

On Thu, Sep 24, 2020 at 1:48 PM Dikshya Adhikari <Dikshya_Adhikari@concernhealth.com> wrote:

> Hi Kfir and Katie,
>
> We were hoping to get some response from you guys on this by now as the client is waiting to get a response.
>
> Could you respond before End of business today?

We are also attempting to assure them that your site is safe and confidential as you are our partner, but if you would send us some robust language on that to respond with, that would be very helpful. I know the client sounds a little bitter and it is unfortunate.

Dikshya

**From:** Dikshya Adhikari
**Sent:** Wednesday, September 23, 2020 1:09 PM
**To:** Kfir Eyal; 'Katie Hoopes'
**Cc:** Humberto Chacon; Alyssa Cuevas; Theresa Mulvihill
**Subject:** Urgent question
**Importance:** High

Hi Kfir and Katie,

I hope you are doing well.

We had a concern from one of our bigger clients on the following and wanted your help to answer these highlighted below as soon as you can.

Thanks for your help, we appreciate it.

Concern offers Counseling services. When selecting "Online counseling" through Luma, users are redirected to BetterHelp, another service. When proceeding through their portal to Couples' Counseling, users are again redirected to Regain.us where they are prompted to submit an online form that asks for VERY personal information - sexual orientation, religious preferences, domestic violence in the home, financial status, and more.

Here is a link to the form:
https://www.regain.us/start/?couples_counseling=from_betterhelp

This form page is not secure - it pings information back to Facebook, Pinterest, and Google Ad Services, just to name a few.--> When I check this site, it looks secure to me but I am not sure what she found that led her to believe in this. Can you please assure us that this is not happening?

Does BH support its employees' sensitive personal EAP information being collected for marketing purposes by third parties? --: Please respond

Do you have any guidance on the security of the information? I am assuming the information is not shared and is kept private/anonymous--- Please respond and we will pass on your official statement to the client.

– thanks,

Dikshya

# Exhibit 21



YOUR GUIDE TO

# Facebook Bid Strategy

SEPTEMBER 2017

facebook

# Contents

03 Introduction

04 Facebook Ad Delivery

08 Bid Strategy Overview

12 How to Set a Bid Strategy Amount

16 Bidding Best Practices

17 Things to Remember



# The Facebook family of apps and services is an effective way to reach valuable customers with ads that help grow your business.

There are currently more than 2 billion people who use Facebook every month. Combined with the popularity of our other platforms and the prevalence of the Audience Network publisher base, this gives you the opportunity to connect your ads with exactly the right audience. Our ad delivery system uses advanced machine learning to serve ads across our platforms, evaluating billions of ad-user pairings every day in order to show the right ad to the right person, at exactly the right time.

## This guide gives you a helpful overview of how ads get shown across the Facebook family, as well as how your bid strategy affects delivery and cost.

While this guide is tailored toward Direct Response objectives, these principles can also apply to Brand marketing objectives. Though Reach and Frequency buying is not addressed in this guide, you may find more information about it by visiting the Facebook Business help center.[1]

**READ AHEAD TO LEARN HOW:**

- Facebook finds the most relevant ad to serve a given person ("auction") and spends your budget over time ("pacing")
- Your bid strategy affects the delivery of your ads
- You can improve performance by implementing bidding best practices

1 https://www.facebook.com/business/help/1168829329822087



# Facebook Ad Delivery

Our system delivers your ads with two goals in mind: showing people ads they'll find relevant and maximizing value to drive your business objectives.

The Facebook ad delivery system is comprised of **three main components** that work together to deliver optimal results for your business:



Facebook Auction



Pacing System



Advertiser Controls

# Facebook Auction

## The Facebook ad auction is a system that determines which ads to show a person in order to maximize value for both audience and the advertiser.

When you create an ad, you indicate the results you care about with your selection of an optimization for ad delivery (e.g., website conversions or app installs.) When your ad enters the Facebook auction, it competes with ads from advertisers who target the same person who is eligible to see an ad. As with all content on our platforms, we try to make sure we're showing the right content to the right person at the right time. We also optimize user experience by limiting the number of ads people see in their News Feed, which means advertisers compete for a limited number of slots.

## So how does the auction system determine who wins each slot?

We rank ads in the auction using a **total value** formula, where the ad with the highest total value is shown to the person in consideration. Total value is calculated based on three factors:

1 **Advertiser's Bid:** The advertiser's bid value for their desired result

2 **Estimated Action Rate:** The probability that showing an ad to the person will lead to the desired result

3 **User Value:** Determined by several components, including Ad Quality Panel, post-click experience, predicted and actual positive / negative ad engagement, and repetition of the ad

A **bid** represents what you're willing to pay to achieve your desired result from someone in your target audience. For detailed information about bidding please visit the Facebook Business help center.[2]




2 https://www.facebook.com/business/help/1619591734742116

# Pacing System

While the auction decides which ad opportunity to show a given person, pacing determines how to spend an advertiser's budget across many ad opportunities.

We currently offer two options to control how pacing changes your budget over time: standard and accelerated delivery.

## STANDARD DELIVERY

Standard delivery is designed to spend your budget evenly over the duration of the campaign using a method called "pacing". The pacing method in which your budget is spent depends on the bid strategy you choose:

### Lowest cost bid strategy with standard delivery enabled

This uses "discount" pacing to spend budget on results with the lowest costs and aims to spend budget evenly over the course of your campaign. This option maximizes advertiser value by minimizing your cost per result.

> **Example:** Assume you set a bid cap of $10. As your ad enters each auction, we may "discount" your bid to ensure we can spend your full budget over the duration of the ad set. The mechanism of lowering or "discounting" your bid means that you might not win every auction you could have, but you'll have a chance to capture more outcomes at more efficient costs over the course of your campaign, instead of using up your budget too quickly on more expensive results. Note that the discounted bid for a particular auction might be higher or lower based on how much budget has been spent and the time elapsed in the campaign.




### Target cost bid strategy with standard delivery enabled

This uses "probabilistic" pacing to spend budget on stable cost-per-result opportunities and aims to maintain consistent cost per result over time, at the target cost you set. This option delivers opportunities at the target cost that you define and keeps your cost per result stable as you increase your budget.

> **Example:** Assume an advertiser communicates that they want to achieve a target cost of $10 for a purchase. Once they start their campaign, Facebook will bid to hit this $10 target cost in a subset of auctions. While discount bidding adjusts your bid, probabilistic pacing adjusts the probability that the ad enters the auction. This helps you achieve even pacing throughout the course of your campaign.



### ACCELERATED DELIVERY

Accelerated delivery spends budget as quickly as possible by entering every opportunity under your bid cap into the auction. This favors quick spend over maintaining your cost per result. With accelerated delivery, it is possible to exhaust your budget before your scheduled campaign ends. Advertisers with bigger budgets who want to reach people quickly or with time-sensitive campaigns should consider using accelerated delivery. Accelerated delivery is only available for lower cost per result with a bid cap.




> **Example:** Assume you set a $10 bid cap. Once you start your campaign, you will enter every eligible auction under this $10 bid to ensure you spend your budget as quickly as possible.

For more details on how our pacing system works, please visit the Facebook Business help center.[3]

# Advertiser Controls

The final components of Facebook ad delivery are the advertiser-set controls that guide our auction and pacing systems. These controls include options for Targeting, Budget, Bid, Placement, Schedule and Optimization for Delivery. For example, your bid is a factor in calculating the total value of an ad, as well as influencing how the Facebook auction ranks and delivers the ad. You should be thoughtful when selecting these controls. While narrowing targeting or setting lower bid caps can limit the options the delivery system has to explore, these controls can also get you the most value for your objectives.

This guide is focused on the importance of bidding in the delivery system. For more information on other advertiser controls, visit the Facebook Business help center.[4]

3 https://www.facebook.com/business/help/1754368491258883?helpref=faq_content

4 https://www.facebook.com/business/help/527780867299597



# Bid Strategy Overview

## Your bid represents what you are willing to pay for a desired result.

Since Facebook optimizes its auction for total value (for both advertiser and people), the winner of the auction isn't necessarily the ad with the highest advertiser bid, but the one with the highest total value.

