LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
JEFFREY HAMMER (SBN 264232)
jhammer@kslaw.com
CRAIG H. BESSENGER (SBN 245787)
cbessenger@kslaw.com
JAMES A. UNGER (SBN 325115)
junger@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: +1 (213) 443-4355
Facsimile: +1 (213) 443-4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To:<br><br>All Cases/ | Case No. 3:23-cv-01033-RS<br><br>**DECLARATION OF SARA BROOKS IN SUPPORT OF BETTERHELP'S RULE 79-5(F)(3) STATEMENT**<br><br>Courtroom: 3 – 17th Floor<br>Judge: Hon. Richard J. Seeborg |

I, Sara Brooks, declare that:

1. I am Chief Growth Officer at BetterHelp, Inc. ("BetterHelp") and am responsible for brand management, marketing, and client and therapist acquisition. I submit this declaration in support of BetterHelp's Statement Pursuant to Local Rule 79-5(f)(3) in Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. BetterHelp is an online counseling platform that offers access to licensed mental health professionals. BetterHelp matches users with professional counseling and facilitates counseling by through virtual (rather than in-person) interactions, e.g., by direct messaging, live chat sessions, phone calls, and video conferencing.

3. The competition among companies that provide online counseling platforms is extremely high, especially as potential users have become more comfortable with online therapy. BetterHelp's product design, technical configuration, and business and marketing strategies, are highly confidential. Disclosure of this information would allow competitors to gain valuable insights into how BetterHelp designs and configures its products; how it allocates its resources; the manner in which BetterHelp partners with third parties to develop its business and market to potential users; how BetterHelp operates its business; and BetterHelp's financial health; among other insights. Disclosure of this information would further allow competitors to leverage this information at BetterHelp's expense and to gain a competitive advantage.

4. As set forth below, the documents that BetterHelp seeks to seal contain highly technical, confidential, proprietary, and competitively sensitive information:

5. **Responses to the FTC (ECF No. 169-4, Exs. 1-3, 6, 11, 17-20, 23-26, 39)**. In 2020 and 2021, the FTC conducted an investigation in connection with BetterHelp's use of tracking technologies. In connection with the investigation, BetterHelp provided highly confidential testimony (Exs. 18-19, 23, 25), answers to written questions (Exs. 1[1]-3, 11, 20, 26, 29), and

[1] Ex. 1 is excerpted deposition testimony that attaches BetterHelp's written answers as a deposition exhibit.

extensive Excel spreadsheets detailing its website configuration and marketing strategies and campaigns (Exs. 6, 17, 24). BetterHelp seeks to seal the Excel files in their entirety and redacted portions of this testimony[2] and written answers, which reflect confidential information regarding how the BetterHelp platform is designed and configured, BetterHelp's business and marketing strategies, and BetterHelp's strategic relationships with third parties.

6. **Deposition Excerpts (Exs. 1, 5, 38, 42)**. BetterHelp seeks to seal limited portions of the deposition testimony of current and former BetterHelp employees regarding how the BetterHelp platform is designed and configured, BetterHelp's business and marketing strategies, and BetterHelp's strategic relationships with third parties.

7. **Internal Presentation (Ex. 16)**. BetterHelp seeks to withhold Exhibit 16 in its entirety. Exhibit 16 is a highly confidential internal presentation document that contains detailed information regarding key internal business metrics (e.g., client growth, refund rates, monthly acquisitions, granular profit figures), business strategies (e.g., the use of promotions), counseling quality and delivery, platform quality, privacy issues, and technical design.

8. **Communications with Business Partners (Exs. 9-10, 12-14, 22, 27-28, 25, 37, 40)**. BetterHelp seeks to seal Exhibits 9-10 and 40 in their entirety and limited portions of other communications with third party business partners (Exs. 12-14, 22, 27-28, 25, 37) that disclose BetterHelp's business strategies and marketing strategies, and information about how BetterHelp's platform is designed and configured.

9. **Third Party Agreements (Exs. 8, 33)**. BetterHelp seeks to seal Exhibits 8 and 33 in their entirety. Exhibit 8 is a confidential letter of intent that specifically states that its existence and terms are confidential. Exhibit 33 is a proprietary and confidential form agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of May, 2025, in New York, New York.

/s/ Sara Brooks
SARA BROOKS

[2] BetterHelp is requesting that the entirety of the transcript of Jessica Honbarger be kept under seal, given that Plaintiffs unnecessarily attached the entire deposition transcript twice. Exs. 23, 25.