UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE BETTERHELP, INC. DATA DISCLOSURE CASES

Case No. 23-cv-01033-RS

**ORDER DENYING REQUEST FOR CASE MANAGEMENT CONFERENCE TO ADDRESS DISCOVERY**

Defendant requests a case management conference be scheduled to "provide guidance to the parties regarding the case schedule and specifically as to fact discovery while Plaintiffs' motion for class certification is being briefed and decided." It is not this court's practice to bifurcate class and merits discovery, and no such bifurcation has been entered here. Under the referral of all discovery disputes, however, Judge Ryu has full authority to grant or deny, as may appear appropriate, any request to pause or postpone pending or further discovery during class certification proceedings or for other reasons and/or at other times during the pendency of this litigation. The request to schedule a case management conference is denied.

Dated: June 4, 2025

_____
RICHARD SEEBORG
Chief United States District Judge