LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
*jhammer@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
*cbessenger@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: +1 (213) 443-4355
Facsimile: +1 (213) 443-4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

C.M., on behalf of herself and all others similarly situated,

Plaintiff,

v.

BETTERHELP, INC.,

Defendant.

Case No. 3:23-cv-01033-RS

**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE, HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Current Schedule
Opposition Due: July 3, 2025
Reply Due: July 31, 2025
Hearing: August 28, 2025

Proposed Stipulated Schedule
Opposition Due: July 21, 2025
Reply Due: September 2, 2025
Hearing: September 25, 2025

Hon. Richard Seeborg

WHEREAS, on May 8, 2025, Plaintiffs (collectively with BetterHelp, Inc. ("BetterHelp") and, collectively with Plaintiffs, the "Parties") filed a Motion for Class Certification ("Motion");

WHEREAS, one of the lead counsel for BetterHelp had an unexpected and unmovable personal conflict arise with the current August 28, 2025 hearing date on Plaintiffs' Motion;

WHEREAS, Plaintiffs' Motion included two expert declarations and the parties are accordingly conducting expert discovery, and are also meeting and conferring in attempt to resolve various other discovery issues;

WHEREAS, between now and the proposed hearing date, counsel have various obligations and have negotiated a schedule that provides both sides approximately two additional weeks for briefing on the Motion;

WHEREAS, good cause exists for approving this Stipulation and there has been one previous continuance granted by the Court, at Plaintiffs' request, on the schedule for this motion;

WHEREAS, the Parties request no other modifications of the existing case schedule;

The Parties hereby stipulate pursuant to Local Rule 6-2 to the Court entering an order modifying the time for briefing and argument on the Motion as follows:

- BetterHelp's opposition to Plaintiffs' Motion will be due on or before July 21, 2025.
- Plaintiffs' reply in support of their Motion will be due on or before September 2, 2025;
- The hearing on Plaintiffs' motion will be set for ~~September 25, 2025~~ October 2, 2025 or a date convenient for the Court thereafter.

IT IS SO STIPULATED.

*(signatures on following page)*

Dated: June 25, 2025

Respectfully submitted,

*/s/ James A. Unger*

Livia M. Kiser (SBN 285411)
lkiser@kslaw.com
Jeffrey Hammer (SBN 264232)
jhammer@kslaw.com
Craig H. Bessenger (SBN 245787)
cbessenger@kslaw.com
James A. Unger (SBN 325115)
junger@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

*Attorneys for Defendant*
*BETTERHELP, INC.*

Dated: June 25, 2025

*/s/ Gary M. Klinger*

Gary. M. Klinger (pro hac vice)
gklinger@milberg.com
gabramson@milberg.com
ahoneycutt@milberg.com
rnelson@milberg.com
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878

*Plaintiffs' Co-Lead Interim Class Counsel*

Dated: June 25, 2025

*/s/ Christina Tusan*

Christina Tusan (SBN 192203)
ctusan@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
Telephone: (310) 601-6766
Facsimile: (310) 295-2385

*Plaintiffs' Co-Lead Interim Class Counsel*

Dated: June 25, 2025

*/s/ Maureen M. Brady*
Maureen M. Brady
mbrady@mcshanebradylaw.com
McSHANE AND BRADY LLC
1656 Washington, Suite 140
Kansas City, MO 64108
Telephone: (816) 888-8010

*Plaintiffs' Co-Lead Interim Class Counsel*

Dated: June 25, 2025

*/s/ Alan M. Mansfield*
Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400
San Diego, CA 92127
Telephone: (619) 308-5034
Facsimile: (888) 341-5048

*Plaintiffs' Liaison Counsel*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

*/s/ James A. Unger*
James A. Unger

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, it is so ordered AS MODIFIED.

DATED: June 25, 2025

HON. RICHARD SEEBORG
United States District Judge