LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
JEFFREY HAMMER (SBN 264232)
jhammer@kslaw.com
CRAIG H. BESSENGER (SBN 245787)
cbessenger@kslaw.com
JAMES A. UNGER (SBN 325115)
junger@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:   +1 (213) 443-4355
Facsimile:   +1 (213) 443-4310

Attorneys for Defendant
BETTERHELP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M., on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BETTERHELP, INC.,<br><br>Defendant. | Case No. 3:23-cv-01033-RS<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE, HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br><u>Current Schedule</u><br>Opposition Due:  July 21, 2025<br>Reply Due:           September 2, 2025<br>Hearing:               October 2, 2025<br><br>Hon. Richard Seeborg |

|   |   |
|---|---|
| 1 | WHEREAS, on May 8, 2025, Plaintiffs (collectively with BetterHelp, Inc. ("BetterHelp") |
| 2 | and, collectively with Plaintiffs, the "Parties") filed a Motion for Class Certification ("Motion"); |
| 3 | WHEREAS, on June 25, 2025, the Court granted the Parties' stipulated request to extend |
| 4 | the briefing schedule (ECF No. 191) making responses to Plaintiffs' motion due by July 21, 2025; |
| 5 | replies due by September 2, 2025; and the hearing set for October 2, 2025; |
| 6 | WHEREAS, Plaintiffs had made one previous request to continue the briefing schedule |
| 7 | through an administrative motion, which BetterHelp opposed, and the Court granted with |
| 8 | modifications (ECF No. 147); |
| 9 | WHEREAS, Plaintiffs' Motion appended the expert report containing the opinions of |
| 10 | Professor Zubair Shafiq; |
| 11 | WHEREAS, on June 10, 2025, BetterHelp completed its production of source code |
| 12 | following a contested discovery motion regarding the code; |
| 13 | WHEREAS, on June 13, 2025, BetterHelp took the deposition of Professor Shafiq and |
| 14 | BetterHelp left the deposition open over Plaintiffs' objection; |
| 15 | WHEREAS, on July 15, 2025, Plaintiffs' counsel contacted BetterHelp to request that |
| 16 | BetterHelp stipulate to Professor Shafiq submitting a supplemental declaration addressing the |
| 17 | source code BetterHelp produced after Prof. Shafiq's initial report (the "Supplemental |
| 18 | Declaration"); |
| 19 | WHEREAS, Plaintiffs' counsel further proposed modifications to the current briefing |
| 20 | schedule to permit BetterHelp to depose Prof. Shafiq on the Supplemental Declaration prior to |
| 21 | BetterHelp submitting its opposition to the Motion; |
| 22 | WHEREAS, the Parties wish to avoid burdening the Court with piecemeal briefing and |
| 23 | additional administrative motion practice regarding briefing schedules; |
| 24 | WHEREAS, the Parties are diligently negotiating a schedule that would allow for Prof. |
| 25 | Shafiq to submit his supplemental declaration and BetterHelp to depose him concerning that |
| 26 | declaration prior to BetterHelp submitting its response to Plaintiffs' Motion; |
| 27 | WHEREAS, to ensure that schedule is adequate and the Parties do not need to request any |
| 28 | further modifications of the schedule, and BetterHelp's response is otherwise due on Monday, July |

21 under the current schedule;

WHEREAS, there are certain variables the Parties are still conferring over that would influence the timing of Prof. Shafiq's final opinion, but anticipate being able to reach a final agreement shortly;

WHEREAS, the Parties wish to avoid burdening the Court with additional motion practice and piecemeal briefing;

WHEREAS, the Parties plan to submit a final proposed briefing schedule as soon as possible;

The Parties hereby stipulate pursuant to Local Rule 6-2 to the Court entering an order modifying the time for briefing and argument on the Motion as follows, subject to the approval of the Court:

- Staying briefing on the pending Motion (ECF No. 170);
- Requiring submission to the Court, no later than August 7, 2025, either (i) a stipulation and proposed order regarding future briefing and hearing schedules, or in the unanticipated event the parties are unable to reach an agreement, (ii) an administrative motion addressing a modified briefing and hearing schedule.

IT IS SO STIPULATED.

Dated: July 18, 2025

Respectfully submitted,

*/s/ James A. Unger*
Livia M. Kiser (SBN 285411)
lkiser@kslaw.com
Jeffrey Hammer (SBN 264232)
jhammer@kslaw.com
Craig H. Bessenger (SBN 245787)
cbessenger@kslaw.com
James A. Unger (SBN 325115)
junger@kslaw.com
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

|   |   |   |
|---|---|---|
| 1 |  | *Attorneys for Defendant* |
| 2 |  | *BETTERHELP, INC.* |
| 3 | Dated: July 18, 2025 | */s/ Gary M. Klinger* |
|   |  | Gary. M. Klinger (pro hac vice) |
| 4 |  | gklinger@milberg.com |
|   |  | wedelman@miblberg.com |
| 5 |  | ahoneycutt@milberg.com |
|   |  | rnelson@milberg.com |
| 6 |  | MILBERG COLEMAN BRYSON PHILLIPS |
|   |  | GROSSMAN, PLLC |
| 7 |  | 227 W. Monroe Street, Suite 2100 |
|   |  | Chicago, Illinois 60606 |
| 8 |  | Telephone: (866) 252-0878 |
| 9 |  | *Plaintiffs' Co-Lead Interim Class Counsel* |
| 10 | Dated: July 18, 2025 | */s/ Christina Tusan* |
|   |  | Christina Tusan (SBN 192203) |
| 11 |  | ctusan@hammondlawpc.com |
|   |  | HAMMONDLAW, P.C. |
| 12 |  | 1201 Pacific Ave, Suite 600 |
|   |  | Tacoma, WA 98402 |
| 13 |  | Telephone: (310) 601-6766 |
|   |  | Facsimile: (310) 295-2385 |
| 14 |  |  |
| 15 |  | *Plaintiffs' Co-Lead Interim Class Counsel* |
| 16 | Dated: July 18, 2025 | */s/ Maureen M. Brady* |
|   |  | Maureen M. Brady |
| 17 |  | mbrady@mcshanebradylaw.com |
|   |  | McSHANE AND BRADY LLC |
| 18 |  | 1656 Washington |
|   |  | Suite 140 |
| 19 |  | Kansas City, MO 64108 |
|   |  | Telephone: (816) 888-8010 |
| 20 |  | *Plaintiffs' Co-Lead Interim Class Counsel* |
| 21 |  |  |
| 22 | Dated: July 18, 2025 | */s/ Alan M. Mansfield* |
|   |  | Alan M. Mansfield (SBN: 125998) |
| 23 |  | amansfield@whatleykallas.com |
|   |  | WHATLEY KALLAS LLP |
| 24 |  | 1 Sansome Street, 35th Floor |
|   |  | PMB #131 |
| 25 |  | San Francisco, CA 94104 / |
|   |  | 16870 West Bernardo Drive, Ste 400 |
| 26 |  | San Diego, CA 92127 |
|   |  | Telephone: (619) 308-5034 |
| 27 |  | Facsimile: (888) 341-5048 |
| 28 |  | *Plaintiffs' Liaison Counsel* |

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

                                        */s/ James A. Unger*
                                        James A. Unger

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 18, 2025

HON. RICHARD SEEBORG
United States District Judge