LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
JEFFREY HAMMER (SBN 264232)
jhammer@kslaw.com
CRAIG H. BESSENGER (SBN 245787)
cbessenger@kslaw.com
JAMES A. UNGER (SBN 325115)
junger@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone:    +1 (213) 443-4355
Facsimile:    +1 (213) 443-4310

Attorneys for Defendant
BETTERHELP, INC.

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C.M., on behalf of herself and all others similarly situated, etc. et al.<br><br>Plaintiffs,<br><br>v.<br><br>BETTERHELP, INC. and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 3:23-cv-01033-RS<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE, HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Current Schedule<br>Stayed per ECF No. 197<br><br>Previously:<br>Opposition Due:  July 21, 2025<br>Reply Due:         September 2, 2025<br>Hearing:            October 2, 2025<br><br>Proposed Stipulated Schedule<br>Opposition Due:  September 15, 2025<br>Reply Due:         October 16, 2025<br>Hearing:            November 13, 2025<br><br>Hon. Richard Seeborg |

1       WHEREAS, on May 8, 2025, Plaintiffs filed a Motion for Class Certification ("Motion");

2       WHEREAS, on June 25, 2025, the Court granted Plaintiffs' and BetterHelp, Inc.'s ("BetterHelp") (collectively with Plaintiffs, the "Parties") stipulated request to extend the briefing schedule on the Motion (ECF No. 191), making BetterHelp's response to Plaintiffs' Motion due by July 21, 2025; replies due by September 2, 2025; and the hearing set for October 2, 2025;

      WHEREAS, Plaintiffs had made one previous request to continue the briefing schedule through an administrative motion, which the Court granted with modifications (ECF No. 147);

      WHEREAS, Plaintiffs' Motion included an expert report containing the opinions of Professor Zubair Shafiq ("Initial Report");

      WHEREAS, on June 13, 2025, BetterHelp took the deposition of Professor Shafiq concerning the opinions contained in the Initial Report;

      WHEREAS, on July 15, 2025, Plaintiffs' counsel contacted BetterHelp to request that BetterHelp stipulate to Professor Shafiq submitting a supplemental declaration addressing information provided in certain source code information BetterHelp produced after Prof. Shafiq served his Initial Report (the "Supplemental Declaration");

      WHEREAS, Plaintiffs' counsel proposed the Parties agree to modifications to the current briefing schedule on the Motion and offered to permit BetterHelp to depose Prof. Shafiq beyond the original 7-hour deposition period for the limited purposes of the Supplemental Declaration prior to BetterHelp submitting its opposition to the Motion in exchange for BetterHelp not seeking to strike the Supplemental Declaration as untimely or otherwise improper;

      WHEREAS, the Parties wish to avoid burdening the Court with piecemeal briefing and additional administrative motion practice regarding the above issues;

      WHEREAS, the Parties stipulated to stay the briefing schedule on the Motion, pending submission of a proposed revised stipulated schedule to be submitted on or before August 7, 2025, and the Court so ordered (ECF No. 197);

      WHEREAS, the Parties believe good cause exists for approving this Stipulation as set forth above;

1    The Parties hereby stipulate pursuant to Local Rule 6-2 to the Court entering an order
2 permitting the filing of the Supplemental Declaration and the taking of the further deposition of
3 Prof. Shafiq in accordance with the below provisions and modifying the time for briefing and
4 argument on the Motion as follows, subject to the approval of the Court:

- Plaintiffs will promptly file and serve the Supplemental Declaration in support of the Motion upon the Court issuing an Order granting this Stipulation;
- BetterHelp will be permitted to depose Prof. Shafiq for an additional period of time of no more than 120 minutes on the record, with the deposition to occur by no later than September 5, 2025, on a date, method and location mutually agreeable to the Parties;
- BetterHelp's opposition to Plaintiffs' Motion will be due on or before September 15, 2025;
- Plaintiffs' reply in support of their Motion shall be due on or before October 16, 2025;
- The hearing on Plaintiffs' Motion will be re-set for November 13, 2025, or a subsequent date available to the Court.

IT IS SO STIPULATED.

Dated:  August 7, 2025

Respectfully submitted,

*/s/ Livia M. Kiser*
Livia M. Kiser (SBN 285411)
lkiser@kslaw.com
Jeffrey Hammer (SBN 264232)
jhammer@kslaw.com
Craig H. Bessenger (SBN 245787)
cbessenger@kslaw.com
James A. Unger (SBN 325115)
junger@kslaw.com
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

*Attorneys for Defendant
BETTERHELP, INC.*

| | | |
|---|---|---|
| 1 | Dated: August 7, 2025 | /s/ William Edelman |
| 2 | | Gary. M. Klinger (pro hac vice) |
| | | gklinger@milberg.com |
| 3 | | wedelman@miblberg.com |
| | | ahoneycutt@milberg.com |
| 4 | | rnelson@milberg.com |
| | | MILBERG COLEMAN BRYSON PHILLIPS |
| 5 | | GROSSMAN, PLLC |
| | | 227 W. Monroe Street, Suite 2100 |
| 6 | | Chicago, Illinois 60606 |
| | | Telephone: (866) 252-0878 |

Plaintiffs' Co-Lead Interim Class Counsel

Dated: August 7, 2025    /s/ Christina Tusan
Christina Tusan (SBN 192203)
ctusan@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
Telephone: (310) 601-6766
Facsimile: (310) 295-2385

Plaintiffs' Co-Lead Interim Class Counsel

Dated: August 7, 2025    /s/ Maureen M. Brady
Maureen M. Brady
mbrady@mcshanebradylaw.com
McSHANE AND BRADY LLC
1656 Washington
Suite 140
Kansas City, MO 64108
Telephone: (816) 888-8010

Plaintiffs' Co-Lead Interim Class Counsel

Dated: August 7, 2025    /s/ Alan M. Mansfield
Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400
San Diego, CA 92127
Telephone: (619) 308-5034
Facsimile: (888) 341-5048

Plaintiffs' Liaison Counsel

3
JOINT STIPULATION AND ORDER MODIFYING SCHEDULE FOR PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

                                                                  */s/ Livia M. Kiser*
                                                                  Livia M. Kiser

**[~~PROPOSED~~ ORDER AS MODIFIED]**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED. The hearing on Plaintiffs' Motion will be heard on November 20, 2025, at 1:30 PM, Courtroom 3, 17th Floor, San Francisco, California.

DATED: August 8, 2025

_____
HON. RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE