LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
JEFFREY HAMMER (SBN 264232)
jhammer@kslaw.com
CRAIG H. BESSENGER (SBN 245787)
cbessenger@kslaw.com
JAMES A. UNGER (SBN 325115)
junger@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: +1 (213) 443-4355
Facsimile: +1 (213) 443-4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To:<br><br>All Cases/ | Case No. 3:23-cv-01033-RS<br><br>**DECLARATION OF JEFFREY M. HAMMER IN SUPPORT OF DEFENDANT BETTERHELP, INC.'S MOTION TO EXCLUDE TESTIMONY OF ERIC KRAUSE**<br><br>Date: November 20, 2025<br>Time: 1:30 p.m.<br>Courtroom: 3<br>Judge: Hon. Richard Seeborg |

I, Jeffrey M. Hammer, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a Partner with King & Spalding LLP, counsel for Defendant BetterHelp, Inc. ("BetterHelp") in this matter. I have personal knowledge of the facts as stated herein.

2. I submit this declaration in support of BetterHelp's Motion to Exclude the Opinions of Eric Krause. I have personal knowledge of the facts stated herein and could and would testify competently thereto if called as a witness in this matter.

3. Attached hereto as **Exhibit A** is a true and correct copy of the redacted version of the Expert Report of Eric C. Krause, MBA, dated May 8, 2025 ("Krause Report"), which was filed with the Court as ECF No. [176-07]. An unredacted version of the Krause Report was submitted by Plaintiffs on May 8, 2025 in connection with their motion for class certification.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition of Eric Krause, which was taken on June 10, 2025.

5. Attached hereto as **Exhibit C** is a true and correct copy of the article Valuing Personal Data with Privacy Considerations, Li, Xiao-Bai, Xiaopin Liu, and Luvai Motiwalla (2021), which was cited in the Krause Report.

6. Attached hereto as **Exhibit D** is a true and correct copy of Ponemon Institute – 2017 Cost of Data Breach Study, Global Overview, which was cited in the Krause Report.

7. Attached hereto as **Exhibit E** is a true and correct copy of Trustwave – The Value of Data, A Cheap Commodity or a Priceless Asset? (2017), which was cited in the Krause Report.

8. Attached hereto as **Exhibit F** is a true and correct copy of Ernst & Young – Realizing the Value of Health Care Data: A Framework for the Future (2019), which was cited in the Krause Report.

9. Attached hereto as **Exhibit G** is a true and correct copy of the Third Amended Complaint filed in *Kimberly Caraway and Veeda Wise, et al. v. The Ohio State University Wexner Medical Center*, Case No. 2022-000859JD, in the Court of Claims of Ohio, which my office downloaded from the court docket on June 24, 2025.

10. Attached hereto as **Exhibit H** is a true and correct copy of the First Amended Class

Action Petition filed in *John Doe & James Doe, et al., v. SSM Health Care Corporation d/b/a SSM Health*, Case No. 2222 CC10014, in the Circuit Court of the City of St. Louis, Missouri, which my office downloaded from the court docket on June 24, 2025.

11. Attached hereto as **Exhibit I** is a true and correct copy of the First Amended Class Action Petition filed in *John Doe, et al., v. Mosaic Health System, et al.*, Case No. 22BU CC01774-01, in the Circuit Court of the City of St. Louis, State of Missouri, which my office downloaded from the court docket on June 24, 2025.

12. Attached hereto as **Exhibit J** is a true and correct copy of the First Amended and Restated Petition for Damages in *Jacqueline Horton, et al. v. Willis-Knighton Medical Center*, Case No. 93767, filed in the 10th Judicial District Court for the Parish of Natchitoches, State of Louisiana, which my office downloaded from the court docket on June 24, 2025.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 15th of September, 2025, in Los Angeles, California.

Jeffry Hammer

Jeffrey M. Hammer