# EXHIBIT A

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT G

Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Maureen M. Brady (pro hac vice)
MCSHANE AND BRADY LLC
4006 Central Street
Kansas City, MO 64111
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Christina Tusan (SBN 192203)
TUSAN LAW, PC
ctusan@ctusanlaw.com
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Phone: 626-418-8203
Fax: 626-619-8253

*Plaintiffs' Co-Lead Interim Class Counsel*

Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400, San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**

This Document Relates To: All Actions

**Master File No. 3:23-cv-01033-RS**

Hon. Richard Seeborg

**DECLARATION OF ERIC KRAUSE, MBA**

| | |
|---|---|
| Hearing Date: | August 28, 2025 |
| Time: | 1:30 p.m. |
| Courtroom: | 3 |
| Judge: | Hon. Richard Seeborg |

I, Eric Krause, hereby declare as follows:

1. I have been asked by Plaintiffs, through their counsel, to review Case No. 3:23-cv-01033-RS: In Re BetterHelp Data Disclosure Cases, to show whether class members have sustained monetary harm through the illegal sharing of their information by BetterHelp with third parties.

2. A true and correct copy of my report and opinions in this matter are attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on May 8, 2025, in Austin, Texas.

*<u>/s/ Eric Krause</u>*
Eric Krause

# Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE: BETTERHELP, INC. DATA DISCLOSURE CASES<br><br>This Document Relates to: All Actions | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Master File No. 3:23-cv-01033-RS** |

# EXPERT REPORT OF ERIC R. KRAUSE, MBA

**ERIC R. KRAUSE**

5-8-2025
**DATE**

## I. NATURE OF IN OL EMENT

. M name is Eric R. rause. I ha e een retained counsel or the Plainti s in the matter o ane Doe I, L.M., ane Doe III, S.C., and T.R. collecti el , Plainti s indi iduall and on ehal o all others similarl situated, a ainst BetterHel , Inc. BetterHel or De endant . S eci icall , I ha e een as ed to determine hether economic and inancial dama es stemmin rom the De endant s unauthori ed trans er o Plainti and utati e Class Mem ers ersonall identi ia le health in ormation can e reasona l esta lished and alued on a class ide asis.

## II. CREDENTIALS AND INFORMATION RE IE ED

. I am a Director at A lied Economics Consultin rou , Inc. A lied Economics in Austin, Te as. A lied Economics conducts economic and inancial anal ses or a ide ariet o clients across se eral industries. I ha e held m role as Director since and rior to that, I as a Consultant ith the same irm rom to .

. I ha e an under raduate de ree in Economics rom the Uni ersit o Te as at Austin and a Master o Business Administration de ree ith a concentration in inance rom the Uni ersit o Te as at Austin. A co o m ro essional resume is attached to this Declaration as A endi A.

. I ha e si ni icant e erience ith the economic issues resent in this matter, and the assessment o acts, and circumstances in com le liti ation. Both m academic and ro essional e eriences uali me to resent this re ort. On multi le occasions, I ha e een en a ed to assist in the anal sis o economic dama es, re ie and re are e aluations o economic and inancial dama e claims, and to resent ritten re orts and ro ide testimon in a su set o these matters. I ha e ser ed as oth a consultin and testi in e ert in multi le cases in ol in economic dama e.

. Attached, as A endi B, is a list o cases in hich I ha e testi ied in the last our ears. A lied Economics is ein com ensated at the rate o er hour or m or on this matter. This com ensation is not de endent in an a u on the outcome o this liti ation or u on m reachin an s eci ic o inion or conclusion.

## III. INFORMATION RE IE ED

. In the course o m or in this matter, A lied Economics sta and I re ie ed documents and materials roduced the arties in disco er , as ell as transcri ts o de ositions ta en in this case. I also rocured and re ie ed in ormation rom u lic sources. A listin o all these materials is attached to this re ort as A endi C. I an additional rele ant or su lemental in ormation or data ecomes a aila le to me, I ill su lement this re ort as a ro riate.

## I . BACK ROUND

*laintiff*

. Plainti S.C. is a resident o the State o isconsin. Plainti ane Doe I is a resident o the State o Michi an. Plainti L.M. is a resident o the state o South Carolina. Plainti s ane Doe II and T.R. are residents o the State o Cali ornia. All Plainti s ha e re istered or accounts on BetterHel to recei e arious orms o counselin or assistance ith mental health.

*efendant*

. De endant BetterHel is a mar et leadin D C mental health lat orm . It ro ides access counselin and thera ser ices throu h e , mo ile a , hone, and te t lat orms across a ro ider net or that includes more than , licensed and accredited s cholo ists, thera ists, clinical social or ers, and ro essional counselors in a ro imatel countries. BetterHel enerates re enues rimaril rom monthl su scri tion ees char ed to users or access to BetterHel s ser ices in , BetterHel had a ro imatel , a in users eneratin . illion in

---

irst Amended Consolidated Class Action Com laint, .
irst Amended Consolidated Class Action Com laint, .
irst Amended Consolidated Class Action Com laint, .
irst Amended Consolidated Class Action Com laint, .
irst Amended Consolidated Class Action Com laint, .
BetterHel orm , . .
BetterHel orm , . A out Us, etterhel .com, accessed A ril , De osition o Daniel Bra onier, March , , . : .

re enues rom thera and other ellness ser ices. I understand that users a a mem ershi ee a ter ro idin their e mail address and illin out an inta e uestionnaire desi ned to lin them to a suita le thera ist.

. I understand that BetterHel has o ered its ser ices under arious trade names. These trade names ha e each een accom anied a corres ondin e site and a lication and are listed in the ta le elo alon side the eriod or hich the ere acti e:

| Tradename | Website | Active Period |
|---|---|---|
| BetterHelp | betterhelp.com | 2013 + |
| Faithful Counseling | faithfulcounseling.com | July 2017 + |
| Pride Counseling | pridecounseling.com | August 2017 + |
| Teen Counseling | teencounseling.com | January 2017 + |
| ReGain | regain.us | May 2016 + |

. I understand that isitors to each o these e sites are a le to create and lo in to their accounts, si n u or, recei e, and a or De endant s ser ices. I also understand that recei in thera ser ices or other ise communicatin ith thera ists is not ossi le ithout lo in in to the e site s .

*ele ant a ro nd nfor ation and i eline of ent*

. This matter concerns the alle ed unauthori ed trans er o ersonal in ormation and medical in ormation throu h the im lementation o trac in i els, coo ies, and other mar etin tools on e ro erties o erated the De endant.

. A trac in i el is a tin , o ten in isi le ra hic t icall a i el that is em edded in e a es, emails, or coo ie anner ad ertisements, and remains in isi le to users. These i els are desi ned to e trans arent or to match the ac round color o the site or email, ensurin the remain

BetterHel orm , . , , , .
De osition o Daniel Bra onier, March , , . : : . The uestions on this orm ma ha e chan ed o er time, ut I understand there has al a s een an inta e orm. At : .
irst Amended Consolidated Class Action Com laint, .
De osition o Ni las au han, March , , . : : , : .
irst Amended Consolidated Class Action Com laint, , , , .
hat Is a Trac in Pi el , coo ie scri t.com, accessed No em er , hat Is a Trac in Pi el, im ro ado.io, accessed No em er , .

discreet, and are not noticea le to users. Because i els are directl inte rated into e content, trac in i els cannot e controlled or mana ed users.

. The rimar unction o trac in i els is to collect in ormation a out user eha iors and interactions ith e sites. Trac in i els record clic s, orm su missions, and other interactions hene er a user isits a e a e ith the em edded i el and then transmit that data to an e ternal ser er. Personal in ormation athered trac in i els include IP addresses, de ice details, ro ser t e, and o eratin s stem.

. Internet coo ies, li e those utili ed oo le Anal tics so t are, are small te t iles laced on a e site to trac , ersonali e and sa e in ormation a out each user s session. Unli e trac in i els, hich are s eci ic to the e a e the are em edded on, and limited to the duration o the user s isit, coo ies can ersist or a lon er eriod: session coo ies e ire at the end o a ro ser session, hereas ersistent coo ies remain on a user s de ice and can record eha ior across multi le sessions and di erent e sites. Coo ies can also e cate ori ed ased on their ori in: irst art coo ies are set directl the e site a user is isitin and o ten ser e a unctional ur ose, hereas third art coo ies are set domains other than the e site a user is isitin and are t icall used to trac user acti it , ena lin detailed ro iles or tar eted ad ertisin .

. Both i els and coo ies are ultimatel used third arties to trac user data and ro sin eha ior or mar etin ur oses. or e am le, Meta Pi el, a i el ro ided ace oo , is ca a le o recordin e er a e a user isits, the uttons on a e a e that a user clic s, and s eci ic in ormation

---

Trac in Pi el, en.r te.com, accessed No em er , .

hat Is the Di erence Bet een a Pi el and a Coo ie , coo ie es.com, accessed No em er , . Also see the E ert Re ort o Dr. u air Sha i .

hat Is a Trac in Pi el, im ro ado.io, accessed No em er , .

The ABCs o Trac in Pi els, im ro ado.io, accessed No em er , .

hat Is a Trac in Pi el , coo ie scri t.com, accessed No em er , hat Is a Trac in Pi el, im ro ado.io, accessed No em er , .

Are Coo ies Personal Data , usercentrics.com, accessed No em er , hat Are Coo ies , usa. as ers .com, accessed No em er , .

hat Are Coo ies and Similar Technolo ies, ico.or .u , accessed No em er , .

hat Are Coo ies , usa. as ers .com, accessed No em er , .

hat Are Coo ies , usa. as ers .com, accessed No em er , .

communicated a user on that e site. Meta uses this ersonal in ormation to tailor the ad ertisements users see and to e aluate the e ecti eness o those ad ertisements. Similarl , oo le Anal tics uses ta s short lines o a aScri t or HTML code and coo ies to collect user data rom their e ro erties, includin a e ie s, utton clic s, and user s eci ic in ormation. In oth cases, ad ertisers recei e a re ated re orts on their er ormance, hich hel them understand ho users interact ith their content.

. BetterHel sells its ser ices rinci all mar etin its solution directl to otential users and has identi ied arious ad ertisin channels as the e dri er ehind user ro th. Its di ital mar etin e orts include the use o its e sites in addition to inte rated mar etin cam ai ns. To that end, BetterHel has ostered relationshi s ith a ide ariet o third arties, includin Internet search ro iders such as oo le, social net or in lat orms such as ace oo , internet ad ertisin net or s, co re istration artners, retailers, distri utors, tele ision ad ertisin a encies, and direct mar eters. [redacted]. This acti it is re lected in the ad ertisin s end TelaDoc Health, Inc. TelaDoc , BetterHel s arent com an : et een and , TelaDoc s ent a ro imatel million on ad ertisin and mar etin , ith annual e enses increasin more than o er this eriod. In alone, TelaDoc attri uted the . million increase in mar etin s endin o er to e rimaril dri en **i er di ital a d edia advertisi i s ort o D2C e tal**

hat Is the Meta Pi el hat Does It Do, insta a e.com, accessed No em er , Ho e Built a Meta Pi el Ins ector, themar u .or , accessed Decem er , .
Terms o Ser ice, ace oo .com, accessed No em er , .
Ho Does oo le Anal tics Collect Data, sim leanal tics.com, accessed No em er , Ho oo le Anal tics or s, su ort. oo le.com, accessed No em er , .
Terms o Ser ice, ace oo .com, accessed No em er , The alue o Di ital Anal tics, su ort. oo le.com, accessed No em er , Ho oo le Anal tics or s, su ort. oo le.com, accessed No em er , .
BetterHel orm , . , .
BetterHel orm , . .
BetterHel orm , . .
BH .
BetterHel is a holl o ned su sidiar o TelaDoc and as ac uired in anuar . See De osition o Daniel Bra onier, March , , . : : , : : De osition o Ni las au han, March , , . : : BetterHel orms , . , . , . , . , . .

*Confidential*

**ealt s ecialties**, as ell as hi her en a ement mem er mar etin . em hasis added [redacted].

. BetterHel s di ital mar etin e orts in ol e the use o anal tics technolo ies. or e am le, BetterHel has ac no led ed that:

> *etter el e lo ertain t ird art tool for n ero r o e in l din it o t li itation to er i e ad ini ter and onitor etter el er i e to ea re and i ro e t e alit effe ti ene and deli er of etter el er i e to anon o l tra er intera tion it etter el e ite to onitor and anal e e ite traffi and a li ation a e and to i ro e t e rate at i anon o i itor to t e li e ite i n for er i e*

I understand it is BetterHel s osition that the third art tools installed on its e ro erties ene it consumers.

