LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
*jhammer@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
*cbessenger@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: +1 213 443 4355
Facsimile: +1 213 443 4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**

This Document Relates To:

All Cases/

Case No. 3:23-cv-01033-RS

**[PROPOSED] ORDER GRANTING DEFENDANT BETTERHELP, INC.'S MOTION TO EXCLUDE TESTIMONY OF ERIC KRAUSE**

Date: November 20, 2025
Time: 1:30 p.m.
Courtroom: 3
Judge: Hon. Richard Seeborg

**PROPOSED ORDER**

Defendant BetterHelp, Inc. ("BetterHelp") filed a Motion to Exclude the Testimony of Eric Krause. The Motion came on for hearing on November 20, 2025 at 1:30 p.m. in the above-captioned case.

The Court, having considered all materials filed in support of and in opposition to the Motion to Dismiss and the arguments of the parties and of counsel, hereby **GRANTS** BetterHelp's Motion to Exclude Testimony of Eric Krause.

**IT IS SO ORDERED**.

Dated:

____________________________
Richard J. Seeborg
United States District Judge