LIVIA M. KISER (SBN 285411)
  lkiser@kslaw.com
JEFFREY HAMMER (SBN 264232)
  jhammer@kslaw.com
CRAIG H. BESSENGER (SBN 245787)
  cbessenger@kslaw.com
JAMES A. UNGER (SBN 325115)
  junger@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone:   +1 213 443 4355
Facsimile:    +1 213 443 4310

Attorneys for Defendant
BETHERHELP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To:<br><br>All Cases/ | Case No. 3:23-cv-01033-RS<br><br>**DECLARATION OF JAMES A. UNGER IN SUPPORT OF BETTERHELP, INC.'S MOTION TO EXCLUDE TESTIMONY OF PROFESSOR ZUBAIR SHAFIQ**<br><br>Date:     November 20, 2025<br>Time:     1:30 p.m.<br>Courtroom: 3<br>Judge:    Hon. Richard J. Seeborg |

# DECLARATION OF JAMES A. UNGER

I, James A. Unger, declare:

1. I am an attorney duly admitted to practice before this Court. I am a Partner with King & Spalding LLP, counsel for Defendant BetterHelp, Inc. ("BetterHelp") in this matter. I have personal knowledge of the facts as stated herein.

2. I submit this declaration in support of BetterHelp's Opposition to Plaintiffs' Motion for Class Certification filed concurrently herewith.

3. Attached as **Exhibit A** is a true and correct copy of a court order dated February 14, 2025, from the case of *Doe v. Adventist Health*, Case No. 22STCV36304, in the Superior Court of Los Angeles.

4. Attached as **Exhibit B** is a true and correct copy of a report dated issued by Professor Zubair Shafiq in this matter dated May 8, 2025.

5. Attached as **Exhibit C** is a true and correct copy of a supplemental report dated issued by Professor Zubair Shafiq in this matter which was filed with the Court on August 8, 2025.

6. Attached as **Exhibit D** is a true and correct copy of a document produced by BetterHelp in this litigation bearing the beginning Bates label BH0000069.

7. Attached as **Exhibit E** is a true and correct copy of relevant excerpts of the transcript of the deposition of Plaintiff Jane Doe I, taken on April 4, 2025 in this matter.

8. Attached as **Exhibit F** is a true and correct copy of relevant excerpts of the transcript of the deposition of Plaintiff Jane Doe III, taken on March 28, 2025 in this matter.

9. Attached as **Exhibit G** is a true and correct copy of relevant excerpts of the transcript of the deposition of Plaintiff S.C., taken on April 2, 2025 in this matter.

10. Attached as **Exhibit H** is a true and correct copy of relevant excerpts of the transcript of the deposition of Plaintiff T.R., taken on March 26, 2025 in this matter.

11. Attached as **Exhibit I** is a true and correct copy of relevant excerpts of the transcript of the deposition of Plaintiff L.M., taken on April 1, 2025 in this matter.

12. Attached as **Exhibit J** is a true and correct copy of relevant excerpts of the transcript of the deposition of Professor Zubair Shafiq, taken on June 13, 2025 in this matter.

13. Attached as **Exhibit K** is a true and correct copy of relevant excerpts of the transcript of the deposition of Alon Matas, taken on October 16, 2024 in this matter.

14. Attached as **Exhibit L** is a true and correct copy of a document produced by BetterHelp in this litigation bearing the beginning Bates label BH0000590.

15. Attached as **Exhibit M** is a true and correct copy of a document produced by BetterHelp in this litigation bearing the beginning Bates label BH0000600.

16. Attached as **Exhibit N** is a true and correct copy of a document produced by BetterHelp in this litigation bearing the beginning Bates label BH0000610.

17. Attached as **Exhibit O** is a true and correct copy of a document produced by BetterHelp in this litigation bearing the beginning Bates label BH0000619.

18. Attached as **Exhibit P** is a true and correct copy of a document produced by BetterHelp in this litigation bearing the beginning Bates label BH0000628.

19. Attached as **Exhibit Q** is a true and correct copy of a document produced by BetterHelp in this litigation bearing the beginning Bates label BH0000641.

20. Attached as **Exhibit R** is a true and correct copy of a document produced by BetterHelp in this litigation bearing the beginning Bates label BH0085413.

21. Attached as **Exhibit S** is a true and correct copy of a document produced by BetterHelp in this litigation bearing the beginning Bates label BH0085416.

22. Attached as **Exhibit T** is a true and correct copy of relevant excerpts of Plaintiff Jane Doe I's Responses to BetterHelp, Inc.'s Second Set of Interrogatories, verified on February 21, 2025.

23. Attached as **Exhibit U** is a true and correct copy of relevant excerpts of Plaintiff Jane Doe III's Responses to BetterHelp's Inc.'s Second Set of Interrogatories, verified on February 22, 2025.

24. Attached as **Exhibit V** is a true and correct copy of relevant excerpts of Plaintiff S.C.'s Responses to BetterHelp's Inc.'s Second Set of Interrogatories, verified on February 21, 2025.009

25. Attached as **Exhibit W** is a true and correct copy of relevant excerpts Plaintiff T.R.'s Responses to BetterHelp's Inc.'s Second Set of Interrogatories, verified on February 24, 2025.

26. Attached as **Exhibit X** is a true and correct copy of relevant excerpts Plaintiff L.M.'s Responses to BetterHelp's Inc.'s Second Set of Interrogatories, verified on February 21, 2025.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 15th day of September, 2025, in Los Angeles, California.

*/s/ James A. Unger*
James A. Unger

King & Spalding LLP
Attorneys at Law
Los Angeles

3
DECLARATION OF JAMES A. UNGER    CASE NO. 3:23-cv-01033-RS