# EXHIBIT B

**REDACTED VERSION OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

# Exhibit E

Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Christina Tusan (SBN 192203)
TUSAN LAW, PC
ctusan@ctusanlaw.com
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Phone: 626-418-8203
Fax: 626-619-8253

*Plaintiffs' Co-Lead Interim Class
Counsel*

Maureen M. Brady (pro hac vice)
MCSHANE AND BRADY LLC
4006 Central Street
Kansas City, MO 64111
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400, San
Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES** | **Master File No. 3:23-cv-01033-RS** |
| | Hon. Richard Seeborg |
| This Document Relates To: All Actions | **DECLARATION OF ZUBAIR SHAFIQ, PH.D.** |
| | Hearing Date: August 28, 2025<br>Time: 1:30 p.m.<br>Courtroom: 3<br>Judge: Hon. Richard Seeborg |

I, Zubair Shafiq, hereby declare as follows:

1.      I have been asked by Plaintiffs, through their counsel, to review Case No. 3:23-cv-01033-RS: In Re BetterHelp Data Disclosure Cases, to show whether class members would have uniformly had their information illegally shared by BetterHelp with third parties.

2.      A true and correct copy of my report and opinions in this matter are attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on May 8, 2025, in Davis, California.


                    */s/ Zubair Shafiq*
                    Zubair Shafiq

DECLARATION OF Z. SHAFIQ                    Master File No. 3:23-cv-01033-RS

# Exhibit A

## I.    Introduction

### A.  Assignment

1.    I have been asked by the counsel for plaintiffs to offer expert opinions In Re BetterHelp, Inc. Data Disclosure Cases, pending in the United States District Court, Northern District of California.[1] This case involves allegations that BetterHelp disclosed its users' information to third-party companies via tracking technologies installed by BetterHelp.[2]

2.    I have been asked to render opinions about whether and how BetterHelp installed tracking technologies from third-party companies to share identifiers alongside other information with third-party companies for users who completed the intake questionnaire, signed up for therapy and counseling services, paid for services, took mental health assessments or tests, reviewed advice articles about specific conditions and treatments, or logged into BetterHelp. I have also been asked to render opinions regarding whether the companies receiving that information from BetterHelp can link it with specific individuals.

### B.  Qualifications

3.    I am an Associate Professor of Computer Science at the University of California-Davis, where I run a research lab focused on online privacy, security, and safety.

4.    My lab's research aims to uncover personal data collection, sharing, and usage in the online advertising ecosystem.

5.    In addition to my research, I regularly teach undergraduate and graduate courses on computer networks and computer security, including special topics courses covering emerging topics in online advertising and tracking.

6.    I have received several awards and distinctions for my research. I am a recipient of the Caspar Bowden Award - Runner-up for Outstanding Research in Privacy Enhancing

---

[1] Case No. 23-cv-01033-RS
[2] Consolidated Class Action Complaint: In Re BetterHelp, Inc. Data Disclosure Cases, 3:23-cv-01033-RS, 2023.

Technologies (2024), Chancellor's Fellowship (2022-2023), Dean's Scholar Award (2020), National Science Foundation CAREER Award (2018), and Fitch-Beach Outstanding Graduate Research Award (2013).

7.      I have co-authored more than 100 peer-reviewed research papers. I received the Distinguished Artifact Award at the 2024 ACM Conference on Computer and Communication Security. I also received the Best Paper Award at the 2023 ACM Internet Measurement Conference for my research on tracking, profiling, and ad targeting in the Amazon Alexa ecosystem. I also received the 2018 Andreas Pfitzmann Award at the Privacy Enhancing Technologies Symposium for my research on designing a system to detect advertising and tracking data flows in mobile apps. I also received the Best Paper Award at the 2017 ACM Internet Measurement Conference for my research on identifying and investigating the abuse of a security vulnerability in Facebook Graph API's implementation of third-party apps. I also received the Best Paper Award at the 2012 IEEE International Conference on Network Protocols for my research on reverse-engineering proprietary network protocols through network traffic analysis.

8.      I am the editor-in-chief of the Proceedings on Privacy Enhancing Technologies (PoPETs). I am on the steering committee of the Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb). In the past, I served as the general chair of the Workshop on Technology and Consumer Protection (ConPro). In the past, I also served as the program chair for the Workshop on Technology and Consumer Protection (ConPro 2022 and 2023) and the Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb 2022 and 2023).

9.      My full qualifications are set forth in my curriculum vitae, which is attached as **Appendix A**.

10.      I am being compensated at the rate of $500 per hour for my time. Neither my compensation nor my analysis is contingent upon my findings, the testimony I may give, or the outcome of this case.

C.      **Report Preparation**

11.     The documents and data that I reviewed and relied upon in reaching my opinions are listed in the footnotes throughout this report. Examples of these documents include the Complaint, documents produced by BetterHelp, BetterHelp's responses to the FTC's investigation, deposition transcripts, peer-reviewed research, public documentation of tracking technologies, etc.

12.     Should additional information become available to me as this case proceeds, I reserve the right to amend, modify, or supplement my opinions.

## II.     Summary of Opinions

13.     The opinions that I have reached as of the date of this report are as follows:

a.  My testing and analysis show that BetterHelp ████████████

---

[3] Facebook changed its name to Meta in 2021: https://about.fb.com/news/2021/10/facebook-company-is-now-meta/.

███████████████████████████████████████████

████████████████[4,5]

b.  My testing and analysis show that these third-party companies such as Google, Meta, and/or Mixpanel can link or associate the shared information with individuals. This can be done either through their own identity resolution services or by using off-the-shelf identity resolution service providers.

c.  Overall, my testing and analysis show that BetterHelp installed tracking technologies from third-party companies such as Google, Meta, and/or Mixpanel to share information about users who completed the intake questionnaire, signed up for therapy and counseling services, paid for services, took mental health assessments or tests, reviewed advice articles about specific conditions and treatments, or logged into BetterHelp— information that these companies can link or associate to individuals.

---

[4] It is my understanding that the class is defined as "All individuals residing in the United States who, during the period beginning January 1, 2017 and continuing through March 7, 2023 (the "Class Period"), completed the BetterHelp Intake Questionnaire and provided BetterHelp with their email address." I also understand that there is a subclass that is defined as "All individuals residing in California who, during the period beginning January 1, 2017 and continuing through March 7, 2023 (the "Class Period"), completed the BetterHelp Intake Questionnaire and provided BetterHelp with their email address." I also understand that there is a subclass that is defined as "All individuals residing in the United States who, during the period beginning January 1, 2017 and continuing through March 7, 2023 (the "Class Period"), completed the BetterHelp Intake Questionnaire, provided BetterHelp with their email address, and paid BetterHelp for services."

[5] It is my understanding that BetterHelp has not produced all of the relevant information that pertains to tracking technologies it used after 2021. It is my understanding that Plaintiffs have asked BetterHelp to produce the website source code over the class period, and that the Court will be holding a hearing on May 8, 2025 on this issue. ██████
████████████████████████████████████████████████ I also understand that Plaintiffs have asked BetterHelp to produce Google Analytics reports and data. I reserve the right to supplement my report when BetterHelp produces the information.

III.    **Background regarding the tracking technologies at issue in this case.**

   A.  **Background of Internet and Web Communications**

14.    A web browser is a client-side software that is used to communicate[6] with a website's servers to download and display the website's content on a user's screen.

15.    To download and display contents of a website, a web browser sends a series of requests using the standard Hypertext Transfer Protocol (HTTP)[7] protocol to download various files from the website's servers.

16.    There are two main types of HTTP requests: GET[8] and POST.[9] In a GET request, a web browser sends a request to download a file from a website's server. In a POST request, a web browser sends a request to upload information to a website's server.[10]

17.    An HTTP request contains an IP address,[11] which is an identifier assigned to any Internet-connected device, in the source address field of the corresponding network layer header.[12]

18.    An HTTP request also contains a URL,[13] which represents the address of the file that a web browser is requesting from a web server. A full-string URL contains the server's domain name,[14] the path[15] of the file located on the server that is being requested, and a list of

---

[6] The communication between a web browser and a server can be over a wired or wireless Internet connection. Note that even if a user is using a wireless Internet connection (e.g., cellular, WiFi), the communication necessarily goes over a wire, line, or cable or some type at some point between the web browser and the server. For more background about different types of wired or wireless Internet connections, see chapter 1 of "Kurose, J. and Ross, K., Computer Networking: A Top-Down Approach, 7th Edition" https://www.amazon.com/Computer-Networking-Top-Down-Approach-7th/dp/0133594149. Video lectures available at https://gaia.cs.umass.edu/kurose_ross/videos/1/
[7] https://developer.mozilla.org/en-US/docs/Web/HTTP/Overview
[8] https://developer.mozilla.org/en-US/docs/Web/HTTP/Methods/GET
[9] https://developer.mozilla.org/en-US/docs/Web/HTTP/Methods/POST
[10] Both GET and POST requests can be used to download and/or upload data from/to a website's server.
[11] https://developer.mozilla.org/en-US/docs/Glossary/IP_Address
[12] https://datatracker.ietf.org/doc/html/rfc791
[13] https://developer.mozilla.org/en-US/docs/Learn/Common_questions/Web_mechanics/What_is_a_URL
[14] https://developer.mozilla.org/en-US/docs/Glossary/Domain
[15] https://developer.mozilla.org/en-US/docs/Learn/Common_questions/Web_mechanics/What_is_a_URL#path_to_resource

query parameters[16] that contain additional information being sent from a web browser to a web server.

19.    An HTTP request/response also contains headers,[17] which contain additional information about the request. Notable headers include: (1) Referrer,[18] which contains that URL of the previous webpage from which the current webpage was followed, (2) Cookie[19] which includes all cookies that were stored by the web server in the web browser, (3) User-Agent[20] which identifies the operating system and the web browser, and (4) Date[21] which contains the timestamp at the second-level granularity.

20.    Web browsers support several client-side storage mechanisms[22] such as cookies. Cookies are typically used by web servers to keep track of past interactions with the web browser.[23] For example, a web server can store identifiers in cookies that are used to identify a specific user account or a specific device/browser of a user.[24]

21.    The first HTTP request from a web browser to a website's server is typically for the Hypertext Markup Language (HTML) file.[25] An HTML file is a document that contains the source code of a webpage that describes the webpage's structure and formatting. An HTML file contains content of a webpage including any text, images, and JavaScript,[26] which is the programming language used in web browsers to support dynamic content. Also, an HTML file contains pointers to additional files that need to be downloaded for the complete webpage to be shown to the user.

---

[16] https://developer.mozilla.org/en-US/docs/Learn/Common_questions/Web_mechanics/What_is_a_URL#parameters
[17] https://developer.mozilla.org/en-US/docs/Web/HTTP/Headers
[18] https://developer.mozilla.org/en-US/docs/Web/HTTP/Headers/Referer
[19] https://developer.mozilla.org/en-US/docs/Web/HTTP/Headers/Cookie
[20] https://developer.mozilla.org/en-US/docs/Web/HTTP/Headers/User-Agent
[21] https://developer.mozilla.org/en-US/docs/Web/HTTP/Headers/Date
[22] https://developer.mozilla.org/en-US/docs/Learn/JavaScript/Client-side_web_APIs/Client-side_storage
[23] https://developer.mozilla.org/en-US/docs/Glossary/Cookie
[24] https://developer.mozilla.org/en-US/docs/Web/HTTP/Cookies#what_cookies_are_used_for
[25] https://developer.mozilla.org/en-US/docs/Web/HTML
[26] https://developer.mozilla.org/en-US/docs/Web/JavaScript

22.     When a web browser receives the initial HTML file from a web server in response to the first HTTP request, it starts parsing and executing the HTML markup as well as any JavaScript source code. During this process, a web browser typically issues additional HTTP requests to download additional files. It is not uncommon for a web browser to send out tens or hundreds of HTTP requests to load just one webpage.[27]

23.     To load a webpage, a web browser sends HTTP requests to not just the website's server from which the HTML file is downloaded but other web servers as well.[28] For example, to load a webpage https://examplewebsite.com, a web browser would send HTTP requests to examplewebsite.com but also exampletracker.com. Here, HTTP requests to examplewebsite.com's web server are called first-party requests and the HTTP requests to exampletracker.com's web server are called third-party requests. In this example, the HTML file of examplewebsite.com includes source code that instructs the web browser to send HTTP requests to exampletracker.com's web server.

24.     The cookies set by the first-party web server are called first-party cookies.[29] The cookies set by a third-party web server are called third-party cookies. Third-party cookies allow cross-site tracking of a user across different websites.[30,31] First-party cookies allow same-site tracking of a user on a particular website. It is important to note that third parties can also set disguised first-party cookies, a practice known as "cookie ghostwriting."[32] These disguised first-

---

[27] https://almanac.httparchive.org/en/2022/page-weight#requests-volume
[28] https://almanac.httparchive.org/en/2022/third-parties
[29] https://web.dev/articles/first-party-cookie-recipes
[30] https://developer.mozilla.org/en-US/docs/Web/Privacy/Third-party_cookies
[31] https://blog.mozilla.org/en/products/firefox/cross-site-tracking-lets-unpack-that
[32] Sanchez-Rola, I., Dell'Amico, M., Balzarotti, D., Vervier, P.A. and Bilge, L., 2021, May. Journey to the center of the cookie ecosystem: Unraveling actors' roles and relationships. In 2021 IEEE Symposium on Security and Privacy (SP) (pp. 1990-2004). IEEE.

party cookies allow entities to track users even when the user has blocked third-party cookies.[33] Research shows that Google and Facebook are the most pervasive cookie ghostwriters.[34]

### B.    Background of Tracking technologies

25.    The term "tracking technology"[35] (also known as a tracking pixel, invisible pixel, web bug, pixel tag, or web beacon) refers to a piece of code (e.g., JavaScript[36] or HTML[37]) or image (e.g., a 1x1 GIF[38]) that is used to track users' browsing activity on the web.

26.    When a tracking technology is installed on a website by a first party, it allows a third party[39] (i.e., a domain[40] that is different from the first-party website that a user navigates to) to track a user across different websites where the tracking technology is installed. Put simply, a tracking technology allows a third party to tell, among other things, that a user visited website A at time A, website B at time B, and so on.

27.    A tracking technology collects two types of data in HTTP requests from a user's web browser to the tracker's web server: (1) identifiers and (2) browsing activity.

28.    Identifiers are typically collected via (a) the cookies stored in the web browser's storage[41] and (b) the combination of IP address[42] and user agent[43] in the HTTP request from a user's web browser to the tracker's web server.[44]

---

[33] Munir, S., Siby, S., Iqbal, U., Englehardt, S., Shafiq, Z. and Troncoso, C., 2023, November. CookieGraph: Understanding and Detecting First-Party Tracking Cookies. In Proceedings of the 2023 ACM SIGSAC Conference on Computer and Communications Security (pp. 3490-3504).

[34] Sanchez-Rola, I., Dell'Amico, M., Balzarotti, D., Vervier, P.A. and Bilge, L., 2021, May. Journey to the center of the cookie ecosystem: Unraveling actors' roles and relationships. In 2021 IEEE Symposium on Security and Privacy (SP) (pp. 1990-2004). IEEE.

[35] https://clearcode.cc/glossary/pixel

[36] https://developer.mozilla.org/en-US/docs/Web/JavaScript

[37] https://developer.mozilla.org/en-US/docs/Web/HTML

[38] Ruohonen, J. and Leppänen, V., 2018, January. *Invisible pixels are dead, long live invisible pixels!*, in Proceedings of the 2018 Workshop on Privacy in the Electronic Society (pp. 28-32).

[39] https://web.dev/learn/privacy/third-parties

[40] https://developer.mozilla.org/en-US/docs/Glossary/Domain

[41] Web browsers support several cookie-like storage mechanisms such as cookies, session storage, local storage, cache storage, and IndexedDB. See https://developer.mozilla.org/en-US/docs/Learn/JavaScript/Client-side_web_APIs/Client-side_storage for more details.

[42] https://developer.mozilla.org/en-US/docs/Glossary/IP_Address

[43] https://developer.mozilla.org/en-US/docs/Glossary/User_agent

[44] IAB Tech Lab Identity Solutions Guidance Version 1.0 https://iabtechlab.com/wp-content/uploads/2024/05/Identity-Solutions-Guidance-FINAL.pdf

29.     Cookies containing identifiers typically store a 128 bit Universally Unique Identifier (UUID)[45] that is sufficient for unique identification. The identifiers stored in cookies can include both account identifiers (that uniquely identify the user visiting the website) and device identifiers (that uniquely identify the user's device). An account identifier is akin to a person's driver license number and a device identifier is akin to the vehicle's license plate number.

