# EXHIBIT C

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT A

Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Christina Tusan (SBN 192203)
ctusan@ctusanlaw.com
TUSAN LAW, PC
680 E. Colorado Blvd. #180
Pasadena, CA 91101
[Tel:] 626-418-8203
[Fax] 626-619-8253

*Plaintiffs' Co-Lead Interim Class Counsel*

Maureen M. Brady (pro hac vice)
MCSHANE AND BRADY LLC
4006 Central Street
Kansas City, MO 64111
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400
San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To: All Actions | Master File No. 3:23-cv-01033-RS<br><br>Hon. Richard Seeborg<br><br>**SUPPLEMENTAL EXPERT REPORT OF ZUBAIR SHAFIQ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

1. I previously submitted an expert report in support of Plaintiffs' Motion for Class Certification, attached to my Declaration dated May 8, 2025 and filed with the Court ("Shafiq Report").[1] My expert qualifications are set forth in the Shafiq Report.

2. **Assignment:** As noted in the Shafiq Report, at the time I submitted that report, BetterHelp had not produced certain relevant information, in particular the source code that pertains to tracking technologies it installed and configured on its websites.[2] I make this supplemental declaration to address my review of these source code files that BetterHelp produced several weeks after the submission of the Shafiq Report. In this supplemental report, I also address the Google Analytics reports that BetterHelp has recently produced.

3. **Summary of Conclusions:** My review of the source code files produced by BetterHelp confirms that, during the class period, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. These source code files provide further support for, and additional technical details that are consistent with, my findings in the Shafiq Report. My review of the Google Analytics reports produced by BetterHelp further confirms that, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

4. BetterHelp has produced template source code files[3] (with .tpl file extension), which are used to generate various sections of its websites, between December 2015 and March 2023.

5. Many of these template source code files—▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

---

[1] Expert Report of Zubair Shafiq, Ph.D. in Support of Plaintiffs' Motion for Class Certification. May 8, 2025.
[2] Expert Report of Zubair Shafiq, Ph.D. in Support of Plaintiffs' Motion for Class Certification. May 8, 2025, ¶13, n.5.
[3] BH0081143-BH0081708

6. I reviewed the template source code files produced by BetterHelp to investigate the installation and configuration of tracking technologies from third-party companies such as ███████████████████████████████████.

7. My review of the template source code files shows that:

   a. ████████████████████████████████████████████████
   ████████████████████████████████████████████████

