# EXHIBIT J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE BETTERHELP, INC. DATA DISCLOSURE CASES,

Case No. 3:23-cv-01033-RS

This Document Relates To:

All Cases/

________________________/

VIDEOTAPED DEPOSITION OF ZUBAIR SHAFIQ, Ph.D.

June 13, 2025

Kimberley Richardson, CSR, RPR, CCRR, AA

a Stenographic reporter

CSR. No. 5915

Job No. 7411181

in many other formats.

BY MS. KISER:

Q. Does your expertise include generating a HAR file?

A. In my research, we analyze HAR files all the time. 10:51AM

Q. Okay. So generating a HAR file is within your expertise?

A. Yes. Just not Burp Suite.

Q. Okay. Are you familiar with Markup, the program Markup? It's a website. 10:51AM

A. I'm a little confused because markup is a technical term. Markup is used to --

Q. Are you familiar with the website called The Markup? 10:51AM

A. Oh, that Markup. The technical Markup.

Q. Yes.

A. Yes.

Q. Okay. And are you aware that The Markup produces HAR files for their pixel research? 10:52AM

MS. TUSAN: Objection. Form. Speculation.

THE WITNESS: I think they do.

BY MS. KISER:

Q. And why would they do that? Do you know? 10:52AM

MS. TUSAN: Objection. Form. Lacks foundation. Calls for speculation.

THE WITNESS: No.

BY MS. KISER:

Q. Why would you produce a -- 10:52AM

A. Normally when we are conducting research. Normally when we are conducting research and we want to, for example, write a computer program to analyze something specific, that is something you cannot capture easily in a screenshot where there 10:52AM is too much information. Then you may want to create a HAR file that you can later analyze using -- automatically using a computer program rather than manually analyzing it.

Q. Right. And if I generated a HAR file in 10:52AM connection with this analysis, you could do that analysis to assess whether the screenshots you're looking at are an accurate reflection of ghost cookies on U.C. Davis's website; correct?

MS. TUSAN: Objection. Form. Vague. 10:53AM Compound.

THE WITNESS: If you give me a HAR file and access to the browsers built in forensic developer tools, I would be able to analyze the HAR file using the standard browser built-in 10:53AM

developer tools.

MS. KISER: So further to The markup, I would like to mark this as Exhibit 8.

(Defendants' Exhibit No. 8 marked for Identification.) 10:54AM

BY MS. KISER:

Q. The Markup is familiar to you you testified to I believe?

A. Yes.

Q. And have you seen this particular article? 10:54AM

MS. TUSAN: I'm going to object to form. This is only a portion of a top of a page of an article. It's not a complete document.

MS. KISER: That's fine.

THE WITNESS: Sitting here today, I cannot 10:54AM recall from memory.

BY MS. KISER:

Q. Okay. Do you see the red circle where it says "See our data here," and it says "GitHub"?

A. Yes. 10:54AM

Q. Have you ever gone on to The markup website to see their HAR files and their GitHub repository?

A. I may have.

Q. You would agree that if you did take the 10:54AM

I'm asking you did you do a graph analysis in this case?

A. I think you confused the analysis methodology with the format in which data can be stored. 11:03AM

The analysis methodology that I have, for example, used in my academic research to study ghost-written cookies uses the same browser built in developer tools. It's just that when you want to store it for some additional automatic 11:03AM programmatic large scale analysis, we do not store it in a HAR format. Instead we store it in a graph format.

Q. Right. Did you create a graph file in connection with the analysis you did in this case? 11:03AM

A. No. In my analysis in this case, I have included various screenshots.

Q. And that's the extent of the substantiation that you have provided in your opinions; is that right? 11:04AM

A. No.

MS. TUSAN: Objection. Form.

BY MS. KISER:

Q. With respect to the analysis you did of the cookies and the Wayback Machine, you have not 11:04AM

created a HAR file; is that right?
A. I've not created HAR files, but I point to various academic research. For each of these cookies, I have pointed to the documentation of each of these cookies that explains how these cookies work. 11:04AM
For example, these ghost-written cookies, they are subject to scientific research including several papers that are written co-authored by me and my students in the lab, and I cite to those papers as well. 11:04AM
Q. I understand what you cite to, but that's not what I'm asking.
You could have created a HAR file when you were analyzing the Wayback Machine using the web tools that you used? 11:04AM
MS. TUSAN: Objection. Form.
BY MS. KISER:
Q. Right?
A. It is possible. 11:04AM
Q. You could have; right?
A. It is possible.
Q. You know how, don't you?
A. It is possible to do that.
Q. Okay. But I'm asking you you knew how to 11:05AM

responsibility?

MS. TUSAN: Objection. Vague.

THE WITNESS: It is my understanding that BetterHelp used multiple pixels on its website.

BY MS. KISER: 01:25PM

Q. I understand that, but I'm saying if none of the pixels --

MS. TUSAN: Counsel, I'm not sure he was done with your --

THE WITNESS: Can I complete my answer, 01:25PM please?

BY MS. KISER:

Q. Sure.

A. A common practice in industry is companies like BetterHelp, they may work with other third 01:25PM parties. For example, ad agencies or their partners who are, for example, us to implement some functionality.

