LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
*jhammer@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
*cbessenger@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: +1 213 443 4355
Facsimile: +1 213 443 4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To:<br><br>All Cases/ | Case No. 3:23-cv-01033-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BETTERHELP, INC.'S MOTION TO EXCLUDE THE OPINIONS OF DR. ZUBAIR SHAFIQ**<br><br>Date: November 20, 2025<br>Time: 1:30 p.m.<br>Courtroom: 3<br>Judge: Hon. Richard Seeborg |

Defendant BetterHelp, Inc. ("BetterHelp") filed a Motion to Exclude the Opinions of Professor Zubair Shafiq ("Motion") in this case. The Motion came on for hearing on November 20, 2025 at 1:30 p.m. in the above-captioned case.

The Court, having considered all materials filed in support of and in opposition to the Motion to Dismiss and the arguments of the parties and of counsel, hereby **GRANTS** BetterHelp's Motion to Exclude the Opinions of Dr. Zubair Shafiq.

**IT IS SO ORDERED**.

Dated:

____________________________
Richard J. Seeborg
United States District Judge