LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
JEFFREY HAMMER (SBN 264232)
jhammer@kslaw.com
CRAIG H. BESSENGER (SBN 245787)
cbessenger@kslaw.com
JAMES A. UNGER (SBN 325115)
junger@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: +1 (213) 443-4355
Facsimile: +1 (213) 443-4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**

This Document Relates To:

All Cases/

Case No. 3:23-cv-01033-RS

**DECLARATION OF NIKLAS VAUGHAN IN SUPPORT OF BETTERHELP'S OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY CLASS**

REDACTED

Date: November 20, 2025
Time: 1:30 p.m.
Courtroom: 3
Judge: Hon. Richard Seeborg

I, Niklas Vaughan, declare that:

1. I am a Senior Technical Program Manager at BetterHelp, Inc. ("BetterHelp"). I submit this declaration in support of BetterHelp's Opposition to Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

**BetterHelp's Service and Platform**

2. BetterHelp is an online platform that allows individuals to connect with qualified mental health professionals and seek virtual therapy and counseling services.

3. [redacted]

4. BetterHelp users can access therapy and counseling virtually and at times and locations that are convenient to them. This makes therapy more accessible, affordable, and convenient because users do not have to spend time and money traveling to a therapist's office for an in-person appointment.

5. To take advantage of BetterHelp's services, users must first complete an Intake Questionnaire on the BetterHelp website. The Intake Questionnaire, which has varied over time, asks the user about the type of therapy they are interested in, their preferences for their therapists, basic demographic information, their general mood (e.g., whether they are feeling tired or have a poor appetite), and general information about their health (e.g., whether they are experiencing chronic pain or taking any medications) so that users can be matched with suitable therapists. BetterHelp's platform also facilitates the therapy by providing features for the user and mental health professional to interact virtually by direct messaging, live chat sessions, phone calls, and video conferencing.

6. Once a user completes the Intake Questionnaire, the user can create a personal BetterHelp account using either their email, or, between March 31, 2017 and February 15, 2022, using their credentials from a Facebook or Google account. After the user creates an account, they have the option to enter their payment information and purchase therapy services, but they are not

required to purchase anything.

7. [redacted]

8. [redacted].

9. There is one exception where an answer takes the user to a different page with a new URL, but that exception is designed to end the sign-up process and direct a user to resources where they can gain immediate help. Beginning on July 9, 2020, the Intake Questionnaire included a question that asked, "Have you made specific plans for suicide?" If a user answered, "Yes, I have made specific plans," the website took a user to a page with the neutral URL "www.betterhelp.com/crisis_resources/." The question text was never disclosed to any third party. BetterHelp does not accept new users who are actively suicidal because people who are suicidal need immediate crisis intervention. When a user is directed to this page, they may not proceed further through the Intake Questionnaire and are instead directed to appropriate resources for a person in crisis.

**Use of Pixels on the Platform for Performance and Analytics**

10. As is common among commercial websites, BetterHelp consistently works to improve the functioning of its website. BetterHelp also markets its services through online advertising. BetterHelp tracks marketing outcomes, like advertising conversions and sign-ups. It uses third-party technologies to do so, including digital marketing tools such as web beacons.

11. One type of web beacon is known as a "pixel." A pixel is a small piece of code placed on a website. It can be used for different purposes, such as fraud detection, bot detection, website performance and analytics, and measuring the effectiveness of a marketing campaign.

12. [redacted] The marketing improvements let BetterHelp reach consumers who would be most interested in BetterHelp's virtual therapy service, making them aware that virtual therapy exists.

13. BetterHelp never sold its users' data (personal or otherwise) to a third party. BetterHelp also has never caused users' data to become publicly available on the internet.

14. [redacted] BetterHelp did not consent to any third party using BetterHelp data for identity resolution services.

15. I am aware that digital "fingerprinting" is the process where a remote site or service tries to collect little bits of information about a consumer's devices to try to develop a unique picture about those devices. BetterHelp has never employed or facilitated such "fingerprinting" itself, and it did not consent to a third party using BetterHelp's data to engage in "fingerprinting."

16. I am aware that cookies set by third parties that are disguised first-party cookies exist on the internet. Such disguised first-party cookies allow entities to track users even when the user has blocked third-party cookies. Professor Zubair Shafiq referred to these as "ghostwritten cookies." BetterHelp did not use any "ghostwritten cookies" on its website. Nor did it let any third parties place them on its site.

17. [redacted]

18. [redacted]

[redacted]. True and correct copies of Google Analytics reports from the period spanning November 22, 2022 to March 7, 2023, are attached hereto.

