# EXHIBIT D

# Privacy Policy

1. This Privacy Policy

   Your privacy is extremely important to us. We are constantly putting great deal of thought, efforts, tools and procedures in order to protect and safeguard your privacy. This document is our "Privacy Policy" and it contains details on issues related to your privacy when using our services. It is intended to inform you of our policies, procedures and practices regarding the collection, use and disclosure of any information that you provide through the Platform. The Privacy Policy is part of our Terms and Conditions which can be found in our website. The terms in the Privacy Policy (such as, but not limited to, "we", "our", us", "Platform", Provider", "Provider Services" etc) have the same meaning as in our Terms and Conditions document. When you use our Platform you accept and agree to both the Terms and Conditions and to the Privacy Policy. If you do not agree to be bound to the Privacy Policy you should stop using the Platform immediately. By accessing and using our Platform you affirm that you have read the Terms and Conditions and the Privacy Policy and that you understand, agree and acknowledge to all the terms contained in both of them.

2. Information Collection and Use

   To let us operate the Platform effectively and to let you use the Platform, including the Provider Services, we have to collect and use some information from you (the "Information"). You may decide which Information, if any, you would like to share with us but some functions of the Platform may not be available to you without providing us the necessary Information. By deciding to provide the Information you agree to our methods of collections and use, as well to other terms and provisions of this Privacy Policy. The different types of Information we collect and how we intend to use them are detailed below.

   - Personally Identifiable Information:

     When you sign up to the Platform, update your account details, provide your billing information, provide your emergency contact information or make other use of our services, we may ask you for personally identifiable information ("Personal Information"). The Personal Information can be used can be used to contact you or identify you and it may include, but not limited to, your name, your email, your phone number, your address and your credit card information. We may use the Personal Information, either by itself or in conjunction with other information, for the following purposes:

     - Create your account at our Platform, let you log in to the account, administer your account, monitor your account, provide customer service and contact you with information, alerts and suggestions that are related to your account.
     - Billing-related purposes.
     - Reach out to you, either ourselves or using the appropriate authorities, if either we or a Provider has a good reason to believe that you or any other person may be in danger or may be either the cause or the victim of a criminal act.
     - Let a Provider know your first name so he or she can communicate with you effectively.
     - Let a Provider know your state to ensure he is licensed and qualified to provide a service to you.
   - Profile Information:

     We may ask you several questions about you and your needs. ("Profile Information"). This information is shared with Providers that use our Platform. We may use the Profile Information, either by itself or in conjunction with other information, for the following purposes:

     - Match you with a Provider.
     - Help us and our Providers to get to know you and your needs.
     - Collect and analyze statistical or aggregated information which is not personally identifiable.

- Log Data:

  When you use the Platform, our servers or servers of third party services automatically record information that your browser sends ("Log Data"). This Log Data may include, but not limited to, information such as your computer, Internet Protocol address ("IP"), pages that you visit and the time spent on those pages, actions that you take and other statistics. We may use this information, either by itself or in conjunction with other information for the following purposes:

  - Monitor, analyze and improve the use and functionality of the Platform, the Platform's technical operation and the match of the Platform functionality to your needs and preferences.

- Session Content:

  While using the Platform you and a Provider would likely write or say things by means of text-based communication (such as messages), verbal communication or video communication, either internally or to each other (collectively "Session Content"). The Session Content is shared with the Provider(s) that work with you. The Session Content may be used, either by itself or in conjunction with other information, for the following purposes:

  - Let a Provider provide the service to you.
  - Supervise, administer and monitor the service.
  - Allow professional supervision to the Provider by qualified professionals.

  Note that all communications transmitted through the Platform, may be recorded or monitored for quality assurance and training purposes and become part of your file and records.

3. Cookies and Web Beacons

   Like many websites, we use "cookies" and "web beacons" to collect information. A "cookie" is a small data file that is being transferred to your computer's hard disk for record-keeping purposes. A "web beacon" is a tiny image, placed on a Web page or e-mail that can report your visit or use. We use cookies and web beacons to enable the technical operation of the Platform, to administer your log-in to your account and to collect the Log Data. You can change your browser's settings to it will stop accepting cookies or to prompt you before accepting a cookie. However, if you do not accept cookies you may not be able to use the Platform. The Platform may also include the use of cookies and web beacons of services owned or provided by third parties that are not covered by our privacy policy and we do not have access or control over these cookies and web beacons.

4. Social and General Information Tools

   We would be using several publicly-available tools and information exchange resources, such as (but not limited to) a blog, a Facebook page, a Twitter account, a Google Plus account and others (collectively "Social and General Information Tools"). Any information you provide or share by using the Social and General Information Tools may be freely read, accessed, collected and used by others.

