# EXHIBIT M

INTERNET ARCHIVE WaybackMachine https://www.betterhelp.com/ Go AUG SEP OCT 30 2019 2020 2021 About this capture




We use cookies to help the site function properly, analyze usage, and measure the effectiveness of our ads. We never sell or rent any information you share with us. Read our Privacy Policy to learn more.

OK

INTERNET ARCHIVE WaybackMachine https://www.betterhelp.com/ Go MAR APR MAY 23 2020 2021 2022
8,093 captures
13 Oct 1999 - 12 Sep 2025
About this capture

# You deserve to be happy.

What type of counseling are you looking for?

**Individual** (For myself)

**Couples** (For me and my partner)

**Teen** (For my child)

We use BetterHelp and third-party cookies and web beacons to help the site function properly, analyze usage, and measure the effectiveness of our ads. Read our Privacy Policy to learn more.

OK

INTERNET ARCHIVE WaybackMachine https://www.betterhelp.com/ Go DEC JAN FEB 22 2021 2022 2023
8,093 captures
13 Oct 1999 - 12 Sep 2025
About this capture

# You deserve to be happy.

What type of therapy are you looking for?

Individual (For myself)

Couples (For me and my partner)

Teen (For my child)

We use our own and third-party cookies and web beacons to help the site function properly, analyze usage, and for marketing purposes. Your IP address and third party identifier may be shared with advertising partners to help us deliver more relevant ads. By clicking 'I Agree', you agree to the use of cookies and web beacons to collect information on and off this site as described here. To update your settings or opt out, go to 'Cookie Settings'. To learn more read our Privacy Policy.

Cookies Settings

I Agree

INTERNET ARCHIVE WaybackMachine https://www.betterhelp.com/ Go
8,093 captures
13 Oct 1999 - 12 Sep 2025
JAN FEB MAR
2022 09 2024
2023
About this capture

# Talk about it in therapy.

What type of therapy are you looking for?

Individual
For myself

Couples
For me and my partner

Teen
For my child

We use our own and third-party cookies and web beacons to deliver a faster and safer experience, to monitor and analyze usage, to comply with laws, and for advertising purposes. By clicking 'I Agree', you agree that data such as your IP address and third party identifier may be shared with advertising partners to help us deliver more relevant ads. To update your settings or opt out, go to 'Cookie Settings'. To learn more read our **Privacy Policy**.

Cookie Settings

I Agree