# EXHIBIT Q

Google Analytics

# Google Tag Manager Terms of Service Agreement

## Google Tag Manager Use Policy

Use of the Google Tag Manager (the "Service") is subject to this Google Tag Manager Use Policy. This Policy applies in addition to the Google Terms of Service and the Google Privacy Policy.

If You use the Service to support products or services from Google, from a 3rd party or designed by You ("3rd Party Tags"), You will have and abide by an appropriate privacy policy, and will comply with all applicable agreements and regulations (also relating to the collection of information), including:

- the Google Analytics Terms of Service located at: https://www.google.com/analytics/tos.html,
- the agreement between You and DoubleClick that is in effect during the dates that You are participating in the Service, and
- the Google Inc. Advertising Program Terms (or, if applicable, as negotiated).

If You have 3rd Party Tags delivered through the Service:

- Google is not responsible for 3rd Party Tags.
- Google may screen automatically such 3rd Party Tags to ensure compliance with this policy.
- You guarantee that You have the rights to upload the 3rd Party Tags.
- You agree not to, and not to allow third parties to use the Service or interfaces provided with the Service:
    1. to engage in or promote any unlawful, infringing, defamatory or otherwise harmful activity;
    2. to disable, interfere with or circumvent any aspect of the Service;
    3. to upload any data to Google that personally identifies an individual (such as a name, email address or billing information), or other data which can be reasonably linked to such information by Google; or
    4. to access any other Google product or service in a manner that violates their respective terms.

## Our use of Google Tag Manager data

We may collect information such as how the Service is used, and how and what tags are deployed. We may use this data to improve, maintain, protect and develop the Service as described in our privacy policy, but we will not share this data with any other Google product without Your consent.

Follow us on:

Apps Status Dashboard    Terms of Service

---

## Learning & Support

Help Center

User Forum

Solutions Gallery

Analytics Academy

Partner Gallery

## Developers

Analytics Developer Site

Demos & Tools

Help & Communities

Technology Partner Program

## Related Products

AdWords

DoubleClick

AdSense

## More Solutions from Google

Business Solutions

G Suite

Google Cloud

---

Help Google Privacy Terms