LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
*jhammer@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
*cbessenger@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: +1 213 443 4355
Facsimile: +1 213 443 4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To:<br><br>All Cases/ | Case No. 3:23-cv-01033-RS<br><br>**DECLARATION OF JAMES A. UNGER IN SUPPORT OF BETTERHELP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: November 20, 2025<br>Time: 1:30 p.m.<br>Courtroom: 3<br>Judge: Hon. Richard J. Seeborg |

**DECLARATION OF JAMES A. UNGER**

I, James A. Unger, declare:

1. I am an attorney duly admitted to practice before this Court. I am a Partner with King & Spalding LLP, counsel for Defendant BetterHelp, Inc. ("BetterHelp") in this matter. I have personal knowledge of the facts as stated herein.

2. I submit this declaration in support of BetterHelp's Opposition to Plaintiffs' Motion for Class Certification filed concurrently herewith.

3. Attached as **Exhibit A** is a true and correct copy of excerpts from the April 16, 2025 2024 Rule 30(b)(6) deposition of Jessica Honbarger.

4. Attached as **Exhibit B** is a true and correct copy of excerpts from the October 16, 2024 deposition of Alon Matas.

5. Attached as **Exhibit C** is a true and correct copy of excerpts from the June 13, 2025 deposition of Expert Zabair Shafiq, Ph.D.

6. Attached as **Exhibit D** is a true and correct copy of excerpts from the March 26, 2025 deposition of Plaintiff T.R.

7. Attached as **Exhibit E** is a true and correct copy of excerpts from the March 28, 2025 deposition of Plaintiff Jane Doe III.

8. Attached as **Exhibit F** is a true and correct copy of excerpts from the April 1, 2025 deposition of L.M.

9. Attached as **Exhibit G** is a true and correct copy of excerpts from the April 4, 2025 deposition of Plaintiff Jane Doe I.

10. Attached as **Exhibit H** is a true and correct copy of relevant excerpts of Plaintiff Jane Doe I's Responses to BetterHelp, Inc.'s Second Set of Interrogatories, verified on February 21, 2025.

11. Attached as **Exhibit I** is a true and correct copy of relevant excerpts of Plaintiff Jane Doe III's Responses to BetterHelp's Inc.'s Second Set of Interrogatories, verified on February 22, 2025.

12. Attached as **Exhibit J** is a true and correct copy of excerpts from the April 2, 2025 deposition of Plaintiff S.C.

13. Attached as **Exhibit K** is a true and correct copy of relevant excerpts of Plaintiff S.C.'s Responses to BetterHelp's Inc.'s Second Set of Interrogatories, verified on February 21, 2025.

14. Attached as **Exhibit L** is a true and correct copy of relevant excerpts of Plaintiff T.R.'s Responses to BetterHelp's Inc.'s Second Set of Interrogatories, verified on February 24, 2025.

15. Attached as **Exhibit M** is a true and correct copy of relevant excerpts of Plaintiff L.M.'s Responses to BetterHelp's Inc.'s Second Set of Interrogatories, verified on February 21, 2025.

16. Attached as **Exhibit N** is a true and correct copy of a document produced by Plaintiff Jane Doe I in this litigation. (BHPlaintiffs-00000037-R).

17. Attached as **Exhibit O** is a true and correct copy of a document produced by Plaintiff S.C. in this litigation. (BHPlaintiffs-00000093-R).

18. Attached as **Exhibit P** is a true and correct copy of excerpts from the March 27, 2025 deposition of R.S.

19. Attached as **Exhibit Q** is a true and correct copy of a document produced by Plaintiff Jane Doe III in this litigation. (BHPlaintiffs-00000057-R).

20. Attached as **Exhibit R** is a true and correct copy of a document produced by Plaintiff T.R. in this litigation. (BHPlaintiffs-00000118-R).

