# EXHIBIT A

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Master File No. 3:23-cv-01033-RS

IN RE BETTERHELP, INC., DATA :
DISCLOSURE CASES :
:
This Document Relates to: All:
Actions :
- - - - - - - - - - - - - - -X

Video Deposition of [redacted]

(Taken by Plaintiffs)

Charlotte, North Carolina

April 16, 2025

Reported by: Andrea Nobrega
Court Reporter
Notary Public

MR. HAMMER: Objection, vague and over-broad.

THE WITNESS: I would say at the 20,000 foot view, I would use pixels to measure campaigns.

So the pixel is reporting, you know, an aggregated number of events. So I'm seeing, you know, ad A drove 20 events, and that's telling me whether or not ad A is working.

BY MS. BRADY:

**Q. Okay. Did you implement the pixel on the BetterHelp website?**

A. The pixel?

**Q. Yes.**

A. You mean the Facebook pixel?

**Q. Yes, ma'am.**

A. No. It would have been implemented before I started.

**Q. Okay. Is that something -- is the pixel something that originates from BetterHelp or is that something that originates from Facebook?**

MR. HAMMER: Objection, calls for speculation.

using -- are you asking for its name?
BY MS. BRADY:
**Q. Sure.**
A. I think it's called or it was called Alon Matas's Pixel.
**Q. Okay. And how did that pixel work from your understanding?**
MR. HAMMER: Objection, calls for speculation, vague and over-broad.
THE WITNESS: I can't speak to the specific how it works. I just can really only speak to how I'm using it, which I have kind of already talked about.
BY MS. BRADY:
**Q. Which is what I asked.**
A. Yeah.
**Q. Yeah. My understanding we were talking about the Facebook pixel.**
A. Yes.
**Q. I'm asking about the Alon Matas's Pixel?**
A. That's just the name of the Facebook pixel.
[redacted]

[redacted]

BY MS. BRADY:

[redacted]

[redacted]

[redacted]

**information as to the login page be shared with Facebook?**

A. The login page?

**Q. Correct.**

A. Like the BetterHelp login page?

[redacted]

CERTIFICATE OF REPORTER

STATE OF NORTH CAROLINA}
COUNTY OF MECKLENBURG }

I, Andrea L. Nobrega, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me to the best of my ability and thereafter reduced to typewriting under my direction; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

Andrea L. Nobrega

ANDREA L. NOBREGA
Court Reporter and Notary
Public in and for North
Carolina.

My Commission expires: 11-25-26