# EXHIBIT B

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE BETTERHELP, INC., DATA )
) Case No. 3:23-cv-01033-RS
DISCLOSURE CASES. )
_________________________________)

VIDEO-RECORDED DEPOSITION OF

ALON MATAS

3000 EL CAMINO REAL

5 PALO ALTO SQUARE, 9TH FLOOR

PALO ALTO, CALIFORNIA

WEDNESDAY, OCTOBER 16, 2024

9:29 A.M. PACIFIC STANDARD TIME

HIGHLY CONFIDENTIAL; SUBJECT TO PROTECTIVE ORDER

REPORTED BY: DAWN A. STARK
Certified Shorthand Reporter
License No. 7847

the data is by which data we're sharing.

So if we're not sharing data, then by definition, it's limited or we're not sharing this kind of data, not that kind of data; that's the limitation.

On top of that, companies that we work with and data is required to share with them, typically -- not typically -- always have agreements and -- put in place to make sure that they're using the data for the purpose that it was intended.

So for example, if we share data with our billing provider or with our analytics-software provider, that is defined what they can do with the data.

That's only for our use and the use that it's intended for.

MS. BRADY: Okay.

[redacted]

BY MS. BRADY:

**Q. Did BetterHelp have to pay Facebook for advertising, utilizing the data that was shared?**

# REPORTER'S CERTIFICATE

I, Dawn A. Stark, a Certified Shorthand Reporter, do hereby certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were there after transcribed;

That a review of the transcript by the deponent was requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated: November 6, 2016



Dawn A. Stark, CSR No. 7847