# EXHIBIT C

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE BETTERHELP, INC. Case No. 3:23-cv-01033-RS
DATA DISCLOSURE CASES,

This Document Relates To:
All Cases/
________________________/

VIDEOTAPED DEPOSITION OF ZUBAIR SHAFIQ, Ph.D.

June 13, 2025

Kimberley Richardson, CSR, RPR, CCRR, AA
a Stenographic reporter
CSR. No. 5915
Job No. 7411181

browsers like DuckDuckGo, that makes no difference as to whether any information is limited in terms of what is shared with Google, Facebook, Mixpanel?

MS. TUSAN: Objection. Form.

THE WITNESS: Sorry. That was a lot. Can 05:29PM
you please repeat or break down your question?

BY MS. KISER:

[redacted]

BY MS. KISER: 05:29PM

Q. Do you have an opinion as to how many consumers use ad blockers?

MS. TUSAN: Objection. Vague.

THE WITNESS: This is something that I
study as part of my lab, the number of people who 05:30PM
use ad blockers. That has increased over time, but I don't recall the exact numbers or percentages.

BY MS. KISER:

Q. You wrote a paper called Cookie Graph 05:30PM

have to offer a guess, my guess is it probably
does block transmissions to Google Analytics.
BY MS. KISER:
Q. What about would it block calls to
connect.Facebook.net? 06:20PM
MS. TUSAN: Objection. Vague.
Foundation.
THE WITNESS: It's hard for me to answer
that from memory. Like I said, I know Facebook
Pixel is not blocked -- actually, the same 06:21PM
probably is true for Google Analytics now that I'm
thinking about this. I just can't conceptualize
even to the previous question I don't know. I
would need to test.
BY MS. KISER: 06:21PM
Q. Okay. Would you agree that if network
calls are blocked, okay, we're just assuming the
network calls are blocked, that the IP address,
the user agent string and any cookie identifiers
that would have accompanied the calls would not be 06:21PM
transmitted?
A. Can you complete your hypothetical to work
to whom?
Q. To, for example, Facebook.
[redacted]

[redacted]

Q. Okay. The Meta Pixel advance matching feature transmits hashed user data when present; correct? 06:22PM

A. Can you clarify what you mean by "when present"?

Q. I'm saying if a first-party user, say U.C. Davis, is using the Meta Pixel advanced matching feature, the user data which would be e-mail, 06:22PM phone, first name, the information would be hashed; correct?

MS. TUSAN: Objection. Form.

THE WITNESS: As I explain in paragraph 53 of my report, when advertisers such as BetterHelp 06:23PM

BetterHelp's website.

BY MS. TUSAN:

Q. Okay. Can you explain if these documents show that the use of particular browsers prevented this information from being linked to Meta -- linking Meta to individual people identified there? 06:42PM

MS. KISER: Objection to form.

THE WITNESS: The logs including the subset of logs that counsel printed for Meta 003, 06:43PM this one sheet, just this one sheet, and if you look at the totality of the logs, they show the diversity of browsers.

[redacted] This evidence shows which is consistent with what I explain in my report that Meta can link the information to a specific account holder regardless of the choice of the browser including, for example, Safari which 06:43PM blocks third-party cookies.

BY MS. TUSAN:

Q. How about with respect to other browsers? Do you have information about other browsers?

MS. KISER: Objection to form. 06:43PM



Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

In Re Betterhelp, Inc. Data v.
Zubair Shafiq (#7411181)

ACKNOWLEDGEMENT OF DEPONENT

I, Zubair Shafiq, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

______________________________ ________________

Zubair Shafiq Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

______ DAY OF ________________, 20___.

__________________________

NOTARY PUBLIC