# EXHIBIT FF

**DOCUMENT**
**PROPOSED TO BE FILED UNDER SEAL**