# EXHIBIT I

**DOCUMENT**
**PROPOSED TO BE FILED UNDER SEAL**