# EXHIBIT J

**DOCUMENT**
**PROPOSED TO BE FILED UNDER SEAL**