# EXHIBIT Y

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Date:** Thursday, June 7 2018 10:42 AM
**Subject:** Re: FB/BetterHelp Sync Recap 6/6
**From:** Jessica Honbarger <jessica@betterhelp.com>
**To:** Theo Moore <theomoore@fb.com>;
**CC:** Danny Bragonier <danny@betterhelp.com>; victoria@betterhelp.com; Brad Murphy <bradm@fb.com>;

---

Hi Theo,

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Thanks!
Jessica

On Thu, Jun 7, 2018 at 9:09 AM, Theo Moore <theomoore@fb.com> wrote:

> Hey team,
>
> [redacted]

[redacted]

--

Theo Moore | Client Solutions Manager | Global Marketing Solutions

423.309.6772 (m) | Menlo Park, CA | 94025

Need immediate operational assistance? Facebook Client Concierge is here to help!

---

**From:** Theo Moore <theomoore@fb.com>
**Date:** Wednesday, June 6, 2018 at 12:19 PM
**To:** Danny Bragonier <danny@betterhelp.com>, "victoria@betterhelp.com" <victoria@betterhelp.com>, Jessica Honbarger <jessica@betterhelp.com>
**Cc:** Brad Murphy <bradm@fb.com>
**Subject:** FB/BetterHelp Sync Recap 6/6

Hey team,

Good chatting with you today. Please find the recap below and let me know if I missed anything!

Cheers,
Theo

[redacted]

- [redacted]
- [redacted]
- [redacted]

[redacted]

[redacted]

[redacted]

- [redacted]
- [redacted]

[redacted]

- [redacted]

- [redacted]

[redacted]

[redacted]

[redacted]

[redacted] = [redacted] = [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Theo Moore | Client Solutions Manager | Global Marketing Solutions

423.309.6772 (m) | Menlo Park, CA | 94025

Need immediate operational assistance? Facebook Client Concierge is here to help!