# EXHIBIT Z

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Date:** Friday, November 9 2018 01:10 PM
**Subject:** Re: FB/BetterHelp Recap 11.8
**From:** Danny Bragonier <danny@betterhelp.com>
**To:** Theo Moore <theomoore@fb.com>;
**CC:** Victoria Butsky <victoria@betterhelp.com>; Jessica Honbarger <jessica@betterhelp.com>; snpanjwani@fb.com;

Hi Theo and Shan,

Thanks for hosting us yesterday. We also thought it was a great discussion and nice to see the Sf office!

[redacted]

Thanks,
Danny

Danny Bragonier | Co-Founder, *BetterHelp.com*
danny@betterhelp.com | www.betterhelp.com

440 N. Wolfe Rd., Sunnyvale, CA 94085

On Fri, Nov 9, 2018 at 10:14 AM Theo Moore <theomoore@fb.com> wrote:

Hi all,

Thanks for coming by the office yesterday. We thought it was a really great discussion for both short and long term opportunities! Please find the recap and next steps below, and let me know if I missed anything.

[redacted] – [redacted]

[redacted]

[redacted] It should be pretty straight forward, but we are happy to loop in our solutions eng to help triage or troubleshoot. This is priority project for him so we're even happy to come to the office one day for a working session to get it implemented if needed.

Let us know if you have any questions. Happy to jump on a call to discuss!

[redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]

[redacted]

[redacted]

- [redacted]

[redacted]

- [redacted]
- [redacted]

[redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

--

Theo Moore | Client Solutions Manager

Emerging Disruptors | Global Sales

423.309.6772 (m) | Menlo Park, CA