# EXHIBIT AA

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Date:** Friday, November 9 2018 03:02 PM
**Subject:** Re: FB/BetterHelp Recap 11.8
**From:** Theo Moore <theomoore@fb.com>
**To:** Danny Bragonier <danny@betterhelp.com>;
**CC:** Victoria Butsky <victoria@betterhelp.com>; Jessica Honbarger <jessica@betterhelp.com>; Shan Panjwani <snpanjwani@fb.com>;

---

Hey Danny,

Facebook has hashed email IDs of all the users stored within our systems. So when you share the hashed email, we match both the IDs to resolve it to the user. The primary reason for hashing is that if a bad actor gets the data, they would not be able to use it in any way [thus, keeping the user data secure].

Here is some documentation that may better explain the process:
https://www.facebook.com/business/help/112061095610075
https://developers.facebook.com/ads/blog/post/2018/07/20/advanced- matching-pixel/ [Data Privacy section]
Does that answer your question?

--
Theo Moore | Client Solutions Manager
Emerging Disruptors | Global Sales
423.309.6772 (m) | Menlo Park, CA

---

**From:** Danny Bragonier <danny@betterhelp.com>
**Date:** Friday, November 9, 2018 at 1:10 PM
**To:** Theo Moore <theomoore@fb.com>
**Cc:** Victoria Butsky <victoria@betterhelp.com>, Jessica Honbarger <jessica@betterhelp.com>, Shan Panjwani <snpanjwani@fb.com>
**Subject:** Re: FB/BetterHelp Recap 11.8

Hi Theo and Shan,

Thanks for hosting us yesterday. We also thought it was a great discussion and nice to see the Sf office!

[redacted]

Thanks,
Danny
**Danny Bragonier** | Co-Founder, *BetterHelp.com*
danny@betterhelp.com | www.betterhelp.com
440 N. Wolfe Rd., Sunnyvale, CA 94085

On Fri, Nov 9, 2018 at 10:14 AM Theo Moore <theomoore@fb.com> wrote:

Hi all,

Thanks for coming by the office yesterday. We thought it was a really great discussion for both short and long term opportunities! Please find the recap and next steps below, and let me know if I missed anything.

[redacted]

[redacted]

[redacted]

[redacted] here. It should be pretty straight forward, but we are happy to loop in our solutions eng to help triage or troubleshoot. This is priority project for him so we're even happy to come to the office one day for a working session to get it implemented if needed.

Let us know if you have any questions. Happy to jump on a call to discuss!

[redacted]

[redacted]

[redacted]

[redacted]

--
Theo Moore | Client Solutions Manager
Emerging Disruptors | Global Sales
423.309.6772 (m) | Menlo Park, CA