# EXHIBIT BB

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**From**: Theo Moore [theomoore@fb.com]
on behalf of Theo Moore <theomoore@fb.com> [theomoore@fb.com]
**Sent**: 6/25/2018 4:57:05 PM
**To**: Jessica Honbarger [jessica@betterhelp.com]
**CC**: Danny Bragonier [danny@betterhelp.com]; victoria@betterhelp.com
**Subject**: Re: Simplifying Advanced Matching in the Facebook Pixel

Hey Jessica,

Not sure why you don't see anything. I'll look into it and circle back.

Thanks,

--
Theo Moore | Client Solutions Manager | Global Marketing Solutions
423.309.6772 (m) | Menlo Park, CA | 94025
Need immediate operational assistance? Facebook Client Concierge is here to help!

**From:** Jessica Honbarger <jessica@betterhelp.com>
**Date:** Monday, June 25, 2018 at 1:40 PM
**To:** Theo Moore <theomoore@fb.com>
**Cc:** Danny Bragonier <danny@betterhelp.com>, "victoria@betterhelp.com" <victoria@betterhelp.com>
**Subject:** Re: Simplifying Advanced Matching in the Facebook Pixel

Hi Theo,

[redacted]

Thanks!
Jessica

On Thu, Jun 14, 2018 at 12:52 PM, Jessica Honbarger <jessica@betterhelp.com> wrote:

> Hi Theo,
>
> [redacted]
>
> Thanks!
> Jessica
>
> On Thu, Jun 14, 2018 at 12:02 PM, Theo Moore <theomoore@fb.com> wrote:
>
>> Hi all,
>>
>> [redacted]
>>
>> Let me know if you have any questions!

--

Theo Moore | Client Solutions Manager | Global Marketing Solutions
423.309.6772 (m) | Menlo Park, CA | 94025
Need immediate operational assistance? Facebook Client Concierge is here to help!

**From:** Theo Moore <theomoore@fb.com>
**Date:** Tuesday, May 29, 2018 at 3:43 PM
**To:** Jessica Honbarger <jessica@betterhelp.com>

**Cc:** Danny Bragonier <danny@betterhelp.com>, "victoria@betterhelp.com" <victoria@betterhelp.com>
**Subject:** Re: Simplifying Advanced Matching in the Facebook Pixel

Hey Jessica,

[redacted]

I'm very excited to see how this helps!

Cheers,

--

Theo Moore | Client Solutions Manager | Global Marketing Solutions
423.309.6772 (m) | Menlo Park, CA | 94025
Need immediate operational assistance? Facebook Client Concierge is here to help!

**From:** Jessica Honbarger <jessica@betterhelp.com>
**Date:** Tuesday, May 29, 2018 at 10:12 AM
**To:** Theo Moore <theomoore@fb.com>
**Cc:** Danny Bragonier <danny@betterhelp.com>, "victoria@betterhelp.com" <victoria@betterhelp.com>
**Subject:** Re: Simplifying Advanced Matching in the Facebook Pixel

Hi Theo,

Thank you for letting us know about this new beta test! We are definitely interested in trying this feature out for BetterHelp. Let us know what you need from us!

Thanks!

Jessica

On Fri, May 25, 2018 at 10:38 AM, Theo Moore <theomoore@fb.com> wrote:

Hey BetterHelp team,

Happy Friday! [redacted].

[redacted]

Here's how to get started:

1. [redacted]

[redacted]

[redacted]

[redacted]

Cheers,

Theo

--

Theo Moore | Client Solutions Manager | Global Marketing Solutions

423.309.6772 (m) | Menlo Park, CA | 94025

Need immediate operational assistance? Facebook Client Concierge is here to help!