# EXHIBIT CC

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

[redacted] Created: 12/Mar/21 Updated: 16/Mar/21 Due: 12/Mar/21

Resolved: 16/Mar/21

| | |
|---|---|
| **Status:** | Live |
| **Project:** | BetterHelp Main |
| **Components:** | None |
| **Affects versions:** | None |
| **Fix versions:** | None |

| | | | |
|---|---|---|---|
| **Type:** | Task | **Priority:** | High |
| **Reporter:** | Sam Broer | **Assignee:** | Adam Hoang |
| **Resolution:** | Done | **Votes:** | 0 |
| **Labels:** | None | | |
| **Remaining Estimate:** | Not Specified | | |
| **Time Spent:** | Not Specified | | |
| **Original estimate:** | Not Specified | | |

| | |
|---|---|
| **Story Points:** | 0.25 |
| **Goal:** | security, privacy, compliance |
| **PM in charge:** | Sam Broer |
| **Developer in charge:** | Adam Hoang |
| **Consumed Story Points:** | 0.25 |

**Description**

[redacted]

**Comments**

Comment by Adam Hoang [ 12/Mar/21 ]

[redacted]

Comment by Sam Broer [ 15/Mar/21 ]

**Redacted - Attorney/Client Privilege & Work Product**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY