# EXHIBIT DD

## DOCUMENT
## PROPOSED TO BE FILED UNDER SEAL