# EXHIBIT MM

**Variations in State Wiretapping Laws**

| State | Statute(s) | Required consent | Private right of action? | Civil money damages available | Statute allows civil injunction? | Punitive damages available? |
|---|---|---|---|---|---|---|
| Alabama | Ala. Code §§ 13A-11-30, 13A-11-31 | Single Party | No | None | No | No |
| Alaska[1] | Alaska Stat. Ann. §§ 42.20.300, 42.20.310 | Single Party | No | None | No | No |
| Arizona | A.R.S. §§ 13-3005, 12-731 | Single Party | Yes | • Sum of actual damages plus profits made by defendant, or statutory damages of $100 a day for each day of the violation, or $10,000, whichever is greater;<br>• attorneys' fees;<br>• costs | Yes | Yes |
| Arkansas | Ark. Code §§ 5-60-120, 23-17-107 | Single Party | No | None | No | No |

[1] Alaska's wiretap statute applies to "oral conversations," not emails. *See* Alaska Stat. § 42.20.310 (applying to "oral conversations").

| State | Statute(s) | Required consent | Private right of action? | Civil money damages available | Statute allows civil injunction? | Punitive damages available? |
|---|---|---|---|---|---|---|
| California | Cal. Penal Code §§ 631, 632, 637.2 | All Party | Yes | • $5,000 or three times actual damages, whichever is greater | Yes | Yes |
| Colorado | Colo. Rev. Stat. §§ 18-9-301 to 18-9-305 | Single Party | No | None | No | No |
| Connecticut[2] | Conn. Gen. Stat. §§ 52-570d, 53a-187 to 53a-189, 54-41r | All Party | Yes | • actual damages;<br>• attorneys' fees;<br>• costs | No | No |
| Delaware | Del. Code Ann., tit. 11 §§ 1335, 2402, 2409 | All Party[3] | Yes | • actual damages, but not less than liquidated damages of $100 per day for each day of violation or $1,000, whichever is higher;<br>• attorneys' fees;<br>• costs | No | Yes |

[2] A party raising an interception claim under Connecticut law must establish an expectation of privacy. Conn. Gen. Stat. § 52-570d(a).

[3] A conflict exists in Delaware's wiretap laws. Del. Code Ann. Tit. 11, § 1335(a)(4) makes it illegal to intercept private conversations without the consent of all parties. But one Delaware federal court has interpreted the law to allow an individual to record his own conversations. *United States v. Vespe*, 389 F. Supp. 1359, 1372 (1975).

| State | Statute(s) | Required consent | Private right of action? | Civil money damages available | Statute allows civil injunction? | Punitive damages available? |
|---|---|---|---|---|---|---|
| District of Columbia[4] | DC Code §§ 23-542, 23-554 | Single Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, or $1,000, whichever is higher;<br>• attorneys' fees;<br>• costs | No | Yes |
| Florida | Fla. Stat. §§ 934.03 to 934.10 | All Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, or $1,000, whichever is higher;<br>• attorneys' fees;<br>• costs | Yes | Yes |
| Georgia | Ga. Code Ann. §§ 16-11-62 to 16-11-66, 16-11-66.1 | Single Party | No | None | No | No |
| Hawaii | Haw. Rev. Stat. §§ 803-42 to 803-48 | Single Party | Yes | • actual damages and any profits made by the violator, or statutory damages of $100 per day for each day of violation, or $10,000, whichever is greater;<br>• attorneys' fees;<br>• costs | Yes | Yes |

[4] Plaintiffs alleging claims under the District of Columbia's wiretapping statute must establish a legitimate expectation of privacy. *See Napper v. United States*, 22 A.3d 758, 767 (D.C. Ct. App. 2011) (noting that DC's wiretapping statute intends to codify the Supreme Court's Fourth Amendment test; thus person invoking wiretap statute must likewise establish a legitimate expectation of privacy).

