LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
*jhammer@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
*cbessenger@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: +1 213 443 4355
Facsimile: +1 213 443 4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**

This Document Relates To:

All Cases/

Case No. 3:23-cv-01033-RS

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Date: November 20, 2025
Time: 1:30 p.m.
Courtroom: 3
Judge: Hon. Richard Seeborg

Defendant BetterHelp, Inc. ("BetterHelp") filed an Opposition to Plaintiffs' Motion for Class Certification. The Motion came on for hearing on November 20, 2025 at 1:30 p.m. in the above-captioned case.

The Court, having considered all materials filed in support of and in opposition to the Motion for Class Certification and the arguments of the parties and of counsel, hereby **DENIES** Plaintiff's Motion for Class Certification.

**IT IS SO ORDERED**.

Dated:

______________________________
Richard J. Seeborg
United States District Judge