# EXHIBIT E

## DOCUMENT PROPOSED TO BE FILED UNDER SEAL