# EXHIBIT F

## DOCUMENT PROPOSED TO BE FILED UNDER SEAL