# EXHIBIT G

## DOCUMENT PROPOSED TO BE FILED UNDER SEAL