# EXHIBIT H

## DOCUMENT PROPOSED TO BE FILED UNDER SEAL