# EXHIBIT I

## DOCUMENT PROPOSED TO BE FILED UNDER SEAL