# EXHIBIT R

## DOCUMENT PROPOSED TO BE FILED UNDER SEAL