# EXHIBIT S

## DOCUMENT PROPOSED TO BE FILED UNDER SEAL