# EXHIBIT T

## DOCUMENT PROPOSED TO BE FILED UNDER SEAL