# EXHIBIT U

**DOCUMENT PROPOSED TO BE FILED UNDER SEAL**