# EXHIBIT V

**DOCUMENT PROPOSED TO BE FILED UNDER SEAL**