# EXHIBIT W

**DOCUMENT PROPOSED TO BE FILED UNDER SEAL**