# EXHIBIT X

**DOCUMENT PROPOSED TO BE FILED UNDER SEAL**