# EXHIBIT A

**REDACTED VERSION OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

**Rebuttal Report of Dr. Ben Zhao, PhD**

**September 15, 2025**

**Table of Contents**

Page

I. Introduction ............................................................................................................. 1

   A. Qualifications ....................................................................................................... 1

   B. Assignment ........................................................................................................... 2

II. Case Background and Plaintiffs' Claims ............................................................ 3

III. Summary of Opinions ........................................................................................... 8

IV. Definitions ............................................................................................................... 12

V. Prof. Shafiq's Conclusions That Common Digital Information Can Identify Users Are Unreliable ........................................................................................................ 15

VI. Heterogeneity Between and Among Proposed Class Members Concerning Their Privacy Practices and the Realities of Consumer Choice ........................................... 21

VII. Prof. Shafiq Fails to Differentiate Between Mixpanel, Google Analytics and Meta/Facebook, Though They Serve Materially Different Purposes ............................... 34

   A. Purposes of Mixpanel, Google, Facebook/Meta and Others .......................... 34

   B. Contracts Between BetterHelp and Mixpanel, Google and Facebook/Meta Protect Any Consumer Data (Even Commodity-Level Data) Shared By BetterHelp ...................... 39

VIII. Digital Marketing Tools Varied Considerably During the Proposed Class Period, Further Undermining Prof. Shafiq's Claim of "Uniformity" .................................................. 40

IX. Prof. Shafiq's Failure to Download the HAR Files Renders His Conclusions Unable to be Validated, and the Screenshots Alone Reveal Material Errors and Inaccuracies .............. 44

   A. Material Errors Evident From Prof. Shafiq's Screenshots .............................. 44

      i. No Sharing of User Suicide Plans ............................................................... 45

      ii. No Reason to Include Mind Diagnostics ..................................................... 47

      iii. Unreliable "Translation" of Mixpanel Hash ................................................ 49

   B. Facebook's "Big Button" Issue ........................................................................... 49

   C. Prof Shafiq Mischaracterizes Information Shared By BetterHelp ................... 60

      i. Facebook Pixel – Advanced Matching ......................................................... 60

      ii. Google Analytics .......................................................................................... 62

X. Prof. Shafiq's Opinion That BetterHelp Somehow Took Actions Allowing Third Parties to Identify Users Across Websites Is Unreliable .................................................. 64

A. BetterHelp Did Not Provide Third Parties with Custom Identifiers of BetterHelp Users ................................................................................................................................ 64

B. BetterHelp Did Not Engage in "Fingerprinting," and the At-Issue Data Would Not Have Allowed Google or Meta to Identify Specific Proposed Class Members ...................... 65

C. Prof. Shafiq's Opinion Regarding "Entropy" Is Irrelevant to BetterHelp and Otherwise Unreliable .................................................................................................................. 68

# I.     Introduction

## A.     Qualifications

1.     I am a Neubauer Professor of Computer Science at University of Chicago. Over the years, I've worked on a number of areas from P2P networks, online social networks, cognitive radios/dynamic spectrum, graph mining and modeling, user behavior analysis. Since 2016, I've focused on security and privacy in machine learning and wearable systems. Since 2022, my work is focused primarily on adversarial machine learning and tools to mitigate the harm of generative AI models vis-à-vis human creatives in different industries.

2.     Together with Prof. Heather Zheng, I co-direct the SAND Lab (Security, Algorithms, Networking and Data) at University of Chicago.  Prior to my appointment at University of Chicago, I was a Professor of Computer Science at the University of California at Santa Barbara.

3.     I completed my Bachelor of Science in Computer Science at Yale University.  I then attended University of California at Berkeley where I received my Master of Science degree in Computer Science and then my Ph.D. in Computer Science in 2004, where I was advised by John Kubiatowicz and Anthony Joseph, and created the Tapestry distributed hash table (dissertation). My research over the past two decades has focused on internet privacy, security, and web tracking software, and I have published extensively on how such software operates. My primary research venues are CCS/IEEE S&P/USENIX Security. In the past, my broad interests led me to publish at a range of the most selective conferences in different research areas, including NeurIPS/CVPR, IMC/WWW, CHI/CSCW, and SIGCOMM/NSDI/Mobicom.

4.     I am an ACM Fellow (2021), a recipient of the NSF CAREER award (2005), USENIX Internet Defense Prize (2023), TIME Magazine AI/100 100 Most Influential People in AI (2024), MIT Tech Review's TR-35 Award (Young Innovators Under 35) (2006), IEEE Internet

Technical Committee's Early Career Award (2014), and one of ComputerWorld's Top 40 Technology Innovators under 40. Additional honors and awards I have been privileged to receive are set forth on my CV.

5.     I have served as an expert in litigation matters involving software and data privacy. My background, education and experience qualify me to offer an expert opinion on the software at issue in this case. My curriculum vitae, which includes a complete list of my publications, is included as **Appendix A**. A list of my prior testimony is included as **Appendix B**.

### B.     Assignment

6.     I was asked by counsel for BetterHelp to assess Prof. Shafiq's opinions and analysis. Prof. Shafiq submitted two reports. In his first report, Prof. Shafiq opines that: (i) "████████████████████████████████████████ ████████████████████████████████████████ ███████████" and (ii) "third-party companies such as Google, Meta, and/or Mixpanel can link or associate the shared information with individuals" either by using "their own identity resolution services or by using off-the-shelf identity resolution service providers."[1]

7.     Prof. Shafiq also opines that (iii) ████████████████████████ ████████████████████████████████████████ ████████████████████████████████████."[2] He further claims that (iv) the combination of IP address and user agents has sufficient "entropy bits" to be used as a unique identifier to identify specific individual consumers.[3]

---

[1] ████████████████████████████.
[2] ██████████████.
[3] *Id.* ¶ 31.

8.      In his supplemental report, Prof. Shafiq additionally opines that, based on his review of BetterHelp's source code files BetterHelp purportedly (v) ████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████."[4]  In carrying out my assignment, I relied on my training, experience, and expertise as a professor of computer science, including my academic work described above.  **Appendix C** contains a list of material I relied upon in forming my opinions in this matter to date.

9.      I am being compensated at the billing rate of $850 per hour.  Epsilon Life Sciences professionals, working under my direction and supervision, assisted in my analysis, and Epsilon Life Sciences was or will be compensated for their work at their customary hourly rates.  This compensation is not contingent in any way upon my opinions or the outcome of this case.  My compensation in this matter is not in any way contingent or based on the content of my opinion or the outcome of this matter.  My work is ongoing, and I reserve the right to update or supplement my opinions as new information becomes available during the course of this litigation.

## II.     Case Background and Plaintiffs' Claims

10.     BetterHelp provides a direct-to-consumer virtual therapy platform that therapists use to do online therapy with their clientele.[5]  It supplies a virtual platform that facilitates access to counseling and therapy services "via [a] network of over 35,000 licensed clinicians leveraging [the] platform for web, mobile app, phone, and text-based interactions."[6]  BetterHelp's goals are

---

[4] ████████████████████████████
[5] Teladoc Health 2024 Annual Report, https://s21.q4cdn.com/672268105/files/doc_financials/2024/ar/2024-Annual-Report.pdf ("Teladoc Health 2024 Annual Report"), p. 3.
[6] Teladoc Health 2024 Annual Report, p. 9.

to "change the way people approach their mental health and help them tackle life's challenges by providing accessible and affordable care."[7]  BetterHelp does not bill insurance for consumers and is not a healthcare provider.[8]

11.     I understand that, to enroll in BetterHelp's services, users first need to complete a questionnaire which asks them about certain demographic information (*e.g.*, age, gender), their therapeutic needs or interests (*e.g.*, the type of therapy they are interested in), and basic information about their health (*e.g.*, whether they are taking any medications or currently suffer from anxiety) ("Intake Questionnaire").[9]  I understand the Intake Questionnaire has varied in substance over time.[10]

12.     At the end of the Intake Questionnaire, users are invited to create a BetterHelp account with an email address, or (for the majority of the proposed class period) to continue using credentials from their Facebook or Google account.[11]  Figure 1 shows the end of the Intake Questionnaire and the prompt to create a BetterHelp account or to continue with a Facebook or Google account as would be seen by a user using the BetterHelp app.  After creating a BetterHelp account, users can choose to purchase a paid therapy service but are not required to do so.[12]

---

[7] https://www.betterhelp.com/faq/ (last visited September 12, 2025).
[8] Declaration of N. Vaughan ("Vaughan Decl.") ¶ 31.
[9] *See, e.g.*, Figure 1, below.
[10] Vaughan Decl. ¶ 5.
[11] *Id.* ¶ 6.  Users could log in with their Facebook or Google credentials between March 31, 2017 and February 15, 2022).
[12] *Id.*

***Figure 1: Screenshots of the End of Intake Questionnaire and Prompt to Create a BetterHelp Account or to Continue with a Facebook or Google Account***



Source: "\*NEWS\* Get Online Counseling with BetterHelp," YouTube, https://www.youtube.com/watch?v=F1zoE0QGfQA, 3:15–3:20

Note: Figure 1A above shows the last page of the Intake Questionnaire as would be seen by a user of the BetterHelp app. BetterHelp can be accessed via the Internet or via a mobile application (on Android or iOS). As discussed below, these different methods of access create substantial heterogeneity amongst members of the proposed classes. Figure 1B shows the prompt to create a BetterHelp account or to continue with a Facebook or Google account as would be seen by a user using the BetterHelp app.

13.     I understand that BetterHelp also operates multiple websites ("BetterHelp websites") under different brands (*e.g.*, Regain, Teen Counseling) and Plaintiffs contend that all these websites work in similar ways.[13]

14.     C.M., Jane Doe I, L.M., Jane Doe III, R.S., S.C., and T.R. ("Plaintiffs") allege that BetterHelp used certain digital tools, such as third-party cookies, pixels and web beacons (which, as noted, I refer to collectively as "Pixels"), on its websites that "collected and disclosed personal information that Plaintiffs and other consumers shared with BetterHelp."[14] Specifically, Plaintiffs allege that when "visitors to [BetterHelp's] websites and apps completed BetterHelp's Intake Questionnaire, the [Pixels] uniformly and secretly captured their identities, confidential interactions, and communications, along with their HIPAA-protected personally identifiable information and [personal health information]"[15] and that this information was transmitted to third parties, such as Facebook, Google, and Snap, among others.[16] Plaintiffs claim that the information transmitted to third parties included information that would allow the identification of their "identities" (*e.g.*, email, Internet Protocol ("IP") address, device properties, user agent, Facebook unique user identifier (if signed up through Facebook) ("UUID"), and (possibly) their activities in

---

[13] First Amended Consolidated Class Action Complaint in Re BetterHelp, Inc. Data Disclosure Cases, filed on August 5, 2024 ("First Amended Complaint"), Exhibit A, ¶ 10 ("Respondent offers the Service under several names, each of which has its own website and app (collectively, the "Multi-Sites"). Its primary website and app, which is named "BetterHelp," serves general audiences and has been in operation since 2013. Faithful Counseling, in operation since July 2017, is aimed at consumers of the Christian faith. Pride Counseling, in operation since August 2017, caters to the LGBTQ community. Teen Counseling, in operation since January 2017, offers counseling to 13- to 18-year-olds with parental consent. And ReGain, in operation since May 2016, offers couples counseling. The Multi-Sites all function similarly and facilitate therapy via the Service, and they are all subject to Respondent's policies, practices, and procedures.").

[14] Plaintiffs' Notice of Motion and Memorandum of Points and Authorities in Support of Their Motion for Class Certification in Re BetterHelp, Inc. Data Disclosure Cases, filed on May 8, 2025 ("Motion for Class Certification"), p. 5.

[15] Motion for Class Certification, p. 7.

[16] Motion for Class Certification, p. 14 ("Each of the Plaintiffs used BetterHelp's websites containing the Tracking Tools to complete the Intake Questionnaire, provide their email address, and pay for BetterHelp's service. None were aware that all of their interactions with BetterHelp's web properties, and consequently their PHI, were being captured and shared with Facebook, Snap, Google, Mixpanel, and other third parties and were harmed thereby.").

BetterHelp's websites (*e.g.*, the type of therapy they sought, information about the responses to the Intake Questionnaire, mental health needs).[17]

15.     Plaintiffs seek to certify one class and two subclasses: (i) a Nationwide Class of "[a]ll individuals residing in the United States who, during the period beginning January 1, 2017, and continuing through March 7, 2023 . . . completed the BetterHelp Intake Questionnaire and provided BetterHelp with their email address[;]"[18] (ii) a Nationwide User Subclass of "[a]ll individuals residing in the United States who, during the [the period beginning January 1, 2017, and continuing through March 7, 2023], completed the BetterHelp Intake Questionnaire, provided BetterHelp with their email address, and paid BetterHelp for services[;]"[19] and a California Subclass of "[a]ll individuals residing in California who, during [the period beginning January 1, 2017, and continuing through March 7, 2023], completed the BetterHelp Intake Questionnaire and provided BetterHelp with their email address."[20]    Throughout this report, I will refer to the proposed class and subclasses as the "Proposed Classes," to the members of the proposed class and subclasses as "Proposed Class Members," and to the period between January 1, 2017 and March 7, 2023 as the "Proposed Class Period."

---

[17] Motion for Class Certification, p.8 ("In particular, the information sent to third parties contained 'identifiers' about the specific individual, the device they used, and their web browser, as well as Universal Resource Locators ('URLs') that communicated a variety of information to BetterHelp about their Intake Questionnaire answers and other activities on BetterHelp's websites and apps. . . . In addition to the real-time interception of 'patient identifiers' (e.g., cookies, IP address, and 'user agent,' which identifies the operating system and browser of the patient's device), the Tracking Tools captured and disclosed URLs that identified Plaintiffs' and Class Members' mental health needs, queries, and site activities. . . .These Tracking Tools also captured and disclosed the text of buttons clicked and other data that revealed, *inter alia*: whether they had previously received therapy; if their financial condition was "fair" or "good"; the type of therapy sought by an individual (e.g., "Pride Counseling"); an individual's relationship status; and even whether an individual was suicidal."), p. 11 ("The technologies described above not only intercepted and disclosed what patients **did**, but also who they **were**, by sharing at least their (a) email and IP address; (b) device properties; (c) user agent; and (d) time and date of transmission.").
[18] Motion for Class Certification, p. 1.
[19] Motion for Class Certification, p. 1.
[20] Motion for Class Certification, p. 1.

16. On May 8, 2025, Plaintiffs filed an expert report by Prof. Zubair Shafiq.[21] Subsequently, on August 8, 2025, Plaintiffs submitted a supplemental declaration by Prof. Shafiq.

17. As discussed above, throughout this report, when I refer to "Confidential Consumer Data," I mean the types of personal information and "patient status" that the Plaintiffs allege was improperly transferred by BetterHelp to third parties. It is not the case, as Prof. Shafiq contends, that Common Digital Information constitutes Confidential Consumer Data.

## III. Summary of Opinions

18. Prof. Shafiq opines that ████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████ █ ████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████ including because Prof. Shafiq fails to account for and acknowledge myriad factors that create heterogeneity between and among individual Proposed Class Members' data sharing practices. ████████████
████████████████████████████████████████████████████████████
████████████████████████████████████ Prof. Shafiq fails to acknowledge that whether any Common Digital Information (or any other data) was shared necessarily would vary between and among consumers depending on a variety of different factors within each consumer's control, including whether the consumer accessed the BetterHelp platform via a mobile application or via the internet (and if the latter, what browser was used, what the

[21] Shafiq Report.
[22] Shafiq Report ¶ 59.

consumer's privacy choices were, among other variables). He even fails to acknowledge and exclude from his testing the fact that ███████████████████████████████████

████████████████████████████████████████████████████████████████████████████

██████████████████████████ Prof. Shafiq's failure to consider the existence and content of BetterHelp's privacy policies (as well as its banner disclosures) means that Prof. Shafiq's suggestion that BetterHelp's use of third-party cookies and web beacons was done without informing consumers is quite literally false.  At all relevant times, BetterHelp had a Privacy Policy on its website that expressly disclosed its use of third-party "cookies and web beacons," *i.e.*, Pixels, and that these would be used to share certain anonymized user information with third parties. Although the disclosures changed over time, throughout the Proposed Class Period the disclosures truthfully explained what a Pixel is and how it functions.

19.     As I discuss in Section VII, Mixpanel and Google Analytics provide back-office functions; ███████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

██████████████████████ Rather, they provide website analytics services to BetterHelp, unlike Meta/Facebook who created and provided the Facebook Pixel, which tracked the effectiveness of BetterHelp's advertising campaigns on Facebook. Facebook directs entities who place advertisements on Facebook to install the Facebook Pixel on their websites.[23]  Notably, a "pixel" is just a small piece of software code placed in a website that can be used for many different purposes besides marketing measurement and attribution, including bot detection, fraud detection, website analytics and performance.

---

[23]*See, e.g.*, https://www.facebook.com/government-nonprofits/blog/the-facebook-pixel.

20.     Even though Mixpanel and Google Analytics are fundamentally different from Facebook, however, all three entities have contracts that provide protection over any information shared with them.  Prof. Shafiq's failure to acknowledge those contracts and failure to differentiate between and among these different entities and their purposes further undermines the reliability of his opinions and conclusions.

21.     Prof. Shafiq's failure to download the HAR files that would have demonstrated his analysis renders his conclusions concerning BetterHelp's website untestable and unable to be replicated, and the screenshots alone reveal material errors and inaccuracies.  I explain this in further detail in Section IX.

22.     Prof. Shafiq frankly mischaracterizes what information was shared by BetterHelp through Pixels over time.  As I explain in Section VIII, Prof. Shafiq cherry-picks dates, browsers, and user settings and fails to acknowledge that Meta controls the software code comprising the Facebook/Meta Pixel as well as the operation of its tools.  In his supplemental report, Prof. Shafiq overstates the significance of information shared through Google Analytics.

23.     As I discuss in Section X, Prof. Shafiq's opinion that  Nor does the evidence support Prof. Shafiq's contention that Meta and other third parties could identify individual consumers based solely on Common Digital Information.  And Prof. Shafiq's opinions concerning

entropy are speculative and wholly unreliable and would not apply to BetterHelp in any event. <u>BetterHelp had no need to use "entropy" to identify the consumers that signed up for its services</u>. Notably, a Pixel is not functionally akin to a "wiretap" because it does not "intercept" data or do what is known as (or anything functionally equivalent to) "packet sniffing" (i.e., the in-transit gathering, collecting, and logging of some or all packets that pass through a computer network, regardless of how the packet is addressed). Rather, a Pixel takes data from the website directly (in BetterHelp's case, nothing other than Common Digital Information) and sends to Meta quickly *after* communication between user and website (unless otherwise prevented through consumer privacy choices). Even this Common Digital Information can change for a single website across devices and browsers. Recent academic research by Prof. Shafiq underscores the distinction between invasive keylogging-style trackers and analytics tools such as the Facebook Pixel. Shafiq et al. identify "wiretapping" on the web only in cases where third-party scripts use JavaScript event listeners like keydown, keyup, or keypress to capture the contents of user communications in real time, before submission, and transmit them to a remote server.[24] Their measurements show this occurs on only ~3% of sites and is primarily associated with session replay vendors or specialized analytics services—not with mainstream pixels. By contrast, the Facebook Pixel relies on standard Document Object Model (DOM) events such as page views, clicks, or completed form submissions. Because it does not intercept keystrokes or contemporaneous message content, I have not seen nor am I aware of any evidence showing that the Pixel's operation aligns with the narrow technical or legal criteria that Prof. Shafiq's study maps to "wiretapping" under CIPA.

---

[24] Shafiq et al. (Every Keystroke You Make: A Tech-Law Measurement and Analysis of Event Listeners for Wiretapping, 2025).

## IV. Definitions

| Term | Definition |
|---|---|
| Ad Blocker | A tool that prevents online ads from appearing. Most come as browser extensions or mobile apps, and they work by filtering out content users do not want to see, e.g., pop-ups, autoplay videos, and tracking scripts. Examples include uBlock Origin, Privacy Badger, or built-in browser tracking protection modes. These have been readily available since 2014 or even earlier, and consumers can use them to prevent transmission of information |
| Advanced Matching | Advanced Matching is a feature offered by Facebook for improving accuracy of ad conversion measurements in digital advertising. This feature is off by default when a new Meta Pixel is created. Facebook is contractually barred from using any sensitive data derived from Advanced Matching or other features for its own purposes per Facebook's terms with advertisers. |
| Browser | A browser is an application software used to locate, retrieve and display content on the World Wide Web, including webpages, images, videos and other types of files. Chrome, Firefox, Edge, Safari, Opera are examples of browsers. Browsers offer various privacy protections and those have changed over time. For example, Chrome offers "Incognito mode." When a user browses in Incognito mode, their activity data is not saved on their device or to a Google Account they are not signed into. |
| Common Digital Information | Metadata such as device, device properties, IP address, user-agent string, URL, and browser data. I refer to it as "commodity level" because it changes over time and cannot be used to identify a particular individual. |
| Cookie | A small text file stored in the user's browser by a website or in an embedded third-party script. There are essential and non-essential cookies. A consumer can clear cookies from his/her browser. |
| Device | A device, such as a smartphone, tablet, laptop, or computer, being used to access the internet. |
| Device Properties | Metadata representing the default attributes and property tags of a device, such as language and time zone settings, operating system (OS) and browser versions, and notification opt-in status. These are shared pieces of commodity information; for example, tens-of-millions of devices share the same 1920×1080 resolution or "en-US" locale; the signal is far too common to single out a user. Device information is not private data. |

| Term | Definition |
|---|---|
| Entropy | In information theory, entropy is a measure of how much information (in bits) a piece of data contains, related to how many possibilities it could distinguish. |
| Essential cookie | Cookies that are essential for a website to function correctly. These cookies are necessary to provide an online service on a website or used solely to carry out or facilitate the transmission of communications over a network. |
| Facebook (a.k.a. Meta) Pixel | Software code provided by Meta that a company can put on the website that allows the company to measure the effectiveness of its advertising on Facebook by understanding the actions people take on the website. Each company that has one or more Meta Pixels obtains a unique numerical identifier for each such pixel. |
| First party cookie | First-party cookies are created and controlled by the website the user visits to make the user's experience smoother and more personalized. These cookies remember, for example, the user's login details, language preferences, and what is in the user's shopping cart, making the user's interactions with the site more convenient. Most of these cookies are essential cookies. |
| Google Analytics | Google Analytics is a platform that collects data from a website and mobile app to create reports that provide insights into a company's online business. These tools capture standard web metrics. |
| HAR file format | The HTTP Archive format, or HAR, is a JSON-formatted archive file for logging of a web browser's interaction with a site. The common extension for these files is .har. A HAR file includes data such as the content of a user's cookies and the pages the user downloaded while making the recording. Tools provided by most browsers provide access to the HAR file in order to view the network traffic from the website session. It is automatically generated in browsers such as Chrome, Firefox, Edge, and Safari. |
| Hashing | Hashing is the mathematical technique of transforming a given string of characters into another value for the purpose of security. Unlike standard encryption, hashing is always used for one-way encryption, and hashed values are very difficult to reverse. SHA-256 is one instance of a hashing algorithm. |
| Internet Protocol (IP) address | An IP address is a numerical label assigned to each device connected to the internet. They come in two types: IPv4 and IPv6. Most devices have both. Virtually all IPv4 addresses that could be plausibly linked to a |

| Term | Definition |
|---|---|
| | single user device are dynamic or shared. IPs for electronic devices in the home often change frequently over time (as the home router usually uses a protocol like DHCP to dynamically assign an IP each time the device connects to the network, or when a router resets or the Internet Service Provider (ISP) rotates addresses), and mobile carrier IPs are shared by thousands of users or frequently reassigned. In corporate or university networks, large groups of people may share a handful of external IP addresses. Therefore, an IP address alone typically cannot serve as a persistent identifier for a single device, let alone an individual consumer, over long periods. |
| IPv6 Privacy Extensions | IPv6 addresses are more stable, but ISPs use a number of features to obfuscate or rotate these addresses. Privacy extensions are a feature that allows devices to: (1) randomly generate temporary addresses; (2) change their public-facing IPv6 addresses regularly; (3) make it much more difficult for third parties to track a person via an IP address. Appendix 1 to this report identifies the existence and implementation of IPv6 temporary addresses during the relevant time period. |
| Metadata | Metadata provides background information about an object. For instance, the metadata within a digital image may consist of information such as its size, resolution, time of creation, and color depth. |
| Mixpanel | Mixpanel is an application a company uses for tracking customer behavior for its own internal purposes, just as a law firm might use a cloud-based document management vendor to store its clients' confidential documents without "sharing" confidential information with the vendor.[25] It is not consumer facing, has nothing to do with digital advertising. |
| Pixel | A snippet of software code embedded on a webpage that sends certain information to a third-party server when the page is loaded or when a specific action is taken. Pixels are ubiquitous on modern websites for analytics and advertising. In the context of digital marketing, the software code comprising the Pixel would be developed and provided by social media platforms such as Meta/Facebook. |
| Privacy Policy | A statement or legal language on a website that discloses the ways a party gathers, uses, discloses, and manages customer data. At all times, BetterHelp had a privacy policy on its website, which changed over time. |

