LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
JEFFREY HAMMER (SBN 264232)
jhammer@kslaw.com
CRAIG H. BESSENGER (SBN 245787)
cbessenger@kslaw.com
JAMES A. UNGER (SBN 325115)
junger@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: +1 (213) 443-4355
Facsimile: +1 (213) 443-4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To:<br><br>All Cases/ | Case No. 3:23-cv-01033-RS<br><br>**DECLARATION OF DR. NATALIE MIZIK IN SUPPORT OF DEFENDANT BETTERHELP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: November 20, 2025<br>Time: 1:30 p.m.<br>Courtroom: 3<br>Judge: Hon. Richard Seeborg |

I, Dr. Natalie Mizik, declare as follows:

1. I was asked by BetterHelp, Inc., through its counsel, to review information related to Case No. 3:23-cv-01033-RS: *In Re BetterHelp Data Disclosure Cases*.

2. A true and correct copy of my report and opinions in this matter are attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on September 12, 2025, in Seattle, WA.

NATALIE MIZIK