LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
*jhammer@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
*cbessenger@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: +1 213 443 4355
Facsimile: +1 213 443 4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**

This Document Relates To:

All Cases/

Case No. 3:23-cv-01033-RS

**BETTERHELP, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

[Declaration of Craig Bessenger and [Proposed] Order filed concurrently herewith]

Courtroom: 3 – 17th Floor
Judge: Hon. Richard J. Seeborg

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rules 7-11 and 79-5(f), Defendant BetterHelp, Inc. ("BetterHelp") moves the Court to consider whether certain portions of BetterHelp's concurrently filed Opposition to Plaintiffs' Motion for Class Certification (the "Opposition") and **Exhibits D–X** and **DD–HH** to the Declaration of James A. Unger filed in support of the Opposition (the "Unger Opposition Declaration") should be sealed. Exhibits **Exhibits D–X** and **DD–HH** to the Unger Declaration are:

1. **Exhibit D** is a true and correct copy of excerpts from the March 26, 2025 deposition of Plaintiff T.R.

2. **Exhibit E** is a true and correct copy of excerpts from the March 28, 2025 deposition of Plaintiff Jane Doe III.

3. **Exhibit F** is a true and correct copy of excerpts from the April 1, 2025 deposition of L.M.

4. **Exhibit G** is a true and correct copy of excerpts from the April 4, 2025 deposition of Plaintiff Jane Doe I.

5. **Exhibit H** is a true and correct copy of relevant excerpts of Plaintiff Jane Doe I's Responses to BetterHelp, Inc.'s Second Set of Interrogatories, verified on February 21, 2025.

6. **Exhibit I** is a true and correct copy of relevant excerpts of Plaintiff Jane Doe III's Responses to BetterHelp's Inc.'s Second Set of Interrogatories, verified on February 22, 2025.

7. **Exhibit J** is a true and correct copy of excerpts from the April 2, 2025 deposition of Plaintiff S.C.

8. **Exhibit K** is a true and correct copy of relevant excerpts of Plaintiff S.C.'s Responses to BetterHelp's Inc.'s Second Set of Interrogatories, verified on February 21, 2025.

9. **Exhibit L** is a true and correct copy of relevant excerpts Plaintiff T.R.'s Responses to BetterHelp's Inc.'s Second Set of Interrogatories, verified on February 24, 2025.

10. **Exhibit M** is a true and correct copy of relevant excerpts Plaintiff L.M.'s Responses to BetterHelp's Inc.'s Second Set of Interrogatories, verified on February 21, 2025.

11. **Exhibit N** is a true and correct copy of a document produced by Plaintiff Jane Doe I in this litigation bearing that Bates label, BHPlaintiffs-00000037-R.

12. **Exhibit O** is a true and correct copy of a document produced by Plaintiff S.C. in this litigation bearing that Bates label BHPlaintiffs-00000093-R.

13. **Exhibit P** is a true and correct copy of excerpts from the March 27, 2025 deposition of R.S.

14. **Exhibit Q** is a true and correct copy of confirmation a document produced by Plaintiff T.R. in this litigation bearing the Bates label BHPlaintiffs-00000057-R.

15. **Exhibit R** is a true and correct copy of a document produced by Plaintiff Jane Doe III in this litigation bearing the Bates label BHPlaintiffs-00000118-R.

16. **Exhibit S** is a true and correct copy of relevant excerpts of Plaintiff Jane Doe I's Supplemental Responses to Defendant BetterHelp's First Set of Interrogatories, verified on February 6, 2025.

17. **Exhibit T** is a true and correct copy of relevant excerpts of Plaintiff Jane Doe III's Supplemental Responses to Defendant BetterHelp's First Set of Interrogatories, verified on February 6, 2025.

18. **Exhibit U** is a true and correct copy of relevant excerpts of Plaintiff S.C.'s Supplemental Responses to Defendant BetterHelp's First Set of Interrogatories, verified on February 6, 2025.

19. **Exhibit V** is a true and correct copy of relevant excerpts of Plaintiff T.R.'s Supplemental Responses to Defendant BetterHelp's First Set of Interrogatories, verified on January 12, 2025.

20. **Exhibit W** is a true and correct copy relevant excerpts of Plaintiff L.M.'s Supplemental Responses to Defendant BetterHelp's First Set of Interrogatories, verified on February 6, 2025.

21. **Exhibit X** is a true and correct copy of excerpts from the June 10, 2025 deposition of Expert Eric Krause.

22. Attached as **Exhibit DD** is a true and correct copy of relevant excerpts of Plaintiff Jane Doe I's Responses to Defendant BetterHelp's First Set of Request for Admissions, dated July 9, 2025.

23. Attached as **Exhibit EE** is a true and correct copy of relevant excerpts of Plaintiff Jane Doe III's Responses to Defendant BetterHelp's First Set of Request for Admissions, dated July 9, 2025.

24. Attached as **Exhibit FF** is a true and correct copy of relevant excerpts of Plaintiff S.C.'s Responses to Defendant BetterHelp's First Set of Request for Admissions, dated July 9, 2025.

25. Attached as **Exhibit GG** is a true and correct copy of relevant excerpts of Plaintiff T.R.'s Responses to Defendant BetterHelp's First Set of Request for Admissions, dated July 9, 2025.

26. Attached as **Exhibit HH** is a true and correct copy relevant excerpts of Plaintiff L.M.'s Responses to Defendant BetterHelp's First Set of Request for Admissions, dated July 9, 2025.

(The unredacted Opposition and the foregoing Exhibits to the Unger Opposition Declaration are collectively referred to herein as the "Sealed Documents").

BetterHelp's Opposition cites excerpts of Plaintiffs' deposition transcripts (attached as **Exhibits D–G**, **J**, and **P** to the Unger Declaration); excerpts of Plaintiffs' responses to BetterHelp's interrogatories (attached as **Exhibits H**, **I**, **K–M**, and **S–W** to the Unger Opposition Declaration); documents produced by Plaintiffs in this litigation (attached as **Exhibits N**, **O**, **Q**, and **R** to the Unger Opposition Declaration); and excerpts from Plaintiffs' responses to BetterHelp's requests for admissions (attached as Exhibits **DD–HH** to the Unger Opposition Declaration). Plaintiffs designated the deposition transcripts, interrogatory responses, and produced documents attached as **Exhibits D–X** and **DD–HH** to the Unger Opposition Declaration as "Confidential" or "Highly Confidential - Attorneys' Eyes Only" under the Stipulated Protective Order, ECF No. 82, or have

otherwise requested they be treated as confidential.[1] Accordingly, BetterHelp moves the Court to consider whether these Sealed Documents should be sealed.

BetterHelp takes no position as to whether these materials or information derived from these materials satisfy the requirements for sealing. BetterHelp reserves the right to challenge any confidentiality designations and oppose any statement by Plaintiffs in accordance with Civil Local Rule 79-5(f)(4).

For the reasons set forth above, BetterHelp respectfully requests that the Court permit the Sealed Documents to be conditionally filed under seal.

Dated: September 15, 2025

**KING & SPALDING LLP**

By: */s/ Livia M. Kiser*

LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
*jhammer@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
*cbessenger@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*

Attorneys for Defendant
BETTERHELP, INC.

[1] The deposition transcript of Plaintiff R.S. does not include a confidentiality designation but BetterHelp assumes that Plaintiffs' counsel intended to mark the transcript as confidential, based on the confidentiality designations of the other Plaintiffs' transcripts. *See* Stipulated Protective Order, ECF No. 82 at 7 ¶ 5.3 ("[F]ailure to designate qualified information or items does not waive the Designating Party's right to secure protection.").