LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
JEFFREY HAMMER (SBN 264232)
jhammer@kslaw.com
CRAIG H. BESSENGER (SBN 245787)
cbessenger@kslaw.com
JAMES A. UNGER (SBN 325115)
junger@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: +1 (213) 443-4355
Facsimile: +1 (213) 443-4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**

This Document Relates To:

All Cases/

Case No. 3:23-cv-01033-RS

**DECLARATION OF SARA BROOKS IN SUPPORT OF BETTERHELP'S ADMINISTRATEIVE MOTIONS TO FILE UNDER SEAL**

Courtroom: 3 – 17th Floor
Judge: Hon. Richard J. Seeborg

I, Sara Brooks, declare that:

1. I am Chief Growth Officer at BetterHelp, Inc. ("BetterHelp") and am responsible for brand management, marketing, and client and therapist acquisition. I submit this declaration in support of BetterHelp's Motions to File Under Seal certain exhibits and portions of exhibits filed in support of BetterHelp's Opposition to Plaintiffs' Motion for Class Certification (the "Opposition") and Motion to Exclude the Opinions of Professor Zubair Shafiq ("Motion to Exclude").[1] I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would competently testify to the facts contained herein.

2. BetterHelp is an online counseling platform that offers access to licensed mental health professionals. BetterHelp matches users with professional counseling and facilitates counseling through virtual (rather than in-person) interactions, e.g., by direct messaging, live chat sessions, phone calls, and video conferencing.

3. The competition among companies that provide online counseling platforms is extremely high, especially as potential users have become more comfortable with online therapy. BetterHelp's product design, technical configuration, and business and marketing strategies, are highly confidential. Disclosure of this information would allow competitors to gain valuable insights into how BetterHelp designs and configures its products; how it allocates its resources; the manner in which BetterHelp partners with third parties to develop its business and market to potential users; how BetterHelp operates its business; and BetterHelp's financial health; among other insights. Disclosure of this information would further allow competitors to leverage this information at BetterHelp's expense and to gain a competitive advantage.

4. As set forth below, the documents that BetterHelp seeks to seal contain highly technical, confidential, proprietary, and competitively sensitive information:

5. **Deposition Excerpt (Unger Opp. Decl., Ex. A)**. BetterHelp seeks to seal portions of the deposition testimony of aBetterHelp employee regarding how the BetterHelp platform is

[1] The relevant exhibits are attached to the Declarations of James Unger and Niklas Vaughan in support of the Opposition (the "Unger Opposition Declaration" and "Vaughn Opposition Declaration", respectively) and the Declaration of James Unger in support of the Motion to Exclude (the "Unger Daubert Declaration").

designed and configured, BetterHelp's business and marketing strategies, and BetterHelp's strategic relationships with third parties.

6. **Communications with Business Partners (Unger Opp. Decl., Exs. Y–BB)**. BetterHelp seeks to seal these Exhibits in their entirety, which disclose BetterHelp's business strategies and marketing strategies, and information about how BetterHelp's platform is designed and configured.

**7. Internal emails and documents (Unger Opp. Decl., Ex. CC).** BetterHelp seeks to redact the portions of this Exhibit that disclose how the BetterHelp platform is designed and configured, BetterHelp's business and marketing strategies, and BetterHelp's strategic relationships with third parties.

8. **Google Analytics Reports (Vaughn Opp. Decl., Exs., A–C; Unger Daubert Decl., Exs. R, S)**. BetterHelp seeks to seal these Exhibits in their entirety, which show highly confidential information regarding the performance and configuration of BetterHelp's website over extended periods of time, including specific metrics and analytics for each page of BetterHelp's website.

9. **Eight Quarterly Report of the Independent Redress Administrator for the FTC Consent Order (Vaughn Opp. Decl., Ex. R).** BetterHelp seeks to seal this Exhibit in its entirety, as it contains confidential work product prepared by third party Ankura Consulting Group, LLC ("Ankura"), acting as Independent Redress Administrator, for the FTC pursuant to the FTC Consent Order with BetterHelp. Ankura has designated its report as "Confidential Work Product Prepared for the Federal Trade Commission Pursuant to Order."

**10. Declarations of Ben Zhao, Ph.D. and Natalie Mizik, Ph.D. (filed contemporaneously herewith).** BetterHelp seeks to seal certain portions of these expert declarations, which confidential information regarding how the BetterHelp platform is designed and configured, BetterHelp's business and marketing strategies, and BetterHelp's strategic relationships with third parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of September, 2025, in New York, New York.

/s/ *Sara Brooks*
SARA BROOKS