LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
*jhammer@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
*cbessenger@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: +1 213 443 4355
Facsimile: +1 213 443 4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To:<br><br>All Cases/ | Case No. 3:23-cv-01033-RS<br><br>**DECLARATION OF CRAIG H. BESSENGER IN SUPPORT OF BETTERHELP, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Courtroom: 3 – 17th Floor<br>Judge: Hon. Richard J. Seeborg |

# DECLARATION OF CRAIG H. BESSENGER

I, Craig H. Bessenger, declare:

1. I am an attorney duly admitted to practice before this Court. I am a Partner with King & Spalding LLP, counsel for Defendant BetterHelp, Inc. ("BetterHelp") in this matter. I have personal knowledge of the facts as stated herein.

2. I submit this declaration pursuant to Northern District of California Local Rule 79-5(f) in support of BetterHelp's Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal filed concurrently herewith.

3. BetterHelp's Motion to Exclude Testimony of Professor Zubair Shafiq cites excerpts Plaintiffs' deposition transcripts and interrogatory responses, attached as Exhibits E–I and T–X to the Unger Declaration in support of the Motion to Exclude. Plaintiffs have designated these materials as "Confidential" or "Highly Confidential - Attorneys' Eyes Only" under the Stipulated Protective Order, ECF No. 82, or have otherwise requested they be treated as confidential.

4. BetterHelp takes no position as to whether these materials or information derived from these materials satisfy the requirements for sealing. BetterHelp reserves the right to challenge any confidentiality designations and oppose any statement by Plaintiffs in accordance with Civil Local Rule 79-5(f)(4).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of September, 2025, in Los Angeles, California.

Craig H. Bessenger