LIVIA M. KISER (SBN 285411)
 lkiser@kslaw.com
JEFFREY HAMMER (SBN 264232)
 jhammer@kslaw.com
CRAIG H. BESSENGER (SBN 245787)
 cbessenger@kslaw.com
JAMES A. UNGER (SBN 325115)
 junger@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone:   +1 213 443 4355
Facsimile:    +1 213 443 4310

Attorneys for Defendant
BETTERHELP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To:<br><br>All Cases/ | Case No. 3:23-cv-01033-RS<br><br>**BETTERHELP, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>[Declaration of Craig Bessenger and [Proposed] Order filed concurrently herewith]<br><br>Courtroom: 3 – 17th Floor<br>Judge:       Hon. Richard J. Seeborg |

KING & SPALDING LLP
ATTORNEYS AT LAW
LOS ANGELES

BETTERHELP, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED    CASE NO. 3:23-cv-01033-RS

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rules 7-11 and 79-5(f), Defendant BetterHelp, Inc. ("BetterHelp") moves the Court to consider whether certain portions of BetterHelp's concurrently filed Motion to Exclude Testimony of Erik Krause ("Motion") and Exhibits A and B to the Declaration of Jeffrey M. Hammer filed in support of the Motion (the "Hammer Declaration") should be sealed. Exhibits A and B to the Hammer Declaration are:

1. **Exhibit A** is a true and correct copy of the redacted version of the Expert Report of Eric C. Krause, MBA, dated May 8, 2025 ("Krause Report"), which was filed with the Court as ECF No. [176-08].

2. **Exhibit B** is a true and correct copy of excerpts from the deposition of Eric Krause, which was taken on June 10, 2025.

The unredacted Motion and the foregoing Exhibits to the Unger Declaration are collectively referred to herein as the "Sealed Documents". BetterHelp's Motion cites excerpts of Krause's report and deposition. Plaintiffs designated these materials as "Confidential" under the Stipulated Protective Order, ECF No. 82, or have otherwise requested they be treated as confidential. Accordingly, BetterHelp moves the Court to consider whether these Sealed Documents should be sealed.

BetterHelp takes no position as to whether these materials or information derived from these materials satisfy the requirements for sealing. BetterHelp reserves the right to challenge any confidentiality designations and oppose any statement by Plaintiffs in accordance with Civil Local Rule 79-5(f)(4).

For the reasons set forth above, BetterHelp respectfully requests that the Court permit the Sealed Documents to be conditionally filed under seal.

| | |
|---|---|
| Dated: September 15, 2025 | **KING & SPALDING LLP** |
| | By: */s/ Livia M. Kiser* |
| | LIVIA M. KISER (SBN 285411) |
| | *lkiser@kslaw.com* |
| | JEFFREY HAMMER (SBN 264232) |
| | *jhammer@kslaw.com* |
| | CRAIG H. BESSENGER (SBN 245787) |
| | *cbessenger@kslaw.com* |
| | JAMES A. UNGER (SBN 325115) |
| | *junger@kslaw.com* |
| | Attorneys for Defendant |
| | BETTERHELP, INC. |

King & Spalding LLP
Attorneys at Law
Los Angeles

2

BETTERHELP'S ADMINISTRATIVE MOTION
TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED

CASE NO. 3:23-cv-01033-RS