1  LIVIA M. KISER (SBN 285411)
     *lkiser@kslaw.com*
2  JEFFREY HAMMER (SBN 264232)
     *jhammer@kslaw.com*
3  CRAIG H. BESSENGER (SBN 245787)
     *cbessenger@kslaw.com*
4  JAMES A. UNGER (SBN 325115)
     *junger@kslaw.com*
5  **KING & SPALDING LLP**
   633 West Fifth Street, Suite 1600
6  Los Angeles, California 90071
   Telephone:   +1 213 443 4355
7  Facsimile:   +1 213 443 4310

8  Attorneys for Defendant
   BETTERHELP, INC.
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To:<br><br>All Cases/ | Case No. 3:23-cv-01033-RS<br><br>**DECLARATION OF CRAIG H. BESSENGER IN SUPPORT OF BETTERHELP, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Courtroom: 3 – 17th Floor<br>Judge:     Hon. Richard J. Seeborg |

## DECLARATION OF CRAIG H. BESSENGER

I, Craig H. Bessenger, declare:

1.  I am an attorney duly admitted to practice before this Court. I am a Partner with King & Spalding LLP, counsel for Defendant BetterHelp, Inc. ("BetterHelp") in this matter. I have personal knowledge of the facts as stated herein.

2.  I submit this declaration pursuant to Northern District of California Local Rule 79-5(f) in support of BetterHelp's Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal filed concurrently herewith.

3.  BetterHelp's Motion to Exclude Testimony of Erik Krause ("Motion") cites excerpts of Krause's report and deposition, attached as Exhibits A and B, respectively, to the Declaration of Jeffrey M Hammer in support of the Motion. Plaintiffs have designated these materials as "Confidential" under the Stipulated Protective Order, ECF No. 82, or have otherwise requested they be treated as confidential.

4.  BetterHelp takes no position as to whether these materials or information derived from these materials satisfy the requirements for sealing. BetterHelp reserves the right to challenge any confidentiality designations and oppose any statement by Plaintiffs in accordance with Civil Local Rule 79-5(f)(4).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of September, 2025, in Los Angeles, California.

_/s/ Craig H. Bessenger_
Craig H. Bessenger