Gary. M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Christina Tusan (SBN 192203)
ctusan@ctusanlaw.com
TUSAN LAW, PC
680 E. Colorado Blvd. #180
Pasadena, CA 91101
[Tel:] 626-418-8203
[Fax] 626-619-8253

*Plaintiffs' Co-Lead Interim Class Counsel*

Maureen M. Brady (pro hac vice)
MCSHANE AND BRADY LLC
4006 Central Street
Kansas City, MO 64111
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400
San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**

This Document Relates To:

All Cases/

Case No. 3:23-cv-01033-RS

**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE, HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Current Schedule

Previously:
Responses to Motions to Strike Due: September 29-30, 2025
Replies to Motions to Strike Due: October 6-7, 2025
Reply Due: October 16, 2025
Hearing: November 20, 2025

Proposed Stipulated Schedule
Responses to Motions to Strike Due: October 31, 2025
Reply Due: October 31, 2025
Replies to Motions to Strike Due: November 10, 2025
Hearing: November 20, 2025

Hon. Richard Seeborg

WHEREAS, on May 8, 2025, Plaintiffs filed a Motion for Class Certification (ECF No. 170, "Motion");

WHEREAS, Plaintiffs had made one previous request to continue the briefing schedule through an administrative motion, which the Court granted with modifications (ECF No. 147);

WHEREAS, on June 25, 2025, the Court granted Plaintiffs' and BetterHelp, Inc.'s ("BetterHelp") (collectively with Plaintiffs, the "Parties") stipulated request to extend the briefing schedule on the Motion (ECF No. 191), making BetterHelp's response to Plaintiffs' Motion due by July 21, 2025; replies due by September 2, 2025; and the hearing set for October 2, 2025;

WHEREAS, on August 8, 2025, the Court granted the Parties' second stipulated request to extend the briefing schedule on the Motion (ECF No. 197), making BetterHelp's response to Plaintiffs' Motion due by September 15, 2025; replies due by October 16, 2025; and the hearing set for November 20, 2025;

WHEREAS, on September 15, 2025, BetterHelp filed its Opposition to the Motion for Class Certification (ECF No. 206 "Motion Opp."), along with two motions to strike the expert declarations of Zubair Shafiq and Eric Krause (ECF Nos. 204, 205 & 209 "Motions to Strike");

WHEREAS, BetterHelp's Motion Opp. included three expert reports containing the opinions of Dr. Ben Zhao, Mr. Andrew W. Mahler, and Dr. Natalie Mizik ("BetterHelp Expert Reports");

WHEREAS, after meet and confer discussions between the parties, BetterHelp agreed to make Dr. Mizik, Mr. Mahler and Dr. Zhao available for depositions on September 26, 2025, September 30, 2025, and October 14, 2025 in Seattle, Washington, Washington, D.C., and Chicago, Illinois, respectively;

WHEREAS, on September 17, 2025, Plaintiffs' counsel proposed the Parties agree to modifications to the current briefing schedule on the Motion as well as the Motions to Strike based upon when these deponents would be available, which the Parties agreed to in principle on September 18, 2025;

WHEREAS, the Parties wish to avoid burdening the Court with piecemeal briefing and additional administrative motion practice regarding the above issues;

WHEREAS, if the Court desires to move the hearing on the Motion and the Motions to Strike, counsel for the Parties would not be available December 8-12, 2025;

WHEREAS, the Parties believe good cause exists for approving this Stipulation as set forth above and in the accompanying Declaration of Alan M. Mansfield;

The Parties hereby stipulate pursuant to Local Rule 6-2 to the Court entering an order modifying the time for briefing and argument on the Motion and the Motion to Strike as follows, subject to the approval of the Court:

- The depositions of Dr. Mizik, Mr. Mahler and Dr. Zhao will be completed by October 15, 2025;
- Plaintiffs' Opposition to BetterHelp's Motions to Strike will be due on or before October 31, 2025;
- Plaintiffs' reply in support of their Motion shall be due on or before October 31, 2025;
- BetterHelp's replies in support of their Motions to Strike will be due on or before November 10, 2025;
- The hearing on Plaintiffs' Motion will either remain set for November 20, 2025, or a subsequent date available to the Court except for the week of December 8-12, 2025 when counsel are not available.

IT IS SO STIPULATED.

Dated: September 23, 2025

*/s/ William Edelman*
Gary. M. Klinger (pro hac vice)
gklinger@milberg.com
wedelman@miblberg.com
ahoneycutt@milberg.com
rnelson@milberg.com
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878

*Plaintiffs' Co-Lead Interim Class Counsel*

Dated: September 23, 2025

*/s/ Christina Tusan*
Christina Tusan (SBN 192203)

ctusan@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
Telephone: (310) 601-6766
Facsimile: (310) 295-2385

*Plaintiffs' Co-Lead Interim Class Counsel*

Dated: September 23, 2025

*<u>/s/ Maureen M. Brady</u>*
Maureen M. Brady
mbrady@mcshanebradylaw.com
McSHANE AND BRADY LLC
1656 Washington
Suite 140
Kansas City, MO 64108
Telephone: (816) 888-8010

*Plaintiffs' Co-Lead Interim Class Counsel*

Dated: September 23, 2025

*<u>/s/ Alan M. Mansfield</u>*
Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400
San Diego, CA 92127
Telephone: (619) 308-5034
Facsimile: (888) 341-5048

*Plaintiffs' Liaison Counsel*

Dated: September 23, 2025

Respectfully submitted,

*<u>/s/ Livia M. Kiser</u>*
Livia M. Kiser (SBN 285411)
lkiser@kslaw.com
Jeffrey Hammer (SBN 264232)
jhammer@kslaw.com
Craig H. Bessenger (SBN 245787)
cbessenger@kslaw.com
James A. Unger (SBN 325115)
junger@kslaw.com
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

*Attorneys for Defendant*
*BETTERHELP, INC.*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

*/s/ Alan M. Mansfield*
Alan M. Mansfield

**~~[PROPOSED~~ ORDER]**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED. The hearing on the Motion and Motions to Strike remain on calendar for November 20, 2025 at 1:30 PM.

DATED: September 23, 2025

HON. RICHARD SEEBORG
United States District Judge