Gary M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Maureen M. Brady (pro hac vice)
MCSHANE AND BRADY LLC
4006 Central Street
Kansas City, MO 64111
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Christina Tusan (SBN 192203)
TUSAN LAW, PC
ctusan@ctusanlaw.com
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Phone: 626-418-8203
Fax: 626-619-8253

*Plaintiffs' Co-Lead Interim Class Counsel*

Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400, San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**

This Document Relates To: All Actions

**Master File No. 3:23-cv-01033-RS**

Hon. Richard Seeborg

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Hearing Date: N/A
Time: N/A
Courtroom: 3
Judge: Hon. Richard Seeborg

Pursuant to Rules 7-11 and 79-5 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, as well as the parties' Stipulated Protective Order (Dkt. No. 82), Plaintiffs submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with the filing of Plaintiffs' Reply Memorandum In Support of their Motion for Class Certification.

Exhibits 1-16 (with the exception of Ex. 3) attached to the Declaration of Christina Tusan In Support of Plaintiffs' Reply In Support of their Motion for Class Certification ("Tusan Decl.") are deposition transcripts or documents produced to Plaintiffs by defendant or third parties in discovery and designated "confidential" or "confidential attorneys eyes only". Plaintiffs' Reply In Support of their Motion for Class Certification extensively cites to numerous documents produced by Defendant BetterHelp, Inc. and one document (Ex. 5) produced by third party Meta Inc.; excerpts from the Rule 30(b)(6) deposition transcript of BetterHelp's corporate representative Niklas Vaughn; as well as excerpts from the deposition transcripts of Daniel Bragonier, Jessica Honbarger and Alon Matas as well as transcripts from the depositions of both sides' designated experts (Ben Zhao, Ph.D. Zubair Shafiq, Ph.D., and Eric Krause, MBA) that were designated on the record by BetterHelp as confidential.

It is BetterHelp's burden to explain why the Court should maintain these papers under seal. Plaintiffs do not believe any of these materials should be filed under seal, with the exception of documents that can be used to disclose or determine the identity of Plaintiffs (such as Ex. 5), and in filing this Motion do not waive or concede any argument that such materials should be considered confidential or filed under seal. Plaintiffs reserve the right to assert that BetterHelp has not met its burden to maintain these documents under seal.

Exs. 13-15 are excerpts of deposition testimony from the Plaintiffs. The cited portions of these transcripts also include Protected Health Information ("PHI") as defined in the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), and its implementing regulations, including 45 C.F.R. § 160.103. It also contains the names of such individuals, who at this point in time have been permitted by the Court to proceed anonymously. Courts in the Northern District of California routinely grant Motions to Seal involving personally identifying

information where appropriate, as here, protecting such information from disclosure under Fed. R. Civ Proc. Rule 26 (c). *See, e.g. In re Meta Pixel Healthcare Litig*. No. 22-cv-03580-WHO, 2025 U.S.Dist.LEXIS 45310, at *12 (N.D. Cal. Mar. 12, 2025)("Requiring plaintiffs to proceed using their actual names — when their health care entities have already been disclosed and when their private health care information will be publicly discussed — will arguably cause a further and greater privacy intrusion.")

As the Reply Memorandum of Points and Authorities in support of the motion for class certification refer to these documents and testimony, Plaintiffs are similarly filing those papers under seal. Plaintiffs are filing a redacted version of the motion publicly, but none of the above documents or reports.

Pursuant to the terms of the Protective Order, Plaintiffs respectfully submit this Motion to the Court for a determination as to whether the foregoing materials should be filed under seal.

Dated: October 31, 2025

Respectfully submitted,

*<u>/s/ Gary. M. Klinger</u>*
Gary M. Klinger (*pro hac vice*)
William J. Edelman (SBN 285177)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878
Email: gklinger@milberg.com
Email: wedelman@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

*<u>/s/ Christina Tusan</u>*
Christina Tusan (SBN 192203)
**TUSAN LAW, PC**
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Telephone: (626) 418-8203
Facsimile: (626) 619-8253
Email: ctusan@ctusanlaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

*<u>/s/ Maureen M. Brady</u>*
Maureen M. Brady (*pro hac vice*)
**McSHANE AND BRADY LLC**
1656 Washington Suite 140
Kansas City, MO 64108

Telephone: (816) 888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

*<u>/s/ Alan M. Mansfield</u>*
Alan M. Mansfield (SBN 125998)
**WHATLEY KALLAS LLP**
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (619) 308-5034
Facsimile: (888) 341-5048
Email: amansfield@whatleykallas.com

*Plaintiffs' Liaison Counsel*

*<u>/s/ Dena C. Sharp</u>*
Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415.981.4800
Email: dsharp@girardsharp.com
Email: ttan@girardsharp.com
Email: ngliozzo@girardsharp.com

*Plaintiffs' Trial Counsel*