Gary M. Klinger (pro hac vice)
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
Email: gklinger@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Maureen M. Brady (pro hac vice)
MCSHANE AND BRADY LLC
4006 Central Street
Kansas City, MO 64111
816-888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Christina Tusan (SBN 192203)
TUSAN LAW, PC
ctusan@ctusanlaw.com
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Phone: 626-418-8203
Fax: 626-619-8253

*Plaintiffs' Co-Lead Interim Class Counsel*

Alan M. Mansfield (SBN: 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Ste 400, San
Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048

*Plaintiffs' Liaison Counsel*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br><br>This Document Relates To: All Actions | **Master File No. 3:23-cv-01033-RS**<br><br>Hon. Richard Seeborg<br><br>**DECLARATION OF CHRISTINA TUSAN IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date:  November 21, 2025<br>Time:  9:30 a.m.<br>Courtroom:  3<br>Judge:  Hon. Richard Seeborg |

1    Pursuant to 28 U.S.C. § 1746, I Christina Tusan, declare as follows:

2    1.    I am an individual over the age of twenty-one (21) and I submit this declaration

3    based upon my own personal knowledge of the facts stated in this declaration, and review of public

4    records and other documentation.

5    2.    I am a Partner at Tusan Law, PC, where I am also its founder, and one of the

6    attorneys serving as counsel for Plaintiffs in the above-captioned matter.

7    3.    On March 3, 2023, my prior firm filed the original class action complaint in this

8    matter in California state court in Alameda County, which was removed to the United States

9    District Court for the Northern District of California on May 4, 2023.

10    4.    I was appointed as one of the interim co-lead class counsel on July 24, 2023 (ECF

11    66).

12    5.    Attached as **Exhibit 1** is a true and correct copy of excerpts of the transcript of the

13    deposition of Defendants' Expert Dr. Ben Zhao, Ph.D., which occurred on October 14, 2025.  The

14    excerpts have been redacted pursuant to Defendants' assertions of confidentiality. A true and

15    correct unredacted copy of the excerpts is separately submitted with Plaintiffs' contemporaneously

16    filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

17    6.    Attached as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the

18    deposition of Plaintiffs' Expert Zubair Shafiq, Ph.D., which occurred on June 13, 2025.  The

19    excerpts have been redacted pursuant to Plaintiffs' assertions of confidentiality. A true and correct

20    unredacted copy of the excerpts is separately submitted with Plaintiffs' contemporaneously filed

21    Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

22    7.    Attached as **Exhibit 3** is a true and correct copy of excerpts of Transcript of

23    Proceedings of the Official Electronic Sound Recording of the Hearing on the Motion to Compel

24    which occurred on May 8, 2025.

25    8.    Attached as **Exhibit 4** is a true and correct copy of a document produced by

26    BetterHelp in response to Plaintiffs' discovery requests, Bates BH0008602-8657. It has been

27    redacted pursuant to Defendants' assertions of confidentiality. A true and correct unredacted copy

28    is separately submitted with Plaintiffs' contemporaneously filed Administrative Motion to

1

Consider Whether Another Party's Material Should Be Sealed.

9.     Attached as **Exhibit 5** is a true and correct copy of a document produced by non-party Meta in response to Plaintiffs' discovery requests, Bates META_BETTERHELP_000000001 – META_BETTERHELP_000000005. It has been redacted pursuant to BetterHelp's and Meta's assertions of confidentiality. A true and correct unredacted copy is separately submitted with Plaintiffs' contemporaneously filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

10.     Attached as **Exhibit 6** is a true and correct copy of a document produced by BetterHelp in response to Plaintiffs' discovery requests, Bates BH0008350. It has been redacted pursuant to Defendants' assertions of confidentiality. A true and correct unredacted copy is separately submitted with Plaintiffs' contemporaneously filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

11.     Attached as **Exhibit 7** is a true and correct copy of a document produced by BetterHelp in response to Plaintiffs' discovery requests, Bates BH0008352. It has been redacted pursuant to Defendants' assertions of confidentiality. A true and correct unredacted copy is separately submitted with Plaintiffs' contemporaneously filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

12.     Attached as **Exhibit 8** is a true and correct copy of excerpts of the transcript of Plaintiffs' deposition of Alon Matas, which occurred on October 16, 2024. The excerpts have been redacted pursuant to Defendants' assertions of confidentiality. A true and correct unredacted copy of the excerpts is separately submitted with Plaintiffs' contemporaneously filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

