1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br><br>This Document Relates To:<br><br>All Cases | Case No. 3:23-cv-01033-RS<br><br>**PLAINTIFFS' PROPOSED JURY VERDICT FORM**[1] |

---

[1] Plaintiffs reserve the right to amend and supplement this proposed verdict form, including in response to any rulings by the Court (e.g., on certification, summary judgment, and motions *in limine* and other pretrial rulings), in response to pretrial submissions made by any party, and to conform to those claims that ultimately proceed to trial.

# PHASE ONE

Please follow the directions provided throughout this form. Your answer to each question must be unanimous.

We, the jury, unanimously return these answers as the verdict in our case:

## CALIFORNIA SUBCLASS

<u>CIPA SECTION 631(A)</u>

1. Did Meta, Google, and/or Mixpanel willfully read, or attempt to read, or learn the contents or meaning of Plaintiffs' communications with BetterHelp while in transit?

    Yes / No

*If you answered Yes, proceed to the next question; if you answered No, skip to Question 5.*

2. Did BetterHelp prove its affirmative defense of consent, i.e. that Meta, Google, and/or Mixpanel acted with the consent of Plaintiffs?

    Yes / No

*If you answered No, proceed to the next question; if you answered Yes, skip to Question 5.*

3. Did BetterHelp knowingly provide substantial assistance to Meta, Google, and/or Mixpanel's CIPA violation?

    Yes / No

*If you answered Yes, proceed to the next question; if you answered No, skip to Question 5.*

4. Was BetterHelp's assistance a substantial factor in causing harm to Plaintiffs?

    Yes / No

*Proceed to the next question.*

<u>CCPA</u>

5. Did Meta, Google, and/or Mixpanel gain unauthorized access to Plaintiffs' nonencrypted and nonredacted personal information?

    Yes / No

*If you answered Yes, proceed to Question 6; if you answered No, skip to Question 7.*

6. Did Meta, Google, and/or Mixpanel have such access because BetterHelp did not implement or maintain reasonable security procedures or practices?
Yes / No

*Proceed to the next question.*

INVASION OF PRIVACY[2]

7. Did Plaintiffs have an objectively reasonable expectation of privacy in their communications with BetterHelp?
Yes / No

*If you answered Yes, proceed to the next question; if you answered No, skip to Question 12.*

8. Was BetterHelp's conduct highly offensive?
Yes / No

*If you answered Yes, proceed to the next question; if you answered No, skip to Question 12.*

9. Did Plaintiffs sustain injury, damage, loss, or harm?
Yes / No

*If you answered Yes, proceed to the next question; if you answered No, skip to Question 12.*

10. Was BetterHelp's conduct a substantial factor in causing Plaintiffs' injury, damage, loss, or harm?
Yes / No

*If you answered Yes, proceed to the next question; if you answered No, skip to Question 12.*

11. Did Defendant prove, by a preponderance of the evidence, all the elements of its affirmative defense of consent?
Yes / No

*Proceed to the instructions for the next question.*

---

[2] Plaintiffs include Questions 7–10 for illustration. Alternatively, Questions 7–10 could be replaced with a single question, as in the *Rodriguez* verdict form: "Did Plaintiffs prove, by a preponderance of the evidence, all the elements of their invasion of privacy claim?" *See Rodriguez et al. v. Google, LLC*, no. 3:20-cv-04688-RS, Dkt. 670 (N.D. Cal. Sept. 4, 2025).

2

DAMAGES

*If you answered Yes to Question 4 OR Question 6, answer Question 12. If you answered No to both Questions 4 AND 6, or did not answer Questions 4 AND 6, skip this question.*

    12. What is the number of violations of CIPA and the CCPA that Plaintiffs proved?

          _____.

*If you answered Yes to Question 10 AND No to Question 11, answer Question 13. If you skipped Question 10 OR answered No to Question 10 OR answered Yes to Question 11, skip this question.*

    13. What is the amount of compensatory damages you award the California Subclass for the Invasion of Privacy claim?

          _____.

*Proceed to the next question.*

## NATIONWIDE CLASS

ECPA

    14. Did Meta, Google, and/or Mixpanel intercept Plaintiffs' electronic communications with BetterHelp?
          Yes / No

*If you answered Yes, proceed to the next question; if you answered No, skip to the final page.*

    15. Did BetterHelp intentionally procure Meta, Google, and/or Mixpanel's conduct?
          Yes / No

*If you answered Yes, proceed to the next question; if you answered No, skip to the final page.*

    16. Was BetterHelp's conduct for the purpose of committing any criminal or tortious act, i.e. to share its users protected health information with Meta, Google, and/or Mixpanel in violation of HIPAA?
          Yes / No

*If you answered Yes, proceed to the next question; if you answered No, skip to the final page.*

17. What is the number of class members whose communications were intercepted?

_____.

*Proceed to the next question.*

<u>PUNITIVE DAMAGES</u>

18. Have Plaintiffs proved, by a preponderance of the evidence, that BetterHelp engaged in the conduct at issue wantonly, recklessly, or maliciously?

Yes / No

*If you answered Yes, proceed to the next question; if you answered No, skip to the final page.*

19. Was the wanton, reckless, or malicious conduct committed, authorized, or adopted by one or more officers, directors, or managing agents of BetterHelp acting on behalf of BetterHelp?

Yes / No

*Go to the final page.*

PLAINTIFFS' PROPOSED VERDICT FORM
CASE NO. 3:23-CV-01033-RS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **FINAL PAGE**

You have reached the final page of the verdict form. Please ensure that you have complied with the instructions in this form and in the jury instructions. Double check that you have answered all Questions that these instructions directed you to complete. Then please have the Foreperson sign and date this form below. After signing the form, please notify the Courtroom Deputy that a verdict has been reached.

Date: _____

Foreperson signature: _____

PLAINTIFFS' PROPOSED VERDICT FORM
CASE NO. 3:23-cv-01033-RS

### PHASE TWO

PUNITIVE DAMAGES

    1.   What amount of punitive damages, if any, do you award the Nationwide Class?

        _____.

Once you have answered Question 1, please have the Foreperson sign and date this form below. After signing the form, please notify the Courtroom Deputy that a verdict has been reached.

    Date: _____

    Foreperson signature: _____

---

6

PLAINTIFFS' PROPOSED VERDICT FORM
CASE NO. 3:23-CV-01033-RS