Gary. M. Klinger (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878
Email: gklinger@milberg.com
Email: gabramson@milberg.com
Email: ahoneycutt@milberg.com
Email: rnelson@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Christina Tusan (SBN 192203)
**TUSAN LAW, PC**
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Telephone: (626) 418-8203
Facsimile: (626) 619-8253
Email: ctusan@ctusanlaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Maureen M. Brady (*pro hac vice*)
**McSHANE AND BRADY LLC**
1656 Washington Suite 140
Kansas City, MO 64108
Telephone: (816) 888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Alan M. Mansfield (SBN 125998)
**WHATLEY KALLAS LLP**
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (619) 308-5034
Facsimile: (888) 341-5048
Email: amansfield@whatleykallas.com

*Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IN RE BETTERHELP, INC. DATA DISCLOSURE CASES

This Document Relates To: All Actions

Case No. 3:23-cv-01033-RS

**DECLARATION OF ZUBAIR SHAFIQ, PH.D**

| | |
|---|---|
| Date: | November 21, 2025 |
| Time: | 9:30 a.m. |
| Courtroom: | 3 - 17th Floor |
| Judge: | Hon. Richard Seeborg |

I, Zubair Shafiq, hereby declare as follows:

1. I was asked by Plaintiffs, through their counsel, to review Case No. 3:23-cv-01033-RS: In Re BetterHelp Data Disclosure Cases, to show whether class members would have uniformly had their information illegally shared by BetterHelp with third parties.

2. A true and correct copy of my Supplemental Report and Opinions in this matter was filed under seal with the Court in connection with Plaintiffs' Administrative Motion to Determine Whether Another Party's Material Should Be Sealed on August 8, 2025 (Dkt. 200-3). I declare the statements and opinions stated in that Report to be true and accurate to the best of my knowledge, information and belief.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed October 30, 2025, in Madison, Wisconsin.

Zubair

Zubair Shafiq, Ph.D.