LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
JEFFREY HAMMER (SBN 264232)
jhammer@kslaw.com
CRAIG H. BESSENGER (SBN 245787)
cbessenger@kslaw.com
JAMES A. UNGER (SBN 325115)
junger@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: +1 (213) 443-4355
Facsimile: +1 (213) 443-4310

Attorneys for Defendant
BETTERHELP, INC.

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To:<br><br>All Cases/ | Case No. 3:23-cv-01033-RS<br><br>**JOINT STIPULATION TO RESET HEARING DATE ON MOTION FOR CLASS CERTIFICATION AND MOTIONS TO STRIKE (L.R. 6-2)**<br><br>Current Hearing Date<br>January 8, 2026<br><br>Proposed Stipulated Hearing Date<br>January 27 or 29, 2026<br><br>Hon. Richard Seeborg |

WHEREAS, on May 8, 2025, Plaintiffs filed a Motion for Class Certification (ECF No. 170);

WHEREAS, on September 15, 2025, BetterHelp, Inc. ("BetterHelp") filed motions to strike the expert declarations of Zubair Shafiq and Eric Krause ("Motions to Strike," ECF Nos. 204, 205, 209) submitted by Plaintiffs in support of their Motion for Class Certification;

WHEREAS, on November 6, 2025, the Court *sua sponte* continued the hearing date on Plaintiffs' Motion for Class Certification and BetterHelp's Motions to Strike from November 21, 2025 to January 8, 2026 at 1:30 p.m.;

WHEREAS, BetterHelp's lead counsel will be traveling internationally from January 6 through January 19, 2026 on a preplanned family trip and is therefore unavailable to attend the hearing currently set for January 8, 2026;

WHEREAS, BetterHelp has requested the hearing on the Motion for Class Certification and the Motions to Strike be moved to accommodate Ms. Kiser's trip schedule;

WHEREAS, BetterHelp believes good cause exists for approving this Stipulation due to their counsel's unavailability, as further set forth in the accompanying declaration of Livia M. Kiser submitted concurrently herewith, and resetting the hearing date will not otherwise affect the schedule for the case;

WHEREAS, while Plaintiffs would like for the hearing to be scheduled as soon as practicable, Plaintiffs do not oppose this request given defense counsel's unavailability;

WHEREAS, the Parties have conferred and seek to reset the hearing for a date mutually agreeable to the Parties and the Court;

WHEREAS, the Parties have determined that January 27 and 29, 2026 are mutually agreeable dates for the Parties, if either date is available and acceptable to the Court.

The Parties hereby stipulate pursuant to Local Rule 6-2 to the Court entering an order, subject to Court approval, resetting the hearing date on the Motion for Class Certification and Motions to Strike from January 8, 2026 to January 27 or 29, 2026.

IT IS SO STIPULATED.

Dated: November 24, 2025

Respectfully submitted,

*/s/ Livia M. Kiser*
Livia M. Kiser (SBN 285411)
lkiser@kslaw.com
Jeffrey Hammer (SBN 264232)
jhammer@kslaw.com
Craig H. Bessenger (SBN 245787)
cbessenger@kslaw.com
James A. Unger (SBN 325115)
junger@kslaw.com
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

*Attorneys for Defendant*
*BETTERHELP, INC.*

Dated: November 24, 2025

*/s/ Alan M. Mansfield*
Alan M. Mansfield (SBN 125998)
amansfield@whatleykallas.com
WHATLEY KALLAS LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (816) 888-8010
Facsimile: (888) 341-5048

*Plaintiffs' Liaison Counsel*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

*/s/ Livia M. Kiser*
Livia M. Kiser

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED. The hearing on the Motion for Class Certification and Motions to Strike, previously set for January 8, 2026, is reset for January 2__, 2026 at ______.

DATED: __________

_______________________________________
HON. RICHARD SEEBORG
United States District Judge