UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE BETTERHELP, INC. DATA
DISCLOSURE CASES.

Case No. 23-cv-01033-RS

**ORDER RE PENDING MOTIONS**

Following the hearing on plaintiffs' pending motion for class certification, and in light of plaintiffs' stated intent to amend their complaint to include an additional claim under California Penal Code section 632(a), a stipulated order entered providing, *inter alia*, for a briefing schedule and a further hearing as to the propriety of class certification of that additional claim. The Court appreciates the efforts the parties have made to reach agreements for efficient disposition of their pleading and procedural disputes with respect to amending the complaint. Still pending at this juncture is plaintiff's original motion for class certification as well as associated motions to strike expert testimony, and a plethora of sealing motions. Plaintiffs' supplemental brief in support of the expanded certification motion has been filed; defendant's supplemental opposition and any reply are not yet due.

In the interests of judicial efficiency and a clear record, the parties are requested to meet and confer prior to the currently scheduled May 7, 2026, hearing to attempt to reach a stipulation for a single proposed sealing order that will address all of the presently pending sealing motions as

well as any additional sealing motions that may be filed with the forthcoming additional briefing. The parties' negotiations should be directed to producing the most narrowly tailored sealing order that is practical. The proposed omnibus sealing order should clearly identify the portions of any documents proposed for sealing, with specific cites to the relevant paragraphs of the declarations that have been filed to support sealing of those materials.

For administrative purposes, the pending sealing motions, the certification motion, and the associated motions to strike are all denied without prejudice, and will be deemed renewed upon completion of the supplemental briefing and the filing of a proposed omnibus sealing order.

**IT IS SO ORDERED**.

Dated: March 24, 2026

RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California