Gary. M. Klinger (*pro hac vice*)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878
Email: gklinger@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Christina Tusan (SBN 192203)
**TUSAN LAW, PC**
680 E. Colorado Blvd. #180
Pasadena, CA 91101
Telephone: (626) 418-8203
Facsimile: (626) 619-8253
Email: ctusan@ctusanlaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Maureen M. Brady (*pro hac vice*)
**McSHANE AND BRADY LLC**
4006 Central Street
Kansas City, MO 64111
Telephone: (816) 888-8010
Email: mbrady@mcshanebradylaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

Alan M. Mansfield (SBN 125998)
**WHATLEY KALLAS LLP**
1 Sansome Street, 35th Floor, PMB #131
San Francisco, CA 94104 /
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (619) 308-5034
Facsimile: (888) 341-5048
Email: amansfield@whatleykallas.com

*Plaintiffs' Liaison Counsel*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BETTERHELP, INC. DATA DISCLOSURE CASES<br><br><br>This Document Relates to: All Actions | Case No.: 3:23-cv-01033-RS<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT BETTERHELP, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Courtroom:   12 – 19th Floor<br>Judge:   Hon. Richard J. Seeborg |

Plaintiffs hereby respond to Defendant BetterHelp, Inc.'s ("BetterHelp") Notice of Supplemental Authority In Support of BetterHelp's Opposition to Plaintiffs' Motion for Class Certification (ECF No. 282) (the "Notice").

The Court should strike or disregard BetterHelp's Notice, which includes argument in violation of the Local Rules. L.R. 7-3(d)(2) (a Statement of Recent Decision "shall contain a citation to and provide a copy of the new opinion without argument").

Dated: May 29, 2026                                   Respectfully submitted,

                                                      /s/ Gary M. Klinger
                                                      Gary. M. Klinger (*pro hac vice*)
                                                      William J. Edelman (SBN 285177)
                                                      **MILBERG, PLLC**
                                                      227 W. Monroe Street, Suite 2100
                                                      Chicago, Illinois 60606
                                                      Telephone: (866) 252-0878
                                                      Email: gklinger@milberg.com
                                                      Email: wedelman@milberg.com

                                                      *Plaintiffs' Co-Lead Interim Class Counsel*

                                                      /s/ Christina Tusan
                                                      Christina Tusan (SBN 192203)
                                                      **TUSAN LAW, PC**
                                                      680 E. Colorado Blvd. #180
                                                      Pasadena, CA 91101
                                                      Telephone: (626) 418-8203
                                                      Facsimile: (626) 619-8253
                                                      Email: ctusan@ctusanlaw.com

                                                      *Plaintiffs' Co-Lead Interim Class Counsel*

                                                      /s/ Maureen M. Brady
                                                      Maureen M. Brady (*pro hac vice*)
                                                      **McSHANE AND BRADY LLC**
                                                      4006 Central Street
                                                      Kansas City, MO 64111
                                                      Telephone: (816) 888-8010
                                                      Email: mbrady@mcshanebradylaw.com

                                                      *Plaintiffs' Co-Lead Interim Class Counsel*

                                                      /s/ Alan M. Mansfield
                                                      Alan M. Mansfield (SBN 125998)
                                                      **WHATLEY KALLAS LLP**
                                                      1 Sansome Street, 35th Floor, PMB #131

1

PLAINTIFFS' RESPONSE TO NOTICE OF SUPP. AUTH.                          Case No. 3:23-CV-01033-RS

San Francisco, CA 94104 /
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (619) 308-5034
Facsimile: (888) 341-5048
Email: amansfield@whatleykallas.com

*Plaintiffs' Liaison Counsel*

*/s/ Dena C. Sharp*
Dena C. Sharp (SBN 245869)
Trevor T. Tan (SBN 281045)
Nina Gliozzo (SBN 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415.981.4800
Email: dsharp@girardsharp.com
Email: ttan@girardsharp.com
Email: ngliozzo@girardsharp.com

*Plaintiffs' Trial Counsel*

PLAINTIFFS' RESPONSE TO NOTICE OF SUPP. AUTH.                    Case No. 3:23-CV-01033-RS