LIVIA M. KISER (SBN 285411)
  *lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
  *jhammer@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
  *cbessenger@kslaw.com*
JAMES A. UNGER (SBN 325115)
  *junger@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone:    +1 213 443 4355
Facsimile:    +1 213 443 4310

Attorneys for Defendant
BETTERHELP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES** | Case No. 3:23-cv-01033-RS |
| This Document Relates To: | **JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE** |
| All Cases/ | |
| | Judge:     Hon. Richard Seeborg |

King & Spalding LLP
Attorneys at Law
Los Angeles

JOINT STIPULATION AND [PROPOSED] ORDER
TO MODIFY CASE SCHEDULE

CASE NO. 3:23-cv-01033-RS

WHEREAS, on February 23, 2026, the parties filed a joint stipulation to establish the case schedule through trial (Dkt. 254);

WHEREAS, on February 26, 2026, the Court entered the parties' joint stipulation and order establishing the case schedule (Dkt. 255);

WHEREAS, the parties now seek to extend the expert deadlines, including merits reports, rebuttal reports, and the close of expert discovery, by two weeks to account for third party discovery and otherwise provide additional time for expert reports;

WHEREAS, the parties stipulate that this request shall not alter any other dates in the Court's order establishing the case schedule (Dkt. 255);

NOW, THEREFORE, the parties stipulate, subject to Court approval, that the Court enter an Order modifying the case schedule to extend the expert deadlines by two-weeks:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Substantial completion of document productions and written discovery | May 1, 2026 | No change |
| Merits Expert Reports | June 5, 2026 | June 18, 2026 |
| Rebuttal Merits Expert Reports | June 29, 2026 | July 13, 2026 |
| Close of Fact Discovery and Expert Discovery[1] | July 20, 2026 | August 3, 2026 |
| Deadline to file motions for Summary Judgment | The later of August 22, 2026 or, in the event a class is certified, within 75 days after a Court-appointed Settlement Administrator files with the Court a report of opt-outs received to permit BetterHelp adequate time to seek discovery from absent class members if needed. | No change |
| Last Day to Meet and Confer Pursuant to Local Rule 16-10(b)(5) | November 25, 2026 | No change |
| Joint Final Pretrial Conference Statement | December 2, 2026 | No change |

---

[1] Notwithstanding this deadline, in the event a class is certified, BetterHelp may seek leave to take discovery from absent class members following the Settlement Administrator's filing of a report of opt-outs. Plaintiffs will oppose such a request.

1

| and Proposed Order | | |
| Final Pretrial Conference | December 16, 2026 | No change |
| First Day of Trial (estimated 15 days) | February 16, 2027 | No change |

**IT IS SO STIPULATED**.

DATED: June 3, 2026                    **KING & SPALDING LLP**


By:   */s/ Livia M. Kiser*
LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
*jhammer@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
*cbessenger@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*

Attorneys for Defendant
BETTERHELP, INC.


DATED: June 3, 2026                    */s/ William J. Edelman*
Gary M. Klinger (pro hac vice)
William J. Edelman (SBN 285177)
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 866.252.0878
gklinger@milberg.com
wedelman@milberg.com

*Plaintiffs' Co-Lead Interim Class Counsel*

DATED: June 3, 2026                    */s/ Christina Tusan*
Christina Tusan (SBN 192203)
TUSAN LAW, PC
680 E. Colorado #180
Pasadena, CA 91101
Telephone: 626-418-8203
Email: ctusan@ctusanlaw.com

*Plaintiffs' Co-Lead Interim Class Counsel*

2

KING & SPALDING LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION AND [PROPOSED] ORDER          CASE NO. 3:23-cv-01033-RS
TO MODIFY THE CASE SCHEDULE

DATED: June 3, 2026                    */s/ Maureen M. Brady*
                                       Maureen M. Brady (pro hac vice)
                                       MCSHANE AND BRADY LLC
                                       4006 Central Street
                                       Kansas City, MO 64111
                                       816-888-8010
                                       Email: mbrady@mcshanebradylaw.com

                                       *Plaintiffs' Co-Lead Interim Class Counsel*

DATED: June 3, 2026                    */s/ Alan M. Mansfield*
                                       Alan M. Mansfield (SBN: 125998)
                                       amansfield@whatleykallas.com
                                       WHATLEY KALLAS LLP
                                       1 Sansome Street, 35th Floor
                                       PMB #131
                                       San Francisco, CA 94104 /
                                       16870 West Bernardo Drive, Ste 400
                                       San Diego, CA 92127
                                       Telephone: (619) 308-5034
                                       Facsimile: (888) 341-5048

                                       *Plaintiffs' Liaison Counsel*

DATED: June 3, 2026                    */s/ Dena C. Sharp*
                                       Dena C. Sharp (SBN 245869)
                                       Trevor T. Tan (SBN 281045)
                                       Nina Gliozzo (SBN 333569)
                                       GIRARD SHARP LLP
                                       601 California Street, Suite 1400
                                       San Francisco, CA 94108
                                       Telephone: 415.981.4800
                                       Email: dsharp@girardsharp.com
                                       Email: ttan@girardsharp.com
                                       Email: ngliozzo@girardsharp.com

                                       *Plaintiffs' Trial Counsel*

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

*/s/ Livia M. Kiser*
Livia M. Kiser

King & Spalding LLP
Attorneys at Law
Los Angeles

3

JOINT STIPULATION AND [PROPOSED] ORDER        CASE NO. 3:23-cv-01033-RS
TO MODIFY THE CASE SCHEDULE

# [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.  The Court sets a revised case schedule as follows:

| Event | Current Deadline |
| --- | --- |
| Substantial completion of document productions and written discovery | May 1, 2026 |
| Merits Expert Reports | June 18, 2026 |
| Rebuttal Merits Expert Reports | July 13, 2026 |
| Close of Fact Discovery and Expert Discovery[2] | August 3, 2026 |
| Deadline to file motions for Summary Judgment | The later of August 22, 2026 or, in the event a class is certified, within 75 days after a Court-appointed Settlement Administrator files with the Court a report of opt-outs received to permit BetterHelp adequate time to seek discovery from absent class members if needed. |
| Last Day to Meet and Confer Pursuant to Local Rule 16-10(b)(5) | November 25, 2026 |
| Joint Final Pretrial Conference Statement and Proposed Order | December 2, 2026 |
| Final Pretrial Conference | December 16, 2026 |
| First Day of Trial (estimated 15 days) | February 16, 2027 |

DATED: __June 4, 2026__

_____
HON. RICHARD SEEBORG
Chief United States District Judge

---

[2] Notwithstanding this deadline, in the event a class is certified, BetterHelp may seek leave to take discovery from absent class members following the Settlement Administrator's filing of a report of opt-outs. Plaintiffs will oppose such a request.

KING & SPALDING LLP
ATTORNEYS AT LAW
LOS ANGELES