LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
*jhammer@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
*cbessenger@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: +1 213 443 4355
Facsimile: +1 213 443 4310

Attorneys for Defendant
BETTERHELP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To:<br><br>All Cases/ | Case No. 3:23-cv-01033-RS<br><br>**DEFENDANT BETTERHELP, INC.'S STATEMENT OF RECENT DECISION UNDER L.R. 7-3(d)(2)**<br><br>Courtroom: 12, 19th Floor<br>Judge: Hon. Richard Seeborg |

Defendant BetterHelp, Inc. ("BetterHelp") hereby submits this Statement of Recent Decision under Local Rule 7-3(d)(2) to bring to the Court's attention a recent decision by Judge Trina L. Thompson of the United States District Court for the Northern District of California in *Ingraham v. Capital One Fin. Corp.*, No. 3:24-cv-05985 (N.D. Cal.), denying Plaintiff's motion for class certification and denying as moot the related Daubert motions. The decision is attached as **Exhibit A** to this filing.

Dated: June 24, 2026

**KING & SPALDING LLP**

By: */s/ Livia M. Kiser*

LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
JEFFREY HAMMER (SBN 264232)
*jhammer@kslaw.com*
CRAIG H. BESSENGER (SBN 245787)
*cbessenger@kslaw.com*
JAMES A. UNGER (SBN 325115)
*junger@kslaw.com*

Attorneys for Defendant
BETTERHELP, INC.