UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE BETTERHELP, INC. DATA
DISCLOSURE CASES

Case No.  23-cv-01033-RS

**ORDER CLARIFYING SCOPE OF STAY**

The order staying this action provided that any expert depositions "presently scheduled" should go forward. Plaintiffs seek "clarification" that the order permits completion of expert depositions by the parties' previously agreed deadline of September 21, 2026. There is no dispute that at the time the stay order issued, the only expert deposition scheduled was that of plaintiffs' expert Dr. Zubair Shafiq. Plaintiffs assert, however, that numerous other expert depositions were "on the precipice of being finalized," and should also go forward, notwithstanding the stay.

Defendant has offered to postpone the deposition of Shafiq until and unless the stay is lifted. With the understanding that Dr. Shagiq's deposition will not go forward until the stay is lifted, the depositions of all other proffered experts are also stayed.

**IT IS SO ORDERED**.

United States District Court
Northern District of California

Dated: August 11, 2026

_____
RICHARD SEEBORG
United States District Judge

CASE NO. 23-cv-01033-RS

2