## Bids are also a cost-control tool.

They help control your desired cost per result in the same way that budgets help control your overall spend on a given ad set. If you set a bid cap, your bid helps our machine learning systems understand what you're willing to pay and how you want to achieve your optimization goal.

# Choose the right bid strategy for you

When you bid, you choose one of two bid strategies:
**Lowest cost** or **Target cost.**




## LOWEST COST

You have the option to set a bid cap, which is like a manual maximum bid. This tells the delivery system not to bid more than that maximum amount for any individual result. Choosing "Lowest cost" without a bid cap is like using automatic bidding.

## TARGET COST

The delivery system will try to maintain a stable average cost near your target as your spend increases. This strategy also predicts mid-campaign how much you might be able to spend near the target cost you set. Target cost per result is an enhancement to our former average cost bidding option.

# Facebook offers several different bid strategies to suit your campaign strategy.

Determine which strategy is best for you by considering the use cases and considerations on the following table:

| BID STRATEGY | WHO SETS THE BID? | WHEN TO USE | BENEFITS | CONSIDERATIONS |
|---|---|---|---|---|
| **Lowest cost** *(formerly automatic bidding)* | Facebook | When you're unsure of how much to bid, want to spend your full budget, and/or get the most results from your budget | – Spend less time maintaining cost<br>– Minimize cost per result while spending your budget | – Less control over your cost per result<br>– Costs rise as you run out of the most cost-effective results or increase your budget |
| **Target cost per result** *(replaces average cost)* | Advertiser | When you want to maintain a stable cost at your target cost as your spend increases or when you want to learn how much you can spend while getting a CPA near your target cost | – Maintain stable cost at the target bid that you set as you scale<br>– Project your spend after an initial learning phase | – May not spend your entire budget<br>– Will not minimize your cost per result |
| **Lowest cost with a bid cap** *(formerly maximum bidding)* | Advertiser | When you want to set a maximum bid to control your cost per result and want to get the lowest cost possible | – Achieve the most results generally under your specified bid cap<br>– Minimize cost per result | – Costs rise as you run out of the most cost effective results or increase your budget<br>– May not spend your entire budget<br>– May spend more time maintaining bid<br>– Spend more time maintaining budget as you try to scale or keep cost within target cost range |

# How Facebook determines your cost

The total value formula determines who wins an auction, but not when or how much the winner is charged.

You get charged based on the option you selected during ad set creation under "When you get charged". No matter what result you've chosen, we'll only charge you as much as the value you displaced from other advertisers who lost to you in the auction. So even if you set a bid cap of $1, you may pay significantly less if the other advertisers ranked below you in the auction bid less.

**This means:**

- You'll frequently be charged less than your bid.
- There's no advantage to underbidding in our system. In fact, doing so may lead to losing auctions you would've otherwise won at no additional cost.



# How to set a Bid Strategy Amount

If you choose to set a bid cap or a target cost, use the following guidance and troubleshooting strategies.

NOTE: Before setting a target cost or bid cap, install the Facebook pixel or SDK to optimize delivery of your ads to the people most likely to take an action. Consider the following best practices:

- Use the Facebook Pixel Page and Pixel Helper to verify that the pixel is functioning and the App Ads Helper to verify your app.
- Keep your objective in line with what you choose as 'Optimization for ads delivery' (e.g., select "conversions" if that is your ultimate goal).

For help getting started with the Facebook Pixel, please visit the Facebook Business help center.[5]

5 https://www.facebook.com/business/help/952192354843755



CONFIDENTIAL BH0021570

# How to set a target cost

If you want to achieve a stable cost per result on average throughout your campaign, you can set a target cost. This lets Facebook bid to hit that target on average, over the lifetime of your campaign.




**To determine your target cost, make sure you consider:**

## The average cost your business is willing to pay for a desired result from your target audience

- Determine what your desired result is worth to you, based on your profit or revenue goals.
- For example, assume you are optimizing for a website purchase and you have determined that the purchase is worth $20 in revenue at a $5 profit (excluding Facebook marketing costs of $15). If your business objective is to achieve that $5 profit, you might want to set a target cost of $15.

## If you want to achieve more results

- Suppose you run a campaign with a target cost of $50 per mobile-app install, and don't achieve the profitability you want. But you notice that when you try a $60 target cost, the number of mobile app installs improves dramatically. A result like this should prompt you to consider whether you're willing to trade profitability for growth. If so, you should adjust your target cost accordingly. A "test-and-adjust" mindset like this is recommended for improving outcomes on Facebook if you are trying to scale your volume and are more flexible on ROI or CPA.

## Lifetime value

Lifetime value for your business, as generated by future purchases new customers could make. Consider more than just the value of someone immediately purchasing one of your products, as long-term growth is what matters most.

# How to set a bid cap

If you want to make sure that no individual result costs more than a certain amount, you can set a bid cap. Because of the way discount pacing works (as described above), setting a bid cap means that each result will cost less than the amount you set, starting with the lowest cost results and gradually rising toward your cap.




**To set a bid cap, make sure you consider the following:**

## The maximum cost your business is willing to pay for a desired result from your target audience:

- Similar to the description above, determine the maximum amount that your desired result is worth to you, based on your profit or revenue goals.

## The average cost you actually pay for a desired result

- When you set a bid cap, first ensure that your bid cap is reasonable, based how much you are currently paying for your desired results on Facebook. You will want your bid cap to exceed the average cost per result that you are currently paying. Use the 'How to interpret your costs' section for guidance on how to determine your average cost per result.

## Lifetime value

- Lifetime value for your business, as generated by future purchases new customers could make. Consider more than just the value of someone immediately purchasing one of your products, as long-term growth is what matters most.

Although your bid is not equal to your final cost, capping your bid ensures that you generally do not pay more than your bid.

# Troubleshooting your bid strategies

If you're unsatisfied with the results of your bid strategy, here are a few strategies to improve performance:

## Confirm your bid strategy is in line with historical data.

- If you use past performance data to set a bid cap or target cost, make sure the data you use matches your optimization settings. For example, you may need to adjust your attribution window in reporting.

## Switch to a higher-funnel conversion event.

- If you're optimizing for conversions, your ad set should achieve a certain number of conversion to have a chance of succeeding. The number of conversions depends on your bid strategy. When you set a bid cap with the lowest cost bid strategy, you should aim to achieve at least 30 of the conversions your ad set is optimized for per week. When you set a target cost, this number of conversions should be 50. If you're not achieving this number, switch the conversion event to a more commonly-occurring, higher-funnel event.

- For example, if you've optimized for purchase events and you're seeing less than 30 conversions with a bid cap, try optimizing for an event like Add-to-Cart instead to get better delivery and performance.

## Refine your audiences.

Refine your targeting to reach people more likely to be interested in your ad. Your new strategy could incorporate:

- A Lookalike Audience based on your most valuable customers

- A Custom Audience from a pixel or customer data file

- Interest and/or behavior-based targeting

For more details, download our decision tree[7] of best practices to resolve under-delivery of your ads.

## Refresh ad creative.

- Try testing different creatives, as you may have exhausted the effectiveness of your original design. Use Audience Saturation in Delivery Insights to determine whether you've saturated your audience

## Switch bid strategy.

- If your ad set is under-delivering and you're not sure how to improve performance after trying the strategies listed above, switch to the lowest cost bid strategy without a bid cap. This can help you determine the actual cost per result you can expect for your budget.

7 https://www.facebook.com/gms_hub/share/ad-under-delivery-decision-tree-en_us.pdf



# Bidding Best Practices

## If you are not sure what to bid, start with the 'Lowest cost' option.

- If you're not sure what to set as your 'target cost' or your bid cap, use the 'lowest cost' option without a bid cap to learn how much it costs to achieve your desired results.