. BetterHel has admitted that it no in l im lemented certain trac in coo ies, i els, and other related technolo ies collecti el , the Di ital Mar etin Tools on each o its e ro erties or ur oses o im ro in its mar etin anal tics and di ital cam ai n e orts since at least Au ust :

BetterHel orm , . .
[redacted]
BH at slide BH at slide .
Res onses to Plainti s irst Set o S ecial Interro atories, iled No em er , No. , . .
Res onses to Plainti s irst Set o S ecial Interro atories, iled No em er , No. , . .
Res onses to Plainti s irst Set o S ecial Interro atories, iled No em er , No. , . . BetterHel s res onse noted it ould onl res ond ith in ormation that ertains to the eriod et een Au ust , and ul , . .

| Digital Marketing Tool | Installation Date |
|---|---|
| Facebook | 8/2017 - 7/2021 |
| Google Ads | 8/2017 - 7/2021 |
| Google Analytics | 8/2017 - 7/2021 |
| Google Tag Manager | 8/2017 - 7/2021 |
| Pinterest | 8/2017 - 1/2021 |
| Podsights | 9/2019 - 5/2021 |
| Snap | 1/2019 - 1/2021 |
| Taboola | 8/2017 - 5/2021 |
| Twitter | 8/2017 - 11/2019 |

## . O ER IE OF PLAINTIFFS CLAIMS

. Plainti s contend that the source code o the Di ital Mar etin Tools em edded on De endant s e sites causes communications sent users o these e a es to e ca tured and disclosed to multi le third arties un e no nst to the user.

. S eci icall , Plainti s claim that the inte ration o these di ital mar etin and trac in technolo ies results in the collection, interce tion, and transmission o multi le orms o ersonal health in ormation BetterHel to third arties, includin :

- Plainti s and Class Mem ers ersonall identi ia le in ormation such as account and de ice identi iers, IP addresses, and e mail addresses
- Plainti s and Class Mem ers atient status and
- Plainti s and Class Mem ers communications ith BetterHel ia its e sites, throu h com letion o the inta e uestionnaire, si nin u or thera and counselin ser ices, a in or ser ices, ta in mental health assessments or test, or re ie in ad ice articles a out s eci ic conditions and treatments.

. Plainti s alle e that healthcare ro iders ha e a dut to maintain con identialit , hich includes the rohi ition o disclosin medical in ormation recei ed in connection ith atients or eo le see in treatment. Im ortantl , there are oth state and ederal la s o ernin hen a medical ro ider ma

irst Amended Consolidated Class Action Com laint, , . , .
*ee* E ert Re ort o Dr. u air Sha i , , O inion .
irst Amended Consolidated Class Action Com laint, , .

release rotected health in ormation, and I understand rom Plainti s counsel that arties ma not disclose ersonal in ormation a out a atient to third arties mar etin ur oses ithout their e ress ritten authori ation. BetterHel has at multi le times ac no led ed the e ectation that it is o li ed to rotect its users con identialit ith res ect to ri ate in ormation.

. Plainti claims that the inte ration o these Di ital Mar etin Tools as done ithout arnin or other ise disclosin that atient and ros ecti e atient in ormation ould e transmitted to third arties ithout the no led e, ritten authori ation, or consent the users o De endant s e ro erties and in direct con lict ith the ri ac olicies stated on De endant s e sites. Indeed, Plainti contends that these Di ital Mar etin Tools are s eci icall desi ned to e in isi le to users so that their in ormation and communications ma e collected ithout ermission.

. Due to BetterHel s alle ed unauthori ed disclosure o Plainti s and Class Mem ers ersonal in ormation and non u lic medical in ormation to Meta and other third arties a sent ritten consent, Plainti s ha e asserted claims a ainst De endant or In asion o Pri ac , Breach o Im lied Contract, Un ust Enrichment, iolation o the Electronic Communications Pri ac Act ireta in and Stored Communications Act , iolation o the Cali ornia In asion o Pri ac Act, iolation o the Consumers Le al Remedies Act, iolation o Cali ornia Constitution, Article I, Section , iolation o the Con identialit o Medical In ormation Act, iolation o the Cali ornia Consumer Pri ac Act, and iolation o the Un air Com etition La .

---

iduciar Dut o Doctor and Patient, le almatch.com, accessed No em er , irst Amended Consolidated Class Action Com laint, , , .

irst Amended Consolidated Class Action Com laint, .

See BetterHel orm , . : Our use and disclosure o ersonall identi ia le in ormation, includin health in ormation, and other ersonal data is su ect to ederal, state, and orei n ri ac and securit re ulations and HIPAA re uires healthcare ro iders li e us to de elo and maintain olicies and rocedures ith res ect to PHI . I understand that BetterHel also dis la ed HIPAA seals on its lat orm and re resented to atients and consumers that it as HIPAA Certi ied et een the ears and See irst Amended Consolidated Class Action Com laint, , , . I understand that it is no BetterHel s osition that it is not su ect to HIPAA See Res onses to Plainti s irst Set o S ecial Interro atories, iled No em er , No. , . De osition o Daniel Bra onier, March , , . : De osition o Ni las au han, March , , . : : .

irst Amended Consolidated Class Action Com laint, , , , , .

irst Amended Consolidated Class Action Com laint, , .

## VI. PROPOSED CLASS

24. Plaintiffs seek to have these claims adjudicated as a class action. The proposed class consists of a nationwide class including:[46]

> *"All individuals residing in the United States who, during the period beginning January 1, 2017 and continuing through March 7, 2023 (the "Class Period"), completed the BetterHelp Intake Questionnaire and provided BetterHelp with their email address."*

25. Plaintiffs T.R. and Jane Doe III (the "California Plaintiffs") also seek to define a subclass including:[47]

> *"All individuals residing in California who, during the period beginning January 1, 2017 and continuing through March 7, 2023 (the "Class Period"), completed the BetterHelp Intake Questionnaire and provided BetterHelp with their email address."*

26. Plaintiffs also seek to certify a nationwide subclass of paid users defined as:[48]

> *"All individuals residing in the United States who, during the period beginning January 1, 2017, and continuing through March 7, 2023 (the "Class Period"), completed the BetterHelp Intake Questionnaire, provided BetterHelp with their email address, and used BetterHelp's services."*

27. Excluded from both the proposed class and subclass include (1) any Judge or Magistrate presiding over this action and any members of their immediate families; (2) the Defendant, Defendant's subsidiaries, affiliates, parents, successors, predecessors, and any entity in which the Defendant or its parents have a controlling interest and its current or former employees, officers, and directors; and (3) Plaintiffs' counsel and Defendant's counsel.[49]

28. Based on my review of Plaintiffs' expert Dr. Zubair Shafiq's report, the number of unique Facebook users who completed the intake questionnaire after clicking on a Facebook ad between 2017 and 2021 totals at least 2.2 million unique individuals.[50]

---

[46] Plaintiffs' Motion for Class Certification.
[47] Plaintiffs' Motion for Class Certification.
[48] Plaintiffs' Motion for Class Certification.
[49] Plaintiffs' Motion for Class Certification.
[50] *See* Expert Report of Dr. Zubair Shafiq, ¶ 64.

## II. CLASS- IDE DAMA ES

. Plainti s see statutor , com ensator , conse uential, nominal, and uniti e dama es, in addition to dis or ement o ro its, or harm resultin rom BetterHel s alle ed ill ul disclosure o rotected ersonall identi ia le health in ormation to unauthori ed third arties.

. I ha e een as ed to determine hether the economic dama es resultin rom De endant s alle ed unauthori ed trans er o Plainti s and Class Mem ers ersonal health in ormation, in hich the utati e Class Mem ers each ha e a reco ni a le ro ert interest that the De endant alle edl e tracted ithout rior a ro al, are oth ca a le o ein reasona l esta lished and alued on a class ide asis.

. As a threshold matter, I understand rom counsel that certain re uirements must e met to certi a class. I urther understand that one o these re uirements is commonalit , or the uestion o hether named Plainti s rie ances share a common uestion o la or o act. I urther understand rom counsel that the commonalit re uirement is met i there is a sin le issue common to all mem ers o the class. In addition, I understand rom counsel that to certi a dama e class as led in this case, the ro onent must esta lish redominance. This re uires sho in that su stantial common issues e ist hich redominate o er the indi idual issues.

. I understand that Plainti s claim that the Di ital Mar etin Tools em edded on De endant s e ro erties ere resent continuousl rom initial installation such that <u>an</u> isitor to these BetterHel e a es that illed out the uestionnaire ould ha e had their in ormation recorded and disclosed to unauthori ed third arties. I understand that Plainti s urther alle e that the uestion o unauthori ed trans er o ersonal identi ia le in ormation, and non u lic medical in ormation is thus common to all mem ers o the utati e class.

### <u>*ono i al e of er onal nfor ation*</u>

. Throu hout m career as an economist, I ha e routinel een en a ed to er orm economic aluations o arious t es o tan i le and intan i le assets utili in commonl acce ted and reco ni ed

aluation techni ues such as the Income A roach, Mar et A roach, and Cost A roach. As noted a o e, I ha e een as ed in this matter to determine i the ersonal in ormation at issue in this matter has economic alue and, i so, ro ide an estimated uanti ication o that alue.

. Ad ancements in the Internet and in ormation technolo ha e dramaticall increased the olume o ersonal in ormation that can e collected, stored, anal ed, and re ur osed or moneti ed. This in ormation is enerated in lar e art internet users, ho ha e e ol ed to ecome mass roducers o their o n in ormation concomitant ith the roli eration o ree e ser ices such as lo s, social media, and online social net or s and e technolo ies such as the trac in i els and coo ies at issue in this case. or e am le, usin an online social net or such as ace oo entails, at the asest le el, e chan in in ormation a out ersonal interests, demo ra hics, and social connections or enhanced interaction.

. Ho e er, in addition to eneral consumer data such as search and ro sin histor , data collected irms includin data a re ators, social and ad ertisin net or s, and e site o erators has ecome increasin l ersonal. or instance, data ro ers a re ate e tensi e data rom arious o line and online sources to uild detailed ro iles o indi iduals, includin in ormation re ardin name, date o irth, contact and address, social securit num er SSN , and em lo ment detail, amon other data oints.

. Thou h se eral de initions e ist, ersonal in ormation can enerall e considered as an in ormation that can e used to directl or indirectl identi a s eci ic erson. It includes, ut is not

---

Ac uisti, Alessandro, Curtis Ta lor, and Liad a man. "The economics o ri ac ." *o rnal of e ono i iterat re* , no. : .

Ac uisti, Alessandro, Curtis Ta lor, and Liad a man .

Ac uisti, Alessandro, Curtis Ta lor, and Liad a man .

Liu, Huan, ai Li, an Chen, and in Ro ert Luo. Is ersonall identi ia le in ormation reall more alua le E idence rom consumers illin ness to acce t aluation o their ri ac in ormation. Decision Su ort S stems : Ac uisti, Alessandro, Curtis Ta lor, and Liad a man .

hat Is a Data Bro er , mca ee.com, accessed Au ust , Ho To Sto Data Bro ers rom Sellin our Personal Data, usa. as er s .com, accessed Au ust , .

Soma, ohn T., . achar Courson, ohn Cad in. Cor orate Pri ac Trend: The alue o Personall Identi ia le In ormation PII E uals the alue o inancial Assets. *i ond o rnal of a e nolo* , no. , Alor u, And , et. al. Monetar aluation o ersonal health data in the ild. *nt an Co ter t die* : Liu, Huan, ai Li, an Chen, and in Ro ert Luo .

limited to, name, address, hone num er, dri er s license, SSN, ender, irth date, inancial and credit data, and medical in ormation. Personal electronic in ormation li e IP addresses, de ice identi iers, and ro ser in er rints can also e collected to identi and authenticate internet users.

. Consumer data and ersonal in ormation ossess material economic alue, ith ersonal in ormation ecomin o articular interest as a commodit . hen com ined ith eneral consumer data, ersonal in ormation ena les com anies to enerate a com rehensi e icture o a s eci ic indi idual or use in tailorin internet ser ices, ro idin tar eted ad ertisin , or or sale to other irms. Ne ser ices, com anies, and mar ets ha e emer ed to ca itali e on this economic alue, includin search en ines, recommender s stems, social net or in sites, and online ad ertisin ecos stems. Data ro erin itsel is an industr orth hundreds o illions o dollars annuall . In this mar et, consumer in ormation is continuousl traded and shared amon irms that ro it rom the a re ation and sale o consumer data, such as credit re ortin a encies, ad ertisin com anies, and in omediaries.

. The utilit and alue o this ersonal in ormation has i en rise to hat scholars call *r eillan e a itali* : the use o in ormation rom i data to redict and modi human eha ior as a means to roduce re enue and mar et control. Com anies utili e so histicated al orithms to anal e lar e

---

Soma, ohn T., . achar Courson, and ohn Cad in Alor u, et al. Liu, Huan, ai Li, an Chen, and in Ro ert Luo .