30.     As discussed earlier, there are two main types of cookies: first-party and third-party. First-party cookies are set on the same domain as the visited website's domain. Third-party cookies are set on a different domain as the visited website's domain. Tracking technologies set third-party cookies that allow them to track users across websites. Since some web browsers have now started to restrict third-party cookies, tracking technologies now also ghost-write[46] first-party cookies on the visited website's domain to circumvent third-party cookie blocking.[47] First-party cookies are used for both same-site and cross-site tracking.[48,49]

---

[45] https://datatracker.ietf.org/doc/html/rfc4122
[46] Nikkhah Bahrami, P., Fass, A. and Shafiq, Z., 2024. COOKIEGUARD: Characterizing and Isolating the First-Party Cookie Jar. arXiv 2406.05310, 2024.
[47] Munir, S., Siby, S., Iqbal, U., Englehardt, S., Shafiq, Z. and Troncoso, C., 2023, November. CookieGraph: Understanding and Detecting First-Party Tracking Cookies. In Proceedings of the 2023 ACM SIGSAC Conference on Computer and Communications Security (pp. 3490-3504).
[48] Munir, S., Lee, P., Iqbal, U., Shafiq, Z. and Siby, S., 2024. PURL: Safe and Effective Sanitization of Link Decoration. In 33rd USENIX Security Symposium (USENIX Security 24) (pp. 4103-4120).
[49] Bekos, P., Papadopoulos, P., Markatos, E.P. and Kourtellis, N., 2023, April. The Hitchhiker's guide to facebook web tracking with invisible pixels and click IDs. In Proceedings of the ACM Web Conference 2023 (pp. 2132-2143).

31.     The combination of IP address and user agent contains sufficiently distinguishing information[50] (quantified in terms of entropy bits[51,52,53,54]) to be used as a unique identifier.[55] This practice of combining IP address and user agent (and other distinguishing device properties) for identification is known as fingerprinting.[56,57]

32.     Browsing activity is collected via the (i) URL,[58] (ii) Referrer[59] header, or (iii) payload[60] of the network request from a user's web browser to the tracker's server. To this end, tracking technologies capture webpage content information using various Application Programming Interfaces (APIs),[61,62] such as "Document"[63] for webpage URLs and "event listeners"[64,65] for key presses, button clicks, etc., in the web browser and sends this information to the tracker's server. The URL can include webpage information such as the webpage's URL (duplicate of the URL in the GET request to the first-party's web server) and the webpage's content (e.g., name of a product) in query parameters.[66,67] The Referrer header can contain the webpage's URL or domain (which is a duplicate of the URL in the GET request to the first-

[50] https://clearcode.cc/blog/adtech-id-solutions/ ("A universal ID is a unique user ID that allows AdTech companies to identify users across different websites and devices. Universal IDs are created using **probabilistic data** (e.g. IP address, browser type and model, and user-agent string) or **deterministic data** (e.g. an email address or phone number), or both, to produce an ID." (emphasis in original)).

[51] Eckersley, P. (2010). How unique is your web browser? In Privacy Enhancing Technologies: 10th International Symposium, PETS 2010.

[52] Wagner, I. and Eckhoff, D., 2018. Technical privacy metrics: a systematic survey. ACM Computing Surveys, 51(3).

[53] Google. Introducing the Privacy Budget, https://www.youtube.com/watch?v=0STgfjSA6T8&t=423s

[54] https://github.com/mikewest/privacy-budget/blob/4e5f78adde92bd622dafeceae78682fc0823c0eb/faq.md

[55] IP address also encodes information about the location of a user. There are numerous IP geolocation services that can estimate the country, state, city, postal code, and even approximate longitude and latitude from IP address. For example, see https://www.maxmind.com/en/geoip-web-services-demo

[56] Yen, T.F., Xie, Y., Yu, F., Yu, R.P. and Abadi, M., 2012, February. Host Fingerprinting and Tracking on the Web: Privacy and Security Implications. In Network and Distributed System Security (NDSS) Symposium.

[57] Mayer, J.R. and Mitchell, J.C., 2012, May. Third-party web tracking: Policy and technology. In 2012 IEEE symposium on security and privacy

[58] https://developer.mozilla.org/en-US/docs/Learn/Common_questions/Web_mechanics/What_is_a_URL

[59] https://developer.mozilla.org/en-US/docs/Web/HTTP/Headers/Referer

[60] https://developer.mozilla.org/en-US/docs/Glossary/Payload_body

[61] https://developer.mozilla.org/en-US/docs/Web/API

[62] https://developer.mozilla.org/en-US/docs/Learn/JavaScript/Client-side_web_APIs/Introduction

[63] https://developer.mozilla.org/en-US/docs/Web/API/Document

[64] https://developer.mozilla.org/en-US/docs/Web/API/EventTarget/addEventListener

[65] https://developer.mozilla.org/en-US/docs/Web/API/Element/click_event

[66] https://developer.mozilla.org/en-US/docs/Learn/Common_questions/Web_mechanics/What_is_a_URL#parameters

[67] URL parameters may also contain identifiers such as cookies, email address, or phone number.

party's web server). The payload can contain much more information, including the detailed description of a product or service shown on the webpage in a standardized format such as JSON,[68] which is used to store data in a standard human-readable text format that is also amenable to automated machine parsing.

33.    Websites typically install tracking technologies from third-party companies such as Google or Meta to optimize ad campaigns that the websites run on Google (e.g., Google Search) and Meta (e.g., Facebook, Instagram). To this end, a website may install tracking technologies in its HTML source code to share information about specific actions a user takes on their website with the tracker's server.[69]

34.    For example, a tracking technology installed by an e-commerce company on its website can precisely track whether a user added an item to their shopping cart. This kind of information is typically used for remarketing, *e.g.,* the third party will then show ads to the user who previously added an item to their shopping cart but did not purchase the product. As another example, a tracking technology installed by an e-commerce company on its website can precisely track when a user purchased an item after clicking on an ad. This is called conversion tracking, which is used to measure the effectiveness of ad campaigns and further improve their effectiveness by identifying the characteristics of successful conversions.[70]

35.    Google Analytics is an example of a widely used tracking technology.[71] Google has described Google Analytics at a high level on its marketing and developer pages:

a.    "Google Analytics is a platform that collects data from your websites and apps to create reports that provide insights into your business." "To measure a website, you first have to create a Google Analytics account. Then you need to add a small piece of JavaScript measurement code to

---

[68] https://developer.mozilla.org/en-US/docs/Glossary/JSON
[69] It is important to recognize here that a website can run ad campaigns without needing to install tracking technologies on their website.
[70] https://support.google.com/google-ads/answer/1722022; https://developers.facebook.com/docs/meta-pixel/implementation/conversion-tracking/
[71] https://trends.builtwith.com/analytics/Google-Analytics

each page on your site. Every time a user visits a webpage, the tracking code will collect pseudonymous information about how that user interacted with the page. For the Google Store, the measurement code could show how many users visited a page that sells drinkware versus a page that sells houseware. Or it could tell us how many users bought an item like an Android doll by tracking whether they made it to the purchase-confirmation page."[72]

b. "In Google Analytics, an audience is a group of users from your site and/or app who have generated similar behavioral data or who share demographic or other descriptive data (e.g., same age group, same gender, were acquired by the same campaign)."[73]

c. "Remarketing lets you re-engage users based on their behavior in your app or on your site. When users fit the behavioral profile for an audience (for example, Reached Level 9), they are added to that audience and are eligible to see ads related to that earlier behavior. You can create audiences in your Google Analytics 4 properties from any combination of dimensions, metrics, and events (for example, Android users who triggered in_app_purchase events). Analytics also automatically creates two audiences: Purchasers: Users who have purchased an app, made an in-app purchase, or made a website purchase; All users: Users who have installed your app or initiated sessions on your website."[74]

d. Google uses both first-party and third-party cookies to track users on and across different websites. These cookies store both account and device identifiers.[75] For example, Google uses the _ga first-party cookie

---

[72] https://support.google.com/analytics/answer/12159447
[73] https://support.google.com/analytics/answer/12799087
[74] https://support.google.com/analytics/answer/9313634
[75] https://policies.google.com/technologies/cookies

containing device identifier and SID/3PSID cookies containing Google account identifier.

36.     Meta Pixel (previously known as Facebook Pixel) is another example of a widely used tracking technology.[76] It is described by Meta at a high level on the following marketing and developer pages:

a. "What is the Meta Pixel? The Meta Pixel is a piece of code on your website that can help you better understand the effectiveness of your advertising and the actions people take on your site, like visiting a page or adding an item to their cart. You'll also be able to see when customers took an action after seeing your ad on Facebook and Instagram, which can help you with retargeting."[77]

b. "The Meta Pixel is a snippet of JavaScript code that loads a small library of functions you can use to track Facebook ad-driven visitor activity on your website. It relies on Facebook cookies, which enable us to match your website visitors to their respective Facebook User accounts. Once matched, we can tally their actions in the Facebook Ads Manager so you can use the data to analyze your website's conversion flows and optimize your ad campaigns. By default, the Pixel will track URLs visited, domains visited, and the devices your visitors use. In addition, you can use the Pixel's library of functions to: track conversions, so you can measure ad effectiveness; define custom audiences, so you can target visitors who are more likely to convert; set up Advantage+ catalog ads campaigns."[78]

c. Meta Pixel also supports advanced matching, which is described as "Advanced matching can help you optimize your Meta ads to drive better

---

[76] https://trends.builtwith.com/analytics/Facebook-Pixel
[77] https://www.facebook.com/business/tools/meta-pixel/
[78] https://developers.facebook.com/docs/meta-pixel/get-started

results. With advanced matching, you can send us hashed customer information along with your Meta Pixel events, which can help you attribute more conversions and reach more people. We hash the customer information on the website before they're sent to Meta technologies to help protect user privacy."[79] In advanced matching, a website can share with Meta email, first name, last name, phone, external ID, gender, birthdate, city, state or province, country.[80]

    d.   Meta Pixel uses both first-party and third-party cookies to track users on and across different websites.[81] These cookies store both account and device identifiers.[82] For example, Meta Pixel stores _fbp first-party cookie containing device identifier and c_user cookie containing Facebook account identifier and collects them on the facebook.com domain. The account identifier stored in the c_user cookie is available to publicly look-up because when it is typed as a URL parameter within the Facebook URL, it will pull up the individual's Facebook profile page. For example, Facebook founder Mark Zuckerberg's account identifier is 4. Anyone can figure out that the c_user = 4 belongs to Mark Zuckerberg by visiting https://www.facebook.com/4.

37.    Mixpanel is another example of a widely used tracking technology.[83] It is described by Mixpanel at a high level on the following marketing and developer pages:

    a.   "Drive engagement beyond traffic: Maximize your marketing performance with Mixpanel. Get real-time insights into user behavior, optimize ad spend, and prove ROI with our powerful analytics tools." "Speed up decisions with real-time data: Get the answers you need without waiting

---

[79] https://www.facebook.com/business/help/611774685654668
[80] https://developers.facebook.com/docs/meta-pixel/advanced/advanced-matching/
[81] https://www.facebook.com/business/help/471978536642445
[82] https://policies.google.com/technologies/cookies
[83] https://trends.builtwith.com/analytics/Mixpanel

for an analytics team. Set up within minutes, monitor metrics and campaign performance with customizable dashboards, and follow users across channels with cross-platform tracking." "Identify the ROI of all your marketing: Measure the true impact of your marketing activities and boost your results. Pinpoint what works with Multi-Touch Attribution, stretch your budget with ROAS Calculation, and optimize your website with Session Tracking." "Unify your data and get the full story: Gain insights beyond traditional marketing with a single platform. Understand your audience from every angle with features like ID Merge to combine cross-device activity, seamless CDP integration, and in-depth User Segment Analysis."[84]

b.  "The Javascript SDK provides a few different methods to send event data to your project. Calling any of the event tracking methods below will generate an event payload, then trigger a request to the /track API endpoint to ingest the event into your project." "Once you initialized the Mixpanel object, call .track() to send an event by providing the event name and any event properties."[85]

c.  "Distinct ID is Mixpanel's identifier used to uniquely track a user in the system. Every event data and profile update sent to Mixpanel should have a distinct_id property associated with it (except in the case of preventing hot shards). The Distinct ID value tells Mixpanel which user to attach your events and profile property updates. The purpose of Distinct ID is to provide a single, unified identifier for a user across devices and sessions. When two events have the same value of distinct_id, they are considered as being performed by one unique user. If the Distinct ID on two events

---

[84] https://mixpanel.com/teams/marketing-teams/
[85] https://docs.mixpanel.com/docs/tracking-methods/sdks/javascript

are two different values, they will be considered as coming from two separate users." "The $device_id event property is automatically generated by our client-side SDK and then attached to all of the user's events. All client-side events should contain a $device_id. If an event contains a $device_id without a $user_id, the value of the $device_id will be set as the distinct_id for that event. We can consider the $device_id as the anonymous ID for the user."[86]

38.      Tracking technologies can identify and track users across different devices. This is called cross-device tracking.[87] It is commonly used to track when a user views or clicks on an ad on one device (e.g., mobile web browser) and then later purchases the item in the ad on another device (e.g., desktop web browser). Tracking technologies implement cross-device tracking using a wide variety of information such as cookies, IP address, browser type and version, location, time, browsing behavior, etc.[88] Tracking technologies offered by Google, Meta, and Mixpanel support cross-device tracking.[89,90,91] For example, "Cross-device reports enable you to see which devices people saw your ads on before converting on your app or website. For example, if you see an ad for a product on your mobile device, but decide to buy it later on your computer, this conversion could be captured in a cross-device report."[92]

39.      Websites may install tracking technologies and other third-party tags on their website directly by embedding the tracking technology source code on the website's code or through a tag management tool without needing to change the website's code.[93] Google Tag Manager is a commonly used tag management tool.[94] Google Tag Manager can be configured to

---

[86] https://docs.mixpanel.com/docs/tracking-methods/id-management; https://docs.mixpanel.com/docs/tracking-methods/id-management/identifying-users-simplified
[87] https://stape.io/blog/cross-device-tracking
[88] https://stape.io/blog/cross-device-tracking#how-cross-device-tracking-works
[89] https://support.google.com/analytics/answer/9039086
[90] https://support.google.com/analytics/answer/9445345
[91] https://docs.mixpanel.com/docs/tracking-methods/id-management
[92] https://www.facebook.com/business/help/266118906912295
[93] https://marketingplatform.google.com/about/tag-manager/
[94] https://w3techs.com/technologies/overview/tag_manager

trigger a certain tag in response to certain events.[95] For example, "page view" is a commonly used event trigger in Google Tag Manager.[96] Popular tracking technologies such as Google Analytics,[97] Google Ads,[98] Meta Pixel[99] can be conveniently installed via the Google Tag Manager. Google Tag Manager container[100] represents the configuration of a set of tags and triggers on a website. Google Tag Manager container configuration can be exported as a JSON file that contains the list of all installed tags and triggers.[101]

## IV.    Testing and Analysis Methodologies for the Opinions Offered in this Report.

40.    I was asked by the counsel for plaintiffs to investigate the installation of tracking technologies by BetterHelp. At the time of writing in May 2025, BetterHelp had removed certain tracking technologies from its website. Therefore, I did not conduct live testing of BetterHelp's website. Consequently, I investigated the installation of tracking technologies by BetterHelp using the following methods:

a.    **First**, I analyzed BetterHelp's responses to the FTC's investigation,[102] deposition testimony of BetterHelp employees,[103] and other documents produced in discovery.

b.    **Second**, I analyzed Google Tag Manager configuration information produced by BetterHelp that reflects ███████████████

███████████████████

c.    **Third**, I analyzed ████████████████████████

████████████████████.[105]

---

[95] https://support.google.com/tagmanager/answer/6102821
[96] https://support.google.com/tagmanager/answer/7679319
[97] https://support.google.com/tagmanager/answer/9442095
[98] https://support.google.com/tagmanager/answer/6105160
[99] https://www.facebook.com/business/help/1021909254506499
[100] https://developers.google.com/tag-platform/tag-manager/api/v1/reference/accounts/containers
[101] https://support.google.com/tagmanager/answer/6106997
[102] BHO0008602 -- BHO0008657; BH0008658 -- BH0008660; BH0008559 -- BH0008600
[103] Deposition transcripts of Jessica Honbarger, Daniel Bragonier, and Niklas Vaughan
[104] 
[105] ████████████████████████████████

d. **Fourth**, I analyzed the Meta Ads Manager report to investigate the information 

e. **Fifth**, I analyzed BetterHelp's website as archived by the Internet Archive's Wayback Machine.[107] The Wayback Machine is used in peer-reviewed scientific research[108,109] to retrospectively investigate the installation of tracking technologies.