██████████ [4,5] ████████████████████████████████████████

████████████████████████████████████████████████████████

---

[4] BH0081647 (2017-01-27), BH0081417 (2017-02-03), BH0081533 (2017-02-03), BH0081648 (2017-02-07), BH0081649 (2017-02-16), BH0081534 (2017-02-22), BH0081650 (2017-02-22), BH0081418 (2017-02-24), BH0081651 (2017-02-24), BH0081419 (2017-02-27), BH0081420 (2017-02-28), BH0081535 (2017-03-01), BH0081652 (2017-03-01), BH0081653 (2017-03-02), BH0081421 (2017-03-06), BH0081422 (2017-03-13), BH0081423 (2017-03-14), BH0081536 (2017-04-03), BH0081537 (2017-04-07), BH0081424 (2017-04-10), BH0081538 (2017-04-14), BH0081654 (2017-04-14), BH0081425 (2017-04-24), BH0081426 (2017-04-25), BH0081539 (2017-04-26), BH0081427 (2017-04-27), BH0081655 (2017-04-27), BH0081540 (2017-05-19), BH0081428 (2017-08-16), BH0081541 (2017-08-24), BH0081429 (2017-08-29), BH0081430 (2017-09-06), BH0081431 (2017-09-07), BH0081432 (2017-09-15), BH0081433 (2017-09-18), BH0081434 (2017-09-19), BH0081435 (2017-09-26), BH0081436 (2017-09-29), BH0081437 (2017-10-03), BH0081438 (2017-10-09), BH0081439 (2017-10-10), BH0081440 (2017-10-10), BH0081441 (2017-10-11), BH0081442 (2017-10-12), BH0081443 (2017-10-20), BH0081444 (2017-10-20), BH0081445 (2017-10-23), BH0081446 (2017-10-25), BH0081447 (2017-10-25), BH0081448 (2017-10-26), BH0081449 (2017-10-27), BH0081450 (2017-11-01), BH0081451 (2017-11-03), BH0081452 (2017-11-07), BH0081453 (2017-11-07), BH0081454 (2017-11-08), BH0081455 (2017-11-08), BH0081456 (2017-11-08), BH0081457 (2017-11-08), BH0081458 (2017-11-08), BH0081459 (2017-11-08), BH0081460 (2017-11-08), BH0081461 (2017-11-09), BH0081462 (2017-11-09), BH0081463 (2017-11-14), BH0081542 (2017-11-14), BH0081543 (2017-11-15), BH0081544 (2017-11-15), BH0081464 (2017-12-15), BH0081465 (2017-12-15), BH0081466 (2017-12-15), BH0081467 (2018-01-03), BH0081545 (2018-03-02), BH0081468 (2018-04-17), BH0081470 (2018-07-10), BH0081546 (2018-07-10), BH0081547 (2018-07-12), BH0081548 (2018-07-23), BH0081549 (2018-08-14), BH0081550 (2018-08-14), BH0081551 (2018-08-27), BH0081552 (2018-08-29), BH0081553 (2018-08-30), BH0081469 (2018-09-17), BH0081554 (2018-09-21), BH0081471 (2018-11-09), BH0081555 (2018-11-09), BH0081472 (2018-12-20), BH0081556 (2018-12-20), BH0081473 (2018-12-31), BH0081474 (2019-01-03), BH0081557 (2019-01-04), BH0081558 (2019-02-06), BH0081475 (2019-02-14), BH0081559 (2019-02-14), BH0081560 (2019-02-15), BH0081561 (2019-03-21), BH0081476 (2019-04-25), BH0081562 (2019-06-14), BH0081563 (2019-06-25), BH0081564 (2019-07-22), BH0081477 (2019-07-25), BH0081565 (2019-07-25), BH0081478 (2019-08-08), BH0081479 (2019-08-08), BH0081566 (2019-08-08), BH0081480 (2019-08-09), BH0081567 (2019-08-09), BH0081568 (2019-08-28), BH0081481 (2019-09-25), BH0081482 (2019-10-14), BH0081569 (2019-10-14), BH0081483 (2019-10-21), BH0081484 (2019-11-26), BH0081570 (2019-11-26), BH0081571 (2019-12-16), BH0081572 (2019-12-17), BH0081573 (2019-12-18), BH0081485 (2020-01-08), BH0081574 (2020-01-24), BH0081575 (2020-01-24), BH0081486 (2020-02-03), BH0081576 (2020-02-03), BH0081487 (2020-03-11), BH0081488 (2020-03-14), BH0081489 (2020-03-16), BH0081490 (2020-05-15), BH0081491 (2020-05-15), BH0081492 (2020-05-19), BH0081577 (2020-08-13), BH0081493 (2020-08-27), BH0081494 (2020-09-02), BH0081495 (2020-09-04), BH0081496 (2020-09-17), BH0081578 (2020-10-14), BH0081497 (2020-10-15), BH0081498 (2020-12-10), BH0081499 (2021-02-09), BH0081579 (2021-02-10), BH0081500 (2021-02-19), BH0081580 (2021-02-19), BH0081501 (2021-02-25), BH0081581 (2021-02-25), BH0081502 (2021-03-10), BH0081503 (2021-03-10), BH0081504 (2021-03-12), BH0081505 (2021-03-15), BH0081582 (2021-03-15), BH0081506 (2021-03-17), BH0081583 (2021-04-09), BH0081584 (2021-04-14), BH0081507 (2021-04-14), BH0081585 (2021-04-16), BH0081508 (2021-04-16), BH0081587 (2021-05-13), BH0081509 (2021-05-13), BH0081510 (2021-05-17), BH0081511 (2021-05-26), BH0081512 (2021-06-04), BH0081586 (2021-06-17), BH0081513 (2021-07-13), BH0081514 (2021-07-21), BH0081515 (2021-08-06), BH0081588 (2021-08-18), BH0083257 (2021-10-21)

[5] Note that the ████████████████████████████████████████ in BH0081504 (2021-03-12), BH0081506 (2021-

1   ▮
2   ▮
3   ▮ As discussed in the Shafiq Report, ▮
4   ▮
5   ▮.[6]
6   b. Tracking technology from ▮
7   ▮
8   ▮.[8] This is

---

[redacted] 03-17), BH0081507 (2021-04-14), BH0081508 (2021-04-16), BH0081509 (2021-05-13), BH0081510 (2021-05-17), BH0081511 (2021-05-26), BH0081512 (2021-06-04), BH0081513 (2021-07-13), BH0081514 (2021-07-21), BH0081515 (2021-08-06) that BetterHelp has not produced. ▮

[6] Shafiq Report ¶ 13.