So I think if it is the case that the pixel -- some pixel, for example, a Meta Pixel was 01:25PM installed by an organization different than BetterHelp but for the in service of activities that were asked to be performed by BetterHelp, then it could be argued that that is related to BetterHelp. 01:26PM

that you identify in paragraph 62 demonstrate that this information was shared with Meta?

A. And the paragraph that is before it and the footnotes that are in paragraph 61.

Q. Okay. Thank you. 02:41PM

So turning back to your fifth step in paragraph 40, you talked about the fact that you analyzed BetterHelp's website as archived by the Internet Archive's Wayback Machine. And we've already gone through that the screenshots that you 02:42PM took are all set forth in your report.

A. Yes.

Q. Are you aware that the tags and the format of the button on the intake quiz were changed prior to March 2nd? 02:42PM

A. It is my understanding that that is something BetterHelp has claimed in one of the updates in their responses to the FTC.

Q. And do you know whether testing the same quiz just a month prior would show that the button 02:42PM text was not sent?

A. As I explain in my report, and maybe I should clarify this, I'm not claiming that all the answers to all the intake questioning were shared throughout the class period, but the fact that 02:43PM

someone started the questionnaire, someone completed the questionnaire, and certain responses in the questionnaire such as --

Q. Just refer to a paragraph. You don't need to read everything. 02:43PM

A. Such as whether someone has been in therapy before, they have good or fair financial status.

Q. Do you mind just reading the footnote or the paragraph as opposed to just reading your 02:43PM report into the record.

A. It's paragraph 63.

Q. Thank you.

You referred to advanced matching in your report. Do you know whether that feature was on 02:44PM during the entire period of your testing?

A. I describe that in my report. Can I take a look at my report to answer your question?

Q. Yes.

A. Thank you. 02:44PM

I explain in my report that information that BetterHelp shared with Facebook as part of advanced matching. This feature was enabled on the website as shown by evidence from 2018 to 2021. 02:45PM

type?

A. This is a subset of information that is encoded in user information.

Q. Is it your testimony that a user agent remains stable across software updates? 05:24PM

A. User agent may or may not change across software updates. But as has been shown including by researchers whose paper you were talking about, Hiding in the Crowd, Pierre Laperdrix, he has written a paper that shows how when user agents 05:25PM change they can be trivially linked to each other.

Q. Okay. So does a user agent remain stable across browser reinstalls?

A. Yes, they may.

Q. But they don't always, do they? 05:25PM

A. I need more details in your hypothetical.

Q. Does a user agent remain stable in changes -- when you make changes in your device settings?

A. My answer is the same as before. I need 05:25PM more details in your hypothetical.

Q. Okay. What are some of the things that can cause a browser fingerprint to change? Would a browser update cause a browser fingerprint to change? 05:26PM

A. It depends on how you are constructing a browser, but like I explained earlier, there is research that shows how the fingerprinting techniques that are commonly used in the industry, they are designed to be robust to these kind of trivial changes or updates to software. 05:26PM

Q. How about privacy settings? Can a person set privacy settings that would make it more difficult to develop a browser fingerprint?

A. I would have to look at it. Sitting here today, I'm unable to answer your question without more details in your hypothetical. 05:26PM

Q. All right. So you're saying that you're incapable of rendering an opinion as to whether a user could set privacy settings that would make it more difficult for them to be fingerprinted by a browser? 05:26PM

MS. TUSAN: Objection. Misstates testimony.

THE WITNESS: Can you clarify what you mean by browser setting -- privacy setting? 05:26PM

BY MS. KISER:

Q. Privacy setting, okay. Let's do this.

So are you familiar with specific plug-ins like Ghostery or Privacy Badger? 05:27PM

like we discussed previously, has an archive. Anyone can go and see the exact same thing. There is no need to save HAR files for that purpose.

Q. But you could have downloaded your HAR file and produced it? 06:35PM

A. I took screenshots which I believe are superior and necessary to show what was here from BetterHelp's website from third parties such as real or Facebook.

Q. I understand that is your position, but 06:35PM the bottom line is you could have produced the HAR files so we could see exactly what you did.

MS. TUSAN: Asked and answered.

MS. KISER: You interrupted me. I'll start over. 06:35PM

I understand that's your position, but the bottom line is you could have downloaded the HAR file that was created when you used the Wayback Machine and produced it in context with your screenshots, and you've already testified that you 06:35PM could have, but you did not.

MS. TUSAN: Objection to form. Objection to counsel testifying.

Go ahead.

THE WITNESS: I think you're 06:35PM

STATE OF CALIFORNIA )
) ss.
COUNTY OF ALAMEDA )

I, KIMBERLEY RICHARDSON, a Shorthand Reporter, State of California, do hereby certify:

That ZUBAIR SHAFIQ, Ph.D., in the foregoing deposition named, was present and by me sworn as a witness in the above-entitled action at the time and place therein specified;

That said deposition was taken before me at said time and place, and was taken down in shorthand by me, a Certified Shorthand Reporter of the State of California, and was thereafter transcribed into typewriting, and that the foregoing transcript constitutes a full, true and correct report of said deposition and of the proceedings that took place;

That before completion of the proceedings, review of the transcript was not requested.

IN WITNESS WHEREOF, I have hereunder subscribed my hand this 17th day of June 2025.

KIMBERLEY RICHARDSON, CSR NO. 5915
State of California