- An excerpt from BetterHelp's Google Analytics report on page titles and screen names from the period spanning November 22, 2022 to March 7, 2023 is attached hereto as **Exhibit A**.
- BetterHelp's Google Analytics report on browser details from the period spanning November 22, 2022 to March 7, 2023 is attached hereto as **Exhibit B**.
- BetterHelp's Google Analytics report on device categories from the period spanning November 22, 2022 to March 7, 2023 is attached hereto as **Exhibit C**.

19. [redacted]

20. [redacted]

21. In the course of discovery in this case, BetterHelp has responded to interrogatories. In response to one interrogatory, BetterHelp provided the number of individuals residing in California who registered for and paid for BetterHelp's services between 2017 and 2023. Those figures were based on individuals' self-selected state of residence, not where they were located when registering.

**Banners on BetterHelp's Site Linked to Privacy Policies and Cookie Preferences**

22. Between January 1, 2017 and March 7, 2023, BetterHelp's Privacy Policy was expressly incorporated into its user Terms of Service, which includes a hyperlink to allow users to easily reference the policy. BetterHelp required users to agree to the Terms of Service and Privacy Policy upon signing up for the service. When BetterHelp updated the Terms of Service and Privacy Policy, it required registered users to agree to the updated versions via a pop-up when they used the platform.

23. BetterHelp updated and changed the terms of its privacy policies multiple times between January 1, 2017 and March 7, 2023. BetterHelp required users to agree to the Terms of Service and Privacy Policy upon signing up for the service and also when they were updated.

24. True and correct copies of the privacy policies applicable during this period are attached hereto.

- BetterHelp's Privacy Policy in place from January 1, 2017 until September 14, 2018 is attached hereto as **Exhibit D**.
- BetterHelp's Privacy Policy in place from September 14, 2018 until November 13, 2018 is attached hereto as **Exhibit E**.
- BetterHelp's Privacy Policy in place from November 13, 2018 until September 16, 2019 is attached as **Exhibit F**.
- BetterHelp's Privacy Policy in place from September 17, 2019 until December 30, 2019 is attached as **Exhibit G**.
- BetterHelp's Privacy Policy in place from December 31, 2019 until February 27, 2020 is attached as **Exhibit H**.
- BetterHelp's Privacy Policy in place from February 27, 2020 until April 29, 2021 is attached as **Exhibit I**.
- BetterHelp's Privacy Policy in place from April 29, 2021 through November 9, 2021 is attached as **Exhibit J**.
- BetterHelp's Privacy Policy in place from November 10, 2021 through November 21, 2022 is attached as **Exhibit K**.

- BetterHelp's Privacy Policy in place from November 22, 2022 through March 7, 2023 is attached as **Exhibit L**.

25. At all times during the period between January 1, 2017 and March 7, 2023, BetterHelp's privacy policy contained a section with the heading "Cookies and Web Beacons" explaining that BetterHelp uses those technologies for different purposes. One purpose BetterHelp disclosed was "attribution." "Attribution" means that BetterHelp can identify how the user arrived at BetterHelp's website, for example, understanding that a user came to BetterHelp by clicking an ad on Facebook. The same section of the privacy policy also told users that they could change their browser's settings so the browser would stop accepting cookies.

26. The presentation of BetterHelp's Privacy Policy to a user of the website has otherwise varied over time during the period from 2017–2023. Throughout this period, the Privacy Policy was accessible via a link displayed on BetterHelp.com.

27. Starting in September 2020, a popup banner that included a link to BetterHelp's (then-applicable) Privacy Policy appeared on the BetterHelp website. The banner text varied over time, but it always disclosed that BetterHelp used cookies to measure the effectiveness of its ads. This banner persisted on each page of the Questionnaire until the user accepted it.

28. Since mid-2021, BetterHelp added language to the banner that linked to a user's "Cookie Preferences" and explicitly gave users the opportunity to manage their tracking preferences on the site. Attached hereto as **Exhibit M** is a compilation of the popup banner as it appeared between September 2020 and March 7, 2023, collected using the Wayback Machine.

**BetterHelp Did Not Engage in Activities that Would Subject it to HIPAA**

29. BetterHelp is not subject to HIPAA.

30. Paying users pay BetterHelp on a monthly basis for the services they receive, with the amount varying based on location, the type of therapy needed, and therapist availability. For a limited number of users, their fees are paid by their employers or other organizations that they are part of. Between January 1, 2017 and March 7, 2023, which I understand is the proposed class period, BetterHelp did not accept insurance. BetterHelp accepted payment by credit card and other online payment methods (e.g., PayPal). BetterHelp in turn paid mental health professionals in

accordance with their contractual arrangements.

31. Between January 1, 2017 and March 7, 2023, BetterHelp did not accept insurance or submit health care claims for reimbursement. It also did not coordinate benefits or check a patient's eligibility for reimbursement. During this period, because BetterHelp was cash pay and did not accept insurance, BetterHelp did not transmit any information for anyone in an electronic form in connection with a transaction for which the U.S. Department of Health and Human Services (HHS) has adopted a standard, including independent contractor therapists, or anyone else.