5. Phishing

   Online identity theft and account hacking, including the practice currently known as "phishing", are of great concern. You should always suspect when you are being asked for your account information and you must always make sure you do that in our secure system. We will never request your login information, your credit card information, in a non-secure or unsolicited communication (e-mail, phone or otherwise).

6. Aggregate Information and Non-Identifying Information

   We may share aggregated information that does not include any Personal Information with third parties for any purpose, including but not limited to industry analysis, research, business transactions and public relations.

7. Links

   The Platform may contain links to other websites, services or offers which are owned, operated or maintained by third parties. If you click on a third party link, you will be directed to that third website or

service. The fact that we link to a website or service is not an endorsement, authorization or representation of our affiliation with that third party, nor is it an endorsement of their privacy or information security policies or practices. We do not have control over third party websites and services and we do not have control over their privacy policies and terms of use.

8. Transfer of Business

   We may sell or transfer some or all of our assets, including your Personal Information, in connection with a merger, acquisition, consolidation, joint venture, reorganization or sale of assets. Such transactions would be covered by a confidentiality agreement.

9. Service Providers

   We may employ third party companies and individuals to facilitate our Platform, to perform certain tasks which are related to the Platform or to provide audit, legal, operational or other services for us. These tasks include, but not limited to, customer service, technical maintenance, monitoring, email management and communication, database management, billing and payment processing, reporting and analytics. When needed we may disclose information, including Personal Information, to such third parties but we will try to limit the Personal Information disclosed to the minimum necessary to perform their task.

10. Children's Privacy

   We do not knowingly collect or solicit any information from anyone under the age of 13 or knowingly allow such persons to become our user. The Platform is not directed and not intended to be used by children under the age of 13. If you're aware that we have collected Personal Information from a child under age 13 please let us know by contacting us and we will delete that information.

   We also do not allow anyone under the age of 18 to use the Platform without parental consent, authorization and presence.

11. International Transfer

   Your information may be transferred to — and maintained on — computers located outside of your state, province, country or other governmental jurisdiction where the privacy laws may not be as protective as those in your jurisdiction. If you are located outside the United States and choose to provide information to us, we may transfer Personal Information to the United States and processes it there. If you are located in the United States and choose to provide information to us, we may also transfer some Personal Information outside of the US and processes it there. Your consent to this Privacy Policy followed by your submission of such information represents your agreement to such transfers.

12. Compliance with Laws and Law Enforcement

   We cooperate with government and law enforcement officials and private parties to enforce and comply with the law. We will disclose any information, including Personal Information, to government or law enforcement officials or private parties as we, in our sole discretion, believe necessary or appropriate to respond to claims and legal process (including but not limited to subpoenas), to protect the property and rights of ourselves or a third party, to protect the safety of the public or any person, or to prevent or stop activity we may consider to be, or to pose a risk of being, any illegal, unethical or legally actionable activity. We may disclose information, including Personal Information, to take precautions against liability. You should also be aware that Providers may be obliged to disclose information to law enforcement or other authorities to conform to their professional and legal responsibilities. Specifically, and without limitation, you should be aware that the law requires mental health professionals to disclose information and/or take action in the following cases: (a) reported or suspected abuse of a child or vulnerable adult; (b) serious suicidal potential; (c) threatened harm to another person; (d) court-ordered presentation of treatment.

13. Data Retention

   You may review, update, correct or delete the Personal Information in your Account by contacting us or by editing it online. If you would like us to delete your Personal Information or any other information from our system, please contact us with such request. We will use commercially reasonable efforts to honor your request. However, we may retain an archived copy of your records as required by law for legitimate

business purposes or for recordkeeping purposes. There may also be residual information that will remain within our databases and other records, including, without limitation, some data may that may be still archived and stored offline. We are not responsible for removing information from the third parties that we have already legitimately shared Personal Information about you.

14. Security

    We are concerned about safeguarding your information. The security of your Personal Information is very important to us. Therefore, we employ measures to protect this information from unauthorized access, use, and disclosure. However, the confidentiality of any communication transmitted through the Platform or stored with us cannot be guaranteed. Please remember that no method of electronic transmission over the Internet or method of storage can be 100% secure. You acknowledge and agree that you share and transmit the information at your own risk, as further detailed in our terms of use. If you have reason to believe that there has been of security, including but limited to "hacking" to your account, you must notify us immediately.

15. Changes to the Privacy Policy

    We may update this privacy statement at our sole discretion. The date of the last revision of this policy appears at the end of this page. We encourage you to periodically review this page for the latest information on our privacy policy and practices.

16. Contacting us

    If you have any questions or concerns about this Privacy Policy or our privacy-related practices, please contact us by clicking the "Contact us" link at the bottom of any page in our website.

Last Updated: August 7, 2013

**If you are in a crisis or any other person may be in danger - don't use this site. These resources can provide you with immediate help.**

MHA Mental Health America ASSOCIATE MEMBER HIPAA 256-bit SSL SECURE ISMHO MEMBER