21. Attached as **Exhibit S** is a true and correct copy of relevant excerpts of Plaintiff Jane Doe I's Supplemental Responses to Defendant BetterHelp's First Set of Interrogatories, verified on February 6, 2025.

22. Attached as **Exhibit T** is a true and correct copy of relevant excerpts of Plaintiff Jane Doe III's Supplemental Responses to Defendant BetterHelp's First Set of Interrogatories, verified on February 6, 2025.

23. Attached as **Exhibit U** is a true and correct copy of relevant excerpts of Plaintiff S.C.'s Supplemental Responses to Defendant BetterHelp's First Set of Interrogatories, verified on February 6, 2025.

24. Attached as **Exhibit V** is a true and correct copy of relevant excerpts of Plaintiff T.R.'s Supplemental Responses to Defendant BetterHelp's First Set of Interrogatories, verified on January 12, 2025.

25. Attached as **Exhibit W** is a true and correct copy relevant excerpts of Plaintiff L.M.'s Supplemental Responses to Defendant BetterHelp's First Set of Interrogatories, verified on February 6, 2025.

26. Attached as **Exhibit X** is a true and correct copy of excerpts from the June 10, 2025 deposition of Expert Eric Krause.

27. Attached as **Exhibit Y** is a true and correct copy of an email exchange between BetterHelp and Facebook in June 2018 with subject line "Re: FB/BetterHelp Sync Recap 6/6." (BH0002228).

28. Attached as **Exhibit Z** is a true and correct copy of an email exchange between BetterHelp and Facebook in November 2018 with subject line "Re: FB/BetterHelp Recap 11.8." (BH0002596).

29. Attached as **Exhibit AA** is a true and correct copy of an email exchange between BetterHelp and Facebook in November 2018 with subject line "Re: FB/BetterHelp Recap 11.8," showing an additional email from Facebook regarding hashed emails. (BH0002599).

30. Attached as **Exhibit BB** is a true and correct copy of an email exchange between BetterHelp and Facebook in June 2018 with subject line "Simplifying Advanced Matching in the Facebook Pixel." (BH0008930).

31. Attached as **Exhibit CC** is a true and correct copy of a Jira request to change the configuration of the Facebook Pixel, resolved on March 16, 2021. (BH0084898).

32. Attached as **Exhibit DD** is a true and correct copy of relevant excerpts of Plaintiff Jane Doe I's Responses to Defendant BetterHelp's First Set of Request for Admissions, dated July 9, 2025.

33. Attached as **Exhibit EE** is a true and correct copy of relevant excerpts of Plaintiff Jane Doe III's Responses to Defendant BetterHelp's First Set of Request for Admissions, dated July 9, 2025.

34. Attached as **Exhibit FF** is a true and correct copy of relevant excerpts of Plaintiff L.M.'s Responses to Defendant BetterHelp's First Set of Request for Admissions, dated July 9, 2025.

35. Attached as **Exhibit GG** is a true and correct copy of relevant excerpts of Plaintiff S.C.'s Responses to Defendant BetterHelp's First Set of Request for Admissions, dated July 9, 2025.

36. Attached as **Exhibit HH** is a true and correct copy of relevant excerpts of Plaintiff T.R.'s Responses to Defendant BetterHelp's First Set of Request for Admissions, dated July 9, 2025.

37. Attached as **Exhibit II** is a true and correct copy of a chart titled "Variations in State Consumer Protection Laws."

38. Attached as **Exhibit JJ** is a true and correct copy of a chart titled "Variations in State Breach of Implied Contract Laws."

39. Attached as **Exhibit KK** is a true and correct copy of a chart titled "Variations in State Intrusion Upon Seclusion Laws."

40. Attached as **Exhibit LL** is a true and correct copy of a chart titled "Variations in State Law Unjust Enrichment Claims."

41. Attached as **Exhibit MM** is a true and correct copy of a chart titled "Variations in State Wiretapping Laws."

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 15th day of September, 2025, in Los Angeles, California.

/s/ James A. Unger
James A. Unger