| State | Statute(s) | Required consent | Private right of action? | Civil money damages available | Statute allows civil injunction? | Punitive damages available? |
|---|---|---|---|---|---|---|
| Idaho | Idaho Code Ann. § 18-6702 to 18-6709 | Single Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, or $1,000, whichever is higher;<br>• attorneys' fees;<br>• costs | No | Yes |
| Illinois[5] | 720 Ill. Comp. Stat. §§ 5/14-1 to 5/14-1, 5/14-6 | All Party | Yes | • actual damages | Yes | Yes |
| Indiana | Ind. Code Ann. §§ 35-31.5-2-176, 35-33.5-5-4 | Single Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, or $1,000, whichever is higher;<br>• attorneys' fees;<br>• costs | No | Yes |
| Iowa | Iowa Code §§ 727.8, 808B.8 | Single Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, or $1,000, whichever is higher;<br>• attorneys' fees;<br>• costs | Yes | Yes |

[5] The Illinois statute requires proof of an expectation of privacy. 720 Ill. Comp. Stat. Ann. 5/14-1; *see also People v. Gariano*, 852 N.E.2d 344, 348 (Ill. App. Ct. 2006) (noting statute's expectation of privacy requirement).

| State | Statute(s) | Required consent | Private right of action? | Civil money damages available | Statute allows civil injunction? | Punitive damages available? |
|---|---|---|---|---|---|---|
| Kansas | Kan. Stat. Ann. §§ 21.6101, 22-2518<br><br>[§§ 21-4001 and 21-4002 repealed] | Single Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, or $1,000, whichever is higher;<br>• attorneys' fees;<br>• costs | No | Yes |
| Kentucky | Ky. Rev. Stat. Ann. § 526.010 | Single Party | No | None | No | No |
| Louisiana[6] | La. Rev. Stat. Ann. §§ 15:1303, 15:1312 | Single Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, or $1,000, whichever is greater;<br>• attorneys' fees;<br>• costs | No | Yes |
| Maine | Me. Rev. Stat. Ann. tit. 15 §§ 709, 710, 711 | Single Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, whichever is greater;<br>• attorneys' fees;<br>• costs | No | No |

[6] Louisiana's wiretap statute requires plaintiff to establish the existence of a reasonable expectation of privacy. *State v. Smith*, 848 So. 2d 650, 653-54 (La. Ct. App. 2003) (analyzing existence of objective expectation of privacy for state wiretap claim); *Wilson v. Tregre*, No. 13–5612, 2014 WL 4539424 , at *8 (E.D. La. Sept. 11, 2014) ("A finding that a defendant has violated the Louisiana Wiretapping Statute, La. R.S. § 15:1303, also requires a finding that there was a reasonable expectation of privacy.").

| State | Statute(s) | Required consent | Private right of action? | Civil money damages available | Statute allows civil injunction? | Punitive damages available? |
|---|---|---|---|---|---|---|
| Maryland[7] | Md. Code Ann. Cts. & Jud. Proc. §§ 10-402, 10-410 | All Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, or $1,000, whichever is greater;<br>• attorneys' fees;<br>• costs | No | Yes |
| Massachusetts | Mass. Ann. Laws ch. 272 § 99 | All Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, or $1,000, whichever is higher;<br>• attorneys' fees;<br>• costs | No | Yes |
| Michigan[8] | Mich. Comp. Laws §§ 750.539c, 750.539h | All Party | Yes | • actual damages | Yes | Yes |

[7] Maryland's wiretap statute requires proof of a reasonable expectation of privacy. *Benford v. ABC*, 649 F. Supp. 9, 11 (D. Md. 1986).

[8] Michigan's wiretap statute excludes emails. *See Bailey v. Bailey*, 07-11672, 2008 WL 324156, at *8 (E.D. Mich. Feb. 6, 2008) (Michigan statute "was meant to prohibit eavesdropping in the traditional sense of recording or secretly listening to audible conversation"). Michigan's statute further applies only to private conversations. Mich. Comp. Laws Ann. § 750.539c.