[25] ████████████████████████████████████████████

| Term | Definition |
|---|---|
| Third-Party Cookies | Software code stored on a computer under a different domain than the domain visited by the user. They are not just used for marketing. For example, third-party services use third-party cookies to support chat functionality or to remember privacy preferences. |
| Uniform Resource Locator (URL) | A URL (Uniform Resource Locator) is the address of a unique resource on the internet. It is one of the key mechanisms used by browsers to retrieve published resources, such as HTML pages, CSS documents, images, and so on. The URL of a webpage is not private data. |
| Unique User Identifier (UUID) | A 128-bit label used to uniquely identify objects in computer systems. A UUID is typically a string of numbers that does not personally identify anyone and can be anonymous and not tied to any specific person. |
| User-Agent (UA) String | The User-Agent (UA) string is contained in the HTTP headers and is intended to identify devices requesting online content. A typical user-agent string includes the browser name and version, rendering engine, OS, and device details. The UA string is not private data. |
| Virtual Private Network (VPN) | A method employing encryption to provide secure access to a remote computer over the internet. |
| Wayback Machine | The Internet Archive Wayback Machine is a service that allows people to visit archived versions of websites. The Wayback Machine has limitations that can render it unreliable. For example, the Wayback Machine does not record every page on every day. It stitches together pages archived by the public, and when it does not have a page for the day requested, it takes the user to the closest available date it has archived of that page. |

## V. Prof. Shafiq's Conclusions That Common Digital Information Can Identify Users Are Unreliable

24.     It is not the case that the Common Digital Information—such as URLs, IP Addresses, User-Agent Strings, cookies, UUIDs and Device Properties—are personal identifiers that, when transmitted through a Pixel/Tag/Web Beacon can identify individual users. ████

████████████████████████████████████████████████████████████████ .[26]

---

[26] ████████████ .

25.     The chart below describes the different categories of data Prof. Shafiq refers to (i.e.,

URLs, Third-Party Cookies, IP Addresses, User-Agent Strings and Device Properties).

| Data Category | What It Actually Is |
|---|---|
| **URLs of webpages visited** | *Every* website logs its own URLs in ordinary server access logs; third-party tags also capture them so advertisers can measure which pages perform best. BetterHelp's public pages use neutral path names rather than embedding answers or diagnoses in the URL, so no sensitive content is ever exposed via a URL. |
| **Third-party cookies** | A third-party cookie can be set when a link is clicked on one website to navigate to another website or can be used as part of a Pixel software code as configured by the provider (e.g., Meta). Consumers can and do block these in a variety of ways. The Meta Pixel third-party cookies are not always placed and depend on a number of variables which differ by user. |
| **IP address** | IP addresses reveal, at best, a rough region or ISP. They do not identify specific devices or specific users. Devices in the same household share a router; VPNs mask true IPs; mobile carriers use Carrier Grade Network Address Translation ("CG-NAT").[27] Linking an IP address to a person generally requires a subpoena to the ISP. Advertisers use IP addresses mainly for coarse geolocation and fraud checks—not as a personal identifier. Moreover, during the relevant time period, many major operating systems supported IPv6 temporary addresses and in many instances this privacy feature was enabled by default. |
| **User-agent string** | Indicates browser/OS version (e.g., "Chrome 123 on Windows 11"). All browsers send this header by design; it is neither unique nor static (it changes when users update software). On its own (or even combined with other commodity-level data) it cannot identify an individual. Beginning in May 2021, Google began limiting the amount of information contained in a user-agent string sent through the Chrome browser.[28] |
| **Device properties (screen size, language)** | Used to serve correct layouts and language-specific content. Tens-of-millions of devices share the same 1920×1080 resolution or "en-US" locale; the signal is far too common to single out a single type of device, much less a particular device or a single user. |

<hr>

[27] International standard RFC 6888 requires mobile networks to use CG-NAT. Studies show that mobile networks using CG-NAT assign an average of 438 users to each public IPv4 address, and addresses are reassigned every 24–48 hours. Richter, P., et al. (2016), *A Multi-perspective Analysis of Carrier-Grade NAT Deployment*, ACM IMC 2016. https://dl.acm.org/doi/10.1145/2987443.2987474.

[28] Chromium User-Agent Reduction. https://www.chromium.org/updates/ua-reduction/.

| Data Category | What It Actually Is |
|---|---|
| Unique User Identifier (UUID) | A 128-bit label used to uniquely identify objects in computer systems. A UUID is typically a string of numbers that does not personally identify anyone. |

26.     Common Digital Information is routinely shared by websites as part of normal internet infrastructure. These types of data are tied to devices, not people; they are neither stable nor consistent; they change frequently enough that they cannot be used to track an individual user across websites and across time. In Prof. Shafiq's opening report, he compares account identifiers to driver's license numbers, and device identifiers to license plates.[29] This sensational analogy is completely inapt and frankly misleading. These so-called "identifiers" (cookies, UUIDs) are not government-issued, they are not centrally indexed and available, they are not formally linked to an identity by a public authority, and users can (and do) actually reset or delete them at will. Further, they are not issued to every internet user and are not even technically generated on the most common methods used by the Proposed Class Members to access BetterHelp's website. They are not static, not official identifiers and cannot validly be compared to official government credentials.

27.     When Prof. Shafiq claims ███████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████ █ ██████████████████
████████████████████████████████████████████████████████████████

---

[29] Shafiq Report ¶ 29.
[30] ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
██████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████ █ ████████████████

██████████████████████████████████████████████████████

████████████████████████ There is no evidence that Google or Facebook can "link or associate[]" this metadata with a specific individual or that they did so, or that BetterHelp had reason to know that Google or Facebook might attempt to do so ████████████████████████████████.[32]

28.     Professor Shafiq claims this basic web analytics data is somehow sensitive and personal, but this is demonstrably wrong.  An IP address is not "private."  Facebook's use of IP addresses from Facebook Pixel events would primarily be for such things as security (detecting if many sign-ups are coming from one suspicious IP address, etc.).  It would not be for personal identification of individual consumers.  Thus, the presence of IP addresses in the data stream does not equate to disclosing the user's identity.  It provides a piece of technical context (like "user came from a Verizon mobile network in Denver area")—nothing more.

29.     IP addresses possess even less utility as identifiers when a person uses a VPN, as 31% of internet users do.[33]  VPNs mask the user's real IP with the VPN server's IP, and a single server IP can represent many—often thousands—of distinct users behind it.[34]  Switching from home Wi-Fi to cellular puts the device on a different network and thus a different IP address [4][5].[35]  If a person in their house visits a website on their laptop and then uses their mobile phone

[31] ████████████████████████████
[32] Vaughan Decl. ¶ 14.
[33] https://www.top10vpn.com/research/vpn-demand-statistics/.
[34] https://nordvpn.com/features/hide-ip/; https://www.expressvpn.com/features/dedicated-ip;
https://blog.mozilla.org/en/internet-culture/what-is-an-ip-address/
[35]     https://blog.mozilla.org/en/internet-culture/what-is-an-ip-address/;     https://www.wired.com/story/cloudflare-launches-mobile-vpn-again/.

on the cellular network while in the same house, those IP addresses would be different.[36] If two individuals share a laptop and visit the same website using the same laptop on the same wireless network, their IP addresses would be the same. If two individuals using their employer's VPN are working from California and New York, it is possible they would have the same IP address.[37] So, in summary, there are cases where the same individual on the same device can have multiple IP addresses but also where two individuals on different devices can have the same IP address. And again, many major operating systems implemented IPv6 temporary addresses by default. All this to say, IP addresses are hardly useful identifiers.

30.　Similarly, cookies only have limited utility as identifiers, and they do not identify individuals *per se*. First-party cookies are scoped to the website that sets them and cannot be accessed by other domains.[38] When a user navigates to a new website, that website cannot read or send cookies set by the previous one. Browsers enforce this through the **same-origin policy**, which strictly prevents cross-domain cookie access.[39] The same-origin policy is something that Dr. Shafiq inexplicably fails to acknowledge or account for in his report, and his failure to do so is another way in which his opinions are misleading.[40]

31.　For example, Prof. Shafiq claims in his report that "first-party cookies are used for both same-site and cross-site tracking," and cites the Hitchhiker's Guide paper as support.[41] This

---

[36] *Id.*
[37] *Id.* Research has found that enterprise networks use, on average, 1,400 devices across 3–5 public IPs, making individual tracking technically impossible without additional identifiers. Mandalari, A.M., et al. (2018). "Tracking the Big NAT across Europe and the U.S." https://www.semanticscholar.org/paper/Tracking-the-Big-NAT-across-Europe-and-the-U.S-Mandalari-Lutu/.
[38] https://clearcode.cc/blog/difference-between-first-party-third-party-cookies/.
[39] RFC 6265, an international standard for internet governance, requires all modern browsers to enforce the same-origin policy. RFC 6265 - HTTP State Management Mechanism. https://datatracker.ietf.org/doc/html/rfc6265; *see also* https://developer.mozilla.org/en-US/docs/Web/HTTP/Reference/Headers/Set-Cookie#domaindomain-value.
[40] *See generally* Shafiq Report.
[41] Shafiq Report ¶ 30, citing Bekos, P., (2022) *The Hitchhiker's Guide to Facebook Web Tracking with Invisible Pixels and Click IDs*, https://dl.acm.org/doi/fullHtml/10.1145/3543507.3583311.

is not accurate; that paper does not actually support the proposition for which he purports to cite it. Rather, it discusses "fbclid," which is a URL parameter used to track clicks on ads, not a cookie. The URL parameter is set when a user clicks a Facebook ad. It tells Facebook that the user clicked the ad, and tells the advertiser that the user came to its website through the Facebook ad. The purpose is to track whether an ad led to a conversion with no evidence that is to identify a user. That URL tag can be used to track a user from Facebook to the advertiser's site. But there is no support in the article for the claim that first-party cookies on their own enable cross-site tracking. Prof. Shafiq uses sleight of hand to imply this and insinuate BetterHelp is responsible.

32.     Prof. Shafiq states in his report that "[t]he cookies set by the first-party web server are called first-party cookies. The cookies set by a third-party web server are called third-party cookies. Third-party cookies allow cross-site tracking of a user across different websites. First-party cookies allow same-site tracking of a user on a particular website. It is important to note that third parties can also set disguised first-party cookies, a practice known as 'cookie ghostwriting.' These disguised first-party cookies allow entities to track users even when the user has blocked third-party cookies."[42] Prof. Shafiq fails to acknowledge that different browsers with varying privacy-enhancing settings, many by default, provide consumers with meaningful tools that substantially prevent tracking through cookies. By way of example, if a user visited Website A that dropped a first party cookie X, then went to Website B, Website B cannot collect cookie X from Website A. Cross-site tracking is not possible for browsers that block third-party cookies (and many browsers do block such cookies). To the extent that Prof. Shafiq claims otherwise, his opinion is factually inaccurate.

---

[42] Shafiq Report ¶ 24.

33. ██████████████████████████████████████████████████████████████

██████████████████████████████████████████ [43]  In his report, Prof. Shafiq's

makes much of the "fbp" first-party cookie, stating that it is always sent along with other cookies. [44]

He relies heavily on this first-party cookie as purported "evidence" to support his opinions because,

as reflected in his own writings, he knows that most commercial browsers block third-party

cookies. [45]  But this cookie cannot be used to identify a user, and even if it could, according to my

testing using the Wayback Machine, █████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████ . [47]

34. As for "ghostwritten" cookies, Prof. Shafiq stated in his deposition that "the term

cookie ghost writing . . . was introduced I believe in 2020." [48]  There is no evidence that cookie

"ghostwriting" is in issue in this case, and Prof. Shafiq does not identify why this aside is relevant.

---

[43] Class Cert. Mot. at 1.

[44] Shafiq Report ¶ 36(d).

[45] Munir, S., Shafiq, Z. et al., *CookieGraph: Understanding and Detecting First-Party Tracking Cookies*, 2023, https://dl.acm.org/doi/pdf/10.1145/3576915.3616586

[46] I reviewed the BetterHelp intake questionnaire which is archived on the Wayback Machine and recorded the network traffic in the form of HAR files to review the data elements that were being transmitted during the relevant period. I tested archived versions of the quiz every month it was available from January 2017 through March 2023.  I have produced and reviewed a representative sample of network traffic for the relevant period.  Har Files Class Period.zip

[47] The fbp parameter did not exist until October 2018, when Facebook made a unilateral change that allowed the Facebook Pixel to use first-party cookies and caused data to be written into the payloads under the fbp parameter. Facebook did not announce this change in any press release, and it only provided guidance specifically discussing the fbp parameter beginning in 2020.   General industry information for this cookie (from cookiedatabase.org) is first archived in the same year.   This further demonstrates that Facebook (not BetterHelp) was in full control of what baseline data Facebook was collecting, and it gave BetterHelp little to no notice of changes, large or small, to how the Facebook Pixel operated.

[48] Shafiq Dep. p. 245-46.

Notably, Prof. Shafiq does not present evidence that BetterHelp used any or that a third party used them on the BetterHelp website (and based on my analysis, BetterHelp did not).[49]

## VI.  Heterogeneity Between and Among Proposed Class Members Concerning Their Privacy Practices and the Realities of Consumer Choice

35.     Other than hashed emails, discussed below, BetterHelp only intended to share Common Digital Information with Facebook through the Facebook Pixel, but what was shared was highly variable during the relevant time period based on myriad choices made by consumers. Prof. Shafiq fails to acknowledge that even the pedestrian information Facebook or any other social media platform captured necessarily would vary between and among consumers depending on a variety of different factors within each consumer's control.[50]  Prof. Shafiq's contention that consumers cannot prevent the Common Digital Information (URLs, IP addresses, user-agent strings, third-party cookies, unique user identifiers, and device properties) from being transmitted to Facebook (or any other third party) is simply not true.

36.     Below are examples of consumer choices that would impact whether URLs, third-party cookies, IP addresses, user-agent strings, UUIDs and/or device properties would be transmitted to Facebook (or other third parties) via a Pixel.  It is impossible that every single consumer who visited or utilized the BetterHelp platform adopted the exact same privacy choices, used the exact same devices and browsers, and managed their privacy settings in precisely the same way.  Even Prof. Shafiq acknowledges the Named Plaintiffs in this case made a range of different choices and based on my review of the production from Meta concerning Plaintiffs, those

---

[49] Vaughan Decl. ¶ 16.
[50] Shafiq Report ¶ 56.

choices drove whether any information was shared with Meta at all through the Facebook Pixel, thereby objectively proving the lack of reliability of Prof. Shafiq's opinions.[51]

| Consumer's Choice | Impact |
|---|---|
| Does not have Facebook account | The Facebook Pixel will attempt to read or set a Facebook cookie (which is essentially a unique ID that Facebook can use to recognize the browser/user) in the user's browser. If the user does **not** have a Facebook account, has a Facebook account but is not logged in, or uses a browser that blocks third-party cookies, based on testing I have reviewed, the Facebook cookie will not load in the user's browser. I tested this by first loading a website that has the Facebook Pixel installed (Website A) and observing that the Facebook cookie did not load. Then, in a different tab on the same browser, I logged into my Facebook account and noticed that the Facebook Cookie loaded on Website A. Lastly, I logged out of my Facebook Account and noticed that the Facebook Cookie ceased to load on Website A. The Pixel may set its own unique cookie or send the event anonymously, although Facebook does not appear to provide documentation of this.[52] |
| Does not have an active Facebook login session, or cleared cookies from browser | The ability for a third party like Facebook to recognize a user from Facebook Pixel data hinges on whether that user is already known to them. If a BetterHelp visitor was not logged into Facebook at the time, and if the user had cleared cookies or was never a Facebook user, then any Facebook Pixel data received would appear as a new or unknown browser. Similarly, if the user's BetterHelp email is different from the email they use for their Facebook account, the hashed email matching would fail to link. For example, suppose John Doe signs up for BetterHelp with a work email that he has never used on Facebook. If BetterHelp uses John Doe's email as part of a Custom Audience, the hashed email goes to Facebook and does not find a match. In that case, testing I reviewed shows that Facebook treats John Doe's site activity in a silo, without tying it to "John Doe" or any existing profile. Although Facebook does not appear to document this, I determined through testing this is the case. |

[51] Shafiq Dep. p. 302–03.
[52] HAR_File_c_user_FB_Login.zip

| Consumer's Choice | Impact |
|---|---|
| | If the user has an active Facebook login session, that browser will already have a Facebook cookie (which is essentially a unique ID that Facebook can use to recognize the browser/user). If present, the Pixel request will include that cookie ID, enabling Facebook to know which browser profile visited the page. |
| Uses a different address to register for a Facebook account from other activity on the web | Most Americans report more than 3 email addresses over their lifetime.[53] So for most users, Facebook would not be able connect the user's hashed email address to the hashed email address in Facebook's records if they used different email addresses to register. |
| Uses a browser that blocks third-party cookies (such as Safari, Firefox) | Prof. Shafiq's statement that the same type of information was shared for all users "regardless of which of the major web browser" they used is demonstrably incorrect. *See* Report at ¶ 56. Many browsers <u>automatically</u> block third-party cookies by default. Safari, Edge, and Firefox, the three most common browsers after Chrome, do so,[54] and during the Proposed Class Period they accounted for roughly half of all browsers used.[55] While generally considered a less-used browser, DuckDuckGo reports 9 million monthly downloads.[56] Its Chrome browser extension alone has 4 million users.[57] Prof. Shafiq explained that if a network request was blocked by an ad blocker or privacy tool then the information (including IP address, user agent, and cookie identifiers) would not be transmitted to the third party.[58] |

[53] https://today.yougov.com/topics/politics/survey-results/daily/2021/06/30/bfd05/3.
[54] See note 57. Since 2005, Safari (1.0) blocked third-party cookies if they did not match the domain of the page being visited, preventing cookies unless the user had already visited the third-party site. Beginning in 2017-2019, Safari (11.0) began expiring cookies after 24 hours, to address the tracking gap for those who might have recently visited a site with cookies: https://www.apple.com/safari/docs/Safari_White_Paper_Nov_2019.pdf. In March 2020, Safari (13.1) blocked for all cross-site requests: https://developer.apple.com/documentation/safari-release-notes/safari-13_1-release_notes. In 2019, Microsoft Edge offered a tracking prevention feature that gave users the option to select from three different levels of tracking prevention after turning Tracking prevention on in their settings. The three levels are Basic: Blocks potentially harmful trackers but allows most other trackers and those that personalize content and ads; Balanced: Blocks potentially harmful trackers and trackers from sites users haven't visited; and Strict: Blocks potentially harmful trackers and most trackers across sites. support.microsoft.com/en-us/microsoft-edge/learn-about-tracking-prevention-in-microsoft-edge-5ac125e8-9b90-8d59-fa2c-7f2e9a44d869.
[55] In early 2021, rates of use were for Safari (38%), Edge (6%) and Firefox (4%): https://gs.statcounter.com/browser-market-share/desktop-mobile/united-states-of-america/#monthly-201701-202303.
[56] https://duckduckgo.com/about.
[57] https://chromewebstore.google.com/detail/duckduckgo-search-tracker/bkdgflcldnnnapblkhphbgpggdiikppg.
[58] Shafiq Dep. at 287–88.

| Consumer's Choice | Impact |
|---|---|
| | ██████████████████████████████████████████ |
| Uses Safari's Intelligent Tracking Prevention (ITP) | Safari ITP blocks or purges many third-party cookies automatically. Safari and other privacy-oriented browsers (or modes like Safari's Private Browsing) will treat the Facebook Pixel's requests as coming from a known tracker and often block or severely limit them. This means Safari users or others with strict settings might not send any meaningful cookie identifiers to the Facebook Pixel at all.[59] Even for first-party cookies such as the fbp, ITP will limit their retention period to much shorter than the default provided by Meta. First party cookies are deleted every seven (7) days and sometimes after 24 hours.[60] |
| Employs an ad blocker (such as uBlock Origin, Privacy Badger, or built-in browser tracking protection modes) | Ad blockers can completely prevent a pixel's code from loading or its data from leaving the browser and can be configured to block communication with domains like facebook.com or google-analytics.com, *thereby nullifying tracking entirely*. A substantial segment of internet users employ ad-blocking or anti-tracking extensions as Professor Shafiq has long recognized in his academic writings.[61] These tools can outright prevent tracking scripts from loading or sending data. If a user had, say, uBlock or AdGuard active, the Facebook Pixel and similar scripts on BetterHelp would never execute, meaning no data whatsoever leaves the browser to those third parties.[62] |
| Has multiple Google accounts | Google is usually unable to resolve multiple accounts to a single individual unless the individual him or herself affirmatively links the accounts, particularly if different mobile phone numbers are associated with each account.[63] |
| Uses a dynamic IP address, as when utilizing an internet service provider | Virtually all IP addresses are dynamic, obfuscated, or shared (in part because the global Internet ran out of IPv4 addresses years ago). Residential IP addresses change over |

---

[59] https://www.apple.com/safari/docs/Safari_White_Paper_Nov_2019.pdf.
[60] https://www.cookieyes.com/blog/cookie-duration
[61] Nikkhah Bahrami, P., Fass, A. and Shafiq, Z., 2024. COOKIEGUARD: Characterizing and Isolating the First-Party Cookie Jar.
[62] https://ublockorigin.com/; https://privacybadger.org/#What-is-Privacy-Badger.
[63] https://developers.google.com/identity/account-linking.

| Consumer's Choice | Impact |
|---|---|
| | time (such as when a router resets or the ISP rotates addresses), and mobile carrier IP addresses are shared by thousands of users or frequently reassigned. In corporate or university networks, large groups of people may share a handful of external IP addresses. Therefore, an IP alone cannot serve as a persistent identifier for a single individual over long periods of time, particularly given the existence and implementation of IPv6 temporary addresses.[64] IP addresses are also poor geolocators. While they generally identify a user's nation and state, they are far less reliably assignable to a city, much less a household.[65] |
| Uses a virtual private network | 31% of internet users regularly use VPNs.[66] VPN usage would alter or conceal a user's data. A VPN masks the user's IP address with the VPN server's IP address; shared server IPs are common, meaning many users can appear to share the same IP address.[67] |
| Permission settings | Modifying permission settings on mobile phones and in browsers would limit the amount of information shared. BetterHelp told users that they could change their browser settings to block cookies.[68] |
| Use of an iPhone and Apple's Mail Privacy | Apple's Mail Privacy hides IP addresses.[69] |
| Regularly clears cookies | Clearing cookies precludes or limits a third party's ability to track a user's online activity.[70] |
| Consent and opt-out choices | Consent and Opt-Out Choices: After BetterHelp added cookie management options (around June 2021), users had the ability to opt out of advertising cookies. If a user opted out through BetterHelp's interface (or had earlier used the "limit ad tracking" settings on their device, etc.), it is another layer reducing data sharing.[71] |

---

[64] https://docs.oracle.com/cd/E19253-01/816-4554/ipv6-config-tasks-102/index.html; Table 1.