13.     Attached as **Exhibit 9** is a true and correct copy of excerpts of the transcript of Plaintiffs' Rule 30(b)(6) deposition of Defendants' corporate witness, Niklas Vaughan, which occurred on March 21, 2025. The excerpts have been redacted pursuant to Defendants' assertions of confidentiality. A true and correct unredacted copy of the excerpts is separately submitted with Plaintiffs' contemporaneously filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

DECLARATION OF CHRISTINA TUSAN                Master File No. 3:23-cv-01033-RS

14.     Attached as **Exhibit 10** is a true and correct copy of excerpts of the transcript of Plaintiffs' deposition of Daniel Bragonier, which occurred on March 25, 2025. The excerpts have been redacted pursuant to Defendants' assertions of confidentiality. A true and correct unredacted copy of the excerpts is separately submitted with Plaintiffs' contemporaneously filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

15.     Attached as **Exhibit 11** is a true and correct copy of excerpts of the transcript of Plaintiffs' deposition of Jessica Honbarger, which occurred on April 16, 2025. The excerpts have been redacted pursuant to Defendants' assertions of confidentiality. A true and correct unredacted copy of the excerpts is separately submitted with Plaintiffs' contemporaneously filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

16.     Attached as **Exhibit 12** is a true and correct copy of a document produced by BetterHelp in response to Plaintiffs' discovery requests, Bates BH0008527-8558. It has been redacted pursuant to Defendants' assertions of confidentiality. A true and correct unredacted copy is separately submitted with Plaintiffs' contemporaneously filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

17.     Attached as **Exhibit 13** is a true and correct copy of excerpts of the transcript of Defendant's deposition of Plaintiff Jane Doe I, which occurred on April 4, 2025. The excerpts have been redacted pursuant to Defendants' assertions of confidentiality. A true and correct unredacted copy of the excerpts is separately submitted with Plaintiffs' contemporaneously filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

18.     Attached as **Exhibit 14** is a true and correct copy of excerpts of the transcript of Defendant's deposition of Plaintiff Jane Doe III, which occurred on March 28, 2025. The excerpts have been redacted pursuant to Defendants' assertions of confidentiality. A true and correct unredacted copy of the excerpts is separately submitted with Plaintiffs' contemporaneously filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

19.     Attached as **Exhibit 15** is a true and correct copy of excerpts of the transcript of Defendant's deposition of Plaintiff L.M., which occurred on April 1, 2025. The excerpts have been redacted pursuant to Defendants' assertions of confidentiality. A true and correct unredacted copy

DECLARATION OF CHRISTINA TUSAN                    Master File No. 3:23-cv-01033-RS

of the excerpts is separately submitted with Plaintiffs' contemporaneously filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

20. Attached as **Exhibit 16** is a true and correct copy of excerpts of the transcript of the deposition of Plaintiffs' Expert Eric Krause, which occurred on June 10, 2025. The excerpts have been redacted pursuant to Defendants' assertions of confidentiality. A true and correct unredacted copy of the excerpts is separately submitted with Plaintiffs' contemporaneously filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

21. Attached as **Exhibit 17** is a true and correct copy of Responses to Plaintiffs' Second Set of Special Interrogatories served by Defendant on November 15, 2024.

22. In response to a subpoena to Meta served by counsel for Plaintiffs, I spoke with counsel for Meta as to what Meta needed to obtain responsive information. The only information Meta's counsel said that it needed Plaintiffs to provide in order to locate any data in its database that had been transmitted to it about Plaintiffs from the pixels on BetterHelp's website was each Plaintiff's name, their Facebook user IDs, and BetterHelp pixel ID. From that Meta was able to generate the documents produced as META_BETTERHELP_000000001 – META_BETTERHELP_000000005.

23. Plaintiffs' counsel have reviewed BetterHelp's filings, and there is no Appendix included listing Plaintiffs' "misrepresentations" in their moving papers.

24. BetterHelp had both Professor Shafiq's supplemental report and additional time the Court granted it for the sole purpose of allowing it to re-depose Professor Shafiq on his supplemental opinions before filing its Reply. If BetterHelp truly had any questions about Professor Shafiq's conviction in his opinions or his opinions in the supplemental report, it could have deposed him, and we gave BetterHelp dates to do so. It consciously chose not to.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California as of October 31, 2025.