## If you know the cost you are willing to pay for a result, select target cost or lowest cost with bid cap option.

- Use target cost bidding strategy if trying to scale to higher spend while keeping your cost per result stable or if trying to inform how much you can spend at your target cost.
- Use lowest cost with bid cap bidding strategy if trying to achieve the lowest cost possible at your initial budget or if you intend to scale to higher budgets and don't care as much about maintaining stable cost per result as you scale.

## Avoid making multiple changes to your bid strategy in a short period of time.

- When you change an ad set's bid strategy amount, our system may need time to re-learn how to optimally deliver it. During this time, your ad set may go through a period of sub-optimal delivery as we re-learn who best to show your ads to, including new people being reached because of the new amount.

## Consider adjusting your bid strategy for different audiences.

- Different people bring different levels of value to your business. If you have high-value customers that you particularly want to reach, consider increasing your target cost or bid cap for those customers. However, always segment your customers carefully, as setting too many constraints could limit your delivery.



# Things to Remember

For every opportunity we have to show an ad to a person on Facebook, our ad auction system selects ads that maximize value for both advertisers and people.

You can help make our machine learning models work better for you by thoughtfully using the controls at your disposal, including the bid strategy that you choose, to get the best results possible. As you create campaigns on Facebook, remember the following concepts:

Your bid is an important factor, but not the only factor that determines how Facebook delivers your ads.

- Your ads are ranked based on "total value," which maximizes advertiser value and optimizes consumer experience. Your bid is a key driver of "total value."

Decide on a bid strategy by evaluating benefits and considerations.

- Depending on your business goals, you'll want to evaluate different bid strategies by their benefits and considerations.

Consider your customer's lifetime value to determine the amount to bid.

- Interpreting the correct cost per result is critical for determine your bid cap and evaluating costs on Facebook. Weigh more than just the value of someone immediately purchasing one of your products, as long-term growth is what matters most.

## LEARN MORE

Facebook Help Center
https://www.facebook.com/help/

Blueprint instructional video
https://facebook.exceedlms.com/student/home/show_enrollment/42548038

# Exhibit 29

# Privacy Policy

Jump to Privacy Notice for California Residents

1. **About Your Privacy and This Privacy Policy**

   **Your privacy is extremely important to us.** We are constantly putting a great deal of thought, effort, tools, resources and procedures in place in order to protect and safeguard your privacy. This document is our "Privacy Policy" and it contains details on issues related to your privacy when using our services. It is intended to inform you of our policies, procedures and practices regarding the collection, use and disclosure of any information that you provide through the Platform.

   The Privacy Policy is part of our Terms and Conditions which can be found in our website. The terms in the Privacy Policy (such as, but not limited to, "we", "our", “us", "Platform", “Counselor", "Counselor Services" etc) have the same meaning as in our Terms and Conditions document. When you use our Platform you accept and agree to both the Terms and Conditions and to the Privacy Policy. If you do not agree to be bound to the Privacy Policy you should stop using the Platform immediately. By accessing and using our Platform you affirm that you have read the Terms and Conditions and the Privacy Policy and that you understand, agree and acknowledge to all the terms contained in both of them.

2. **Information Collection, Use, and Disclosure**

   To let us operate the Platform effectively and to let you use the Platform, including the Counselor Services, we may have to collect your personally identifiable information (such as, but not limited to, your name, phone number, email address, and address), billing and payment information, profile information, log data (information such as your computer, Internet Protocol address (“IP”), pages that you visit and the amount of time spent on those pages, actions you take and other statistics), information related to the Counselor Services or your need for Counselor Services, and any information which is exchanged between you and your Counselor (collectively the "Information"). In some cases, some of the Information that you give to us is considered health related data. You may decide which Information, if any, you would like to share with us, but some functions of the Platform may not be available to you without providing us the necessary Information. By deciding to provide the Information you agree to our methods of collections and use, as well to other terms and provisions of this Privacy Policy.

   **Protecting this Information is a top priority for us. We will never sell or rent any Information you shared in the Platform. Other than in the limited ways detailed in this Privacy Policy, we will never use or disclose any Information unless you specifically and explicitly requested or approved us to do so.**

   The Information may be used for the following purposes:

   - To create your account on our Platform and let you log in to your account and use the Platform.
   - To manage your account, provide you with customer support, and ensure you are receiving quality service.
   - To contact you or provide you with information, alerts and suggestions that are related to the service.
   - For billing-related purposes.
   - To reach out to you, either ourselves or using the appropriate authorities, if either we or a Counselor have a good reason to believe that you or any other person may be in danger or may be either the cause or the victim of a criminal act.
   - To match you with a Counselor.
   - To enable and facilitate the Counselor Services.
   - To supervise, administer and monitor the service.
   - To measure and improve the quality, the effectiveness and the delivery of our services.
   - Market the Platform and Counselor Services to you.

- To respond to law enforcement requests and as required by applicable law, court order, or governmental regulations.
- To comply with applicable state and federal laws, including, but not limited to laws related to protecting client and public health and safety.
- To provide, support, personalize, and develop our Platform and Counselor Services.
- To personalize your Website experience and to deliver content and product and service offerings relevant to your interests, including targeted offers and ads through our Websites, third-party sites, and via email or text message (with your consent, where required by law).

3. **Opting out of Marketing Communication**

   You can opt out of receiving email marketing by unsubscribing using the unsubscribe link provided in all of our marketing email communications.

4. **Cookies and Web Beacons**

   Like many websites, we use "cookies" and "web beacons" to collect information. A "cookie" is a small data file that is transferred to your computer's hard disk for record-keeping purposes. A "web beacon" is a tiny image, placed on a Web page or email that can report your visit or use. We use cookies and web beacons to enable the technical operation of the Platform, to administer your log-in to your account and to collect the Log Data. You can change your browser's settings so it will stop accepting cookies or to prompt you before accepting a cookie. However, if you do not accept cookies you may not be able to use the Platform. The Platform may also include the use of cookies and web beacons of services owned or provided by third parties that are not covered by our Privacy Policy and we do not have access or control over these cookies and web beacons. We may also use third party cookies for the purposes of web analytics, attribution and error management.

5. **Social and General Information Tools**

   We use several publicly-available tools and information exchange resources, such as (but not limited to) a blog, a Facebook page, a Twitter account, and others (collectively "Social and General Information Tools"). Any information you provide or share while using Social and General Information Tools may be read, accessed, collected by that site and users of that site according to their Privacy Policy.

6. **Phishing**

   Online identity theft and account hacking, including the practice currently known as "phishing", are of great concern. You should always be diligent when you are being asked for your account information and you must always make sure you do that in our secure system. We will never request your login information or your credit card information in any non-secure or unsolicited communication (email, phone or otherwise).

7. **Links**

   The Platform may contain links to other websites, services or offers which are owned, operated or maintained by third parties. If you click on a third party link, you will be directed to that third website or service. The fact that we link to a website or service is not an endorsement, authorization or representation of our affiliation with that third party, nor is it an endorsement of their privacy or information security policies or practices. We do not have control over third party websites and services and we do not have control over their privacy policies and terms of use.

8. **Security**

   While using any Internet-based service carries inherent security risks that cannot be 100% prevented, our systems, infrastructure, encryption technology, operation and processes are all designed, built and maintained with your security and privacy in mind. We apply industry standards and best practices to prevent any unauthorized access, use, and disclosure. We comply with or exceed all applicable federal laws, state laws, and regulations regarding data privacy.

9. **Service Providers**

   We may employ third party companies and individuals to facilitate our Platform, to perform certain tasks which are related to the Platform, or to provide audit, legal, operational or other services for us. These

tasks include, but not limited to, customer service, technical maintenance, monitoring, email management and communication, database management, billing and payment processing, reporting and analytics. We will share with them only the minimum necessary information to perform their task for us and only after entering into appropriate confidentiality agreements.