De ice in er rintin is the rocess o collectin in ormation a out a de ice s hard are and so t are con i uration in order to uni uel identi it. hat Is De ice in er rintin , ar osela s.com, accessed Au ust , hat Is De ice in er rintin And Ho Does It or , clearcode.cc, accessed Au ust , A Com rehensi e Anal sis o De ice in er rint S oo in Techni ues, inco nia.com, accessed Au ust , .

a ner, Amina, Nora essels, Peter Bu mann, and Hanna rasno a. Puttin a Price Ta on Personal In ormation A Literature Re ie . *ro eedin of t e t a aii nternational Conferen e on te ien e* : Li, iao Bai, iao in Liu, and Lu ai Moti alla. " aluin ersonal data ith ri ac consideration." *e i ion ien e* , no. : Ac uisti, Alessandro, Curtis Ta lor, and Liad a man Alor u, et al. Liu, Huan, ai Li, an Chen, and in Ro ert Luo .

Soma, ohn T., . achar Courson, and ohn Cad in Liu, Huan, ai Li, an Chen, and in Ro ert Luo .

Column: Shado Data Bro ers Ma e the Most o Their In isi ilit Cloa , latimes.com, accessed Decem er , .

*ee*, e. ., Ac uisti, Alessandro, Leslie . ohn, and eor e Loe enstein. hat is Pri ac orth *o rnal of e al t die* , no. : Ac uisti, Alessandro, Curtis Ta lor, and Liad a man Soma, ohn T., . achar Courson, and ohn Cad in Li, iao Bai, iao in Liu, and Lu ai Moti alla Liu, Huan, ai Li, an Chen, and in Ro ert Luo a ner, et. al .

athr n ilson, Di ital Sur eillance and the Sco e o the ireta Act s Part E ce tion, ash. U. .L. Pol , .

sets o data, e tract atterns in indi iduals conduct, and dra in erences or sellin tar eted ad ertisements. or these ur oses, all data such as ersonal in ormation has otential alue no matter ho seemin l inconse uential or e hemeral ecause it stren thens the redicti e ca a ilities o these com anies and their technolo ies.

. hile the increased a aila ilit o ersonal in ormation has rou ht ene its, it has also intensi ied u lic concerns a out ri ac . The rise o data anal tics and the Internet has made the rotection and sharin o ersonal in ormation i otal issues in economic and olic discussions. Sur e s consistentl re eal ides read ri ac concerns amon Internet users: t he U.S. Consumer Pri ac Inde data sho ed that o U.S. internet users are concerned a out their ri ac online, and o online users admit a oidin irms that do not rotect their ri ac . rom a sel interested stand oint, ri ac concerns are rational i one assumes in ormation e uates to increased o er or ar ainin , ecause, then control o er ersonal in ormation can in luence economic o er d namics et een sel interested arties.

. The U.S. o ernment has introduced se eral ieces o le islation to rotect ri ac . S eci icall , the Pri ac Act o esta lishes rules or the collection, maintenance, use, and dissemination o ersonal in ormation, addressin concerns a out com uteri ed data ases. Additionall , the Health Insurance Porta ilit and Accounta ilit Act HIPAA o ro ides a ederal aseline or ri ac rotection re ardin health in ormation in the U.S.

---

*d* at .
*d* at .
u, hi an, and i en Luo. "Online in ormation ri ac and rice: A theoretical model and em irical tests." *nfor ation Mana e ent* , no. : .
u hi an and i en Luo .
u hi an and i en Luo .
Ac uisti, Alessandro, Curtis Ta lor, and Liad a man .
U.S. Pri ac La s, e ic.or , accessed Au ust , .
U.S. Pri ac La s, e ic.or , accessed Au ust , .
U.S. Pri ac La s, e ic.or , accessed Au ust , . Li, iao Bai, iao in Liu, and Lu ai Moti alla. " aluin ersonal data ith ri ac consideration." *e i ion ien e* , no. : .

*Confidential*

## III. ALUATION OF PERSONAL INFORMATION AS A MEASURE OF DAMA ES

. The Plainti s alle e that the De endant harmed Plainti s and mem ers o the utati e Class disseminatin ersonal in ormation and non u lic medical in ormation to third arties hose Di ital Mar etin Tools ere em edded into De endant s e ro erties. The De endant alle edl installed these tools in return or in ormation le era ed the De endant to ene it its o n mar etin cam ai ns. B transmittin this ersonal in ormation ithout no led e, ritten authori ation, or consent o the utati e Class Mem ers, the Plainti s ar ue that the De endant ultimatel de ri ed Plainti s and the utati e Class Mem ers o the mar et alue o their o n ersonal in ormation. It is m o inion that an a ro riate measure o economic dama es or the Plainti and the utati e Class Mem ers ould thus e e ui alent to the air mar et alue o the ersonal in ormation and non u lic medical in ormation traded a a De endant.

. or clarit , this re ort does not discuss, and I am not e ressin an o inion on, an le al distinctions that ma e ist et een actual dama es, restitutionar dama es, and e uita le restitution. hile in eneral m re ort re ers to dama es, I am merel e ressin o inions on the inde endent economic air mar et alue o the t es o sensiti e data collected and alle edl disclosed BetterHel , and the ro ust mar et or that data.

. Personal in ormation has ri ate alue e ond its use as a are commodit . The alue o ersonal in ormation is thus inherentl related to the alue o ri ac , hich is a uestion that has een researched in multi le ields includin decision science, economics, in ormation s stems,

irst Amended Consolidated Class Action Com laint, , , , .
irst Amended Consolidated Class Action Com laint, .
a ner, et. al Ac uisti, Alessandro, Curtis Ta lor, and Liad a man Li, iao Bai, iao in Liu, and Lu ai Moti alla .

*Confidential*

mana ement, health care, and mar etin . This research has a roached the aluation o ersonal in ormation rom multi le ers ecti es:

- The amount one ould acce t to relin uish their data
- The amount one ould s end to rotect their data
- The otential harm rom data e osure and
- The ene it a data holder could ain rom ac uirin data.

. These a roaches can e used to esta lish a set o data oints or the reasona le estimation o the alue o ersonal in ormation and non u lic medical in ormation such as atient status. I discuss these methods in reater detail in the ollo in sections.

*illin ne to a or to e t Monetar Co en ation for er onal nfor ation*

. T o rimar a roaches or aluin ersonal in ormation include the rotection and roduct ers ecti es. In the conte t o ri ac research, the rotection ers ecti e re lects the illin ness to a TP , or the ma imum rice an indi idual ould e illin to a to rotect their ersonal in ormation. Similarl , the roduct ers ecti e re lects the illin ness to acce t TA , or the minimum rice an indi idual ould e illin to acce t to sell their ersonal in ormation.

. This uestion o ers ecti e and o nershi is critical multi le studies ha e sho n that ri ac aluation is su ect to the economic endo ment e ect, ith aluations conducted rom the TA ers ecti e t icall e ceedin those rom a TP conte t. Stated another a , it is em iricall true

ehren ach Da id, Carolina Herrando. The e ect o customer ercei ed alue hen a in or a roduct ith ersonal data: A real li e e erimental stud . *o rnal of ine e ear* : Li, iao Bai, iao in Liu, and Lu ai Moti alla Alor u, et al. .
Ac uisti, Alessandro, Curtis Ta lor, and Liad a man .
Liu, Huan, ai Li, an Chen, and in Ro ert Luo .
Li, iao Bai, iao in Liu, and Lu ai Moti alla Liu, Huan, ai Li, an Chen, and in Ro ert Luo a ner, et. al Ac uisti, Alessandro, Leslie . ohn, and eor e Loe enstein .
Li, iao Bai, iao in Liu, and Lu ai Moti alla Liu, Huan, ai Li, an Chen, and in Ro ert Luo a ner, et. al Ac uisti, Alessandro, Leslie . ohn, and eor e Loe enstein .
u, hi an and i en Luo. Online in ormation ri ac and rice: A theoretical model and em irical tests. *nfor ation Mana e ent* : Li, iao Bai, iao in Liu, and Lu ai Moti alla Ac uisti, Alessandro, Leslie . ohn, and eor e Loe enstein .

that eo le alue ri ac more hen the ha e it than hen the do not. There are se eral e lanations or this discre anc :

- The alue o ri ac is more su ecti e than other traded oods here the TA and TP mi ht meet at an e uili rium rice
- Users and consumers lace more alue on their ersonal in ormation than data tradin irms do due to ersonal ri ac concerns and
- Consistent ith Pros ect Theor in economics, eo le lace a dis ro ortionate ei ht on losses TA as com ared to ains TP .

. An e am le o a aluation ased on a TP a roach can e ound in Pri ac Bee, a ser ice that char es er ear to monitor and remo e ersonal in ormation rom data ro ers and search data ases. Similar ser ices e ist toda , such as DeleteMe , hich remo es in ormation rom all ma or data ro er e sites or er ear, deleteme hich char es one time ees ran in rom to or search en ine and data reach remo als, Inco ni.com hich char es er ear to remo e in ormation rom ma or data ro er e sites and search data ases, and Re utationDe ender, a ser ice that char es er ear to remo e ersonal in ormation rom arious data ases. These ro ide a aseline mar et aluation o ersonal in ormation rom the TP ers ecti e hich, as discussed a o e, ill t icall e less than that o a TA aluation.

. Because oth the o nershi and content o data is im ortant in the aluation conte t or ersonal in ormation, I discuss a stud that s eci icall alues ersonal in ormation rom a TA ers ecti e. In m o inion, this stud is a reasona le data oint as Plainti alle es the De endant artered

u hi an and i en Luo .
Ac uisti, Alessandro, Leslie . ohn, and eor e Loe enstein .
a ner, et. al .
Li, iao Bai, iao in Liu, and Lu ai Moti alla .
Ac uisti, Alessandro, Leslie . ohn, and eor e Loe enstein .
Pri ac Bee Pricin , ri ac ee.com, accessed Se tem er , .
Pri ac Protection Plans oinDeleteMe, oindeleteme.com, accessed Se tem er , .
Deleteme Ser ices Pricin , deleteme.com, accessed Se tem er , .
Inco ni A out Us, inco ni.com, accessed Se tem er , .
Re utationDe ender Si nu , me.re utationde ender.com, accessed Se tem er , . Re utationDe ender as re iousl no n as Re utation.com and has een o erin this ser ice since at least . *ee* A ault or Ta in Char e o our Online Li e, n times.com, accessed Decem er , .

Plainti s and utati e Class Mem ers ersonal in ormation ithout their rior consent or ac no led ement.

. iao ai Li, iao in Liu, and Lu ai Moti alla desi ned and conducted an im ortant academic stud to uanti the alue o ersonal in ormation. The mechanism in ol ed or aluation as a second rice sealed id rocurement auction herein artici ants sold their ersonal in ormation. This auction ormat and the resultin multi ariate re ression anal sis is an acce ted method in economic literature relatin to aluation and rice disco er . Moreo er, this methodolo is consistent ith the t e o economic studies and anal ses I ha e er ormed throu hout m education and career. It encoura es artici ants to truth ull disclose their aluation o ersonal in ormation, as the inner is determined the lo est id, ith the a ment e ual to the second lo est id. In this conte t, artici ants are incenti i ed to id their true aluation, as under iddin or o er iddin ould not im ro e their outcome.

. or ur oses o the stud , the authors de ined ersonal in ormation as an a re ate o our cate ories commonl classi ied in data ri ac literature: direct identi iers, uasi identi iers, non ri ate attri utes e. ., demo ra hic in ormation , and ri ate attri utes. Partici ants in the stud su mitted ids re resentin the minimum a ment the ould acce t or their ersonal in ormation their TA ith the understandin that the total auctioneer ud et as set at . inners ere then selected ased on their ids, rom lo est to hi hest. Results rom artici ants ere used or the stud ,

---

That is, the more a ro riate aluation ers ecti e in this matter is rom a TA conte t as o osed to a TP conte t.

Li, iao Bai, iao in Liu, and Lu ai Moti alla .

Li, iao Bai, iao in Liu, and Lu ai Moti alla .

a , Scott, and Ro ert eithammer. "Biddin or idders Ho the ormat or solicitin su lier artici ation in N OP auctions im acts channel ro it." *Mana e ent ien e* , no. : .

a , Scott, and Ro ert eithammer .

a , Scott, and Ro ert eithammer .

Li, iao Bai, iao in Liu, and Lu ai Moti alla . Direct identi iers include in ormation such as name and hone num er uasi identi iers include in ormation such as date o irth and i code. Pri ate attri utes include sensiti e ri ate in ormation includin income, health in ormation, mo ile location, and online acti it .

Li, iao Bai, iao in Liu, and Lu ai Moti alla .

Li, iao Bai, iao in Liu, and Lu ai Moti alla . The artici ant ith the lo est id recei ed an amount e ual to the second lo est id, the second lo est id recei ed an amount e ual to the third lo est id, and so on,

ith artici ants ro idin id rices across the our cate ories o ersonal in ormation. Each cate or , in isolation, as associated ith a non additi e, er ca ita alue:

- Direct Identi iers: . er record
- uasi Identi iers: . er record
- Demo ra hic Attri utes: . er record
- Pri ate Attri utes: . er record

. The alue o ersonal in ormation as then calculated as a com osite unction o these our attri ute alues usin idel acce ted multi ariate re ression methods. On a com ined asis, authors concluded that the estimated orth o ersonal in ormation is . .