## V.    Opinion #1: BetterHelp installed tracking technologies to share user identifiers and content information with third parties like Meta, Google, or Mixpanel.

41.    BetterHelp[110] allows users to sign-up for therapy and counseling services by completing an intake questionnaire,[111] finding and signing up for mental health services with a therapist or counselor,[112] take mental health assessments or tests,[113] review advice articles about specific conditions and treatments,[114] and login to BetterHelp.[115]

42.    BetterHelp's response to the FTC's investigation 

---

[106] BH0008702
[107] https://web.archive.org/web/20250000000000*/https://www.betterhelp.com/; https://web.archive.org/web/*/https://www.betterhelp.com*
[108] Lerner, A., Simpson, A.K., Kohno, T. and Roesner, F., 2016. Internet jones and the raiders of the lost trackers: An archaeological study of web tracking from 1996 to 2016. In 25th USENIX Security Symposium (USENIX Security 16).
[109] Bahrami, P.N., Iqbal, U. and Shafiq, Z., 2022. FP-Radar: Longitudinal Measurement and Early Detection of Browser Fingerprinting. Proceedings on Privacy Enhancing Technologies.
[110] BetterHelp offers multiple websites such as betterhelp.com, regain.us, faithfulcounseling.com, pridecounseling.com, teencounseling.com, mind-diagnostics.org, etc. as well as mobile apps.
[111] https://www.betterhelp.com/start/
[112] https://www.betterhelp.com/find_a_counselor/
[113] https://www.mind-diagnostics.org/gender-dysphoria-test
[114] https://www.betterhelp.com/advice/
[115] https://www.betterhelp.com/login/

██████████████████████████████████████████████████████

██ .116,117,118,119120

    43.    The deposition testimony of BetterHelp's employees[121] ████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████

    a.    Niklas Vaughan[122] testified that ███████████████████████████

████████████████████████████[123] ██████████████, [124] █████

████████████████████████. [125]



[121] Deposition transcripts of Jessica Honbarger, Daniel Bragonier, and Niklas Vaughan
[122] Deposition transcript of Niklas Vaughan: 42:11-43:8; 65:8-12; 90:2-93:17
[123] https://www.facebook.com/business/help/74435470898122 ("A custom audience is an ad targeting option that lets you find your existing audiences among people across Meta technologies."); https://www.facebook.com/business/help/610516375684216 ("Website custom audiences are an option for advertisers looking to reach people who have already shown interest in their business. By using the Meta Pixel to track website visitors, you can create a targeted ad to show to that audience.")
[124] https://www.facebook.com/business/help/164749007013531 ("A lookalike audience is a way your ads can reach new people who are likely to be interested in your business because they share similar characteristics to your existing customers.")
[125] https://www.facebook.com/business/help/611774685654668 ("Advanced matching can help you optimize your Meta ads to drive better results. With advanced matching, you can send us hashed customer information along with your Meta Pixel events, which can help you attribute more conversions and reach more people. We hash the customer information on the website before they're sent to Meta technologies to help protect user privacy."); https://developers.facebook.com/docs/meta-pixel/advanced/advanced-matching/; https://www.facebookblueprint.com/student/path/211540/activity/205773 ("Advanced matching can help you

b. Daniel Bragonier testified 

126,127,128,129,130,131,132

c. Jessica Honbarger also testified

133,134

---

optimize your ads across Meta technologies to produce better results. With advanced matching, you can send hashed customer information along with website events from the Meta Pixel which can help attribute more conversions and reach more people.")
126 Deposition transcript of Daniel Bragonier: 67:2-11; 69:18-25; 81:4-82:10







45.     My analysis of BetterHelp's website as archived by the Internet Archive's Wayback Machine[152] ▉▉▉ confirmed that it installed the tracking technologies by third-party companies such as Google, Meta, and/or Mixpanel between 2017 and 2021.[153]

    a.  Figure 1(a) shows that BetterHelp installed tracking technologies from Google, Meta, and Mixpanel on its website in 2017.[154]

    b.  Figure 1(b) shows that BetterHelp installed tracking technologies from Google, Meta, and Mixpanel on its website in 2018.[155]

---

[145] BH0019034
[146] BH0019216
[147] BH0018502, BH0018504, BH0018525, BH0018546, BH0018567, BH0018588, BH0018609, BH0018631, BH0018656, BH0018681, BH0018707, BH0018733, BH0018740, BH0018766, BH0018775, BH0018785, BH0018797, BH0018811, BH0018825, BH0018846
[148] BH0018733
[149] BH0018740
[150] BH0018775
[151] BH0018740
[152] https://web.archive.org/web/20250000000000*/https://www.betterhelp.com/; https://web.archive.org/web/*/https://www.betterhelp.com*
[153] https://web.archive.org/web/20250000000000*/https://www.betterhelp.com/start/; https://web.archive.org/web/20250000000000*/https://www.betterhelp.com/
[154] https://web.archive.org/web/20170712145149/https://www.betterhelp.com/start/; https://web.archive.org/web/20170721114647/https://www.betterhelp.com/
[155] https://web.archive.org/web/20180416212158/https://www.betterhelp.com/start/; https://web.archive.org/web/20180416212156/https://www.betterhelp.com/

c.  Figure 1(c) shows that BetterHelp installed tracking technologies from Google, Meta, and Mixpanel on its website in 2019.[156]

d.  Figure 1(d) shows that BetterHelp installed tracking technologies from Google, Meta, and Mixpanel on its website in 2020.[157]

e.  Figure 1(e) shows that BetterHelp installed tracking technologies from Google, Meta, and Mixpanel on its website in 2021.[158]

---

[156] https://web.archive.org/web/20190425173035/https://www.betterhelp.com/start/;
https://web.archive.org/web/20190426052252/https://www.betterhelp.com/
[157] https://web.archive.org/web/20200616053018/https://www.betterhelp.com/start/;
https://web.archive.org/web/20200612084943/https://www.betterhelp.com/
[158] https://web.archive.org/web/20210112191650/https://www.betterhelp.com/;
https://web.archive.org/web/20210112163141/https://www.betterhelp.com/



**(a) 2017**



**(b) 2018**



**(c) 2019**



**(d) 2020**



**(e) 2021**

**Figure 1: BetterHelp's website source code archived by the Wayback Machine shows that it has installed tracking technologies from third parties such as Google, Meta, and Mixpanel from 2017 until 2021.**

46. ███████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████[159] for specific Facebook account holders that include

timestamped event information that span through 2021.

47.    The aforementioned discovery materials and publicly available evidence shows

that BetterHelp ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

48.    In summary, BetterHelp installed tracking technologies from third-party

companies such as Google, Meta, or Mixpanel (among others) on its website from 2017 until

2021. The following summarizes my findings:

---

[159] META_BETTERHELP_000000001 -- META_BETTERHELP_000000005



**Figure 2: BetterHelp installed tracking technologies from third parties such as Google, Meta, and Mixpanel from 2017 until 2021**

49.     Due to its installation of tracking technologies on its website, BetterHelp shared the following baseline set of identifying information with third-party companies such as Google, Meta, or Mixpanel:

a.     ██████████████████████████

b.     ██████████████████████████████

██████████ .

50.     When it installed tracking technologies on its website, BetterHelp shared the following baseline set of content information about user activity with third-party companies such as Google or Meta alongside user identifiers.

a.     ████████

b.     █████████

c.     █████████ .

51.     Below I list specific identifying and content information shared by BetterHelp with third-party companies such as Google or Meta.

52.     **Google:** 



https://business.safety.google/adscookies/

161 https://policies.google.com/technologies/types

"The cookies and similar technologies used to authenticate users help ensure that only the actual owner of an account can access that account. For example, cookies called 'SID' and 'HSID' contain digitally signed and encrypted records of a user's Google Account ID and most recent sign-in time."

"Some cookies and similar technologies used for advertising are for users who sign in to use Google services. For example, the 'DSID' cookie is used to identify a signed-in user on non-Google sites so that the user's ads personalization setting is respected accordingly. The 'DSID' cookie lasts for 2 weeks."

162 https://engineering.fb.com/privacy/

163 https://policies.google.com/technologies/types

164 https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a

165 Munir, S., Siby, S., Iqbal, U., Englehardt, S., Shafiq, Z. and Troncoso, C., CookieGraph: Understanding and Detecting First-Party Tracking Cookies. In Proceedings of the 2023 ACM SIGSAC Conference on Computer and Communications Security, 2023.

166 https://web.archive.org/web/20130308012425/https://developers.google.com/analytics/devguides/collection/analyticsjs/cookie-usage#gajs

167 Google Takeout (https://takeout.google.com/) information includes "GOOGLE SUBSCRIBER INFORMATION", which has the list of IP address and user agent information tied to the account holder.

168 https://developers.google.com/analytics/devguides/collection/protocol/v1/parameters

169 https://cheatography.com/dmpg-tom/cheat-sheets/google-universal-analytics-url-collect-parameters/

c.  Content: BetterHelp shared the following content information with Google.[170,171,172,173]

    i.  ██████████████████████████████████████████

    ██  ████████████████████████████████.

53.  **Meta:** BetterHelp similarly shared the following identifying and content information with Meta (e.g., facebook.com, facebook.net):

a.  Identifiers: BetterHelp shared the following user identifiers with Meta.



i.  ██████████████████████████████████████████

██████████████████████████████████████

---

[170] In the field of computer science, content taxonomies are used to classify content found in page URLs, titles, etc. into various categories. For example, the IAB content taxonomy enables the classification of content into hundreds of categories, including sensitive categories such as "Medical Health>Diseases and Conditions>Cancer", "Medical Health>Diseases and Conditions>Substance Abuse", "Medical Health>Diseases and Conditions>Reproductive Health>Pregnancy", "Medical Health > Diseases and Conditions > Reproductive Health", etc. See, e.g., Melicher et al., "(Do Not) Track Me Sometimes: Users' Contextual Preferences for Web Tracking," https://petsymposium.org/popets/2016/popets-2016-0009.pdf (defining sensitive topics as "those which deal with financial services, medicine, health"); Ur et al., "Smart, useful, scary, creepy: perceptions of online behavioral advertising," https://dl.acm.org/doi/abs/10.1145/2335356.2335362; Leon et al., "What Matters to Users? Factors that Affect Users' Willingness to Share Information with Online Advertisers," https://dl.acm.org/doi/pdf/10.1145/2501604.2501611.

[171] IAB Content Taxonomy https://www.iab.com/guidelines/content-taxonomy/ ("The Content Taxonomy has evolved over time to provide publishers with a consistent and easy way to organize their website content. For example, to differentiate "sports" vs. "news" vs. "wellness" material. IAB Tech Lab's Content Taxonomy specification provides additional utility aimed at minimizing the risk that content categorization signals could be used to generate sensitive data points about things like race, politics, religion, or other personal characteristics that could result in discrimination. While the Content Taxonomy itself doesn't constitute sensitive data – it simply categorizes page content, and does not on its own reveal information about a user – there are few technical controls preventing taxonomy nodes being associated with individual IDs to build behavioral profiles over time based on content preferences.")

[172] Google Verticals https://developers.google.com/google-ads/api/data/verticals

[173] A number of content classification services (e.g., Google Cloud https://cloud.google.com/natural-language/docs/categories, WebShrinker https://docs.webshrinker.com/v3/iab-website-categories.html#tier-1-and-%20tier-2-categories, Website Categorization API & Databases https://www.websitecategorizationapi.com/) can be used to classify webpage URLs into various content categories.

[174] https://developers.google.com/analytics/devguides/collection/protocol/v1/parameters

[175] https://cheatography.com/dmpg-tom/cheat-sheets/google-universal-analytics-url-collect-parameters/

[176] https://developers.google.com/analytics/devguides/collection/protocol/v1/parameters

[177] https://cheatography.com/dmpg-tom/cheat-sheets/google-universal-analytics-url-collect-parameters/



178,179,180,181,182,183.184

ii. ███████████████████████████████████████

███████████████████████████████████████

█████████e.[185]

iii. Advanced matching: BetterHelp configured and activated Meta Pixel on

its website to share "advanced matching" identifying information such as

email ("em"), first name ("fn"), last name ("ln"), phone ("pn"), gender

("ge"), zip ("zp"), city ("ct"), and state ("st") as "match keys. This is

confirmed by evidence of Meta Pixel configuration information from the

Wayback Machine[186] ██████████████████████████████████

---

[178] https://www.facebook.com/privacy/policies/cookies ("We use cookies to keep you logged in as you navigate between Facebook Pages. Cookies also help us remember your browser so you don't have to keep logging in to Facebook and so you can more easily log in to Facebook via third-party apps and websites. For example, we use the "c_user" and "xs" cookies, including for this purpose, which have a lifespan of 365 days."); (""Datr" is a unique identifier for your browser that, amongst other things, helps us protect you from fraud. For example, it helps us identify trusted browsers where you have logged in before. "Datr" has a lifespan of 400 days."); ("Cookies allow us to help deliver ads to people who have previously visited a business's website, purchased its products or used its apps and to recommend products and services based on that activity. Cookies also allow us to limit the number of times that you see an ad so you don't see the same ad over and over again. For example, the "fr" cookie is used to deliver, measure and improve the relevancy of ads, with a lifespan of 90 days"); ("For example: We use cookies to count the number of times that an ad is shown and to calculate the cost of those ads. We also use cookies to measure how often people do things, such as make a purchase following an ad impression. For example, the "_fbp" cookie identifies browsers for the purposes of providing advertising and site analytics services and has a lifespan of 90 days."); ("Our business partners may also choose to share information with Meta from cookies set in their own websites' domains, whether or not you have a Facebook or Instagram account or are logged in. Specifically, cookies named _fbc or _fbp may be set on the domain of the business partner whose site you're visiting. Unlike cookies that are set on Meta's own domains, these cookies aren't accessible by Meta when you're on a site other than the one on which they were set, including when you are on one of our domains. They serve the same purposes as cookies set in Meta's own domain, which are to personalise content (including ads), measure ads, produce analytics and provide a safer experience, as set out in this Cookies Policy.")

[179] Facebook Ireland, 21 September 2012 Report of Re-Audit by Data Protection Commissioner http://www.europe-v-facebook.org/ODPC_Review.pdf

[180] Facebook Cookies Analysis https://techexpertise.medium.com/facebook-cookies-analysis-e1cf6ffbdf8a

[181] Bekos, Paschalis, Panagiotis Papadopoulos, Evangelos P. Markatos, and Nicolas Kourtellis. "The Hitchhiker's Guide to Facebook Web Tracking with Invisible Pixels and Click IDs." In Proceedings of the ACM Web Conference 2023, pp. 2132-2143. 2023.

[182] https://archintelligence.com/cookies-and-tracking-policy/

[183] https://engineering.fb.com/privacy/

[184] https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a

[185] https://developers.facebook.com/docs/marketing-api/conversions-api/parameters/fbp-and-fbc/

[186] https://web.archive.org/web/*/https://connect.facebook.net/signals/config/672206899505148*, e.g., https://web.archive.org/web/20200114212251/https://connect.facebook.net/signals/config/672206899505148?v=2.8.46&r=stable



iv.