[7] BH0013381, BH0013384, BH0013386, BH0013416, BH0013447, BH0013470, BH0013476, BH0013502, BH0013536, BH0013571, BH0013604, BH0013634, BH0013670, BH0013695, BH0013720, BH0013745, BH0013765, BH0013790, BH0013826, BH0013864, BH0013905, BH0013945, BH0013984, BH0014023, BH0014030, BH0014069, BH0014110, BH0014151, BH0014192, BH0014234, BH0014277, BH0014320, BH0014363, BH0014407, BH0014452, BH0014460, BH0014502, BH0014545, BH0014591, BH0014638, BH0014687, BH0014736, BH0014786, BH0014841, BH0014896, BH0014951, BH0014961, BH0015020, BH0015079, BH0015138, BH0015197, BH0015258, BH0015320, BH0015385, BH0015453, BH0015523, BH0015595, BH0015607, BH0015679, BH0015753, BH0015827, BH0015902, BH0015985, BH0016069, BH0016153, BH0016237, BH0016323, BH0016412, BH0016426, BH0016515, BH0016606, BH0016699, BH0016791, BH0016883, BH0016977, BH0017072, BH0017171, BH0017269, BH0017367, BH0017381, BH0017480, BH0017578, BH0017676, BH0017791, BH0017906, BH0018021, BH0018136, BH0018251, BH0018366, BH0018482

[8] BH0081531 (2017-01-27), BH0081416 (2017-01-31), BH0081532 (2017-01-31), BH0081417 (2017-02-03), BH0081533 (2017-02-03), BH0081534 (2017-02-22), BH0081418 (2017-02-24), BH0081419 (2017-02-27), BH0081420 (2017-02-28), BH0081535 (2017-03-01), BH0081421 (2017-03-06), BH0081422 (2017-03-13), BH0081423 (2017-03-14), BH0081536 (2017-04-03), BH0081537 (2017-04-07), BH0081424 (2017-04-10), BH0081538 (2017-04-14), BH0081425 (2017-04-24), BH0081426 (2017-04-25), BH0081539 (2017-04-26), BH0081427 (2017-04-27), BH0081540 (2017-05-19), BH0081428 (2017-08-16), BH0081541 (2017-08-24), BH0081429 (2017-08-29), BH0081430 (2017-09-06), BH0081431 (2017-09-07), BH0081432 (2017-09-15), BH0081433 (2017-09-18), BH0081434 (2017-09-19), BH0081435 (2017-09-26), BH0081436 (2017-09-29), BH0081437 (2017-10-03), BH0081438 (2017-10-09), BH0081439 (2017-10-10), BH0081440 (2017-10-10), BH0081441 (2017-10-11), BH0081442 (2017-10-12), BH0081443 (2017-10-20), BH0081444 (2017-10-20), BH0081445 (2017-10-23), BH0081446 (2017-10-25), BH0081447 (2017-10-25), BH0081448 (2017-10-26), BH0081449 (2017-10-27), BH0081450 (2017-11-01), BH0081451 (2017-11-03), BH0081452 (2017-11-07), BH0081453 (2017-11-07), BH0081454 (2017-11-08), BH0081455 (2017-11-08), BH0081456 (2017-11-08), BH0081457