32. Between January 1, 2017 and March 7, 2023, BetterHelp did not provide or pay the cost of medical care for anyone. BetterHelp also did not communicate with payers (e.g., insurance companies) for any purpose. During this time, BetterHelp did not facilitate or enable the exchange of any healthcare data between a provider and payer, through standard transactions or otherwise. BetterHelp also did not have any contracts with a health care clearinghouse.

33. BetterHelp has been HITRUST certified since June 2022. BetterHelp obtained HITRUST certification because it wanted to implement a comprehensive information security control framework, not because it is subject to HIPAA. HITRUST is a privately held company that developed the HITRUST CSF (Common Security Framework) which it sells to companies, across a number of industries, as a way to manage the requirements of various security frameworks (ISO 27001 and 27002, NIST 800-52, PCI, GDPR, HIPAA).

34. BetterHelp contracts with mental health professionals as independent contractors who provide therapy services on the BetterHelp platform. Those therapists are independent contractors and not BetterHelp employees. The mental health professionals—not BetterHelp—provide therapy services, and BetterHelp does not oversee them professionally. BetterHelp provides services to the therapists to help them with their work on the platform. Some of those therapists may be subject to HIPAA and some likely are not. BetterHelp does not know nor maintain a list of which therapists are subject to HIPAA, but it does not perform any services for any HIPAA-governed entity.

35. BetterHelp is an affiliate of Teladoc. Teladoc is subject to HIPAA. However, Teladoc and BetterHelp operations are entirely separate. BetterHelp performs no services for

Teladoc. Teladoc's systems are separate from BetterHelp's systems. BetterHelp is not a business associate of Teladoc. Teladoc does not share its user information with BetterHelp. BetterHelp does not share its user information with Teladoc. BetterHelp does not have access to protected health information in the possession, custody or control of any affiliate, including Teladoc Health, Inc. or any independent contractor licensed therapist.

36. BetterHelp does not perform (and has never performed) any services involving protected health information for a HIPAA-covered function or activity for anyone, including independent contractor therapists. All services BetterHelp provides to therapists are related to BetterHelp's technology platform and attendant service offerings, none of which involve any activities that are subject to HIPAA.

**BetterHelp Made Changes to its Limited Data Sharing Over Time But Always Anonymized the Information Transmitted**

37. BetterHelp has never sent users' personal identifiers like their name, or physical address or any personal information about such users to any third party.

38. BetterHelp has never shared a user's phone number with any third party either.

39. [redacted].

40. [redacted].

41. BetterHelp's contracts with Facebook, Mixpanel, and Google (Google Analytics and Google Tag Manager) restrict those entities' use of its data without BetterHelp's consent, and BetterHelp never provided consent that these entities share BetterHelp's data with other parties or use the data for any other purposes. Mixpanel and Google Analytics are not social media platforms and BetterHelp never advertised on Mixpanel or Google Analytics (nor could it have).

- A true and correct copy of Facebook's terms of service, dated Dec. 26, 2019, that applied

to BetterHelp, are attached as **Exhibit N**.

- A true and correct copy of Mixpanel's terms of service, dated December 19, 2019, that applied to BetterHelp are attached as **Exhibit O**.
- A true and correct copy of Google Analytics' terms of service, dated June 17, 2019, that applied to BetterHelp are attached as **Exhibit P**
- A true and correct copy of Google Tag Manager's terms of service that applied to BetterHelp, are attached as **Exhibit Q**.

42. As to Mixpanel, Mixpanel provided services to BetterHelp but has no consumer-facing services itself. It is not a social media platform.

43. Facebook is a social media platform on which BetterHelp placed advertising from time to time. [redacted]

44. [redacted]

45. [redacted]

46. [redacted] [redacted]

47. [redacted]

[redacted]

48. [redacted]

**BetterHelp Voluntarily Entered a Consent Order with the FTC Without Admission of Wrongdoing**

49. In March 2020, the Federal Trade Commission ("FTC") began investigating BetterHelp's digital marketing practices. On November 21, 2022, BetterHelp and the FTC entered a Consent Order relating to BetterHelp's alleged marketing practices, which the FTC approved on March 2, 2023. The Consent Order does not include findings of facts or conclusions of law, and BetterHelp did not admit to any wrongdoing and expressly denied the FTC's allegations. The Consent Order also provides for injunctive relief regarding BetterHelp's alleged use and disclosure of consumer information. [redacted]. As of July 14, 2025, at least 534,130 consumers accepted redress funds under the Consent Order. A true and correct copy of the Eighth Quarterly Report of the Independent Redress Administrator is attached hereto as **Exhibit R**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 15th day of September, 2025, in San Francisco, California.

NIKLAS VAUGHAN