| State | Statute(s) | Required consent | Private right of action? | Civil money damages available | Statute allows civil injunction? | Punitive damages available? |
|---|---|---|---|---|---|---|
| Minnesota | Minn. Stat. §§ 626A.02, 626A.13, 626A.25 | Single Party | Yes | • actual damages, or statutory damages of $100 or $1,000, whichever is greater (626A.02 subd. 5);<br>• three times the actual damages, or $100 a day for each day of violation or $10,000, whichever is greater (any other action under this section) | Yes | Yes |
| Mississippi | Miss. Code Ann. §§ 41-29-531, 41-529 | Single Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, or $1,000, whichever is higher;<br>• attorneys' fees;<br>• costs | No | Yes |
| Missouri | Mo. Ann. Stat. §§ 542.402, 542-418 | Single Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, or $10,000, whichever is higher;<br>• attorneys' fees;<br>• costs | No | Yes |
| Montana | Mont. Code Ann. § 45-8-213 | All Party | No | None | No | No |

| State | Statute(s) | Required consent | Private right of action? | Civil money damages available | Statute allows civil injunction? | Punitive damages available? |
|---|---|---|---|---|---|---|
| Nebraska | Neb. Rev. Stat. §§ 86-290, 86-297 | Single Party | Yes | • actual damages plus profits made by violator, or statutory damages of $100 a day for each day of the violation, or $10,000, whichever is greater;<br>• attorneys' fees;<br>• costs | Yes | No |
| Nevada | Nev. Rev. Stat. Ann §§ § 200.620, 200.690 | All Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, or $1,000, whichever is greater;<br>• attorneys' fees;<br>• costs | No | Yes |
| New Hampshire[9] | N.H. Rev. Stat. Ann. §§ 570-A:2, 570-A:11 | All Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, or $1,000, whichever is greater;<br>• attorneys' fees;<br>• costs | No | Yes |
| New Jersey | N.J. Stat. §§ 2A:156A-3, 2A:156A-4, 2A:156A-24 | Single Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation or $1,000, whichever is greater;<br>• attorneys' fees;<br>• costs | No | Yes |

[9] New Hampshire's wiretap law excludes email communications. *See* N.H. Rev. Stat. Ann. § 570-A:2 (applying to "telecommunication or oral communication").

| State | Statute(s) | Required consent | Private right of action? | Civil money damages available | Statute allows civil injunction? | Punitive damages available? |
|---|---|---|---|---|---|---|
| New Mexico | N.M. Stat. Ann. §§ 30-12-1, 30-12-11 | Single Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, or $1,000, whichever is greater;<br>• attorneys' fees;<br>• costs | No | Yes |
| New York | N.Y. Penal Law §§ 250.00, 250.05 | Single Party | No | None | No | No |
| North Carolina | N.C. Gen. Stat. §§ 15A-287, 15A-296 | Single Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, or $1,000, whichever is higher;<br>• attorneys' fees;<br>• costs | No | Yes |
| North Dakota | N.D. Cent. Code § 12.1-15-02 | Single Party | No | None | No | No |
| Ohio | Ohio Rev. Code Ann. § 2933.52, 2933.65 | Single Party | Yes | • actual damages plus profits of the violator, or liquidated damages of $200 per day for each day of violation, or $10,000, whichever is greater;<br>• attorneys' fees;<br>• costs | Yes | Yes |
| Oklahoma | Okla. Stat. tit. 13 §§176.4, 176.2 | Single Party | No | None | No | No |

| State | Statute(s) | Required consent | Private right of action? | Civil money damages available | Statute allows civil injunction? | Punitive damages available? |
|---|---|---|---|---|---|---|
| Oregon | Or. Rev. Stat. §§ 165,540, 165.543, 133.739 | Single Party[10] | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, or $1,000, whichever is greater;<br>• attorneys' fees | No | Yes |
| Pennsylvania | Pa. Stat. Ann. tit.18 §§ 5702, 5704, 5725 | All Party[11] | Yes | • actual damages , or liquidated damages of $100 per day for each day of violation, or $1,000, whichever is higher;<br>• attorneys' fees;<br>• costs | Yes | Yes |
| Rhode Island | R.I. Gen. Laws § 11-35-21, 12-5.1-13 | Single Party | Yes | • actual damages, or liquidated damages of $100 per day for each day of violation, or $1,000, whichever is higher;<br>• attorneys' fees;<br>• costs | No | Yes |