[65] See p. 2 where study indicates between 10% and 70% accuracy of the user's city. https://www.cse.lehigh.edu/~brian/pubs/2022/TSAS/geographic-clicks.pdf.

[66] https://www.top10vpn.com/research/vpn-demand-statistics/

[67] See https://blog.cloudflare.com/multi-user-ip-address-detection/; https://www.expressvpn.com/features/dedicated-ip

[68] Vaughan Decl. ¶ 25.

[69] Apple, Mail Privacy Protection & Privacy, https://www.apple.com/legal/privacy/data/en/mail-privacy-protection/.

[70] https://www.cookielawinfo.com/tracking-cookies/.

[71] Shafiq Dep. p. 245-46.

| Consumer's Choice | Impact |
|---|---|
| Disable background activity on phones | So doing will limit what apps can do in the background. By disabling background activity on any app a consumer can limit what it does in the background.[72] |
| Set Facebook settings to limit Facebook's ability to track off-Facebook activity | Consumers have the options of modifying Facebook permissions to prevent tracking consumer's behavior when surfing the web, including websites visited, actions taken and the like.[73] |
| Settings in the BetterHelp website itself | Users had various privacy options in the BetterHelp website itself. Prior to 2021, while the banner did not explicitly offer an opt-out of advertising cookies, users were notified that they could employ browser-level controls (as described earlier) to limit tracking. Also, if a user was logged out or just a visitor, the data shared via pixel was tied to device/browser, not to a known BetterHelp user account. ███████████████████████████ ████████████████████████████████████████ ████████████████████████████████ Finally, by June 2021, BetterHelp introduced a more explicit cookie consent mechanism, allowing users to manage tracking preferences on the site (shown in the screenshot below).[74] |

[72]https://policies.google.com/technologies/ads?hl=en-US; https://discussions.apple.com/thread/254475088?sortBy=rank.
[73] https://www.facebook.com/help/218345114850283.
[74] See screenshot above showing interactive ability opt of Targeting cookies like Facebook; https://web.archive.org/web/20211003213433/https://www.betterhelp.com/.



*Figure 2*

37.     Every member of Plaintiffs' Proposed Classes, including Plaintiffs themselves, had the ability to prevent third-party cookies and web beacons (a.k.a. Pixels) from capturing and transmitting information through the use of one or more of these choices.  As indicated above in Figure 2 and by way of example, they could use browsers that by default block or restrict the data collected by Pixels. Examples include browsers like Safari,[75] Firefox,[76] or Microsoft Edge.[77]  A

---

[75]https://www.apple.com/safari/docs/Safari_White_Paper_Nov_2019.pdf.;
https://developer.apple.com/documentation/safari-release-notes/safari-13_1-release_notes.
[76] https://web.archive.org/web/20191022135346/https://support.mozilla.org/en-US/kb/enhanced-tracking-protection-firefox-desktop.
[77]support.microsoft.com/en-us/microsoft-edge/learn-about-tracking-prevention-in-microsoft-edge-5ac125e8-9b90-8d59-fa2c-7f2e9a44d869.

Chrome user could set their browser's cookie settings to block tracking.[78]  BetterHelp's privacy policies even told consumers that they could change their browser settings to block cookies.[79]

38.    Prof. Shafiq incorrectly suggests in his report that all browsers transmit the same information, displaying a chart showing that four browser types (Chrome, Safari, Edge, and Firefox) all disclose "cookies."[80]  The chart is frankly misleading and contradicted by his own published writings.  Prof. Shafiq's own paper, CookieGraph: Understanding and Detecting First-Party Tracking Cookies (which he cites five times in his own report), admits that Apple's Safari browser, the most common browser used to access BetterHelp's website, as well as Microsoft Edge and Firefox *block* third-party cookies by default.[81]  Thus, these three browsers would block the c_user cookie that can be used in limited circumstances to uniquely identify a Facebook profile, as Prof. Shafiq notes in his example of Mark Zuckerberg.[82]  There is a significant difference in default cookie data shared by these browsers and Chrome, which does not block third-party cookies by default (but can block third-party cookies if the consumer chooses to do so).

39.    It is important to note that Prof. Shafiq only performed testing using the Chrome browser and its default settings; ███████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████.  Both the use of the different browser and device, in addition to the user's Facebook settings, would

---

[78] https://support.google.com/chrome/answer/95647?co=GENIE.Platform%3DDesktop.

[79] BH0000590 at BH0000591; BH0000600 at BH0000601; BH0000610 at BH0000611; BH0000619 at BH0000620; BH0000628 at BH0000629; BH0000641 at BH0000642.

[80] Shafiq Report ¶ 59 at Fig. 3

[81] *Id.* at n.33, 47, 165, 220 and 221, citing *CookieGraph: Understanding and Detecting First-Party Tracking Cookies*, 3491–92, https://dl.acm.org/doi/pdf/10.1145/3576915.3616586.

[82] Shafiq Report ¶ 36.

introduce differences in how the Meta Pixel functions and the data it collects. But even people using Chrome (or another browser that only blocks third-party cookies when a user tells it to) would need to have been recently logged into Facebook on the same device and browser for that c_user cookie to appear. If a consumer only accessed Facebook from a mobile device and did not log in through a personal computer via the Chrome browser, the c_user cookie would <u>not</u> appear in the network traffic when navigating the BetterHelp website in Chrome.[83] This is further evidence that the behavior and choices of Proposed Class Members ultimately determine what, if any, data was shared with Facebook.

40. Prof. Shafiq's decision to use only a Chrome browser for his testing without implementing any of the available privacy safeguards on Chrome also means that Prof. Shafiq cannot reliably extrapolate his so-called findings across all members of the Proposed Classes in any event. Prof. Shafiq provides an aggregate data point that shows over 52% of the browser market is owned by Chrome and just under 31% is Safari.[84] ███████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████.[85]

In light of this, even putting aside the lack of reliability of his broader conclusions, Prof. Shafiq's testing is wholly irrelevant for most consumers who visited the BetterHelp website, including members of Plaintiffs' Proposed Classes.

41. Moreover, Dr. Shafiq only used a laptop device when conducting his testing. ███

███████████████████████████████████████████████████████████████

---

[83] HAR_File_c_user_No_FB_ Login.zip
[84] Shafiq Report ¶ 56 n. 219.
[85] BH0085413.

████████████████████████████████████ █ ████████████████████
████████████████████████████████████████████[87]  Mobile devices behave
differently, as they introduce other variables, including (for example) the impact of mobile
operating devices and cellular networks.  Prof. Shafiq failed to consider any of these differences
and variables.  His opinions indisputably would also not apply to these devices.

42.     Finally, Prof. Shafiq appears to have assumed that all consumers logged into
Facebook using the same devices and browsers as they did when accessing the BetterHelp website,
and that the consumers had not taken any action in their Facebook profiles to disconnect their off-
Facebook activity.[88]  But Prof. Shafiq provides no basis for making these assumptions, and the
assumptions are not supported by the evidence.[89] ████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████hey

████████████████████████████████.[90]  Studies show that in fact 85% of Facebook users access
the platform on a mobile device and most do so only within the Facebook app.[91]  And evidence
produced by Meta proves this to be true for the Named Plaintiffs. ████████████████████

██████████████████████████████████████████████████████████████████████

████████████████████████████████.[92]

---

[86]██

[87] Screenshots from Shafiq's report appear to be from Chrome, but without HAR files or descriptions of his
methodology, experts attempting to verify his results are left speculating.

[88] Shafiq Report ¶ 77.

[89] https://www.facebook.com/off-facebook-activity.

[90]██

[91] https://www.businessofapps.com/data/facebook-statistics

[92]████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████

43.    In Prof. Shafiq's report, he claims that 

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████ ██

██████████████████████████████████████████████████████████

██████████████████████████████. [94]

44.    The table below shows the assumptions Prof. Shafiq made (in column 2) as compared to the true facts (in column 3) illustrating the disconnect between Dr. Shafiq's "analysis" and true facts that Dr. Shafiq should have (but failed) to consider:

| Variable | Shafiq's "Testing" | True Facts |
|---|---|---|
| Timeline | Only tested March 2, 2021 to review quiz answer transmissions, when Facebook changed its software code without telling BetterHelp. Shafiq Report ¶ 68, figures (a)-(d). *See* Sec. IX.B. | Not reflective of when Named Plaintiffs took Intake Quiz, changes made to the Facebook Pixel, and changes made to BetterHelp website. [95] |
| Pages Visited | Intake Quiz, Help Articles, Account Creation, Crisis Resources. Shafiq Report ¶ 68, figures (a)-(o). | ████████████████████████ ████████████████████████ ████████████████████████ ████████████████ [96] |
| Browsers | Only tested Chrome. Shafiq Report ¶ 68, figures (a)-(o). | ████████████████████████ ████████████████████████ ███████████████ [97] |
| Device | Only tested from a laptop. Shafiq Report ¶ 68, figures (a)-(o). | ████████████████████████ ████████████████████████ ██████████████, |

---

[93] Shafiq Report ¶ 58.
[94] ██████████████████████████████████████████████████████
[95] ██████████████████████████████████████████████████████.
[96] ██████████████████████████████████████████████████████
[97] ████████████

| Variable | Shafiq's "Testing" | True Facts |
|---|---|---|
| | | many of which were likely on cellular networks, so the user's location would not be knowable.[98] |
| Facebook Login | Assumed user logged in on same device and browser as testing. | Users have multiple devices and browsers, and can (and do) use a different ones for accessing Facebook and BetterHelp. ███████████████[99] |
| Facebook Settings | No changes to default | Users can delete or restrict off-Meta/Facebook data collection.[100] |
| User-Selected Privacy Settings | Not tested. | 70% of adult internet users take some steps to protect their privacy, but Prof. Shafiq assumes *no one* does.[101] |

45. Prof. Shafiq's opinion that Proposed Class Members were somehow unable to prevent sharing even Common Digital Information via Pixels is also contradicted by credible research. Statistical surveys show that most consumers have widely adopted pixel-blocking browsers or technologies. A recent Pew Research survey reports that "[r]oughly seven-in-ten social media users (68%) say they have changed their social media privacy settings as a way to manage their online privacy."[102] And 44% of U.S. adults use a browser that does not track their activities, and 67% use available tools to turn off tracking and cookies.[103] Prof. Shafiq suggests in his report that cookie-blocking browsers are ineffective because first-party cookies can replicate

---

[98] ██████ .
[99] *Id.*
[100] https://www.facebook.com/off-facebook-activity.
[101] https://www.pewresearch.org/internet/2023/10/18/how-americans-protect- their-online-data/.
[102] Pew Research Center, 2023 https://www.pewresearch.org/internet/2023/10/18/how-americans-protect- their-online-data/.
[103] *Id.*

third-party cookie tracking.[104] That is inaccurate and contradicted by Prof. Shafiq's own published writings and his admissions during his deposition.[105]

46.     Prof. Shafiq fails to acknowledge that social media platforms such as Meta allow consumers like Proposed Class Members if they choose to prevent or discontinue the types of sharing made available through the Meta/Facebook Pixel.[106] The figure below shows the Meta interface, easily accessible through a user's Facebook page where they can disconnect or clear specific activity:[107]



*Figure 3*

---

[104] Shafiq Report ¶ 24.

[105] From Prof. Shafiq's *CookieGraph* article, Section 2.2.2: "Since 2017, [Safari] ITP went through several iterations […] eventually leading to full third-party cookie blocking." "[Firefox] did not ship default-on third-party cookie blocking until the release of Enhanced Tracking Protection (ETP) in 2018" and "As of 2022, Firefox has launched Total Cookie Protection (TPC) which partitions all third-party cookie access." "Since 2019, Microsoft Edge has blocked access to cookies and storage in a third-party context from some trackers, based on Disconnect's tracking protection list"; *see also* Shafiq, Zubair [Full], p. 280.

[106] Review your activity off Meta technologies, https://www.facebook.com/help/2207256696182627/; Off- Facebook-Activity, https://www.facebook.com/off-facebook-activity; Redesigning our systems to provide more control over Off-Facebook activity, https://engineering.fb.com/2019/08/20/core-infra/off-facebook- activity/.

[107] *Id.*

47.     Thus, Plaintiffs and all other Proposed Class Members had the ability to ██████████ ██████████████████████████ ) take one or more of the foregoing simple steps to prevent or limit the impact of Pixels such as the Meta/Facebook Pixel when visiting betterhelp.com via the Internet. ████████████████████████████████.[108]  When they did, Meta did not collect any information about them.

## VII.     Prof. Shafiq Fails to Differentiate Between Mixpanel, Google Analytics and Meta/Facebook, Though They Serve Materially Different Purposes

48.     Prof. Shafiq admitted that he did not consider nor account for the differences between and among Mixpanel, Google Analytics, Meta/Facebook and others. [109]  He also failed to consider the contracts that governed BetterHelp's relationships with those entities.

### A.     Purposes of Mixpanel, Google, Facebook/Meta and Others

49.     As discussed below and in the chart at the end of this Section, Mixpanel, Google Analytics and Facebook/Meta have very different purposes and functions.

50.     **Mixpanel**. Mixpanel is an internal "back-office" tool that BetterHelp uses for tracking customer behavior for its own internal business purposes, just as a law firm might use a third-party document management system in the cloud to store its clients' confidential documents.[110]  Mixpanel has no interaction with consumers at all; it is not a social media platform consumers can interact with, ████████████████████████████████ ███████████████████████████████████████████████████. Consumers do not "join," use," or become members of Mixpanel, as Dr. Shafiq admitted at his

[108] ████████████████████████████████████ ████████████████████████████████

[109]

[110]     BH0000069     at     BH0000075–76;     https://mixpanel.com/blog/product-analytics-examples/; https://mixpanel.com/blog/mixpanel-marketing-analytics/

deposition.[111]  Mixpanel is obligated to keep confidential the information shared with it by BetterHelp and cannot use it for any purpose.[112]

51.    **Google Analytics**. Google Analytics is another back-office tool that online businesses use to collect standard web metrics from a website and mobile app to create reports that provide insights to the company.  Google Analytics is not a social media platform that consumers can interact with, join or use.  Google expressly prohibits customers (such as BetterHelp) from sending personally identifying information to Google Analytics.[113]  Analytics tags like Google Analytics, though technically shared with a third party (*e.g.*, Google), are used for internal purposes by companies like BetterHelp to answer quantifiable questions about their website usage and improve the site and experience.  Google Analytics is a service offered by Google, and unlike Mixpanel, Google offers other services that are consumer-facing, such as email, the Chrome browser and the Android operating system.[114] ██████████████████████████████████

████████████████████████████████████████████.  Google Analytics' use is largely ubiquitous among entities with an online presence.  Google Analytics is even used by Prof. Shafiq's own university, University of California, Davis,[115] as well as by Plaintiffs' counsel in this litigation.

52.    Unlike the URL data conveyed by U.C. Davis to Google Analytics (which disclosed information concerning students' sexual health), BetterHelp's website structure for the intake or

---

[111] ██████████████

[112] BH0000069 at BH0000076 ("Mixpanel does not sell, lease, rent or otherwise share for consideration Customer Content."); https://mixpanel.com/legal/privacy-policy/

[113] BH0000054 at BH0000057 (BetterHelp "will not . . . pass information to Google that Google could use or recognize as personally identifiable information.").

[114] https://mixpanel.com/features/.

[115] ████████████████████████████████████████████████████████████

member pages does not expose sensitive terms in the URL; the intake quiz and member dashboard have generic URLs like www.betterhelp.com/start/.[116] I make this point not because I believe that U.C. Davis is doing anything wrong, but to point out the inconsistency of Prof. Shafiq's positions.

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████.[117]  In any case, starting in 2020, Google Analytics 4 required mandatory IP anonymization, where IPs are not logged or stored, another point that Prof. Shafiq overlooks.

53.    **Facebook/Meta Pixel**.  By contrast to Mixpanel and Google Analytics, Facebook is a social media and social networking service that permits third parties like BetterHelp to purchase and place advertisements.[118]  Facebook directs advertisers to install the Facebook Pixel because that is the way that Meta tries to measure the effectiveness of the advertisements on its platform.[119]  Every website that places a Facebook Pixel and advertises on Facebook must first obtain a unique Facebook Pixel ID.[120]  On their own, the data that pixels transmit is generally pseudonymous (tied to device or browser identifiers rather than real names) and limited to event context unless augmented by additional data sharing features.[121]  Importantly, a Pixel does not intrinsically capture personal text that a user inputs into a site (such as messages or form entries) unless the website deliberately includes those as parameters in the Pixel request, ████████████

████████.[122]

---

116 ███████████████████████

117 █

118 https://www.facebook.com/business/goals/run-facebook-ad-campaigns?checkpoint_src=any.

119 https://www.facebook.com/business/help/742478679120153?id=1205376682832142.

120 https://www.facebook.com/business/tools/meta-pixel/get-started.

121 *Id.*

122 https://www.developers.facebook.com/docs/meta-pixel/implementation/conversion-tracking/.

54. Meta/Facebook coded the software for the Facebook Pixel and changed it from time to time; ███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████.[123]

55. ███████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████ ██████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████. Even in the Facebook context, employees or systems see a conversion event tied to an internal user ID that is not in a human-readable form. Based on the evidence I reviewed, ████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

█████████████████████████████.[125]

56. "Advanced Matching" refers to an optional feature of the Facebook Pixel where the website can provide additional user information (typically email, phone number, or other account signifiers) to help the third party match the event to an existing user profile in their system, ████

███████████████████████████████████████████████████████████████

██████████████████████████████████████████.

[123] ██████████████████████████████.
[124] ██████████████████████████████
[125] ███████████████████████

57.     ██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████ Hashing is a privacy safeguard that was required (for example) by Facebook's API and is an industry best practice.[126]  The hash transforms, say, user@example.com into a long string of characters unreadable by human beings.  Facebook's systems then would compare that string against its own hashed user email list of email addresses that were given to Facebook by consumers who are Facebook users to Facebook.  If there were a match, Facebook could theoretically identify the consumer, but there is no evidence that Facebook ever did that.  **But even then, identifying a matching hashed email in Facebook's system just means Facebook could count that as a conversion.**  If there is no match, the information remains just an unmatched hash.  ██████████

██████████████████████████████████████████████████████

████████████████████████████████████.[127]  That is not accurate.  ██████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████ It is important to remember that Facebook was contractually barred from using that data for its own purposes beyond providing services to BetterHelp (per Facebook's terms with advertisers, they are not supposed to, for example, resell or misuse conversion data).  The hashing and matching process is a closed loop ██████████████████

██████████████████.

58.     As to Snapchat and Pinterest, Prof. Shafiq fails to conduct any analysis of these social media platforms.  But the Pixels generated by these entities would have operated similarly

---

[126] https://developers.facebook.com/docs/marketing-api/conversions-api/parameters/customer-information-parameters/

[127] ██████████████████████████████

to the Facebook Pixel, and Proposed Class Members had the ability to (and did) prevent those Pixels from capturing and transmitting information through the use of one or more of the choices identified in Section VI above.

**B.**  **Contracts Between BetterHelp and Mixpanel, Google and Facebook/Meta Protect Any Consumer Data (Even Commodity-Level Data) Shared By BetterHelp**

59.    Another relevant factor ignored by Prof. Shafiq is that Facebook, Mixpanel, and Google are prohibited under contract from sharing any data obtained from BetterHelp with anyone else, including consumers.  Mixpanel's Terms of Use states that it "stores, uses, and accesses Customer Content for the limited purposes of" performing Mixpanel's obligations under the contract, service and support requests, complying with BetterHelp's instructions, and maintaining the Mixpanel services.[128]   Facebook's Business Tools Terms state that it "will not share the Customer Data you provide to us with third parties (including advertisers)."[129]   Additionally, the click-through terms that a company agrees to when setting up a Meta/Facebook Ads account within the Business Manager states, "We do not use sensitive personal data for ad targeting."  See Figure 9 below.  Similar to Facebook's Business Tools Terms, the Google Analytics Terms of Service state that "Google will not share Your Customer Data . . . with any third parties" without BetterHelp's consent.[130]   BetterHelp never "consented" to sharing Customer Data with third parties.[131]   Also,

---

[128] BH0000069 at BH0000077.

[129] BH0000052.  Facebook is contractually barred from using BetterHelp's data for its own purposes per Facebook's terms with advertisers:  "[Facebook] will not disclose the Campaign Reports or Analytics or any portion thereof to any third party."  *Id.*  And Facebook's Unwanted and Sensitive Parameters screening would have blocked any health information from being transmitted even if BetterHelp had tried to transfer such information (though it did not).

[130] In addition, Google expressly prohibits customers such as BetterHelp from sending personally identifying information to Google.  The Google Analytics Terms of Service require BetterHelp to agree that it "will not and will not assist or permit any third party to[] pass information to Google that Google could use or recognize as personally identifiable information.  BH0000054 at BH0000057.

[131] Vaughan Decl. ¶ 18.

the Google Tag Manager Terms of Service Agreement requires BetterHelp to "agree not to . . . upload any data to Google that personally identifies an individual (such as a



By clicking "Publish", you agree to the Facebook Terms of Service including your obligation to comply with the Self-serve ad terms, the Meta Business Tools terms, the Commercial terms, and the Meta Advertising Policies. We do not use sensitive personal data for ad targeting. Topics you choose for targeting your ad don't reflect the personal beliefs, characteristics or values of users. Failure to comply with the Terms of Service, the Self-Serve Ad Terms, the Facebook Business Tools Terms and the Advertising Policies, and the Commercial Terms (which, if you reside in the US or your business is located in the US, requires the resolution of most disputes by binding arbitration on an individual basis), may result in a variety of consequences, including the cancellation of ads you have placed and the termination of your account. Understand that if you are a resident of or have your principal place of business in the US or Canada, you are contracting solely with Facebook Inc. otherwise you are contracting solely with Facebook Ireland Ltd. Notwithstanding the aforegoing, advertisers in some countries may be subject to special provisions regarding Orders they place, including, under certain circumstances, that they contract directly with Facebook affiliate companies solely for purposes of ordering ads. If applicable to you, you can find these special provisions applicable to your Orders here.