*/s/ Christina Tusan*
CHRISTINA TUSAN

DECLARATION OF CHRISTINA TUSAN                                    Master File No. 3:23-cv-01033-RS

# EXHIBIT 1 (FILED UNDER SEAL)

# EXHIBIT 2 (FILED UNDER SEAL)

# Exhibit 3

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3        Before The Honorable Donna M. Ryu, Magistrate Judge

 4

 5  C.M., et al.                   )
                                   )
 6          Plaintiffs,            )
                                   )
 7  vs.                            )   No. C 23-01033-RS
                                   )
 8  BETTERHELP, INC.,              )
                                   )
 9          Defendant.             )
    _____)
10
                                   Oakland, California
11                                 Thursday, May 8, 2025

12    TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
                 RECORDING 3:05 - 3:44 = 39 MINUTES
13
    APPEARANCES:
14
    For Plaintiffs:
15
                              Tusan Law, PC
                              380 East Colorado Boulevard
16                            Suite 180
                              Pasadena, California 91101
17                       BY:  CHRISTINA V. TUSAN, ESQ.

18  For Defendant:
                              King & Spalding
19                            633 West Fifth Street
                              Suite 1600
20                            Los Angeles, California 90071
                         BY:  JEFFREY M. HAMMER, ESQ.
21

22  Transcribed by:          Echo Reporting, Inc.
                             Contracted Court Reporter/
23                           Transcriber
                             echoreporting@yahoo.com
24

25
```

*Echo Reporting, Inc.*

31

1        So, we talk about -- and then the next paragraph:

2                "BetterHelp has admitted it will

3            help demonstrate when and where tools

4            were installed on BetterHelp's website

5            and apps, as well as what information --

6            what information was configured."

7        And then we go on to talk about the website and apps.

8    So, we're -- we're asking for both parts of the information.

9            THE COURT:  Okay.  And where in your opposition do

10   you talk about the apps?

11      (No response.)

12           THE COURT:  Did you build it into the -- is that

13   part of the -- of anything here or is it separate?

14           MR. HAMMER:  Well --

15           THE COURT:  Because you've got line three, page

16   one.

17           MR. HAMMER:  Your Honor, I mean, given that the

18   apps mirror the website, I mean, it is -- it is part of the

19   same argument because it's the same code that underlies

20   both.

21           THE COURT:  Okay.

22           MR. HAMMER:  Why there would be -- you know, sort

23   of be an end run around it --

24           THE COURT:  Okay.

25           MR. HAMMER:  -- focusing on the apps, I don't see

36

## CERTIFICATE OF TRANSCRIBER

1
2
3     I certify that the foregoing is a true and correct
4 transcript, to the best of my ability, of the above pages of
5 the official electronic sound recording provided to me by
6 the U.S. District Court, Northern District of California, of
7 the proceedings taken on the date and time previously stated
8 in the above matter.
9     I further certify that I am neither counsel for,
10 related to, nor employed by any of the parties to the action
11 in which this hearing was taken; and, further, that I am not
12 financially nor otherwise interested in the outcome of the
13 action.
14
15
16
17          Echo Reporting, Inc., Transcriber
18               Monday, June 2, 2025
19
20
21
22
23
24
25

# EXHIBIT 4 (FILED UNDER SEAL)

# EXHIBIT 5
# (FILED UNDER SEAL)

# EXHIBIT 6 (FILED UNDER SEAL)

# EXHIBIT 7 (FILED UNDER SEAL)

# EXHIBIT 8
# (FILED UNDER SEAL)

# EXHIBIT 9
# (FILED UNDER SEAL)

# EXHIBIT 10 (FILED UNDER SEAL)

# EXHIBIT 11 (FILED UNDER SEAL)

# EXHIBIT 12
# (FILED UNDER SEAL)

# EXHIBIT 13 (FILED UNDER SEAL)

# EXHIBIT 14 (FILED UNDER SEAL)

# EXHIBIT 15 (FILED UNDER SEAL)

# EXHIBIT 16 (FILED UNDER SEAL)

# EXHIBIT 17 (FILED UNDER SEAL)