**10. Children's Privacy**

We do not knowingly collect or solicit any information from anyone under the age of 13 or knowingly allow such persons to become our user. The Platform is not directed and not intended to be used by children under the age of 13. If you're aware that we have collected Personal Information from a child under age 13 please let us know by contacting us and we will delete that information.

**11. International Transfer**

Your information may be transferred to — and maintained on — computers located outside of your state, province, country or other governmental jurisdiction. Regardless of where your data is stored, it will be maintained securely as outlined in this policy. Your consent to our Terms and Conditions followed by your submission of such information represents your agreement to such transfers.

**12. Compliance with Laws and Law Enforcement**

We cooperate with government and law enforcement officials to enforce and comply with the law. We may disclose information necessary or appropriate to protect the safety of the public or any person, to respond to claims and legal process (including but not limited to subpoenas), and to prevent or stop activity that may be illegal or dangerous. You should also be aware that Counselors may be obliged to disclose information to law enforcement or other authorities to conform to their professional and legal responsibilities. Specifically, and without limitation, you should be aware that the law requires mental health professionals to disclose information and/or take action in the following cases: (a) reported or suspected abuse of a child or vulnerable adult; (b) serious suicidal potential; (c) threatened harm to another person; (d) court-ordered presentation of treatment.

**13. General Data Protection Regulation (GDPR) Notice**

This section provides additional information about our Privacy Policy relevant to users from the European Union. It is necessary for us to use your personal information:

- To perform our obligations in accordance with any contract that we may have with you.
- It is in our legitimate interest or a third party's legitimate interest to use personal information in such a way to ensure that we provide the Services in the best way that we can.
- It is our legal obligation to use your personal information to comply with any legal obligations imposed upon us.

You can view and edit any personal data that you have provided to us using this website. Automated processing of your Personal Information is necessary to operate the Platform effectively and to provide counseling and related services.

BetterHelp is the Controller with respect to your Personal Data. You can contact our Data Protection Officer with questions, concerns or objections about this policy, or about your data by writing to:

BetterHelp
Data Protection Officer
440 N. Wolfe Rd.
Suite E026
Sunnyvale, CA 94085, USA
DPO@betterhelp.com

You can contact our EU Representative by writing to:

BetterHelp EU Representative
C/O Legal Department
Vía Augusta, 252 08017, Barcelona, Spain
DPO@betterhelp.com

**14. Changes to the Privacy Policy**

We may update this privacy statement at our sole discretion. The date of the last revision of this policy appears at the end of this page. We encourage you to periodically review this page for the latest information on our Privacy Policy and practices. Regardless of changes to our Privacy Policy, we will never use the information you submit under our current privacy notice in a new way without first notifying you and giving you the option to opt out.

**15. Contacting us**

If you have any questions or concerns about this Privacy Policy or our privacy-related practices, please contact us by clicking the "Contact" link at the bottom of any page in our website.

# Privacy Notice for California Residents

This **Privacy Notice for California Residents** supplements and is expressly made part of the information contained in the BetterHelp Privacy Policy and applies solely to all visitors, users, and others who reside in the State of California ("consumers" or "you"). We adopt this Notice to comply with the California Consumer Privacy Act of 2018 (CCPA). Any terms defined in the CCPA have the same meaning when used in this Notice.

**1. Information We Collect**

Through your use of our website, we collect information that identifies, relates to, describes, references, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer or device ("**personal information**"). In particular, our Websites have collected the following categories of personal information from its consumers within the last twelve (12) months. Additionally, we have disclosed the following categories of information for a business purpose in the past twelve (12) months:

| Category | Collected | Disclosed for a business purpose |
|---|---|---|
| A. Identifiers. | Yes | Yes |
| B. Personal information categories listed in the California Customer Records statute (Cal. Civ. Code § 1798.80(e)). | Yes | Yes |
| C. Protected classification characteristics under California or federal law. | Yes | Yes |
| D. Commercial information. | No | No |
| E. Biometric information. | No | No |
| F. Internet or other similar network activity. | Yes | Yes |
| G. Geolocation data. | Yes | Yes |

| Category | Collected | Disclosed for a business purpose |
|---|---|---|
| H. Sensory data. | No | No |
| I. Professional or employment-related information. | No | No |
| J. Non-public education information (per the Family Educational Rights and Privacy Act (20 U.S.C. Section 1232g, 34 C.F.R. Part 99)). | No | No |
| K. Inferences drawn from other personal information. | Yes | No |

Personal information does not include:

- Publicly available information from government records.
- Deidentified or aggregated consumer information.
- Information excluded from the CCPA's scope, like:
  - health or medical information covered by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and the California Confidentiality of Medical Information Act (CMIA) or clinical trial data;
  - personal information covered by certain sector-specific privacy laws, including the Fair Credit Reporting Act (FRCA), the Gramm-Leach-Bliley Act (GLBA) or California Financial Information Privacy Act (FIPA), and the Driver's Privacy Protection Act of 1994.

BetterHelp obtains the categories of personal information listed above from the following categories of sources:

- Directly from you. For example, from information you submit on the Platform during the process of using and paying for our Services.
- Indirectly from you. For example, from observing your actions on our Websites.
- From third-party business partners such as social media sites, ad networks, and analytics providers

2. **Use of Personal Information**

**First and foremost, BetterHelp does not sell and has not sold any Personal Information in the preceding twelve (12) months.**

We may use or disclose the personal information we collect for one or more of the following business or marketing purposes:

- To create your account on our Platform and let you log in to your account and use the Platform.
- To manage your account, provide you with customer support, and ensure you are receiving quality service.
- To contact you or provide you with information, alerts and suggestions that are related to the service.
- For billing-related purposes.
- To reach out to you, either ourselves or using the appropriate authorities, if either we or a Counselor have a good reason to believe that you or any other person may be in danger or may be either the cause or the victim of a criminal act.
- To match you with a Counselor.
- To enable and facilitate the Counselor Services.

- To supervise, administer and monitor the service.
- To measure and improve the quality, the effectiveness and the delivery of our services.
- Market the Platform and Counselor Services to you.
- To respond to law enforcement requests and as required by applicable law, court order, or governmental regulations.
- To provide, support, personalize, and develop our Platform and Counselor Services.
- To personalize your Website experience and to deliver content and product and service offerings relevant to your interests, including targeted offers and ads through our Websites, third-party sites, and via email or text message (with your consent, where required by law).

BetterHelp will not collect additional categories of personal information or use the personal information we collected for materially different, unrelated, or incompatible purposes without providing you notice.

**3. Disclosure of Personal Information**

BetterHelp may disclose your personal information to a third party for a business purpose. When we disclose personal information for a business purpose, we enter a contract that describes the purpose and requires the recipient to both keep that personal information confidential and not use it for any purpose except performing the contract.

We share the minimum necessary personal information with the following categories of third parties:

- Service providers that provide audit, legal, operational, technical or other services for us, such as:
  - Customer service
  - Technical maintenance
  - Monitoring website activity
  - Email management and communication
  - Database management
  - Billing and payment processing
  - Reporting and analytics
  - Marketing and advertising
- Counselors who provide the Counselor Services

**4. Your Rights and Choices**

The CCPA provides consumers (California residents) with specific rights regarding their personal information. This section describes your CCPA rights and explains how to exercise those rights.

*Right to Request Access to Information*

You have the right to request that BetterHelp notifies you of the personal information about you that we have collected and used. Once we receive and confirm your verifiable consumer request (see *Exercising Access, Data Portability, and Deletion Rights*), we will disclose to you:

- The categories of personal information we collected about you.
- The categories of sources for the personal information we collected about you.
- Our business or commercial purpose for collecting that personal information.
- The categories of third parties with whom we shared that personal information.
- The specific pieces of personal information we collected about you.
- If we disclosed your personal information for a business purpose and identifying the personal information categories that each category of recipient obtained.