. This . i ure is com ara le to other data oints discussed in this re ort re ardin aluation o ersonal in ormation. Similarl , in terms o aluin ersonal ri ac throu h the lens o otential harm rom data e osure, I note that a se arate stud conducted our ears earlier in the Ponemon Institute determined that the a era e cost o each com romised record lost or stolen in a data reach in the U.S. as , ith com romised records s eci icall de ined as those records that identi ied the erson hose data as reached.

---

until the auctioneer s ud et or ac uirin data as e hausted. The artici ants ere told that the total ud et amount that the data collectors ould s end or each cate or as .

Li, iao Bai, iao in Liu, and Lu ai Moti alla . The stud included artici ants, ut some data entries ere deemed in alid the authors.

Li, iao Bai, iao in Liu, and Lu ai Moti alla .

Li, iao Bai, iao in Liu, and Lu ai Moti alla .

Li, iao Bai, iao in Liu, and Lu ai Moti alla . This alue as or artici ants ho ro ided ids or all cate ories o ersonal in ormation. Partici ants ere also as ed to ro ide rices or our o tional data items that ere not included in the auction: SSN, income ta data, medical claim data, and ei ht and hei ht. The median rice identi ied artici ants or the medical data as an additional . Pro ided that the Plainti in this matter contends that ersonal health data as ina ro riatel transmitted, it ould im l that . is e tremel conser ati e or ur oses o aluin the t e o data ein alle edl misa ro riated in this matter.

Ac uisti, Alessandro, Curtis Ta lor, and Liad a man .

Cost o Data Breach Stud , Ponemon Institute Research Re ort. The Ponemon Institute inter ie ed IT, com liance, and in ormation securit ractitioners re resentin or ani ations across countries.

*al in er onal nfor ation and on li Medi al nfor ation*

. The Plainti s in this matter ha e alle ed the unla ul transmission o ersonal in ormation, as ell as certain t es o ersonal, non u lic medical in ormation rom the De endant s e ro erties. In order to determine a reasona le alue or the in ormation alle edl disseminated De endant, it is thus necessar to consider the alue o ersonal medical data as it relates to ersonal in ormation in eneral.

. The alue laced on ersonal in ormation increases ith the sensiti it and ercei ed ri ac ris o that data. Personal medical and health in ormation has een similarl demonstrated as ercei ed as more alua le than other orms o ersonal in ormation. Studies ha e demonstrated that consumers demand a hi her TA rice or health related data due to the ris o misuse, es eciall in com arison to non ersonal in ormation such as consumer eha ior, to the e tent that some artici ants in one auction ased TA stud re used to lace ids or the sale o their health in ormation due to its inherentl ersonal nature.

. The relati el hi her mar et alue o ersonal medical data is also usti ied in com arison to data oints discussed earlier in this re ort. or e am le, the our cate ories o ersonal in ormation alued iao Bai Li, iao in Liu, and Lu ai Moti alla s eci icall e cluded medical claims data, hich artici ants ere ueried on and alued at a median o , su estin that the . aluation or ersonal in ormation is a aseline amount that ould increase ith inclusion o an orm o ersonal medical in ormation.

Customer Data: Desi nin or Trans arenc and Trust, Har ard Business Re ie , Ma Li, iao Bai, iao in Liu, and Lu ai Moti alla a ner, et. al Alor u, et al. .
Liu, Huan, ai Li, an Chen, and in Ro ert Luo Alor u, et al. .
Liu, Huan, ai Li, an Chen, and in Ro ert Luo Alor u, et al. .
Li, iao Bai, iao in Liu, and Lu ai Moti alla .

. In addition, the alue o data reaches as re orted the Ponemon Institute in the a orementioned stud rom as hi hest or health care or ani ations at er record, as com ared to inancial ser ices , media , research , and the u lic sector .

. In terms o studies attem tin to directl measure the alue o medical data, American c ersecurit irm Trust a e u lished a re ort on The alue o Data in . The stud included sur e res onses rom senior IT mana ers and or ani ations across Australia, Canada, a an, the U. ., and the U.S., collecti el re erred to as data controllers.

. To alue the in ormation, the stud em lo ed a ell esta lished solution no n as er ca ital alue. This to do n a roach calculates the o erall alue o a set o records and di ides it the num er o records. The er ca ita alue as then re orted rime data su ect. O the res ondents ho estimated a alue or their records, identi ied atient records as the rime data su ect at a mean alue o , er record.

. This aluation is su orted the act that the alue o a dataset is a unction o the amount o data contained in that set hile sin le data oints such as a erson s name, email, and hone num er ha e economic alue on their o n, the com ined alue o a data record is li el to e alued much hi her i that data is also associated ith inancial or medical in ormation. Patient medical records, in articular, hold oth a hi h num er o attri utes indi idual data oints and are also more li el to contain true in ormation.

---

Cost o Data Breach Stud , Ponemon Institute Research Re ort. These num ers re lect a re ate alues or all countries studied in the re ort. As the a era e data reach alue or the U.S. in articular as the hi hest amon all countries, the alue attached to com romised health care data is li el an underestimate or the alue o health care records in the U.S. s eci icall .

The alue o Data, Trust a e, .

The alue o Data, Trust a e, .

The alue o Data, Trust a e, .

o the res ondents did not ro ide a alue. The alue o Data, Trust a e, .

The alue o Data, Trust a e, .

or e am le, the email address o a sin le internet user has een estimated to e orth . *ee* Ho Much Is User Data orth , a tocol.medium.com, accessed Au ust , .

Li, iao Bai, iao in Liu, and Lu ai Moti alla .

The alue o Data, Trust a e, .

*Confidential*

. Ernst oun E conducted a similar stud in measurin the alue o healthcare data to a ariet o irms. Le era in the er ca ita alue a roach rom the Trust a e re ort re erenced a o e, I ha e a lied a similar methodolo ical rame or to deri e an alternati e estimate or the ersonal medical data usin a sam le o si irms identi ied in the E re ort. This sam le includes oth u lic and ri ate com anies. The o erall alue o atient records is determined ased on mar et aluation or the selected u lic com anies and ost mone aluation or ac uisition rices or the ri ate com anies in the industr M A acti it at the time. or each irm included in m anal sis, I estimate the alue o ersonal medical data di idin the total im lied alue the num er o records held. Based on this method, the alues im lied median a era e alue o medical records in the sam le is a ro imatel . er record, ith a ran e rom a lo er uartile o . to an u er uartile o , .

. There are se eral ca eats to the alue o ersonal medical in ormation im lied this method. Althou h it indirectl measures the alue o ersonal medical data in relation to the mar et er ormance o com anies that s eci icall deri e alue rom the moneti ation o medical records throu h data licensin or su scri tion ser ices , these com anies also enerate re enues throu h other roduct or ser ice lines. Moreo er, the data traded these com anies is li el more com rehensi e than the data transmitted De endant. Nonetheless, in com ination ith the indin s rom the Trust a e re ort, this indin underscores the enhanced alue associated ith ersonal medical and health data as com ared to the more nominal alues associated ith ase ersonal in ormation and ro ides an u er ound aluation or ersonal medical in ormation.

---

Realisin the alue o Health Care Data: A rame or or the uture, E , .

Realisin the alue o Health Care Data: A rame or or the uture, E , *ee* E hi it .

Realisin the alue o Health Care Data: A rame or or the uture, E , *ee* E hi it .

*ee* E hi it .

or e am le, I IA Holdin s, one o the irms in our sam le, ro ides ad anced data anal tics, technolo solutions, and clinical research ser ices. Their research and de elo ment se ment includes ro ect mana ement and clinical monitorin , amon other ser ices, hich e tend e ond ust healthcare data.

Ho e er, I note that the data traded these com anies is necessaril anon mi ed accordin to HIPAA re ulations, unli e the ersonal medical in ormation that as alle edl transmitted De endant alon side PII. HIPAA re uirements s eci cate ories o ersonal in ormation that need to e remo ed rom health data e ore it can e released to an third art .

*Con l ion elated to al e of er onal nfor ation*

. As discussed a o e, the estimate o a air mar et aluation o ersonal in ormation can e a roached rom multi le ers ecti es, includin an indi idual s TA or TP, the alue o harm caused rom data e osure, and the ene it a data holder ains rom data ac uisition. The alues or ersonal in ormation im lied these di erent a roaches ran e rom a er user alue o , , , and in the TP conte t to . to in the TA conte t, ith most o ser ations su ortin a t ical estimated air mar et aluation o a ro imatel .

. hen considerin the alue o ersonal, non u lic medical in ormation, there is a remium associated a o e the alue im licit to asic ersonal in ormation that can e e lained due to the ri ate and sensiti e nature o health and medical in ormation. Health related in ormation is more alua le than other orms o ersonal in ormation, and this conclusion is corro orated the additional alue associated ith ersonal medical data included in the studies discussed in this re ort. hen considerin ersonal in ormation in the orm o com lete medical or health records, im lied mar et alues increased e en urther , li el in art due to the readth o in ormation included in the underl in datasets.

. hile indi idual data oints ha e economic alue, this alue increases hen ersonal in ormation can e com ined in the a re ate to ro ide insi hts that ould not other ise e a aila le at the le el o discrete data oints.

---

Ac uisti, Alessandro, Curtis Ta lor, and Liad a man. "The economics o ri ac ." *o rnal of e ono i iterat re* , no. : .

. or the com osite alue o ersonal in ormation and or data reaches in the U.S. Customer Data: Desi nin or Trans arenc and Trust, Har ard Business Re ie , Ma Li, iao Bai, iao in Liu, and Lu ai Moti alla a ner, et. al Liu, Huan, ai Li, an Chen, and in Ro ert Luo Alor u, et al. . or e am le, Li, iao Bai, iao in Liu, and Lu ai Moti alla e cluded medical claim related data ith a median rice o rom its com osite alue, hich inclusion ould ha e increased the o erall alue o ersonal in ormation. Similarl , the alue o ersonal records throu h the lens o data reaches as descri ed in the Ponemon Institute re ort as hi hest or health care or ani ation at er record, as com ared to inancial ser ices , media , research , and the u lic sector . *ee* Cost o Data Breach Stud , Ponemon Institute Research Re ort.

Soma, ohn T., . achar Courson, and ohn Cad in Li, iao Bai, iao in Liu, and Lu ai Moti alla .

. The De endant in this case is accused o unla ull transmittin multi le orms o ersonal in ormation to third arties, includin :

- Plainti s and Class Mem ers ersonall identi ia le in ormation such as account and de ice identi iers, IP addresses, and e mail addresses
- Plainti s and Class Mem ers atient status and
- Plainti s and Class Mem ers communications ith BetterHel ia its e sites, throu h com letion o the inta e uestionnaire, si nin u or thera and counselin ser ices, a in or ser ices, ta in mental health assessments or test, or re ie in ad ice articles a out s eci ic conditions and treatments.

. Based on the readth and t e o in ormation transmitted, it is a ro riate in m o inion to alue the alle edl misa ro riated atient status and ersonal in ormation throu h the lens o an a re ate alue or ersonal in ormation. Based on m re ie o Plainti s e ert Dr. Sha i s re ort, I understand that the t e o data transmitted in the a o e list can e utili ed to identi and enerate identi in , uasi identi in , ri ate, and demo ra hic attri utes or users consistent ith those studied in the academic literature cited throu hout this re ort. I also note that Dr. Sha i o ines that the data sharin that can e used to ma e these associations as uni orm across the utati e Class.

. The alues o . and im lied Li, iao Bai, iao in Liu, and Lu ai Moti alla or ersonal in ormation and a era e United States data reach costs res ecti el in the TA conte t, as ell as alues rom to er ear in the TP conte t, act as o ser ations to in orm a reasona le aluation or an indi idual s ersonal in ormation as an intan i le asset that as alle edl ta en ithout ermission, not one in hich the Class Mem ers ere acti el see in a mar et in hich to sell the in ormation.

---

*ee* E ert Re ort o Dr. u air Sha i , , O inion .
*ee* E ert Re ort o Dr. u air Sha i , O inion .
*ee* E ert Re ort o Dr. u air Sha i , .

*Confidential*

. Based on the si ni icant academic and industr research and rimar inancial data on hich I ha e re ie ed and relied u on and discussed in detail a o e, it is m o inion that a reasona le and conser ati e nominal estimate o air mar et alue o the t e o ersonal in ormation and atient status that the Plainti alle es as im ro erl trans erred in this matter is er user. It is orth nothin that this alue is ultimatel deri ed rom i ures that do not include s eci ic ersonal medical data e ond atient status in their e aluations. Thus, the er user aluation re resents a nominal and conser ati e aseline air mar et alue or the in ormation unla ull trans erred the De endant.