---

[187] BH0008930; BH0002596; BH0008944; BH0002228; BH0002599
[188] BH0008930; BH0002596; BH0008944
[189]

[190]

[191]

[192] BH0009860; BH0009797
[193]

[194]

[195]

[196] https://www.facebook.com/business/help/341425252616329 ("A custom audience made from a customer list is a type of audience you can create to connect with people who have already shown an interest in your business or product. It's made of information - called "identifiers" - you've collected about your customers (such as email, phone number and address) and provided to Meta. Prior to use, Meta hashes this information. Then, we use a process called matching to match the hashed information with Meta technologies profiles so that you can advertise to your customers on Facebook, Instagram and Meta Audience Network. The more information you can provide, the better the match rate (which means our ability to make the matches). Meta doesn't learn any new identifying information about your customers.")
[197] BH0008702

██████████████████████████████████████████████.[198]

v.    ████████████████████████████████████████
██████████████████████████████████████

████████████████.[199] ████████ hashing identifiers such as email address does not protect their privacy with respect to Facebook, which matches the hash of an email shared by BetterHelp with the hashes of emails it has for Facebook users to identify the corresponding Facebook user.[200] Meta's documentation explains that it "On the Meta side, we have pre-computed the hashed values for every person on Meta. We take the customer's list of hashed values and compare it with our own list of hashed values."[201] BetterHelp has stated that █████████████████ ███████████████████████████"[202] However, this terminology appears to conflate encryption with hashing. Hashing is *not* encryption.[203] Unless encryption is explicitly added to hashing, hashing does not provide confidentiality. To elaborate, encryption uses a secret key without which the encrypted information cannot be reversed. In contrast, there is no secret key involved in the hashing done on email addresses shared with Facebook. The Federal Trade Commission (FTC) has been warning for



[198] ████████████████████████████████████████████████████████████

[199] ████████████████████████████████████████████████████████████████████████████████████████

[200] https://www.facebookblueprint.com/student/path/211540/activity/205773
[201] BHO0009366
[202] BHO0008371 ████████████████████████████████████████████████

[203] https://www.clickssl.net/blog/difference-between-hashing-vs-encryption ("Hashing emphasizes the integrity of the information while Encryption focuses on the confidentiality of the data."); https://www.pingidentity.com/en/resources/blog/post/encryption-vs-hashing-vs-salting.html (explaining that encryption converts data into a secure format that only those with the decryption key are allowed to access and that data is protected both in transit and at rest, while hashing transform data into a fixed-size string of characters, typically used for verifying the integrity of data and securely storing passwords).

more than a decade[204] and most recently that "hashes aren't 'anonymous' and can still be used to identify users, and their misuse can lead to harm. Companies should not act or claim as if hashing personal information renders it anonymized."[205] This analysis of hashing also applies to advanced matching described above.



[204] https://www.ftc.gov/policy/advocacy-research/tech-at-ftc/2012/04/does-hashing-make-data-anonymous
[205] https://www.ftc.gov/policy/advocacy-research/tech-at-ftc/2024/07/no-hashing-still-doesnt-make-your-data-anonymous
[206] Facebook's Download Your Information (https://www.facebook.com/help/212802592074644) includes "Account activity", which has the list of IP address and user agent information tied to the account holder.
[207] https://themarkup.org/show-your-work/2022/04/28/how-we-built-a-meta-pixel-inspector

c. Content: BetterHelp shared the following content information with Meta.[208,209,210,211]



     i.

     ii.

     iii.

54. **Mixpanel:** BetterHelp similarly shared the following identifying and content information with Mixpanel (e.g., mixpanel.com):[212]

a. Identifiers: BetterHelp shared the following user identifiers with Mixpanel.[213]

---

[208] In the field of computer science, content taxonomies are used to classify content found in page URLs, titles, etc. into various categories. For example, the IAB content taxonomy enables the classification of content into hundreds of categories, including sensitive categories such as "Medical Health>Diseases and Conditions>Cancer", "Medical Health>Diseases and Conditions>Substance Abuse", "Medical Health>Diseases and Conditions>Reproductive Health>Pregnancy", "Medical Health > Diseases and Conditions > Reproductive Health", etc. See, e.g., Melicher et al., "(Do Not) Track Me Sometimes: Users' Contextual Preferences for Web Tracking," https://petsymposium.org/popets/2016/popets-2016-0009.pdf (defining sensitive topics as "those which deal with financial services, medicine, health"); Ur et al., "Smart, useful, scary, creepy: perceptions of online behavioral advertising," https://dl.acm.org/doi/abs/10.1145/2335356.2335362; Leon et al., "What Matters to Users? Factors that Affect Users' Willingness to Share Information with Online Advertisers," https://dl.acm.org/doi/pdf/10.1145/2501604.2501611.

[209] IAB Content Taxonomy https://www.iab.com/guidelines/content-taxonomy/ ("The Content Taxonomy has evolved over time to provide publishers with a consistent and easy way to organize their website content. For example, to differentiate "sports" vs. "news" vs. "wellness" material. IAB Tech Lab's Content Taxonomy specification provides additional utility aimed at minimizing the risk that content categorization signals could be used to generate sensitive data points about things like race, politics, religion, or other personal characteristics that could result in discrimination. While the Content Taxonomy itself doesn't constitute sensitive data – it simply categorizes page content, and does not on its own reveal information about a user – there are few technical controls preventing taxonomy nodes being associated with individual IDs to build behavioral profiles over time based on content preferences.")

[210] Google Verticals https://developers.google.com/google-ads/api/data/verticals

[211] A number of content classification services (e.g., Google Cloud https://cloud.google.com/natural-language/docs/categories, WebShrinker https://docs.webshrinker.com/v3/iab-website-categories.html#tier-1-and-%20tier-2-categories, Website Categorization API & Databases https://www.websitecategorizationapi.com/) can be used to classify webpage URLs into various content categories.

[212] The payloads of the HTTP requests to Mixpanel's server containing certain identifying and content information are Base64-encoded JSON objects that can be decoded using off-the-shelf tools such as https://docs.python.org/3/library/base64.html, https://codebeautify.org/base64-to-json-converter, etc.

[213] https://docs.mixpanel.com/docs/data-structure/property-reference/default-properties#event-properties-1



i. ██████████████████████████████████████

██████████████████████████████████

b. Non-cookie identifying information.

i. ██████████████████

ii. █████████████████████

iii. ████████████████████████████████████

████████████████████████

c. Content: BetterHelp shared the following content information with Mixpanel.

i. ████████████████████████████████████

■ ████████████████████████

■ ██████████████████████████████████████████

████████████████████████████████████████████ 216,217

█████████████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████ .218

56.     As discussed below, these types of information that BetterHelp shared with third-party companies such as Google, Meta, or Mixpanel are consistent regardless of which of the major web browsers (Google Chrome, Microsoft Edge, Apple Safari, and Mozilla Firefox, which

---

[214] https://docs.mixpanel.com/docs/tracking-methods/id-management/identifying-users-simplified#distinct_id
[215] https://docs.mixpanel.com/docs/tracking-methods/id-management/identifying-users-simplified#device_id
[216] ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
[217] 
[218] ███████████████████████████

together account for more than 95% of the market share in the United States[219]) are used by users to visit BetterHelp's website.

57.      While some web browsers, such as Apple's Safari, now block third-party cookies, they would not block the sharing of user identifiers in disguised first-party cookies (described earlier as ghost-written first-party cookies, such as the _ga cookie by Google, the _fbp cookie by Meta, and distinct_id by Mixpanel).[220] Blocking all first-party cookies can cause major functionality breakage on websites.[221] In fact, first-party cookies are required to access certain parts of BetterHelp's website after a user logs into an account. For example, a user would not be able to fully access functionality of the BetterHelp website unless they allow first-party cookies which would also allow the ghost-written first-party cookies by Google or Meta.[222] ████████████ ███████████████████████████████████████████████████████████████ ████████████████████████████████████████████.[223] Beyond cookies, none of these web browsers block sharing of non-cookie identifiers or content information such as the page URL and page title with Google, Meta, or Mixpanel.

58.      ███████████████████████████[224] ███████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████

[219] https://gs.statcounter.com/browser-market-share/all/chart.php?device=Desktop%20%26%20Mobile%20%26%20Tablet%20%26%20Console&device_hidden=desktop%2Bmobile%2Btablet%2Bconsole&multi-device=true&statType_hidden=browser&region_hidden=US&granularity=monthly&statType=Browser&region=United%20States%20of%20America&fromInt=202304&toInt=202404&fromMonthYear=2023-04&toMonthYear=2024-04&csv=1

[220] Munir, S., Siby, S., Iqbal, U., Englehardt, S., Shafiq, Z. and Troncoso, C., 2023, November. CookieGraph: Understanding and Detecting First-Party Tracking Cookies. In Proceedings of the 2023 ACM SIGSAC Conference on Computer and Communications Security (pp. 3490-3504).

[221] Munir, S., Siby, S., Iqbal, U., Englehardt, S., Shafiq, Z. and Troncoso, C., 2023, November. CookieGraph: Understanding and Detecting First-Party Tracking Cookies. In Proceedings of the 2023 ACM SIGSAC Conference on Computer and Communications Security (pp. 3490-3504).

[222] Deposition testimony of Niklas Vaughan 66:1-9

[223] BH0002228

[224] ████████████████████████████████████████

59.     Thus, BetterHelp's sharing of identifying (e.g., cookies containing account or device identifiers, IP address, user agent, and device properties) and content (e.g., URL and page title) information with third-party companies such as Google or Meta are agonistic to the choice of web browser used by a user to visit BetterHelp's website. The following figure summarizes my findings:

| | Google Chrome | Apple Safari | Microsoft Edge | Mozilla Firefox |
|---|:---:|:---:|:---:|:---:|
| **Identifiers: cookies** | ✓ | ✓ | ✓ | ✓ |
| **Identifiers: IP address, user-agent, device properties** | ✓ | ✓ | ✓ | ✓ |
| **Content: URL** | ✓ | ✓ | ✓ | ✓ |
| **Content: Page title** | ✓ | ✓ | ✓ | ✓ |

**Figure 3: BetterHelp shared identifying and content information with third parties across different browsers.**



v. 



xvi.









61. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████. [233,234,235,236]

62. ██████████████████████████ [237] ████████████
████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
███████████████████████████

63. ████████████████████████████ [238] ██████████████
████████████████████████████████████████
████████████████████████████████████████
█████████████ [239] , ███████ [240] , █████████████, █████████████████ [242] ,
███████ [243] , ████████████████████████
████████████████████████████████████
████████████████████████████████████

---

[233] BH0008702
[234] https://www.facebook.com/business/help/276601619787641
[235] BHO0009811 -- BHO0009828
[236] BH0021490
[237] BH0008702
[238] BH0008702
[239] ████████████████████████████████
[240] ██████████████████████████████████████████
[241] ████████████████████████████████████
[242] ████████████████████████████████
[243] ████████████████████████████████



67.     It is important to note that these counts are limited to users who performed the specified actions after seeing a Facebook ad. However, BetterHelp also shared information that enabled Facebook to identify users who engaged in the same actions, even if they did not see a Facebook ad but rather navigated to BetterHelp's website directly or through other means.[247]

---

[244] BH0008702
[245] BH0008702
[246] BH0008702
[247] Meta allows advertisers to export similar reports via the Meta Events Manager. As compared to Meta Ads Manager, the reports in Meta Events Manager are not limited to users who visit the website from ads on Meta's platform https://www.facebook.com/business/help/337196340694086.

68.     I further used the Wayback Machine to illustrate examples of the information shared by BetterHelp with third parties such as Google, Meta, or Mixpanel.



**(a) BetterHelp shared the intake questionnaire information with Facebook**



**(b) BetterHelp shared the intake questionnaire information with Facebook (therapy type)**



**(c) BetterHelp shared the intake questionnaire information with Facebook (sexual orientation)**



**(d) BetterHelp shared the intake questionnaire information with Facebook (relationship status)**



**(e) BetterHelp shared the intake questionnaire information with Facebook (suicide plans)**



**(f) BetterHelp shared the intake questionnaire information with Facebook (complete questionnaire)**



**(g) BetterHelp shared information with Facebook about a user seeking advice about anxiety**

46



**(h) BetterHelp shared information with Facebook about a user starting a gender dysphoria test**



**(i) BetterHelp shared the intake questionnaire information with Mixpanel (gender)**

47



**(j) BetterHelp shared the intake questionnaire information with Mixpanel (age)**



**(k) BetterHelp shared the intake questionnaire information with Mixpanel (sexual orientation)**



**(l) BetterHelp shared the intake questionnaire information with Mixpanel (sexual orientation)**



**(m) BetterHelp shared information with Mixpanel about a user seeking advice about anxiety**



**(n) BetterHelp shared information with Google about a user seeking advice about anger management**



**(o) BetterHelp shared information with Google about a user seeking advice about spousal abuse**



**(p) BetterHelp shared the intake questionnaire information with Google**

**Figure 5: BetterHelp shared information with third parties such as Google, Meta, and Mixpanel**

69. ████████████████████████████████████████████████ :

    a. ████████████████████████████████████████.248

    b. ████████████████████████████████████████████

    ████████████████████████████████████████████

    ████████████████████████████████████████████

    ████████████████████████████████████████████

    ████████████████████████████████████████████

    ████████████████████████████████████████████

    ████,249 ████



---

c.  █████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████ [250]

70.    It is my understanding that BetterHelp has supplemented its prior responses. ████

███████████████████████████████████████████████

███████████████ [251] ████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

███████ [252] ████████████████████████████████

██████████████████ [253].

71.    It is my understanding that BetterHelp has not produced all of the relevant information that pertains to tracking technologies it used after 2021. It is my understanding that Plaintiffs have asked BetterHelp to produce the website source code over the class period, and that the Court will be holding a hearing on May 8, 2025 on this issue. I also understand that Plaintiffs have asked BetterHelp to produce information related to their use of Zaraz (also known as Sweeps), which it indicated it used after they stopped using Google Tag Manager. I also understand that Plaintiffs have asked BetterHelp to produce Google Analytics reports and data. I reserve the right to supplement my report when BetterHelp produces the information.

72.    ███████████████████████████████████████████ ███

████████████ [255] as well as my analysis of the BetterHelp's website as archived by the Internet Archive's Wayback Machine[256] confirm that BetterHelp shared information that a user

---

[250] ████████
[251] ████████
[252] ████████
[253] ████████
[254] ████████████████████████
[255] ████████
[256] https://web.archive.org/web/20250000000000*/https://www.betterhelp.com/; https://web.archive.org/web/*/https://www.betterhelp.com*

was seeking mental health services, started the intake questionnaire, questions and answers to certain questions (e.g., gender, age, sexual orientation), completed the intake questionnaire, and added payment information with third-parties such as Meta, Google, or Mixpanel over the class period.

73.     In summary, my testing and analysis show that  As I discuss next, these third-party companies can identify, associate, or link the information shared by BetterHelp with individuals.

## VI.   Opinion #2:  Third-party companies can identify, associate, or link the information that BetterHelp shared with individuals.

74.     The information shared by BetterHelp with third-party companies, such as Google, Meta, or Mixpanel, allows them to identify, associate with, or link that data to an individual in two main ways.

75.     First, third-party companies, such as Google or Meta, who may have a first party relationship with the users can link the identifiers they receive from BetterHelp website to an individual.

76.     Given that Google has more than 278 million users[257] in the United States, the number of users who visit BetterHelp's website who do not have an account with Google (Gmail, Search, Drive, etc.) is expected to be negligible. Thus, when a Google account holder

---

[257] https://web.archive.org/web/20241209145548/https://www.statista.com/statistics/271412/most-visited-us-web-properties-based-on-number-of-visitors/

who is logged-in to their Google account visits BetterHelp's website, Google can link the Google account identifier it receives in the SID or DSID cookies from BetterHelp's website.

77.     Given that Meta has more than 250 million users[258] in the United States, the number of users who visit BetterHelp's website who do not have an account with Meta (Facebook, Instagram, etc.) is expected to be negligible. Thus, when a Meta account holder who is logged-in to their Meta account visits BetterHelp's website, Meta can trivially link the Meta account identifier it receives in the c_user cookie from BetterHelp's website.

78.     Even when a user is not logged into their Google or Facebook accounts, third-parties can use the aforementioned identifiers such as IP address, user agent, device properties, and cookies that are shared regardless of the login status to match website visitors to their account holders.[259] Meta's own documentation also states how it uses identifiers such as IP address, user agent, and the _fbp cookie containing device identifiers for "matching purposes."[260]

79.     Put simply, third parties such as Google or Meta can use all of the available identifiers to match the information shared by BetterHelp to a user's Google or Facebook account, respectively.



80.     ███████████████████████[261]████████████████████████████████████████████████████████████████.[262]  In other words, the fact that Meta ████████████████████████████████████████████████████████████████████████████.

81.     ████████████████████████████████████████████████████████████████████████████████████████████

[258] https://web.archive.org/web/20241202121229/https://www.statista.com/statistics/408971/number-of-us-facebook-users/
[259] Amieur, N., Rudametkin, W. and Goga, O., 2024, July. Client-side and Server-side Tracking on Meta: Effectiveness and Accuracy. In 24th Privacy Enhancing Technologies Symposium (PETS 2024) (Vol. 2024, No. 3, pp. 431-445).
[260] https://developers.facebook.com/docs/marketing-api/conversions-api/parameters/customer-information-parameters/
[261] META_BETTERHELP_000000001 -- META_BETTERHELP_000000005
[262] https://engineering.fb.com/2019/08/20/data-infrastructure/off-facebook-activity/

████████████████████████████████████

████████████████████. [263]

82.     Second, even when the third-party companies do not have a first party relationship with the users visiting BetterHelp's website, they can rely on their own or other identity services[264] that leverage *deterministic* or *probabilistic* matching to identify the individual.