As discussed in the Shafiq Report,

---

(2017-11-08), BH0081458 (2017-11-08), BH0081459 (2017-11-08), BH0081460 (2017-11-08), BH0081461 (2017-11-09), BH0081462 (2017-11-09), BH0081463 (2017-11-14), BH0081542 (2017-11-14), BH0081543 (2017-11-15), BH0081544 (2017-11-15), BH0081464 (2017-12-15), BH0081465 (2017-12-15), BH0081466 (2017-12-15), BH0081467 (2018-01-03), BH0081545 (2018-03-02), BH0081468 (2018-04-17), BH0081470 (2018-07-10), BH0081546 (2018-07-10), BH0081547 (2018-07-12), BH0081548 (2018-07-23), BH0081549 (2018-08-14), BH0081550 (2018-08-14), BH0081551 (2018-08-27), BH0081552 (2018-08-29), BH0081553 (2018-08-30), BH0081469 (2018-09-17), BH0081554 (2018-09-21), BH0081471 (2018-11-09), BH0081555 (2018-11-09), BH0081472 (2018-12-20), BH0081556 (2018-12-20), BH0081473 (2018-12-31), BH0081474 (2019-01-03), BH0081557 (2019-01-04), BH0081558 (2019-02-06), BH0081475 (2019-02-14), BH0081559 (2019-02-14), BH0081560 (2019-02-15), BH0081561 (2019-03-21), BH0081476 (2019-04-25), BH0081562 (2019-06-14), BH0081563 (2019-06-25), BH0081564 (2019-07-22), BH0081477 (2019-07-25), BH0081565 (2019-07-25), BH0081478 (2019-08-08), BH0081479 (2019-08-08), BH0081566 (2019-08-08), BH0081480 (2019-08-09), BH0081567 (2019-08-09), BH0081568 (2019-08-28), BH0081481 (2019-09-25), BH0081482 (2019-10-14), BH0081569 (2019-10-14), BH0081483 (2019-10-21), BH0081484 (2019-11-26), BH0081570 (2019-11-26), BH0081571 (2019-12-16), BH0081572 (2019-12-17), BH0081573 (2019-12-18), BH0081485 (2020-01-08), BH0081574 (2020-01-24), BH0081575 (2020-01-24), BH0081486 (2020-02-03), BH0081576 (2020-02-03), BH0081487 (2020-03-11), BH0081488 (2020-03-14), BH0081489 (2020-03-16), BH0081490 (2020-05-15), BH0081491 (2020-05-15), BH0081492 (2020-05-19), BH0081577 (2020-08-13), BH0081493 (2020-08-27), BH0081494 (2020-09-02), BH0081495 (2020-09-04), BH0081496 (2020-09-17), BH0081578 (2020-10-14), BH0081497 (2020-10-15), BH0081498 (2020-12-10), BH0081499 (2021-02-09), BH0081579 (2021-02-10), BH0081500 (2021-02-19), BH0081580 (2021-02-19), BH0081501 (2021-02-25), BH0081581 (2021-02-25), BH0081502 (2021-03-10), BH0081503 (2021-03-10), BH0081504 (2021-03-12), BH0081505 (2021-03-15), BH0081582 (2021-03-15), BH0081506 (2021-03-17), BH0081583 (2021-04-09), BH0081507 (2021-04-14), BH0081584 (2021-04-14), BH0081508 (2021-04-16), BH0081509 (2021-05-13), BH0081587 (2021-05-13), BH0081510 (2021-05-17), BH0081511 (2021-05-26), BH0081512 (2021-06-04), BH0081586 (2021-06-17), BH0081513 (2021-07-13), BH0081514 (2021-07-21), BH0081515 (2021-08-06), BH0081588 (2021-08-18), BH0081516 (2021-10-07), BH0081589 (2021-10-07), BH0081517 (2021-10-30), BH0081518 (2021-11-23), BH0081519 (2021-12-03), BH0081590 (2021-12-03), BH0081520 (2021-12-06), BH0081521 (2021-12-09), BH0081522 (2021-12-21), BH0081523 (2022-01-06), BH0081524 (2022-01-06), BH0081525 (2022-01-14), BH0081526 (2022-02-07), BH0081527 (2022-02-07), BH0081528 (2022-02-08), BH0081529 (2022-02-16)

[9] *See supra* note 7.

1 ██████████████████████████████████████████████████████████████

2 ████████.[10]

3    c. ██████████████████████████████████████████████████████████

4 ████████████████████████████████████████████████.[11] This is

---

[10] Shafiq Report ¶ 13.