[10] Must be all parties for in-person communications.
[11] Consent only needs to be obtained from persons who send emails, not from persons who receive emails. *Klump v. Nazareth Area Sch. Dist.*, 425 F. Supp. 2d 622, 633 (E.D. Pa. 2006) (noting that the "intended recipient of an intercepted communication, therefore, has no standing to raise [a] claim").

| State | Statute(s) | Required consent | Private right of action? | Civil money damages available | Statute allows civil injunction? | Punitive damages available? |
|---|---|---|---|---|---|---|
| South Carolina | S.C. Code Ann. §§ 17-30-30, 17-30-135 | Single Party | Yes | • actual damages, or liquidated damages of $500 per day for each day of violation, or $25,000, whichever is greater;<br>• attorneys' fees;<br>• costs | Yes | Yes |
| South Dakota | S.D. Codified Laws § 23A-35A-20 | Single Party | No | None | No | No |
| Tennessee | Tenn. Code Ann. §§ 39-13-601 | Single Party | No | •<br>None | No | No |
| Texas | Tex. Penal Code Ann. §§ 16.02; Tex. Code Crim. Proc. art. 18.20; Tex. Civ. Prac. & Rem. Code Ann. § 123.004 | Single Party | Yes | • statutory damages of $10,000 for each occurrence; actual damages in excess of $10,000;<br>• attorneys' fees;<br>• costs | Yes | Yes |

| State | Statute(s) | Required consent | Private right of action? | Civil money damages available | Statute allows civil injunction? | Punitive damages available? |
|---|---|---|---|---|---|---|
| Utah | Utah Code Ann. §§ 76-9-401, 76-9-403, 77-23a-4, 77-23a-11 | Single Party | Yes | • actual damages plus profits of violator, or statutory damages of $100 per day for each day of violation, or $10,000, whichever is greater [§ 77- 23a-11(3)(b)];<br>• attorneys' fees;<br>• costs | Yes | Yes |
| Vermont | No statute or definitive case law | N/A | N/A | N/A | N/A | N/A |
| Virginia | Va. Code Ann. §§ 19.2-62, 19.2-69 | Single Party | Yes | • actual damages, or liquidated damages of $400 a day for each day of violation, or $4,000, whichever is higher, or $800 a day for each day of violation or $8,000, whichever is higher, if certain conditions are met;<br>• attorneys' fees;<br>• costs | No | Yes |

| State | Statute(s) | Required consent | Private right of action? | Civil money damages available | Statute allows civil injunction? | Punitive damages available? |
|---|---|---|---|---|---|---|
| Washington[12] | Wash. Rev. Code Ann. §§ 9.73.030, 9.73.060 | All Party | Yes | • actual damages, including mental pain and suffering, or $100 a day for each day of violation not to exceed $1,000;<br>• attorneys' fees;<br>• costs | No | No |
| West Virginia | W. Va. Code §§ 62-1D-3, 62-1D-12 | Single Party | Yes | • actual damages, but not less than $100 for each day of violation;<br>• attorneys' fees;<br>• costs | No | Yes |
| Wisconsin | Wis. Stat. Ann. §§ 968.31, 885.365(1), | Single Party | Yes | • actual damages, or liquidated damages of $100 for each day of violation, or $1,000, whichever is higher;<br>• attorneys' fees;<br>• costs | No | Yes |
| Wyoming | Wyo. Stat. §§ 7- 3-702, 7-3-710 | Single Party | Yes | • actual damages, but not less than $1,000 a day for each day of violation;<br>• attorneys' fees;<br>• costs | No | Yes |

[12] Washington's wiretap act requires proof of a reasonable expectation of privacy. *State v. Kipp*, 317 P.3d 1029, 1032 (Wash. 2014) (state privacy act applies only to "private communications or conversations," and communications are private only "(1) when parties manifest a subjective intention that it be private and (2) where that expectation is reasonable.") *id* at 1034