∧ Show less

Close                    Discard draft    Publish

*Figure 4*

name, email address or billing information), or other data which can reasonably linked to such information by Google."[132]  In short, these entities were contractually foreclosed from sharing any data received from BetterHelp with third parties and therefore would not appear to have had any incentive or interest in learning the identities of individual consumers.

## VIII.  Digital Marketing Tools Varied Considerably During the Proposed Class Period, Further Undermining Prof. Shafiq's Claim of "Uniformity"

60.    As discussed above, Professor Shafiq's opinion that class members "uniformly had their information illegally shared"[133] is incorrect for a host of reasons, including because he fails to account for key variables (including consumer choices) which can impact the type of pedestrian information sent and whether it was sent at all.  The few dates he elected to analyze via the Wayback Machine are neither reflective of the entire Proposed Class Period nor sufficient to draw larger conclusions about the experiences of any given consumer.

61.    Many variables impact whether any given Pixel would fire, the type of information

---

[132] BH0000062.
[133] Declaration of Z. Shafiq, p. 2.

collected by such Pixel, and whether third parties such as Meta would receive and store the data. In addition to the variables controlled by consumers and discussed above, such variables include: (1) changes the third parties such as Meta unilaterally made to the Facebook Pixel over time; (2) changes BetterHelp made to its website over time; (3) Pixel modifications made by BetterHelp; and possibly others.  Prof. Shafiq does not at all acknowledge or account for the variability of these other attributes over time.

62.    Meta makes frequent changes to the Facebook Pixel.[134]  Meta unilaterally controls the Pixel's core features and modifies them without notice to website operators.  While BetterHelp could configure certain aspects of implementation, many of Meta's underlying changes to the Pixel's default behavior—such as the addition of automatic events in 2017—occurred without BetterHelp's knowledge or consent.  My analysis shows that over the period of January 1, 2017 through December 30, 2021, Meta frequently made changes to the software code which result in the addition of events, data elements, or features which could impact information shared via the Facebook Pixel without website operators' knowledge or agreement.

63.    The chart below is based on review of the public Facebook base code over time, using the Wayback Machine.[135]  By reviewing the number of characters in the code, I determined how frequently Meta changed the code and the size of the changes.  My review indicates that Meta unilaterally changed more than 10% of its code *over 60 times* during the Proposed Class Period. A change of that magnitude suggests that Meta made significant revisions unilaterally.  In fact, it

---

[134]    The Facebook Pixel's public-facing base code is available at https://web.archive.org/web/20250000000000*/https://connect.facebook.net/en_US/fbevents.js.  This code represents the default settings and baseline functionality for the Facebook Pixel.  To evaluate the changes made by Meta to the Facebook Pixel, I used the Internet Archive (Wayback Machine) to download the daily instances of the public-facing code managed by Meta on their servers.
[135]    fbevents scripts.zip

made a significant code revision at the start of the Period that greatly affected the amount of information Facebook could take from the BetterHelp website.

| Character Change % Threshold | Number of Changes |
|---|---|
| >1% | 113 |
| >3% | 83 |
| >5% | 78 |
| >10% | 62 |

*Figure 5*

64.     The table below illustrates that major change: the Pixel's default code doubled in length in March 2017, corresponding to Meta's addition of several "automatic events," including PageView, Microdata, and the SubscribedButtonClick event described in more detail below.[136] These code changes impacted what information could be collected by Facebook without BetterHelp's involvement or awareness.

---

[136] ▮▮▮▮▮▮▮▮▮

| Date | Version | Code Length | Code Change from Prior Day |
|---|---|---|---|
| 2/3/2015 | Original | 4,970 | -2.97% |
| 4/22/2015 | Original | 4,323 | -13.97% |
| 6/3/2015 | Original | 6,923 | 60.14% |
| 7/1/2015 | Original | 7,427 | 7.26% |
| 7/29/2015 | Original | 7,661 | 3.14% |
| 4/6/2016 | 2.5.0 | 8,401 | 8.34% |
| 5/2/2016 | 2.5.0 | 8,606 | 2.44% |
| 5/3/2016 | 2.5.0 | 8,401 | -2.38% |
| 8/9/2016 | 2.5.0 | 9,086 | 8.15% |
| 9/7/2016 | 2.5.0 | 9,319 | 2.13% |
| 12/13/2016 | 2.5.1 | 9,524 | 2.20% |
| 3/22/2017 | 2.7.1 | 22,351 | 133.60% |
| 4/28/2017 | No Version | 25,884 | 13.93% |
| 5/5/2017 | 2.7.6 | 31,096 | 20.14% |
| 5/9/2017 | 2.7.7 | 27,970 | -10.05% |
| 5/18/2017 | 2.7.9 | 29,090 | 3.80% |
| 5/19/2017 | 2.7.10 | 31,547 | 8.45% |
| 5/30/2017 | 2.7.12 | 33,025 | 3.77% |
| 10/13/2017 | 2.7.23 | 31,155 | -9.68% |
| 10/17/2017 | 2.7.25 | 32,761 | 5.15% |

*Figure 6*

65.     By way of example, the SubscribedButtonClick event does not fire on every click of a perceived button on a website.  The website's source code must appropriately classify it as a "button" and the default auto configuration implemented by Meta must be left on for the information to be potentially collected and transmitted.

66.     The SubscribedButtonClick event was embedded into the Meta Pixel as a default event by Meta—███████████—when Meta implemented Automatic Events in 2017.[137]  Based on my evaluation and review, ████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ████████████████████████████████

---

[137] What's changing with the Facebook Pixel?
https://web.archive.org/web/20170729045537/https://www.facebook.com/business/help/1292598407460746).

67. The SubscribedButtonClick event has been a default event since it was introduced by Meta in 2017.[138] This change was automatically incorporated even to existing deployments of the Meta Pixel and required no configuration by a website owner. Meta does not provide any documentation of what the SubscribedButtonClick event collects.[139]

68. In another example of Meta making unilateral changes to the Facebook Pixel that was designed to enhance privacy, in December 2020, Meta implemented its Unwanted and Sensitive parameters screening tool which flagged and blocked certain sensitive information from being transmitted.[140]



Other Proposed Class Members who accessed the BetterHelp website during this same time period would also have enjoyed the benefit of Facebook's privacy blocker. Professor Shafiq again fails to acknowledge or account for the Facebook privacy blocker or Facebook's other, unilateral conduct.

---

[138] What's changing with the Facebook Pixel?
https://web.archive.org/web/20170729045537/https://www.facebook.com/business/help/1292598407460746).
[139] https://themarkup.org/pixel-hunt/2022/12/13/out-of-control-dozens-of-telehealth-startups-sent-sensitive-health-information-to-big-tech-companies. The Markup is an investigatory journal that often reports on pixel usage. Like most forensic experts (but not Prof. Shafiq) it provides HAR files to support its network traffic claims: https://github.com/the-markup/investigation-d2c-privacy.
[140] https://www.facebook.com/business/help/124742407297678?id=188852726110565.
[141] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**IX. Prof. Shafiq's Failure to Download the HAR Files Renders His Conclusions Unable to be Validated, and the Screenshots Alone Reveal Material Errors and Inaccuracies**

69.     Prof. Shafiq did not provide HAR files with his workpapers, so there is no way to replicate his analysis. A HAR file records a user's analysis of a website and lets another person see the browser's interaction with the site, including what cookies and other data were transmitted. Researchers and investigators[142] use HAR files to document their process and network traffic so it can be exactly replicated by someone else. HAR files are easy to generate; anyone can download them by clicking a button on the "inspect" console of their Chrome or Safari browser.

70.     Prof. Shafiq knows about HAR files and has even submitted them as part of his workpapers in another case.[143] He did not use them here, though, ██████████████████████ ████████████████████████████████████████.[144] That is incorrect. In reviewing the screenshots, I identified several material errors, which are discussed below. I tried to replicate his analysis via the screenshots to understand these errors but ran into problems. Without HAR files documenting Prof. Shafiq's process that took him to these screenshots, I cannot validate or replicate his analysis.

**A.     Material Errors Evident From Prof. Shafiq's Screenshots**

71.     The screenshots reveal material mistakes the render his opinions misleading.

        i.      *No Sharing of User Suicide Plans*

72.     Shafiq falsely suggests that BetterHelp told Facebook that a user was considering suicide.[145] When a user takes the BetterHelp quiz, at some point they get to the question: "Have you made specific plans for suicide?" If the user selects "Yes," the BetterHelp quiz is structured

---

[142] See note 97. The Markup provides HAR file evidence for its pixel reporting.
[143] ██████████████████████ Doe v. Adventist Health - Motion to Certify Class pt 1; Doe v Adventist Health - Reply In Support Of Motion to Certify Class; Doe v. Adventist Health – Opposition To Motion To Strike And Exclude Cohen.
[144] ██████████████████
[145] Shafiq Report ¶ 68 fig. (e).

to immediately route the user to a crisis page (Prof. Shafiq's Figure (e)) for those at risk for self-harm.[146]  Prof. Shafiq's screenshot Figure (e) claims that it shows that BetterHelp shared "suicide plans" with Facebook.[147]  █████████  The screenshot is misleading in (at least) three ways.  ███

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

███████████████████████████████████  *See* Section IX.B., *infra*.  ███████████████████

████████████  And the phrase is general enough that, standing alone, there is no inference that the "plans" are suicide plans instead of, say, retirement plans.[148]

73.     Second, broadly, the screenshots at ¶ 68, Figures (a)-(e) misleadingly give the reader the impression that Facebook would receive the left-hand context of the user's actions (the browser window), alongside the right-hand traffic data (the Chrome inspect Network console).  In fact, however, only the right-hand traffic data shows what is sent over the network (and only via Chrome with default browser settings).[149]  The side-by-side screenshots are thus inaccurate and misleading.

74.     Prof. Shafiq also fails to display the correct screen with the correct button text. Shafiq Report ¶ 68, Figures (b), (c), (d), and (e). The button text corresponds to *previous* selections on *prior* questions.  Prof. Shafiq's screenshots also are misaligned and therefore inaccurate and misleading.  See Figures (b), (c), (d), and (e) from Prof. Shafiq's report below.

---

[146] BetterHelp has explained that its platform is not appropriate for people who have made specific plans for suicide, as they need immediate psychiatric assistance.  Vaughan Decl. ¶ 9.
[147] Shafiq Report ¶ 68 fig. (e).
[148] ████████████████████████████████████████████████████████████
[149] https://developer.chrome.com/docs/devtools/network/overview.



*Figure (b) from Prof Shafiq's Report.*



*Figure (c) from Prof Shafiq's Report.*



*Figure (d) from Prof Shafiq's Report.*



*Figure (e) from Prof Shafiq's Report.*

75. In Figure (e) specifically, the screenshot shows a BetterHelp page for "Crisis Resources" alongside "I have made specific plans" traffic (transmission from the BetterHelp site to Facebook via the Meta Pixel). But the "Crisis Resources" page does not actually generate that Facebook Pixel traffic (or any Pixel traffic at all), according to my testing of the page.[150] It only *appears* to do so in his report because Prof. Shafiq's screenshot shows his Chrome inspect console preserving the network traffic from his prior navigations in the session.[151] Critically, Figure (e) shows traffic generated from a *different* page, on a *different* day. The screenshots are, therefore, not accurate.

76. Third, the date stamps in Figure (e) cause further confusion and reveal the unreliability of his conclusions. This incongruence in days leads to another manifest error in the date stamps at the top of each screenshot. Note that the dates in his Figures (b) – (d) show a date of March 2, 2021. Figure (e), on the contrary, reads March **27**, 2021. But the Intake Questionnaire is not preserved by the Wayback Machine on that date,[152] so Prof. Shafiq must have navigated there from the March 2, 2021 preservation, or from another date. There is no other explanation for the "I have specific plans" button text in the traffic not otherwise on the page. The Wayback Archive does not record every page on every day. It stitches together pages archived by the public, and when it does not have a page for the day requested, it takes the user to the closest available date it has archived of that page. Without HAR files or screen recordings, the proper chain of

---

[150] Available at https://web.archive.org/web/20210327011155/https://www.betterhelp.com/crisis_resources/?mp=1. See also records of my testing at 20210327.har (HAR recording of the page) and 20210327.png (screenshot of the same).

[151] Note the "Preserve Log" box is checked in Shafiq's exhibit (e), but not in (b)-(d). Per Google Chrome's guidance, "To save requests across page loads, check the Preserve log checkbox". https://developer.chrome.com/docs/devtools/network/reference#preserve-log.

[152] https://web.archive.org/web/20211101000000*/https://www.betterhelp.com/start/.

network traffic from Prof. Shafiq's report cannot be validated and the reader is left to guess what was there on March 2, 2021.

77.     The analysis shows, critically, that the crisis page screenshot (Figure (e)) is <u>not</u> the page that was actually transmitting at that time, since Wayback Machine's architecture stitches together different dates and displays them as a coherent whole when pages are missing on a given date or dates, as occurred on the date he tested, March 2, 2021. Prof. Shafiq's failure to identify this characteristic of the Wayback is another material error, which would have been evident from the HAR file had he downloaded it. Whether or not Prof. Shafiq realized his mistakes, if he had downloaded the HAR file his errors would have been apparent to him.

   ii.  *No Reason to Include Mind Diagnostics*

78.     In addition, another significant error is the inclusion by Prof. Shafiq of a screenshot of a test from a different website in his report ███████████████████████.[153] Figure (h) in paragraph 68 shows a screenshot from MindDiagnostics.org.[154] According to Prof. Shafiq, the screenshot shows that "BetterHelp shared information with Facebook about a user starting a gender dysphoria test."[155] But the screenshot makes clear that the Mind Diagnostics site

---

[153] Vaughan Decl. ¶ 17.
[154] Shafiq Report ¶ 68 fig. (h).
[155] *Id.*

has a Facebook Pixel ID that is *different* from the Facebook Pixel ID on the BetterHelp site. See Figure (h) from paragraph 68 of Prof. Shafiq's report below.



*Figure (h) from Prof Shafiq's Report.*

79.    The different Facebook Pixel ID numbers mean that this is not the same Facebook Pixel used and controlled by BetterHelp. Mind Diagnostics is not related to BetterHelp like one of its sister sites like ReGain or Pride Counseling. ████████████████████████████████ ████████████████████████████████████████████████████████████████ ███████████████████. Prof. Shafiq should not have attributed Mind Diagnostics' Facebook Pixel to BetterHelp.

80.    ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████

█████████████ █ ████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████ Without the HAR file I cannot know

for certain how Prof. Shafiq generated the screenshot in Figure (h). ████████████

██████████████████████████████████████████████████████████████

███████████████████████████[157] When a user clicks on the BetterHelp link present on

the Mind Diagnostics website, I believe what occurred is that BetterHelp's Facebook Pixel

detected a new user on the website and captured the URL referrer information, as nearly all

websites do. The URL referrer will include the URL of the website that referred, or sent, the user

to BetterHelp (here, Mind Diagnostics). But one thing that I am entirely sure about is that the text

of the URL, "gender-dysphoria-test," was set by Mind Diagnostics, █████████p, a key point

that Prof. Shafiq either overlooked or deliberately ignored.[158]

     81.    Prof. Shafiq uses another Mind Diagnostics screenshot in Figure 4 of paragraph 60.

This is another descriptive URL created by Mind Diagnostics ████████████████████████

██████████████████████.[159] ██████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

███████████████████████████[160] But the Mind Diagnostics URL is irrelevant. See Figure

4 from Prof. Shafiq's report below.

---

[156] ████████████████████████████████████████
[157] https://web.archive.org/web/20200928020912/https://www.mind-diagnostics.org/.
[158] https://web.archive.org/web/20201206011943/https://www.mind-diagnostics.org/gender-dysphoria-test;
https://help.omegatheme.com/en/article/what-is-a-referrer-url-1dholp4/.
[159] Shafiq Report ¶ 18 n. 113.
[160] ████████████████████████



*Figure 4 from Prof Shafiq's Report.*

    iii. *Unreliable "Translation" of Mixpanel Hash*

82. The HAR files would also clarify another problem with Prof. Shafiq's screenshots from Mixpanel in paragraph 68, Figures (i)–(m). The right half of each screenshot shows an inspection screen with hashed text that cannot be read by most humans. But the top-right section of the screenshot includes a text editor overlay on top of the inspection screen, and ███████████ ████████████████████████████████████████████████████████████████████████████ .[161]

Without a HAR file, there is no way to figure out what Prof. Shafiq did to purportedly "decode" the hashed data. Text editors can easily be manipulated. A HAR file documenting Prof. Shafiq's process would have made it possible to test the validity and accuracy of his text editor's "translation" of the hashed data.

---

[161] ███████████

83.     Without HAR files, there is no way to resolve these open questions or replicate Prof. Shafiq's analysis, and the causes of the errors cannot be identified.

**B.     Facebook's "Big Button" Issue**

84.     ███████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████ █ █████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████ █ ███████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████

85.     ███████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████ [164] But the screenshots included in his report enforce this misleading narrative.

[162] ██████████████████████████████
[163] *Id.*
[164] █████████████████

86.     ████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████ [165]



*Figure 7*

87.     ████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████. [166]



*Figure 8*

88.     SubscribedButtonClick works by examining the software code of the website on which it is installed and locating any resource indicated by the page as a "button." [167] The HTML code may say something like "button" or "btn," such that when that resource is selected by the user, the Facebook Pixel detects it and sends the button text to Facebook.[168]

89.     For the period before March 2021, the BetterHelp quiz was configured in such a way that its quiz answers were not "buttons." They were radio selections. This is evidenced in the source code of the sites available on the Wayback Machine, but it is also visible when looking at the user interface and comparing Figure 9 and Figure 10 below. Figure 9 shows a bullet-point-like configuration that is highlighted blue to indicate a selection. But in Figure 10, the same answers are now big green buttons. ████████████████████████████████████

████████████████████████████████████████████████████████

---

[167] Meta Pixel code archived on 5/29/2020
https://web.archive.org/web/20200529015006/https://connect.facebook.net/signals/config/672206899505148?v=2.9.18&r=stable.
[168] *Id.*



*Figure 9*



*Figure 10*

90. ███████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

169 https://developers.facebook.com/docs/meta-pixel/advanced/#automatic-configuration.



.[170]

91.     Screenshots, video recordings, and HAR files of dates a few weeks before and a few weeks after created by myself (and people working under my direction) reveal no button selection or quiz answers transmitted to or from Facebook. ███████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████████████.

92.     What follows are a series of screenshots showing this definitively, captured using the Wayback Machine and the Chrome Inspect tool, a publicly available and widely used by forensic examinations of network traffic of Digital Marketing Tools, but which Prof. Shafiq failed to consider.[171]

93.     Figures 11 and 12 show the traffic generated on the BetterHelp quiz preserved by the Wayback Machine on February 21, 2021, ████████████████████████. After answering other questions, we reached the question, "Have you made specific plans for suicide?" and answered "Yes, I have made specific plans."   In both figures there are only a handful of transmissions to Facebook in the Chrome Inspect side bar, and no transmissions of answer text.



*Figure 11*



*Figure 12*

94.     In the next series of screenshots (Figures 13 and 14), we examined the traffic sent

by the BetterHelp quiz preserved by the Wayback Machine on March 2, 2021, the same date within

the Big Button Period that Prof. Shafiq cataloged).   Again, we reached the question, "Have you

made specific plans for suicide?" and answered "Yes, I have made specific plans."    This time, the

Chrome Inspect sidebar shows dozens of "tr" transmissions, each of which indicates an answer or

button selection being sent to Facebook without a question to provide context.



*Figure 13*



*Figure 14*

95.     Lastly, we tested the same BetterHelp quiz on March 24, 2021, ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ (Figures 15 and 16). Unlike in Figure 13, but like Figure 11, comparatively few "tr"

transmissions are made, none of which constitute answers to the quiz questions.



*Figure 15*



*Figure 16*

96.     The above analysis indicates that Prof. Shafiq's screenshots in paragraph 68 of his report, Figures (a)–(e) ███████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████.

97.     ████████████████████████████████████████████████████████████████

████████████████████████████     ███████████████████████████████████████

████████████████████████████    ██████████████████████████████████████.

98.     ████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████ .[174]

███ [172] ██████████████████████████████████████████████████
█ ██████████████████████████████████   ████████████████████████████████
███ [174] ██████████████████████   █████████████████████████████████████



*Figure 17*

99. 

100.     The screenshots in Prof. Shafiq's deposition showing that BetterHelp shared intake questionnaire information with Facebook say that they came from the Wayback Machine's capture of March 2, 2021, a date inside the big button period.  ¶ 68 Fig. (a)–(d).  Prof. Shafiq claimed that that date was the only day that the Wayback Machine had sufficient information for him to analyze,[176] but that is not true.  On March 2, 2021, the Wayback Machine took two "snapshots" of the BetterHelp intake quiz page to build its archive.[177]  There were ten other dates in 2021 with two snapshots of the quiz, and six dates with more than two snapshots.  And there are multiple dates from other years with two or more snapshots.  Any of these dates would have had the same amount of information as March 2, 2021, so Prof. Shafiq could have (and should have) used other dates for his analysis. ██████████████████████████████████████████████
████████████████████████████.

### C.     Prof Shafiq Mischaracterizes Information Shared By BetterHelp.

##### i.     *Facebook Pixel – Ads Manager & Advanced Matching*

101.    ███████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

---

[176] ████████████████████████
[177] https://web.archive.org/web/20210601000000*/https://www.betterhelp.com/start.



██████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████

102.    █████████████████████████████████████████████

████████████████████████████████████████ ██  ███████

██████████████████████████████████████████████████

██████████████████████████████████. For Advanced Matching to work,

a website needs to be configured so that the information field names precisely match the Facebook

Pixel's search criteria.[179] Advanced Matching looks for "match keys," like "em" for email. But if

BetterHelp does not configure the email address entry field as "em," Advanced Matching cannot

find and send the email address.[180] ███████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████ █  ███████

██████████████████████████████████████████████████

██████████████████████

103.    █████████████████████████████████████████████

████████████████████████████████████████████ ██  ███

██████████████████████████████████████████████████

---

[178] █████████████.

[179] https://www.facebook.com/business/help/611774685654668?id=1205376682832142.

[180] *Id.*

[181] ██████████████████████████████████████████████████

███████████████████████████████.

[182] █

████████████████████████

█████████ █ ███████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

████████

104. ████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████. [185]



*Figure 18*

[184] ████████████████████████████████████████

[185] ████████████████████████████.

ii.    *Google Analytics*

105.    ████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████ ████████████████████████

████████████████████████████████████████████████ghly

████████████████. This is because consumer choices like clearing cookies, using different

browsers, using different devices, connecting to a VPN or a dynamic IP address can all lead to

Google Analytics falsely counting the same person as multiple users. ████████████████

████████████████████████████████████████.[187] But a page title is like a URL in

that it provides the same, basic information to all consumers; a page title is not private data. ████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████[188]    But there were a number of different things a consumer could sign up for on the

BetterHelp website ████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

186 ██████████████████████
187 ██████
188 ████████████████

█████████████████████████████████████████████████████

███████████████████████████████████████ As noted above, the Google Tag

Manager Terms of Service Agreement (which applies to Google Analytics) requires BetterHelp to

"agree not to . . . upload any data to Google that personally identifies an individual (such as a

name, email address or billing information), or other data which can reasonably linked to such

information by Google, likely to avoid giving any cause to believe the conjectures that Prof. Shafiq

asserts in his opinions. Prof. Shafiq's flawed assumptions about Google do not apply to BetterHelp

in any event, so they are not only unreliable, but also irrelevant.