*Right to Request Deletion of Information*

You have the right to request that BetterHelp deletes any of your personal information that we collected about you and retained. Once we receive your request and verify who you are, we will delete (and direct our service providers to delete) your personal information from our records, unless an exception applies.

We may deny your deletion request if retaining the information is necessary for us or our service provider(s) to:

- Complete the transaction for which we collected the personal information, provide a good or service that you requested, take actions reasonably anticipated within the context of our ongoing business relationship with you, or otherwise perform our contract with you.
- Detect security incidents, protect against malicious, deceptive, fraudulent, or illegal activity, or prosecute those responsible for such activities.
- Debug products to identify and repair errors that impair existing intended functionality.
- Exercise free speech, ensure the right of another consumer to exercise their free speech rights, or exercise another right provided for by law.
- Comply with the California Electronic Communications Privacy Act (Cal. Penal Code § 1546 *seq.*).
- Engage in public or peer-reviewed scientific, historical, or statistical research in the public interest that adheres to all other applicable ethics and privacy laws, when the information's deletion may likely render impossible or seriously impair the research's achievement, if you previously provided informed consent.
- Enable solely internal uses that are reasonably aligned with consumer expectations based on your relationship with us.
- Comply with a legal obligation.
- Make other internal and lawful uses of that information that are compatible with the context in which you provided it.

*Exercising Your Rights*

To exercise the rights listed above, please submit a request in writing to BetterHelp via the contact information listed in the Contact Information section. Only you, or a person registered with the California Secretary of State that you authorize to act on your behalf, may make a request related to your personal information. You may also make a request on behalf of your minor child.

You may only make a request for access twice within a 12-month period. Your request must:

- Provide sufficient information that allows us to reasonably verify you are the person about whom we collected personal information or an authorized representative.
- Describe your request with sufficient detail that allows us to properly understand, evaluate, and respond to it.

We cannot respond to your request or provide you with personal information if we cannot verify your identity or authority to make the request and confirm the personal information relates to you. Making a request does not require you to create an account with us. We will only use personal information provided in a request to verify your identity or authority to make the request.

*Response Timing and Format*

We endeavor to respond to a request within forty-five (45) days of its receipt. If we require more time (up to 90 days), we will inform you of the reason and extension period in writing.

For Requests to Access, our response will only cover the 12-month period preceding the request. The response we provide will also explain the reasons we cannot comply with a request, if applicable. We will select a format to provide your personal information that is readily useable and should allow you to transmit the information from one entity to another entity without hindrance.

We do not charge a fee to process or respond to your request unless it is excessive, repetitive, or manifestly unfounded. If we determine that the request warrants a fee, we will tell you why we made that decision and provide you with a cost estimate before completing your request.

**5. Non-Discrimination**

We will not discriminate against you for exercising any of your CCPA rights. We will not:

- Deny you goods or services.
- Charge you different prices or rates for goods or services, including through granting discounts or other benefits, or imposing penalties.
- Provide you a different level or quality of goods or services.
- Suggest that you may receive a different price or rate for goods or services or a different level or quality of goods or services.

### 6. Other California Privacy Rights

California's “Shine the Light” law (Civil Code Section § 1798.83) permits users of our Websites that are California residents to request certain information regarding our disclosure of personal information to third parties for their direct marketing purposes. To make such a request, please send an email to DPO@betterhelp.com.

### 7. Changes to Our Privacy Notice

BetterHelp reserves the right to amend this privacy Notice at our discretion and at any time. When we make changes to this privacy Notice, we will post the updated Notice on the Websites and update the Notice's effective date. Regardless of changes to our Privacy Policy, we will never use the information you submit under our current privacy notice in a new way without first notifying you and giving you the option to opt out. Your continued use of our Websites following the posting of changes constitutes your acceptance of such changes.

### 8. Contact Information

If you have any questions or comments about this Notice, the ways in which BetterHelp collects and uses your information described above, your choices and rights regarding such use, or wish to exercise your rights under California law, please do not hesitate to contact us at:

BetterHelp
Data Protection Officer
440 N. Wolfe Rd.
Suite E02
Sunnyvale, CA 94085, USA
DPO@betterhelp.com

Last Updated and Effective: February 27, 2020

**If you are in a crisis or any other person may be in danger - don't use this site. These resources can provide you with immediate help.**

MHA ASSOCIATE MEMBER HIPAA 256-bit SSL SECURE ISMHO MEMBER

# Exhibit 31

# Redacted

How would you rate my reply?
Great Okay Not Good

On Thu, Oct 22, 2020 at 5:38 PM PDT, BetterHelp <contact@betterhelp.com> wrote:

Hello Redacted

Thank you for your patience.

All of your conversations, including your questionnaire, with your counselor are encrypted and confidential.

Please let me know if you have any further questions.

I wish you success in reaching your goals,
Inez
BetterHelp Team

*IMPORTANT: Please remember that online counseling is not appropriate for crisis situations. If you need immediate attention please call now 1-800-273-TALK (24 hours hotline). If you or anyone else might be in danger please call 911 or go to the nearest emergency room. Also, please note that this email was not written by a counselor and doesn't constitute as counseling.*

On Thu, Oct 22, 2020 at 9:25 AM PDT, Redacted wrote:

Hi Destini, I so appreciate the thoroughness of your response. I'm very familiar with confidentiality laws, I just want to be responsible when encountering fine print that looks like it goes beyond what I am used to seeing. My apologies, I have a few follow up questions - some of what you're saying sounds a little different than what is written. Information Collection, Use, and Disclosure To let us operate the Platform effectively..... information related to the Counselor Services or your need for Counselor Services, and any information which is exchanged between you and your Counselor (collectively the "Information"). "Any information exchanged" sounds like I'm granting access to the content of my sessions. What does this mean if not how I'm interpreting it? The Information may be used or disclosed to third parties for one or more of the following business or marketing purposes:

- To enable and facilitate the Counselor Services.
- To supervise, administer and monitor the service.
- To measure and improve the quality, the effectiveness and the delivery of our services.

I just want to be crystal clear that no person or computer program is "supervising, administering or monitoring" any of the specific words a counselor says to me or vice versa.

- To personalize your Website experience and to deliver content and product and service offerings relevant to your interests, including targeted offers and ads through our Websites, third-party sites, and via email or text message (with your consent, where required by law). How could a third-party site be aware of my IP address's affiliation with BetterHelp if you're not "tracking my Internet"?

By "robots", I mean any computer program that scans my correspondence for key words for research, ad-targeting, or any other purpose. "Product and service offerings relevant to your interests" - I just want to make sure any inferences about "my interests" are being made from my location, activities on your app, and intake questions (which makes me uncomfortable but not enough to not choose this service) and not from my session content. Thank you so much for your time and attention! Take Care, Redacted

On Thu, Oct 22, 2020 at 5:46 AM PDT, BetterHelp <contact@betterhelp.com> wrote:

Hi Redacted

Thank you for reaching out --- I understand your concerns with privacy, and I would be happy to clarify this information for you.

We understand that confidentiality is very important to our members, and we make it a top priority. As mentioned on our FAQ page, your information is kept **confidential and encrypted**.

In addition, **anything you tell your counselor is protected by strict federal and state laws.** The privacy policy does include your messages and sessions (your messages are not accessible to anyone else) --- and **we do not have robots**. Live sessions are not recorded, and we do not track your internet. The only time your information may be shared is if your counselor (in their **professional opinion)** believes you may be a danger to yourself, or others.

If you are still concerned with others reading your messages, we also provide an option for you to use a nickname with your counselor, and you can virtually **"shred"** any text you've shared with your counselor at any time.

I hope this information is helpful, and I will be sure to pass some of these questions along to our production team for their consideration in the future.

If you have any additional questions, please feel free to contact me directly by responding to this email. I'd be happy to help.

Warm Regards,
Destini
BetterHelp Team

IMPORTANT: Please remember that online counseling is not appropriate for crisis situations. If you need immediate attention please call now 1-800-273-TALK (24 hours hotline). If you or anyone else might be in danger please call 911 or go to the nearest emergency room. Also, please note that this email was not written by a counselor and doesn't constitute as counseling.