## IX. CALCULATIN DAMA ES ON A CLASS- IDE BASIS

. Plainti alle es that De endant s installation o the Di ital Mar etin Tools on its e ro erties and transmission o Plainti s and Class Mem ers atient status and ersonal in ormation ultimatel resulted in an unauthori ed trans er o alue, ith no due com ensation ro ided to Class Mem ers or the trade made De endant. As descri ed in detail a o e, it is m o inion that the com ination o atient status and ersonal in ormation De endant alle edl transmitted or each Class mem er has a alue ca a le o reasona le measurement. Accordin l , it is also m o inion that the alue o the harm caused De endant can reasona l e measured as the mar et alue o the data trans erred ithout authori ation on the art o the utati e Class Mem ers.

. As discussed a o e, it is m o inion that a reasona le and conser ati e estimation o the nominal mar et alue or this in ormation is er erson.

. ith re ards to economic dama es or the utati e Class as a hole, I understand rom counsel that one undamental re uirement or class actions dama es is that dama es must e ca a le o ein measured on a class ide asis utili in a common methodolo .

. Throu h the use o a nominal estimate o the air mar et alue o ersonal in ormation at a minimum that as alle ed to e ina ro riatel trans erred the Plainti and utati e Class Mem ers o each, it is ossi le to calculate economic dama es on a class ide asis in this matter.

## X. CONCLUSION

. Based on the recedin anal sis, it is m o inion that a class ide dama es methodolo can e a lied across the entire Class. This calculation uses a conser ati e estimate o the alue o the ersonal in ormation and atient status that as alle ed to ha e een misa ro riated the De endant and a lied to each utati e Class Mem er. A reasona le, i conser ati e, estimate o the alue o the t e o ersonal in ormation and atient status alle ed to ha e een ina ro riatel trans erred to third arties the De endant in this matter is er user.

. As noted a o e, this re ort does not discuss, and I am not e ressin an o inion on, an le al distinctions that ma e ist et een actual dama es, restitutionar dama es, and e uita le restitution. hile in eneral m re ort re ers to dama es, I am merel e ressin o inions on the inde endent economic air mar et alue o the t es o sensiti e data collected and alle edl disclosed BetterHel , and the ro ust mar et or that data.

. This re ort resents m anal sis, o inions and conclusions at this time and is ased on in ormation a aila le to me as o the date a o e. I additional in ormation or testimon ecomes a aila le to me, I ma re ise or su lement m anal sis, o inions, and conclusions, and I reser e the ri ht to modi or su lement this re ort, as necessar . I ma testi at trial re ardin an related matter raised either art a ter the date o this re ort, i as ed to do so. This re ort is intended solel or use in the a o e re erenced liti ation and is not to e used or an other ur ose.

## Personal Medical Data Valuation - EY Analysis[1]

| Company | Medical Data Business[2] | Estimated Value per Record[3] | |
|---|---|---|---|
| IQVIA Holdings Inc. | IQVIA Health Data Catalog | $ | 63.23 |
| Innovalon Holdings Inc. | Inovalon Data Cloud | $ | 12.91 |
| OptumInsight (UnitedHealth Subsidiary) | Optum Electronic Health Record ("EHR") data | $ | 54.20 |
| AllScripts Healthcare Solutions, Inc. | Veradigm Network | $ | 247.78 |
| Nebula Genomics, Inc | Genomic data | $ | 2,659.72 |
| Tempus | Data licensing | $ | 9,254.18 |
| | Average | $ | 2,048.67 |
| | Median | $ | 155.51 |
| | Lower Quartile | $ | 56.46 |
| | Upper Quartile | $ | 2,056.73 |

[1]Ref.: Realising the Value of Health Care Data: A Framework for the Future, EY, 2019.

Companies listed were selected from the full set of companies included in the Appendix - supplement at pp. 24-31.

Company list reduced to those whose websites or financial reports identify a business line related to monetization of electronic health or medical record data (excluding EHR/EMR administration software)

[2]Ref.: IQVIA Form 10K 2023, p. 9

Inovalon Data Cloud, inovalon.com, accessed 8-21-2024

Optum Electronic Health Record Data, optum.com, accessed 8-21-2024

Real World Data Solutions, veradigm.com, accessed 8-21-2024

FAQs - Nebula Genomics, nebula.org, accessed 8-21-2024

Data Collaborations, tempus.com, accessed 8-21-2024

Biopharma Partnership Solutions, Foundation Medicine, 2024

[3] British pound converted to USD based on January 2019 average exchange rates, retrieved from British Pound to US Dollar Spot Exchange Rates for 2019, exchangerates.org.uk, accessed 8-29-2024.

# ERIC R. KRAUSE

APPLIED ECONOMICS CONSULTING GROUP, INC.
1905 North Lamar Boulevard
Austin, Texas 78705
T-512.474.5860 F-512.474.6756
ekrause@aecgi.com www.aecgi.com

---

## EDUCATION

Masters in Business Administration, University of Texas at Austin, 2012

Bachelor of Arts in Economics, University of Texas at Austin, 2002

---

## WORK EXPERIENCE

Applied Economics Consulting Group, Inc., 2008 to Present
Director

> Financial consulting, litigation support and testimony as an expert in a variety of energy and other economic related matters. Data analysis through model construction, programming, and statistical analysis. Assist clients in support of valuation and financial damages analysis.

Applied Economics Consulting Group, Inc., 2003 to 2008
Consultant

> Financial consulting, litigation support to testifying experts in a variety of energy related matters.

George & Donaldson, LLP, 1998 to 2002
Litigation Assistant

Deja News, Inc., 1996 to 1997
Assistant Principal Systems Architect for Statistical Testing

---

## CIVIC AFFAIRS AND MEMBERSHIPS

American Economics Association

National Economics Association

World Economics Association

Eric R. Krause
List of Testimony 2008-2025
(client underlined)

1. Fridkin-Kaufman, Ltd., Plaintiff v. Gastar Exploration Texas L.P. fka First Source Gas L.P., et al, Defendant (In the 281st Judicial District Court of Harris County, Texas, Case No. 2008-74765) [Report]

2. Trust Venture Company, L.L.C. on Behalf of the Torch Energy Royalty Trust, Plaintiff v. Constellation Energy Partners, L.L.C., Defendant (In the Circuit Court of Tuscaloosa County, Alabama, Civil Action No. CV-2008-900751) [Hearing Testimony]

3. Hat Creek Energy, L.L.C., Plaintiff v. Gasco Production Company, Defendant (In the District Court, City and County of Denver, Colorado, Case No. 2012-CV-2055) [Report & Supplemental Report]

4. Fort Apache Energy, Inc. and Drilling Risk Management, Inc., Plaintiffs v. Gemini Insurance Company, Berkeley Oil & Gas Specialty Services, LLC, OCB Interests, L.L.C. f/k/a BC Johnson Associates a Unit of the Specialized Loss Adjusting Division of York Risk Services Ground, Inc., and J.H. Blades & Co., Inc., Defendants (In the 216th District Court of Kendall County, Texas, Case No. 12-066) [Designation]

5. Choice Exploration Inc.; LLOG Exploration Company, LLC; LLOG Exploration Texas, LP; Seidler Oil & Gas, LP; Overlord Energy Investments, LLC; Henderson Group, Inc.; Russo Exploration, LLC; Oil2 Eisenhower Prospect, LP; & Big "6" Drilling Company, Plaintiffs v. Weatherford U.S., LP; Weatherford International, Inc.; Weatherford Artificial Lift Systems, Inc.; Freudenberg Oil & Gas, LLC; MWW-MDV Operations, LP; MWW-MDV Properties, LP; MWW-GP, LLC; MDV-GP, LLC; Michael W. Ward; Michael D. Viator; Cameron International Corporation; Cameron, Inc.; & Cameron Solutions, Inc., Defendants (In the 269th District Court of Harris County, Texas, Cause No. 2013-18463) [Report, Supplemental Report & Deposition]

6. Bigie Lee Rhea, Plaintiff v. Apache Corporation, Defendant (In the United States District Court for the Eastern District of Oklahoma, State Case No. CJ-2014-170) [Affidavits, Report & Deposition]

7. In the Matter of the Marriage of K.S.L. and R.R.L. (In the 408th District Court of Bexar County, Texas, Case No. 2013-CI-05201) [Affidavit]

8. Energy Services Group, Inc., Plaintiff v. Quality Carriers, Inc. and Reagent Chemical & Research, Inc., Defendants (In the United States District Court for the Northern District of Texas, Fort Worth Division, Civil Action No. 4:14-cv-449-A) [Report & Supplemental Report]

9. Kevin L. Jeter, Joe A. Jeter, Barbara Lucas, James H. Miller, Sharon Rigsby Miller, Larry Smith, and Janice Sue Parker, Individually and as a Class Representatives on Behalf of All Similarly-Situated Persons, Plaintiffs v. Wild West Gas, LLC; Wild West Gas, Inc.; Bullseye Energy, Inc.; Fountainhead, LLC; and KRS&K, an Oklahoma General Partnership, Defendants (In the United States District Court for the Northern District of Oklahoma, Case No. 12-CV-411 JHP PJC) [Report, Supplemental Report & Deposition]

10. Carl O. Gurecky, Plaintiff v. Zachry Exploration LLC and Zachry Exploration, Ltd., Defendants (In the District Court Colorado County, Texas 25th Judicial District, Cause No. 23755) [Designation]

11. Roy McMullen, Plaintiff v. Quad/Graphics Marketing, LLC, Defendant (In the United States District Court in and for the Eastern District of Texas, Lufkin Division, Case No. 9:15-cv-00040-MHS) [Report]

12. Elster Oil and Gas, LLC, Claimant v. Extraction Oil and Gas, LLC, Respondent (American Arbitration Association, Case No. 01-15-0004-0836) [Report]

13. Expro Engineering, Inc., Panther City Exploration Company, LLC, and Trinity East Energy, LLC, Plaintiffs v. Weatherford International, LLC and Texas CES, Inc. d/b/a Basin Tool Company, Shale Tank Truck, and Mercer Well Service, and National Oilwell DHT, LP d/b/a National Oilwell Varco DHT, LP, Defendants (In the 68th Judicial District of Dallas County, Texas, Cause No. DC-14-13868) [Report]

14. Tony R. Whisenant, on behalf of himself and all others similarly situated, Plaintiffs v. Strat Land Exploration Co., Defendant (In the District Court of Beaver County, State of Oklahoma, Case No. CJ-2014-4) [Report & Hearing Testimony]

15. D&D Cajun Ventures, LLC and Eileen H. Baur, Plaintiffs v. Atlantic Richfield Company; Arco Oil & Gas Co.; Vista Resources, LLC; Cody Energy, LLC; Cabot Oil & Gas Corporation; Union Oil Company of California; Dunhill Exploration and Production, LLC; Dune Energy, Inc.; Brammer Engineering, Inc.; Phoenix Exploration Company, LP; White Oak Energy, LLC; White Oak Operating Company, LP; Newfield Exploration Company; Goldking Texas, Inc.; Texaco Exploration and Production, Inc.; Chevron USA, Inc.; Pan-Ok Production Company, Inc.; Henry Production Company; KMC Energy, LLC; and Bay Holdings, LLC, Defendants (in the 15th Judicial District Court of Vermilion Parish, State of Louisiana, Case No. 87,694) [Report & Deposition]

16. Fremak Industries, Inc., Claimant v. ISMT Limited, Respondent (International Court of Arbitration Case No. 20784/RD) [Report & Arbitration Testimony]

17. Lancaster Management Services, Inc., Plaintiff v. Chad Scott Nall, individually and d/b/a Setnique Tradeshow Services, and Your Labor Management, LLC, Defendants (In the District Court of Dallas County, Texas, 298th Judicial District, Case No. DC-15-08144) [Report, Supplemental Report & Hearing Testimony]

18. Prime Natural Resources, Inc., Plaintiff v. Certain Underwriters at Lloyd's London, Syndicate Numbers 2020, 1084, 2001, 457, 510, 2791, 2987, 3000, 1221, 5000, Navigators Insurance Company, UK, Defendants (In the District Court of Harris County, Texas, 281st Judicial District, Cause No. 2015-51137) [Designation, Report & Deposition]

19. Certain Underwriters at Lloyd's London and Certain Insurance Companies, Manti Exploration, LP, Shoreline Southeast, LLC, Ankor E&P Holdings Corporation, Dune Properties, Inc., Manti Exploration Operating, LLC, San Isidro Development Co., LC, Leeville West Energy, LLC, CC Bay, LLC, Winn Exploration Co., Inc., C. Douglas Jamba, LLC, D&C Energy Resources, Inc., Plaintiffs v. United States Steel Corporation and United States Steel Tubular Products, Inc., Defendants. (In

the District Court of Lafourche Parish, State of Louisiana, 17th Judicial District, Cause No. 125577) [Report, Supplemental Report, Trial Testimony]