83.     Deterministic matching is based on identifiers such as email address, phone number, and device identifiers. According to the Interactive Advertising Bureau (IAB), "ID solutions that rely on deterministic attributes of a consumer to identify the consumers that are relatively permanent and associated with one individual are called deterministic IDs. Some examples include email address, phone numbers, and home address."[265]

84.     Probabilistic matching (also known as fingerprinting[266]) relies on statistical analysis of multiple signals, often using sophisticated Artificial Intelligence (AI) techniques. According to the Interactive Advertising Bureau (IAB), "These [probabilistic] methods use attributes from devices a consumer uses, the attributes of the way a consumer connects to the internet or specific applications, or user agents the consumer uses in order to determine the same user across the internet." "Some typical examples of attributes that are used for probabilistic IDs are IP address, user agent, timestamps, device details or settings."[267]

85.     As shown in Figure 6, there are a number of off-the-shelf identity services that can be used by third-party companies such as Google to identify an individual from the deterministic or probabilistic information shared by BetterHelp even if the user is not an account holder.[268]

---

[263] BH0008702
[264] https://www.acxiom.com/wp-content/uploads/2022/08/2022-MarTech-Enterprise-Identity-Resolution-%E2%80%93-A-Marketers-Guide-%E2%80%93-EXTERNAL-4-22-22-o.pdf
[265] https://iabtechlab.com/wp-content/uploads/2024/05/Identity-Solutions-Guidance-FINAL.pdf
[266] https://www.incrmntal.com/resources/demystifying-problematic-measurement-deterministic-fingerprinting-and-probabilistic
[267] https://iabtechlab.com/wp-content/uploads/2024/05/Identity-Solutions-Guidance-FINAL.pdf
[268] https://m.iabaustralia.com.au/asset/284:id-matrixpdf

# identity providers.

| Provider | ID Solution | Data Sources | Base Identifiers | Consent Type | Availability and Addressability | Interoperability | Prerequisites |
|---|---|---|---|---|---|---|---|
| LiveRamp | ATS & RampID | Global publishers & data suppliers | Hashed emails | 1st, 2nd & 3rd party | Yes, via all major DSPs & SSPs | Interoperable with most global identifiers | Publishers must have access to user authentications |
| Lotame | Panorama | Global publishers & data suppliers | Probabilistic & deterministic data | 1st, 2nd & 3rd party | Yes | Interoperable with most global identifiers | Ability to sync |
| Meta | Facebook Custom Audiences | Owned & Operated | Hashed emails, phone numbers & postal addresses | Authenticated & consensual 1st party | Only across owned & operated | TBC | All Custom Audiences customers are vetted with very clear requirements |
| Near | Proxima | Global publishers + online & offline data partners | Hashed emails, phone numbers and home address | 1st, 2nd & 3rd party | Yes, via Near Allspark | Yes, via Near Allspark | Must have a common identifier within any datasets |
| Oracle Data Cloud | Oracle ID Graph | Global publishers & data suppliers | Probabilistic & deterministic data | 1st, 2nd & 3rd party | Yes, via all major DSPs & SSPs | Via Unified ID 2.0 | Ability to sync |
| Unified ID 2.0 | Unified ID 2.0 | Global publishers | Hashed emails, which are encrypted via a tokenization solution | Authenticated and consentual 1st party | Yes | Interoperable with most global identifiers | Must agree to abide by UID2 ecosystem terms. Source code donated by The Trade Desk |
| Yahoo | ConnectID | Owned & Operated | Hashed emails, tokenized | 1st, 2nd & 3rd party | Yes, via Yahoo Preferred Network (prev 'Gemini') + Yahoo DSP & SSP | Interoperable with most global identifiers | Publishers or brand must have mechanism for gathering user emails |

IAB Australia Data Council ID Explainer Guide    4

# identity providers.

| Provider | ID Solution | Data Sources | Base Identifiers | Consent Type | Availability and Addressability | Interoperability | Prerequisites |
|---|---|---|---|---|---|---|---|
| Criteo | Criteo Graph | Global publishers, advertisers & data suppliers | Probabilistic & deterministic data | 1st, 2nd & 3rd party | Yes, via Criteo Media Platform | Yes via RampID & Unified ID 2.0 | Participation in Criteo's First-Party Data Collective |
| Equifax | IXI | Financial partners & data suppliers | Hashed emails, financial transactions, phone numbers & postal addresses | 1st, 2nd & 3rd party | Yes, via all major DSPs & SSPs | Interoperable with most global identifiers | Strict prevetting process |
| Experian | MarketingConnect | Financial partners & data suppliers | Hashed emails, financial transactions, phone numbers & postal addresses | Authenticated & consentual 1st party | Yes, via all major DSPs & SSPs | Interoperable with most global identifiers | Strict prevetting process |
| Eyeota | Eyeota | Global publishers & data suppliers | Probabilistic & deterministic data | 1st, 2nd & 3rd party | Yes, via Eyeota Translate | Yes, via Eyeota Translate | Must have a common identifier within any datasets |
| Google | Customer Match | Owned & Operated | Hashed emails, phone numbers & postal addresses | Authenticated & consensual 1st party | Search, the Shopping tab, YouTube, Gmail and Display | TBC | All Customer Match customers are vetted with very clear requirements |
| ID5 | ID5 Universal ID | Global publishers | Probabilistic & deterministic data | 1st, 2nd & 3rd party | Yes, via all major DSPs & SSPs | Via Unified ID 2.0 | Can meet GDPR compliance requirements |
| InMobi | UnifID | Global publishers & data suppliers | Probabilistic data | 2nd & 3rd party | Yes, via all major DSPs & SSPs | Via Unified ID 2.0 | Ability to sync |
| Lifesight | Lifesight CIP & Life ID | Global publishers, financial partners & data suppliers | Probabilistic & deterministic data | 2nd & 3rd party | Yes, via all major DSPs & SSPs | Via Unified ID 2.0 | Ability to sync |

IAB Australia Data Council ID Explainer Guide    3

56

# other global providers.

| | | | | |
|---|---|---|---|---|
| Adara | Britepool | IRI | Salesforce | Throtle |
| Adstra | Crimtan | mParticle | Semcasting | TrasUnion |
| AlikeAudience | Datonics | Media Wallah | ShareThis | Treasure Data |
| Amperity | DigiCenter | Neustar | SirData | TrueData |
| Audience Project | FullContact | OneData | TailTarget | Valassis |
| BiGDBM | Infutor | Retargetly | The ADEX | Weborama |
| | | | | Zeotap |

# media agency solutions.

All the major media agency holding groups are looking to provide end-to-end data and identity solutions to their clients, and ultimately want to ensure that they can also enable privacy-safe data integrations with other platforms and ad-tech companies.

These solutions are either as a result of in-house development or acquisitions – and some examples of these are below. Please contact the relevant media agencies for more information on the related capabilities and how they may be able to help.

| Provider | ID Solution |
|---|---|
| Dentsu | Merkle M1 |
| GroupM | Choreograph ID |
| IPG | Kinesso (based upon Acxiom) |
| Omnicom Group | Omni ID |
| Publicis / Epsilon | Epsilon People Cloud / CORE ID |

**Figure 6: List of identity services compiled by the Interactive Advertising Bureau (IAB)[269]**

---

[269] https://m.iabaustralia.com.au/asset/284:id-matrixpdf

57

86.     The scientific community uses entropy as a privacy metric to quantify the risk of identifiability.[270] Entropy is measured in terms of bits. If the number of entropy bits for a piece of data – either alone or combined with other information – exceed a certain threshold, then under the concept of entropy that data can be used for identification (also known as fingerprinting).

87.     The entropy metric is also used to quantify the risk of identifiability in industry. For example, the Privacy Sandbox project uses entropy to determine the Privacy Budget.[271] Chrome browser uses entropy to label APIs "that exposes data that folks on the internet find useful for fingerprinting." Specifically, in Chrome source code, "Attributes and methods marked as [HighEntropy] are known to be practically useful for identifying particular clients on the web today."[272] The privacy non-profit public interest group Electronic Frontier Foundation also uses entropy as a metric to assess identifiability of information.[273] The World Wide Web Consortium (W3C)'s Privacy Interest Group (PING) also uses entropy to assess and mitigate the risk of

[270] Laperdrix, P., Bielova, N., Baudry, B. and Avoine, G., 2020. Browser fingerprinting: A survey. ACM Transactions on the Web (TWEB), 14(2), pp.1-33.

Eckersley, P., 2010. How unique is your web browser? In Privacy Enhancing Technologies: 10th International Symposium, PETS 2010, Berlin, Germany, July 21-23, 2010. Proceedings 10 (pp. 1-18).

Andriamilanto, N., Allard, T., Le Guelvouit, G. and Garel, A., 2021. A large-scale empirical analysis of browser fingerprints properties for web authentication. ACM Transactions on the Web (TWEB), 16(1), pp.1-62.

Steinbrecher, S. and Köpsell, S., 2003, March. Modelling unlinkability. In International workshop on privacy enhancing technologies (pp. 32-47). Berlin, Heidelberg: Springer Berlin Heidelberg.; Diaz, C., Seys, S., Claessens, J. and Preneel, B., 2002, April. Towards measuring anonymity. In International Workshop on Privacy Enhancing Technologies (pp. 54-68).

Clauß, S. and Schiffner, S., 2006, November. Structuring anonymity metrics. In *Proceedings of the second ACM workshop on Digital identity management*.

Serjantov, A. and Danezis, G., 2002, April. Towards an information theoretic metric for anonymity. In International Workshop on Privacy Enhancing Technologies (pp. 41-53).

Deng, Y., Pang, J. and Wu, P., 2007. Measuring anonymity with relative entropy. In Formal Aspects in Security and Trust: Fourth International Workshop, FAST 2006, Hamilton, Ontario, Canada, August 26-27, 2006.

[271] Privacy Budget: Limit the amount of individual user data exposed to sites to prevent covert tracking. https://developer.chrome.com/en/docs/privacy-sandbox/privacy-budget/.
[272] https://chromium.googlesource.com/chromium/src/+/main/third_party/blink/renderer/bindings /IDLExtendedAttributes.md#HighEntropy_m_a_c.

[273] A Primer on Information Theory and Privacy https://www.eff.org/deeplinks/2010/01/primer-information-theory-and-privacy.

fingerprinting, which is defined as "the capability of a site to identify or re-identify a visiting user, user agent or device."[274]

88.    The amount of entropy required to uniquely identify someone in a population of size N is $\log_2(N)$. Given that Earth's population is approximately 8 billion, the number of required bits is $\log_2$ (8 billion) = $32.897 \approx 33$ bits. Given that the number of Internet users on Earth is $\approx 4$ billion, the number of required entropy bits to uniquely identify a user or device on the Internet is $\log_2$ (4 billion) = $31.897 \approx 32$ bits.[275]

89.    The industry uses 32 bits of entropy as the identifiability threshold.

a.    As shown below, Google uses the 32 bits as the identifiability threshold[276] in calculating "Privacy Budget."



**Figure 7: 32-bit identifiability threshold to uniquely identify a user**

b.    As another example, as shown below, the FAQ page of Google's Privacy Budget project explains the use of the 32-bit entropy threshold for identifiability.[277]

---

[274] Mitigating Browser Fingerprinting in Web Specifications https://www.w3.org/TR/fingerprinting-guidance/.
[275] https://www.eff.org/deeplinks/2010/01/primer-information-theory-and-privacy
[276] Introducing the Privacy Budget https://www.youtube.com/watch?v=0STgfjSA6T8&t=423s.
[277] https://github.com/mikewest/privacy-budget/blob/4e5f78adde92bd622dafeceae78682fc0823c0eb/faq.md.

> **Is the privacy budget feasible?**
>
> This proposal is at an early stage and exact privacy budget limits are to be determined. But there are reasons to think that a privacy budget is feasible: it takes about **32 bits of entropy** to uniquely identify people on the web.
>
> About these numbers:
>
> - There are about 4.6 billion of web users. So it takes log2(4.6 billion) = about 32 bits of entropy to uniquely identify people on the web.
> - Mobile web users make up most of web users.
>
> Read more about entropy.
>
> FAQ Contributors: maudnals, jensenpaul, asankah, bslassey, rowan-m.

### Figure 8: "It takes about 32 bits of entropy to uniquely identify people on the web"

    c.   According to W3C Privacy Interest Group (PING), "30-some bits of entropy would be enough to uniquely **identify every individual person**." (emphasis added)[278]

90.     Thus, under the concept of entropy, individual pieces of data are evaluated and assigned a value of bits. If they together exceed approximately 32-bits of entropy, then that information combination is deemed to be identifiable.[279]

91.     To apply the entropy concept to the information shared by BetterHelp with third party companies, I analyzed HTTP requests from users' web browsers to third party companies when they visit BetterHelp's website.

92.     Next, I use entropy to assess the identifiability IP address, user agent, and cookies shared by BetterHelp with third-party companies. Specifically, I investigate if they together exceed the 32-bit entropy threshold. [280]

---

[278] https://w3c.github.io/fingerprinting-guidance ("Adding 1-bit of entropy is typically of less concern; 30-some bits of entropy would be enough to uniquely identify every individual person.").

[279] A caveat to be aware of when calculating the "joint" entropy is that we should not simply sum up entropy of different pieces of data if they are dependent with each other. If different pieces of data are dependent, then the joint entropy could be lower than the simple sum of entropy of different pieces of data.
Thomas M. Cover; Joy A. Thomas. Elements of Information Theory. Wiley (2006)

[280] A caveat to be aware of when calculating the "joint" entropy is that we should not simply sum up entropy of different pieces of data if they are dependent with each other. If different pieces of data are dependent, then the joint entropy could be lower than the simple sum of entropy of different pieces of data. Thomas M. Cover; Joy A. Thomas. Elements of Information Theory. Wiley (2006).

a. First, IP address by itself contains sufficiently identifying information to reach or exceed the 32-bit entropy threshold. There are two types of IP protocols: IPv4 and IPv6. The length of IPv4 address is 32 bits (i.e., approximately 4 billion possible IPv4 addresses). The new IPv6 protocol is now used by approximately half of the Internet users in the United States.[281] The length of an IPv6 address is 128 bits (i.e., approximately 340 trillion-trillion-trillion IP addresses possible IPv6 addresses). Thus, IP address, especially the newer IPv6 variant, can be sufficiently unique to meet or exceed the 32-bit threshold.

   i. Note that IP addresses are sometimes reused or shared across users (e.g., using a mechanism called Network Address Translation [NAT] or Virtual Private Network [VPN]). However, the devices sharing an IP address are still distinguishable using the additional port number information that is always included alongside the IP address. Moreover, according to an academic study, NAT and VPN usage correspond to less than 1% of all Internet traffic.[282]

   ii. While IP addresses may not always be static (i.e., they can change), peer-reviewed research[283] shows that the IP address by itself remains a serious tracking identifier despite the use of non-static IP addresses. Specifically, researchers showed that "87% of participants retain at least one IP address for more than a month."[284] For the study participants in the United States, the average IP address retention period was 18.93 days.

---

[281] https://www.google.com/intl/en/ipv6/statistics.html.

[282] Impact of Evolving Protocols and COVID-19 on Internet Traffic Shares, 2022.

[283] Mishra, V., Laperdrix, P., Vastel, A., Rudametkin, W., Rouvoy, R. and Lopatka, M., 2020, April. Don't count me out: On the relevance of IP address in the tracking ecosystem. In Proceedings of The Web Conference 2020 (pp. 808-815). https://dl.acm.org/doi/pdf/10.1145/3366423.3380161.

[284] *Id.*

Thus, IP address is a persistent identifier.

b. Second, the user agent also contains a significant amount of entropy. There are approximately 10 bits of entropy in user agent. More specifically, 10.000 according to this EFF study[285] and 9.779 bits according to another AmIUnique study.[286] Thus, user agent when combined with other information such as IP address exceeds the 32-bit entropy identifiability threshold.

c. Third, companies store Universally Unique Identifiers (UUIDs) in cookies. "A UUID is 128 bits long, and can guarantee uniqueness across space and time."[287] UUIDs are assigned such that each user or device is assigned a unique identifier and that there are no collisions. Taking the example of the Facebook user identifier stored in the c_user cookie, c_user = 4 uniquely identifies Mark Zuckerberg.[288] No other Facebook user is assigned the same Facebook user identifier. Thus, a cookie containing an identifier, by itself, exceeds the 32-bit entropy identifiability threshold.