[11] BH0081693 (2015-12-01), BH0081702 (2016-01-06), BH0081672 (2016-01-08), BH0081666 (2016-01-15), BH0081675 (2016-01-27), BH0081701 (2016-04-04), BH0081700 (2016-04-06), BH0081638 (2016-04-13), BH0081679 (2016-05-18), BH0081692 (2016-05-30), BH0081694 (2016-06-22), BH0081639 (2016-08-03), BH0081707 (2016-08-23), BH0081656 (2016-09-09), BH0081695 (2016-09-09), BH0081681 (2016-09-19), BH0081640 (2016-09-21), BH0081641 (2016-10-27), BH0081708 (2016-10-28), BH0081670 (2016-11-14), BH0081671 (2016-11-14), BH0081704 (2016-11-14), BH0081632 (2017-01-03), BH0081642 (2017-01-03), BH0081644 (2017-01-03), BH0081689 (2017-01-03), BH0081657 (2017-01-05), BH0081658 (2017-01-11), BH0081667 (2017-01-11), BH0081696 (2017-01-11), BH0081703 (2017-01-11), BH0081705 (2017-01-11), BH0081668 (2017-01-12), BH0081659 (2017-01-15), BH0081630 (2017-01-17), BH0081633 (2017-01-17), BH0081686 (2017-01-17), BH0081698 (2017-01-18), BH0081660 (2017-01-19), BH0081661 (2017-01-20), BH0081682 (2017-01-22), BH0081683 (2017-01-22), BH0081690 (2017-01-22), BH0081691 (2017-01-22), BH0081662 (2017-01-26), BH0081531 (2017-01-27), BH0081634 (2017-01-30), BH0081416 (2017-01-31), BH0081532 (2017-01-31), BH0081643 (2017-02-01), BH0081645 (2017-02-01), BH0081663 (2017-02-01), BH0081699 (2017-02-02), BH0081417 (2017-02-03), BH0081533 (2017-02-03), BH0081665 (2017-02-16), BH0081697 (2017-02-21), BH0081706 (2017-02-21), BH0081534 (2017-02-22), BH0081418 (2017-02-24), BH0081669 (2017-02-24), BH0081419 (2017-02-27), BH0081631 (2017-02-27), BH0081680 (2017-02-27), BH0081420 (2017-02-28), BH0081535 (2017-03-01), BH0081635 (2017-03-02), BH0081673 (2017-03-02), BH0081674 (2017-03-02), BH0081676 (2017-03-02), BH0081677 (2017-03-02), BH0081678 (2017-03-02), BH0081636 (2017-03-03), BH0081684 (2017-03-03), BH0081688 (2017-03-03), BH0081421 (2017-03-06), BH0081646 (2017-03-06), BH0081637 (2017-03-07), BH0081593 (2017-03-10), BH0081422 (2017-03-13), BH0081423 (2017-03-14), BH0081594 (2017-03-16), BH0081595 (2017-03-23), BH0081596 (2017-03-23), BH0081664 (2017-03-23), BH0081685 (2017-03-30), BH0081687 (2017-03-30), BH0081536 (2017-04-03), BH0081537 (2017-04-07), BH0081424 (2017-04-10), BH0081538 (2017-04-14), BH0081425 (2017-04-24), BH0081426 (2017-04-25), BH0081539 (2017-04-26), BH0081427 (2017-04-27), BH0081540 (2017-05-19), BH0081597 (2017-06-05), BH0081598 (2017-06-05), BH0081599 (2017-06-05), BH0081600 (2017-06-06), BH0081601 (2017-06-09), BH0081602 (2017-06-13), BH0081603 (2017-06-14), BH0081428 (2017-08-16), BH0081604 (2017-08-17), BH0081541 (2017-08-24), BH0081429 (2017-08-29), BH0081430 (2017-09-06), BH0081431 (2017-09-07), BH0081432 (2017-09-15), BH0081433 (2017-09-18), BH0081434 (2017-09-19), BH0081435 (2017-09-26), BH0081436 (2017-09-29), BH0081437 (2017-10-03), BH0081438 (2017-10-09), BH0081439 (2017-10-10), BH0081440 (2017-10-10), BH0081441 (2017-10-11), BH0081442 (2017-10-12), BH0081443 (2017-10-20), BH0081444 (2017-10-20), BH0081445 (2017-10-23), BH0081446 (2017-10-25), BH0081447 (2017-10-25), BH0081448 (2017-10-26), BH0081449 (2017-10-27), BH0081450 (2017-11-01), BH0081451 (2017-11-03), BH0081452 (2017-11-07), BH0081453 (2017-11-07), BH0081454 (2017-11-08), BH0081455 (2017-11-08), BH0081456 (2017-11-08), BH0081457 (2017-11-08), BH0081458 (2017-11-08), BH0081459 (2017-11-08), BH0081460 (2017-11-08), BH0081461 (2017-11-09), BH0081462 (2017-11-09), BH0081463 (2017-11-14), BH0081542 (2017-11-14), BH0081543 (2017-11-15), BH0081544 (2017-11-15), BH0081464 (2017-12-15), BH0081465 (2017-12-15), BH0081466 (2017-12-15), BH0081467 (2018-01-03), BH0081605 (2018-01-09), BH0081606 (2018-02-07), BH0081545 (2018-03-02), BH0081468 (2018-04-17), BH0081607 (2018-06-13), BH0081470 (2018-07-10), BH0081546 (2018-07-10), BH0081547 (2018-07-12), BH0081548 (2018-07-23), BH0081549