## X. Prof. Shafiq's Opinion That BetterHelp Somehow Took Actions Allowing Third Parties to Identify Users Across Websites Is Unreliable

106.    Professor Shafiq's assumption that Meta and/or Google develop and use identity

resolution services (or did so using data received from activity on BetterHelp's website) is

unsubstantiated by any evidence (and indeed, he points to none). There is nothing in Prof. Shafiq's

opinions (or in any of the materials I reviewed) suggesting that Prof. Shafiq has any basis to opine

about the existence of any such "identity resolution" practices by Meta or anyone else, and

certainly not involving BetterHelp. Even if Meta or Google did engage in such conduct (though

there is no evidence of that at all) it would not have been with BetterHelp's knowledge or

assistance.[189]

107.    ████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

---

[189] Vaughn Decl. ¶ 14.

[REDACTED]

[REDACTED].

## A. BetterHelp Did Not Provide Third Parties with Custom Identifiers of BetterHelp Users

108.    Like all websites with logins, [REDACTED]

[REDACTED]

[REDACTED].[190]  Facebook issues its own user ID for each of its users (unknown to BetterHelp), Google had its separate analytics client ID cookie for the browser, [REDACTED].[191]  The so-called "identifiers" Prof. Shafiq discusses were specific to Facebook, Google, etc. and not generally interoperable.

109.    This reality alone significantly limits any "tracking across the web" concerns.  A Facebook cookie can track a consumer across sites (including BetterHelp), but such tracking depends on: (1) each consumer's existence of a relationship with Facebook and (2) each consumer's settings on Facebook itself, neither of which has anything to do with BetterHelp and both of which are outside BetterHelp's control.

## B. BetterHelp Did Not Engage in "Fingerprinting," and the At-Issue Data Would Not Have Allowed Google or Meta to Identify Specific Proposed Class Members

110.    Prof. Shafiq claims falsely that Google and Meta can use data from BetterHelp to identify Proposed Class Members.[192]  He claims that Google and Meta can use a combination of Common Digital Information purportedly collected from the BetterHelp website—"IP address and

---

[190] *Id.*
[191] *Id.*
[192] Shafiq Report at ¶¶ 31, 78–79, 82.

user agent (and other distinguishing device properties)"—to create a unique identifier that can "fingerprint" an individual.[193] Putting aside the fact that there is no evidence in this case that Google or Meta engaged in this practice with BetterHelp's knowledge or consent,[194] these claims are incorrect for multiple reasons.

111.    First, empirical research contradicts Prof. Shafiq's claims.  One study demonstrates that so-called browser fingerprints change every 12.8 days on average due to automatic updates, and only 33% remain stable for more than a month.[195]  Other studies detail the mathematical impossibility of long-term tracking.  A 2014 study tracked 470,000 browsers over 3 months and found only 12% remained trackable after 12 weeks.[196]  A 2015 study discovered that, after 30 days, only 5% of users remain reliably trackable.[197]  These studies were conducted before significant changes in internet infrastructure (including widespread consumer adoption of privacy-enhancing tools and the advent of IPv6 temporary addresses) made it even more difficult to track users over time.

112.    In addition, to plausibly engage in "fingerprinting," a website needs to use a specific fingerprinting library or code.  ███████████████████████████████████ ███████████████████████ [198] He has no evidence that BetterHelp itself was collecting all of these different data points and combining them to identify a user by name (and in fact it was not).[199]  He discusses fingerprinting generally and does not provide any specifics to connect it to

---

[193] *Id.* at ¶¶ 31, 82.
[194] Vaughan Decl. ¶ 15.
[195] Laperdrix, P., et al. (2020). "Browser Fingerprinting: A Survey." ACM Computing Surveys, https://dl.acm.org/doi/10.1145/3386040.
[196] Acar, G., et al. (2014). "The Web Never Forgets: Persistent Tracking Mechanisms in the Wild." ACM CCS 2014, https://dl.acm.org/doi/10.1145/2660267.2660347.
[197] Olejnik, Ł., et al. (2015). "The Leaking Battery: A Privacy Analysis of the HTML5 Battery Status API," https://eprint.iacr.org/2015/616.
[198] Vaughan Decl. ¶15.
[198] *Id.*

BetterHelp ███████████████████████████).[200] Again, this is just Common Digital Information that Prof. Shafiq inaccurately (and sensationally) describes as "fingerprinting."

113. 

.[202]

114. Social Media Platforms do not even consider IP addresses to be useful identifiers. This is confirmed by industry documentation: Facebook's Business Help Center acknowledges that Advanced Matching has match rates below 30%, and even with hashed email, match rates rarely exceed 60%.[203] LiveRamp's public materials explain that probabilistic matching (e.g., leveraging IP and device attributes like User Agent) increases false positives and is not suitable for people-based use cases.[204] ███████████████████████████████████████████████████████████████████████████.[205] Prof. Shafiq cites a non-peer reviewed blog post from 2024 in support of his claim, hardly an authoritative source (and which itself is contradicted by actual industry data).[206]

[200] Shafiq Report ¶ 31.
[201] Shafiq Dep. p. 272; *see also* Shafiq Report ¶ 84.
[202] Gómez-Boix, Laperdrix, Baudry, "Hiding in the Crowd: an Analysis of the Effectiveness of Browser Fingerprinting at Large Scale" https://dl.acm.org/doi/pdf/10.1145/3178876.3186097.
[203] Facebook Business Help Center- Advanced Matching, https://www.facebook.com/business/help/611774685654468.
[204] https://docs.liveramp.com/connect/en/probabilistic-matching.html; https://storage.googleapis.com/lr-tech-docs-resources/PDFs/Device-Graph%20Methodologies-%20Deterministic%20vs.%20Probabilistic%20(1).pdf; https://liveramp.com/blog/probabilistic-vs-deterministic/.
[205] Shafiq Dep. p. 237.
[206] Shafiq Report ¶ 31 n.50, https://clearcode.cc/blog/adtech-id-solutions/. But even this non-authoritative blog post contradicts Prof. Shafiq on this point. It notes that in June 2020 Apple required users to *give consent* before allowing apps to pass their device ID to advertisers. It further states that without this ID, advertising technology cannot identify

115.    Prof. Shafiq cites another article, Computer Networking: A Top-Down Approach 7th Edition, that was published in April 2016—before Meta added automatic events to the Meta Pixel, including SubscribedButtonClick, in 2017.[207]  User internet behavior and digital marketing technology have changed significantly since then.  For example, in addition to all the various affirmative ways in which consumers can manage their privacy preferences, more individuals working from home are connected to employer VPNs, as discussed in Section V above.  VPNs further destabilize the imagined connection between IP address and actual location, making the notion of "fingerprinting" even less plausible.[208]

## C.    Prof. Shafiq's Opinion Regarding "Entropy" Is Irrelevant to BetterHelp and Otherwise Unreliable

116.    Prof. Shafiq tosses in an opinion about "entropy," but in addition to being obviously unreliable, it is also irrelevant.  BetterHelp would have no need to use "entropy" or any other means to identify consumers who sign up to use the BetterHelp platform— ██████████████████ ████████████████████████████████████████.[209]  BetterHelp does not sell or share this information with anyone.[210]

117.    What Prof. Shafiq appears to be speculating about is whether companies such as Meta employ entropy on the Common Digital Information shared with them through Pixels to identify specific consumers.  Meta is not a party to this case, but there is no evidence produced by Meta that would suggest it employs entropy.  ████████████████████████████████ ████████████████████████████████████████████████████████████████████

_____

individual users.  Although the blog post is hardly an authoritative source, even lay journalists appear to understand that Prof. Shafiq's claims are not accurate.
[207] Shafiq Report ¶ 14 n.6, Kurose, J. and Ross, K., Computer Networking: A Top-Down Approach, 7th Edition https://www.amazon.com/Computer-Networking-Top-Down-Approach-7th/dp/0133594149.
[208] https://azure.microsoft.com/en-us/resources/cloud-computing-dictionary/what-is-vpn
[209] https://web.archive.org/web/20210307024401/https://www.betterhelp.com/privacy/
[210] https://web.archive.org/web/20210307024401/https://www.betterhelp.com/privacy/

██████████████████████████████████

██████████ .

118.    But in any event, entropy theory is a mathematical quantity used in academic research as a relative measure to quantify more or less information between analogous privacy protocols.  They are not designed to correlate with real quantitative measures of information in real world terms.  In addition, because entropy measures the average uncertainty across all possible outcomes, to the extent it relates to privacy, it could only assess an entire population's **aggregate** privacy risk.[211]  Prof. Shafiq has no basis to assert that entropy theory has any relevance to this case.  His conjecture concerning third parties' so-called potential use of entropy to identify individuals through Common Digital Information is wildly speculative.  It does not apply to BetterHelp.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if called as a witness would testify competently thereto.

Executed on the _15_ day of September, 2025 in Chicago, Illinois.

_____

Ben Zhao

---

[211] *See, e.g.*, Sevgi Arca and Rattikorn Hewett, "Is Entropy Enough for Measuring Privacy?," *2020 International Conference on Computational Science and Computational Intelligence*, 2020, at 1335–40, 1336 (noting that "normalized entropy" formulas "are all average measures therefore they do not provide any information or intuition about the worst case or anonymity values of the individuals in the system. . . . Even though these [entropic methods help us get a sense of anonymity[,] they only provide average estimate and only concern about the uncertainty in the whole table"); Eckersley, P. (2010). "How Unique Is Your Web Browser?" EFF/PETS 2010. https://coveryourtracks.eff.org/static/browser-uniqueness.pdf (calculating that, even with 18.1 bits of entropy, 1 in 286,777 browsers share the same fingerprint).

# Table 1:  IPv6 Privacy Extensions Support (2017–2024)

## Year-by-Year Support and Default Behavior

The tables below summarize, for each year, whether major operating systems **supported** IPv6 temporary addresses (per RFC 4941/8981) and whether this privacy feature was **enabled by default**. A "Yes (On)" indicates the OS both supported privacy (temporary) IPv6 addresses and enabled them by default for outbound connections in that year, whereas "Yes (Off)" means the feature was available but not used by default.

**Table 1 – Windows, macOS, iOS, Android (2017–2024)**  *(Windows 7/8.1, Windows 10, and Windows 11 are shown separately due to differing default behaviors.)*

| Year | Windows 7/8.1 | Windows 10 | Windows 11 | macOS (10.12–14) | iOS (10–17) | Android (7–14) |
|------|---------------|------------|------------|------------------|-------------|----------------|
| 2017 | Yes (On) | Yes (On) | *N/A* (not released) | Yes (On) | Yes (On) | Yes (On) |
| 2018 | Yes (On) – no change | Yes (On) – no change | *N/A* | Yes (On) – no change | Yes (On) – no change | Yes (On) – no change |
| 2019 | Yes (On) – no change | Yes (On) – no change | *N/A* | Yes (On) – no change | Yes (On) – no change | Yes (On) – no change |
| 2020 | Yes (On) – no change | Yes (On) – no change | *N/A* | Yes (On) – no change | Yes (On; added per-network link-local addressing in iOS 14) | Yes (On) – no change |
| 2021 | *EOL1* (Win7) / Yes (On) (Win8.1) | Yes (On) – no change | Yes (On) – **Windows 11 released** (inherits Win10 defaults) | Yes (On) – no change | Yes (On) – no change | Yes (On) – no change |
| 2022 | *EOL1* (Win8.1) | Yes (On) – no change | Yes (On; now uses RFC 7217 stable IID per network) | Yes (On) – no change | Yes (On) – no change | Yes (On) – no change |
| 2023 | – | Yes (On) – no change | Yes (On; per-prefix stable addresses) | Yes (On; macOS 14 adds per-network link- | Yes (On) – no change | Yes (On) – no change |

| Year | Windows 7/8.1 | Windows 10 | Windows 11 | macOS (10.12–14) | iOS (10–17) | Android (7–14) |
|---|---|---|---|---|---|---|
| | | | | local addresses) | | |
| **2024** | – | Yes (On) – no change | Yes (On; temporary addresses still per RFC 4941) | Yes (On) – no change | Yes (On) – no change | Yes (On) – no change |

[1]*EOL: Windows 7 reached end-of-life in Jan 2020, and Windows 8.1 in Jan 2023; no changes in privacy address behavior occurred in their last supported years.*

# Ben Y. Zhao

Neubauer Professor of Computer Science
University of Chicago

ravenben at cs dot uchicago dot edu
JCL 361, University of Chicago
https://people.cs.uchicago.edu/~ravenben

## EDUCATION

**University of California at Berkeley** — **Berkeley, CA**
Ph.D. in Computer Science: advisors John Kubiatowicz and Anthony Joseph — August, 2004
M.S. in Computer Science: advisor Anthony Joseph — December, 2000

**Yale University** — **New Haven, CT**
B.S. in Computer Science — May, 1997
Graduated Cum Laude and Distinction in the Major

## RESEARCH INTERESTS

| | | | |
|---|---|---|---|
| Machine Learning | Human Computer Interaction | Security and Privacy | Internet Measurements |
| Distributed Systems | Mobile and Wireless Networks | Online Social Networks | |

## APPOINTMENTS

**University of Chicago** — **Chicago, IL**
Neubauer Professor of Computer Science — July 2017 — Present

**University of California at Santa Barbara** — **Santa Barbara, CA**
Professor of Computer Science — July 2014 — June 2017
Associate Professor of Computer Science — July 2010 — June 2014
Assistant Professor of Computer Science — July 2004 — June 2010

**Microsoft Research, Cambridge UK** — **Cambridge, UK**
Visiting Researcher — July 2007 — August 2007

**University of California at Berkeley** — **Berkeley, CA**
Graduate Student Researcher — August 1997 — June 2004
Principal architect of the Tapestry structured peer-to-peer network and
founding member of the OceanStore project on highly persistent global-scale storage.

## HONORS AND AWARDS

- **Publications with ~38,000 academic citations, H-Index = 79** (Google Scholar)
- **Distinguished Paper Award**, *ACM CCS 2024* (Generative AI Image detection)
- **TIME AI/100**, *TIME Magazine 100 Most Influential People in AI* (2024)
- **Community Impact Award,** *Concept Art Association*, (Glaze/Nightshade, 2024)
- **MIT Technology Review Innovator of the Year**, PhD Advisee Shawn Shan (2024)
- **MIT Technology Review TR35 Young Innovator Award**, PhD Advisee Shawn Shan (2024)
- **Forbes 30 Under 30 (2024)** for 3 advisees (Shawn Shan, Jenna Cryan, Emily Wenger)
- **Chicago Innovation Award (2023)**, for Glaze
- **TIME Magazine Best Inventions (2023)** - Special Mention, Glaze
- **USENIX Internet Defense Prize (2023)**, Glaze
- **Distinguished Paper Award**, *USENIX Security Symposium 2023* (Glaze)
- **ACM Fellow,** 2021
- **Best Paper Honorable Mention Award**, CHI 2020 (Wearable Microphone Jammer)
- **Best Paper Honorable Mention Award**, CHI 2020 (Detecting Gender Stereotypes)
- **Most Influential Paper Award**, ASPLOS 2018, (OceanStore paper ASPLOS 2000)
- **IEEE Internet Technical Committee, Early Career Award,** 2014

- **Best Practical Paper Award**, *ACM SIGMETRICS 2013*
- **Google Faculty Award,** 2011
- **UCSB Regent Faculty Fellowship**, 2009
- **ComputerWorld Magazine Top IT Innovators under 40**, 2007
- **MIT Technology Review TR-35 (Top 35 Technological Innovators under Age 35)**, 2006
- **NSF Young Faculty Investigator (CAREER) Award**, 2005
- **Best Student Paper Award**, *USENIX Conference on File and Storage Technologies (FAST)*, 2003
- **Best Paper Award**, *ACM MSWiM*, 2001
- **Best Paper Award**, *IEEE Computer Networks*, 2001
- **U. C. Regents Fellowship**, 1998
- **Cum Laude, Distinction in Major and Tau Beta Pi**, Yale University, 1997

## PROFESSIONAL AFFILIATIONS

Member, ***Fellow (2021)***, Association for Computing Machinery (ACM)
Member, ACM SIGOPS, ACM SIGCOMM, ACM SIGSAC
Member of USENIX
Member of IEEE

## PROFESSIONAL ACTIVITIES

### Conference Organization

- **Steering Committee,** IEEE Conference on Secure and Trustworthy Machine Learning (SaTML), 2023-2024
- **Steering Committee,** ACM Workshop on Hot Topics in Networks (HotNets), 2021-2023
- **Program Track Chair: Machine Learning Security**, ACM Conference on Computer and Communications Security (CCS), 2025
- **General (Co-)Chair,** ACM Workshop on Hot Topics in Networks (HotNets), 2020
- **Program (Co-)Chair,** ACM SIGCOMM Internet Measurement Conference (IMC), 2018
- **Program (Co-)Chair,** International World Wide Web Conference (WWW), 2016
- **Steering Committee**: International Symposium on Complex Networks (COMPLEX)
- **Co-founder, Steering Committee:** ACM Conference on Online Social Networks (COSN)
- **Program Track Chair: Social Networks and Graph Analysis,** International World Wide Web Conference (WWW), 2013
- **Program Co-Chair,** SIGCOMM Workshop on Online Social Networks (WOSN), 2012
- **Program Co-Chair,** IEEE Conference on Peer-to-Peer Computing (P2P), 2010
- **Global Chair**, European Conference on Parallel Processing (Euro-Par) Topic 7, 2009
- **Steering Committee**, International Workshop on Peer-To-Peer Systems (IPTPS), 2007 - 2010
- **Program Co-Chair**, International Workshop on Peer-To-Peer Systems (IPTPS), 2006

### Selected Technical Program Committees

- **ACM Conference on Computer and Communications Security (CCS)**, 2021 – 2025
- **IEEE Symposium on Security and Privacy (*Oakland*)**, 2015, 2016, 2021, 2022, 2025, 2026
- **NeurIPS Area Chair**, 2023, 2024, 2025
- **ACM SIGCOMM**, 2019 (Heavy), 2020 (Extended), 2023

- **ACM/USENIX Symposium on Networked Systems, Design and Implementation (*NSDI*),** 2014, 2020 (Heavy), 2022, 2023
- **ACM SIGCOMM Internet Measurement Conference (*IMC*),** 2012, 2013, 2015, 2016, 2018-2020, 2022, 2023
- **ACM SIGOPS Workshop on Hot Topics in Systems *(HotOS)*,** 2021
- **ACM International Conference on Web Search and Data Mining (*WSDM*),** 2013, 2017-2018, (Senior TPC) 2019-2020
- **AAAI Conference on Weblogs and Social Media (*ICWSM*),** 2015-2019 (Senior PC), 2014
- **Privacy Enhancing Technologies Symposium (*PETS*),** 2019
- **The International World Wide Web Conference (*WWW*),** 2012 – 2019
- **ACM *CoNEXT*,** 2011, 2016, 2018
- **ACM 9th Workshop on Hot Topics in Networks (*HotNets*),** 2010, 2018
- **European Symposium on Research in Computer Security (*ESORICS*),** 2016, 2017
- **ACM/IFIP/USENIX International Middleware Conference (*Middleware*),** 2010, 2011, 2017
- **USENIX Workshop on Hot Topics in Cloud Computing (*HotCloud*),** 2013, 2016
- **Passive and Active Measurements Conference (*PAM*),** 2016
- **ACM Symposium on Cloud Computing (*SOCC*),** 2015
- **ACM Web Science Conference (*WebSci*),** 2014
- **ACM Conference on Online Social Networks (*COSN*),** 2013, 2014, 2015
- **IEEE Annual Conference on Computer Communications (*INFOCOM*),** 2008, 2009, 2010, 2013
- **ACM SIGCOMM International Workshop on Online Social Networks (*WOSN*),** 2010, 2012
- **IEEE Conference on Peer-to-Peer Computing (*P2P*),** 2009, 2010, 2012
- **IEEE Int'l Conference on Distributed Computing Systems (*ICDCS*),** 2005-07, 2009, 2010, 2013
- **International Workshop on Peer-to-Peer Systems (*IPTPS*),** 2005, 2006

**Journals**

- **Associate Editor,** ACM Transactions on the Web, 2017 — 2019.
- **Guest Editor**, Journal of Advances in Multimedia, Special Issue: "Towards Next-Generation Peer-to-Peer Services," Hindawi, 2007.
- **Guest Editor**, Concurrency and Computation: Practice and Experience, Special Issue: "Recent Advances in Peer-to-Peer Systems and Security," Wiley, 2007.

**Other Appointments**
- National Science Foundation (NSF) Invited Proposal Funding Panelist
  - CNS Panel: CISE Core, 2005-08, 2011-15
  - CNS Panel: CISE Cross-cutting, 2005, 2009-11, 2013, 2014, 2017-2022, 2025
  - CNS Panel: CAREER, 2006, 2007, 2012, 2019-2022, 2024-2025
- Judge for MIT Technology Review Young Innovators (TR-35): 2008, 2010-11, 2013-2025

# REFEREED PUBLICATIONS

_____ *denotes equal contribution, co-first authors*

1. "On the Feasibility of Poisoning Text-to-Image AI Models via Adversarial Mislabeling." Stanley Wu, Ronik Bhaskar, Anna Yoo-Jeong Ha, Shawn Shan, Haitao Zheng, Ben Y. Zhao. Proceedings of *ACM Conference on Computer and Communications Security (CCS)*, Taipei, Taiwan, October 2025.

2. "Somesite I Used to Crawl: Awareness, Agency and Efficacy in Protecting Content Creators from AI Crawlers." Enze Liu, Elisa Luo, Shawn Shan, Geoffrey M. Voelker, Ben Y. Zhao, and Stefan Savage. Proceedings of *ACM Internet Measurement Conference (IMC)*, Madison, WI, October 2025.

3. "Understanding Implosion in Text-to-Image Generative Models." Wenxin Ding, Cathy Yuanchen Li, Shawn Shan, Ben Y. Zhao, and Haitao Zheng. Proceedings of *ACM Conference on Computer and Communications Security (CCS)*, Salt Lake City, UT, October 2024.

4. "Organic or Diffused: Can We Distinguish Human Art from AI-generated Images?" <u>Anna Yoo Jeong Ha</u>, <u>Josephine Passananti</u>, Ronik Bhaskar, Shawn Shan, Reid Southen, Haitao Zheng, and Ben Y. Zhao. Proceedings of *ACM Conference on Computer and Communications Security (CCS)*, Salt Lake City, UT, October 2024.
   **Distinguished Paper Award.**

5. "Nightshade: Prompt-Specific Poisoning Attacks on Text-to-Image Generative Models." Shawn Shan, Wenxin Ding, Josephine Passananti, Stanley Wu, Haitao Zheng, Ben Y. Zhao. Proceedings of the *45th IEEE Symposium on Security and Privacy (IEEE S&P)*, San Francisco, CA , May 2024.

6. "Towards Scalable and Robust Model Versioning." Wenxin Ding, Arjun Nitin Bhagoji, Ben Y. Zhao, Haitao Zheng. Proceedings of *IEEE Conference on Secure and Trustworthy Machine Learning (SaTML)*, Toronto Canada, April 2024.