On Wed, Oct 21, 2020 at 4:59 AM PDT, Redacted wrote:

Hi support!

This is from the support page:
first-name : Redacted

last-name : Redacted

email : Redacted

message : Will messages to my therapist be read or accessed by anyone (including robots) other than myself or my therapist for any purpose? And why do your FAQs not spell this out explicitly one way or the other?
Are video sessions recorded?
Does "the information I choose to share with my therapist" mentioned in the privacy policy include the content of sessions or messages?
Does your service track internet activity other than visits to betterhelp sites?

support-type : I have a question about the service

# Exhibit 32

# Redacted

How would you rate my reply?
Great Okay Not Good

On Fri, Oct 9, 2020 at 1:35 PM PDT, Redacted wrote:

Farrah,

Thank you for that straight, clear, and concise answer. I do very much appreciate finally receiving one.

However, because of the effort it required to get such an answer, I have chosen to move to change platforms for the time being.

This correspondence with BetterHelp began in late August and has moved into mid-October. All because I wanted clear answers about how private my information actually was after legitimate concerns arose. I would hope going forward that these inquiries are treated with more urgency and clarity.

It is my strongly held belief that sharing any cookies or information of any kind with any company that exists to monetize it's users should be stoppped immediately. This includes Pinterest and Snapchat, two companies I only learned BetterHelp partners with through this difficult process. Barring a cessation of such activity, BetterHelp's relationships with those companies should be more clearly and openly shared with users.

Thank you.

Redacted

On Fri, Oct 9, 2020 at 1:04 PM PDT, BetterHelp <contact@betterhelp.com> wrote:

Hello Redacted

I appreciate your continued patience -- we are taking this unique concern seriously and I wanted to ensure that I provided the correct information prior to response.

To confirm, Facebook is not given information about how often a user opens the app or how messages are sent. Neither is location data sent to Facebook. Facebook also does not track back to an individual user based on any of the Pixels that fire on the BetterHelp site. Your data is safeguarded using Data Loss Prevention (DLP) and other security measures acting similar to firewall rules so that your PHI and PII is protected and not exposed.

Warm regards,
Farrah
BetterHelp Team

*IMPORTANT: Please remember that online counseling is not appropriate for crisis situations. If you need immediate attention please call now 1-800-273-TALK (24 hours hotline). If you or anyone else might be in danger please call 911 or go to the nearest emergency room. Also, please note that this email was not written by a counselor and doesn't constitute as counseling.*
On Thu, Oct 1, 2020 at 1:33 PM PDT, Redacted wrote:
Farrah,

Is Facebook given information about how often I open the app and how often I send messages and my location? This is a very direct allegation made in the article and one that every single BetterHelp representative on this thread has avoided answering.

I struggle to comprehend why, if you all believe so strongly in privacy, that it has taken so long to get straight answers. I was suspicious of BetterHelp at the beginning of this ordeal and am now convinced this is an untrustworthy company. But, you now have very sensitive information of mine and I'd like to know what was shared with Facebook.

**Redacted**

On Thu, Sep 24, 2020 at 2:32 PM PDT, BetterHelp <contact@betterhelp.com> wrote:
Hello Redacted

Thank you for your patience as I reviewed your feedback and question further with our team. To confirm, BetterHelp does not share any PHI data with any third-party entities. The article inaccurately portrays data analytics tools as a major concern for privacy and attempts to raise baseless concerns. The reality is that most, if not all, businesses with an online presence use the same or similar analytics tools as a way to improve their user experiences. These types of analytics tools do not harvest any PHI as the article leads readers to believe.

At BetterHelp, our customers and their privacy are our primary concern. We have specifically developed our policies and processes for this very purpose, and in many instances have gone above and beyond regulatory requirements to protect our customers. BetterHelp fully stands behind our philosophy and reputation of protecting customer privacy and security.

Warm regards,
Farrah
BetterHelp Team

*IMPORTANT: Please remember that online counseling is not appropriate for crisis situations. If you need immediate attention please call now 1-800-273-TALK (24 hours hotline). If you or anyone else might be in danger please call 911 or go to the nearest emergency room. Also, please note that this email was not written by a counselor and doesn't constitute as counseling.*
On Thu, Sep 17, 2020 at 1:29 PM PDT, Redacted wrote:
It's important to note that Pinterest and Snapchat are both mentioned in the article, so thus far, it looks accurate on my end as I clearly saw that Snapchat and Pinterest were being sent information about my BetterHelp use.

On Thu, Sep 17, 2020 at 1:27 PM PDT, Redacted wrote:

Try again. I immediately got the pop up message: You Must Have Cookies Enabled to Use BetterHelp. I saw that cookies were sent to both Snapchat and Pinterest. Why would you send them information about my counseling? I seriously feel as if I am being misled at this point. But, rather than leave, I want to know what it going on since you now have very private information of mine.

I really do not understand what the trouble is in responding to the article. When you write "it sounds like you're referring to" it tells me you don't want to read and confront the details outlined. This is a privacy question that a client (me) has and your organization continues to tell me that privacy is priotized. Why is it so difficult to get a straight answer to this question? Again, I feel as though I am being intentionally misled. Why is it so hard for a clear, straight answer: the article is wrong OR the article is accurate? For the third time, here is the link: https://jezebel.com/the-spooky-loosely-regulated-world-of-online-therapy-1841791137 and here is a damning excerpt:

**"Facebook, for instance, is alerted every time a person opens the app, essentially signaling to the social media company how often we were going to a "session" and when we booked our appointments. (To confirm Facebook's retention of this information, we downloaded personal data from Facebook and identified the associated records from Better Help.) During a session with a therapist, we found that metadata from every message, though not its contents, was also sent to the social media company, meaning that Facebook knew what time of day we were going to therapy, our approximate location, and how long we were chatting on the app. When we asked about this directly, Better Help declined to elaborate on why a social media company needed to know quite so much about when and how we were asking for help- details that were connected to our Facebook profiles, and thus our identities, a process the social media company uses to sell targeted ads but which feels somewhat less nefarious when it's done to approximate shoe size rather than figure out how much distress a person is in."**

I am a client looking for privacy answers from a company that claims to take this seriously. Yet, weeks later, I am still unable to get a clear answer to a clear question. So how am to believe that this is all HIPAA compliant when you can't answer my questions?

Redacted

On Tue, Sep 15, 2020 at 4:05 PM PDT, BetterHelp <contact@betterhelp.com> wrote:

Hi Redacted

It sounds like you're referring to the use of *cookies and web beacons* that are collected by our site unless you **opt out of those being collected**, which you can easily do in your browser. As per our privacy policy, we use cookies and web beacons to **enable the technical operation of the Platform**, to administer your log-in to your account and to **collect the Log Data**. You can change your browser's settings so it will stop accepting cookies or to prompt you before accepting a cookie. *In some cases*, if you do not accept cookies you may not be able to use the Platform.

The Platform may also include the use of cookies and web beacons of services *owned or provided by third parties* that are not covered by our Privacy Policy and we do not have access or control over these cookies and web beacons. We may also use third party cookies for the purposes of web analytics, attribution and error management. I'm afraid I have no way to speak

to how "easy" or "difficult" it would be for these companies to piece together any information gathered by these beacons, but I can tell you that all the information you share with us is heavily encrypted and never sold or rented for any reason. It's 100% confidential and all communication is HIPAA-compliant.

Your nickname and year of birth cannot be changed on your end, but should be able to adjust this on mine. Our product team is working on an update that would allow users to change their username one time in the future, to make this easier. The reason it's not currently allowed is to prevent confusion on behalf of the counselors who work hard to monitor the progress of all their clients/members.

Let me know what you'd like me to change your name and birth year to and I'm happy to get that done.

If you're no longer interested in using our platform due to the nature of our privacy policy, I completely understand and can assist you with deactivating the account entirely.