20. Robert E. Lee, Jr., Hitch Land & Cattle Company, and Suzanne V. Landess, Trustee of the Suzanne V. Landess Revocable Trust, Plaintiffs v. ConocoPhillips Company, Defendant. (In the United States District Court for the Western District of Oklahoma, Case No. CIV-14-01391-D) [Report & Deposition]

21. Duncan Frank, on behalf of himself and all others similarly situated, Plaintiffs v. Crawley Petroleum Corporation, Defendant. (In the United States District Court for the Western District of Oklahoma, Case No. CIV-13-01193-R) [Report]

22. Portal Investments, LLC, Claimant v. Rival Holdings LLC, Douglas L. Johnson, Chad D. Johnson, Todd J. Johnson, Respondents. (JAMS Arbitration, Case No. 16372) [Report, Supplemental Report, Arbitration Hearing Testimony]

23. Chuck Travis Cowan, on behalf of himself and all others similarly situated, Plaintiff v. Devon Energy Corporation; and Devon Energy Production Company, LP (including affiliated predecessors and affiliated successors), Defendants. (In the District Court of Pittsburgh County, State of Oklahoma, Case No. CJ-2016-242) [Deposition]

24. Occidental Energy Marketing, Inc. and Oxy Ingleside LPG Pipeline, LLC, Plaintiffs v. NuStar Logistics, L.P., Defendant. (In the District Court of Harris County, Texas, 11th Judicial District, Cause No. 2015-39021) [Report]

25. Ryder Truck Rental, Inc., d/b/a Ryder Transportation Services, Plaintiff v. Maalt LP, et al, Defendants. (In the United States District Court for the Northern District of Texas, Dallas Division, Civ Action No. 3:15-CV-3325-N) [Report, Deposition, Trial Testimony]

26. Sutter Ranch Corporation, and Oklahoma corporation and Sutter Ranch Mineral Trust, Plaintiffs v. Cabot Oil & Gas Corporation, Lime Rock Resources, Apache Corporation, Defendants. (In the District Court of Ellis County, State of Oklahoma; Case No. CJ-2015-7) [Report]

27. Sutter Ranch Corporation, and Oklahoma corporation and Sutter Ranch Mineral Trust, Plaintiffs v. Cabot Oil & Gas Corporation, Lime Rock Resources, Apache Corporation, Defendants. (In the District Court of Ellis County, State of Oklahoma; Case No. CJ-2015-7) [Report]

28. Sutter Ranch Corporation, and Oklahoma corporation and Sutter Ranch Mineral Trust, Plaintiffs v. Cabot Oil & Gas Corporation, Lime Rock Resources, Apache Corporation, Defendants. (In the District Court of Ellis County, State of Oklahoma; Case No. CJ-2015-7) [Report]

29. KMD Operating Company, LLC, KMD Acquisitions, LLC, and California Resources Production Corporation, Claimants v. Innex California, Inc. and General Crude Company, Inc., Respondents. (Matter of Arbitration, CPR File No. G-16-32-C) [Report, Supplemental Report, Arbitration Hearing Testimony]

30. Ashcraft Group, LLC for itself and all others similarly situated, Plaintiffs v. Silver Creek Oil & Gas, LLC, Defendant. (In the United States District Court for the Eastern District of Oklahoma; Case No. 16-CV-388-RAW) [Report, Deposition]

31. Stellar Oil & Gas, LLC, Plaintiff v. BlueCrest Cosmopolitan, LLC, Defendant. (In the District Court of Harris County, Texas, 80th Judicial District, Cause No. 2017-04220) [Report]

32. Michael Kernen for himself and all others similarly situated, Plaintiffs v. Casillas Operating, LLC and Casillas Petroleum Corporation, Defendants. (In the District Court of Garvin County, State of Oklahoma, Case No. CJ-17-186) [Declaration, Depositions, Report, Supplemental Report]

33. Antero Resources Corporation, Plaintiff v. Washington Gas Light Company and WGL Midstream, Inc., Defendants. (In the District Court of the City and County of Denver, Colorado, Case No. 2017CV33930) [Report, Supplemental Report, Updated Supplemental Report, Rebuttal Report]

34. State of Oklahoma *ex rel.,* Commissioners of the Land Office, Plaintiff v. Apache Corporation, Defendant. (In the District Court in and for Beckham County, State of Oklahoma, Case No. CJ-17-1) [Report, Declaration, Deposition, Supplemental Report]

35. Richard L. Kuffa and Denise D. Kuffa, Claimants v. Statoil USA Onshore Properties, Inc. f/k/a StatoilHydro USA Onshore Properties, Inc., Respondent. (American Arbitration Association, Scranton, Pennsylvania, Case No. 1-17-0005-6012) [Report, Deposition]

36. San Isidro Development Company, LC and San Isidro Energy Company, LLC, Plaintiffs v. BPX Properties (NA) F/K/A BHP Billiton Petroleum Properties (N.A.), LP F/K/A Petrohawk Properties, LP, and BPX Operating Company F/K/A BHP Billiton Petroleum (TXLA) Operating Company, Defendants. (In the 36th Judicial District Court of McMullen County, Texas, Cause No. M-15-0050-CV-C) [Disclosure; Declaration, Report, Deposition]

37. Chieftain Royalty Company, for itself and all other similarly situated, Plaintiffs v. SM Energy Company (including predecessors, successors, and affiliates), Enervest Energy Institutional Fund XIII-A, L.P., Enervest Energy Institutional Fund XIII-WIB, L.P., Enervest Energy Institutional Fund XIII-WIC, L.P., Enervest Operating, L.L.C. and FourPoint Energy, LLC, Defendants. (In the United States District Court for the Western District of Oklahoma, Case No. CIV-11-177-D) [Report, Supplemental Report]

38. Hitch Enterprises, Inc., on behalf of itself and all others similarly situated, Plaintiffs v. Key Production Company, Inc., Defendant (In the District Court of Texas County, Oklahoma, Case No. CJ-2017-01) [Report, Rebuttal Report, Supplemental Report]

39. Baker Hughes Oilfield Operations, LLC and Baker Petrolite, LLC, Claimant v. BlueCrest Alaska Operating LLC, Respondent. (The American Arbitration Association Under the Commercial Rules, Case No. 01-17-0007-3892) [Report, Reply Report]

40. Perry Cline, on behalf of himself and all others similarly situated, Plaintiff v. Sunoco, Inc. (R&M) and Sunoco Partners Marketing & Terminals, LP, Defendants. (In the United States District Court

for the Eastern District of Oklahoma, Case No. 17-cv-00313-JHP) [Report, Deposition, Declarations, Merits Report, Trial Testimony]

41. Marc Marrocco and Antonio Albanese, directly and derivatively on behalf of Centurion Logistics, LLC, and directly and derivatively on behalf of Centurion Pecos Terminal, LLC, a Texas Limited Liability Company, Plaintiffs v. James Ballengee, Ballengee Interests, LLC, John Calce, Chris A. Mott, Tom Ramsey, Stampede Tx Energy, LLC, Centurion Midstream Group, LLC, Centurion Terminals, LLC, Centurion Brownsville Terminal, LLC, James Hock, Vispi Jilla, and JupiterMLP, LLC, Defendants and Centurion Pecos Terminal LLC, a Texas Limited Liability Company, Nominal Defendant. (In the District Court of Dallas County, Texas, B-44th Judicial District, Cause No. DC-16-07706) [Report, Declaration]

42. Judy Grellner, on behalf of herself and all others similarly situated, Plaintiff v. Devon Energy Corporation and Devon Energy Production Company, LP, Defendants. (In the District Court of Pittsburgh County, State of Oklahoma, Case No. CJ-2016-242) [Declaration]

43. Chieftain Royalty Company, on behalf of himself and all others similarly situated, Plaintiff v. Unit Petroleum Company, Defendant. (In the District Court of LeFlore County, State of Oklahoma, Case No. CJ-2016-230) [Report, Deposition]

44. Jesus Guerra, Plaintiff v. United States of America, Defendant. (In the United States District Court for the Western District of Texas, El Paso Division, Case No. EP-18-CV00270-FM) [Report]

45. Janie Slamon, as Executrix of the Estate of James Slamon and Eric Lewis, on behalf of themselves and all others similarly situated, Plaintiff v. Carrizo (Marcellus), LLC, Reliance Marcellus II, LLC, Reliance Holdings USA, Inc., BKV Operating LLC and BKV Chelsea, LLC, Defendants. (In the United States District Court for the Middle District of Pennsylvania, Case No. 3:16-cv-02187-RDM) [Report, Depositions, Merits Report, Merits Rebuttal Report; Merits Deposition]

46. Donald D. Miller Revocable Family Trust, Trustee Donald D. Miller, on behalf of himself and all others similarly situated, Plaintiff v. DCP Operating Company, LP and DCP Midstream, LP, Defendants. (In the United States District Court for the Eastern District of Oklahoma, Case No. 18-CV-00199-JH) [Report, Deposition, Declaration]

47. Sagacity, Inc., on behalf of itself and all other similarly situated, Plaintiff v. Magnum Hunter Production, Inc., Prize Energy Resources, LP, and Cimarex Energy Company of Colorado, Defendants. (In the United States District Court for the Eastern District of Oklahoma, Case No. 6:17-cv-00101-KEW) [Report, Deposition]

48. Maalt, LP, Plaintiff v. Sequitur Permian, LLC, Defendant. (In the 51st Judicial District Court, Irion County, Texas, Cause No. 19-003) [Report, Deposition]

49. Chieftain Royalty Company and Castlerock Resources, Inc., on behalf of themselves and all others similarly situated, Plaintiffs v. BP America Production Company, Defendant. (In the United States District Court for the Northern District of Oklahoma, Case No. 4:18-CV-00054-GKF-JFJ) [Report, Deposition]

50. *In re Unit Corporation.* (In the United States Bankruptcy Court for the Southern District of Texas, Case No. 20-32740) [Report, Hearing Testimony]

51. The Reynolds and Reynolds Company, Plaintiff v. I3 Brands, Inc., et al, Defendants. (In the United States District Court for the Southern District of Texas, Houston Division, Civil Action No. 4:19-CV-1260) [Report]

52. Victory Diesel, LLC, VicNRG, LLC, Victory Transload, LLC, Victory Blue, LLC, Claimants v. Whitley Penn LLP, Respondent. (American Arbitration Association, Case No. 01-19-0002-0493) [Report, Rebuttal Report]

53. Seneca Resources Company, LLC, Plaintiff v. Tesco Corporation (US) and U.S. Steel Oilwell Services, LLC, Defendants. (In the District Court of Harris County, Texas, 334th Judicial District; Cause No. 2019-10131) [Designation]

54. The Duncan Group, LLC, on behalf of itself and all others similarly situated, Plaintiff v. Cimarex Energy Company, Defendant. (In the United States District Court for the Western District of Oklahoma, Case No. 18-CV-123-JD) [Report, Deposition]

55. David M. Dunwoody, Jr., Plaintiff v. EnVen Energy Corporation, EnVen Energy Ventures, LLC, and EnVen Equity Holdings, LLC, Defendants. (In the District Court of Harris County, Texas, 151st Judicial District, Cause No. 2019-39608) [Report, Deposition, Trial Testimony]

56. U.S. Soil, Inc., Plaintiff v. AgriFarm Group, LLC, et al, Defendants. (In the District Court of Chaffee County, State of Colorado, Case No. 2020CV30007) [Report]

57. Williams Field Services, LLC, Plaintiff v. BP America Production Company, Defendant. (In the District Court of Tulsa County, State of Oklahoma, Cause No. CJ-2018-4872) [Report, Deposition]

58. MAKO Resources, LLC, TMN Resources, LLC, STAAB Holdings, LLC, Golden Gas Service Company, and Alan R. Staab, Plaintiffs v. Trinity Operating (USG), LLC and WSGP Gas Producing, LLC, Defendants. (In the United States District Court for the Northern District of Oklahoma, Case No. 4:19-cv-00461-GKF-JFJ) [Report, Supplemental Report]

59. Kunneman Properties LLC, et al, on behalf of themselves and all others similarly situated, Plaintiffs v. Marathon Oil Company, Defendant. (In the United States District Court for the Northern District of Oklahoma, Case No. 17-CV-456-GKF-JFJ) [Report, Deposition, Hearing Testimony]

60. Lake Carey Investments, LLC, et al, Claimants v. Statoil USA Onshore Properties, Inc. f/k/a StatoilHydro USA Onshore Properties, Inc., Respondent. (American Arbitration Association, Case No. 1-17-0007-3491) [Report, Rebuttal Report, Deposition]

61. Kenny Wayne Rounds and Randy Carl Smith, on behalf of themselves and all others similarly situated, Plaintiffs v. FourPoint Energy, LLC, Defendant. (In the United States District Court for the Western District of Oklahoma, Civil Action No. 5:20-CV-00052-JD) [Report, Deposition]