93. The information shared by BetterHelp with third-party companies easily exceeds the 32-bit entropy identifiability threshold, even when the users are not account holders of these third-party companies, and thus can be used by third-party companies to identify an individual using the aforementioned identity services.

94. Even if a user uses a browser such as Safari that blocks third-party cookies, the information shared by BetterHelp with third-party companies in IP address, user agent, device properties, and first-party cookies still far exceeds the 32-bit entropy identifiability threshold. In

---

[285] Peter Eckersley. How unique is your web browser? International Symposium on Privacy Enhancing Technologies Symposium, pages 1–18. Springer, 2010.
[286] Pierre Laperdrix, Walter Rudametkin, and Benoit Baudry. Beauty and the beast: Diverting modern web browsers to build unique browser fingerprints. IEEE Symposium on Security and Privacy, pages 878–894. 2016.
[287] A Universally Unique IDentifier (UUID) URN Namespace  https://datatracker.ietf.org/doc/html/rfc4122.

[288] https://facebook.com/4

fact, identity graph services described earlier are now designed to identify users even when third-party cookies are blocked.[289]

95.    In summary, third-party companies with whom BetterHelp shared information can link or associate it to a specific individual.

96.    Putting it all together, my testing and analysis show that BetterHelp installed tracking technologies from third-party companies such as Google, Meta, and/or Mixpanel to share identifying information about users who completed the intake questionnaire, signed up for therapy and counseling services, paid for services, took mental health assessments or tests, reviewed advice articles about specific conditions and treatments, or logged into BetterHelp—information that these companies can match to individuals.

---

[289] "ID solutions have evolved to offer future-proofed ways of user identification in the absence of 3P cookies and device IDs." https://iabtechlab.com/wp-content/uploads/2024/05/Identity-Solutions-Guidance-FINAL.pdf

Executed on _____

_____

Zubair Shafiq, PhD

# Appendix A

3043 Kemper Hall
*Davis, CA, 95616 USA*
✉ zubair@ucdavis.edu
🌐 www.cs.ucdavis.edu/˜zubair

# Zubair Shafiq

---

## Research Interests

Web Privacy, Safety, and Security

---

## Professional Experience

| | | |
|---|---|---|
| 2020– | **Associate Professor** | Department of Computer Science, University of California-Davis |
| 2014–2020 | **Assistant Professor** | Department of Computer Science, University of Iowa |
| 2009–2014 | **Research Assistant** | Department of Computer Science and Engineering, Michigan State University |
| 2013 | **Research Intern** | IBM T. J. Watson Research Center |
| 2012 | **Research Intern** | Telefonica Research |
| 2011 | **Research Intern** | AT&T Labs – Research |
| 2007-2009 | **Research Engineer** | Next Generation Intelligent Networks Research Center, Pakistan |

---

## Education

| | | |
|---|---|---|
| 2009–2014 | **Ph.D. Computer Science** | Department of Computer Science and Engineering, Michigan State University |
| 2004–2008 | **B.E. Electrical Engineering** | National University of Sciences & Technology (NUST), Pakistan |

---

## Honors and Awards

| | |
|---|---|
| 2024 | **Distinguished Artifact Award** ACM Conference on Computer and Communications Security |
| 2024 | **Caspar Bowden Award**, Runner-up for Outstanding Research in Privacy Enhancing Technologies |
| 2023 | **Best Paper Award**, ACM Internet Measurement Conference |
| 2023 | **Chancellor's Fellow**, University of California Davis |
| 2020 | **Research Highlights**, Communications of the ACM |
| 2020 | **Dean's Scholar Award**, University of Iowa |
| 2018 | **NSF Faculty Early Career Development (CAREER) Award** |
| 2018 | **Andreas Pfitzmann Award**, Best Student Paper at Privacy Enhancing Technologies Symposium |
| 2017 | **Best Paper Award**, ACM Internet Measurement Conference |
| 2015 | **NSF CISE Research Initiation Initiative (CRII) Award** |
| 2013 | **Fitch-Beach Outstanding Graduate Research Award**, Michigan State University |

2012    **Best Paper Award**, IEEE International Conference on Network Protocols

2007, 2008    **Dean's Plaque of Excellence**, National University of Sciences & Technology, Pakistan

## Publications

USENIX    **Big Help or Big Brother? Auditing Tracking, Profiling, and Personalization in Generative AI Assistants**
Yash Vekaria, Aurelio Loris Canino, Jonathan Levitsky, Alex Ciechonski, Patricia Callejo, Anna Maria Mandalari, Zubair Shafiq
*USENIX Security Symposium*, 2025

IMC    **FP-Inconsistent: Detecting Evasive Bots using Browser Fingerprint Inconsistencies**
Hari Venugopalan, Shaoor Munir, Shuaib Ahmed, Tangbaihe Wang, Sam King, Zubair Shafiq
*ACM Internet Measurement Conference*, 2025

AsiaCCS    **FP-Rowhammer: DRAM-Based Device Fingerprinting**
Hari Venugopalan, Kaustav Goswami, Zainul Din, Jason Lowe-Power, Sam King, Zubair Shafiq
*ACM ASIA Conference on Computer and Communications Security*, 2025

SM+S    **Auditing the Compliance and Enforcement of Twitter's Advertising Policies**
Yash Vekaria, Zubair Shafiq, Savvas Zannettou
*Social Media and Society Journal*, 2025

ICWSM    **Towards Characterizing and Detecting Incentivized Reviews on eCommerce Platforms**
Rajvardhan Oak, Zubair Shafiq
*AAAI International Conference on Web and Social Media*, 2025

TOPS    **AutoFR: Automated Filter Rule Generation for Adblocking**
Hieu Le, Salma Elmalaki, Athina Markopoulou, Zubair Shafiq
*ACM Transactions on Privacy and Security*, 2024

IMC    **Watching TV with the Second-Party: A First Look at Automatic Content Recognition Tracking in Smart TVs**
Gianluca Anselmi, Yash Vekaria, Alexander D'Souza, Patricia Callejo, Anna Maria Mandalari, Zubair Shafiq
*ACM Internet Measurement Conference*, 2024

CCS    **Blocking Tracking JavaScript at the Function Granularity**
Abdul Haddi Amjad, Shaoor Munir, Zubair Shafiq, Muhammad Ali Gulzar
*ACM Conference on Computer and Communications Security*, 2024
**Distinguished Artifact Award**

USENIX Security    **PURL: Safe and Effective Sanitization of Link Decoration**
Shaoor Munir, Patrick Lee, Umar Iqbal, Zubair Shafiq, Sandra Siby
*USENIX Security Symposium*, 2024

JETLaw    **Google's Chrome Antitrust Paradox**
Shaoor Munir, Konrad Kollnig, Anastasia Shuba, Zubair Shafiq
*Vanderbilt Journal of Entertainment and Technology Law*, 2024

IMWUT/ UbiComp    **Aragorn: A Privacy-Enhancing System for Mobile Cameras**
Hari Venugopalan, Zainul Abi Din, Trevor Carpenter, Jason Lowe-Power, Sam King, Zubair Shafiq
*ACM on Interactive, Mobile, Wearable and Ubiquitous Technologies*, 2024

CHI **Understanding Underground Incentivized Review Services**
Rajvardhan Oak, Zubair Shafiq
*ACM Conference on Human Factors in Computing Systems*, 2024

S&P **The Inventory is Dark and Full of Misinformation: Understanding the Abuse of Ad Inventory Pooling in the Ad-Tech Supply Chain**
Yash Vekaria, Rishab Nithyanand, Zubair Shafiq
*IEEE Symposium on Security & Privacy*, 2024

CSR **Harnessing TI Feeds for Exploitation Detection**
Kajal Patel, Zubair Shafiq, Mateus Nogueira, Daniel Sadoc Menasché, Enrico Lovat, Taimur Kashif, Ashton Woiwood, Matheus Martins
*IEEE International Conference on Cyber Security and Resilience*, 2024

JOLT **A Scientific Approach to Tech Accountability**
Woodrow Hartzog, Scott Jordan, David Choffnes, Athina Markopoulou, Zubair Shafiq
*Beyond the FTC: The Future of Privacy Enforcement*, Harvard Journal of Law & Technology, 2023

PNAS **Auditing YouTube's Recommendation System for Ideologically Congenial, Extreme, and Problematic Recommendations**
Muhammad Haroon, Magdalena Wojcieszak, Anshuman Chhabra, Xin Liu, Prasant Mohapatra, Zubair Shafiq
*Proceedings of the National Academy of Sciences (PNAS)*, 2023

IMC **Tracking, Profiling, and Ad Targeting in the Alexa Echo Smart Speaker Ecosystem**
Umar Iqbal, Pouneh Nikkhah Bahrami, Rahmadi Trimananda, Hao Cui, Alexander Gamero-Garrido, Daniel Dubois, David Choffnes, Athina Markopoulou, Franziska Roesner, Zubair Shafiq
*ACM Internet Measurement Conference*, 2023
**Best Paper Award**

PETS **A Utility-Preserving Obfuscation Approach for YouTube Recommendations**
Jiang Zhang, Hadi Askari, Konstantinos Psounis, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, 2023

PETS **Blocking JavaScript without Breaking the Web**
Abdul Haddi Amjad, Zubair Shafiq, Muhammad Ali Gulzar
*Privacy Enhancing Technologies Symposium*, 2023

CCS **CookieGraph: Measuring and Countering First-Party Tracking Cookies**
Shaoor Munir, Sandra Siby, Umar Iqbal, Steven Englehardt, Zubair Shafiq, Carmela Troncoso
*ACM Conference on Computer and Communications Security*, 2023

S&P **Accuracy-Privacy Trade-off in Deep Ensemble: A Membership Inference Perspective**
Shahbaz Rezaei, Zubair Shafiq, Xin Liu
*IEEE Symposium on Security & Privacy*, 2023

USENIX **AutoFR: Automated Filter Rule Generation for Adblocking**
Security Hieu Le, Salma Elmalaki, Athina Markopoulou, Zubair Shafiq
*USENIX Security Symposium*, 2023

NDSS **Harpo: Learning to Subvert Online Behavioral Advertising**
Jiang Zhang, Konstantinos Psounis, Muhammad Haroon, Zubair Shafiq
*Network and Distributed System Security Symposium*, 2022

USENIX **WebGraph: Capturing Advertising and Tracking Information Flows for Robust Blocking**
Security Sandra Siby, Umar Iqbal, Steven Englehardt, Zubair Shafiq, Carmela Troncoso
*USENIX Security Symposium*, 2022

USENIX
Security
**Khaleesi: Breaker of Advertising and Tracking Request Chains**
Umar Iqbal, Charlie Wolfe, Charles Nguyen, Steven Englehardt, Zubair Shafiq
*USENIX Security Symposium*, 2022

PETS
**FP-Radar: Longitudinal Measurement and Early Detection of Browser Fingerprinting**
Pouneh Nikkhah Bahrami, Umar Iqbal, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, 2022

ACL
**Adversarial Authorship Attribution for Deobfuscation**
Wanyue Zhai, Jonathan Rusert, Zubair Shafiq, Padmini Srinivasan
*Association for Computational Linguistics*, 2022

ACL
**On the Robustness of Offensive Language Classifiers**
Jonathan Rusert, Zubair Shafiq, Padmini Srinivasan
*Association for Computational Linguistics*, 2022

EuroS&P
**DNN Model Architecture Fingerprinting Attack on CPU-GPU Edge Devices**
Kartik Patwari, Syed Mahbub Hafiz, Han Wang, Houman Homayoun, Zubair Shafiq, Chen-Nee Chuah
*IEEE European Symposium on Security and Privacy*, 2022

DATE
**Stealthy Inference Attack on DNN via Cache-based Side-channel Attacks**
Han Wang, Syed Mahbub Hafiz, Kartik Patwari, Chen-Nee Chuah, Zubair Shafiq, Houman Homayoun
*IEEE/ACM Design Automation and Test in Europe*, 2022

IMC
**TrackerSift: Untangling Mixed Tracking and Functional Web Resources**
Abdul Haddi Amjad, Danial Saleem, Fareed Zaffar, Muhammad Ali Gulzar, Zubair Shafiq
*ACM Internet Measurement Conference*, 2021

S&P
**Fingerprinting the Fingerprinters: Learning to Detect Browser Fingerprinting Behaviors**
Umar Iqbal, Steven Englehardt, Zubair Shafiq
*IEEE Symposium on Security & Privacy*, 2021

NDSS
**CV-Inspector: Towards Automating Detection of Adblock Circumvention**
Hieu Le, Athina Markopoulou, Zubair Shafiq
*Network and Distributed System Security Symposium*, 2021

EACL
**Through the Looking Glass: Learning to Attribute Synthetic Text Generated by Language Models**
Shaoor Munirl, Brishna Batool, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*European Chapter of the Association for Computational Linguistics*, 2021

IMC
**Understanding Incentivized Mobile App Installs on Google Play Store**
Shehroze Farooqi, Alvaro Feal, Tobias Lauinger, Damon McCoy, Zubair Shafiq, Narseo Vallina-Rodriguez
*ACM Internet Measurement Conference*, 2020

ACL
**A Girl Has A Name: Detecting Authorship Obfuscation**
Asad Mahmood, Zubair Shafiq, Padmini Srinivasan
*Annual Conference of the Association for Computational Linguistics*, 2020

S&P
**AdGraph: A Graph-Based Approach to Ad and Tracker Blocking**
Umar Iqbal, Peter Snyder, Shitong Zhu, Benjamin Livshits, Zhiyun Qian, Zubair Shafiq
*IEEE Symposium on Security & Privacy*, San Francisco, 2020

PETS
**CanaryTrap: Detecting Data Misuse by Third-Party Apps on Online Social Networks**
Shehroze Farooqi, Maaz Musa, Zubair Shafiq, Fareed Zaffar
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

PETS **Inferring Tracker-Advertiser Relationships in the Online Advertising Ecosystem**
John Cook, Rishab Nithyanand, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

PETS **The TV is Smart and Full of Trackers: Measuring Smart TV Advertising and Tracking**
Janus Varmarken, Hieu Le, Anastasia Shuba, Zubair Shafiq, Athina Markopoulou
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

IoTDI **Characterizing Smart Home IoT Traffic in the Wild**
M. Hammad Mazhar, Zubair Shafiq
*ACM/IEEE Conference on Internet of Things Design and Implementation*, Sydney, 2020

PAM **FlowTrace: A Framework for Active Bandwidth Measurements using In-band Packet Trains**
Adnan Ahmed, Ricky Mok, Zubair Shafiq
*Passive and Active Measurement Conference*, Eugene, 2020

PETS **A Girl Has No Name: Automated Authorship Obfuscation using X-Mutant**
Asad Mahmood, Faizan Ahmad, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*Privacy Enhancing Technologies Symposium*, Stockholm, 2019

PETS **No Place to Hide: Inadvertent Location Privacy Leaks on Twitter**
Jonathan Rusert, Osama Khalid, Dat Hong, Zubair Shafiq, Padmini Srinivasan
*Privacy Enhancing Technologies Symposium*, Stockholm, 2019

WWW **Measurement and Early Detection of Third-Party Application Abuse on Twitter**
Shehroze Farooqi, Zubair Shafiq
*The Web Conference (WWW)*, San Francisco, 2019

WWW **ShadowBlock: A Lightweight and Stealthy Adblocking Browser**
Shitong Zhu, Umar Iqbal, Zhongjie Wang, Zhiyun Qian, Zubair Shafiq, Weiteng Chen
*The Web Conference (WWW)*, San Francisco, 2019

WWW **Measuring Political Personalization of Google News Search**
Huyen Le, Raven Maragh, Brian Ekdale, Timothy Havens, Andrew High, Zubair Shafiq
*The Web Conference (WWW)*, San Francisco, 2019

ASONAM **A Postmortem of Suspended Twitter Accounts in the 2016 U.S. Presidential Election**
Huyen Le, Bob Boynton, Zubair Shafiq, Padmini Srinivasan
*IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining (ASONAM)*, Vancouver, 2019

TDSC **Large Scale Characterization of Software Vulnerability Life Cycles**
Muhammad Shahzad, Zubair Shafiq, Alex X. Liu
*IEEE Transactions on Dependable and Secure Computing*, 2019