(2018-08-14), BH0081550 (2018-08-14), BH0081608 (2018-08-20), BH0081551 (2018-08-27), BH0081552 (2018-08-29), BH0081553 (2018-08-30), BH0081217 (2018-09-17), BH0081218 (2018-09-17), BH0081469 (2018-09-17), BH0081219 (2018-09-18), BH0081220 (2018-09-18), BH0081554 (2018-09-21), BH0081221 (2018-09-24), BH0081223 (2018-09-27), BH0081222 (2018-10-08), BH0081224 (2018-10-15), BH0081225 (2018-10-29), BH0081226 (2018-10-29), BH0081471 (2018-11-09), BH0081555 (2018-11-09), BH0081227 (2018-11-19), BH0081228 (2018-11-21), BH0081229 (2018-11-27), BH0081230 (2018-11-28), BH0081231 (2018-11-29), BH0081232 (2018-12-20), BH0081472 (2018-12-20), BH0081556 (2018-12-20), BH0081609 (2018-12-21), BH0081473 (2018-12-31), BH0081474 (2019-01-03), BH0081233 (2019-01-04), BH0081557 (2019-01-04), BH0081234 (2019-01-08), BH0081235 (2019-01-08), BH0081236 (2019-01-15), BH0081237 (2019-01-22), BH0081610 (2019-01-22), BH0081238 (2019-01-29), BH0081239 (2019-02-05), BH0081558 (2019-02-06), BH0081240 (2019-02-11), BH0081475 (2019-02-14), BH0081559 (2019-02-14), BH0081560 (2019-02-15), BH0081241 (2019-02-25), BH0081242 (2019-02-27), BH0081611 (2019-03-02), BH0081243 (2019-03-05), BH0081612 (2019-03-05), BH0081613 (2019-03-05), BH0081561 (2019-03-21), BH0081244 (2019-04-16), BH0081476 (2019-04-25), BH0081245 (2019-06-03), BH0081562 (2019-06-14), BH0081563 (2019-06-25), BH0081246 (2019-06-26), BH0081247 (2019-07-22), BH0081564 (2019-07-22), BH0081248 (2019-07-23), BH0081250 (2019-07-24), BH0081477 (2019-07-25), BH0081565 (2019-07-25), BH0081249 (2019-08-05), BH0081251 (2019-08-06), BH0081252 (2019-08-07), BH0081478 (2019-08-08), BH0081479 (2019-08-08), BH0081566 (2019-08-08), BH0081614 (2019-08-08), BH0081480 (2019-08-09), BH0081567 (2019-08-09), BH0081253 (2019-08-12), BH0081254 (2019-08-13), BH0081255 (2019-08-14), BH0081568 (2019-08-28), BH0081256 (2019-09-06), BH0081257 (2019-09-11), BH0081258 (2019-09-11), BH0081259 (2019-09-13), BH0081260 (2019-09-16), BH0081261 (2019-09-17), BH0081615 (2019-09-18), BH0081262 (2019-09-23), BH0081481 (2019-09-25), BH0081263 (2019-10-07), BH0081264 (2019-10-07), BH0081482 (2019-10-14), BH0081569 (2019-10-14), BH0081265 (2019-10-17), BH0081483 (2019-10-21), BH0081266 (2019-10-22), BH0081267 (2019-10-23), BH0081268 (2019-10-24), BH0081269 (2019-10-25), BH0081270 (2019-10-28), BH0081271 (2019-10-29), BH0081272 (2019-10-29), BH0081273 (2019-10-30), BH0081275 (2019-10-30), BH0081274 (2019-11-01), BH0081276 (2019-11-01), BH0081277 (2019-11-19), BH0081484 (2019-11-26), BH0081570 (2019-11-26), BH0081616 (2019-11-26), BH0081278 (2019-11-27), BH0081279 (2019-12-06), BH0081280 (2019-12-16), BH0081571 (2019-12-16), BH0081572 (2019-12-17), BH0081573 (2019-12-18), BH0081281 (2019-12-30), BH0081485 (2020-01-08), BH0081282 (2020-01-09), BH0081574 (2020-01-24), BH0081575 (2020-01-24), BH0081486 (2020-02-03), BH0081576 (2020-02-03), BH0081283 (2020-02-20), BH0081284 (2020-02-21), BH0081285 (2020-02-27), BH0081286 (2020-03-05), BH0081287 (2020-03-11), BH0081487 (2020-03-11), BH0081288 (2020-03-13), BH0081488 (2020-03-14), BH0081489 (2020-03-16), BH0081290 (2020-03-19), BH0081289 (2020-03-30), BH0081291 (2020-04-08), BH0081292 (2020-04-08), BH0081293 (2020-04-15), BH0081294 (2020-04-15), BH0081295 (2020-04-16), BH0081490 (2020-05-15), BH0081491 (2020-05-15), BH0081492 (2020-05-19), BH0081296 (2020-06-01), BH0081297 (2020-06-02), BH0081298 (2020-06-04), BH0081299 (2020-06-07), BH0081300 (2020-06-11), BH0081301 (2020-06-12), BH0081302 (2020-06-15), BH0081304 (2020-06-19), BH0081303 (2020-06-25), BH0081305 (2020-07-01), BH0081306 (2020-07-06), BH0081617 (2020-08-05), BH0081307 (2020-08-13), BH0081577 (2020-08-13), BH0081309 (2020-08-25), BH0081308 (2020-08-26), BH0081493 (2020-08-27), BH0081310 (2020-08-31), BH0081311 (2020-09-02), BH0081494 (2020-09-02), BH0081312 (2020-09-04), BH0081495 (2020-09-04), BH0081313 (2020-09-11), BH0081314 (2020-09-17), BH0081496 (2020-09-17), BH0081315 (2020-09-21), BH0081316 (2020-09-22), BH0081317 (2020-09-22), BH0081318 (2020-09-23), BH0081319 (2020-09-23), BH0081320 (2020-10-02), BH0081322 (2020-10-08), BH0081578 (2020-10-14), BH0081321 (2020-10-15), BH0081323 (2020-10-15), BH0081497 (2020-10-15), BH0081324 (2020-10-28), BH0081325 (2020-10-30), BH0081326 (2020-11-06), BH0081329 (2020-12-02), BH0081327 (2020-12-07), BH0081328 (2020-12-09), BH0081498 (2020-12-10), BH0081330 (2021-01-08), BH0081499 (2021-02-09), BH0081579 (2021-02-10), BH0081500 (2021-02-19), BH0081580 (2021-02-19), BH0081501 (2021-02-25), BH0081581 (2021-02-25), BH0081332