7. "Can Virtual Reality Protect Users from Keystroke Inference Attacks?" Zhuolin Yang, Zain Sarwar, Iris Hwang, Ronik Bhaskar, Ben Y. Zhao, Haitao Zheng. Proceedings of *USENIX Security Symposium (USENIX Security)*, Philadelphia, PA, August 2024.

8. "Data Isotopes for Data Provenance in DNNs." Emily Wenger, Xiuyu Li, Ben Y. Zhao, and Vitaly Shmatikov. Proceedings of *Privacy Enhancing Technologies Symposium (PETS)*, Bristol UK, July 2024.

9. "Characterizing the Optimal 0−1 Loss for Multi-class Classification with a Test-time Attacker." <u>Sihui Dai</u>, <u>Wenxin Ding</u>, Arjun Nitin Bhagoji, Daniel Cullina, Haitao Zheng, Ben Y. Zhao, Prateek Mittal. Proceedings of 37th *Conference on Neural Information Processing Systems (NeurIPS)*, New Orleans, December 2023. **Spotlight Paper.**

10. "Glaze: Protecting artists from style mimicry by text-to-image models." Shawn Shan, Jenna Cryan, Emily Wenger, Haitao Zheng, Rana Hanocka, Ben Y. Zhao. Proceedings of *USENIX Security Symposium (USENIX Security)*, Anaheim CA, August 2023.
    **Distinguished Paper Award.**
    **Winner: USENIX Internet Defense Prize (2023).**

11. "Towards a General Video-based Keystroke Inference Attack." Zhuolin Yang,, Yuxin Chen, Zain Sarwar, Hadleigh Schwartz, Ben Y. Zhao, Haitao Zheng. Proceedings of *USENIX Security Symposium (USENIX Security)*, Anaheim CA, August 2023.

12. "'My face, my rules': Enabling Personalized Protection against Unacceptable Face Editing." Zhujun Xiao, Jenna Cryan, Yuanshun Yao, Yi Hong Gordon Cheo, Yuanchao Shu, Stefan Saroiu, Ben Y. Zhao, Haitao Zheng. Proceedings of *Privacy Enhancing Technologies Symposium (PETS)*, Lausanne, Switzerland, July 2023

13. "SoK: Anti-Facial Recognition Technology." Emily Wenger, Shawn Shan, Haitao Zheng, and Ben Y. Zhao. Proceedings of *44th IEEE Symposium on Security and Privacy (Oakland)*, San Francisco CA, May 2023.

14. "Finding Naturally Occurring Physical Backdoors in Image Datasets." Emily Wenger, Roma Bhattacharjee, Arjun Bhagoji, Josephine Passananti, Emilio Andere, Haitao Zheng, Ben Y. Zhao. Proceedings of *the 36th Conference on Neural Information Processing Systems (NeurIPS),* New

Orleans LA, December 2022.

15. "Understanding Robust Learning through the Lens of Representation Similarities." Christian Cianfarani, Arjun Nitin Bhagoji, Vikash Sehwag, Ben Y. Zhao, Prateek Mittal, and Haitao Zheng. Proceedings of *the 36th Conference on Neural Information Processing Systems (NeurIPS),* New Orleans LA, December 2022.

16. "Post-breach Recovery: Protection against White-box Adversarial Examples for Leaked DNN Models." Shawn Shan, Wenxin Ding, Emily Wenger, Haitao Zheng, and Ben Y. Zhao. Proceedings of *29th ACM Conference on Computer and Communications Security (CCS)*, Los Angeles, CA, November 2022.

17. "Poison Forensics: Traceback of Targeted Data Poisoning Attacks in Neural Networks." Shawn Shan, Arjun Nitin Bhagoji, Haitao Zheng, and Ben Y. Zhao. Proceedings of *USENIX Security Symposium (USENIX Security)*, Boston, MA, August 2022.

18. "Blacklight: Scalable Defense for Neural Networks against Query-Based Black-Box Attacks." Huiying Li, Shawn Shan, Emily Wenger, Jiayun Zhang, Haitao Zheng, and Ben Y. Zhao. Proceedings of *USENIX Security Symposium (USENIX Security)*, Boston, MA, August 2022.

19. "'Hello, It's Me': Deep Learning-based Speech Synthesis Attacks in the Real World." Emily Wenger, Max Bronckers, Christian Cianfarani, Jenna Cryan, Angela Sha, Haitao Zheng, and Ben Y. Zhao. Proceedings of *ACM Conference on Computer and Communications Security (CCS)*, Seoul, South Korea, November 2021.

20. "Patch-based Defenses against Web Fingerprinting Attacks." Shawn Shan, Arjun Nitin Bhagoji, Haitao Zheng, and Ben Y. Zhao. Proceedings of *14th ACM Workshop on Artificial Intelligence and Security (AISec)*, Seoul, South Korea, November 2021.

21. "Towards Performance Clarity of Edge Video Analytics." Zhujun Xiao, Zhengxu Xia, Heather Zheng, Ben Y. Zhao, Junchen Jiang. Proceedings of *ACM/IEEE Symposium on Edge Computing (SEC)*, San Jose, December 2021.

22. "Backdoor Attacks Against Deep Learning Systems in the Physical World." Emily Wenger, Josephine Passanati, Arjun Nitin Bhagoji, Yuanshun Yao, Haitao  Zheng, Ben Y. Zhao. Proceedings of *IEEE Computer Vision and Pattern Recognition (CVPR)*, June 2021.

23. "User Authentication via Electrical Muscle Stimulation." Yuxin Chen, Zhuolin Yang, Ruben Abbou, Pedro Lopes, Ben Y. Zhao, Haitao Zheng. Proceedings of *ACM CHI Conference on Human Factors in Computing Systems (CHI)*, Yokohama Japan, April 2021.

24. "Trimming Mobile Applications for Bandwidth-Challenged Networks in Developing Regions." Qinge Xie, Qingyuan Gong, Xinlei He, Yang Chen, Xin Wang, Haitao Zheng, Ben Y. Zhao. *IEEE Transactions on Mobile Computing (TMC),* 2021

25. "On Migratory Behavior in Video Consumption." Huan Yan, Haohao Fu, Yong Li, Tzu-Heng Lin, Gang Wang, Haitao Zheng, Depeng Jin, Ben Y. Zhao. *IEEE Transactions on Network and Service Management, Vol 18, No 2, Pgs 1775-1788*, 2021

26. "Gotta Catch'em All: Using Honeypots to Catch Adversarial Attacks on Neural Networks." Shawn Shan, Emily Wenger, Bolun Wang, Bo Li, Haitao Zheng, Ben Y. Zhao. Proceedings of *ACM Conference on Computer and Communications Security (CCS)*, Orlando, FL, November 2020.

27. "Deep Graph Convolution Networks for Incident-driven Traffic Speed Prediction." Qinge Xie, Tiancheng Guo, Yang Chen, Yu Xiao, Xin Wang, Ben Y. Zhao. Proceedings of the *29th ACM International Conference on Information and Knowledge Management (CIKM)*, Galway Ireland, October 2020.

28. "Fawkes: Protecting Personal Privacy against Unauthorized Deep Learning Models." <u>Shawn Shan, Emily Willson</u>, Jiayun Zhang, Huiying Li, Haitao Zheng, Ben Y. Zhao. Proceedings of *USENIX Security Symposium (USENIX Security)*, Boston, MA, August 2020.

29. "Detecting Gender Stereotypes: Evaluation and Integration of Lexicon and Supervised Learning." <u>Jenna Cryan, Shiliang Tang</u>, Xinyi Zhang, Miriam Metzger, Haitao Zheng, Ben Y. Zhao. Proceedings of *ACM CHI Conference on Human Factors in Computing Systems*, Honolulu, HI, April 2020. <span style="color:red">**Best Paper Honorable Mention Award.**</span>

30. "Wearable Microphone Jamming." <u>Yuxin Chen, Huiying Li, Shan-Yuan Teng</u>, Steven Nagels, Zhijing Li, Pedro Lopes, Ben Y. Zhao, Haitao Zheng. Proceedings of *ACM CHI Conference on Human Factors in Computing Systems*, Honolulu, HI, April 2020. <span style="color:red">**Best Paper Honorable Mention Award.**</span>

31. "Et Tu Alexa? When Commodity WiFi Devices Turn into Adversarial Motion Sensors." Yanzi Zhu, Zhujun Xiao, Yuxin Chen, Zhijing Li, Max Liu, Ben Y. Zhao, and Haitao Zheng. Proceedings of *Network and Distributed System Security Symposium (NDSS)*, San Diego, CA, February 2020.

32. "Latent Backdoor Attacks on Deep Neural Networks." Yuanshun Yao, Huiying Li, Haitao Zheng and Ben Y. Zhao. Proceedings of *ACM Conference on Computer and Communications Security (CCS)*, London, UK, November 2019.

33. "Safely and Automatically Updating In-Network ACL Configurations with Intent Language." <u>Bingchuan Tian, Xinyi Zhang</u>, Ennan Zhai, Hongqiang Harry Liu, Qiaobo Ye, Chunsheng Wang, Xin Wu, Zhiming Ji, Yihong Sang, Ming Zhang, Da Yu, Chen Tian, Haitao Zheng, Ben Y. Zhao. Proceedings of *ACM SIGCOMM*, Beijing China, August 2019.

34. "Scaling Deep Learning Models for Spectrum Anomaly Detection." Zhijing Li, Zhujun Xiao, Bolun Wang, Ben. Y. Zhao and Haitao Zheng. Proceedings of *20th ACM International Symposium on Mobile Ad Hoc Networking and Computing (MobiHoc)*, Catania Italy, July 2019.

35. "Neural Cleanse: Identifying and Mitigating Backdoor Attacks in Neural Networks." Bolun Wang, Yuanshun Yao, Shawn Shan, Huiying Li, Bimal Viswanath, Haitao Zheng and Ben Y. Zhao. Proceedings of *40th IEEE Symposium on Security and Privacy (Oakland)*, San Francisco CA, May 2019.

36. "Towards Understanding the Adoption and Social Experience of Digital Wallet Systems." Shiliang Tang, Ziming Wu, Xinyi Zhang, Gang Wang, Xiaojuan Ma, Haitao Zheng and Ben Y. Zhao. Proceedings of *Hawaii International Conference on System Sciences (HICSS)*, Maui HI, January 2019.

37. "Predictive Analysis in Network Function Virtualization." Zhijing Li, Zihui Ge, Ajay Mahimkar, Jia Wang, Ben Y. Zhao, Haitao Zheng, Joanne Emmons, and Laura Ogden. Proceedings of the *18th ACM SIGCOMM Internet Measurement Conference (IMC)*, Boston MA, November 2018.

38. "Understanding Motivations behind Inaccurate Check-ins." Fengli Xu, Guozhen Zhang, Jiaxin Huang, Yong Li, Diyi Yang, Ben Y. Zhao, and Fanchao Meng. Proceedings of *21st ACM conference on Computer-Supported Cooperative Work and Social Computing (CSCW)*, Jersey City, NJ, November 2018.

39. "Gender Bias in the Job Market: a Longitudinal Analysis." Shiliang Tang, Xinyi Zhang, Jenna Cryan, Miriam Metzger, Haitao Zheng and Ben Y. Zhao. Proceedings of *21st ACM conference on Computer-Supported Cooperative Work and Social Computing (CSCW)*, Jersey City, NJ, November 2018.

40. "With Great Training Comes Great Vulnerability: Practical Attacks against Transfer Learning." Bolun Wang, Yuanshun Yao, Bimal Viswanath, Haitao Zheng and Ben Y. Zhao. Proceedings of *27th USENIX Security Symposium (USENIX Security)*, Baltimore, MD, August 2018.

41. "Ghost Riders: Sybil Attacks on Crowdsourced Mobile Mapping Services." Gang Wang, Bolun Wang, Tianyi Wang, Ana Nika, Haitao Zheng, and Ben Y. Zhao. *ACM/IEEE Transactions on Networking, Vol. 26, Issue 3, Pgs. 1123–1136,* June 2018.

42. "Benefits of Browsing? The Prevalence, Nature, and Effects of Profile Consumption Behavior in Social Network Sites." Miriam Metzger, Christo Wilson, and Ben Y. Zhao. *International Communication Association, Journal of Computer-Mediated Communication,* 2018.

43. "Penny Auctions are Predictable: Predicting and profiling user behavior on DealDash." Xinyi Zhang, Shawn Shan, Shiliang Tang, Haitao Zheng and Ben Y. Zhao. Proceedings of *ACM Conference on Hypertext and Social Media (HT)*, Baltimore, MD, July 2018.

44. "DeepCredit: Clickstream-based Model for Loan Risk Prediction in P2P Lending." Zhi Yang, Yusi Zhang, Binghui Guo, Ben Zhao and Yafei Dai. Proceedings of *International AAAI Conference on Web and Social Media (ICWSM)*, Stanford, CA, June 2018.

45. "Adversarial Localization against Wireless Cameras." Zhijing Li, Zhujun Xiao, Yanzi Zhu, Irene Pattarachanyakul, Ben Y. Zhao, Haitao Zheng. Proceedings of 19th *International Workshop on Mobile Computing Systems and Applications (HotMobile)*, Tempe AZ, February 2018.

46. "On Migratory Behavior in Video Consumption." Huan Yan, Tzu-Heng Lin, Gang Wang, Yong Li, Haitao Zheng, Depeng Jin and Ben Y. Zhao. Proceedings of *ACM International Conference on Information and Knowledge Management (CIKM)*, Singapore, November 2017.

47. "Complexity vs. Performance: Empirical Analysis of Machine Learning as a Service." Yuanshun Yao, Zhujun Xiao, Bolun Wang, Bimal Viswanath, Haitao Zheng and Ben Y. Zhao. Proceedings of the *17th ACM SIGCOMM Internet Measurement Conference (IMC)*, London, UK, November 2017.

48. "Automated Crowdturfing Attacks and Defenses in Online Review Systems." Yuanshun Yao, Bimal Viswanath, Jenna Cryan, Haitao Zheng and Ben Y. Zhao. Proceedings of *ACM Conference on Computer and Communications Security (CCS)*, Dallas, TX, October 2017.

49. "Clickstream User Behavior Models." Gang Wang, Xinyi Zhang, Shiliang Tang, Christo Wilson, Haitao Zheng, and Ben Y. Zhao. *ACM Transactions on the Web (TWEB), Vol. 11, No. 4, Article 21,* July 2017.

50. "Value and Misinformation in Collaborative Investing Platforms." Tianyi Wang, Gang Wang, Bolun Wang, Divya Sambasivan, Zengbin Zhang, Xing Li, Haitao Zheng and Ben Y. Zhao. *ACM Transactions on the Web (TWEB), Vol. 11, No. 2,* May 2017.

51. "Towards Practical Spectrum Permits." Ana Nika, Zengbin Zhang, Ben Y. Zhao and Haitao Zheng. *IEEE Transactions on Cognitive Communications and Networking (TCCN), Vol. 3, No. 1*, March 2017.

52. "SecurePost: Verified Group-Anonymity on Social Media." Michael Nekrasov, Daniel Iland, Miriam Metzger, Ben Zhao and Elizabeth Belding. Proceedings of the *7th USENIX Workshop on Free and Open Communications on the Internet (FOCI)*, Vancouver, Canada, August 2017.

53. "Object Recognition and Navigation using a Single Networking Device." Yanzi Zhu, Yuanshun Yao, Ben Y. Zhao and Haitao Zheng. Proceedings of the *15th ACM International Conference on Mobile Systems, Applications, and Services (MobiSys)*, Niagara Falls, NY, June 2017.

54. "Echo Chambers in Investment Discussion Boards." Shiliang Tang, Qingyun Liu, Megan McQueen, Scott Counts, Apurv Jain, Haitao Zheng, and Ben Y. Zhao. Proceedings of the *International AAAI Conference on Web and Social Media (ICWSM)*, Montreal, Canada, May 2017.

55. "Cold Hard E-Cash: Friends and Vendors in the Venmo Digital Payments System." Xinyi Zhang, Shiliang Tang, Yun Zhao, Gang Wang, Haitao Zheng, and Ben Y. Zhao. Proceedings of the

*International AAAI Conference on Web and Social Media (ICWSM)*, Montreal, Canada, May 2017.

56. "A First Look at User Switching Behaviors over Multiple Video Content Providers." Huan Yan, Tzu-Heng Lin, Gang Wang, Yong Li, Haitao Zheng, Depeng Jin, Ben Y. Zhao. Proceedings of the *International AAAI Conference on Web and Social Media (ICWSM)*, Montreal, Canada, May 2017.

57. "Passive Social Interaction in Social Networking Sites." Miriam Metzger, Christo Wilson, Ben Y. Zhao. Proceedings of the *67th Annual International Communication Association Conference (ICA)*, San Diego, CA, May 2017.

58. "Identifying Value in Crowdsourced Wireless Signal Measurements." Zhijing Li, Ana Nika, Xinyi Zhang, Yanzi Zhu, Yuanshun Yao, Ben Y. Zhao and Haitao Zheng. Proceedings of the *26th World Wide Web Conference (WWW)*, Perth, Australia, April 2017.

59. "Trimming the Smartphone Network Stack." Yanzi Zhu, Yibo Zhu, Ana Nika, Ben Y. Zhao, Haitao Zheng. Proceedings of the *15th ACM Workshop on Hot Topics in Networks (HotNets)*, Atlanta, GA, November 2016.

60. "Anatomy of a Personalized Livestreaming System." Bolun Wang, Xinyi Zhang, Gang Wang, Haitao Zheng, Ben Y. Zhao. Proceedings of the *16th ACM SIGCOMM Internet Measurement Conference (IMC)*, Santa Monica, CA, November 2016

61. "Network Growth and Link Prediction Through an Empirical Lens." Qingyun Liu, Shiliang Tang, Xinyi Zhang, Xiaohan Zhao, Ben Y. Zhao and Haitao Zheng. Proceedings of the *16th ACM SIGCOMM Internet Measurement Conference (IMC)*, Santa Monica, CA, November 2016.

62. "Empirical Validation of Commodity Spectrum Monitoring." Ana Nika, Zhijing Li, Yanzi Zhu, Yibo Zhu, Ben Y. Zhao, Xia Zhou, and Haitao Zheng. Proceedings of *ACM Conference on Embedded Networked Sensor Systems (SenSys)*, Stanford, CA, November 2016.

63. "Self-similarity in Social Network Dynamics." Qingyun Liu, Xiaohan Zhao, Walter Willinger, Xiao Wang, Ben Y. Zhao and Haitao Zheng. *ACM Transactions on Modeling and Performance Evaluation of Computing Systems (TOMPECS), Vol. 2, No. 5, Pgs. 1-26*, November 2016.

64. "On the Performance of Cloud Storage Applications with Global Measurement." Guangyuan Wu, Fangming Liu, Haowen Tang, Keke Huang, Qixia Zhang, Zhenhua Li, Ben Y. Zhao, Hai Jin. Proceedings of *ACM/IEEE International Symposium on Quality of Service (IWQoS)*, Beijing, China, June 2016.

65. "Defending against Sybil Devices in Crowdsourced Mapping Services." Gang Wang, Bolun Wang, Tianyi Wang, Ana Nika, Haitao Zheng, Ben Y. Zhao. Proceedings of 14th *ACM International Conference on Mobile Systems, Applications, and Services (MobiSys)*, Singapore, June 2016.

66. "'Will Check-in for Badges': Understanding Bias and Misbehavior on Location-based Social Networks." Gang Wang, Sarita Y. Schoenebeck, Haitao Zheng, Ben Y. Zhao. Proceedings of 10th *International AAAI Conference on Web and Social Media (ICWSM)*, Cologne, Germany, May 2016.

67. "Unsupervised Clickstream Clustering For User Behavior Analysis." Gang Wang, Xinyi Zhang, Shiliang Tang, Haitao Zheng, Ben Y. Zhao. Proceedings of *SIGCHI Conference on Human Factors in Computing Systems (CHI)*, San Jose CA, May 2016.

68. "Exploring Cross-Application Cellular Traffic Optimization with Baidu TrafficGuard." Zhenhua Li, Weiwei Wang, Tianyin Xu, Xin Zhong, Xiang-Yang Li, Yunhao Liu, Christo Wilson, Ben Y. Zhao. Proceedings of 13*th USENIX Symposium on Networked Systems Design and Implementation (NSDI)*, Santa Clara CA, March 2016.

69. "The Power of Comments: Fostering Social Interactions in Microblog Networks." Tianyi Wang, Yang Chen, Yi Wang, Bolun Wang, Gang Wang, Xing Li, Haitao Zheng, Ben Y. Zhao. *Frontiers of Computer

*Science, Vol. 10, No. 5, Pgs. 889-*907, 2016.

70. "Understanding and Predicting Data Hotspots in Cellular Networks." Ana Nika, Asad Ismail, Ben Y. Zhao, Sabrina Gaito, Gian Paolo Rossi, Haitao Zheng. *Mobile Networks and Applications, Vol. 21,* December 2015.

71. "Towards Graph Watermarks." Xiaohan Zhao, Qingyun Liu, Haitao Zheng and Ben Y. Zhao. Proc. of 3rd *ACM Conference on Online Social Networks (COSN)*, Stanford, CA, November 2015.

72. "Process-driven Analysis of Dynamics in Online Social Interactions." Zhi Yang, Jilong Xue, Christo Wilson, Ben Y. Zhao, and Yafei Dai. Proc. of 3rd *ACM Conference on Online Social Networks (COSN)*, Stanford, CA, November 2015.

73. "Practical 60GHz Mobile Radar." Yanzi Zhu, Yibo Zhu, Ben Y. Zhao and Haitao Zheng. Proc. of *21st Annual International Conference on Mobile Computing and Networking (MOBICOM)*, Paris, France, September 2015.

74. "Packet-Level Telemetry in Large Datacenter Networks." Yibo Zhu, Nanxi Kang, Jiaxin Cao, Albert Greenberg, Guohan Lu, Ratul Mahajan, Dave Maltz, Lihua Yuan, Ming Zhang, Haitao Zheng, Ben Y. Zhao. Proc. of *ACM SIGCOMM*, London, UK, August 2015.

75. "Practical Conflict Graphs in the Wild." Xia Zhou, Zengbin Zhang, Gang Wang, Xiaoxiao Yu, Ben Y. Zhao and Haitao Zheng. *ACM/IEEE Transactions on Networking (ToN), Vol 23, No. 3, Pgs 824–835,* June 2015.

76. "Energy and Performance of Smartphone Radio Bundling in Outdoor Environments." Ana Nika, Yibo Zhu, Ning Ding, Abhilash Jindal, Y. Charlie Hu, Xia Zhou, Ben Y. Zhao and Haitao Zheng. Proc. of the *24th International World Wide Web Conference (WWW)*, Florence, Italy, May 2015.

77. "60GHz Mobile Imaging Radar." Yibo Zhu, Yanzi Zhu, Zengbin Zhang, Ben Y. Zhao, Haitao Zheng. Proceedings of *16th Workshop on Mobile Computing Systems and Applications (HotMobile)*, Santa Fe, NM, February 2015.

78. "Crowds on Wall Street: Extracting Value from Collaborative Investing Platforms." Gang Wang, Tianyi Wang, Bolun Wang, Divya Sambasivan, Zengbin Zhang, Haitao Zheng, Ben Y. Zhao. Proceedings of *18th ACM conference on Computer-Supported Cooperative Work and Social Computing (CSCW)*, Vancouver BC, Canada, March 2015.