Warm regards,
Aaron
BetterHelp Team

*IMPORTANT: Please remember that online counseling is not appropriate for crisis situations. If you need immediate attention please call now 1-800-273-TALK (24 hours hotline). If you or anyone else might be in danger please call 911 or go to the nearest emergency room. Also, please note that this email was not written by a counselor and doesn't constitute as counseling.*

On Fri, Sep 11, 2020 at 11:12 AM PDT, Redacted wrote:

Also, I am unable to change my "nickname" on your platform. Same with my age. How many more emails will this take? I want to change this information immediately.

On Fri, Sep 11, 2020 at 10:56 AM PDT, Redacted wrote:

Again, I'll provide you the link:

https://jezebel.com/the-spooky-loosely-regulated-world-of-online-therapy-1841791137

On Fri, Sep 11, 2020 at 10:53 AM PDT, Redacted wrote:

Finally, an attempt at a solution. I'll be editing that information and seeking outside confirmation that this was not somehow a HIPAA violation. Unreal that this took over two weeks.

Now, about my data. You are attempting to portray BetterHelp as never selling my information but won't actually deny the details of the article. You only refer to "your information" or "information you shared" but the article clearly states what data you do share. It's the anonymized time and length and regularity and mode of my appointments. As the article states, it's not hard for these companies to piece together identities from this. Do you deny that Better Help sells this information to Facebook? I would like a clear answer before I proceed with BetterHelp. Especially after all of this irresponsibility.

On Fri, Sep 11, 2020 at 9:53 AM PDT, BetterHelp <contact@betterhelp.com> wrote:

Hi Redacted

I'm sorry again for the long delay in response before, as this situation was only escalated to me yesterday. Our management team has reviewed this thread with Anthony (the previous representative you were working with) for quality assurance, as we can certainly understand your disappointment surrounding the poor quality of service you received.

**You can absolutely update this information** by simply scrolling all the way to the top of your message exchanges, and up to the top of your questionnaire responses (on a desktop). You'll find a green "**Update**" icon or hyperlink in the top-right corner you can click on to update any portion of the questionnaire you'd like. I've included a screenshot to show you what it should look like at the top of your questionnaire.

Yes, I can confirm that BetterHelp **will never sell or rent any information you shared on the platform** to third-parties.

Please let me know if you have any further questions.

Warm regards,
Aaron
BetterHelp Team

*IMPORTANT: Please remember that online counseling is not appropriate for crisis situations. If you need immediate attention please call now 1-800-273-TALK (24 hours hotline). If you or anyone else might be in danger please call 911 or go to the nearest emergency room. Also, please note that this email was not written by a counselor and doesn't constitute as counseling.*

On Thu, Sep 10, 2020 at 4:47 PM PDT, **Redacted** wrote:

> The last response took 8 days and this has been an ongoing problem for over two weeks. This should be considered an absolute failure on y'all's part.
>
> On Thu, Sep 10, 2020 at 4:38 PM PDT, **Redacted** wrote:
>
>> And how am I supposed to control this information now? I have no option to edit it. So if you are going to be so unapologetic about choosing who gets this information, I'd like to change it. How does any of this seem like the type of experience a person seeking counseling would appreciate? Seriously, answer that. How does Any of this seem helpful to people working up the courage to seek therapy?
>>
>> And if you don't sell info to Facebook, why is Jezebel reporting that you do? Can you clearly and without qualifiers deny that you sell the information that article says you? Or will you now try to make some petty distinction between "your information" and the details of my sessions the article outlines? Here's the link:
>>
>> https://jezebel.com/the-spooky-loosely-regulated-world-of-online-therapy-1841791137
>>
>> I seriously can't fathom how any of you find Any of this acceptable. What a headache.
>>
>> **Redacted**
>>
>> On Thu, Sep 10, 2020 at 4:27 PM PDT, BetterHelp <contact@betterhelp.com> wrote:

Hi Redacted

We sincerely appreciate your patience throughout this process, and I can certainly understand where you're coming from regarding your concerns about having your signup information shared with a professional counselor that you did not get to select directly. Before going on to address more of your *specific questions*, I'd like to share that our platform is 100% HIPAA-compliant, and any/all personal information that is shared with your counselor is **completely confidential between you and them**. Additionally, **we do not sell any of your information to Facebook** or other third parties.

On our landing page, you can scroll down a bit to learn the basics about the matching and communication processes. A little further down, there's a small FAQ section where you can get *even more details about this*. The "*Who will be helping me?*" section begins with "*After you sign up, we will match you to an available counselor who fits your objectives...*". If you click into "More frequently asked questions" you'll find many more. Two of those being "*How is my privacy protected?*" and "*Can I stay anonymous?*" which go into detail about how we **do not require you to use any personal information** (even your real name) when you create your account. **You can also select any day or year of birth you'd like**. This can help you ensure that *were you to be assigned a counselor you happened to know personally or have other concerns about your personal information being exposed to someone that you didn't trust*, it shouldn't be traceable back to you.

Furthermore, when you click "*Get Started*" to begin the intake questionnaire, at the top of the page it states "*Please fill out this short questionnaire to provide some general and anonymous background about you and the issues you'd like to deal with in online therapy. It would help us match you with the most suitable therapist for you. Your answers will also give this counselor a good starting point in getting to know you.*" I can perhaps see why this may have still been confusing if you were still expecting to get to **choose your counselor** before the information is shared, so please know that we've discussed this internally and have provided feedback to our product team. They will consider updating the language to make this more clear.

Regarding matching you with a local counselors, this is based on state regulations put in place by each individual state licensing board. **Counselors are generally only able to work with a client that resides in their state(s) of licensure**. That said, many counselors are licensed in multiple states, so although any counselor you'd be paired with in our network **will be licensed in Texas**, they won't necessarily always **live in Texas**.

Please let me know if you have any further questions.

Warm regards,
Aaron
BetterHelp Team

*IMPORTANT: Please remember that online counseling is not appropriate for crisis situations. If you need immediate attention please call now 1-800-273-TALK (24 hours hotline). If you or anyone else might be in danger please call 911 or go to the nearest emergency room. Also, please note that this email was not written by a counselor and doesn't constitute as counseling.*

On Fri, Sep 4, 2020 at 11:59 AM PDT, Redacted wrote:

Hi support!

This is from the support page:
first-name : Redacted

last-name : Redacted

email : Redacted

message : My private information was shared with a counselor not of my choosing and without my permission. I demand to know why this is not covered by HIPAA. I have been seeking this answer for over a week and have received only poorly written and incompetent responses. This gross violation of privacy goes against any professional counseling ethics. Further, I learned that you sell yet more private information to Facebook. This is disgusting. This information makes clients easily identifiable and your platform takes 100% control of its dissemination. I have no ability to decide where that information is sent. Only you do. This seems like a violation of HIPAA and I demand to know what you plan to do about this.

support-type :

# Exhibit 34

**From:** Sharon Cohen@Slack
**Sent:** Tuesday, November 19, 2019 2:25 PM
**To:** DP9Q4DPQB <DP9Q4DPQB@Slack>
**Subject:** 2019-11-19 19:25:15 UTC: Sharon Cohen@Slack -> [DP9Q4DPQB@Slack]

---

the official answer is that we have BAA with Amazon Web Services, and the google tag manager and Facebook Pixel donâ€™t collect/sending any PII or PHI. Facebook doenst offer BAA, and Google does offer but its on roadmap for 2020

# Exhibit 36

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 9 | Date Range: 1/20/2021 |

### Outline of Conversations

**D0123851D9P** • 9 messages on 1/20/2021 • Unnamed Participant [P111] • rushabh.gandhi@betterhelp.com • yuhan.chen@betterhelp.com

**Messages in chronological order** (times are shown in GMT -08:00)

**D0123851D9P**

RG **rushabh.gandhi@betterhelp.com** ◀ 1/20/2021, 5:57 PM



*Image: 07ed703a439b4032914e7458898ef296.png (11 KB)*

RG **rushabh.gandhi@betterhelp.com** ◀ 1/20/2021, 5:57 PM

rushabh 01/21/2021 01:57:19 AM UTCI think the language can be stronger on https://betterhelp.atlassian.net/browse/BH-974, also you can try more than one variantrushabh has uploaded one or more multimedia objects.