62. William A. Chambers, et al, Plaintiffs v. Chesapeake Appalachia, LLC and Equinor USA Onshore Properties, Inc. f/k/a Statoil USA Onshore Properties, Inc., Defendants. (In the United States District Court for the Middle District of Pennsylvania, Case No. 3:18-CV-437-ARC) [Report, Deposition]

63. Dab Drilling, Inc., Plaintiff v. Byline Bank, Defendant/Third Party Plaintiff v. Adam M. Komoroski, Nathan L. Price, and Aaron Jason Carmody, Third Party Defendant. (In the United States District Court for the District of Colorado, Civil Action No. 1:18-CV-02513-JLK) [Report]

64. DCP Guadalupe Pipeline, LLC, Plaintiff v. Atmos Energy Corporation, Defendant. (In the District Court of Dallas County, Texas, 14th Judicial District, Cause No. DC-18-19091) [Report, Reply Report, Declaration, Deposition]

65. SynergenX Physician Services, PLLC, Claimant v. Maxxam Hormone & Health, PLLC and Stacy Dyan Hutt, and Kimberly Kay Guinniss, Respondents. (In an Arbitration Case No. 20-037, Arbitrator: Trey Bergman) [Report, Trial Testimony]

66. BNJ Leasing, Inc. and MRB Enterprise, Inc., Plaintiffs v. Portabull Fuel Service, LLC, Defendant. (In the United States District Court for the Southern District of Mississippi, Eastern Division, Case No. 2:19-cv-156-KS-MTP) [Report, Deposition]

67. Kevin Hoog, on behalf of himself and all others similarly situated, Plaintiff v. PetroQuest Energy, LLC, et al, Defendants. (In the United States District Court for the Eastern District of Oklahoma, Case No. 16-CV-463-RAW) [Report, Deposition]

68. H. Kenneth LeFoldt, Jr. as Trustee of the Whistler Energy II, LLC Litigation Trust, Plaintiffs v. Scott A. Frankel, Defendant. (In the United States District Court for the Eastern District of Louisiana, Civil Action No. 18-5303, Section H) [Report, Deposition]

69. Tanos Exploration II, LLC, Plaintiff v. Petrotech Solutions, LLC, Integrated Chemical Services, Inc., & VRC Technologies, Inc., Defendants. (In the District Court for the 71st District Court of Harrison County, Texas, Cause No. 20-0407) [Report, Deposition]

70. Philip Lee, on behalf of himself and all others similarly situated, Plaintiff v. Petroquest Energy, LLC, Defendant. (In the United States District Court for the Eastern District of Oklahoma, Civil Action No. 16-CIV-516-RAW) [Report, Deposition]

71. Bright Rock Energy, LLC, Plaintiff v. CNOOC Energy USA, LLC, Defendant. (In the United States District Court for the District of Wyoming, Case No. 21-CV-32-NDF) [Report]

72. MidCon Gathering, LLC, Plaintiff v. Occidental Energy Marketing, Inc., Defendant. (In the District Court of Harris County, Texas, 133rd Judicial District, Cause No. 2020-42162) [Report, Deposition]

73. Box Elder Kids, LLC, C Open A, LLC, and Guest Family Trust, by its Trustee Constance F. Guest, individually and on behalf of all others similarly situated, Plaintiffs v. Anadarko E&P Onshore, LLC, Anadarko Land Corporation, and Kerr McGee Oil and Gas Onshore, LP, Defendants. (In the United States District Court for the District of Colorado, Civil Action No. 1:20-cv-02352-RMR-SKC) [Report, Deposition, Supplemental Report, Merits Report]

74. Travis Young and Michelle Bee Young, Plaintiffs v. SWN Production Company, LLC and Equinor USA Onshore Properties, Inc., Defendants. (In the United States District Court for the Northern District of West Virginia, Wheeling Division, Case No. 5:17-CV-00082) [Report, Declaration, Supplemental Report]

75. Travis Young and Michelle Bee Young, Plaintiffs v. SWN Production Company, LLC and Equinor USA Onshore Properties, Inc., Defendants. (In the United States District Court for the Northern District of West Virginia, Wheeling Division, Case No. 5:17-CV-00082) [Report, Declaration, Supplemental Report]

76. Donald Woodford, individually, and, Maria Woodford, as Trustee of the Maria Woodford Revocable Trust, Plaintiffs v. Trinity Operating (USG), LLC, WSGP Gas Producing, LLC, and WSGP Gas Producing (Arkoma), LLC, Defendants. (In the United States District Court for the Eastern District of Oklahoma, Case No. CV-166-RAW) [Report]

77. RKI Energy Resources, LLC, Plaintiff v. Cyclone Drilling Inc., Walker Inspection, LCC, New IPT, Inc. d/b/a Integrated Petroleum Technologies, Dennis Geiss, Abimael Medina and Tom Thomas, Defendants. (In the District Court for the Sixth Judicial District of Campbell County, State of Wyoming, Civil Action No. 39065) [Report, Deposition]

78. Enerfin Resources I Limited Partnership, Plaintiff v. Calyx Energy III, LLC, Defendant. (In the District Court of Harris County, Texas 189th Judicial District, Cause No. 2019-02865) [Report]

79. Sultan Oil Company, et al., Plaintiffs v. Trinity Operating (USG), LLC and WSGP Gas Producing, LLC, Defendants. (In the United States District Court for the Eastern District of Oklahoma, Case No. 19-00175-CBG) [Report]

80. Mohawk Industries, Inc. and Aladdin Manufacturing Corporation, Plaintiffs v. Equistar Chemicals, L.P. and Lyondell Chemical Company, Defendants. (In the Superior Court of Cobb County, State of Georgia, Civil Action No. 19104320) [Report, Deposition]

81. North Country Contracting, LLC, Mitchel Fuchs, and Heather Fuchs, Plaintiffs v. Citizens Alliance Bank and Nick Woodard, Defendants. (In the Seventh Judicial District Court of Clay County, State of Minnesota, Court File 14-CV-21-2671) [Report, Deposition, Rebuttal Report]

82. Manta Ray Gathering Company, LLC, Plaintiff v. Eni Petroleum US LLC and Eni Trading & Shipping, Inc., Defendants. (In the United States District Court for the Southern District of Texas, Houston Division, Civil Action No. 4:21-cv-03122) [Report, Deposition]

83. Odessa Pumps and Equipment, Inc., Plaintiff v. GR Lift, L.P., GR Energy Services Operating GP, LLC, and GR Energy Services Management, L.P., Defendants. (In the 129th District Court of Harris County, Texas, Cause No. 2022-16349) [Report, Supplemental Report, Deposition, Trial Testimony]

84. Aloha Petroleum, Ltd., Claimant v. Equilon Enterprises, LLC d/b/a Shell Oil Products U.S., Respondent. (In a Matter of Arbitration Under Arbitration Rules of the International Institute of Conflict Prevention and Resolution) [Report]

85. Southern Country Farms, Inc., a West Virginia Corporation, individually, and on behalf of all individuals or legal entities similarly situated, Plaintiff v. TH Exploration, LLC, TH Exploration II, LLC, and Tug Hill Operating, LLC, Defendants. (In the United States District Court for the Northern District of West Virginia, Case No. 5:21-CV-84) [Report, Merits Report, Rebuttal Report, Deposition]

86. Texas Brine Company, LLC, Claimant v. Occidental Chemical Corporation, Respondent. (American Arbitration Association, Case No. 01-19-0001-7699) [Report, Supplemental Report, Reply Report, Deposition, Trial Testimony]

87. James Bernard, Plaintiff v. Halliburton Company, Silverbow Resources, Inc., and Silverbow Resources, LLC, Defendants. (In the 406th Judicial District of Webb County, Texas, Cause No. 2019CVF000096D4) [Report]

88. State of Oklahoma, ex rel. Commissioners of the Land Office, Plaintiff v. Crawley Petroleum Corporation, Defendant. (In the District Court of Custer County, State of Oklahoma, Case No. CJ-2021-54) [Declarations, Report, Deposition]

89. State of Oklahoma, ex rel. Commissioners of the Land Office, Plaintiff v. Adparo, LLC, Defendant. (In the District Court of Custer County, State of Oklahoma, Case No. CJ-2021-53) [Report, Deposition]

90. Fondren Orthopedic, Ltd., Plaintiff v. Columbia/HCA of Houston, Inc.; HCA Management Services, LP, Defendant. (In the 80th Judicial District Court of Harris County, Texas, Cause No. 2021-68404) [Report, Supplemental Report, Deposition, Trial Testimony]

91. Escondido Resources Management, Inc., Escondido Resources Operating Company, LLC, and Escondido WI Holding Company, LLC, Plaintiff v. Houston International Specialty, Inc. and OFS International, LLC, Defendants. (In the 133rd Judicial District Court of Harris County, Texas, Cause No. 2020-17007) [Report, Supplemental Report, Deposition]

92. Chestnut Holdings, Inc., a Florida corporation, and Hayhurst Company, a Florida general partnership, Plaintiffs v. TH Exploration, LLC, a Texas limited liability company, Defendant. (In the United States District Court for the Northern District of West Virginia, Case No. 5:21-CV-150 (Bailey)) [Report, Supplemental Report, Deposition]

93. El Dorado Gas & Oil, Inc. and El Dorado Oil & Gas, Inc., Plaintiffs v. Texla Energy Management, Inc., Defendant. (In the 11th Judicial District of Harris County, Texas, Cause No. 2022-33271) [Report]

94. Prewit Land and Minerals, Ltd., Barbara H. Prewit, et al, Plaintiffs v. Cimarex Energy Company, Defendant. (In the United States District Court for the Western District of Texas, Pecos Division, Cause No. 4:21-CV-47) [Report]

95. Notzon Advisors Limited, Talco Partners II, LLC, Plaintiffs v. Rio Grande E&P Management, LLC, Rio Grande E&P, LLC, Columbus Energy, LLC, & Killam Oil Co., Ltd., Defendants. (In the District Court of Harris County, Texas, 334th Judicial District, Cause No. 2022-23621) [Report, Supplemental Report]

96. Low-T Physician Service, PLLC, Claimant v. Caroline Pigford and Optimize U, LLC, Respondents. (Arbitration before Jennifer Stephens, Arbitrator) [Report]

97. EagleClaw Intrastate Ventures, LLC, Plaintiff v. Luminant Energy Company, LLC, Defendant. (In the District Court of Dallas County, Texas, 193rd Judicial District, Cause No. DC-21-12148) [Report]

98. Silverbow Resources Operating, LLC, Plaintiff v. Champions Cinco Pipe & Supply, LLC; TMK IPSCO; Texas Steel Conversion, Inc.; AM Tex Machine Products, Inc., Defendants. (In the District Court of Harris County, Texas, 333rd Judicial District, Cause No. 201966559) [Designation]

99. Leslie Ray Tennant, Lonnie C. Frey, and Lawrence B. Carroll, Plaintiffs v. Southwestern Energy Company, SWN Production (Ohio), LLC F/K/A Triad Hunter, LLC and SWN Production Company, LLC, Defendants. (In the United States District Court for the Northern District of West Virginia, Wheeling Division, Case No. 5:23-cv-00087-JPB) [Report, Rebuttal Report]

100. Acis Capital Management, L.P., Acis Capital Management G.P., L.L.C., Plaintiffs v. James Dondero, Grant Scott, and CLO HoldCo, Ltd., Defendants. (In the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, Case No. 18-30264-SGJ-11) [Report, Deposition]

101. Hayden Nissen, et al, Plaintiffs v. Contango Resources, LLC, Defendant. (In the United States District Court for the District of Wyoming, Case No. 23-cv-31-KHR) [Report]

102. Denver Starcher, on behalf of himself and all others similarly situated, Plaintiffs v. Southwestern Energy Company; Triad Hunter LLC n/k/a SWN Production (Ohio), LLC, and SWN Production Company, LLC, Defendants. (In the United States District Court for the Northern District of West Virginia, Wheeling Division, Case No. 5:23-cv-00061-JPB-JPM) [Report, Rebuttal Report]

103. Craig Yoho, individually and on behalf of a putative class, Plaintiff v. Southwestern Energy Company and SWN Production Company, LLC, Defendants. (In the United States District Court for the Northern District of West Virginia, Wheeling Division, Case No. 5:23-cv-00101-JPB) [Report, Deposition]

104. Gregg B. Colton and Cindy H. Colton, as Trustee for the Gregg B. Colton Trust, on behalf of themselves and a class of similarly situated persons, Plaintiffs v. Hilcorp Energy Development, LP, Defendant. (In the United States District Court for the District of Wyoming, Civil Action No. 22-CV-00149-ABJ) [Report]

105. Mary J. Smith, Plaintiff v. SWN Production (Ohio), LLC F/K/A Triad Hunter, LLC and SWN Production Company, LLC, Defendants. (In the United States District Court for the Northern District of West Virginia, Wheeling Division, Case No. 5:23-cv-00243-JPB) [Report, Rebuttal Report]