PETS **NoMoAds: Effective and Efficient Cross-App Mobile Ad-Blocking**
Anastasia Shuba, Athina Markopoulou, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Barcelona, 2018
<span style="color:red">Andreas Pfitzmann Best Student Paper Award</span>

NDSS **Measuring and Disrupting Anti-Adblockers Using Differential Execution Analysis**
Shitong Zhu, Xunchao Hu, Zhiyun Qian, Zubair Shafiq, Heng Yin
*Network and Distributed System Security Symposium*, San Diego, 2018

INFOCOM **Real-time Video Quality of Experience Monitoring for HTTPS and QUIC**
M. Hammad Mazhar, Zubair Shafiq
*IEEE International Conference on Computer Communications*, Honolulu, 2018

TON    **Optimizing Internet Transit Routing for Content Delivery Networks**
Faraz Ahmed, Zubair Shafiq, Amir Khakpour, Alex Liu
*IEEE/ACM Transactions on Networking*, 2018

TBD    **Optimizing Taxi Driver Profit Efficiency: A Spatial Network-based Markov Decision Process Approach**
Xun Zhou, Huigui Rong, Chang Yang, Qun Zhang, Amin Vahedian Khezerlou, Hui Zheng, Zubair Shafiq, Alex Liu
*IEEE Transactions on Big Data*, 2018

TOPS    **Measuring, Characterizing, and Detecting Facebook Like Farms**
Muhammad Ikram, Lucky Onwuzurike, Shehroze Farooqi, Emiliano De Cristofaro, Arik Friedman, Guillaume Jourjon, Dali Kaafar, Zubair Shafiq
*ACM Transactions on Privacy and Security*, 2017

TIST    **A Traffic Flow Approach to Early Detection of Gathering Events: Comprehensive Results**
Amin Khezerlou, Xun Zhou, Lufan Li, Zubair Shafiq, Alex X. Liu, Fan Zhang
*ACM Transactions on Intelligent Systems and Technology*, 2017

IMC    **Measuring and Mitigating OAuth Access Token Abuse by Collusion Networks**
Shehroze Farooqi, Fareed Zaffar, Nektarios Leontiadis, Zubair Shafiq
*ACM Internet Measurement Conference*, London, 2017
<span style="color:red">**Best Paper Award**</span>
<span style="color:red">**CACM Research Highlights 2020**</span>

IMC    **The Ad Wars: Retrospective Measurement and Analysis of Anti-Adblock Filter Lists**
Umar Iqbal, Zubair Shafiq, Zhiyun Qian
*ACM Internet Measurement Conference*, London, 2017

SIGMETRICS    **Characterizing and Modeling Patching Practices of Industrial Control Systems**
Brandon Wang, Xiaoye Li, Leandro P. de Aguiar, Daniel S. Menasche, Zubair Shafiq
*ACM International Conference on Measurement and Modeling of Computer Systems*, Urbana-Champaign, 2017

PETS    **Detecting Anti Ad-blockers in the Wild**
Muhammad Haris Mughees, Zhiyun Qian, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Minneapolis, 2017

ICDM    **Accurate Detection of Automatically Spun Content via Stylometric Analysis**
Usman Shahid, Shehroze Farooqi, Raza Ahmad, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*IEEE International Conference on Data Mining*, New Orleans, 2017

CHI    **Revisiting The American Voter on Twitter**
Huyen Le, G.R. Boynton, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan
*ACM Conference on Human Factors in Computing Systems*, Denver, 2017

ICDCS    **Distributed Load Balancing in Key-Value Networked Caches**
Sikder Huq, Zubair Shafiq, Sukumar Ghosh, Amir Khakpour, Harkeerat Bedi
*IEEE International Conference on Distributed Computing Systems*, Atlanta, 2017

ICNP    **Peering vs. Transit: Performance Comparison of Peering and Transit Interconnections**
Adnan Ahmed, Zubair Shafiq, Harkeerat Bedi, Amir Khakpour
*IEEE International Conference on Network Protocols*, Toronto, 2017

ICNP **Suffering from Buffering? Detecting QoE Impairments in Live Video Streams**
Adnan Ahmed, Zubair Shafiq, Harkeerat Bedi, Amir Khakpour
*IEEE International Conference on Network Protocols*, Toronto, 2017

ICNP **Multipath TCP Traffic Diversion Attacks and Countermeasures**
Ali Munir, Zhiyun Qian, Zubair Shafiq, Alex Liu, Franck Le
*IEEE International Conference on Network Protocols*, Toronto, 2017

ICWSM **Scalable News Slant Measurement Using Twitter**
Huyen Le, Zubair Shafiq, Padmini Srinivasan
*AAAI International Conference on Web and Social Media*, 2017

HT **Bumps and Bruises: Mining Presidential Campaign Announcements on Twitter**
Huyen Le, G.R. Boynton, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan
*ACM Conference on Hypertext and Social Media*, Prague, 2017

Networking **Cascade Size Prediction in Online Social Networks**
Zubair Shafiq, Alex Liu
*IFIP Networking*, Prague, 2017
**Best Paper Award Candidate (3 nominations out of 43 accepted papers)**

Networking **A Graph Theoretic Approach to Fast and Accurate Malware Detection**
Zubair Shafiq, Alex Liu
*IFIP Networking*, Prague, 2017

eCrime **Characterizing Key Stakeholders in an Online Black-Hat Marketplace**
Shehroze Farooqi, Muhammad Ikram, Emiliano De Cristofaro, Arik Friedman, Guillaume Jourjon, Dali Kaafar, Zubair Shafiq, Fareed Zaffar
*IEEE/APWG Symposium on Electronic Crime Research*, Prague, 2017

ICNP **Optimizing Internet Transit Routing for Content Delivery Networks**
Faraz Ahmed, Zubair Shafiq, Amir Khakpour, Alex Liu
*IEEE International Conference on Network Protocols*, Singapore, 2016

DSN **Malware Slums: Measurement and Analysis of Malware on Traffic Exchanges**
Salman Yousaf, Umar Iqbal, Shehroze Farooqi, Raza Ahmad, Zubair Shafiq, Fareed Zaffar
*IEEE/IFIP International Conference on Dependable Systems and Networks*, France, 2016

SIGMETRICS **QoE Analysis of a Large-Scale Live Video Streaming Event**
Adnan Ahmed, Zubair Shafiq, Amir R. Khakpour
*ACM International Conference on Measurement and Modeling of Computer Systems*, France, 2016

ICDCS **The Internet is For Porn: Measurement and Analysis of Online Adult Traffic**
Faraz Ahmed, Zubair Shafiq, Alex X. Liu
*IEEE International Conference on Distributed Computing Systems*, Japan, 2016

INFOCOM **Characterizing Caching Workload of a Large Commercial Content Delivery Network**
Zubair Shafiq, Amir R. Khakpour, Alex X. Liu
*IEEE International Conference on Computer Communications*, San Francisco, 2016

SIGSPATIAL **A Traffic Flow Approach to Early Detection of Gathering Events**
Xun Zhou, Amin Vahedian Khezerlou, Alex Liu, Zubair Shafiq, Fan Zhang
*ACM International Conference on Advances in Geographic Information Systems*, San Francisco, 2016

| | |
|---|---|
| CIKM | **The Rich and the Poor: A Markov Decision Process Approach to Optimizing Taxi Driver Revenue Efficiency**<br>Huigui Rong, Xun Zhou, Chang Yang, Zubair Shafiq, Alex Liu<br>*ACM International Conference on Information and Knowledge Management*, Indianapolis, 2016 |
| TON | **Characterizing and Optimizing Cellular Network Performance during Crowded Events**<br>Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Shobha Venkataraman, Jia Wang<br>*IEEE/ACM Transactions on Networking*, 2016 |
| SMP | **What Campaigns Become as Social Media Become the Infrastructure of Political Communication**<br>G.R. Boynton, Huyen Le, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan<br>*Social Media and Politics*, 2016 |
| TMC | **Geospatial and Temporal Dynamics of Application Usage in Cellular Data Networks**<br>Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang<br>*IEEE Transactions on Mobile Computing*, 2015 |
| NSF/FCC QoE | **Tracking Mobile Video QoE in the Encrypted Internet**<br>Zubair Shafiq<br>*NSF/FCC Workshop on Tracking Quality of Experience in the Internet*, Princeton, 2015 |
| NSF/FCC QoE | **Bidirectional Crosslayer QoE Optimization**<br>Srikanth Sundaresan, Zubair Shafiq<br>*NSF/FCC Workshop on Tracking Quality of Experience in the Internet*, Princeton, 2015 |
| IMC | **Paying for Likes? Understanding Facebook Like Fraud Using Honeypots**<br>Emiliano De Cristofaro, Arik Friedmam, Guillaume Jourjon, Dali Kaafar, Zubair Shafiq<br>*ACM Internet Measurement Conference*, 2014 |
| SIGMETRICS | **Understanding the Impact of Network Dynamics on Mobile Video User Engagement**<br>Zubair Shafiq, Jeffrey Erman, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang<br>*ACM International Conference on Measurement and Modeling of Computer Systems*, 2014 |
| SIGMETRICS | **Revisiting Caching in Content Delivery Networks**<br>Zubair Shafiq, Alex X. Liu, Amir Khakpour<br>*ACM International Conference on Measurement and Modeling of Computer Systems*, 2014 |
| SIGMETRICS | **A First Look at Cellular Network Performance during Crowded Events**<br>Zubair Shafiq, Alex X. Liu, Amir Khakpour<br>*ACM International Conference on Measurement and Modeling of Computer Systems*, 2013 |
| ICNP | **Who are You Talking to? Breaching Privacy in Encrypted IM Networks**<br>Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha<br>*IEEE International Conference on Network Protocols*, 2013 |
| CSCW | **Is News Sharing on Twitter Ideologically Biased?**<br>Jonathan Morgan, Cliff Lampe, Zubair Shafiq<br>*ACM Conference on Computer Supported Cooperative Work and Social Computing*, 2013 |
| ACM HotNets | **Cross-Path Inference Attacks on Multipath TCP**<br>Zubair Shafiq, Franck Le, Mudhakar Srivatsa, Alex X. Liu<br>*ACM Workshop on Hot Topics in Networks*, 2013 |
| TON | **Large Scale Measurement and Characterization of Cellular Machine-to-Machine Traffic**<br>Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang<br>*IEEE/ACM Transactions on Networking*, 2013 |

JSAC **Identifying Leaders and Followers in Online Social Networks**
Zubair Shafiq, Muhammad U. Ilyas, Alex X. Liu, Hayder Radha
*IEEE Journal on Selected Areas in Communications*, 2013

JSAC **A Distributed Algorithm for Identifying Information Hubs in Social Networks**
Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha
*IEEE Journal on Selected Areas in Communications*, 2013

JNSM **TCAMChecker: A Software Approach to the Error Detection and Correction of TCAM-based Networking Systems**
Zubair Shafiq, Chad Meiners, Alex Liu, Ke Shen, Zheng Qin
*Springer Journal of Network and Systems Management*, 2012

ICNP **A Semantics Aware Approach to Automated Reverse Engineering Unknown Protocols**
Yipeng Wang, Xiaochun Yun, Zubair Shafiq, Alex X. Liu, Zhibin Zhang, Liyan Wang, Danfeng (Daphne) Yao, Yongzheng Zhang, Li Guo
*IEEE International Conference on Network Protocols*, 2012
<span style="color:red">**Best Paper Award**</span>

SIGMETRICS **A First Look at Cellular Machine-to-Machine Traffic – Large Scale Measurement and Characterization**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*ACM International Conference on Measurement and Modeling of Computer Systems*, London, 2012

ICSE **A Large Scale Exploratory Analysis of Software Vulnerability Life Cycles**
Muhammad Shahzad, Zubair Shafiq, Alex X. Liu
*International Conference on Software Engineering*, Switzerland, 2012

INFOCOM **Characterizing Geospatial Dynamics of Application Usage in a 3G Cellular Data Network**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*IEEE Conference on Computer Communications*, Orlando, 2012

SIGMETRICS **Characterizing and Modeling Internet Traffic Dynamics of Cellular Devices**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jia Wang
*ACM International Conference on Measurement and Modeling of Computer Systems*, San Jose, 2011

Networking **A Random Walk Approach to Modeling the Dynamics of the Blogosphere**
Zubair Shafiq, Alex X. Liu
*IFIP Networking*, Spain, 2011

INFOCOM **A Distributed and Privacy-Preserving Algorithm for Identifying Information Hubs in Social Networks**
Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha
*IEEE Conference on Computer Communications*, Spain, 2011

RAID **PE-Miner: Mining Structural Information to Detect Malicious Executables in Realtime**
Zubair Shafiq, Syeda Momina Tabish, Fauzan Mirza, Muddassar Farooq
*International Symposium On Recent Advances In Intrusion Detection*, France, 2009

GECCO **Evolvable Malware**
Sadia Noreen, Shafaq Murtaza, Zubair Shafiq, Muddassar Farooq
*ACM Genetic and Evolutionary Computation Conference*, Canada, 2009

CCS AISec **Using Spatio-Temporal Information in API Calls with Machine Learning Algorithms for Malware Detection and Analysis**
Faraz Ahmed, Haider Hameed, Zubair Shafiq, Muddassar Farooq
*Workshop on Security and Artificial Intelligence, ACM Conference on Computer & Communications Security*, Chicago, 2009

KDD CSI **Malware Detection using Statistical Analysis of Byte-Level File Content**
Syeda Momina Tabish, Zubair Shafiq, Muddassar Farooq
*Workshop on CyberSecurity and Intelligence Informatics (CSI), ACM Conference on Knowledge Discovery and Data Mining*, France, 2009

VB **PE-Probe: leveraging packer detection and structural information to detect malicious portable executables**
Zubair Shafiq, Syeda Momina Tabish, Muddassar Farooq
*Virus Bulletin*, Switzerland, 2009

DIMVA **Embedded Malware Detection using Markov n-grams**
Zubair Shafiq, Syed Ali Khayam, Muddassar Farooq
*International Conference on Detection of Intrusions, Malware and Vulnerability Assessment*, France, 2008

GECCO **Improving Accuracy of Immune Inspired Malware Detectors using Intelligent Features**
Zubair Shafiq, Syed Ali Khayam, Muddassar Farooq
*ACM Genetic and Evolutionary Computation Conference*, Atlanta, 2008

## Funding

### External Competitive Research Grants

NSF-SaTC-EAGER **News and Public Affairs Information**
National Science Foundation
PI, Duration: 2024-2026, Total: $300,000, Personnel: Magdalena Wojcieszak (PI), Zubair Shafiq (Co-PI)

UC **Auditing Compliance of Data Privacy Laws in California**
UC Partnerships in Computational Transformation
PI, Duration: 2022-2023, Total: $160,000, Share: $80,000
Personnel: Zubair Shafiq (PI: UC Davis); Athina Markopoulou (PI: UC Irvine); Gene Tsudik (Co-PI: UC Irvine)

NSF-SaTC **Defending against Emerging Stateless Web Tracking**
National Science Foundation
PI, Duration: 2022-2026, Total: $1,200,000, Share: $400,000
Personnel: Zubair Shafiq (PI: UC Davis); Alexandros Kapravelos (PI: NC State); Anupam Das (Co-PI: NC State)