.[12]

8.  I use the phrase "at least" when specifying time ranges for the installation and configuration of third-party tracking technologies because it is my understanding that the date associated with each template source code file reflects the date the file was created or last modified, not necessarily when the file was removed or when the tracking technology was disabled.

9.  BetterHelp's implementation of tracking technologies from third-party companies—▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓—as reflected in the source code template

---

(2021-03-05), BH0081502 (2021-03-10), BH0081503 (2021-03-10), BH0081504 (2021-03-12), BH0081505 (2021-03-15), BH0081582 (2021-03-15), BH0081331 (2021-03-17), BH0081506 (2021-03-17), BH0081618 (2021-03-18), BH0081334 (2021-04-02), BH0081335 (2021-04-02), BH0081333 (2021-04-08), BH0081336 (2021-04-09), BH0081583 (2021-04-09), BH0081337 (2021-04-14), BH0081507 (2021-04-14), BH0081584 (2021-04-14), BH0081338 (2021-04-16), BH0081508 (2021-04-16), BH0081585 (2021-04-16), BH0081339 (2021-04-19), BH0081340 (2021-04-20), BH0081341 (2021-04-22), BH0081619 (2021-04-27), BH0081342 (2021-05-11), BH0081509 (2021-05-13), BH0081587 (2021-05-13), BH0081510 (2021-05-17), BH0081511 (2021-05-26), BH0081343 (2021-06-02), BH0081344 (2021-06-02), BH0081347 (2021-06-04), BH0081512 (2021-06-04), BH0081345 (2021-06-08), BH0081346 (2021-06-08), BH0081348 (2021-06-09), BH0081349 (2021-06-15), BH0081586 (2021-06-17), BH0081350 (2021-06-25), BH0081351 (2021-06-28), BH0081352 (2021-07-01), BH0081620 (2021-07-01), BH0081621 (2021-07-07), BH0081513 (2021-07-13), BH0081353 (2021-07-14), BH0081514 (2021-07-21), BH0081354 (2021-07-26), BH0081355 (2021-08-02), BH0081515 (2021-08-06), BH0081588 (2021-08-18), BH0081622 (2021-09-07), BH0081623 (2021-09-09), BH0081356 (2021-09-23), BH0081357 (2021-09-23), BH0081358 (2021-09-28), BH0081516 (2021-10-07), BH0081589 (2021-10-07), BH0081359 (2021-10-12), BH0081360 (2021-10-15), BH0081624 (2021-10-22), BH0081625 (2021-10-28), BH0081517 (2021-10-30), BH0081626 (2021-11-01), BH0081361 (2021-11-23), BH0081518 (2021-11-23), BH0081362 (2021-12-01), BH0081363 (2021-12-03), BH0081519 (2021-12-03), BH0081590 (2021-12-03), BH0081520 (2021-12-06), BH0081521 (2021-12-09), BH0081364 (2021-12-14), BH0081522 (2021-12-21), BH0081523 (2022-01-06), BH0081524 (2022-01-06), BH0081525 (2022-01-14), BH0081365 (2022-01-25)

[12] Shafiq Report ¶ 13.

files, is consistent with the conclusions I reached in the initial Shafiq Report.[13] As I stated in that report, I reviewed data on the Wayback Machine to confirm that BetterHelp installed tracking technologies from third-party companies such as ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.[14] As another example, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.[15] As another example, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.[16] The source code template files produced by BetterHelp confirm that tracking technologies from third-party companies such as ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ were consistently installed and configured on BetterHelp's websites during these time periods and beyond, further supporting the findings in the Shafiq Report.

10. The source code template files confirm the conclusions in the Shafiq Report and provide additional technical details that are consistent with those conclusions. In particular, they provide a higher level of detail regarding the installation of these tracking technologies on BetterHelp's websites. For example, as described above, they identify specific dates when, at a minimum, tracking technologies were installed on BetterHelp's websites.

11. These source code template files also identify details of specific user information that was shared by BetterHelp with third-party companies due to the installation and configuration of tracking technologies on its websites. More specifically, these source code template files ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

12. Below, I highlight some relevant excerpts from the template source code files that demonstrate how BetterHelp installed and configured tracking technologies to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

---

[13] Shafiq Report ¶ 13.
[14] Shafiq Report ¶ 45; Shafiq Report ¶ 68.
[15] Shafiq Report ¶¶ 61-67.
[16] Shafiq Report ¶ 46.