79. "Whispers in the Dark: Analysis of an Anonymous Social Network." Gang Wang, Bolun Wang, Tianyi Wang, Ana Nika, Haitao Zheng, Ben Y. Zhao. Proceedings of the *14th ACM SIGCOMM Internet Measurement Conference (IMC)*, Vancouver BC, Canada, November 2014.

80. "Towards Commoditized Real-time Spectrum Monitoring." Ana Nika, Zengbin Zhang, Xia Zhou, Ben Y. Zhao, Haitao Zheng. Proceedings of *First ACM Workshop on Hot Topics in Wireless (HotWireless)*, Maui, HI, September 2014.

81. "Cutting the Cord: a Robust Wireless Facilities Network for Data Centers." Yibo Zhu, Xia Zhou, Zengbin Zhang, Lin Zhou, Amin Vahdat, Ben Y. Zhao, Haitao Zheng. Proceedings of *20th Annual International Conference on Mobile Computing and Networking (MOBICOM)*, Maui, HI, Sept. 2014.

82. "Demystifying 60GHz Outdoor Picocells." Yibo Zhu, Zengbin Zhang, Zhinous Marzi, Chris Nelson, Upamanyu Madhow, Ben Y. Zhao, Haitao Zheng. Proceedings of *20th Annual International Conference on Mobile Computing and Networking (MOBICOM)*, Maui, HI, September 2014.

83. "Understanding Data Hotspots in Cellular Networks." Ana Nika, Asad Ismail, Ben Y. Zhao, Sabrina Gaito, Haitao Zheng. Proceedings of the *10th International Conference on Heterogeneous Networking for Quality, Reliability, Security and Robustness (QShine)*, Rhodes, Greece, August 2014.

84. "Man vs. Machine: Practical Adversarial Detection of Malicious Crowdsourcing Workers." Gang Wang, Tianyi Wang, Haitao Zheng, Ben Y. Zhao. Proceedings of the *23rd USENIX Security Symposium (Usenix Security)*, San Diego, CA, August 2014.

85. "Link and Triadic Closure Delay: Temporal Metrics for Social Network Dynamics." Matteo Zignani, Sabrina Gaito, Gian Paolo Rossi, Xiaohan Zhao, Haitao Zheng, Ben Y. Zhao. Proceedings of *8th AAAI International Conference on Weblogs and Social Media (ICWSM)*, Ann Arbor, MI, June 2014.

86. "On the Embeddability of Random Walk Distances." Xiaohan Zhao, Adelbert Chang, Atish Das Sarma, Haitao Zheng and Ben Y. Zhao. Proceedings of *the VLDB Endowment, Vol. 6, No. 14*. Presentation at the *40th International Conference on Very Large Data Bases (VLDB/PVLDB)*, Hangzhou, China, September, 2014.

87. "Uncovering Social Network Sybils in the Wild." Zhi Yang, Christo Wilson, Xiao Wang, Tingting Gao, Ben Y. Zhao and Yafei Dai. *To appear: ACM Transactions on Knowledge Discovery from Data (TKDD), Vol. 8, No. 1,* February 2014.

88. "Preserving Location Privacy in Geo-Social Applications." Krishna P. N. Puttaswamy, Shiyuan Wang, Troy Steinbauer, Divyakant Agrawal, Amr El Abbadi, Christopher Kruegel and Ben Y. Zhao. *IEEE Transactions on Mobile Computing, Vol. 13, No. 1, Pgs 159—173,* January 2014.

89. "Efficient Batched Synchronization in Dropbox-like Cloud Storage Services." Zhenhua Li, Christo Wilson, Zhefu Jiang, Yao Liu, Ben Zhao, Cheng Jin, Zhi-Li Zhang and Yafei Dai. Proceedings of ACM International Middleware Conference (Middleware), Beijing, China, December, 2013.

90. "On the Validity of Geosocial Mobility Traces." Zengbin Zhang, Lin Zhou, Xiaohan Zhao, Gang Wang, Yu Su, Miriam Metzger, Haitao Zheng and Ben Y. Zhao. Proceedings of ACM Workshop on Hot Topics in Networks (HotNets-XII), College Park, MD, November, 2013.

91. "Understanding Latent Interactions in Online Social Networks." Jing Jiang, Christo Wilson, Xiao Wang, Wenpeng Sha, Peng Huang, Yafei Dai and Ben Y. Zhao. *ACM Transactions on the Web (TWEB), Vol. 7, No. 4,* October 2013.

92. "Follow the Green: Growth and Dynamics in Twitter Follower Markets." Gianluca Stringhini, Gang Wang, Manuel Egele, Christopher Kruegel, Giovanni Vigna, Haitao Zheng, Ben Y. Zhao. Proceedings of the 13th *ACM SIGCOMM Internet Measurement Conference (IMC),* Barcelona, Spain, October 2013.

93. "You are How You Click: Clickstream Analysis for Sybil Detection." Gang Wang, Tristan Konolige, Christo Wilson, Xiao Wang, Haitao Zheng and Ben Y. Zhao. Proceedings of the *22nd USENIX Security Symposium (USENIX Security)*, Washington, DC, August 2013.

94. "Practical Conflict Graphs for Dynamic Spectrum Distribution." Xia Zhou, Zengbin Zhang, Gang Wang, Xiaoxiao Yu, Ben Y. Zhao and Haitao Zheng. Proceedings of *ACM International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS)*, Pittsburgh, PA, June 2013. **Best Practical Paper Award.**

95. "Wisdom in the Social Crowd: an Analysis of Quora." Gang Wang, Konark Gill, Manish Mohanlal, Haitao Zheng and Ben Y. Zhao. Proceedings of *The 22nd International World Wide Web Conference (WWW)*, Rio de Janeiro, Brazil, May 2013.

96. "Social Turing Tests: Crowdsourcing Sybil Detection." Gang Wang, Manish Mohanlal, Christo Wilson, Xiao Wang, Miriam Metzger, Haitao Zheng and Ben Y. Zhao. Proceedings of the 20th *Network & Distributed System Security Symposium (NDSS)*, San Diego, CA, February 2013.

97. "The Effectiveness of Opportunistic Spectrum Access: A Measurement Study." Vinod Kone, Lei Yang, Xue Yang, Ben Y. Zhao and Haitao Zheng. *ACM/IEEE Transactions on Networking,* Vol. 20, Number

6, Pgs. 2005-2016, December 2012.

98. "Multi-scale Dynamics in a Massive Online Social Network." Xiaohan Zhao, Alessandra Sala, Christo Wilson, Xiao Wang, Sabrina Gaito, Haitao Zheng and Ben Y. Zhao. Proceedings of the 12th *ACM SIGCOMM Internet Measurement Conference (IMC),* Boston, MA, November 2012.

99. "Beyond Social Graphs: User Interactions in Online Social Networks and their Implications." Christo Wilson, Alessandra Sala, Krishna P. N. Puttaswamy, and Ben Y. Zhao. *ACM Transactions on the Web (TWEB),* Vol. 6, No. 4, Article 17, November 2012.

100. "On the Bursty Evolution of Online Social Networks." Sabrina Gaito, Matteo Zignani, Gian Paolo Rossi, Alessandra Sala, Xiaohan Zhao, Xiao Wang, Haitao Zheng and Ben Y. Zhao. Proceedings of *ACM KDD HotSocial Workshop*, Beijing, China, August 2012.

101. "Mirror Mirror on the Ceiling: Flexible Wireless Links for Data Centers." Xia Zhao, Zengbin Zhang, Yibo Zhu, Yubo Li, Saipriya Kumar, Amin Vahdat, Ben Y. Zhao and Haitao Zheng. Proceedings of *ACM SIGCOMM*, Helsinki, Finland, August 2012.

102. "Shortest Paths in Less Than a Millisecond." Rachit Agarwal, Matthew Caesar, P. Brighten Godfrey and Ben Y. Zhao. Proceedings of *SIGCOMM Workshop on Online Social Networks (WOSN)*, Helsinki, Finland, August 2012.

103. "Enforcing Dynamic Spectrum Access with Spectrum Permits." Lei Yang, Zengbin Zhang, Ben Y. Zhao, Christopher Kruegel and Haitao Zheng. Proceedings of the *13th International Symposium on Mobile Ad Hoc Networking and Computing (MobiHoc)*, Hilton Head Island, SC, June 2012.

104. "Measurement-based Design of Roadside Content Delivery Systems." Vinod Kone, Haitao Zheng, Ant Rowstron, Greg O'Shea and Ben Y. Zhao. *IEEE Transactions on Mobile Computing*, Vol. 12, Number 6, Pgs. 1160-1173, June 2012. **Featured Spotlight Paper.**

105. "Invisible Interactions: What Latent Social Interaction Can Tell Us about Social Relationships in Social Networking Sites." Miriam Metzger, Christo Wilson, Rebekah Pure, Ben Y. Zhao. Proceedings of the *International Communication Association Conference (ICA),* Phoenix, AZ, May 2012.

106. "Serf and Turf: Crowdturfing for Fun and Profit." Gang Wang, Christo Wilson, Xiaohan Zhao, Yibo Zhu, Manish Mohanlal, Haitao Zheng and Ben Y. Zhao. Proceedings of *The 21st International World Wide Web Conference (WWW)*, Lyon, France, April 2012.

107. "3D Beamforming for Wireless Data Centers." Weile Zhang, Xia Zhou, Lei Yang, Zengbin Zhang, Ben Y. Zhao and Haitao Zheng. Proceedings of *10th ACM Workshop on Hot Topics in Networks (HotNets-X)*, Cambridge, MA, November 2011.

108. "Efficient Shortest Paths on Massive Social Graphs." Xiaohan Zhao, Alessandra Sala, Haitao Zheng and Ben Y. Zhao. (Invited Paper) Proceedings of *7th International Conference on Collaborative Computing: Networking, Applications and Worksharing (CollaborateCom)*, Orlando, FL, October 2011.

109. "The Impact of Infostation Density on Vehicular Data Dissemination." Vinod Kone, Haitao Zheng, Antony Rowstron and Ben Y. Zhao. *ACM Mobile Networking and Applications (MONET)*, No. 16, Pgs. 807-819, 2011.

110. "Scaling Microblogging Services with Divergent Traffic Demands." Tianyin Xu, Yang Chen, Lei Jiao, Ben Zhao, Pan Hui and Xiaoming Fu. Proceedings of the 12th *ACM/IFIP/USENIX International Middleware Conference (Middleware)*, Lisboa, Portugal, December 2011.

111. "Sharing Graphs using Differentially Private Graph Models." Alessandra Sala, Xiaohan Zhao, Christo Wilson, Haitao Zheng and Ben Y. Zhao. Proceedings of the *11th ACM SIGCOMM International*

*Measurement Conference (IMC)*, Berlin, Germany, November 2011.

112. "Uncovering Social Network Sybils in the Wild." Zhi Yang, Christo Wilson, Xiao Wang, Tingting Gao, Ben Y. Zhao and Yafei Dai. Proceedings of the *11th ACM SIGCOMM International Measurement Conference (IMC)*, Berlin, Germany, November 2011.

113. "Silverline: Toward Data Confidentiality in Storage-Intensive Cloud Applications." Krishna P. N. Puttaswamy, Chris Kruegel and Ben Y. Zhao. *Proceedings of The 2nd ACM Symposium on Cloud Computing (SoCC),* Cascais, Portugal, October 2011.

114. "I Am the Antenna: Accurate Outdoor AP Location using Smartphones." Zengbin Zhang, Xia Zhou, Weile Zhang, Yuanyang Zhang, Gang Wang, Ben Y. Zhao, and Haitao Zheng. *Proceedings of The 16th Annual International Conference on Mobile Computing and Networking (MOBICOM)*, Las Vegas, NV, September 2011.

115. "Protector: a Probabilistic Failure Detector for Cost-effective Peer-to-Peer Storage." Zhi Yang, Jian Tian, Wei Chen, Ben Y. Zhao and Yafei Dai. *IEEE Transactions on Parallel and Distributed Systems (TPDS),* Vol. 22, No. 9, Pgs. 1514-1527, September 2011.

116. "Privacy, Availability and Economics in the Polaris Mobile Social Network." Christo Wilson, Troy Steinbauer, Gang Wang, Alessandra Sala, Haitao Zheng and Ben Y. Zhao. *Proceedings of 12th ACM Workshop on Mobile Computing Systems and Applications (HotMobile)*, Phoenix, AZ, March 2011.

117. "AirLab: Consistency, Fidelity and Privacy in Wireless Measurements." Vinod Kone, Mariya Zheleva, Mike Wittie, Ben Y. Zhao, Elizabeth Belding, Haitao Zheng, Kevin Almeroth. *ACM SIGCOMM Computer Communication Review (CCR)*, Vol. 41, No. 1, Pgs. 60-65, January 2011.

118. "Papyrus: A Software Platform for Distributed Dynamic Spectrum Sharing Using SDRs." Lei Yang, Zengbin Zhang, Wei Hou, Ben Y. Zhao, and Haitao Zheng. *ACM SIGCOMM Computer Communication Review (CCR).* Vol. 41, No. 1, Pgs. 32-37, January 2011.

119. "Invisible Interactions: What Latent Social Interaction Can Tell Us about Social Relationships in Social Networking Sites." Miriam Metzger, Christo Wilson, Rebekah Pure, and Ben Y. Zhao. To Appear in *Networked sociability and individualism. Technology for personal and professional relationships*, Editor Francesca Comunello. 2011.

120. "Exploiting Locality of Interest in Online Social Networks." Mike P. Wittie, Veljko Pejovic, Lara Deek, Kevin C. Almeroth and Ben Y. Zhao. Proceedings of the *6th International Conference on emerging Networking EXperiments and Technologies (CoNEXT)*, Philadelphia, PA, December, 2010.

121. "The Design of a Reliable Reputation System." Gayatri Swamynathan, Kevin Almeroth and Ben Y. Zhao. *Electronic Commerce Research Journal, Special Issue on Trust and Privacy Aspects of Electronic Commerce,* Vol. 10, No. 3-4, Pages 239-270, 2010.

122. "Understanding Latent Interactions in Online Social Networks." Jing Jiang, Christo Wilson, Xiao Wang, Peng Huang, Wenpeng Sha, Yafei Dai and Ben Y. Zhao. Proceedings of the *10th ACM SIGCOMM International Measurement Conference (IMC)*, Melbourne, Australia, November, 2010.

123. "Detecting and Characterizing Social Spam Campaigns." Hongyu Gao, Jun Hu, Christo Wilson, Zhichun Li, Yan Chen and Ben Y. Zhao. Proceedings of the *10th ACM SIGCOMM International Measurement Conference (IMC)*, Melbourne, Australia, November, 2010.

124. "On the Feasibility of Effective Opportunistic Spectrum Access." Vinod Kone, Lei Yang, Xue Yang, Ben Y. Zhao and Haitao Zheng. Proceedings of the *10th ACM SIGCOMM International Measurement Conference (IMC)*, Melbourne, Australia, November, 2010.

125. "The Spaces Between Us: Setting and Maintaining Boundaries in Wireless Spectrum Access." Lei Yang, Ben Y. Zhao, and Haitao Zheng. Proceedings of the *16th Annual International Conference on*

*Mobile Computing and Networking (MOBICOM)*, Chicago IL, September, 2010.

126. "Orion: Shortest Path Estimation for Large Social Graphs." Xiaohan Zhao, Alessandra Sala, Christo Wilson, Haitao Zheng and Ben Y. Zhao. Proceedings of the *3rd Workshop on Online Social Networks (WOSN)*, Boston MA, June 2010.

127. "Don't Tread on Me: Moderating Access to OSN Data with SpikeStrip." Christo Wilson, Alessandra Sala, Joseph Bonneau, Robert Zablit and Ben Y. Zhao. Proceedings of the *3rd Workshop on Online Social Networks (WOSN)*, Boston MA, June 2010.

128. "Coexistence-Aware Scheduling for Wireless System-on-a-Chip Devices." Lei Yang, Vinod Kone, Xue Yang, York Liu, Ben Y. Zhao and Haitao Zheng. Proceedings of the *7th IEEE Conference on Sensor, Mesh, and Ad Hoc Communications and Networks (SECON)*, Boston MA, June 2010.

129. "AmazingStore: Available, Low-cost Online Storage Service Using Cloudlets." Zhi Yang, Ben Y. Zhao, Yuanjian Xing, Song Ding, Feng Xiao and Yafei Dai. Proceedings of the *9th International Workshop on Peer-to-Peer Systems (IPTPS)*, San Jose, CA, April 2010.

130. "Measurement-calibrated Graph Models for Social Network Experiments." Alessandra Sala, Lili Cao, Christo Wilson, Robert Zablit, Haitao Zheng and Ben Y. Zhao. Proceedings of the *19th World Wide Web Conference (WWW)*, Raleigh, NC, April 2010.

131. "Supporting Demanding Wireless Applications with Frequency-agile Radios." Lei Yang, Wei Hou, Lili Cao, Ben Y. Zhao and Haitao Zheng. Proceedings of *7th USENIX Symposium on Networked Systems Design and Implementation (NSDI)*, San Jose, CA, April 2010.

132. "On Infostation Density of Vehicular Networks." Vinod Kone, Haitao Zheng, Antony Rowstron and Ben Y. Zhao. Proceedings of *5th Annual International Wireless Internet Conference (WICON),* Singapore, March 2010.

133. "Preserving Privacy in Location-based Mobile Social Applications." Krishna P. N. Puttaswamy and Ben Y. Zhao. Proceedings of *11th Workshop on Mobile Computing Systems and Applications (ACM HotMobile)*, Annapolis, MD, February 2010.

134. "StarClique: Guaranteeing User Privacy in Social Networks Against Intersection Attacks." Krishna P. N. Puttaswamy, Alessandra Sala, and Ben Y. Zhao. Proceedings of *ACM Conference on emerging Networking EXperiments and Technologies (CoNEXT)*, Rome, Italy, December, 2009.

135. "Securing Structured Overlays Against Identity Attacks." Krishna P. N. Puttaswamy, Haitao Zheng and Ben Y. Zhao. *IEEE Transactions on Parallel and Distributed Systems.* October 2009, Vol. 20, No. 10, Pgs. 1487-1498.

136. "User Interactions in Social Networks and their Implications." Christo Wilson, Bryce Boe, Alessandra Sala, Krishna P. N. Puttaswamy and Ben Y. Zhao. Proceedings of *the 4th ACM European Conference on Computer Systems (EuroSys)*, Nuremberg, Germany, April, 2009.

137. "Rome: Performance and Anonymity using Route Meshes." Krishna P. N. Puttaswamy, Alessandra Sala, Omer Egecioglu, and Ben Y. Zhao. Proceedings of *the 28th IEEE International Conference on Computer Communications (INFOCOM), Mini-symposium,* Rio de Janeiro, Brazil, April 2009.

138. "Peer-exchange schemes to handle mismatch in peer-to-peer systems." Tongqing Qiu, Edward Chan, Mao Ye, Guihai Chen, and Ben Y. Zhao. *The Journal of Supercomputing*, April 2009, Vol. 48, No. 1, Pgs. 15-42.

139. "Improving Anonymity using Social Links." Krishna P. N. Puttaswamy, Alessandra Sala, and Ben Y. Zhao. Proceedings of *Fourth IEEE International Workshop on Secure Network Protocols (NPSec 2008)*, Orlando, FL, October 2008.

140. "Defending Anonymity against Predecessor Attacks in Bluemoon." Krishna P. N. Puttaswamy, Alessandra Sala, Christo Wilson, and Ben Y. Zhao. Proceedings of *IEEE International Conference on Network Protocols (ICNP 2008)*, Orlando, FL, October 2008.

141. "Towards Reliable Reputations for Dynamic Networked Systems." Gayatri Swamynathan, Ben Y. Zhao, Kevin C. Almeroth, and S. Rao Jammalamadaka. Proceedings of *IEEE Symposium on Reliable Distributed Systems (SRDS 2008),* Naples, Italy, October 2008.

142. "Probabilistic Failure Detection for Efficient Distributed Storage Maintenance." Jing Tian, Zhi Yang, Wei Chen, Ben Y. Zhao and Yafei Dai. Proceedings of *IEEE Symposium on Reliable Distributed Systems (SRDS 2008),* Naples, Italy, October 2008.

143. "Do Social Networks Improve e-Commerce: a Study on Social Marketplaces." Gayatri Swamynathan, Christo Wilson, Bryce Boe, Kevin C. Almeroth and Ben Y. Zhao. Proceedings of *First SIGCOMM Workshop on Online Social Networks (WOSN 2008),* Seattle, WA, August 2008.

144. "High Throughput Spectrum-aware Routing for Cognitive Radio Based Ad-hoc Networks." Ashwin Sampath, Lei Yang, Lili Cao, Haitao Zheng, and Ben Y. Zhao. Proceedings of *the 3rd International Conference on Cognitive Radio Oriented Wireless Networks and Communications (CROWNCOM 2008),* Singapore, May 2008.

145. "Searching for Rare Objects using Index Replication." Krishna P. N. Puttaswamy, Alessandra Sala and Ben Y. Zhao. Proceedings of *the 27th IEEE International Conference on Computer Communications (INFOCOM)*, Phoenix, AZ, April 2008.

146. "QUORUM-QUality Of service RoUting in wireless Mesh networks." Vinod Kone, Sudipto Das, Ben Y. Zhao and Haitao Zheng. *ACM Mobile Networks and Applications (MONET)*. December 2007, Vol. 12, No. 5-6, Pgs. 358-369.

147. "Towards Location-aware Topology in both Unstructured and Structured P2P Systems." Tongqing Qiu, Edward Chan, Mao Ye, Guihai Chen and Ben Y Zhao. Proceedings of *International Conference on Parallel Processing (ICPP),* XiAn, China, September 2007.

148. "QUORUM - QUality Of service RoUting in wireless Mesh networks." Vinod Kone, Sudipto Das, Ben Y. Zhao and Haitao Zheng. Proceedings of *International Conference on Heterogeneous Networking for Quality, Reliability, Security and Robustness (QShine),* Vancouver, BC, Canada, August 2007.

149. "Multi-channel Jamming Attacks using Cognitive Radios." Ashwin Sampath, Hui Dai, Haitao Zheng and Ben Y. Zhao. Proceedings of the *16th International Conference on Computer Communications and Networks (ICCCN),* Honolulu, HI, August 2007.

150. "Fairness Attacks in the Explicit Control Protocol." Christo Wilson, Chris Coakley and Ben Y. Zhao. Proceedings of *Fifteenth IEEE International Workshop on Quality of Service (IWQoS),* Chicago, IL, June 2007.

151. "Deploying Video-on-Demand Services on Cable Networks." Matthew Allen, Ben Y. Zhao and Rich Wolski. Proceedings of *IEEE International Conference on Distributed Computing Systems (ICDCS),* Toronto, Canada, June 2007.

152. "An Empirical Study of Collusion Behavior in the Maze P2P File-Sharing System." Qiao Lian, Zheng Zhang, Mao Yang, Ben Y. Zhao, Yafei Dai and Xiaoming Li. Proceedings of *IEEE International Conference on Distributed Computing Systems (ICDCS),* Toronto, Canada, June 2007.

153. "A Case for Unstructured Distributed Hash Tables." Krishna P. N. Puttaswamy and Ben Y. Zhao. Proceedings of *IEEE Global Internet Symposium,* Anchorage, AK, May 2007.