RG **rushabh.gandhi@betterhelp.com** ◀ 1/20/2021, 6:00 PM



*Image: d00c91bb96df42dd8bedfa8a46bfd2e1.png (11 KB)*

RG **rushabh.gandhi@betterhelp.com** ◀ 1/20/2021, 6:00 PM

rushabh 01/21/2021 02:00:41 AM UTCmy feeling is that they care more about security and compliance (clients care more about privacy). GDPR and CCPA isn't really something they need to worry about but you could try another variant with that. "Secure and compliant" Xbit encrypted and HIPAA compliant. We provide BAAs.

RG **rushabh.gandhi@betterhelp.com** ◀ 1/20/2021, 6:03 PM



*Image: c098f1c80c47428a8a0b53bd0873da43.png (11 KB)*

RG **rushabh.gandhi@betterhelp.com** ◀ 1/20/2021, 6:03 PM

rushabh 01/21/2021 02:03:42 AM UTCYou can also play with the main headline too: "Online, secure and all-in-one private practice"

RG **rushabh.gandhi@betterhelp.com** ◀ 1/20/2021, 6:05 PM




*Image: Screen Shot 2021-01-20 at 6.05.27 PM.png (33 KB)*

RG **rushabh.gandhi@betterhelp.com** ◀ 1/20/2021, 6:05 PM



*Image: f463ea4a98ec4b73bf2581467b15f528.png (11 KB)*

RG **rushabh.gandhi@betterhelp.com** ◀ 1/20/2021, 6:05 PM

rushabh 01/21/2021 02:05:59 AM UTCalso small thing but the number of exclamation marks stands out to me
https://files.slack.com/files-pri/T03K5BM9K-F01L29CRLL8/download/screen_shot_2021-01-20_at_6.05.27_pm.png?t=xoxe-3651395325-6108989154676-6108989246436-dbc87a0f433a4f15671b80e8b4b7c914

# Exhibit 43

ADBRAIN

About Methodology Use Cases Contact

# Data & Privacy Acknowledgement

Last updated: 16th May 2017

Company represents, warrants and covenants (or, as applicable, has obtained the representation, warranty and agreement of any third party service client, provider, exchange or network with which or for which it works ("Data Provider(s)") in respect of the Input Data being collected by or provided to Adbrain and the provision of any Adbrain Solutions under any Order Form(s):

- Company (or such Data Provider(s)) operates all aspects of its business, including in relation to collection, provision and use of any Input Data provided to Adbrain hereunder, in full compliance with all applicable Privacy Regulations (as defined below) and other applicable Laws (as defined below).

- None of Input Data infringes or violates any copyright, patent, trademark or other intellectual property rights, or any other rights of any person including rights of privacy and publicity.

- No portion of the Input Data is collected in connection with (a) interactions on any site, application, advertisement or service directed towards children under 13 years old. (b) distributing advertising campaigns directed at children aged under 13 years old, or (c) targeting, tracking, monitoring or otherwise collecting information about children aged under 13 years old, irrespective of Company's belief or opinion that it is in compliance with the United States Children's Online Privacy Protection Act ("COPPA") and/or any similar applicable Laws.

- In Company's and/or Data Providers' interactions with its and/or their end users where Input Data is collected, Company and/or Data Providers, as applicable, have obtained and will obtain each end user's informed consent to provide Input Data to be used for the purposes contemplated hereunder and such consent is obtained in accordance with applicable Laws and best industry practices (including supporting or upholding opt-outs and opt-out methods). In the case of Input Data that includes geographic location data, Company (or Data Providers)

shall (i) obtain "opt-in" authorization from its users for the use of such Input Data and (ii) shall include in its online privacy policy specific disclosure of its sharing of such Input Data. Additionally, if said location data is obtained through the use of an application on a mobile-device, disclosure regarding such use and sharing shall be made in the application's description shown in iTunes or the Google Play Store, as applicable.

• Each of Company and/or Data Provider(s) maintains, and fully complies with, a privacy policy, prominently linked or displayed wherever Input Data is being collected, disclosing and describing accurately the manner and mode of the collection (including the fact that data may bo collected across devices), provision and usages of Input Data including to perform advertising and marketing optimization and analytics including through third parties such as Adbrain to identify and target users across device platforms. Such disclosure shall include, without limitation:

- the fact that Company or Data Provider may share PII (as defined below) in a hashed or obfuscated form;
- the fact that through such sharing may be combined with data collected across devices, and through the use of anonymous behavioral data may be associated with the users' browsers or devices (in a non-personally identifiable manner);
- the fact that such data may be used for the purpose of serving users advertisements selected based on particular users' presumed interests;
- if applicable, a statement that such data may be used to present advertisements in third-party applications or other platforms (i.e., "cross-device and cross-app advertising"); and
- a conspicuous link to an industry opt-out mechanism such as the NAI opt out page at http://www.networkadvertising.org/choices/ or the DAA's opt-out page at http://www.aboutads.info/choices/.

- The term "Laws" means (a) any and all applicable federal, state or local laws, (b) guidance, ordinances, and self-regulatory principles, including any guidance or regulations promulgated by the Digital Advertising Alliance (or "DAA") and the European Digital Advertising Alliance (EDAA) as geographically applicable, (c) any and all Privacy Regulations of any applicable jurisdiction(s), in all cases, including any the UK Data Protection Act 1998 and any other applicable data protection and other Privacy Regulations of the United States, United Kingdom or other country, data protection legislation, directives and/or orders, decisions, or holdings of any tribunal, agency or other governmental authority that are

likely to be enacted, adopted or upheld, and (d) the United States Children's Online Privacy Protection Act (or COPPA) and/or any similar applicable laws, regulations and/or rules. The term "Privacy Regulations" means the privacy laws and regulations of any applicable jurisdiction, including but not limited to any and all applicable federal, state or local United States and United Kingdom data protection and privacy laws, rules, regulations, guidance, ordinances, and self-regulatory principles, including any principles guidance or regulations promulgated by the Digital Advertising Alliance, the Interactive Advertising Bureau and the European Advertising Standards Alliance Best Practise Recommendations for Online Behavioural Advertising, any or all as may be applicable. The term "Personally Identifiable Information" or "PII" means any information used or intended to be or capable of being used to identify a particular individual including name, address, telephone number, email address, financial account number, and government-issued identifier, or as set out in the applicable data protection or privacy laws and regulations of any applicable jurisdiction, including any applicable Privacy Regulations. Notwithstanding any Privacy Regulations or otherwise, the parties acknowledge that PII does not include either (x) Internet Protocol (IP) addresses or (y) any identifier used to anonymize or pseudo-anonymize any device or individual even if derived from PII.

- Adbrain or an audit firm appointed by Adbrain ("Auditors") shall have the right to audit Company and Company's clients and/or service providers (and its and their affiliates as applicable) that utilize or provide a service based upon, or otherwise process, transport or store, Input Data and/or Adbrain Output. Adbrain will announce their intent to audit Company by providing at a minimum 10 business days' notice to Company. This notice will go to Company that this contract is executed with. A scope document along with a request for deliverables will be provided at the time of notification of an audit. If the documentation requested cannot be removed from Company's premises, Company will allow the Auditors access to their site. Company will provide a private accommodation on site for data analysis and meetings; the accommodation will allow for a reasonable workspace, with appropriate lighting, electrical, a printer and Internet connectivity. Company will make necessary employees or contractors available for interviews in person or on the phone during the time frame of the audit. Audits will be at Adbrain's sole expense, except where the audit reveals material noncompliance with contract specifications, in which case the cost will be borne by Company.