106. Sultan Oil Company, et al., Plaintiffs v. Trinity Operating (USG), LLC and WSGP Gas Producing, LLC, Defendants. (In the United States District Court for the Eastern District of Oklahoma, Case No. 24-CV-49-JAR) [Report]

107. Donald Woodford, individually, and, Maria Woodford, as Trustee of the Maria Woodford Revocable Trust, Plaintiffs v. Trinity Operating (USG), LLC, WSGP Gas Producing, LLC, and WSGP Gas Producing (Arkoma), LLC, Defendants. (In the United States District Court for the Eastern District of Oklahoma, Case No. CIV-24-93-SPS) [Report]

108. Driftwood Energy Operating, LLC, Plaintiff v. KLX Energy Services, LLC, et al., Defendants. (In the District Court of Upton County, Texas, 112th Judicial District, Cause No. 22-06-U4942-ANC) [Report, Declaration]

109. Kimberly Caraway and Veeda Wise, Individually and on behalf of themselves and all others similarly situated, Plaintiff v. The Ohio State University Wexner Medical Center, Defendant. (In the Court of Claims of Ohio, Case No. 2022-00859JD) [Report]

110. DK Trading & Supply, LLC and Lion Oil Company, LLC, Plaintiffs v. Axis Energy Marketing, LLC, et al, Defendants. (In the 385th Judicial District Court of Midland County, Texas, Cause No. CV59511) [Report, Reply Report, Deposition]

111. Jane Doe, Individually and on behalf of herself and all others similarly situated, Plaintiff v. SSM Health Care Corporation d/b/a/ SSM Health, Defendant. (In the Circuit Court of the City of St. Louis, State of Missouri, Case No. 2222-CC10014) [Report]

112. AKG Operating Company, AKG Energy, LP, and Exponential Energy, LLC, Plaintiffs v. Messy Oil & Gas, LLC, Defendant. (In the 21st District Court of Burleson County, Texas, Cause No. 31028) [Report]

113. Gateway Royalty Company, LLC, Gateway Royalty II LLC, Gateway III LLC, Gateway Royalty V LLC, Gateway Royalty VI LLC, individually and on behalf of a class of others similarly situated, Plaintiffs v. EAP Ohio LLC, EAP Holdings LLC, EAP Operating LLC, Encino Acquisition Partners Holdings, LLC, and Encino Energy, LLC, Defendants. (In the United States District Court for the Northern District of Ohio, Eastern Division, Case No. 1:20-cv-02813) [Report, Deposition]

114. Stellar Drilling Fluids, LLC, Plaintiff and Counter-Defendant v. SilverBow Resources Operating, LLC, Defendant and Counter-Plaintiff. (In the 11th Judicial District of Harris County, Texas, Cause no. 202369327) [Report]

115. Midcoast Pipeline, LP d/b/a Producers Midstream, Plaintiff v. Enerflex Energy Systems, Inc., Defendant. (In the 189th Judicial District of Harris County, Texas, Cause No. 2024-07919) [Report]

116. Foss Maritime Company, LLC, Claimant v. Rose Cay Maritime, LLC, Respondent. (Before the Society of Maritime Arbitrators) [Arbitration Hearing Testimony]

117. Centennial Bank, as successor-in-interest to Happy State Bank, Plaintiff v. American State Bank, Jerry "Bud" Holmes, Jay House, Channing Baisley, Drew Phillips, Ross Glenn, Willis McCutcheon, Michael Jackson, Jessica Terrell, Derek Dollahite, and Jaime Sikes, Defendants. (In the United States District Court for the Northern District of Texas, Lubbock Division, Civil Action No. 5:23-cv-00044-H) [Report, Deposition]

118. Jane Doe and Janice Doe, Individually and on behalf of all others similarly situated, Plaintiffs v. Mosaic Health System and Heartland Regional Medical Center d/b/a Mosaic Life Care, Defendant. (In the Circuit Court of Buchanan County, State of Missouri, Case No. 22BU-CC01774-01) [Report]

119. Jacqueline Horton and Crystal Larue, Individually and on behalf of all others similarly situated, Plaintiffs v. Willis-Knighton Medical Center, Defendant. (In the 10th Judicial District Court for the Parish of Natchitoches, State of Louisiana, Case No. 93767 Division B) [Report]

120. D&N Farms, LLC, D&R Minerals, LLC, James Harold Miller and Zeida Frances Miller, and HZM Land and Minerals, LLC, individually and on behalf of all others similarly situated, Plaintiffs v. Crawley Petroleum Corporation, Defendant. (In the United States District Court for the Eastern District of Oklahoma, Case No. CIV-23-234-RAW-DES) [Report]

**Appendix C**

Doe v. BetterHelp
Documents Received by Eric R. Krause, MBA

| Beginning Bates Numbers | Ending Bates Numbers | Date | Document Description |
|---|---|---|---|
| Bates Numbered Documents | | | |
| BH0008559 | BH0008600 | | |
| BH0008602 | BH0008657 | | |
| BH0008637 | | | |
| BH0008638 | | | |
| BH0008639 | | | |
| BH0008658 | BH0008660 | | |
| BH0008702 | | | |
| BH0008707 | BH0008726 | | |
| BH0021490 | | | |
| BH0021492 | | | |
| BH0021494 | | | |
| BH0021496 | | | |
| BH0026620 | BH0026620 | | |
| BH0026621 | | | |
| Depositions and Exhibits | | | |
| | | 3/25/2025 | Deposition Transcript of Daniel Bragonier Volume 1 with Exhibits |
| | | 3/25/2025 | Deposition Transcript of Daniel Bragonier Volume 2 with Exhibits |
| | | 3/28/2025 | Deposition Transcript of Elizabeth Eldridge with Exhibits |
| | | 4/16/2025 | Deposition Transcript of Jessica Honbarger with Exhibits |
| | | 4/4/2025 | Deposition Transcript of Juliana M. Cizek with Exhibits |
| | | 4/1/2025 | Deposition Transcript of Lauren Mindy Manaker with Exhibits |
| | | 3/21/2025 | Deposition Transcript of Niklas Vaughan |
| | | 3/27/2025 | Deposition Transcript of Raffi Sofoian with Exhibits |
| | | 4/11/2025 | Deposition Transcript of Sharon Cohen with Exhibits |
| | | 4/2/2025 | Deposition Transcript of Stephanie Crain with Exhibits |
| | | 3/26/2025 | Deposition Transcript of Tracy Reed with Exhibits |
| Court Documents and Correspondence | | | |
| | | 9/16/2023 | Complaint |
| | | 9/16/2023 | Decision |
| | | | Expert Report of Dr. Zubair Shafiq |
| | | 8/5/2024 | First Amended Consolidated Class Action Complaint with Exhibits |
| | | | Plaintiffs’ Motion for Class Certification |
| | | 5/10/2024 | Responses to Plaintiffs' First Set of Special Interrogatories |
| | | 11/15/2024 | Responses to Plaintiffs' First Set of Special Interrogatories |
| | | 11/15/2024 | Responses to Plaintiffs' Second Set of Special Interrogatories |
| | | 8/26/2024 | Responses to Plaintiffs' Second Set of Special Interrogatories |
| Publicly Available Documents | | | |
| | | | 2017 Cost of Data Breach Study, Ponemon Institute Research Report |
| | | 8/15/2024 | A Comprehensive Analysis of Device Fingerprint Spoofing Techniques, incognia.com |

**Appendix C**

Documents Received by Eric R. Krause, MBA

| Beginning Bates Numbers | Ending Bates Numbers | Date | Document Description |
|---|---|---|---|
| | | 12/17/2024 | A Vault for Taking Charge of Your Online Life, nytimes.com |
| | | 4/18/2025 | About Us, betterhelp.com |
| | | | Acquisti, Alessandro, Leslie K. John, and George Loewenstein - What is Privacy Worth, Journal of Legal Studies (2013) |
| | | | Acquisti, Taylor and Wagman - The economics of privacy, Journal of economic Literature (2016) |
| | | | Alorwu, Andy, et. al. - Monetary valuation of personal health data in the wild, Int. J. Human-Computer Studies (2024) |
| | | 11/14/2024 | Are Cookies Personal Data, usercentrics.com |
| | | | Biopharma Partnership Solutions, 2024 |
| | | 8/29/2024 | British Pound to US Dollar Spot Exchange Rates for 2019, exchangerates.org.uk |
| | | 12/17/2024 | Column-Shadowy Data Brokers Make the Most of Their Invisibility Cloak, latimes.com |
| | | | Customer Data - Designing for Transparency and Trust, Harvard Business Review, May 2015 |
| | | | D. Fehrenbach, C. Herrando - The effect of customer-perceived value when paying for a product with personal data (2021) |
| | | 8/21/2024 | Data Collaborations, tempus.com |
| | | 8/20/2024 | Deleteme - Services Pricing, deleteme.com |
| | | 8/21/2024 | FAQs - Nebula Genomics, nebula.org |
| | | | Fay, Scott and Zeithammer - Bidding For Bidders (2017) |
| | | 11/26/2024 | Fiduciary Duty of Doctor and Patient, legalmatch.com |
| | | 11/26/2024 | How does Google Analytics collect data, simpleanalytics.com |
| | | 11/26/2024 | How Google Analytics works, support.google.com |
| | | 8/16/2024 | How Much Is User Data Worth, pawtocol.medium.com |
| | | 8/14/2024 | How To Stop Data Brokers From Selling Your Personal Data, usa.kaspersky.com |
| | | 12/17/2024 | How We Built a Meta Pixel Inspector, themarkup.org |
| | | | Incogni – About Us, incogni.com |
| | | 8/21/2024 | Inovalon Data Cloud, inovalon.com |
| | | | IQVIA Form 10K 2023 |
| | | | Kathryn Wilson, Digital Surveillance and the Scope of the Wiretap Act's Party Exception, 68 Wash. (2022) |
| | | | Li, Xiao-Bai, Xiaoping Liu, and Luvai Motiwalla - Valuing personal data with privacy consideration (2021) |
| | | | Liu, Huan, Kai Li, Yan Chen, and Xin (Robert) Luo - Is personally identifiable information really more valuable (2023) |
| | | 8/21/2024 | Optum Electronic Health Record Data, optum.com |
| | | 9/26/2024 | Privacy Bee - Pricing, privacybee.com |
| | | 8/20/2024 | Privacy Protection Plans - JoinDeleteMe, joindeleteme.com |
| | | 8/21/2024 | Real World Data Solutions, veradigm.com |

**Appendix C**

Documents Received by Eric R. Krause, MBA

| Beginning Bates Numbers | Ending Bates Numbers | Date | Document Description |
|---|---|---|---|
| | | | Realising the Value of Health Care Data - A Framework for the Future, EY, 2019 |
| | | 8/20/2024 | ReputationDefender signup, me.reputationdefender.com |
| | | | Soma, John T., J. Zachary Courson, John Cadkin - Corporate Privacy Trend (2009) |
| | | | Teladoc Health(BetterHelp) Form 10K 2017 |
| | | | Teladoc Health(BetterHelp) Form 10K 2018 |
| | | | Teladoc Health(BetterHelp) Form 10K 2019 |
| | | | Teladoc Health(BetterHelp) Form 10K 2020 |
| | | | Teladoc Health(BetterHelp) Form 10K 2021 |
| | | | Teladoc Health(BetterHelp) Form 10K 2023 |
| | | 11/26/2024 | Terms of Service, facebook.com |
| | | 11/26/2024 | The ABCs of Tracking Pixels, improvado.io |
| | | | The Value of Data, Trustwave, 2017 |
| | | 11/26/2024 | The value of digital analytics, support.google.com |
| | | 11/15/2024 | Tracking Pixel, en.ryte.com |
| | | 8/14/2024 | U.S. Privacy Laws, epic.org |
| | | | Wagner, Wessels, Buxmann and Krasnova - Putting a Price Tag on Personal Information – A Literature Review (2018) |
| | | 11/26/2024 | What are cookies and similar technologies, ico.org.uk |
| | | 11/14/2024 | What Are Cookies, usa.kaspersky.com |
| | | 8/9/2024 | What Is a Data Broker, mcafee.com |
| | | 11/14/2024 | What is a Tracking Pixel, cookie-script.com |
| | | 11/14/2014 | What Is a Tracking Pixel, improvado.io |
| | | 8/12/2024 | What Is Device Fingerprinting And How Does It Work, clearcode.cc |
| | | 8/15/2024 | What Is Device Fingerprinting, arkoselabs.com |
| | | 11/15/2024 | What Is the Difference Between a Pixel and a Cookie, cookieyes.com |
| | | 11/26/2024 | What Is the Meta Pixel & What Does It Do, instapage.com |
| | | | Wu, Zhiyan and Jifeng Luo - Online Information Privacy and Price (2022) |