CITRIS and the Banatao Institute **Auditing the compliance of California consumer privacy regulations at scale**
Center for Information Technology Research in the Interest of Society (CITRIS)
Co-PI, Duration: 2021-2022, Total: $60,000, Share: $20,000
Personnel: Serge Egelman (Co-PI: UC Berkeley); Zubair Shafiq (Co-PI: UC Davis)

| NSF-SaTC-Frontier | **Protecting Personal Data Flow on the Internet** |
|---|---|
| | National Science Foundation |
| | PI, Duration: 2020-2025, Total: $10,000,000, Share: $1,100,000 |
| | Personnel: Zubair Shafiq (PI: UC Davis); Athina Markopoulou (PI: UC Irvine); Konstantinos Psounis (PI: USC); David Choffnes (PI: Northeastern) |

| NSF-CAREER | **Quality of Experience and Network Management in the Encrypted Internet** |
|---|---|
| | National Science Foundation |
| | PI, Duration: 2018-2023, Total: $500,000, Share: $500,000 |
| | Personnel: Zubair Shafiq (PI: UC Davis) |

| NSF-SaTC | **A Multi-Layer Learning Approach to Mobile Traffic Filtering** |
|---|---|
| | National Science Foundation |
| | PI, Duration: 2018-2021, Total: $500,000, Share: $250,000 |
| | Personnel: Zubair Shafiq (PI: UC Davis); Athina Markopoulou (PI: UC Irvine) |

| NSF-SaTC | **The Web Ad Technology Arms Race: Measurement, Analysis, and Countermeasures** |
|---|---|
| | National Science Foundation |
| | PI, Duration: 2017-2020, Total: $500,000 + $16,000 (REU Supplement 2019) + $16,000 (REU Supplement 2021), Share: $282,000 |
| | Personnel: Zubair Shafiq (PI: UC Davis); Zhiyun Qian (PI: UC Riverside) |

| NSF-NeTS | **Towards Scalable and Energy Efficient Cellular IoT Communication** |
|---|---|
| | National Science Foundation |
| | PI, Duration: 2016-2019, Total: $500,000, Share: $166,000 |
| | Personnel: Zubair Shafiq (PI: Iowa); K.K. Ramakrishnan (PI: UC Riverside); Koushik Kar (PI: RPI) |

| NSF-SaTC | **Multipath TCP Side Channel Vulnerabilities and Defenses** |
|---|---|
| | National Science Foundation |
| | PI, Duration: 2015-2018, Total: $500,000, Share: $167,000 |
| | Personnel: Zubair Shafiq (PI: Iowa); Zhiyun Qian (PI: UC Riverside); Alex Liu (PI: Michigan State University) |

| NSF-NeTS | **Towards Measurement and Optimization of Internet Video Quality of Experience** |
|---|---|
| | National Science Foundation |
| | PI, Duration: 2015-2018, Total: $175,000 + $16,000 (REU Supplement 2016), Share: $191,000 |
| | Personnel: Zubair Shafiq (PI: Iowa) |

| DTL | **Detection and Circumvention of Ad-Block Detectors** |
|---|---|
| | Data Transparency Lab |
| | PI, Duration: 2016-2017, Total: $56,000, Share: $28,000 |
| | Personnel: Zubair Shafiq (PI: Iowa); Zhiyun Qian (PI: UC Riverside) |

## Internal Competitive Research Grants

| Academic Senate | **Socio-Computational Interventions to Mitigate Misinformation in Recommendations** |
|---|---|
| | Noyce Foundation |
| | PI, Duration: 2022-2023, Total: $25,000 |
| | Personnel: Magdalena Wojcieszak (PI), Zubair Shafiq (Co-PI) |

| Noyce | **Measuring and Mitigating Biases in Social Recommendation Algorithms** |
|---|---|
| | Noyce Foundation |
| | PI, Duration: 2022-2023, Total: $236,000 |
| | Personnel: Zubair Shafiq (PI), Magdalena Wojcieszak (Co-PI) |

Noyce  **Cross-Layer Approach to Enhance Security/Privacy of AI-enabled IoT Eco-Systems**
Noyce Foundation
Co-PI, Duration: 2022-2023, Total: $225,000
Personnel: Chen-Nee Chuah (PI), Zubair Shafiq (Co-PI), Houman Homayoun (Co-PI)

Noyce  **Measuring and Mitigating Biases in Social Recommendation Algorithms**
Noyce Foundation
PI, Duration: 2021-2022, Total: $235,690
Personnel: Zubair Shafiq (PI), Xin Liu (Co-PI), Magdalena Wojcieszak (Co-PI)

Noyce  **Cross-Layer Approach to Enhance Security/Privacy of AI-enabled IoT Eco-Systems**
Noyce Foundation
Co-PI, Duration: 2021-2022, Total: $225,000
Personnel: Chen-Nee Chuah (PI), Zubair Shafiq (Co-PI), Houman Homayoun (Co-PI)

UIRF  **Social Media Powered Real-Time Digital News Recommendation**
University of Iowa Research Foundation
PI, Duration: 2015-2016, Total: $75,000
Personnel: Zubair Shafiq (PI)

Obermann  **Heterogeneous Network Data Analytics to Improve Urban Sustainability**
Obermann Center Interdisciplinary Research Grant
PI, Duration: 2015-2016, Total: $12,000
Personnel: Xun Zhou (PI); Zubair Shafiq (Co-PI)

### Industry Grants and Unrestricted Gifts

Siemens  PI, Duration: 2021, Total: $60,000, Share: $60,000
Personnel: Zubair Shafiq (PI: UC Davis)

Siemens  PI, Duration: 2019, Total: $30,000, Share: $30,000
Personnel: Zubair Shafiq (PI: Iowa)

Siemens  PI, Duration: 2018, Total: $60,000, Share: $60,000
Personnel: Zubair Shafiq (PI: Iowa)

Verizon  PI, Duration: 2018, Total: $20,000, Share: $20,000
Personnel: Zubair Shafiq (PI: Iowa)

Minim  PI, Duration: 2018, Total: $66,164, Share: $66,164
Personnel: Zubair Shafiq (PI: Iowa)

Siemens  PI, Duration: 2017, Total: $30,000, Share: $30,000
Personnel: Zubair Shafiq (PI: Iowa)

Nokia  PI, Duration: 2017, Total: $53,200, Share: $53,200
Personnel: Zubair Shafiq (PI: Iowa)

Futurewei  PI, Duration: 2017, Total: $100,384, Share: $100,384
Personnel: Zubair Shafiq (PI: Iowa)

Facebook  PI, Duration: 2016, Total: $8,400, Share: $8,400
Personnel: Zubair Shafiq (PI: Iowa)

## Teaching

ECS 32A  **Introduction to Programming**
Spring 2025, University of California at Davis

| | |
|---|---|
| ECS 152A | **Computer Networks**<br>Fall 2024, University of California at Davis |
| ECS 289M | **Topics in Privacy**<br>Spring 2024, University of California at Davis |
| ECS 188 | **Ethics in an Age of Technology**<br>Winter 2024, University of California at Davis |
| ECS 152A | **Computer Networks**<br>Fall 2023, University of California at Davis |
| FYS | **Big Data, Big Brother**<br>Winter 2023, University of California at Davis |
| ECS 289M | **Network Security & Privacy**<br>Winter 2023, University of California at Davis |
| ECS 152A | **Computer Networks**<br>Fall 2022, University of California at Davis |
| ECS 152A | **Computer Networks**<br>Spring 2022, University of California at Davis |
| ECS 153 | **Computer Security**<br>Winter 2022, University of California at Davis |
| ECS 289M | **Data-Driven Security**<br>Spring 2021, University of California at Davis |
| ECS 152B | **Computer Networks**<br>Winter 2021, University of California at Davis |
| CS 2620 | **Networking & Security for Informatics**<br>Spring 2020, The University of Iowa |
| CS 4980 | **Online Advertising & Tracking**<br>Fall 2019, The University of Iowa |
| CS 2620 | **Networking & Security for Informatics**<br>Spring 2019, The University of Iowa |
| CS 4980 | **Internet Measurement**<br>Fall 2018, The University of Iowa |
| CS 2620 | **Networking & Security for Informatics**<br>Spring 2018, The University of Iowa |
| CS 2620 | **Networking & Security for Informatics**<br>Spring 2017, The University of Iowa |
| CS 4980 | **Network Security and Privacy**<br>Fall 2016, The University of Iowa |
| CS 2620 | **Networking & Security for Informatics**<br>Spring 2016, The University of Iowa |
| CS 4980 | **Advanced Computer Networks**<br>Fall 2015, The University of Iowa |
| CS 2620 | **Networking & Security for Informatics**<br>Spring 2015, The University of Iowa |

CS 4980   **Internet Measurement**
Fall 2014, The University of Iowa

## Students

### Doctorate

2024-current   Muhammad Jazlan
2022-current   Rajvardhan Oak
2021-current   Pouneh Nikkhah Bahrami
2021-current   Shaoor Munir
2021-current   Yash Vekaria
2021-current   Hari Venugopalan (co-advised with Sam King)
2016-2021   Dr. Umar Iqbal; First Position: CIFellow/Postdoc, University of Washington
2015-2021   Dr. Shehroze Farooqi; First Position: Researcher, Palo Alto Networks
2015-2019   Dr. Huyen Le; First Position: Postdoc, National Center for Toxicological Research

### Select Recent Masters Mentees

2021   Mohammad Ismail Daud
2021   Sunshine Chong
2021   Rachit Dhamija
2020   Pouneh Nikkhah Bahrami
2018   Daniel Zhou
2016-2017   Sai Kalyan Moguloju

### Select Recent Undergraduate Mentees

2024   Jonathan Levitsky
2023   Divya Raj
2023   Shuaib Ahmed
2023   Ryan Swift
2023   Tangbaihe (Mona) Wang
2023   Patrick Lee
2022   Jake Smith
2022   Christina Phan
2022   Kev Rockwell
2020-2022   Kajal Patel (NSF REU)
2020-2022   Wanyue Zhai (graduate student at Stanford)
2020-2022   Ray Ngan (NSF REU) (industry: Palo Alto Networks)
2020-2021   Surya Konkimalla
2020-2021   Charles Nguyen (industry: Apple)
2019-2021   Charlie Wolfe (NSF REU) (industry: Apple)
2021   Caelan MacArthur (NSF DREU)
2020-2021   Taimur Kashif (NSF REU) (industry: VMWare)
2019-2020   Ashton Woiwood (NSF REU)
2018   Basil Chatha

| 2017 | Treyton Krupp (NSF REU) |
| 2017 | Daniel Zhou (NSF REU) |
| 2017 | Gabriel Akanni (SROP) |
| 2016-2017 | Xiaoye Li (NSF REU) |
| 2016 | Yu Dai |

### High School

| 2023 | Reeva Rao |
| 2023 | Jayalakshmi Raffill |
| 2019 | Kathy Zhong |
| 2018 | Alice Martynova |
| 2017 | William Kim |
| 2016 | Brandon Wang |

## External Service

| PC Co-Chair | Privacy Enhancing Technologies Symposium (PETs), 2025 |
| PC Co-Chair | Privacy Enhancing Technologies Symposium (PETs), 2024 |
| PC Co-Chair | Workshop on Technology and Consumer Protection (ConPro'23), IEEE Symposium on Security & Privacy ("Oakland") |
| PC Co-Chair | Workshop on Technology and Consumer Protection (ConPro'22), IEEE Symposium on Security & Privacy ("Oakland") |
| PC Co-Chair | Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb'23), Network and Distributed System Security Symposium (NDSS) |
| PC Co-Chair | Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb'22), Network and Distributed System Security Symposium (NDSS) |
| Publicity Co-Chair | ACM International Conference on emerging Networking EXperiments and Technologies (CoNEXT 2020) |
| Co-Chair | NSF NeTS Early Career Investigators Workshop 2019 |
| PC Co-Chair | Student Workshop - ACM International Conference on emerging Networking EXperiments and Technologies (CoNEXT 2018) |
| PC Co-Chair | WWW 8th International Workshop on Location and the Web (LocWeb 2018) |
| Poster Chair | ACM/IEEE Symposium on Architectures for Networking and Communications Systems (ANCS 2018) |
| Technical Committee | Elsevier Computer Communications (2015-2019) |
| Guest Editor | Special Issue on Mobile Traffic Analytics, Elsevier Computer Communications (2016) |
| Editorial Board | Proceedings on Privacy Enhancing Technologies (PoPETs) (2019, 2020, 2021) |
| Panelist | NSF (2017, 2018, 2019, 2020, 2021, 2022, 2023) |

| | |
|---|---|
| Conference TPC/Reviewer | IEEE S&P (2022), PETS (2021, 2020, 2019, 2018, 2017), ACM IMC (2021, 2020), ACM CoNEXT (2019), ACM SIGMETRICS (2023, 2022, 2020, 2013), WWW (2020, 2018), ACM CSCW (2018, 2019), IEEE/IFIP TMA (2020, 2019), NDSS MADWeb Workshop (2019), IEEE INFOCOM (2017, 2015, 2010, 2009), ACM WPES (2018), IEEE S&P Consumer Protection Workshop (2021, 2020), ACM SIGCOMM Internet-QoE Workshop (2017), ACM SIGCOMM Workshop on IoT Security and Privacy (2018), WWW CyberSafety Workshop (2018), WWW Workshop on Location and the Web (2018), IEEE ICNP (2014, 2013), MASCOTS (2013), ICDCN (2017, 2018) |
| Journal Reviewer | IEEE/ACM Transactions on Networking, ACM Transactions on the Web, IEEE Transactions on Mobile Computing, IEEE Transactions on Network and Service Management, ACM Transactions on Multimedia Computing, IEEE Transactions on Cognitive Communications and Networking, ACM SIGCOMM Computer Communication Review, Elsevier Computer Communications, Elsevier Performance Evaluation, Springer Wireless Networks |

## Internal Service

| | |
|---|---|
| Chair | Departmental Colloquium Series<br>Department of Computer Science, University of California Davis, 2021-2025 |
| Member | Departmental Awards Committee<br>Department of Computer Science, University of California Davis, 2023-2024 |
| Member | Diversity, Equity, Inclusion Committee<br>College of Engineering, University of California Davis, 2021-2022 |
| Committee | Departmental Graduate Committee<br>Department of Computer Science, University of Iowa, 2019-2020 |
| Chair | Departmental Colloquium Series<br>Department of Computer Science, University of Iowa, 2019-2020 |
| Member | Executive Committee, Iowa Initiative for Artificial Intelligence (IIAI)<br>The University of Iowa, 2019-2020 |
| Member | Department Executive Committee<br>Department of Computer Science, The University of Iowa, 2016-2019 |
| Member | Faculty Recruitment Committee<br>Department of Computer Science, The University of Iowa, 2015-2020 |
| Mentor | Black Girls Do Science<br>College of Engineering, The University of Iowa, 2015-2016 |
| Mentor | Iowa Edge Classroom Experience<br>Center for Diversity and Enrichment, The University of Iowa, 2015-2018 |
| Mentor | Summer Research Opportunities Program (SROP)<br>Graduate College, The University of Iowa, 2017 |
| Mentor | Secondary Student Training Program (SSTP)<br>Belin-Blank Center, The University of Iowa, 2016-2019 |

## Patents

| | |
|---|---|
| USPTO 10484881 | Jia Wang, Lusheng Ji, Alex X. Liu, Zubair Shafiq. Optimization of cellular network architecture based on device type-specific traffic dynamics. November 2019 |
| USPTO 10420167 | Jia Wang, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Zubair Shafiq. Cellular Connection Sharing. September 2019 |

## Expert Testimony & Reports

| | |
|---|---|
| 20-cv-05146 | **Calhoun v. Google** District Court, N.D. California |
| 21-cv-02155 | **In re Google RTB Consumer Privacy Litigation** District Court, N.D. California |
| 23-cv-02431 | **Doe v. Google** District Court, N.D. California |
| 22-01-88230-D | **State of Texas v. Google** District Court, Victoria County, Texas |
| A 2002633 | **Doe v. Bon Secours Mercy Health** Court of Common Pleas, Hamilton County, Ohio |
| 24-C-20-000591 | **Doe v. Medstar Health** Circuit Court, Baltimore County, Maryland |
| 19-2-26674-1 | **Doe v. Virginia Mason** Superior Court, Washington |
| 23CV037304 | **Doe v. Family Planning Associates Medical Group** Superior Court, California |
| 22-cv-03580 | **In re Meta Pixel Healthcare Litigation** District Court, N.D. California |
| 23OT01-0026 | **Stake v. Knox** Court of Common Pleas, Knox County, Ohio |
| 23-cv-00964 | **Griffith v. TikTok** District Court, C.D. California |
| 22STCV36304 | **Doe v. Adventist** Superior Court, California |
| 22-cv-07465 | **Hazel v. Prudential** District Court, N.D. California |
| 22-cv-04423 | **Beke v. Fandom** District Court, N.D. California |
| 22-cv-08981 | **Lau v. Gen Digital** District Court, N.D. California |
| 20-cv-00957 | **State of Texas v. Google** District Court, E.D. Texas |
| 2022-00859JD | **Caraway v. Wexner** Court of Claims, Ohio |
| 2222-CC10014-01 | **Doe v. SSM** Circuit Court of the City of St. Louis, Missouri |
| 22-cv-05499 | **Markels v. AARP** District Court, N.D. California |
| 22BU-CC01774 | **Doe v. Mosaic** Circuit Court, Buchanan County, Missouri |
| 22BU-CC01774 | **Horton v. Willis Knighton** Circuit Court, District Court, Louisiana |
| 23-cv-01033 | **In Re BetterHelp, Inc. Data Disclosure Cases** District Court, N.D. California |