██████████████████████████████████████████████████, which is consistent with my conclusions in the initial Shafiq Report.[17]

13.  Details from the source code template files show how BetterHelp shared ███ ██████████████████████████████████████████████████████ during the class period.[18] ██████████████████████████████████████████████ ██████ As discussed in the Shafiq Report, hashing of identifiers ██████████████ does not protect privacy with respect to third-party companies ████████████ which match ██████ ██████████████████████████████████████ they already have to identify the corresponding user.[19] My review of the source code template files also confirms that BetterHelp shared ██████████████████████████████████████████████████████ during the class period.[20]

---

[17] Shafiq Report ¶ 53; Shafiq Report ¶ 63.
[18] BH0081650
[19] Shafiq Report ¶ 53.
[20] BH0081475, BH0081476, BH0081477, BH0081478, BH0081479, BH0081480, BH0081481, BH0081482, BH0081483, BH0081484, BH0081485, BH0081486, BH0081487, BH0081488, BH0081489, BH0081490, BH0081491, BH0081492, BH0081493, BH0081650



14.     Details from the source code template files about two key events that were configured by BetterHelp to share ███████████████████ also show how such information was shared with third parties.[21]

    a. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████.

> ████████████████
> ████████████████████
> ████████████████████
> ████████████████
> ██████████████

    b. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████.

> ████████████████
> ████████████████████
> ████████████████████
> ██████████████████████
> ████████████████
> ██████████████

15.     The findings of my review of the source code template files are also consistent with my findings of the Shafiq Report with respect to the ██████████████.[22] As described in the initial Shafiq Report,[23] the events configured by BetterHelp shared ██████████████

---

[21] *See supra* note 6 (e.g., BH0081574).
[22] BH0008702
[23] Shafiq Report ¶¶ 61-67.

■■■. For example, it showed that for the ad campaigns BetterHelp ran ■■■ ■■■. Note that while these counts in ■■■ ■■■.

16. My review of the source code template files further shows that BetterHelp continued to share these events ■■■



---

[24] BH0081507 (2021-04-14), BH0081508 (2021-04-16), BH0081509 (2021-05-13), BH0081510 (2021-05-17), BH0081511 (2021-05-26), BH0081512 (2021-06-04), BH0081513 (2021-07-13), BH0081514 (2021-07-21), BH0081515 (2021-08-06), BH0081516 (2021-10-07), BH0081517 (2021-10-30), BH0081518 (2021-11-23), BH0081519 (2021-12-03), BH0081520 (2021-12-06), BH0081521 (2021-12-09), BH0081522 (2021-12-21), BH0081523 (2022-01-06), BH0081524 (2022-01-06), BH0081525 (2022-01-14), BH0081526 (2022-02-07), BH0081527 (2022-02-07), BH0081528 (2022-02-08), BH0081529 (2022-02-16), BH0081592 (2022-03-11), BH0081530 (2022-03-11)

[28] See supra note 24 (e.g., BH0081519)

███████████████████████████████████████████
████████████████████████████████████████.

b. ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████.



17. It is my understanding that BetterHelp has so far not produced the configuration and other information about █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

18. I reserve the right to amend, modify, or supplement my opinions should additional information become available to me, including the additional ███████ information referenced above.

19. BetterHelp has recently produced ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

20. Below, I highlight some relevant excerpts ████████████████████████████ that demonstrate how BetterHelp installed and configured tracking technologies to share information ████████, which is consistent with my conclusions in the initial Shafiq Report.[30]

21. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ As discussed in the Shafiq Report, this information was shared along with ████████████████████████████████████████████████████████.[34]

---

[29] BH0085404--BH0085416
[30] Shafiq Report ¶ 53; Shafiq Report ¶ 63.
[31] BH0085412
[32] BH0085411
[33] BH0085406
[34] Shafiq Report ¶ 13.

15

SUPPLEMENTAL EXPERT REPORT OF ZUBAIR SHAFIQ
Master File No. 3:23-cv-01033-RS

22. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████ .

23. It is my understanding that BetterHelp has so far not produced ██████
███████████████████████████████████████
██████████████████████████ . I have been informed that discussions over this issue are ongoing. ████████████████████████████
███████████████████████████████████ .[35]

I reserve the right to amend, modify, or supplement my opinions should additional information become available to me, such as ████████████████████ .

Executed on _____

*Zubair* (signature)

—————————————————————
Zubair Shafiq, Ph.D.

---

[35] The full list of dimensions and metrics is available at ███████████████████████████████████████ .