154. "Exploring the Feasibility of Proactive Reputations." Gayatri Swamynathan, Ben Y. Zhao and Kevin C. Almeroth. *Wiley Concurrency and Computation: Practice and Experience, Special Issue on Recent*

*Advances in Peer-to-Peer Systems and Security*. May 2007, Vol. 20, No. 2, Pgs. 155-166.

155. "HPTP: Relieving the Tension between ISPs and P2P." Guobin Shen, Ye Wang, Yongqiang Xiong, Ben Y. Zhao and Zhi-Li Zhang. *Proceedings of the 6th International Workshop on Peer-to-Peer Systems (IPTPS),* Bellevue, WA, February 2007.

156. "Scalable Access Control for Web Services." Gayatri Swamynathan, Tyler Close, Sujata Banerjee, Rick McGeer, Ben Y. Zhao and Kevin C. Almeroth. *Proceedings of C5*, Kyoto, Japan, January 2007.

157. "Integrated Data Location in Multi-hop Wireless Networks." Irfan Sheriff, Prashanth Acharya, Ashwin Sampath, Ben Y. Zhao and Elizabeth Belding. *Proceedings of IEEE/Create-Net COMSWARE*, Bangalore, India, January 2007.

158. "Globally Decoupled Reputations for Large Distributed Networks." Gayatri Swamynathan, Ben Y. Zhao, Kevin C. Almeroth and Haitao Zheng. *Hindawi Advances in Multimedia, Special Issue on Towards Next-Generation Peer-to-Peer Services*. Vol. 2007, No. 1, 2007.

159. "Determining Model Accuracy of Network Traces." Almudena Konrad, Ben Y. Zhao, and Anthony D. Joseph. *Elsevier Journal of Computer and System Sciences*. November 2006, Vol. 72, No. 7.

160. "Increasing TCP Throughput with an Enhanced Control Plane." A. Bavier et al. *Proceedings of MILCOM*, Washington, DC, October 2006.

161. "Energy Consumption and Conservation in Mobile Peer-to-Peer Systems." Selim Gurun, Priya Nagpurkar and Ben Y. Zhao. *Proceedings of ACM MobiShare*, Los Angeles, CA, September 2006.

162. "Location Independent Compact Routing for Wireless Networks." Robert Gilbert, Kerby Johnson, Shaomei Wu, Ben Y. Zhao and Haitao Zheng. *Proceedings of ACM MobiShare*, Los Angeles, CA, September 2006.

163. "Collaboration and Fairness in Opportunistic Spectrum Access." Chunyi Peng, Haitao Zheng, and Ben Y. Zhao. *ACM Mobile Networks and Applications (MONET)*. May 2006, Vol. 11, Pgs. 555-576.

164. "Understanding User Behavior in Large Scale Video-on-Demand Systems." Hongliang Yu, Dongdong Zheng, Ben Y. Zhao and Weimin Zheng. *Proceedings of the 1st European Conference on Computer Systems (EuroSys)*, Leuven, Belgium, April 2006.

165. "Parallelizing Skyline Queries for Scalable Distribution." Ping Wu, Caijie Zhang, Ying Feng, Ben Y. Zhao, Divyakant Agrawal and Amr El Abbadi. *Proceedings of the 10th International Conference on Extending Database Technology (EDBT),* Munich, Germany, March 2006.

166. "Exploring the Feasibility of Proactive Reputations." Gayatri Swamynathan, Ben Y. Zhao and Kevin C. Almeroth. *Proceedings of the 5th International Workshop on Peer-to-Peer Systems (IPTPS),* Santa Barbara, CA, February 2006.

167. "Identity Theft Protection in Structured Overlays." Lakshmi Ganesh and Ben Y. Zhao. *Proceedings of the 1st Workshop on Secure Network Protocols (NPSec)*, Boston, MA, November 2005.

168. "Decoupling Service and Feedback Trust in a Peer-to-Peer Reputation System." Gayatri Swamynathan, Ben Y. Zhao and Kevin C. Almeroth. *Proceedings of the 1st International Workshop on Applications and Economics of Peer-to-Peer Systems (AEPP),* Nanjing, China, November 2005.

169. "Z-Ring: Fast Prefix Routing via a Low Maintenance Membership Protocol." Wei Chen, Qiao Lian, Zheng Zhang, Shaomei Wu, and Ben Y. Zhao. *Proceedings of the 13th IEEE International Conference on Network Protocols (ICNP),* Boston, MA, November 2005.

170. "Choosing an Accurate Network Model using Domain Analysis." Almudena Konrad, Ben Y. Zhao and Anthony D. Joseph. *Proceedings of the 1st International Workshop on Performance Modeling in Wired, Wireless, Mobile Networking and Computing*, Fukuoka, Japan, July 2005.

171. "Cashmere: Resilient Anonymous Routing." Li Zhuang, Feng Zhou, Ben Y. Zhao and Antony Rowstron. *Proceedings of the 2nd Symposium on Networked Systems Design and Implementation (NSDI),* Boston, MA, May 2005.

172. "Impact of Neighbor Selection on Performance and Resilience of Structured P2P Networks." Byung-Gon Chun, John Kubiatowicz and Ben Y. Zhao. *Proceedings of the 4th International Workshop on Peer-To-Peer Systems (IPTPS),* Ithaca, NY. February 2005.

173. "Hybrid Overlay Structure Based on Random Walk." Ruixiong Tian, Yongqiang Xiong, Qian Zhang, Bo Li, Ben Y. Zhao and Xing Li. *Proceedings of the 4th International Workshop on Peer-To-Peer Systems (IPTPS),* Ithaca, NY. February 2005.

174. "Deployment of a large scale peer-to-peer social network." Mao Yang, Hua Chen, Ben Y. Zhao, Yafei Dai and Zheng Zhang. *Proceedings of the 1st Workshop on Real, Large Distributed Systems (WORLDS),* San Francisco, CA. December 2004.

175. "Distributed Object Location in a Dynamic Network." Kirsten Hildrum, John D. Kubiatowicz, Satish Rao and Ben Y. Zhao. *Springer-Verlag Theory of Computing Systems*, March 2004, No. 37, Pgs. 405-440.

176. "Rapid Mobility via Type Indirection." Ben Y. Zhao, Ling Huang, Anthony D. Joseph and John D. Kubiatowicz. *Proceedings of the 3rd International Workshop on Peer-to-Peer Systems (IPTPS),* San Diego, CA. February 2004.

177. "Tapestry: A Resilient Global-scale Overlay for Service Deployment." Ben Y. Zhao, Ling Huang, Jeremy Stribling, Sean C. Rhea, Anthony D. Joseph, and John Kubiatowicz. *IEEE Journal on Selected Areas in Communications (JSAC)*. January 2004, Vol. 22, No. 1, Pgs. 41-53.

178. "Exploiting Routing Redundancy via Structured Peer-to-Peer Overlays." Ben Y. Zhao, Ling Huang, Jeremy Stribling, Anthony D. Joseph and John D. Kubiatowicz. *Proceedings of the 11th IEEE International Conference on Network Protocols (ICNP)*. Atlanta, GA. November 2003.

179. "Approximate Object Location and Spam Filtering on Peer-to-Peer Systems." Feng Zhou, Li Zhuang, Ben Y. Zhao, Ling Huang, Anthony Joseph, and John Kubiatowicz. *Proceedings of ACM/IFIP International Conference on Middleware,* Rio de Janeiro, Brazil. June 2003.

180. "A Markov-Based Channel Model Algorithm for Wireless Networks." Almudena Konrad, Ben Y. Zhao, Anthony D. Joseph and Reiner Ludwig. *ACM Baltzer Wireless Networks*, May 2003, Vol. 9, No. 3, Pgs. 189-199.

181. "Towards a Common API for P2P Overlays." Frank Dabek, Ben Y. Zhao, Peter Druschel, Ion Stoica and John Kubiatowicz. *Proceedings of 2nd International Workshop on Peer-to-Peer Systems (IPTPS),* Berkeley, CA. February, 2003.

182. "Pond: The First OceanStore Prototype," Sean Rhea, Patrick Eaton, Dennis Geels, Hakim Weatherspoon, Ben Zhao and John Kubiatowicz. *Proceedings of the 2nd USENIX Conference on File and Storage Technologies,* San Francisco, CA. April 2003. **Best Student Paper Award.**

183. *Future Directions in Distributed Computing*. Editors: Alex Shvartsman, Andre Schiper, Hakim Weatherspoon and Ben Y. Zhao. Springer-Verlag, LNCS 2584, 2003.

184. "Distributed Object Location in a Dynamic Network." Kirsten Hildrum, John D. Kubiatowicz, Satish Rao and Ben Y. Zhao. *Proceedings of the Fourteenth ACM Symposium on Parallel Algorithms and*

*Architectures (SPAA),* Winnipeg, Canada. August 2002.

185. "Locality-aware Mechanisms for Large-scale Networks." Ben Y. Zhao, Anthony Joseph and John Kubiatowicz. *Proceedings of the First Workshop on Future Directions in Distributed Computing (FuDiCo),* Bertinoro, Italy. June 2002.

186. "Brocade: Landmark Routing on Overlay Networks." Ben Y. Zhao, Yitao Duan, Ling Huang, Anthony D. Joseph, and John D. Kubiatowicz. *Proceedings of First International Workshop on Peer-to-Peer Systems (IPTPS),* Cambridge, MA, March 2002.

187. "An Architecture for Secure Wide-Area Service Discovery." Todd D. Hodes, Steven E. Czerwinski, Ben Y. Zhao, Anthony D. Joseph, Randy H. Katz. *ACM Baltzer Wireless Networks*, March 2002, Vol. 8, No. 2-3, Pgs. 213-230.

188. "Maintenance-Free Global Storage in OceanStore." Sean Rhea, Chris Wells, Patrick Eaton, Dennis Geels, Ben Zhao, Hakim Weatherspoon, and John Kubiatowicz. *IEEE Internet Computing,* Sept/Oct 2001, Vol. 5, No. 5, Pgs. 40-49.

189. "A Markov-based Channel Model Algorithm for Wireless Networks." Almudena Konrad, Ben Y. Zhao, Anthony D. Joseph, Reiner Ludwig. *Proceedings of the Fourth ACM International Workshop on Modeling, Analysis and Simulation of Wireless and Mobile Systems (MSWiM),* July, 2001. **Best Paper Award.**

190. "Bayeux: An Architecture for Scalable and Fault-tolerant Wide-Area Data Dissemination." Shelley Q. Zhuang, Ben Y. Zhao, Anthony D. Joseph, Randy H. Katz and John Kubiatowicz. *Proceedings of the Eleventh International Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV),* June, 2001.

191. "The Ninja Architecture for Robust Internet-Scale Systems and Services." Steven D. Gribble, Matt Welsh et, al. *IEEE Computer Networks Special Issue on Pervasive Computing*, March 2001, Vol. 35, No. 4. Best Paper Award.

192. "OceanStore: An Architecture for Global-scale Persistent Storage." John Kubiatowicz et, al. *Proceedings of the Ninth International Conference on Architecture Support for Programming Languages and Operating Systems (ASPLOS),* November, 2000.

193. "ICEBERG: An Internet-core Network Architecture for Integrated Communications." Helen J. Wang, Bhaskaran Raman, et, al. *IEEE Communications: Special Issue on IP-based Mobile Telecommunication Networks,* August 2000.

194. "Flexible Internetworking of Devices and Controls." Michelle Munson, Todd Hodes, Thomas Fischer, Keung-Hae Lee, Toby Lehman, Ben Zhao. *Proceedings of IECON,* San Jose, CA, December 1999.

195. "An Architecture for a Secure Service Discovery Service." Steven Czerwinski, Ben Y. Zhao, Todd Hodes, Anthony Joseph, Randy Katz. *Proceedings of the Fifth ACM/IEEE International Conference on Mobile Computing and Networks (MOBICOM),* Seattle, WA, August 1999.

**Appendix B - Prior Testimony**

- *Bartz, et al. v. Anthropic, PBC*, Docket No. 25-4843 (9th Cir. Aug 01, 2025)

- *Bartz et al v. Anthropic PBC*, Docket No. 3:24-cv-05417 (N.D. Cal. Aug 19, 2024)

- *Concord Music Group, Inc. et al., v. Anthropic PBC*, Docket No. 5:24-cv-03811 (N.D. Cal. June 26, 2024)

- *Authors Guild et al v. OpenAI Inc. et al.*, Docket No. 1:23-cv-08292 (S.D.N.Y. Sep 19, 2023)

- *Andersen et al v. Stability AI Ltd. et al.*, Docket No. 3:23-cv-00201 (N.D. Cal. Jan 13, 2023)

**Appendix C – Materials Considered**

**Case-Specific Materials**
Declaration of N. Vaughan
Deposition of Zubair Shafiq
Deposition of Plaintiff T.R.
Deposition of Plaintiff Jane Doe III
Deposition of BetterHelp 30(b)(6)
Expert Report of Zubair Shafiq, Ph.D
In Re BetterHelp, Inc. Data Disclosure Cases - First Amended Consolidated Class Action
Complaint
In Re BetterHelp, Inc. Data Disclosure Cases - Plaintiffs' Notice of Motion and Memorandum of
Points and Authorities in Support of Their Motion for Class Certification
Letter re Correction to FTC Record, October 23, 2024
Supplemental Report of Zubair Shafiq, Ph.D
20210314.har.
20210327.har
20210327.png
BetterHelp_GTM-KP7H4QL_v11
fbevents scripts.zip
Har Files Class Period.zip
HAR_File_c_user_FB_Login.zip
HAR File UCDavis.zip
HAR Files Class Period.zip
Screenshots UCDavis.zip
HAR_File_c_user_FB_Login.zip
HAR_File_c_user_No_FB_ Login.zip

**Bates Numbers**
BH0000052
BH0000054
BH0000062
BH0000069
BH0000590
BH0085412
BH0085413
BH0085416
BH0000600
BH0000610
BH0000619

BH0000628
BH0000641
BH0002228
BH0002596
BH0002599
BH0084898
BH0008635
BH0008930
META_BETTERHELP_000000001
META_BETTERHELP_000000002
META_BETTERHELP_000000003
META_BETTERHELP_000000004
META_BETTERHELP_000000005

**Articles & Literature**

Acar, G., et al. (2014). "The Web Never Forgets: Persistent Tracking Mechanisms in the Wild." ACM CCS 2014, https://dl.acm.org/doi/10.1145/2660267.2660347

Arca, Sevgi and Rattikorn Hewett, "Is Entropy Enough for Measuring Privacy?," *2020 International Conference on Computational Science and Computational Intelligence*, 2020

Bekos, P., The Hitchhiker's Guide to Facebook Web Tracking with Invisible Pixels and Click IDs, https://dl.acm.org/doi/fullHtml/10.1145/3543507.3583311

Eckersley, P. (2010). "How Unique Is Your Web Browser?" EFF/PETS 2010. https://coveryourtracks.eff.org/static/browser-uniqueness.pdf

Gómez-Boix, Laperdrix, Baudry, "Hiding in the Crowd: an Analysis of the Effectiveness of Browser Fingerprinting at Large Scale" https://dl.acm.org/doi/10.1145/3178876.3186097

Kurose, J. and Ross, K., Computer Networking: A Top-Down Approach, 7th Edition https://www.amazon.com/Computer-Networking-Top-Down-Approach-7th/dp/0133594149

Laperdrix, P., et al. (2020). "Browser Fingerprinting: A Survey." ACM Computing Surveys, https://dl.acm.org/doi/10.1145/3386040

Mandalari, A.M., et al. (2018). "Tracking the Big NAT across Europe and the U.S." https://www.semanticscholar.org/paper/Tracking-the-Big-NAT-across-Europe-and-the-U.S-Mandalari-Lutu/

Munir, S., Shafiq, Z. et al., *CookieGraph: Understanding and Detecting First-Party Tracking Cookies*, 2023, https://dl.acm.org/doi/pdf/10.1145/3576915.3616586

Richter, P., et al. (2016), *A Multi-perspective Analysis of Carrier-Grade NAT Deployment*, ACM IMC 2016. https://dl.acm.org/doi/10.1145/2987443.2987474

Nikkhah Bahrami, P., Fass, A. and Shafiq, Z., 2024. COOKIEGUARD: Characterizing and Isolating the First-Party Cookie Jar

Olejnik, Ł., et al. (2015). "The Leaking Battery: A Privacy Analysis of the HTML5 Battery Status API," https://eprint.iacr.org/2015/616

## Publicly Available Materials

Apple, *Mail Privacy Protection & Privacy*, https://www.apple.com/legal/privacy/data/en/mail-privacy-protection/

https://www.apple.com/safari/docs/Safari_White_Paper_Nov_2019.pdf

https://azure.microsoft.com/en-us/resources/cloud-computing-dictionary/what-is-vpn

https://www.betterhelp.com/faq/

https://blog.cloudflare.com/multi-user-ip-address-detection/;

https://blog.mozilla.org/en/internet-culture/what-is-an-ip-address/

https://www.businessofapps.com/data/facebook-statistics

https://clearcode.cc/blog/adtech-id-solutions/.

https://clearcode.cc/blog/difference-between-first-party-third-party-cookies/

https://chromewebstore.google.com/detail/duckduckgo-search-tracker/bkdgflcldnnnapblkhphbgpggdiikppg

https://www.cookieyes.com/blog/cookie-duration

https://www.cookielawinfo.com/tracking-cookies/.

Chromium User-Agent Reduction. https://www.chromium.org/updates/ua-reduction/.

https://www.cse.lehigh.edu/~brian/pubs/2022/TSAS/geographic-clicks.pdf

https://datatracker.ietf.org/doc/html/rfc6265

https://developer.apple.com/documentation/safari-release-notes/safari-13_1-release_noteshttps://developer.mozilla.org/en-US/docs/Web/HTTP/Reference/Headers/Set-Cookie#domaindomain-value

https://developer.chrome.com/docs/devtools/network/overview.

https://developer.chrome.com/docs/devtools/network/reference#preserve-log

https://developers.google.com/identity/account-linking

https://www.developers.facebook.com/docs/meta-pixel/implementation/conversion-tracking/

https://developers.facebook.com/docs/marketing-api/conversions-api/parameters/customer-information-parameters/

https://developers.facebook.com/docs/meta-pixel/advanced/#automatic-configuration

https://discussions.apple.com/thread/254475088?sortBy=rank

https://docs.liveramp.com/connect/en/probabilistic-matching.html

https://docs.oracle.com/cd/E19253-01/816-4554/ipv6-config-tasks-102/index.html

https://duckduckgo.com/about

https://www.expressvpn.com/features/dedicated-ip

Facebook Business Help Center- Advanced Matching, https://www.facebook.com/business/help/611774685654668

https://www.facebook.com/business/help/124742407297678?id=188852726110565

https://www.facebook.com/business/help/611774685654668?id=1205376682832142

https://www.facebook.com/business/goals/run-facebook-ad-campaigns?checkpoint_src=any
https://www.facebook.com/business/help/742478679120153?id=1205376682832142.

https://www.facebook.com/business/tools/meta-pixel/get-started

https://www.facebook.com/government-nonprofits/blog/the-facebook-pixel

https://www.facebook.com/help/218345114850283

https://www.facebook.com/help/2207256696182627/

https://www.facebook.com/off-facebook-activity

https://github.com/the-markup/investigation-d2c-privacy

https://gs.statcounter.com/browser-market-share/desktop-mobile/united-states-of-america/#monthly-201701-202303.

https://help.omegatheme.com/en/article/what-is-a-referrer-url-1dholp4/

https://liveramp.com/blog/probabilistic-vs-deterministic/.

https://mixpanel.com/blog/mixpanel-marketing-analytics/
https://mixpanel.com/features/

https://mixpanel.com/legal/privacy-policy/

"Get Online Counseling with BetterHelp," YouTube, YouTube,
https://www.youtube.com/watch?v=F1zoE0QGfQA, 3:15–3:20

https://nordvpn.com/features/hide-ip/; https://www.expressvpn.com/features/dedicated-ip;

https://www.semanticscholar.org/paper/Tracking-the-Big-NAT-across-Europe-and-the-U.S-Mandalari-Lutu/

Off-Facebook activity, https://engineering.fb.com/2019/08/20/core-infra/off-facebook- activity/.

https://mixpanel.com/blog/product-analytics-examples/

Off- Facebook-Activity, https://www.facebook.com/off-facebook-activity

Pew Research Center, 2023 https://www.pewresearch.org/internet/2023/10/18/how-americans-protect- their-online-data/

https://www.pewresearch.org/internet/2023/10/18/how-americans-protect- their-online-data/.

https://policies.google.com/technologies/ads?hl=en-US

https://privacybadger.org/#What-is-Privacy-Badger

https://support.google.com/chrome/answer/95647?co=GENIE.Platform%3DDesktop

support.microsoft.com/en-us/microsoft-edge/learn-about-tracking-prevention-in-microsoft-edge-5ac125e8-9b90-8d59-fa2c-7f2e9a44d869

Teladoc Health 2024 Annual Report,
https://s21.q4cdn.com/672268105/files/doc_financials/2024/ar/2024-Annual-Report.pdf

https://storage.googleapis.com/lr-tech-docs-resources/PDFs/Device-Graph%20Methodologies-%20Deterministic%20vs.%20Probabilistic%20(1).pdf

https://themarkup.org/pixel-hunt/2022/12/13/out-of-control-dozens-of-telehealth-startups-sent-sensitive-health-information-to-big-tech-companies

https://themarkup.org/levelup/2023/01/31/in-2023-resolve-to-fix-your-organizations-meta-pixel-problem#4-conduct-a-self-audit-of-the-data-being-collected

https://today.yougov.com/topics/politics/survey-results/daily/2021/06/30/bfd05/3

https://www.top10vpn.com/research/vpn-demand-statistics/

https://ublockorigin.com/

https://web.archive.org/web/20211003213433/https://www.betterhelp.com/.

https://web.archive.org/web/20210307024401/https://www.betterhelp.com/privacy/

https://web.archive.org/web/20250000000000*/https://connect.facebook.net/en_US/fbevents.js

https://web.archive.org/web/20210327011155/https://www.betterhelp.com/crisis_resources/?mp=1.

https://web.archive.org/web/20211101000000*/https://www.betterhelp.com/start/.

https://web.archive.org/web/20200928020912/https://www.mind-diagnostics.org/.

https://web.archive.org/web/20201206011943/https://www.mind-diagnostics.org/gender-dysphoria-test

https://web.archive.org/web/*/https://www.betterhelp.com/start/.

https://web.archive.org/web/20200529015006/https://connect.facebook.net/signals/config/672206899505148?v=2.9.18&r=stable.

https://web.archive.org/web/20191022135346/https://support.mozilla.org/en-US/kb/enhanced-tracking-protection-firefox-desktop

https://web.archive.org/web/20210601000000*/https:/www.betterhelp.com/start

https://www.wired.com/story/cloudflare-launches-mobile-vpn-again/

What's changing with the Facebook Pixel? https://web.archive.org/web/20170729045537/https://www.facebook.com/business/help/1292598407460746)

https://www.youtube.com/watch?v=F1zoE0QGfQA, 3:15–3:20

**Other Materials**

Doe v. Adventist Health Care Network, Inc. – Motion to Certify Class

Doe v. Adventist Health Care Network, Inc. – Reply In Support Of Motion to Certify Class

Doe v. Adventist Health Care Network, Inc. – Opposition To Motion To Strike And Exclude Cohen

International Standard RFC 6265

International Standard RFC 6888